## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ST. MARY CATHOLIC PARISH IN LITTLETON; ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD; and THE ARCHDIOCESE OF DENVER, | Case No. 23-2079 |
| *Plaintiffs*, | |
| v. | |
| LISA ROY, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and DAWN ODEAN, in her official capacity as Director of Colorado's Universal Preschool Program, | |
| *Defendants*. | |

### PLAINTIFFS' NOTICE OF RELATED CASE

Pursuant to Local Rule of Civil Procedure 3.2, Plaintiffs notify the Court that this following case is related:

> *Darren Patterson Christian Academy v. Roy*, No. 1:23-cv-01557 (D. Colo. filed June 20, 2023).

Defendants are identical in both this case and *Darren Patterson Christian Academy*. Both cases concern the same subject matter, as they both challenge Colorado's implementation of its universal preschool program, and specific actions by the Department of Early Childhood that categorically exclude certain religious preschools and families from participating in an otherwise generally available government benefit simply because of their religious beliefs and exercise.

The cases are therefore related.

1

Dated: August 16, 2023

Respectfully submitted,

/s/ Eric C. Rassbach
Eric C. Rassbach
Mark L. Rienzi
Joseph C. Davis
Nicholas R. Reaves
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. N.W., Suite 400
Washington, D.C. 20006
(202) 955-0095
erassbach@becketlaw.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2023, a copy of this Notice of Related Case was electronically filed in this matter, and was emailed and mailed via First-Class Mail, postage prepaid, to the following in accordance with Fed. R. Civ. P. 5:

LISA ROY
Colorado Department of Early Childhood
710 S. Ash St.
Denver, CO 80246
lisa.roy@state.co.us

DAWN ODEAN
Colorado Department of Early Childhood
710 S. Ash St.
Denver, CO 80246
dawn.odean@state.co.us

*Defendants*

Dated: August 16, 2023                     /s/ Eric C. Rassbach
                                           Eric C. Rassbach