**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse Annex
901 19th Street, A1041
Denver, Colorado 80294
(303) 335-2350

**ROBERT E. BLACKBURN**
United States District Judge

# MEMORANDUM

**TO:**       Jeffrey P. Colwell, Clerk

**FROM:**     Judge Robert E. Blackburn

**DATE:**     August 16, 2023

**RE:**       Civil Action No.  23-2079
              St. Mary Catholic Parish in Littleton et al v. Roy et al

        Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.