IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02079-JLK

**ST. MARY CATHOLIC PARISH IN LITTLETON; ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD; AND THE ARCHDIOCESE OF DENVER,**
    Plaintiffs,

v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
    Defendants.

## DEFENDANTS' RESPONSE TO NOTICE OF RELATED CASE

Plaintiffs, St. Mary Catholic Parish in Littleton, St. Bernadette Catholic Parish in Lakewood, and the Archdiocese of Denver, filed a Notice of Related Case in this matter, ostensibly pursuant to D.C.Colo.LCivR 3.2. Doc. 9. That rule requires a party to file a Notice of Related Case when there is a pending case with common facts and claims, and at least one party in common with the case in which the notice is filed, or the newly filed case is filed serially as a group by the same attorney or law firm.

*Darren Patterson Christian Academy v. Roy,* No. 1-23-cv-01557-DDD-STV (D. Colo.), for which Plaintiffs provided the notice, is distinguishable from this case because it alleges different facts, raises different claims, and plaintiffs in their respective cases are represented by different law firms. It is therefore not a related case as that term is defined in rule.

1

The plaintiff in the *Darren Patterson* case is a faith-based school participating in the Universal Preschool Program and has received tuition payments from the Colorado Department of Early Childhood (CDEC) for eighteen children. By contrast, here, the Plaintiffs allege that "all Catholic preschools that provide a religious education within the Archdiocese of Denver are…precluded from participating in the UPK Program"; thus, they are not participating in the Universal Preschool Program and are not receiving tuition payments from CDEC. Doc. 1 at 6 ¶ 41, 11 ¶ 73. The *Darren Patterson* plaintiff is also not affiliated with a specific house of worship. In this case, the Plaintiff preschools state that they are both part of Catholic parishes. Doc. 1 at 14 ¶ 96.

Additionally, the plaintiff in *Darren Patterson* alleges that it welcomes all children and families regardless of a family's religious beliefs or background, while the Plaintiff preschools in this case state they will only enroll non-Catholics as a last resort.  (*Id.* at 8 ¶ 57, 12 ¶ 81). Lastly, for purposes of this Response, the plaintiff in *Darren Patterson* is one of only a few Christian schools in Chaffee County and is currently serving less than 20 four-year-old children in its preschool. In comparison, the Plaintiff preschools state that they are two of the 36 total preschools within the Archdiocese of Denver's Catholic school and preschool system, which in total, Plaintiffs allege serves roughly 1,500 children. (*Id.* at 13 ¶¶ 91-92).

There are also different claims raised in this case as compared to the *Darren Patterson* case. For example, the plaintiff in *Darren Patterson* raises an equal protection claim not raised here. Similarly, the Plaintiffs here raise a denominational favoritism claim (Count 7) not present

in *Darren Patterson*. Further, Plaintiffs here seek a jury trial in contrast to the plaintiff in *Darren Patterson.*

Finally, and as referenced above, the plaintiffs in each respective action are represented by different law firms. The plaintiff in *Darren Patterson* is represented by attorneys from Alliance Defending Freedom, while Plaintiffs here are represented by attorneys from The Becket Fund for Religious Liberty.

For these reasons, the referenced related case in Plaintiffs' Notice is distinguishable and should not serve as basis for any reassignment.

PHILIP J. WEISER
Attorney General

S/ Ryan Lorch
Ryan Lorch, # 51450*
Senior Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6168
Email: ryan.lorch@coag.gov
*Counsel of Record

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **DEFENDANTS' RESPONSE TO NOTICE OF RELATED CASE** upon all parties herein by e-filing with the CM/ECF system maintained by the Court on August 25, 2023, addressed as follows:

Eric C. Rassbach
Joseph C. Davis
Nicholas R. Reaves
Mark L. Rienzi
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. N.W., Suite 400
Washington, D.C. 20006
erassbach@becketlaw.org; jdavis@becketlaw.org; nreaves@becketlaw.org; mrienzi@becketlaw.org

*Attorneys for Plaintiffs*

                                              *s/ Bonnie Smith*
                                              Bonnie Smith