# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

ST. MARY CATHOLIC PARISH IN LITTLETON; ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD; DANIEL SHELEY; LISA SHELEY; and THE ARCHDIOCESE OF DENVER,

*Plaintiffs*,

v.

LISA ROY, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and DAWN ODEAN, in her official capacity as Director of Colorado's Universal Preschool Program,

*Defendants*.

Case No. 1:23-cv-2079

**DECLARATION OF ELIAS MOO**

I, Elias Moo, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 21 and have personal knowledge of all contents of this declaration. I have not been convicted of a felony or crime involving dishonesty.

2. I am the Superintendent of Catholic Schools at the Archdiocese of Denver.

***Archdiocese of Denver Catholic Preschools***

3. The Archdiocese of Denver is a Colorado corporation sole. The Archbishop of Denver is the person vested with title pursuant to Colo. Rev. Stat. § 7-52-101. Within the territory of the Archdiocese of Denver, Catholic parish schools and Archdiocesan schools, including parish and Archdiocesan preschool ministries (referred to as Archdiocesan Catholic Schools), operate under the authority of the Archbishop of Denver.

Thus, pursuant to Catholic canon law (can. 806 §1), the Archbishop of Denver is responsible for the oversight and general regulation of all Catholic schools (Policy #1000).

4. The Archdiocese operates 36 preschools which provide high quality, Catholic educational environments for over 1,500 preschoolers each year.

5. All Archdiocesan Catholic Schools must follow Archdiocesan guidance and policies, as outlined in the *Archdiocese of Denver Catholic Schools Administrator's Manual* (Policy #1000.A.5, Att. A), with particular care for matters of faith and morals (c.f. can. 803 §2).

6. In the spirit of servant leadership, the Archdiocese's Office of Catholic Schools is authorized to carry out the mandate of the Archbishop of Denver pursuant to canon law (*Administrator's Manual*, Policy #1150, Att. A). This delegation of authority is to provide vision, direction, and supervision to Archdiocesan Catholic Schools to assist them in the achievement of their mission to support parents and empower families to provide an integral Catholic liberal education via a spiritual, intellectual, and human formation that forms all students as disciples of Jesus Christ, who know and love God, and are free to live out the mission and vocation for which they were created.

7. All Archdiocesan Catholic Schools are certified through periodic reviews carried out by the Archdiocesan Office of Catholic Schools on behalf of the Archbishop of Denver (*Administrator's Manual*, Policy #1000.A.6, Att. A).

8. Attachment B are Statements of Community Belief that we require all our Archdiocesan Catholic Schools to use when entering into employment contracts with all administrators, teachers, and staff. We provide a similar statement for parents, which is also included in Attachment B.

9. Attachment C is the Mission and Charter of Catholic Schools in the Archdiocese of Denver.

10. Attachment D is the Archdiocese's Code of Conduct, which applies not only to all paid staff within the Archdiocese but to all "Church Workers" as that term is defined in the Code of Conduct.

11. Attachment E is the Archdiocese's "Guidance for Issues Concerning the Human Person and Sexual Identity." We ask all parishes and schools in the Archdiocese to abide by this Guidance.

12. Attachment F is a true and correct copy of the Archdiocese's Full-Time Teacher and Formator Contract Terms and Conditions. All teachers in the Archdiocesan Catholic Schools, including preschool teachers in those schools, must agree to these terms and conditions.

13. Attachment G is a true and correct copy of "The Splendor of the Human Person: A Catholic Vision of the Person and Sexuality," put out by the Archdiocese's Office of Catholic Schools in 2021.

14. Attachment H is a true and correct copy of "School of the Lord's Service," put out by the Archdiocese's Office of Catholic Schools in 2020.

15. The Archdiocese, in part through its Office of Catholic Schools, speaks for and advances the interests of all of the Archdiocesan Catholic Schools and their preschool programs.

16. One of the primary purposes of the Archdiocese's Office of Catholic Schools, under the direction of the Superintendent of Catholic Schools, is to be responsible to the Archbishop for all activities of the apostolate of Catholic Schools and direct this

apostolate in its entirety, ensuring the Catholicity of all Catholic preschools, elementary schools, and high schools in the Archdiocese (*Administrator's Manual,* Policy #1150, Att. A).

17. The Office of Catholic Schools provides courses of study/curriculum guides for mandatory use in all Archdiocesan Catholic Schools.

