**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date: September 21, 2023
Courtroom Deputy: Bernique Abiakam
Court Reporter: Kevin Carlin

Civil Action No.: 23-cv-02079-JLK

| | |
|---|---|
| ST MARY CATHOLIC CHURCH IN LITTLETON,<br>ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD,<br>ARCHDIOCESE OF DENVER,<br>DANIEL SHELEY, and<br>LISA SHELEY,<br><br>Plaintiffs, | Nicholas R. Reaves<br>Joseph C. Davis |
| v. | |
| LISA ROY, in her official capacity as Executive Director of Colorado Department of Early Childhood, and<br>DAWN ODEAN, in her official capacity as Director of Colorado's Universal Preschool Program,<br><br>Defendants. | Ryan K. Lorch<br>Virginia R. Carreno<br>Grant T. Sullivan |

## COURTROOM MINUTES

**Status Conference**

**10:35 a.m. Court in session.**

Court calls case. Appearances of Counsel.

Preliminary remarks by the Court.

Discussion regarding Preliminary Injunction, Permanent Injunction, and discovery.

10:38 a.m. Statement by Mr. Reaves. Questions by the Court.

10:48 a.m. Statement by Mr. Lorch. Questions by the Court.

Counsel given opportunity to confer regarding discovery.

**10:59 a.m. Court in recess.**

**11:42 a.m. Court in session.**

Further discussion regarding briefing, discovery, and deadlines.

**11:54 a.m. Court in recess.**
Hearing concluded.
Total time in court: 36 minutes.