IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02079-JLK

ST. MARY CATHOLIC PARISH IN LITTLETON;
ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD;
DANIEL SHELEY;
LISA SHELEY; and
THE ARCHDIOCESE OF DENVER,

    Plaintiffs,

v.

LISA ROY, in her official capacity as Executive Director
of the Colorado Department of Early Childhood; and
DAWN ODEAN, in her official capacity as Director
of Colorado's Universal Preschool Program,

    Defendants.

## ORDER RE: INITIAL DISCOVERY

Kane, J.

    As discussed at today's status conference, I am of the opinion that the claims and posture of this case require a tailored approach to its management. As a result, the current filing deadlines in the case are VACATED. The parties will engage in initial discovery for each side to conduct up to five depositions and to include written and documentary discovery. The cutoff for that discovery period is December 1, 2023. I encourage the parties to pursue that process vigorously and promptly.

    Because information will likely be learned during this initial discovery period that will be relevant to any motion to dismiss filed by Defendants, the deadline for Defendants to file an answer and/or motion to dismiss is extended to November 16, 2023. As I stressed at the status conference, Defendants may file a motion to dismiss well before this deadline. Responses to any

1

motion to dismiss will be due 14 days after the motion is filed, and replies in support of any motion to dismiss will be due 7 days after responses are filed.

A hearing is set for December 19, 20, and 21, 2023, beginning at 9:00 a.m. each day, at which I will hear either Plaintiffs' pending Motion for Preliminary Injunction or will conduct a bench trial on Plaintiffs' claims. The parties are DIRECTED to file, on or before November 16, a status report indicating the following: (1) whether the parties believe additional discovery will be necessary beyond the December 1 cutoff date, the scope of any such discovery, and desired deadlines; (2) whether Plaintiffs intend to file a supplement to their Motion for Preliminary Injunction or intend to convert that Motion to a Motion for Summary Judgment, which would result in the Motion for Preliminary Injunction being withdrawn; (3) a briefing schedule for Plaintiffs' Motion (either for Preliminary Injunction or for Summary Judgment) that would result in the Motion being fully briefed by December 14, 2023; and (4) whether the set hearing will be for a preliminary injunction or on the final merits.

DATED this 21st day of September, 2023.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE