IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ST. MARY CATHOLIC PARISH IN LITTLETON; ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD; DANIEL SHELEY; LISA SHELEY; and THE ARCHDIOCESE OF DENVER,<br><br>*Plaintiffs*,<br><br>v.<br><br>LISA ROY, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and DAWN ODEAN, in her official capacity as Director of Colorado's Universal Preschool Program,<br><br>*Defendants*. | Case No. 1:23-cv-2079-JLK<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF WITHDRAWAL (ECF No. 57)** |

Plaintiffs hereby respond to Defendants' Notice of Withdrawal of Defendants' Electronic Signature on Joint Status Report. As Defendants acknowledge, Plaintiffs included Defendants' answers verbatim in the joint status report; nothing further is required. That the parties disagree about the proper course forward in this case should not be surprising.

1

Dated: November 16, 2023                    Respectfully submitted,

/s/ Eric C. Rassbach
Eric C. Rassbach
Mark L. Rienzi
Joseph C. Davis
Nicholas R. Reaves
Amanda Dixon*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
erassbach@becketlaw.org

* Not admitted to the D.C. Bar; admitted only in North Carolina. Practice limited to cases in federal court. Supervised by licensed D.C. Bar members.

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served the foregoing document on all parties via CM/ECF and as required by the relevant federal and local rules.

Dated: November 16, 2023          /s/ Eric C. Rassbach
                                                     Eric C. Rassbach