

1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
202-955-0095 / @BecketLaw
www.becketlaw.org

November 21, 2023

Hon. John L. Kane
United States District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294

Re:   *St. Mary Catholic Parish v. Roy*, Case No. 23-cv-2079

Dear Judge Kane:

In light of the parties' Joint Status Report (ECF No. 56) and this Court's minute order striking that report (ECF No. 59), Plaintiffs submit this letter addressing a motion they intend to file today.

In the Court's September 21 order, the Court asked Plaintiffs to indicate whether they "intend to file a supplement to their Motion for Preliminary Injunction or intend to convert that Motion to a Motion for Summary Judgment," in light of the intervening discovery. ECF No. 36 at 2. Plaintiffs believe the record is sufficiently developed to proceed to summary judgment. Defendants have disagreed, however, stating that they would like to engage in additional discovery.

Regardless, and especially in light of the discovery that has taken place, Plaintiffs believe that they are at minimum entitled to preliminary relief, given the ongoing, irreparable harm they believe they are suffering as the UPK program continues to proceed without their inclusion. They therefore proposed in the Joint Status Report a briefing schedule (consistent with the briefing schedule they proposed on October 4, 2023, ECF No. 43-5) for a motion for summary judgment, or, in the alternative, for a preliminary injunction, that would allow briefing to be completed by December 14, as requested by the Court's September 21 order. *See* ECF No. 36 at 2. Under that proposed schedule, Plaintiffs' motion would be due today, November 21.

Plaintiffs understand the Court's instruction to fully confer and jointly file a new Status Report on November 27, and intend to fully comply with that instruction. In order to preserve the opportunity for the Court to—after reviewing the new Status Report—maintain the December close-of-briefing and hearing dates that it set in its September 21 order, however, Plaintiffs intend to proceed with filing their motion for summary judgment, or, in the alternative, preliminary injunction, today.

In engaging in additional conferral with Defendants, Plaintiffs would welcome any areas of agreement they can reach regarding the path forward for this case. Respectfully, however, Plaintiffs expect to maintain their view that a merits (or at least preliminary-injunction) ruling is appropriate by the first of the new year, and their aim in filing their motion now is simply to ensure that Defendants have due time to respond to that motion, and the Court sufficient time to consider it, for a ruling on that timeframe to occur.



In addition to conferring with Defendants on November 17 regarding the forthcoming motion, Plaintiffs provided a copy of this letter to Defendants before filing it to ensure Defendants were aware of the reason for proceeding with this filing.

                Sincerely,

                Eric C. Rassbach
                The Becket Fund for Religious Liberty
                1919 Pennsylvania Ave, N.W.
                Suite 400
                Washington, D.C. 20006
                (202) 955-0095
                erassbach@becketlaw.org



## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document on all parties via CM/ECF and as required by the relevant federal and local rules.

Dated: November 21, 2023

/s/ Eric C. Rassbach
Eric C. Rassbach
