# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ST. MARY CATHOLIC PARISH IN LITTLETON; ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD; DANIEL SHELEY; LISA SHELEY; and THE ARCHDIOCESE OF DENVER,<br><br>*Plaintiffs*,<br><br>v.<br><br>LISA ROY, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and DAWN ODEAN, in her official capacity as Director of Colorado's Universal Preschool Program,<br><br>*Defendants*. | Case No. 1:23-cv-2079-JLK |

## DECLARATION OF NICHOLAS REAVES

I, Nicholas Reaves, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18 and have personal knowledge of all contents of this declaration. I have not been convicted of a felony or crime involving dishonesty. I serve as counsel at the Becket Fund for Religious Liberty and represent Plaintiffs in the above captioned action.

2. Exhibit 2 is a true and correct copy of Defendants' Answers to Plaintiffs' First Set of Interrogatories, received on October 30, 2023.

3. Exhibit 3 is a true and correct copy of Defendants' Answers to Plaintiffs' Requests for Admission, received October 30, 2023.

4. Exhibit 4 is a true and correct copy of Dawn Odean's deposition transcript and the corresponding deposition exhibit # 5 from November 8, 2023. Plaintiffs have not yet received a signed version of the transcript.

1

5. Exhibit 5 is a true and correct copy of Lisa Roy's deposition transcript from November 8, 2023. Plaintiffs have not yet received a signed version of the transcript.

6. Exhibit 6 is a true and correct copy of documents produced in discovery by Defendants, bates numbered DEF_0000172 (excerpted from Excel original), DEF_0000329 to DEF_0000331, DEF_0000332, DEF_0000348 to DEF_0000371, DEF_0000375 (excerpted from Excel original).

7. Exhibit 7 is a true and correct copy of Plaintiffs' Supplemental Answers to Defendants' First Set of Interrogatories, sent on November 9, 2023.

8. Exhibit 8 is a true and correct copy of the Colorado Shines rating pages for St. Mary Littleton Catholic School, available at https://perma.cc/P99M-9F9R and for Wellspring Catholic Academy at St. Bernadette, available at https://perma.cc/B98W-RHU5.

9. Exhibit 9 is a true and correct copy of the Colorado Department of Early Childhood's webpage titled "Browse participating UPK Colorado providers," available at https://perma.cc/U4BD-K4FF.

10. Exhibit 10 are true and correct screenshots of provider results from the Department of Early Childhood's "Browse participating UPK Colorado providers" portal, as accessed on November 20, 2023, which depict the language that appears to the public to reflect a provider's exception criteria.

11. Exhibit 11 is a true and correct copy of the Anchor Center for Blind Children's "Refer a Child" webpage, available at https://perma.cc/VQ4P-N3MX.

12. Exhibit 12 is a true and correct copy of the Colorado Department of Early Childhood's proposed "Universal Preschool Program Rules and Regulations" (8 CCR 1404-1), available at https://perma.cc/4GXW-GY38.

13. Exhibit 13 is a true and correct copy of the Colorado Department of Early Childhood's webpage entitled "Submit an application for UPK Colorado for the 2023-2024 school year," available at https://perma.cc/NG47-BDQE.

14. Exhibit 14 is a true and correct copy of an article entitled "Polis: Catholic schools that want universal pre-K must not discriminate" written by Gabrielle Franklin and published on KDVR.com, also available at https://perma.cc/WGZ5-SWBR.

15. Exhibit 15 is a true and correct copy of the "UPK Colorado Provider Guide."

16. Exhibit 16 is a true and correct copy of the Colorado Department of Early Childhood's webpage entitled "Universal Preschool Colorado," available at https://perma.cc/23L8-F4AM.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2023.

*[signature]*

Nicholas Reaves