# Exhibit 8



**ENGLISH** | SPANISH

FIND A PROGRAM

**PDIS Login**

HOME          FOR FAMILIES          FOR PROGRAMS          FOR PROFESSIONALS



PROGRAM DETAILS

# ST MARY LITTLETON CATHOLIC SCHOOL

**License Number:** 1541340

**Program Quality Rating:** 

6833 S Prince St, Littleton, CO 80120
Tel: (303) 798-2375
Website: littletoncatholicschool.com

**Accepting New Children:** Yes

**Infant Openings Available:** 0

**Toddler Openings Available:** 10

**Preschool Openings Available:** 20

**School Age Openings Available:** 0

**Care Setting:** Child Care Center

Description:
Welcome to St. Mary Catholic Preschool! We offer a developmentally appropriate preschool program that





addresses the needs of the whole child - spiritual, intellectual, social, and physical. Our friendly environment is designed to engage children and let them explore while also participating in large and small group activities. The heart of our program is the Catholic faith. Jesus is in our classroom everyday through prayer, song, attitude, and social interaction. We invite you to explore our webpage, www.littletoncatholicschool.com, and get to know us. To set-up a tour or apply for admission contact:Mary Heffernan, Preschool Director(303) 798-2375, mheffernan@stmarylittleton.comOrKathy Boscia, Office Manager(303) 798-2375, kboscia@stmarylittleton.com

**Hours of Operation:**

| Monday | 7:00 AM | 6:00 PM |
|---|---|---|
| Tuesday | 7:00 AM | 6:00 PM |
| Wednesday | 7:00 AM | 6:00 PM |
| Thursday | 7:00 AM | 6:00 PM |
| Friday | 7:00 AM | 6:00 PM |

**Accepts CCCAP:** Yes

**Head Start:** No

**Licensed to Serve:** Preschool

**Languages Spoken:** English

**Special Needs:** Social Emotional Behaviors;Respiratory Illness;Diabetes;Seizure Disorders;Physical Delays/Limitations;Food/Dietary;Medical/Special Procedures;Cognitive Delays;Speech/Communication;Willing to Support

**License Type:** Permanent

**License Issue Date:** 8/14/2019

**Capacity:** 84





**Program Licensing Information:**

| | |
|---|---|
| **1** | Inspection Report (ROI) |
| **2** | Complaints made against the Program |
| **3** | Investigations Following Child Abuse/Neglect Assessments (Stage II) |
| **4** | Investigation of Reported Injuries at the Program |
| **5** | Actions Impacting the Status of the Program License (Adverse Action) |

For more information on this program's Licensing history, submit a request for a public file review. If you wish to report a licensing violation, call 1-800-799-5876.



SIGN UP FOR OUR NEWSLETTER

877.338.2273

710 S. ASH STREET, DENVER, CO 80246

COLORADO OFFICE OF EARLY CHILDHOOD



© 2023 COLORADO DEPARTMENT OF EARLY CHILDHOOD. ALL RIGHTS RESERVED.



ENGLISH | SPANISH

**FIND A PROGRAM** 🔍

**PDIS Login**

HOME          FOR FAMILIES          FOR PROGRAMS          FOR PROFESSIONALS



PROGRAM DETAILS

# WELLSPRING CATHOLIC ACADEMY OF ST. BERNADETTE

**License Number:** 68812

**Program Quality Rating:**   ℹ️

1100 Upham ST, Lakewood, CO 80214
Tel: 3032370401
Website: https://gowellspring.org/

**Accepting New Children:** Yes

**Infant Openings Available:** 0

**Toddler Openings Available:** 0

**Preschool Openings Available:** 6

**School Age Openings Available:** 21

**Care Setting:** Child Care Center



Description:
Accredited by AdvancEd Association for School Accreditation and is in progress to make CO Shines Rating. St. Bernadette has a 3 yr. olds preschool and a 4 yr. olds prekindergarten. Each child must be 3 or 4 by Oct. 1st of that year. We offer a choice of full day or half day, and we also have before and after school child care available: mornings starting at 6:30am and afternoons to 6:00pm. Archdiocese of Denver Catholic Curriculum is structured for age appropriate learning and



readiness for school age.

**Hours of Operation:**

| | | |
|---|---|---|
| Monday | 08:30 AM | 03:45 PM |
| Tuesday | 08:30 AM | 03:45 PM |
| Wednesday | 08:30 AM | 03:45 PM |
| Thursday | 08:30 AM | 03:45 PM |
| Friday | 08:30 AM | 03:45 PM |

**Accepts CCCAP:** No

**Head Start:** No

**Licensed to Serve:** Preschool

**Languages Spoken:** English

**Special Needs:** Social Emotional Behaviors;Respiratory Illness

**License Type:** Permanent

**License Issue Date:** 8/17/2007

**Capacity:** 49

**Program Licensing Information:**



1. Inspection Report (ROI)

2. Complaints made against the Program

3. Investigations Following Child Abuse/Neglect Assessments (Stage II)

4. Investigation of Reported Injuries at the Program

5. Actions Impacting the Status of the Program License (Adverse Action)

For more information on this program's Licensing history, submit a request for a public file review. If you wish to report a



licensing violation, call 1-800-799-5876.



SIGN UP FOR OUR NEWSLETTER

877.338.2273
710 S. ASH STREET, DENVER, CO 80246
COLORADO OFFICE OF EARLY CHILDHOOD



© 2023 COLORADO DEPARTMENT OF EARLY CHILDHOOD. ALL RIGHTS RESERVED.