# Exhibit 9



# Browse participating UPK Colorado providers

The Department of Early Childhood's Universal Preschool (UPK) Colorado program allows families to choose the right setting for their child from a pool of licensed and registered community-based, school-based, and home-based providers.



SUPPORT

Report an issue

Submit feedback

Contact us

POWERED BY BRIDGECARE

Terms of Service | Privacy Policy