# Exhibit 10

### Rising Star Early Learning Center

3400 S Federal Blvd # D, Sheridan, 80110, 2.9 miles away

- Monday - Friday: 6:30 AM - 6:00 PM
- Financial assistance options available

> **Please note:** This is a provider that prioritizes placement for the children of their employees. This is a Head Start grantee and families may need to meet additional factors to enroll.

View more information →

### Great Escape Littleton United Meth

5894 S Datura St, Littleton, 80120, 0.7 miles away

- Hours not available
- Financial assistance options available

> **Please note:** This provider may require families to be a part of their congregation. This is a provider that prioritizes placement for the children of their employees.

View more information →

### Centennial Preschool 

3306 W Berry Ave, Littleton, 80123, 0.7 miles away

🕘 Monday: 8:00 AM - 1:00 PM, Wednesday: 9:00 AM - 2:00 PM, Friday: 8:00 …

> ℹ **Please note:** This is a school district provider and will require families to live in the school district or boundary AND/OR the provider supports children with Individualized Education Program (IEP).

View more information ›

### Dps Kaiser Elementary School 
Dps Ece Kaiser Elementary School

4500 S Quitman St, Denver, 80236, 1.9 miles away

🕘 Monday - Friday: 8:00 AM - 3:15 PM

💲 Financial assistance options available

> ℹ **Please note:** This is an immersive or dual language provider and children may need to be screened to participate in the program. This is a school district provider and will require families to live in the school district or boundary AND/OR the provider supports children with Individualized Education Program (IEP). This is a Head Start grantee and families may need to meet additional factors to enroll. This is a provider that prioritizes placement for the children of their employees.

View more information ›

## Echinacea Montessori 

300 Elati Street, Denver, 80223, 7.5 miles away

🕒 Monday - Thursday: 8:00 AM - 5:30 PM, Friday: 8:00 AM - 4:00 PM

💲 Financial assistance options available

> ℹ **Please note:** This is a provider that prioritizes placement for the children of their employees. This is a co-op provider and will require family participation as part of programming.

View more information  ›