# Exhibit 11



REFER A CHILD                    DONATE NOW                    MENU



# Welcome

Thank you for referring a child to Anchor Center for Blind Children!

**REFER A CHILD**    **QUESTIONS?**

## WE ARE GLAD YOU'RE HERE

Our caring, professional team is here to support you during the referral and intake process to ensure each child receives the best care.



### WHO CAN REFER A CHILD

*Our team is here to support your needs when referring a child.*

- Referrals may be made by: pediatric ophthalmologists, neurologists, area hospital personnel and specialists, early intervention specialists, service coordinators and family members.
- If a parent has concerns about their child's visual development, Anchor Center for Blind Children recommends the child sees a pediatric ophthalmologist prior to beginning the referral process.
- If you need to schedule an eye exam with an ophthamologist, you may use Anchor Center's on-site services. Click on the button below to learn more about scheduling an eye appointment.

**EYE CLINIC INFORMATION**

## QUALIFY FOR SERVICES

- Children must be between the ages of 0 – 3 years old (in most cases) at the time of referral.
- Your child must have a suspected or diagnosed vision impairment or dual sensory loss of vision and hearing.
- We recommend a medical report from an ophthalmologist or neurologist verifying vision impairment. (These reports can be uploaded on our online referral form.)
- If you have any questions about referring a child to Anchor Center, please call us at (303) 377-9732.



## COMPLETING OUR ONLINE REFERRAL FORM

*When making your referral please remember to complete all required fields.*

- Selecting our Refer a Child button will take you directly to our secure database to complete your referral form.
- Do not use Internet Explorer as a browser to complete the online referral, as it is not currently a supported browser for the system. Recommended browsers include Chrome and FireFox.
- Please ensure all fields are completed prior to saving and submitting.
- Remember to upload medical reports from an ophthalmologist or neurologist as applicable.
- Save the form by selecting the "Save Record" button located on the upper right-hand side of your screen. You will NOT be able to return to it later.
- Once the referral is saved and you receive confirmation, it has been submitted to Anchor Center for review.
- A member of the Anchor Center team will be in touch with you to discuss your referral.
- If you have not heard from us within 10 business days, please contact us at (303) 377-9732.

**COMPLETE FORM NOW**



## NEXT STEPS

- Once the referral form and doctor's report have been received, our team will contact the family to

been received, our team will contact the family to schedule a Functional Vision Assessment (FVA).
• The FVA helps to determine a child's eligibility for our program.
• A child must have a vision impairment or dual sensory loss of vision and hearing to qualify for services.

## REFER A CHILD

Knowing what to do if you have concerns about your child's vision can be overwhelming. We're here to help make the process easier. Click below to fill out the full referral form online OR call us at 303.377.9732 and we will walk you through next steps.

**FILL OUT OUR REFERRAL FORM.**

## STAY CONNECTED

Sign up for our emails and stay informed about how we are impacting lives.

**NAME**

**EMAIL**

**SUBMIT**

**CAPTCHA**

I'm not a robot — reCAPTCHA (Privacy - Terms)



    

2550 Roslyn St, Denver, CO 80238
(303) 377-9732

ABOUT US    PROGRAMS    NEWS    GET INVOLVED    CONTACT US

© 2023 ANCHOR CENTER FOR BLIND CHILDREN    |    PRIVACY POLICY    |    EIN 84-0893509    |    SITE BY FIREANT STUDIO