# Exhibit 12

**COLORADO DEPARTMENT OF EARLY CHILDHOOD**

**Colorado Universal Preschool Program**

**UNIVERSAL PRESCHOOL PROGRAM RULES AND REGULATIONS**

**8 CCR 1404-1**

*[Editor's Notes follow the text of the rules at the end of this CCR Document.]*

_____

…

**4.104   DEFINITIONS**

A. "Additional preschool services" means hours of preschool services provided to a child in the year preceding enrollment in kindergarten that are in addition to the universal preschool services the child receives.

B. "Administrator" means an employee that oversees program operations, making pedagogical or curricular decisions, or planning for professional development of educators employed by the program, at either the eligible preschool provider or at an entity or organization that exercises control and oversight over the eligible preschool provider, including school districts and boards of cooperative services. The Administrator may or may not be responsible for direct care of children. For purposes of these rules, "administrator" shall include all primary providers of family child care homes, and may include an applicant 2, equally qualified provider, or qualified substitute as defined in rule sections 4.104(C), (FF), (R), and (JJ).

C. "Applicant 2" means an individual that resides in a family child care home and provides care regularly, in a recurring pattern and must have the same required training as the Primary Provider as defined in the "Rules Regulating Family Child Care Homes" located in 8 CCR 1402-1, rule section 2.304(A)(5).

D. "Children with disabilities" has the same meaning as provided in section 22-20-103, C.R.S.

E. "Classroom" means the educational or instructional location used to support a preschool program by any Preschool Program provider, including schools, child care centers, family child care homes, or other approved Colorado Universal Preschool Program locations.

F. "Colorado Academic Standards" means the comprehensive set of academic standards across all content areas adopted by the state board of education pursuant to section 22-7-1005, C.R.S.

G. "Colorado Early Learning and Development Guidelines" means the set of guidelines across all early childhood domains endorsed by the early childhood leadership commission that includes approaches to learning, health and physical development, social and emotional development, language, literacy, numeracy, logic and reasoning, and other subject-specific learning.

H. "Colorado Universal Preschool Program" or "Preschool Program" means the program established within the Department pursuant to section 26.5-4-204, C.R.S., and includes all participating preschool providers.

I. "Colorado's Competencies for Early Childhood Educators and Professionals" means the set of content areas, or domains, that describe the knowledge and skills early childhood educators need to work effectively with children, and are updated, maintained, and published by the Department.

J.	"Congregation" means a religious-based convocation, or multiple religious-based convocations, of individuals in a particular geographic area who share a common set of beliefs and who collectively engage in conduct with a direct nexus to that shared common set of beliefs.

K.	"Cooperative preschool provider" means an eligible preschool provider which requires participating families to be meaningfully involved in the operation of the cooperative and which is at least substantially operated, maintained, or administered by participating families.

L.	"Department" means Colorado Department of Early Childhood.

M.	"ECEA" means the "Exceptional Children's Educational Act", Article 20 of Title 22, and its implementing rules.

N.	"Early Childhood Mental Health Consultation program" means the program administered by the Department, established under Part 7 of Article 3 of Title 26.5.

O.	"Early learning and assessment approach" means the eligible preschool provider's chosen methods for selecting, planning, and implementing activities; observing; documenting; and monitoring designed to support children's learning and development, in alignment with the Colorado Early Learning and Development Guidelines, and includes curricula and other pedagogical methods.

P.	"Eligible child" means a child who is eligible to receive preschool services as provided in section 26.5-4-204(3), C.R.S.

Q.	"Eligible preschool provider" means a preschool provider that is actively participating in the Colorado Universal Preschool Program and in good standing with the Department.

R.	"Equally qualified provider" means an employee of a family child care home that has the same required trainings and qualifications as the primary provider as determined in the "Rules Regulating Family Child Care Homes" located in 8 CCR 1402-1, rule section 2.304(A)(29).

S.	"Federal Poverty Level" (FPL) or "Federal Poverty Guidelines" (FPG) refers to figures set by the federal government annually. These figures, based on gross monthly income levels for the corresponding household size, are included in the table in rule section 4.106(B).

