# Exhibit 13

  

# Submit an application for UPK Colorado for the 2023-2024 school year

**The matching process is now happening weekly. Families will be notified of their proposed matches every Friday and you will have until the following Thursday to accept or decline your match.** Click here to log in and accept or decline your match.

Beginning in the 2023-2024 school year, families in Colorado can receive at least 15 hours per week of free, voluntary preschool for 4 year olds through the Universal Preschool (UPK) Colorado program. 3 year olds with qualifying factors are eligible for 10 free hours per week. UPK Colorado is administered by the newly-created Colorado Department of Early Childhood (CDEC).

**UPK Colorado is not a first-come, first- served program. Families can begin their application at any time. Once the application has been submitted it will be included in the weekly matching process. If you need to make changes to your application or enrollments, contact your** Local Coordinating Organization (LCO).

**Qualifying 3-year-olds** - Families of 3-year-old students with at least one qualifying factor, wishing to send their child to a program run by a school district, will not be able to select a specific school location and should select the school district where they reside. School districts will match 3 year olds in a separate process.

**Eligibility** - Some participating school districts around Colorado have local Board of Education adopted policies allowing for alternative dates for kindergarten eligibility. If you live in one of those districts and your child is showing as ineligible in the State application portal, please reach out to your LCO to ensure you are placed for matching in that school district.

Any child in the year before they are eligible for kindergarten who is low income (household income below 270% of the 2023 federal poverty guidelines) AND has a qualifying factor is eligible for additional hours of free preschool, pending eligibility confirmation.

If you need help adding a document to your application, contact your local coordinating organization for assistance. Your LCO can assist you with any part of your UPK Colorado application.

Need help?

Browse providers     Submit an application