Exhibit 15



# UPK Colorado Provider Guide

For participating licensed providers

## Overview

This document is to help you to providers understand and navigate on to UPK Colorado's system.

## Index

- Background
- How to Use This Guide
- How Do I Become a Participating UPK Colorado Provider?
- Finding Your Local Coordinating Organization (LCO)
- How Much Will I Get Compensated if I Participate?
- How to Register as a Participating UPK Colorado Provider
  - Creating an account
  - Registering to participate
- How Build a High Quality Profile as a UPK Colorado Provider
- What Happens Next?

## How can I get help?

If you need additional support, need to add another account to your team, or are having issues with logging in, please contact our technical team.

- **Support email cdec_upkcolorado@state.co.us**



# Background

Beginning in the 2023-24 school year, the Department of Early Childhood is slated to fund at least 15 hours of high-quality, voluntary preschool for every Colorado child in their year before entering kindergarten. This Universal Preschool Program (UPK) allows families to choose the right setting for their child, whether it is in a licensed community-based, school-based or home-based preschool setting.

We know that many families will require more than 15 hours of care, and there will be a number of ways to access additional hours. Some children will qualify for additional state-funded hours based on the risk factors to-be-developed by the Department of Early Childhood. Information on the risk factors and additional hours of care will be published as it becomes available. Many of these children will also qualify for Colorado's Child Care Assistance Program (CCCAP), Head Start, and other funding sources that can be stacked on top of UPK hours to meet the needs of families. The Department will work towards creating a single, unified application for all of these services. In coordination with their preschool providers, families are also welcome to provide a co-pay for additional hours as needed.

High quality preschool programs are known to aid in a child's development and to have social, academic, and economic benefits that are carried with that child throughout their life. The launch of this program, as a result of the voter-approved Proposition EE, builds on Colorado's long-standing commitment to children and families and helps ensure that they are valued, healthy and thriving.

Providers are a critical partner to ensuring that the Universal preschool program (UPK) runs smoothly and successfully. Our role is to support you and provide everything you need to participate in the UPK program.



# How to Use This Guide

This guide is here to give you information on the Universal Preschool (UPK) Colorado Program and help you register to participate.

You can print and fill out the below to help you easily navigate through this process and keep it for your internal records.

| | |
|---|---|
| **Provider Name** | |
| **My LCO** | |
| **My anticipated compensation rate for the 2023 - 2024 school year** | |
| **UPK seats I will offer for the 2023 - 2024 school year** | |
| **Do any of the following apply to me?** | ☐ I am a faith-based provider<br>☐ I am a co-op provider<br>☐ I am a school district provider and support students with IEPs<br>☐ I am a dual-language/immersive provider<br>☐ I support offer my employees preschool as a benefit |



# How do I become a participating UPK Colorado provider?

Only currently licensed providers are eligible to participate in UPK. If you do not currently have a license through the state, begin that process today.

If you are licensed and provide services to preschoolers, you will need to get in contact with your local coordinating organization (LCO) to being your registration process. Find your LCO here. Your LCO will be able to help you navigate this process, support your questions, and will be essential to making sure you're able to sign the participation agreement to complete your registration.

To begin the registration process, you will go to provider.upk.colorado.gov. Licensed providers will be able to claim their accounts. To claim this account you will need the email associated with your license. This is the same email you use to login to Provider Hub.

Once you create and account, you will go through a brief registration process. Once your registration has been sent, your LCO will send you a participation agreement to sign through the system. After entering your digital signature, you will then be able to manage your provider profile. This profile is how you will be displayed to families as they are searching and applying for the UPK Colorado Program for the 2023-2024 school year.

Applications to UPK Colorado go live on January 17th, 2023.

**4**



COLORADO
Department of Early Childhood

# Finding Your Local Coordinating Organization (LCO)

Local  support communities as they participate in the Universal Preschool (UPK) Colorado Program. They help to create partnerships in their community and represent the voice and needs of the community. They also support families and providers in navigating resources.

If you have any questions about becoming a participating provider, please reach out to your LCO (local coordinating organization).

Find your LCO by looking for your county in the table below.

| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|---|---|---|---|---|
| Adams | Westminster Public Schools on Behalf of a County Collaborative | Westminster 50, Mapleton 1, Adams 12, Adams 14, Brighton 27-J | Kelly Altizer | kaltizer@westminsterpublicschools.org |
| Alamosa | Early Childhood Council of the San Luis Valley | Mountain Valley RE-1, Center 26 JT, Moffat 2, Creede, Upper Rio Grande C-7, Sargent RE 33-J, Sangre De Cristo RE 22-J, Monte Vita C-8, Del Norte C-7, Alamosa RE-11J, North Conejos RE-1J, Sanford 6J, South Conejos RE-10, Sierra Grande R-30, Centennial R-1 | Sherri Valdez<br><br>Bryan Lindert | sherri@eccslv.org<br><br>lcodirector@eccslv.org |



| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|---|---|---|---|---|
| Arapahoe | Arapahoe County Early Childhood Council | Adams Arapahoe 28-J, Cherry Creek 5, Englewood 1, Sheridan 2, Littleton 6, Strasburg 31-J, Byers 32-J, Bennett 29-J, Deer Trail 26J | Gretchen Davidson | gretchen@acecc.org |
| Archuleta | San Juan BOCES | Dolores County RE NO 2, Dolores RE-4A, Montezuma Cortez RE-1, Mancos RE-6, Durango 9-R, Bayfield 10 JT-R, Ignacio 11-JT, Archuleta County 50 JT | Adrea Bogle | swlco@sjboces.org |
| Baca | Children First Department of Pueblo Community College/ Pueblo Early Childhood Council | Pueblo City 60, Pueblo County 70, Fowler R-4J, Crowley County RE 1-J, Manzanola 3J, Rocky Ford R-2, Cheraw 31, Swink 33, East Otero RE-1, Las Animas RE-1, McClave RE-2, Lamar RE-2, Granada RE-1, Holly RE-3, Pritchett RE-3, Springfield RE-4, Campo RE-6, Vilas RE-5, Walsh RE-1 | Angie Shehorn | angela.shehorn@pueblocc.edu |



