# Exhibit 16

The Universal Preschool (UPK) Colorado family application portal is open! Get more info here.



Search

| Home | Universal Preschool Colorado | For Families | For Providers | For Partners | Resources |

Home › Universal Preschool Colorado

# Universal Preschool Colorado



## En español

Universal Preschool Colorado allows families to choose the right setting for their child, whether it is in a licensed community-based, school-based or home-based preschool setting. Families of children in the year before they are eligible for kindergarten, and qualifying 3-year-olds, can apply now for Universal Preschool Colorado for the 2023-24 school year.

Universal Preschool **Colorado is not a first-come, first-served program. Applications are currently being accepted. You can begin your application at any time and return to it as many times as you like before submitting.**

**Qualifying 3-year-olds** - Families of 3-year-old students who are low income or who have a one qualifying factor, wishing to send their child to a program run by a school district, will not be able to select a specific school location and should select the school district where they reside. School districts will match 3-year-olds in a separate process.

**Eligibility** - Some participating school districts around Colorado have local Board of Education adopted policies allowing for alternative dates for kindergarten eligibility. If you live in one of those districts and your child is showing as ineligible in the State application portal, please reach out to your LCO to ensure you are placed for matching in that school district.

Read more on our Universal Preschool Family Information page.

**Apply for Universal Preschool Colorado**

▼ Does this mean I can only get up to 15 hours of preschool every week?

▼ What happens if I need more than 15 hours of free, voluntary preschool every week?

▼ Can I apply for any program in any location?

▼ What documents will I need to apply?

▼ How are children matched to programs?

▼ I'm a provider, how can I participate?

**Contact Us**

Have more questions or need help with Universal Preschool Colorado? Contact us using this short form ↗ or call 303-866-5223.

Tiene mas preguntas o necesita ayuda con Preescolar Universal de Colorado? Contáctenos usando este breve formulario ↗ o llámenos al 303-866-5223

*NOTE: The information provided generally relates to preschool general education. Preschool special education may involve additional or different standards and requirements. Click here ↗ for more information on Universal Preschool Colorado and special education.*

## Colorado Department of Early Childhood

1-800-799-5876
710 S. Ash St., Denver, CO 80246

**Sign Up For Our Newsletter** ↗

## Translate This Website

Select Language ▼

## Resource Links

Universal Preschool (UPK) Colorado Information

Child Care Licensing Information

Colorado Child Care Assistance Program (CCCAP) Information for Families

Colorado Child Care Assistance Program (CCCAP) Information for Providers

Accessibility Statement

© 2023 State of Colorado  |  Transparency Online  |  Support

COLORADO
Official State Web Portal