IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ST. MARY CATHOLIC PARISH IN LITTLETON; ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD; DANIEL SHELEY; LISA SHELEY; and THE ARCHDIOCESE OF DENVER,

    *Plaintiffs*,

  v.

LISA ROY, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and DAWN ODEAN, in her official capacity as Director of Colorado's Universal Preschool Program,

    *Defendants*.

Case No. 1:23-cv-2079-JLK

## NOTICE OF RULE 30(b)(6) DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendants will take a deposition upon oral examination of designated representative(s) of the entity identified below for use as evidence, at trial and otherwise, before a court reporter or other officer authorized by law to administer oaths, proceeding from day to day until complete. The matters on which the representative(s) designated under Rule 30(b)(6) will be asked to testify are set forth in Exhibit A.

    NAME:    **Archdiocese of Denver**
    DATE:     **Monday, November 27, 2023**
    TIME:     **8:00 a.m. Mountain Time**

Please take further notice that:

1. The deposition will be conducted remotely, using audio-visual conference technology;
2. The court reporter will report the deposition from a location separate from the witness;
3. Counsel for the Defendants may be participating from various, separate locations; the designated witness(es) and their counsel may be in the same location or in different locations according to their preferences;
4. The court reporter will administer the oath to the witness remotely;

1


EXHIBIT A

5. The witness may be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

6. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

7. All exhibits will be provided simultaneously and electronically to the witness and all participants; and

8. The court reporter will record the testimony stenographically.

|  |  |
|---|---|
| Dated: November 14, 2023 | PHILIP J. WEISER<br>Attorney General<br><br>s/ *J. Gregory Whitehair*<br>*Virginia R. Carreno,* Second Assistant Attorney General<br>*Grant T. Sullivan*, Assistant Solicitor General<br>*J. Gregory Whitehair*, Assistant Attorney General<br>*Nicole Rust*, Assistant Attorney General<br>1300 Broadway, Denver, CO 80203<br>Telephone: (720) 508-6349<br>Email: virginia.carreno@coag.gov; grant.sullivan@coag.gov; greg.whitehair@coag.gov; niki.rust@coag.gov<br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2023, I emailed the foregoing **NOTICE OF RULE 30(b)(6) DEPOSITION** to the following:

Eric C. Rassbach
Joseph C. Davis
Nicholas R. Reaves
Mark L. Rienzi
Amanda Dixon
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. N.W., Suite 400
Washington, D.C. 20006
erassbach@becketlaw.org; jdavis@becketlaw.org; nreaves@becketlaw.org; mrienzi@becketlaw.org; adixon@becketlaw.org

*Attorneys for Plaintiffs*

*s/* J. Gregory Whitehair
*J. Gregory Whitehair*

**EXHIBIT A**

**SCHEDULE OF TOPICS**

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants direct the Archdiocese of Denver to designate a representative or representatives for examination on the following topics.

1. The structure, role, and authority of the Catholic Archdiocese of Denver ("Archdiocese") and the Archbishop of Denver including its relationship with all Archdiocesan parishes, Catholic schools, and preschools.

2. The relationship between the Archdiocese and Catholic Charities, including the preschools associated with Catholic Charities.

3. The Archdiocese's position, direction, and instructions to or about Catholic Charities preschools participating in the UPK program.

4. The Archdiocese's position, directions, and any instructions regarding the participation of Archdiocesan preschools in the Universal Preschool Program and whether or not to sign the Universal Preschool Program Service Agreement.

5. The Archdiocese review and assessment of whether Archdiocesan preschools could participate in the UPK program consistent with their religious beliefs and obligations, and the Archdiocese's determination that the UPK program's "quality standards" provision failed to provide the necessary religious exemptions for Catholic schools to ensure they could both participate in the UPK program and act in accord with their sincere religious beliefs. *See* Amended Complaint Paragraph 102.

6. The Archdiocese instructions to its Catholic parishes and Catholic preschools not to sign the UPK program Agreement as written, including any of its preschools that wanted to participate in the UPK Program. *See* Plaintiffs' Ex. H to the Amended Complaint.

7. The Archdiocese's determinations about and instructions to its Catholic preschools regarding participation in the Colorado Child Care Assistance Program (CCCAP), the Denver Preschool Program (DPP), or any other government assistance programs requiring an agreement with any non-discrimination

3

provisions.

8. The Archdiocese's position, directions, and any instructions on any Archdiocese parishes or preschools enrolling or disenrolling any students and/or families that "have identified as LGBTQ, in a same-sex relationship, or adopted a gender identity different from his or her biological sex." *See* Paragraph 17 of the Amended Complaint.

9. The Archdiocese's position, directions, and any instructions on any Archdiocesan parishes regarding screening, allowing, monitoring, or rejecting any individuals and/or families that "have identified as LGBTQ, in a same-sex relationship, or adopted a gender identity different from his or her biological sex" to be part of their congregations. *See* Paragraph 17 of the Amended Complaint.

10. The Archdiocese's position, directions, and any instructions to an Archdiocese preschool considering whether to enroll a child due to the child's or their family member's sexuality or gender identity/preference, including instances where an Archdiocesan school denied the enrollment of a child due to sexuality, marital status, or gender identity/preference of that child or of that child's parent(s) or guardian(s).

11. Instances where an Archdiocese school, at any level, refused or denied enrollment of a student due to their sexuality, gender identity or gender preference.  Please specify the date or timeframe of the instance and the specific reason for the refusal or denial.

12. Guidance for Issues Concerning the Human person and Sexual Identity, *See* Plaintiffs' Ex. B, Doc 1-2.

13. The Vatican's November 8, 2023 announcement that transgender individuals are allowed to be baptized as Catholic and become a member of the Catholic church, and how such an announcement effects the Archdiocesan school enrollment policies.

14. Enrollment numbers and trends at Archdiocesan preschools over the last ten years including current enrollment numbers and how many students are or have been parishioners of a preschool's parish, parishioners of another parish within in the Archdiocese, children of parish employees, siblings of other students enrolled at the preschool, and/or four-year-old students who started Preschool before

their fourth birthday but continued care after their fourth birthday.

15. Information about the makeup of Archdiocese "parishioners" and the process for joining, as well as for leaving or defecting from a Parish.