## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ST. MARY CATHOLIC PARISH IN LITTLETON; ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD; DANIEL SHELEY; LISA SHELEY; and THE ARCHDIOCESE OF DENVER, <br><br> *Plaintiffs*, <br><br> v. <br><br> LISA ROY, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and DAWN ODEAN, in her official capacity as Director of Colorado's Universal Preschool Program, <br><br> *Defendants*. | Case No. 1:23-cv-2079-JLK <br><br> **INITIAL DISCLOSURES** |

Plaintiffs submit their initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Plaintiffs make these disclosures based on information currently and reasonably available. Accordingly, Plaintiffs reserve the right to amend or supplement these disclosures and to present additional evidence to support their claims (or any potential, applicable defenses) with any filing or during any proceeding in this action, including trial. Plaintiffs provide these disclosures subject to and without waiving the attorney-client privilege, work product doctrine, common interest privilege, or any other applicable privilege, doctrine, or immunity. By making these disclosures, Plaintiffs do not concede the relevance or admissibility of any information.

### I.   Individuals Likely To Have Discoverable Information

Based on information in its possession, Plaintiffs identify the following individuals who might have relevant and discoverable information that Plaintiffs may use to support their claims in this action (unless solely for impeachment). For any matters relevant to the litigation, Defendants

1



should contact Plaintiffs, current and former employees of Plaintiffs, and their agents or other representatives only through Plaintiffs' lead counsel, Eric Rassbach of the Becket Fund for Religious Liberty, 1919 Pennsylvania Avenue N.W., Suite 400, Washington, DC 20006, (202) 955-0095.

- The Colorado Department of Early Childhood ("Department"), its officers and employees, and current and former leadership—including its current Executive Director Lisa Roy—are likely to have discoverable information regarding the facts alleged in the Amended Complaint, including but not limited to (1) information about the State of Colorado's creation of the Universal Preschool Colorado Program ("Program"); (2) information about the Department's implementation of the Program; (3) information about any restrictions, requirements, or limitations on participation in or access to the benefits of the Program; (4) information about any exemptions or exceptions from the Program's requirements; (5) information about the preschool providers participating in the Program; and (6) information about becoming a participating provider in the Program.

- The Universal Preschool Colorado Program, its officers and employees, and current and former leadership—including its current Director Dawn Odean—are likely to have discoverable information regarding the facts alleged in the Amended Complaint, including but not limited to (1) information about the State of Colorado's creation of the Universal Preschool Colorado Program ("Program"); (2) information about the Department's implementation of the Program; (3) information about any restrictions, requirements, or limitations on participation in or access to the benefits of the Program; (4) information about any exemptions or exceptions from the Program's requirements; (5) information about the preschool providers participating in the Program; and (6) information about becoming a participating provider in the Program.

- Elias Moo, the Superintendent of Catholic Schools at the Archdiocese of Denver, is likely to have discoverable information regarding the facts alleged in the Amended Complaint, including information about the Archdiocese's implementation of its religious beliefs at Catholic preschools within the Archdiocese and the inability of preschools within the Archdiocese to participate in the Program because of their religious beliefs and exercise.

- Tracy Seul, the Director of Development and Preschool at St. Mary Catholic School in Littleton, is likely to have discoverable information regarding the facts alleged in the Amended Complaint, including information about the operation of St. Mary's preschool program.

- Avery Coats, the Principal at Wellspring Catholic Academy, the parish school of St. Bernadette Catholic Parish in Lakewood, is likely to have discoverable information regarding the facts alleged in the Amended Complaint, including information about the operation of Wellspring's preschool program.

- Daniel Sheley, parishioner at St. Mary Catholic Parish in Littleton, is likely to have discoverable information regarding the facts alleged in the Amended Complaint, including information about the attendance of his children at St. Mary Catholic School.

- Lisa Sheley, parishioner at St. Mary Catholic Parish in Littleton, is likely to have discoverable information regarding the facts alleged in the Amended Complaint, including information about the attendance of her children at St. Mary Catholic School.

- In addition to the persons identified above, Plaintiffs incorporate by reference: (1) all persons identified in Defendants' Initial Disclosures; (2) all persons identified in depositions in this case; (3) all persons identified in any answer to any interrogatory; and (4) any experts identified by Defendants.

- Other witnesses that Plaintiffs may identify during the course of this proceeding.

## II.  Categories of Supporting Documents and Things

Plaintiffs identify the following as documents in their possession, custody, or control that they may use to support their claims or defenses:

- All exhibits attached to the Amended Complaint.

- All exhibits attached to Plaintiffs' motion for preliminary injunction.

Plaintiffs also may rely on documents that are produced by any party to this litigation, including Defendants, and by any third party; and Plaintiffs may identify other documents in their possession, custody, or control that are relevant to their claims during the course of this proceeding. Plaintiffs reserve the right to object to the production of documents on any basis.

## III.  Computation of Each Category of Damages

Nominal damages in the amount of $1.

## IV.  Any Insurance Agreement with Relevant Coverage

Plaintiff is unaware of any relevant insurance agreements.

Date: September 25, 2023

Respectfully submitted,

*/s/ Eric C. Rassbach*
Eric C. Rassbach
Mark L. Rienzi
Joseph C. Davis
Nicholas R. Reaves
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
erassbach@becketlaw.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing was served on Defendants via email,

to the following counsel of record:

*Attorneys for Defendants:*

Grant T. Sullivan
Nicole Siobhan Rust
Ryan K. Lorch
Virginia R. Carreno
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
grant.sullivan@coag.gov
niki.rust@coag.gov
ryan.lorch@coag.gov
virginia.carreno@coag.gov

Date: September 25, 2023

*/s/ Eric C. Rassbach*
Eric C. Rassbach
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
erassbach@becketlaw.org