IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ST. MARY CATHOLIC PARISH IN LITTLETON; ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD; DANIEL SHELEY; LISA SHELEY; and THE ARCHDIOCESE OF DENVER,<br><br>*Plaintiffs*,<br><br>v.<br><br>LISA ROY, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and DAWN ODEAN, in her official capacity as Director of Colorado's Universal Preschool Program,<br><br>*Defendants*. | Case No. 1:23-cv-2079-JLK<br><br>**SUPPLEMENTAL INITIAL DISCLOSURES** |

Plaintiffs submit these supplemental initial disclosures pursuant to Rules 26(a)(1) and 26(e) of the Federal Rules of Civil Procedure. Plaintiffs supplement their initial disclosures to include the following person who may come within the scope of Rule 26(a)(1) and may have discoverable information that Plaintiffs may use in this litigation. Plaintiffs provide these disclosures subject to and without waiving the attorney-client privilege, work product doctrine, common interest privilege, or any other applicable privilege, doctrine, or immunity. By making these disclosures, Plaintiffs do not concede the relevance or admissibility of any information.

**I.   Individuals Likely To Have Discoverable Information**

Plaintiffs supplement their initial disclosures to include the following person who may have discoverable information that Plaintiffs may use in this litigation. For any matters relevant to the litigation, Defendants should contact Plaintiffs, current and former employees of Plaintiffs, and their agents or other representatives only through Plaintiffs' lead counsel, Eric Rassbach of the

1



Becket Fund for Religious Liberty, 1919 Pennsylvania Avenue N.W., Suite 400, Washington, DC 20006, (202) 955-0095.

- Abriana Chilelli, the acting Superintendent of Catholic Schools at the Archdiocese of Denver, is likely to have discoverable information regarding the facts alleged in the Amended Complaint, including information about the Archdiocese's implementation of its religious beliefs at Catholic preschools within the Archdiocese and the inability of preschools within the Archdiocese to participate in the Program because of their religious beliefs and exercise.

| | |
|---|---|
| Date: December 12, 2023 | Respectfully submitted, |
| | */s/ Eric C. Rassbach* |
| | Eric C. Rassbach |
| | Mark L. Rienzi |
| | Joseph C. Davis |
| | Nicholas R. Reaves |
| | Amanda Dixon* |
| | The Becket Fund for Religious Liberty |
| | 1919 Pennsylvania Ave, N.W. |
| | Suite 400 |
| | Washington, D.C. 20006 |
| | (202) 955-0095 |
| | erassbach@becketlaw.org |
| | |
| | *Counsel for Plaintiffs* |
| | |
| | * Not admitted to the D.C. Bar; admitted only in North Carolina. Practice limited to cases in federal court. Supervised by licensed D.C. Bar members. |

## CERTIFICATE OF SERVICE

 I hereby certify that on this date, a copy of the foregoing was served on Defendants via email, to the following counsel of record:

*Attorneys for Defendants:*

Greg Whitehair
Nicole Siobhan Rust
Virginia R. Carreno
Colorado Attorney General's Office
1300 Broadway
Denver, CO 80203
greg.whitehair@coag.gov
niki.rust@coag.gov
virginia.carreno@coag.gov

Date: December 12, 2023

                */s/ Eric C. Rassbach*
                Eric C. Rassbach
                The Becket Fund for Religious Liberty
                1919 Pennsylvania Ave, N.W.
                Suite 400
                Washington, D.C. 20006
                (202) 955-0095
                erassbach@becketlaw.org