18. Curriculum evaluation committees consisting of teachers, principals, and/or other curriculum experts are charged with the responsibility of assisting the Office of Catholic Schools in reviewing, revising, and developing implementation for individual subject areas of the curriculum.

19. The basic program in prekindergarten includes religion, language, mathematics, personal-social development, social studies, media-art, music, science, and sensory-motor development. Attachment I is the Archdiocese's Curriculum Guidelines for prekindergarten.

20. As the Guidelines explain, "Religion is an integral part of the Catholic School early childhood program. It begins the preparation for further formal instruction. Religious readiness is the development of a positive self-image in relation to a loving God. A deep love of God comes from examples set by the family and the spiritual life of the parish community. A child's sense of God comes from the warm atmosphere of love and acceptance in the preschool environment where the child learns about God's wonderful world. Prayer and simple paraliturgies prepare the child to participate in the worship and prayer life of the local church." Att. I at 42.

21. To that end, the first goal of religious education for three- and four-year-olds is "Developing a relationship with our loving God and learning about God's gifts." Att. I at 42.

22. Changes to curriculum areas and standards are made according to a set subject rotation, as determined by the Assistant Superintendent for Academic Renewal, with the approval of the Superintendent.

23. Educating and forming students in the Catholic faith is at the core of the mission of Archdiocesan schools.

24. All preschool teachers and administrators in the Archdiocese are charged with providing an integrated education, which includes passing on the faith to the next generation.

25. Preschool teachers teach all subjects, including religion, at Archdiocesan preschools.

26. Preschool teachers, like all teachers in Archdiocesan Catholic Schools are expected to engage in their own ongoing religious formation and certification to lead their students in prayer, to integrate faith and Bible stories into their teaching, and to model good moral behavior in both word and deed. Each principal, all assistant principals, and all teachers (whether Catholic or not) must meet the requirements of provisional catechetical certification within 18 months of their hire to be eligible to work in Archdiocesan Catholic Schools (*Administrator's Manual,* Policy #3120, Att. A).

27. In order to avoid endorsing conduct contrary to Catholic teaching, the Archdiocese instructs its Catholic schools to "communicate clearly what the Church teaches about marriage and same-sex relationships." Att. D at 15. This is not possible if a Catholic school is required to affirm beliefs about marriage and the family that contradict those of the Church.

28. When Archdiocesan preschools have a waitlist, they prioritize enrolling Catholic families active at parishes within the Archdiocese over non-Catholic families to

help Catholic families fulfill their religious obligation to form their children in the Catholic faith.

29. Not every Catholic parish, station or mission parish has a preschool. The Archdiocese operates 148 parishes, stations, or mission parishes but has only 36 preschools.

***The Colorado Universal Preschool Program***

30. When the State announced it was creating a program to fund "universal" prekindergarten education, the Archdiocese's preschools planned to participate.

31. However, upon reviewing the terms by which the State would provide universal prekindergarten ("UPK") funding, the Archdiocese determined that there were significant concerns with and barriers to our participation. Ultimately, the Archdiocese determined that the UPK program's "quality standards" provision failed to provide the necessary religious exemptions for Catholic schools to ensure they could both participate in the UPK program and act in accord with their sincere religious beliefs.

32. Accordingly, on January 14, 2023, the Archdiocese instructed all of its Catholic parishes and Archdiocesan Catholic preschools not to sign the UPK program's Provider Agreement. Attachment J is a true and correct copy of this instruction.

33. All Archdiocesan Catholic Schools with preschool programs within the Archdiocese of Denver are therefore precluded from participating in the UPK program on account of their shared religious beliefs, and in particular their shared inability to sign the Agreement due to the lack of a religious exemption from its nondiscrimination provisions.

34. The Archdiocesan Catholic Schools were part of a coalition of religious preschool providers who asked the State to recognize religious exemptions and alerted the Department to the problems its implementation of the UPK program had created

for religious schools. Attachment K is a true and correct copy of the letter sent by this Coalition. Attachment L is a true and correct copy of the State's response to this letter.

35. The inability to participate in the UPK program has harmed Archdiocesan Catholic preschools. It is my understanding that some families have decided not to enroll their children in Archdiocesan preschools.

36. If Archdiocesan Catholic preschools were not prevented from participating in the UPK program due to their sincere religious beliefs, they would take the necessary steps to seek to participate in the program immediately.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2023.

Elias Moo