T.	"Foster care home" has the same meaning as provided in section 26-6-903(10), C.R.S.

U.	"Full-day" means thirty to forty (30 to 40) hours of preschool service per week.

V.	"Half-day" means fifteen to twenty (15 to 20) hours or preschool service per week.

W.	"Head Start program" means a program operated by a local public or private nonprofit agency designated by the federal department of health and human services to operate a head start program pursuant to the provisions of Title V of the federal "Economic Opportunity Act of 1964", as amended.

X.	"IDEA" means the federal "Individuals with Disabilities Education Act", 20 U.S.C. SEC. 1400 ET SEQ., as amended, and its implementing regulations.

Y.	"Individualized Education Program" or "IEP" means a written statement for a child with a disability that is developed, reviewed, and revised in accordance with part 1 of article 20 of title 22, C.R.S., and the rules promulgated by the Colorado state board of education.

Z.   "Lead teacher" means the employee of an eligible preschool provider that is primarily assigned to a classroom and responsible for delivering instruction or leading activities. A "lead teacher" may include the primary provider, applicant 2, equally qualified provider, and qualified substitute of a family child care home provider.

AA.  "Low-income" means that the child's parent or guardian's gross income must not exceed 270% of the Federal Poverty Guideline (FPG).

BB.  "Multilingual" means a child who is learning two (2) or more languages at the same time, or a child who is learning a second (2nd) language while continuing to develop their first (1st) language.

CC.  "Noncertified kinship care" means a child is being cared for by a relative or kin pursuant to 19-1-103(102), C.R.S., who has a significant relationship with the child in circumstances when there is a safety concern by a county department of human or social services and where the relative or kin has not met the foster care certification requirements for a kinship foster care home or has chosen not to pursue that certification process.

DD.  "Parent" has the same meaning as provided in section 22-20-103, C.R.S.

EE.  "Part-time or slot" means ten (10) hours of preschool service per week.

FF.  "Primary provider" means the person that resides in a family child care home and provides direct care, supervision, and education to child(ren) in care for at least 60 percent of the daily hours of operation of the family child care home.

GG.  "Preschool provider" means any of the following entities that are licensed pursuant to part 3 of article 5 of this title 26.5:

   1.   A family child care home, as defined in section 26.5-5-303, C.R.S.;

   2.   A child care center, as defined in section 26.5-5-303, C.R.S.;

   3.   A school district licensed to operate as a public preschool provider;

   4.   A charter school licensed to operate as a public preschool provider; or

   5.   A head start program.

HH.  "Provider rate formula" means the formulas for setting the per-child rates for universal preschool services, for preschool services for children with disabilities, for preschool services for eligible children who are three (3) years of age or younger and for additional preschool services.

II.  "Qualifying factor" means a child or family circumstance, as identified by department rule pursuant to section 26.5-4-204(4)(a)(II), C.R.S., that may negatively impact a child's cognitive, academic, social, physical, or behavioral health or development.

JJ.  "Qualified substitute" means a substitute provider of a family child care home that has all required trainings and qualifications as determined in the Department's "Rules Regulating Family Child Care Homes" located in 8 CCR 1402-1 rule section 2.304(A)(71).

KK.  "Resource Bank" means the collection of preschool curricula and other approved educational approaches, toolkits, self-assessments, templates, training, and other resources for use by participating preschool providers that is created, administered, and updated by the Department pursuant to section 26.5-4-205(3), C.R.S.

LL.　"School District" means a school district organized pursuant to article 30 of title 22, C.R.S., that provides preschool services and is licensed pursuant to part 3 of article 5 of title 26.5, C.R.S., as a preschool provider; or a board of cooperative services organized pursuant to article 5 of title 22, C.R.S., that provides preschool services and is licensed pursuant to part 3 of article 5 of title 26.5, C.R.S., as a preschool provider.

MM.　"School year" means the full school year as defined by the local school board of education.

NN.　"Short term basis" means work performed in place of a regular staff member or volunteer who is unable to work their normally scheduled work hours due to a planned or unplanned event that requires the regular staff member or volunteer to be on leave for no more than two (2) calendar weeks.

OO.　"Sibling" means one (1) or more individuals having one (1) or both parents in common.

PP.　"Staff aide" means an individual who assists the primary provider in a family child care home in the care of children at the family child care home. A staff aide must never be allowed to supervise a child(ren) alone. The primary provider, applicant 2, equally qualified provider, or qualified substitute provider must always be present at all times when the staff aide is providing care for a child(ren).