COLORADO
Department of Early Childhood

| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|--------|--------------------------------|------------------------|-----------|------------------|
| Bent | Children First Department of Pueblo Community College/ Pueblo Early Childhood Council | Pueblo City 60, Pueblo County 70, Fowler R-4J, Crowley County RE 1-J, Manzanola 3J, Rocky Ford R-2, Cheraw 31, Swink 33, East Otero RE-1, Las Animas RE-1, McClave RE-2, Lamar RE-2, Granada RE-1, Holly RE-3, Pritchett RE-3, Springfield RE-4, Campo RE-6, Vilas RE-5, Walsh RE-1 | Angie Shehorn | angela.shehorn@pueblocc.edu |
| Boulder | Early Childhood Council of Boulder County | St. Vrain Valley RE-1J, Boulder Valley RE-2 | Danielle Butler | dbutler@eccbouldercounty.org |
| Broomfield | Broomfield Early Childhood Council | No School District | Jessica Jones | info@broomfieldecc.org |
| Chaffee | Chaffee County Early Childhood Council | Buena Vista R-31, Salida R-32 | Sarah Romack | sromack@ccecc.org |
| Cheyenne | Cheyenne, Kiowa & Lincoln Counties Early Childhood Council | Limon RE-4J, Genoa-Hugo C-113, Karval RE-23, Kit Carson R-1, Cheyenne County RE-5, Eads RE-1, Plainview RE-2 | Julie Witt | julie.cklecc@gmail.com |



| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|---|---|---|---|---|
| Clear Creek | Triad Bright Futures | Gilpin County RE-1, Clear Creek RE-1, Jefferson County RE-1 | Kate Kalstein | katekalstein@me.com |
| Conejos | Early Childhood Council of the San Luis Valley | Mountain Valley RE-1, Center 26 JT, Moffat 2, Creede, Upper Rio Grande C-7, Sargent RE 33-J, Sangre De Cristo RE 22-J, Monte Vita C-8, Del Norte C-7, Alamosa RE-11J, North Conejos RE-1J, Sanford 6J, South Conejos RE-10, Sierra Grande R-30, Centennial R-1 | Sherri Valdez<br><br>Bryan Lindert | sherri@eccslv.org<br><br>lcodirector@eccslv.org |
| Costilla | Early Childhood Council of the San Luis Valley | Mountain Valley RE-1, Center 26 JT, Moffat 2, Creede, Upper Rio Grande C-7, Sargent RE 33-J, Sangre De Cristo RE 22-J, Monte Vita C-8, Del Norte C-7, Alamosa RE-11J, North Conejos RE-1J, Sanford 6J, South Conejos RE-10, Sierra Grande R-30, Centennial R-1 | Sherri Valdez<br><br>Bryan Lindert | sherri@eccslv.org<br><br>lcodirector@eccslv.org |



| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|---|---|---|---|---|
| Crowley | Children First Department of Pueblo Community College/Pueblo Early Childhood Council | Pueblo City 60, Pueblo County 70, Fowler R-4J, Crowley County RE 1-J, Manzanola 3J, Rocky Ford R-2, Cheraw 31, Swink 33, East Otero RE-1, Las Animas RE-1, McClave RE-2, Lamar RE-2, Granada RE-1, Holly RE-3, Pritchett RE-3, Springfield RE-4, Campo RE-6, Vilas RE-5, Walsh RE-1 | Angie Shehorn | angela.shehorn@pueblocc.edu |
| Custer | Custer County School District & Custer County Kids Council | Custer County C-1 | Carolina Henderson<br><br>Stacy Terrill | carolina.henderson@ccbobcats.net<br><br>custercountyecc@gmail.com |
| Delta | Bright Futures | Delta County 50-J, Montrose County RE-1J, West End RE-2, Norwood R-2J, Telluride R-1, Ridgeway R-2, Ouray R-1, Silverton 1 | Kathleen Merritt | kathleen@brightfuturesforchildren.org |
| Denver | Denver Preschool Program | Denver County 1 | Ellen Braun | ellen@dpp.org |



| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|--------|--------------------------------|------------------------|------------|------------------|
| Dolores | San Juan BOCES | Dolores County RE NO 2, Dolores RE-4A, Montezuma Cortez RE-1, Mancos RE-6, Durango 9-R, Bayfield 10 JT-R, Ignacio 11-JT, Archuleta County 50 JT | Adrea Bogle | swlco@sjboces.org |
| Douglas | Douglas County Early Childhood Council | Douglas County RE-1 | Diane Smith <br> Gigi Whalen | drsmith2@dcsdk12.org <br> gwhalen@dcsdk12.org |
| Eagle (excluding El Jebel & Basalt) | Eagle County School District & Early Childhood Partners | Eagle County RE-50 | Shelley Smith <br> Liz Costaldo <br> Julia Kozusko | shelley.smith@eagleschools.net <br> liz@ecpartners.org <br> julia@ecpartners.org |
| Eagle (El Jebel & Basalt only) | Rocky Mountain ECC & Mountain Valley Development Services | Garfield 16, Garfield RE-2, Roaring Fork RE-1, Aspen 1, Lake County R-1 | Stacy Petty | rmecc@mtnvalley.org |
| El Paso | Joint Initiatives for Youth and Families | Lewis Palmer 38, Academy 20, District 49, Peyton 23-JT, Calhan RJ-1, Manitou Springs 14, Colorado Springs 11, Cheyenne Mountain 12, Fountain 8, Harrison 2, Widefield 3, Ellicott 22, Hanover 28, Miami/Yoder 60-JT, Edison 54-JT | Kelly Hurtado <br> Shay Almonte | khurtado@jointinitiatives.org <br> SAlmonte@jointinitiatives.org |



| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|---|---|---|---|---|
| Elbert | Elbert County Early Childhood Council | Elizabeth, Kiowa C-2, Elbert 200, Agate 300, Big Sandy 100-J | Llan Barkley | elbertearly@gmail.com |
| Fremont | ECHO & Family Center Early Childhood Council | Canon City RE-1, Cotopaxi RE-3, Fremont RE-2 | Dorothy Day | dorothy.day@canoncityschools.org |
| Garfield | Rocky Mountain ECC & Mountain Valley Development Services | Garfield 16, Garfield RE-2, Roaring Fork RE-1, Aspen 1, Lake County R-1 | Stacy Petty | rmecc@mtnvalley.org |
| Gilpin | Triad Bright Futures | Gilpin County RE-1, Clear Creek RE-1, Jefferson County RE-1 | Kate Kalstein | katekalstein@me.com |
| Grand | Grand Beginnings | North Park R-1, West Grand 1-JT, East Grand 2 | Katy Hale  Ashley Hotz | katy@grandbeginnings.org  asstdirector@grandbeginnings.org |
| Gunnison | Gunnison-Hinsdale Early Childhood Council | Gunnison Watershed RE-1J, Hinsdale County RE-1 | Lana Athey | lathey@gunnisoncounty.org |
| Hinsdale | Gunnison-Hinsdale Early Childhood Council | Gunnison Watershed RE-1J, Hinsdale County RE-1 | Lana Athey | lathey@gunnisoncounty.org |
| Huerfano | Huerfano-Las Animas Counties Early Childhood Council | Huerfano RE-1, La Veta RE-2, Aguilar Reorganized 6, Primero Reorganized 2, Trinidad 1, Hoehne | Jennifer Yates | jsmcdonald@la-h-health.org |

11



**COLORADO**
Department of Early Childhood

| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|---|---|---|---|---|
| | | Reorganized 3, Branson Reorganized 82, Kim Reorganized 88 | | |
| Jackson | Grand Beginnings | North Park R-1, West Grand 1-JT, East Grand 2 | Katy Hale<br><br>Ashley Hotz | katy@grandbeginnings.org<br><br>asstdirector@grandbeginnings.org |
| Jefferson | Triad Bright Futures | Gilpin County RE-1, Clear Creek RE-1, Jefferson County RE-1 | Kate Kalstein | katekalstein@me.com |
| Kiowa | Cheyenne, Kiowa & Lincoln Counties Early Childhood Council | Limon RE-4J, Genoa-Hugo C-113, Karval RE-23, Kit Carson R-1, Cheyenne County RE-5, Eads RE-1, Plainview RE-2 | Julie Witt | julie.cklecc@gmail.com |
| Kit Carson | Early Childhood Council for Yuma, Washington and Kit Carson | Akron R-1, Lone Star 101, Otis R-3, Yuma 1, Wray RD-2, Woodlin R-104, Arickaree R-2, Liberty J-4, Idalia RJ-3, Arriba-Flagler C-20, Hi-Plains R-23, Stratton R-4, Bethune R-5, Burlington RE-6J | Claudia Strait<br><br>Pam Kage | cstrait@eccywk.org<br><br>pkage@eccywk.org |
| La Plata | San Juan BOCES | Dolores County RE NO 2, Dolores RE-4A, Montezuma Cortez RE-1, Mancos RE-6, | Adrea Bogle | swlco@sjboces.org |

**12**



| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|--------|--------------------------------|------------------------|-----------|------------------|
| | | Durango 9-R, Bayfield 10 JT-R, Ignacio 11-JT, Archuleta County 50 JT | | |
| Lake | Rocky Mountain ECC & Mountain Valley Development Services | Garfield 16, Garfield RE-2, Roaring Fork RE-1, Aspen 1, Lake County R-1 | Stacy Petty | rmecc@mtnvalley.org |
| Larimer | Early Childhood Council of Larimer County | Poudre RE-1, Estes Park R-3, Thompson R2-J | Christina Taylor<br><br>Logan Manzanerez | ctaylor@ecclc.org<br><br>lmansanarez@ecclc.org |
| Las Animas | Huerfano-Las Animas Counties Early Childhood Council | Huerfano RE-1, La Veta RE-2, Aguilar Reorganized 6, Primero Reorganized 2, Trinidad 1, Hoehne Reorganized 3, Branson Reorganized 82, Kim Reorganized 88 | Jennifer Yates | jsmcdonald@la-h-health.org |
| Lincoln | Cheyenne, Kiowa & Lincoln Counties Early Childhood Council | Limon RE-4J, Genoa-Hugo C-113, Karval RE-23, Kit Carson R-1, Cheyenne County RE-5, Eads RE-1, Plainview RE-2 | Julie Witt | julie.cklecc@gmail.com |
| Logan | Early Childhood Council of Logan, Phillips and Sedgwick | Plateau RE-5; Valley RE-1; Buffalo RE-4J; Frenchman RE-3; Revere; Julesburg | Michelle Sharp | ecclps.sharp@gmail.com |



| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|---|---|---|---|---|
| | | RE-1; Haxtun RE-2J; Holyoke RE-1J | Stephanie Edwards<br><br>Stacey Zink<br><br>Aileen Miranda | ecclps.edwards@gmail.com<br><br>ecclps.zink@gmail.com<br><br>ecclps.miranda@gmail.com |
| Mesa | Mesa County Partnership for Children and Families & Mesa County Department of Human Services | Mesa County Valley 51, Plateau Valley 50, DeBeque 49-JT | Stephanie Bivins | stephanie.bivins@mesacounty.us |
| Mineral | Early Childhood Council of the San Luis Valley | Mountain Valley RE-1, Center 26 JT, Moffat, Creede, Upper Rio Grande C-7, Sargent RE 33-J, Sangre De Cristo RE 22-J, Monte Vita C-8, Del Norte C-7, Alamosa RE-11J, North Conejos RE-1J, Sanford 6J, South Conejos RE-10, Sierra Grande R-30, Centennial R-1 | Sherri Valdez<br><br>Bryan Lindert | sherri@eccslv.org<br><br>lcodirector@eccslv.org |
| Moffat | Connections4Kids & Moffat County School District | Moffat County RE-No 1, Rangely RE-4, Meeker RE-1 | Betsy Overton<br><br>Stephanie Davis | betsy@connections4kids.org<br><br>stephanie.davis@moffatsd.org |



COLORADO
Department of Early Childhood

| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|---|---|---|---|---|
| Montezuma | San Juan BOCES | Dolores County RE NO 2, Dolores RE-4A, Montezuma Cortez RE-1, Mancos RE-6, Durango 9-R, Bayfield 10 JT-R, Ignacio 11-JT, Archuleta County 50 JT | Adrea Bogle | swlco@sjboces.org |
| Montrose | Bright Futures | Delta County 50-J, Montrose County RE-1J, West End RE-2, Norwood R-2J, Telluride R-1, Ridgeway R-2, Ouray R-1, Silverton 1 | Kathleen Merritt | kathleen@brightfuturesforchildren.org |
| Morgan | Early Learning Ventures | Wiggins RE 50-J, Weldon Valley Re 20-J, Fort Morgan RE-3, Brush RE 2-J | Tim Garcia Barbara Wacker | tgarcia@earlylearningventures.org bwacker@earlylearningventures.org |
| Otero | Children First Department of Pueblo Community College/ Pueblo Early Childhood Council | Pueblo City 60, Pueblo County 70, Fowler R-4J, Crowley County RE 1-J, Manzanola 3J, Rocky Ford R-2, Cheraw 31, Swink 33, East Otero RE-1, Las Animas RE-1, McClave RE-2, Lamar RE-2, Granada RE-1, Holly RE-3, Pritchett RE-3, Springfield RE-4, | Angie Shehorn | angela.shehorn@pueblocc.edu |



| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|---|---|---|---|---|
| | | Campo RE-6, Vilas RE-5, Walsh RE-1 | | |
| Ouray | Bright Futures | Delta County 50-J, Montrose County RE-1J, West End RE-2, Norwood R-2J, Telluride R-1, Ridgeway R-2, Ouray R-1, Silverton 1 | Kathleen Merritt | kathleen@brightfuturesforchildren.org |
| Park | Teller Park Early Childhood Council | Platte Canyon RE-1, Park County RE-2, Woodland Park RE-2, Cripple Creek-Victor RE-1 | Tiffiny Pieper | coordinator@tellerparkecc.org |
| Phillips | Early Childhood Council of Logan, Phillips and Sedgwick | Plateau RE-5; Valley RE-1; Buffalo RE-4J; Frenchman RE-3; Revere; Julesburg RE-1; Haxtun RE-2J; Holyoke RE-1J | Michelle Sharp<br><br>Stephanie Edwards<br><br>Stacey Zink<br><br>Aileen Miranda | ecclps.sharp@gmail.com<br><br>ecclps.edwards@gmail.com<br><br>ecclps.zink@gmail.com<br><br>ecclps.miranda@gmail.com |
| Pitkin | Rocky Mountain ECC & Mountain Valley Development Services | Garfield 16, Garfield RE-2, Roaring Fork RE-1, Aspen 1, Lake County R-1 | Stacy Petty | rmecc@mtnvalley.org |