QQ.　"Substitute" means a paid, volunteer, or contract individual of a family child care home responsible for caring for the children in the capacity of the employee, staff aide, or staff member. The primary provider, applicant 2, equally qualified provider, or qualified substitute must always be present at all times when a substitute is providing care for children.

RR.　"Universal preschool services" means ten hours of preschool services per week made available, at no charge, to children in the state during the school year preceding the school year in which a child is eligible to enroll in kindergarten.

…

**4.109　GENERAL REQUIREMENTS AND PROVISIONS**

A.　Beginning July 1, 2024, and continuing thereafter, all eligible preschool providers must meet the following minimum requirements as a condition of participating in the Preschool Program:

　　1.　The minimum number of planned teacher-pupil contact hours of instructional services scheduled to be delivered by an eligible preschool provider for all students enrolled in the Preschool Program shall not be less than three-hundred and sixty (360) hours per school year.

　　　　a.　When fulfilling this requirement, eligible preschool providers may take into consideration the number of available teacher-pupil contact hours left in the school year based on when a child enrolls in the Preschool Program, and this requirement shall not be construed as requiring three-hundred and sixty (360) planned teacher-pupil contact hours of instructional services when a child is not enrolled in the Preschool Program for the entire school year.

　　2.　Eligible preschool providers shall maintain staff-child ratios and maximum group sizes in accordance with the applicable maximum ratios and group sizes as determined in the "Rules Regulating Child Care Centers" located in 8 CCR 1402-1, rule section 2.217(A), except that, no classroom of an eligible preschool provider shall have a staff-child ratio in excess of 1:10 or a maximum group size in excess of twenty (20); or in accordance with the primary provider's license type for a family child care home, and the "Rules

        Regulating Family Child Care Homes" located in 8 CCR 1402-1, rule sections 2.305-3.310.

   3.   Eligible preschool providers must ensure that all teachers, educators, or other employees are qualified in accordance with the applicable rules and requirements as determined in the "Rules Regulating Child Care Centers" located in 8 CCR 1402-1, rule section 2.216; or in accordance with the primary provider's license type for a Family Child Care Home, and the "Rules Regulating Family Child Care Homes" located in 8 CCR 1402-1, rule sections 2.305-3.310.

       a.   Nothing within this subsection shall be construed as requiring a preschool teacher to be licensed pursuant to article 60.5 of title 22.

           1)   This shall not be construed as preventing an eligible preschool provider from enacting additional requirements for their employees, so long as the employee meets all other qualifications as required by these rules.

       b.   Eligible preschool providers must provide at least sixteen (16) hours of paid professional development time to allow employees to complete their required training, except that, a family child care home, as defined in section 26.5-5-303, C.R.S., shall not be required to meet this requirement.

B.   Eligible preschool providers must ensure that children receive an equal opportunity to enroll and receive universal preschool services regardless of race, ethnicity, religious affiliation, sexual orientation, gender identity, lack of housing, income level, or disability, as such characteristics and circumstances apply to the child or the child's family.

C.   Pursuant to section 22-33-106.1, C.R.S., all eligible preschool providers must abide by the limitations and procedures set forth regarding suspensions and expulsions for preschool through second grade.

D.   In educating children with disabilities, all eligible preschool providers shall ensure full compliance with the "Standards for Placement of Preschoolers with IEPs in Educational Programs (January 2023)", herein incorporated by reference. No later editions or amendments are incorporated. These standards are available at no cost from the Colorado Department of Education, 201 East Colfax Avenue, Denver, CO 80203; or at https://www.cde.state.co.us/cdesped/appropriateedenvironments. These standards are also available for inspection and copying at the Colorado Department of Early Childhood, 710 S. Ash Street, Bldg. C, Denver, Colorado 80246, during regular business hours.

   1.   Eligible preschool providers educating children with disabilities shall additionally ensure compliance with the applicable provisions of the "Individuals with Disabilities Education Act" (IDEA) 20 U.S.C. Section 1400, et. seq., herein incorporated by reference. No later editions or amendments are incorporated. These standards are available https://sites.ed.gov/idea/statuteregulations/ and https://www.coloradoecea.org/. These standards are also available for inspection and copying at the Colorado Department of Early Childhood, 710 S. Ash Street, Bldg. C, Denver, Colorado, 80246, during regular business hours.