**16**



| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|--------|--------------------------------|-------------------------|------------|------------------|
| Prowers | Children First Department of Pueblo Community College/Pueblo Early Childhood Council | Pueblo City 60, Pueblo County 70, Fowler R-4J, Crowley County RE 1-J, Manzanola 3J, Rocky Ford R-2, Cheraw 31, Swink 33, East Otero RE-1, Las Animas RE-1, McClave RE-2, Lamar RE-2, Granada RE-1, Holly RE-3, Pritchett RE-3, Springfield RE-4, Campo RE-6, Vilas RE-5, Walsh RE-1 | Angie Shehorn | angela.shehorn@pueblocc.edu |
| Pueblo | Children First Department of Pueblo Community College/ Pueblo Early Childhood Council | Pueblo City 60, Pueblo County 70, Fowler R-4J, Crowley County RE 1-J, Manzanola 3J, Rocky Ford R-2, Cheraw 31, Swink 33, East Otero RE-1, Las Animas RE-1, McClave RE-2, Lamar RE-2, Granada RE-1, Holly RE-3, Pritchett RE-3, Springfield RE-4, Campo RE-6, Vilas RE-5, Walsh RE-1 | Angie Shehorn | angela.shehorn@pueblocc.edu |
| Rio Blanco | Connections4Kids & Moffat County School District | Moffat County RE-No 1, Rangely RE-4, Meeker RE-1 | Betsy Overton<br><br>Stephanie Davis | betsy@connections4kids.org |

**17**



| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|---|---|---|---|---|
| | | | | stephanie.davis@moffatsd.org |
| Rio Grande | Early Childhood Council of the San Luis Valley | Mountain Valley RE-1, Center 26 JT, Moffat 2, Creede, Upper Rio Grande C-7, Sargent RE 33-J, Sangre De Cristo RE 22-J, Monte Vita C-8, Del Norte C-7, Alamosa RE-11J, North Conejos RE-1J, Sanford 6J, South Conejos RE-10, Sierra Grande R-30, Centennial R-1 | Sherri Valdez<br><br>Bryan Lindert | sherri@eccslv.org<br><br>lcodirector@eccslv.org |
| Routt | First Impressions of Routt County | Steamboat Springs RE-2, Hayden RE-1, South Routt RE-3 | Kelly Kissling | kkissling@co.routt.co.us |
| Saguache | Early Childhood Council of the San Luis Valley | Mountain Valley RE-1, Center 26 JT, Moffat 2, Creede, Upper Rio Grande C-7, Sargent RE 33-J, Sangre De Cristo RE 22-J, Monte Vita C-8, Del Norte C-7, Alamosa RE-11J, North Conejos RE-1J, Sanford 6J, South Conejos RE-10, Sierra Grande R-30, Centennial R-1 | Sherri Valdez<br><br>Bryan Lindert | sherri@eccslv.org<br><br>lcodirector@eccslv.org |



**COLORADO**
Department of Early Childhood

| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|--------|-------------------------------|------------------------|------------|------------------|
| San Juan | Bright Futures | Delta County 50-J, Montrose County RE-1J, West End RE-2, Norwood R-2J, Telluride R-1, Ridgeway R-2, Ouray R-1, Silverton 1 | Kathleen Merritt | kathleen@brightfuturesforchildren.org |
| San Miguel | Bright Futures | Delta County 50-J, Montrose County RE-1J, West End RE-2, Norwood R-2J, Telluride R-1, Ridgeway R-2, Ouray R-1, Silverton 1 | Kathleen Merritt | kathleen@brightfuturesforchildren.org |
| Sedgwick | Early Childhood Council of Logan, Phillips and Sedgwick | Plateau RE-5; Valley RE-1; Buffalo RE-4J; Frenchman RE-3; Revere; Julesburg RE-1; Haxtun RE-2J; Holyoke RE-1J | Michelle Sharp<br><br>Stephanie Edwards<br><br>Stacey Zink<br><br>Aileen Miranda | ecclps.sharp@gmail.com<br><br>ecclps.edwards@gmail.com<br><br>ecclps.zink@gmail.com<br><br>ecclps.miranda@gmail.com |
| Summit | Early Childhood Options & Summit County Government | Summit RE-1 | Lucinda Burns | lucinda@earlychildhoodoptions.org |
| Teller | Teller Park Early Childhood Council | Platte Canyon RE-1, Park County RE-2, Woodland Park RE-2, Cripple Creek-Victor RE-1 | Tiffiny Pieper | coordinator@tellerparkecc.org |

**19**



| County | Local Coordinating Organization | School Districts Served | Contact(s) | Contact Email(s) |
|--------|--------------------------------|------------------------|-----------|------------------|
| Washington | Early Childhood Council for Yuma, Washington and Kit Carson | Akron R-1, Lone Star 101, Otis R-3, Yuma 1, Wray RD-2, Woodlin R-104, Arickaree R-2, Liberty J-4, Idalia RJ-3, Arriba-Flagler C-20, Hi-Plains R-23, Stratton R-4, Bethune R-5, Burlington RE-6J | Claudia Strait<br><br>Pam Kage | cstrait@eccywk.org<br><br>pkage@eccywk.org |
| Weld | United Way of Weld County | Ault-Highland RE-9, Pawnee RE-12, Windsor RE-4, Eaton RE-2, Briggsdale RE-10, Prairie RE-11, Johnstown-Milliken RE-5J, Greeley 6, Platte Valley RE-7, Weld RE-1, Weld RE-8, Weld County RE-3J | Melanie Woolman | mwoolman@unitedway-weld.org |
| Yuma | Early Childhood Council for Yuma, Washington and Kit Carson | Akron R-1, Lone Star 101, Otis R-3, Yuma 1, Wray RD-2, Woodlin R-104, Arickaree R-2, Liberty J-4, Idalia RJ-3, Arriba-Flagler C-20, Hi-Plains R-23, Stratton R-4, Bethune R-5, Burlington RE-6J | Claudia Strait<br><br>Pam Kage | cstrait@eccywk.org<br><br>pkage@eccywk.org |