   2.   Eligible preschool providers educating children with disabilities shall additionally ensure compliance with the "Exceptional Children's Educational Act" (ECEA) section 22-20-101, et. seq., C.R.S., and applicable provisions of the "Rules for the Administration of the Exceptional Children's Educational Act" located in 1 CCR 301-8, herein incorporated by reference. No later editions or amendments are incorporated. These standards are available at https://www.coloradosos.gov/. These standards are also available for

inspection and copying at the Colorado Department of Early Childhood, 710 S. Ash Street, Bldg. C, Denver, Colorado 80246, during regular business hours.

3. This includes, but is not limited to, an eligible preschool provider's obligation to ensure children with disabilities are served in a manner which conforms to the training, certification, referral, identification, licensing, authorization, and dispute resolution requirements found in 1 CCR 301-8, rule section 3.02(3).

### 4.110   PROVIDER MATCHING CRITERIA

A. Eligible preschool providers may utilize the following programmatic preferences during the matching process:

1. Faith-based providers granting preference to members of their congregation;

2. Cooperative preschool providers requiring participation in the cooperative;

3. School districts maintaining enrollment consistent with their established boundaries;

4. Withholding of placements or availability of seats by an enrolling preschool provider of a student(s) with an Individualized Education Program (IEP) to ensure conformity with obligations incurred pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. section 1400 (2004), or the Exceptional Children's Education Act, Article 20 of Title 22, C.R.S.;

5. Head Start programs' adhering to any applicable federal law requirements including eligibility requirements;

6. Participating preschool providers granting preference to an eligible child of one of their employees;

7. Participating preschool providers granting preference to an eligible child in order to ensure continuity-of-care for that child;

8. Participating preschool providers granting preference to an eligible child in order to keep siblings similarly located; and

9. Participating preschool providers granting preference to an eligible child who is multilingual in order to ensure the proper delivery of services to that child.

B. In utilizing these programmatic preferences, eligible preschool providers must still comply with rule section 4.109(B).

### 4.111   INSTRUCTIONAL PRACTICE REQUIREMENTS

A. Learning Approaches.

Beginning July 1, 2024, and continuing thereafter, all eligible preschool providers must utilize an early learning and assessment approach approved and included in the Resource Bank by the Department that:

1. Aligns with the Colorado Early Learning and Development Guidelines and the Colorado Academic Standards;

2. Uses assessment findings for instructional decision-making;

   3.  Is culturally and developmentally appropriate; and

   4.  Is inclusive of and appropriate for the diverse needs of each individual learner.

B.  On-Site Observations.

  Approximately every three (3) years, eligible preschool providers will receive an independent on-site observation of environmental quality conducted by the Department. The Department will conduct these observations, in alignment with existing on-site observations performed pursuant to participation in Colorado Shines, the state quality rating and improvement system established pursuant to section 26.5-5-101, C.R.S. The Department shall conduct the observations only using staff who are trained in and familiar with assessing program environmental quality in the preschool setting.

  1.  Measurement of a preschool provider's environmental quality shall include, but not be limited to:

   a.  The quality of adult-child and child-child interactions;

   b.  The quality of the overall learning environment, including student and staff supportive services; and

   c.  The quality of program-parent and program-staff interactions.

C.  Faith-based organizations may not use funds from the Preschool Program to pay for religious instruction, worship, or proselytization, and must ensure that those activities remain separate from the Preschool Program funded services.

## 4.112 HEALTHY DEVELOPMENT REQUIREMENTS

A.  Beginning July 1, 2024, and continuing thereafter, eligible preschool providers must meet the following requirements as a condition of participating in the Preschool Program:

  1.  Within six (6) months of participating in the Preschool Program, eligible preschool providers must create, make available publicly and for the Department, and implement policies and procedures which ensure:

   a.  Participating children and families have a pathway to access early childhood mental health programs including, but not limited to, the Early Childhood Mental Health Consultation program;

   b.  Beginning July 1, 2025, and continuing thereafter, the offering of, or coordination with, voluntary health (hearing, vision, and dental) screening services, and upon parent request, referral processes to ensure adequate access to said services by participating children and families including policies for ensuring translation services for children and families in their home language; and

   c.  Beginning July 1, 2025, and continuing thereafter, the offering of, or coordination with, voluntary developmental (including physical, social-emotional, cognitive, and language) screening services, and upon parent request, referral processes to ensure adequate access to said services by participating children and families including policies for ensuring translation services for children and families in their home language.