**COLORADO**
Department of Early Childhood

# How Much Will I Get Compensated if I Participate?

These are rates for the 2023-2024 school year.

| Local Coordinating Organization | Part-Time Rate (10 hours) | Half-Day Rate (15 hours) | Full-Day Rate (30 hours) |
|---|---|---|---|
| Arapahoe County Early Childhood Council | $4,742.88 | $5,926.69 | $10,544.48 |
| Bright Futures | $4,916.60 | $6,143.77 | $10,723.48 |
| Broomfield Early Childhood Council | $4,680.51 | $5,848.75 | $10,474.13 |
| Chaffee County Early Childhood Council | $4,816.14 | $6,018.24 | $10,600.78 |
| Cheyenne, Kiowa & Lincoln Counties ECC | $4,847.65 | $6,057.62 | $10,581.52 |
| Children First Department of Pueblo Community College/ Pueblo Early Childhood Council | $5,042.11 | $6,300.61 | $10,873.61 |
| Connections4Kids & Moffat County School District | $5,072.89 | $6,339.07 | $11,055.08 |
| Custer County School District & Custer County Kids Council | $4,735.83 | $5,917.88 | $10,474.33 |
| Denver Preschool Program | $4,883.22 | $6,102.06 | $10,748.93 |
| Douglas County Early Childhood Council | $4,662.16 | $5,825.82 | $10,449.21 |
| Eagle County School District & Early Childhood Partners | $4,851.20 | $6,062.05 | $10,762.67 |
| Early Childhood Council for Yuma, Washington and Kit Carson | $4,779.01 | $5,971.83 | $10,553.20 |
| Early Childhood Council of Boulder County | $4,842.16 | $6,050.75 | $10,716.69 |
| Early Childhood Council of Larimer County | $4,757.44 | $5,944.89 | $10,511.26 |



| Local Coordinating Organization | Part-Time Rate (10 hours) | Half-Day Rate (15 hours) | Full-Day Rate (30 hours) |
|---|---|---|---|
| Early Childhood Council of Logan, Phillips and Sedgwick | $4,806.31 | $6,005.95 | $10,527.24 |
| Early Childhood Council of the San Luis Valley | $5,060.23 | $6,323.25 | $10,841.52 |
| Early Childhood Options & Summit County Government | $4,895.25 | $6,117.09 | $10,872.90 |
| Early Learning Ventures | $4,792.23 | $5,988.36 | $10,508.05 |
| ECHO & Family Center ECC | $4,885.88 | $6,105.38 | $10,674.55 |
| Elbert County Early Childhood Council | $4,724.82 | $5,904.13 | $10,570.18 |
| First Impressions of Routt County | $4,899.16 | $6,121.98 | $10,864.11 |
| Grand Beginnings | $4,921.04 | $6,149.32 | $10,885.94 |
| Gunnison-Hinsdale Early Childhood Council | $4,856.34 | $6,068.47 | $10,669.68 |
| Huerfano-Las Animas Counties Early Childhood Council | $5,016.18 | $6,268.21 | $10,815.48 |
| Joint Initiatives for Youth and Families | $4,735.40 | $5,917.35 | $10,469.89 |
| Mesa County Partnership for Children and Families & Mesa County Dept of Human Services | $4,759.02 | $5,946.85 | $10,428.72 |
| Rocky Mountain ECC & Mountain Valley Development Services | $4,877.41 | $6,094.80 | $10,830.27 |
| San Juan BOCES | $4,870.04 | $6,085.59 | $10,681.32 |
| Teller Park Early Childhood Council | $4,794.32 | $5,990.97 | $10,649.80 |
| Triad Bright Futures | $4,713.94 | $5,890.53 | $10,513.26 |
| United Way of Weld County | $4,732.93 | $5,914.25 | $10,459.08 |
| Westminster Public Schools on Behalf of a County Collaborative | $4,828.39 | $6,017.28 | $10,642.96 |
| **AVERAGE:** | **$4,837.46** | **$6,044.37** | **$10,655.45** |



# How to Register as a Participating UPK Colorado Provider

1. Type in [provider.upk.colorado.gov](provider.upk.colorado.gov) into your internet browser.

This is the link you will use each time you need to access the Provider portal for UPK Colorado. Once you've created an account with Login.gov, you will use that account to access the portal.

**What if I currently have a Login.gov account?**

If you've already got an account with Login.gov AND it uses the same email address to your state license, you can use Login.gov without having to create a new account.

All you will need to do is sign in and you will be able to immediately access the UPK Colorado provider portal.

**You will see this:**





## 2. Create an account with Login.gov.

The first thing you will need to do is to create an account with Login.gov.

**To create a login, you will need:**

- The email address associated with your license and/or that you use to sign in to [Provider Hub](#).
- A form of authentication, we recommend a cell phone that can receive text messages or phone calls.

**You will see this:**



Select the "Login with LOGIN.GOV" button

**24**



3. If you do not have a Login.gov account, select the *Create an account* button.

If you don't currently have an account, you will need to create a Login.gov account. Scroll down and select the "Create an Account" button that is towards the bottom.

**You will see this:**



*Select the* "Create an Account" *button that is towards the bottom.*

**25**



4. Enter your email address related to your Provider account.

Select your language preference and select the check box for "*I read and accept the Login.gov Rules of Use*". Then select the "*Submit*" button.