2. Any screening services offered or coordinated with pursuant to rule section 4.112(A)(1)(b) or (c), must be conducted using valid and reliable screening tools that are developmentally, culturally, and linguistically appropriate, and must:

   a. Require the screening services to be offered or coordinated within forty-five (45) calendar days of when a child first attends the eligible preschool provider;

   b. Entail the use of research-based developmental standardized screening tools;

   c. Meaningfully incorporate other information from family members, teachers, or other individuals with familiarity with the child's typical behavior;

   d. Be tailored and conducted in a manner which promotes and allows for individualized usable information; and

   e. When involving a child with disabilities, comply with all state and federal laws, regulations, and requirements.

3. All eligible preschool providers must notify families of the opportunity to participate in an annual survey of families' experiences in regards to screening, referral, and early childhood mental health best practices to be conducted by the Department.

### 4.113 FAMILY AND COMMUNITY ENGAGEMENT REQUIREMENTS

A. Beginning July 1, 2024, and continuing thereafter, eligible preschool providers must meet the following requirements as a condition of participating in the Preschool Program:

   1. Within six (6) months of participating in the Preschool Program, preschool providers must create, make available publicly and for the Department, and implement policies and procedures which ensure:

      a. The usage of interpreters or other language resources to effectively communicate with families in their home language;

      b. Seeking input from participating families on priorities, interests, home routines, and cultural and social practices;

      c. Engaging families around goals which inform the preschool provider's interactions and instruction with children, including multilingual learners;

      d. Engaging families and community partners in decision-making regarding the preschool provider's operations; and

      e. Involving families in the transition of their children into and out of the Preschool Program, including between classrooms within the Preschool Program and into Kindergarten.

   2. All eligible preschool providers must notify families of the opportunity to participate in an annual survey of families' experiences with meaningful and culturally appropriate involvement in the program to be conducted by the Department.

### 4.114 PROFESSIONAL DEVELOPMENT REQUIREMENTS

A.  The Department shall ensure that professional development hours required pursuant to this rule section be in alignment with Colorado's Competencies for Early Childhood Educators and Professionals.

    1.  This includes alignment with the seven (7) domain areas of:

        a.  Child growth and development, and learning;

        b.  Child observation and assessment;

        c.  Family and community partnerships;

        d.  Social-emotional health and development promotion;

        e.  Health, safety and nutrition;

        f.  Professional practice; and

        g.  Teaching practices.

    2.  Professional development completed pursuant to the requirements located in 8 CCR 1402-1, rule section 2.216(A), to meet the licensing requirement of completing fifteen (15) clock hours of ongoing professional development each year, may be used to also fulfill the professional requirements of this rule section if it meets the applicable requirements.

B.  Lead Teacher Professional Development.

Beginning July 1, 2025, within six (6) months of employment, lead teachers within Preschool Program classrooms must demonstrate completion of, at a minimum, four (4) hours of professional development in the preschool provider's selected early learning and assessment approach included in the Resource Bank and shall be aligned with the domain areas of teaching practices; child observation and assessment; or social-emotional health and development promotion.

    1.  Nothing within this rule section shall be construed as to prevent a preschool teacher who is licensed by the Colorado Department of Education to use the professional development required to renew their teaching license pursuant to article 60.5 of title 22, C.R.S., to also meet the requirements of this rule subsection, if it meets the applicable requirements.

    2.  Nothing within this rule subsection shall be construed as requiring this training for family child care home staff aides or substitutes, and shall only apply to an equally qualified provider, applicant 2, or qualified substitute as the "lead teacher".

    3.  Nothing within this rule subsection shall be construed as requiring this training for individuals who are employed or volunteer only on a short term basis.

    4.  Applicable accredited college coursework, non-expired certifications, or hours of professional development may be applied retroactively. Applicable accredited college coursework and non-expired certifications may be applied retroactively with no time limit, while hours of professional development may be applied retroactively up to a maximum of three (3) years after the date the relevant professional development is completed.

        a.        Applicable accredited college coursework which meets the requirements of this rule subsection (B) shall be credited at a rate of fifteen (15) hours of professional development for each one (1) semester credit hour.