**You will see this:**



*Use the same email you use for licensing, select your preferred language, and accept the terms and conditions.*



## 5. Check your email for a message from Login.gov.

The email will be titled "*Confirm your email*" and be sent from "no-reply@login.gov".



You can click the button to "*Confirm email address*" OR copy and paste the URL below into your browser.

**27**



## 6. Create your Login.gov password.

Passwords must be at least 12 characters. That's it! There are no other restrictions. You can even use more than one word with spaces to get to 12 characters. Try using a phrase or a series of words that only you recognize.

**You will see this:**



*Create a password with 12 characters. Keep this password safe.*

**28**



### 7. Set up a second layer of security.

As an added layer of protection, Login.gov requires you set up a secondary authentication method to keep your account secure. This is referred to as two-factor authentication (2FA).

We recommend using a one-time code sent by text or phone call.

Authentication options include:

- Using face or touch unlock
- Entering a security code from your authentication application
- Using your security key
- Entering a one-time code that you receive by text or by phone call
- Entering a backup code
- Using your federal government employee or military ID (PIV or CAC)



**You will see this:**



For most folks, selecting the *Entering a one-time code that you receive by text or by phone call* is the most straightforward option and is the option we recommend. This option is shown below.



You will be recommended to add another method and that is at your discretion. We do not require multiple authentication methods.



## 8. One last step- Connect this account to UPK Colorado.

Now, you have created your Login.gov account. You can now use it to login to the UPK Colorado admin portal. All you will need to do is hit the final "Agree and continue" button.

**You will see this:**



*This is the final step. All you will need to do is click "Agree and continue" and you will now have an account in the UPK Colorado provider portal.*



**COLORADO**
**Department of Early Childhood**

9. After you create an account, you can register to become a participating UPK Colorado provider.

Now you will be able to begin the registration process for your business.

If your business has multiple locations, you will need to register for each location. There is currently no way to support batch registration for multiple sites at this time.

**You will see:**





**COLORADO**
Department of Early Childhood

10.   Our priority is to ensure mixed-delivery in the
      state.Your submitted capacity may not match your final
      capacity distributed by the LCO.

To ensure broader access of choice for families, we want to ensure that we are
supporting a mixed-delivery model in our communities. This means that your LCO will
have the final say on which providers get the seats that are funded by the program.

**You will see:**



33



## 11.  Confirm your contact information

You will then be asked to confirm your email address. This will be the email that you will be primarily using with your provider account. This will not be the one that is made available to the public. You can alter what is visible to families by editing your Contact Info on your provider profile.

**You will see:**







## 12.    Submit your total UPK capacity

Next, you will submit the total number of seats you will be offering as a participating provider.

If you are a school district, ener the total number of seats for children aged 3 and 4.

**You will see:**





COLORADO
**Department of Early Childhood**

## 13.   Break down your seats by type of program.

Enter your seat breakdown by the duration of the program.

Definitions for program duration:

- Full day is 5-8 hours
- Half day is 3-4 hours
- Part-time is fewer than 3 hours
- Extended day is more than 8 hours

**You will see:**





## 14.   Indicate if you are one of the following exception criteria for your program.

We recognize that certain programs and providers may require additional information from families to participate in their programs. These include providers like faith-based, co-op, or immersive language program. By selecting these exceptions, you will be asked additional information or given additional context relevant to you.

**You will see:**

## Do any of the following apply to you?

Providers will be able to request exceptions to matched applicants based on predefined criteria. Your local coordinator will be able to see your exceptions.

- ☐ I am a faith-based provider and may require families to be a part of my congregation.

- ☐ I am a co-op and will require family participation as part of my programming.

- ☐ I am an immersive or dual language provider and children may need to be screened to participate in my program.

- ☐ I am a school district provider and will require families to live in my school district or boundary AND/OR I support children with Individualized Education Plans (IEP).

- ☐ I am a Head Start grantee and families may need to meet additional factors to enroll with me.

- ☐ I am a provider that prioritizes placement for the children of my employees.

- ☐ None of the above apply to me

[Back]   [Next]



## 15. Select the language for your provider agreement.

Now you will be able to begin the registration process for your business. If your business has multiple locations, you will need to register for each location. There is currently no way to support batch registration for multiple sites at this time.

**You will see:**

> ### Next, you will be sent a provider agreement to sign. You will receive an email once this agreement is sent to you.
>
> Select a language you'd like this agreement to be sent in.
>
> ☐ English
> ☐ Spanish
> ☐ Arabic
>
> [ Back ]                                    [ Next ]



**COLORADO**
Department of Early Childhood

## 16.    Submit registration and wait for your provider agreement

Now you will be able to begin the registration process for your business. If your business has multiple locations, you will need to register for each location. There is currently no way to support batch registration for multiple sites at this time.

**You will see:**





## 17.   Sign your provider agreement

Once your LCO sends you a participation agreement you will receive an email similar to the one below. If you click the link in the email, you will be automatically sent to sign the agreement. If you miss this email, you can also find your agreement under your documents. You can access this under the hamburger menu on the top right of your account once you sign in.

**You will see:**





**40**



# How Build a High Quality Profile as a UPK Colorado Provider

Think about your provider profile as the way you advertise your unique services to families in communities across the state. We encourage providers to fill out their profiles so any family searching for services feel excited to select you as one of their preferred providers.

As a provider, you have a lot of control of your profile. You can add things like descriptions, photos, and your staff members as well as other details so you can always achieve your desired capacity. The only thing you cannot edit will be your license information. If you find issues with your license information, contact the Department of Early Childhood.