    5.        Verifying documentation shall be submitted demonstrating completion of the applicable professional development in accordance with policies and procedures established and published by the Department.

    6.        Beginning July 1, 2026, and continuing thereafter, the number of hours that lead teachers within Preschool Program classrooms must demonstrate the completion of pursuant to the one-time requirement of subsection (B) of this rule section, is eight (8) hours.

C.        All Staff Professional Development.

Beginning July 1, 2024, within twelve (12) months of employment at an eligible preschool provider, all staff responsible for the direct care of children (including but not limited to lead teachers, administrators, primary providers, equally qualified providers, and equally qualified substitutes) must complete, at a minimum, four (4) hours of professional development in the domain area of social-emotional health and development promotion, with at least one (1) hour of training in trauma-informed practices specific to each staff member's professional role.

    1.        Nothing within this rule section shall be construed as to prevent a preschool teacher who is licensed by the Colorado Department of Education to use the professional development required to renew their teaching license pursuant to article 60.5 of title 22, C.R.S., to also meet the requirements of this rule subsection, if it meets the applicable requirements.

    2.        Nothing within this rule subsection shall be construed as requiring this training for family child care home staff aides or substitutes, and shall only apply to an equally qualified provider, applicant 2, or qualified substitute as the "lead teacher".

    3.        Nothing within this rule subsection shall be construed as requiring this training for individuals who are employed or volunteer only on a short term basis.

    4.        Applicable accredited college coursework, non-expired certifications, or hours of professional development may be applied retroactively. Applicable accredited college coursework and non-expired certifications may be applied retroactively with no time limit, while hours of professional development may be applied retroactively up to a maximum of three (3) years after the date the relevant professional development is completed.

    5.        Verifying documentation shall be submitted demonstrating completion of the applicable professional development in accordance with policies and procedures established and published by the Department.

    6.        Beginning July 1, 2025, and continuing thereafter, the number of hours that all staff responsible for the direct care of children must demonstrate the completion of pursuant to the one-time requirement of subsection (C) of this rule section, is eight (8) hours.

D.        Administrator and Further Lead Teacher Professional Development. Beginning July 1, 2025, within twelve (12) months of employment, all lead teachers and one (1) administrator of each preschool provider, must complete four (4) hours of professional development in the domain area of family and community partnerships.

    1.        Nothing within this rule section shall be construed as to prevent a preschool teacher who is licensed by the Colorado Department of Education to use the professional

        development required to renew their teaching license pursuant to article 60.5 of title 22, C.R.S., to also meet the requirements of this rule subsection, if it meets the applicable requirements.

2. Nothing within this rule subsection shall be construed as requiring this training for family child care home staff aides or substitutes, and shall only apply to an equally qualified provider, applicant 2, or qualified substitute as the "lead teacher."

3. Nothing within this rule subsection shall be construed as requiring this training for individuals who are employed or volunteer only on a short term basis.

4. Applicable accredited college coursework, non-expired certifications, or hours of professional development may be applied retroactively. Applicable accredited college coursework and non-expired certifications may be applied retroactively with no time limit, while hours of professional development may be applied retroactively up to a maximum of three (3) years after the date the relevant professional development is completed.

5. Verifying documentation shall be submitted demonstrating completion of the applicable professional development in accordance with policies and procedures established and published by the Department.

6. Beginning July 1, 2026, and continuing thereafter, the number of hours that all lead teachers and one (1) administrator of each preschool provider must demonstrate the completion of pursuant to the one-time requirement of subsection (D) of this rule section, is eight (8) hours.

_____

**Editor's Notes**

**History**

New rule emer. rule eff. 09/29/2022.
Rules 4.101, 4.104, 4.105 emer. rules eff. 11/21/2022.
Rules 4.100-4.103 eff. 01/14/2023.
Rules 4.101, 4.104, 4.105 eff. 03/17/2023.
Rule 4.105 emer. rule eff. 06/23/2023.
Rule 4.105 eff. 09/30/2023.
New Rules 4.101 – 4.103, Revised Rules 4.100-4.108 (except 4.105) eff. 01/25/24
New Rules 4.109-4.114 eff. 03/16/24.