**Things you cannot change:**

- **Licensing information:** This information is connected to your license information from Provider Hub. This information has been imported from the state system. If you need to change information about the license number, address, or licensed business contact the Department of Early Childhood.
- **Any thing with a lock:** This field is a locked field and cannot be changed.

**Things you can change that will be visible to families:**

- Photos
- Video Tour
- Description
- Contact
- Programs
- Tour Requests
- How to Enroll
- Hours
- Financial Information
- Highlights
- Staff

**41**



# Photos

## Uploading photos

Use the "Photos" tab to upload one or more photos of your facility so that families can become familiar with it.

- To get started, select the Location you would like to edit, and then select the "Photos" tab.



- Select the "+ Upload" button to begin adding photos to your profile. You should see a popup labeled "Upload."





- Select "browse files" to search for photos on your device.
- You can upload one photo at a time. After selecting the first photo, add each additional photo by selecting the + sign in the upper right of the popup.
- Once you have selected your photos to upload, select the green button labeled "Upload [number of photos] files." If you select the "Done" button first, you will not upload the photos to your profile. To retrieve them, select the "Upload" button on the photos tab once more.

**43**





- After successfully uploading photos, you can delete selected photos by selecting "Delete" from the upper right corner of the photo you want to remove.



# Video tour

Take families on a virtual tour by uploading videos from your device, Google Drive, Facebook, Dropbox, or Instagram.

- From the "Photos" screen, click Next, or select the "Video tour" tab on the left side of your screen.
- Select the "+ Add Video" button from the upper right corner.



- Choose the location from which you want to upload a video. Note: While Camera is an option, it is not currently supported so you may run into an error by selecting it.

**45**





- When selecting a file, be sure to find a video file. If you select another type of file, such as a photo, you may run into an error.



# Description

You can edit the description families will see here.



- The description field will be pulled from Provider Hub by default, but you have the option of updating it.
- Select Next to save your description.

**What is the public notice?**

The public notices are a way to share broader messages to families for emergency events such as public health related crises or otherwise. These messages will be developed by the state and shared with you. If it's determined that a public notice needs to be posted on your profile, the department will unlock this for you.



# Contact

Use the "Contact" tab to define where your facility is located and how families can reach you.



- At the top of the "Contact" screen, you may add details associated with the site's licensing information, including the business name, email, phone number, website, links to social media presence, physical address and mailing address.
- Under the "Primary Contact" section, you can enter more information that will be displayed publicly in the search results: contact name, contact phone number and contact email.



# Programs

Use the "Programs" tab to inform families of classrooms, before- or after-school programs, summer programs and any other relevant school programs you want to share with families.

- Preschool program information is required but infant, toddler or school-age care are optional to add to this section.
- Program name and age groups are required to enter for each program. The rest of the information is optional but recommended: desired capacity, rate, program dates, program types (full-time, part-time, etc.), description, contact information.



- Save each program by selecting the "Save" button at the bottom of the "Program input" screen.

**49**





- To edit, delete or duplicate a program, select the 3-dot "kebob" menu after it has been saved.



# Tour requests

Use the "Tour requests" tab to enable tours and configure the steps to tour.

- To enable tours, select the button, "Enable families to request a tour"
- Once enabled, you may configure the times you would like to offer tours. Use the Yes/No toggles next to each day of the week to enable or disable tours on a given day, and the time sliders to open up tours within a given window.



- Check or uncheck the box, "Allow multiple families to tour at the same time" to configure that option.





- Select the amount of time you would like to allot for each tour.



# How to enroll

To give families a sense of what it takes to enroll in your program, you list your enrollment steps clearly on your profile.

If you have forms of paperwork that families may need to fill out as part of their enrollment process, you can add this here.





# Hours

Use the "Hours" tab to configure when your facility is open.

- By default, the "Closed status" will be set to "Open."
- To report that your facility is closed, you must select a "Closure reason." Once you take this action, the site will no longer appear in search results.
- To report that your facility is temporarily closed, you must select a reason and a reopen date. Once you take this action, the site will no longer appear in search results.







- To set hours of operation, toggle on each day the facility is open and use the time sliders to indicate operating hours.



- You have the option to add notes about hours.
- Click the Next button at the bottom of the screen to save hours of operation selections.



# Financial programs

Use the "Financial programs" tab to indicate payment methods accepted, additional financial assistance provided and other notes on payment options.



- Indicate which payment methods are accepted by clicking "Payment methods" accepted and selecting all that apply.
- Indicate additional financial assistance provided beyond UPK by clicking "Additional Financial Assistance" and selecting all that apply.
- Use the open text field under the label "Additional payment options" to specify any other financial program details you would like to share with families.
- Select "Next" to save your selections.



# Highlights

Use the "Highlights" tab to share information about the facility's curriculum or amenities.



- Click "Next" at the bottom right of the screen to save your selections.



# Staff

Use the "Staff" tab to add information and pictures of team members.



- To add a new staff member, select the "+ Add" button in the upper right corner of the screen





- For each staff member you highlight, you may add a photo, the person's name and a short bio.
- After entering the data, click "Save."
- Once you have entered information for each staff member you would like to highlight, select "Next" to save your selections.



# What happens next?

After you have signed your provider agreement, your school will now appear in the Family Search and Application, which will launch on January 17th at 8am MT. The UPK tech team will be giving further training sessions and documentation about how providers can support the family application experience and their role in the matching process.

