School Psychology Quarterly, Vol. 20, No. 4, 2005, pp. 473–497

# Evidence-based Interventions Using Home-School Collaboration

Diane D. Cox
*University of Texas at Austin*

Home-school collaboration refers to the relationship between families and schools where parents and educators work together to promote the academic and social development of children. Eighteen empirical studies of home-school collaboration interventions that also measured a school-based outcome were identified and evaluated according to guidelines outlined by the American Psychological Association's Division 16 Task Force on Evidence-Based Interventions in School Psychology. Based on the results of coding, it is concluded that home-school collaboration interventions are effective in helping achieve desired school outcomes for children, including changes in academic performance and school-related behavior. The most effective interventions are those where parents and school personnel work together to implement interventions utilizing a two-way exchange of information (e.g., parent-teacher action research teams), and those involving communication between school and home (e.g., daily report cards, school-to-home notes). Methodological strengths and limitations of home-school collaboration studies, as well as recommendations for future research, are discussed.

Home-school collaboration refers to the relationship between families and schools where parents and educators work together to promote the academic and social development of children (Christenson, Rounds, & Franklin, 1992). The recognition in recent years that schools and families need to collaborate in order for children to succeed has spurred interest in research regarding the impact of collaboration between families and schools on children (Rutherford, 1995). Although there has been considerable research on the important role of parents in children's academic achievement (Comer, 1984; Eccles et al., 1993; Epstein, 1983; Henderson & Berla, 1994), the effect of relationships between parents, teachers, and schools on children's school outcomes is a more recent area of study. Taken together, studies of the home-school relationship suggest that family and school both contribute significantly to children's learning and educa-

A version of this paper was presented at the annual meeting of the American Psychological Association, Honolulu, August 2004.

Address correspondence to Diane Cox, Department of Educational Psychology, 1 University Station, Mail Station D5800, The University of Texas at Austin, Austin, TX 78712–0383; E-mail: ddcox@mail.utexas.edu.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

EXHIBIT
**11**

tional outcomes (e.g., Christenson, Rounds, & Franklin, 1992; Christenson, Rounds, & Gorney, 1992; Comer & Haynes, 1991; Epstein, 1992).

Recognition of the important role of home and family on children's education is evident in federal legislation. The recommendation of the Research and Policy Committee of the Committee for Economic Development (1987), for example, stated that program and policy development should target the whole child and intervention strategies be implemented in the context of school, family, and community. Goals 2000: Educate America Act is a nationwide plan to help states initiate and improve their school reform efforts (U.S. Department of Education, 1996). One of its objectives specifically targets the importance of partnerships between schools and families and the involvement of parents in promoting their children's academic, social, and emotional growth. The most recent act of legislation, No Child Left Behind, outlines ways that schools must inform and involve parents regarding their children's education and emphasizes using educational methods that have been proven effective through empirical research (U.S. Department of Education, 2002). Given the increased recognition in research and policy of the value of home-school collaboration, as well as the call for the use of methods in education that demonstrate efficacy, it is important to evaluate the evidence base for home-school collaboration. It is first necessary, however, to clarify the definition of home-school collaboration.

Home-school collaboration is easily confused with the term parent involvement. While home-school collaboration is related in some ways to parent involvement, home-school collaboration is broader and more inclusive. A key distinction between these two terms is the nature of the relationship. Whereas parent involvement is seen as a one-way flow of information between schools and parents, home-school collaboration involves a two-way exchange of information (Christenson, 1995a). In addition, parent involvement focuses on parents becoming involved in their children's education, whereas home-school collaboration focuses on the joint involvement of parents and school personnel in children's education. Although the activities seen in parent involvement and home-school collaboration may appear similar, the philosophy of working toward a common goal with shared power distinguishes home-school collaboration from parent involvement (Christenson, Rounds, & Franklin, 1992). As these two areas are often seen as distinct by researchers, they are discussed separately in this issue (see Fishel & Ramirez, for a review of parent involvement studies).

## EFFICACY OF HOME-SCHOOL COLLABORATION: A BRIEF REVIEW

The relationship between family and school is an area of research that has seen many changes over time. Beginning in the 1970s, articles about the importance of parental involvement in children's education and descriptions of barriers to the home-school relationship first appeared (Bosco, 1982). During the 1980s, the home-school literature expanded to include articles regarding models of collaboration, strategies and techniques to foster collaboration, and issues related to ed-

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

ucational policy and reform. When empirical research studies began to appear, however, home and school were still considered by many researchers to be independent rather than overlapping systems in children's lives (Ryan & Adams, 1995). One review of home-school collaboration interventions for school-aged children was located from the 1980s (Collins, Moles, & Cross, 1982). In this review, the authors examined 28 home-school partnership programs, spanning grades four through 12, that were implemented in large cities during the 1980 school year. The review concluded that home-school partnership programs resulted in higher student achievement, improvements in student conduct, lower absenteeism, and greater parent participation.

By the 1990s, the literature shifted focus to home-school partnerships, consistent with the view that the education of children was a shared responsibility between schools and families (Epstein, 1992). Several reviews of home-school collaboration programs were completed. Home-school collaboration programs for low-income, minority families were the focus of a review by Raffaele and Knoff (1999). The authors identified two successful programs designed to increase collaboration between families and schools, McCaleb's Building Communities of Learners program (McCaleb, 1994) and Comer's School Development Program (Comer & Haynes, 1991). Parents in McCaleb's program increased their involvement in their children's school and became more empowered in communicating with school personnel. Outcomes of Comer's program included increased parental involvement as well as increased academic achievement. Christenson, Rounds, and Gorney (1992) reviewed studies of family influences on the achievement of school-aged children. Although the authors found several family factors that correlated with academic outcomes in children, they noted that few studies focused on the mutual effects of school and home on children's school outcomes. Of the many programs Christenson et al. discussed, only two were interventions that specifically included a home-school collaboration component. These programs were the School Development Program (SDP; Comer, 1980) and Operation Higher Achievement (Walberg, Bole, & Waxman, 1980). The School Development Program (SDP; Comer, 1980) is widely known and studied; thus, it provides a good illustration of home-school collaboration models.

The SDP is designed for whole-school implementation with the primary goal of improving the ecology of schools through the school governance system, a mental health team, and a parent program that allows parental participation in school governance and school activities. Comer and Haynes (1991) report that SDP schools showed improvements in attendance, overall academic achievement, behavior problems, parent-teacher communication, and parent participation in school activities. A review of SDP effectiveness studies by Slavin and Fashola (1998), however, noted that the SDP is more consistently effective in changing school climate than student academic achievement. Across studies there were significant differences between implementation site outcomes, and Slavin and Fashola suggested that this variability may be due to the unique influence of each community on implementation quality and the difficulty of accu-

rately replicating the Comer program in all settings. Haynes, Emmons, and Woodruff (1998) concluded that the level of program implementation and proficiency of implementers were clearly linked to changes in student outcomes in SDP schools. Conclusions regarding the effectiveness of the SDP are characteristic of the larger body of research conducted during this period. Findings from empirical studies regarding collaboration between families and schools remained inconsistent, and few were from established research programs (Ryan & Adams, 1995). In addition, Ryan and Adams noted that the literature lacked integration in that there were no clear patterns of effective home-school collaboration interventions.

Since the year 2000, three reviews of interventions using home-school collaboration have appeared. These include a review of home-school collaboration practices to improve children's literacy in the home (McCarthey, 2000), a review of home-school collaboration strategies that improve homework completion (Patton, Jayanthi, & Polloway, 2001), and a review of school-based prevention programs involving parents and/or home-school collaboration (Shepard & Carlson, 2003). The reviews by McCarthey (2000) and Patton et al. (2001) were descriptive, whereas Shepard and Carlson (2003) evaluated studies in terms of their empirical support. McCarthey (2000) found effective home-school collaboration strategies in promoting children's literacy included the following: having parents keep portfolios documenting their children's literacy growth and sharing this information with teachers; using home visits to gather information about families' home literacy practices; sending home books and other literacy materials; and documenting home literacy practices to inform literacy curriculum at school. The review by Patton et al. (2001) concluded that written communication from teachers to parents continues to be effective in facilitating homework completion, especially when parents have a clear understanding of how to implement the recommendations from teachers.

Since the review by Shepard and Carlson (2003) closely resembles the current review, it is important to point out their distinctions. Shepard and Carlson's review differs primarily from the current study in terms of inclusion criteria, the group of studies selected for review, goals, and evaluation methods. The studies reviewed by Shepard and Carlson were identified by similar means and search terms (e.g., home-school collaboration) to those used in the current study. However, their selection criteria differed in that it allowed for studies using parent involvement as well as home-school collaboration, and it allowed only for school-based prevention programs. The current study allowed for both prevention and intervention studies but only those with a home-school collaboration component. These differences resulted in the identification of two distinct sets of research articles for review. While the goal of Shepard and Carlson's review was to provide an overview of the empirical support for school-based prevention programs, the present review seeks to evaluate the current evidence base of home-school collaboration interventions. In terms of evaluating studies, the current study utilized the guidelines put forth by the APA's Division 16 Task Force on Evidence-

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Based Interventions in School Psychology, whereas Shepard and Carlson evaluated studies using criteria developed by a special task force of the APA's Divisions 12 and 16 for identifying treatments proven effective in treating specific disorders based on current research. Both approaches consider the quality of experimental design, treatment outcomes, use of treatment manuals, specification of sample characteristics, and replication by independent researchers. However, the coding procedures used in the current study appear to be more rigorous in that effect sizes are calculated and considered, and numerous methodological features are rated individually in terms of how well they display evidence for external validity.

Shepard and Carlson (2003) found that several studies of school-based prevention programs using parent involvement and/or home-school collaboration could be considered well-established or probably efficacious treatment approaches. The limitations of the studies that they reviewed included failure to measure long-term effects, lack of replication by an independent research team, use of quasiexperimental designs, and lack of mention of treatment manuals.

In summary, the importance of collaboration between families and schools is prominent in education policy mandated in federal legislation. Despite the ubiquitous plea for home-school collaboration, the evidence base for the efficacy of such interventions remains uncertain because the research literature pertaining specifically to collaborative relationships between families and schools consists predominantly of descriptive reviews and case studies at the current time. This article evaluates the current evidence base for home-school collaboration interventions using a rigorous coding procedure that will demonstrate the degree to which the interventions demonstrate efficacy on a variety of criteria.

## METHOD

This review was limited to empirical studies of home-school collaboration interventions that were published in peer-reviewed journals between January 1980 and January 2002. Studies conducted with children outside of the United States were excluded due to the structural and organizational differences of these school systems (e.g., Hannon, 1987; Hewison, 1988; Tizard, Schofield, & Hewison, 1982). Eighteen studies were identified as meeting the criteria for inclusion in this review (see special issue Introduction for criteria), and were coded according to the guidelines outlined in the *Procedural and Coding Manual for Review of Evidence-Based Interventions* (hereafter called the Manual; December 10, 2002 version). Interrater reliability was calculated between this author and another coder using 20 percent of the identified articles. The percentage of agreement between coders for the key methodological features was calculated for each article and then averaged, yielding an interrater reliability coefficient of .92. Effect sizes were calculated for those studies that did not report effect sizes and which contained sufficient data for calculations to be made. Calculations were made using a computer program (T. Beretvas, personal communication,

2004), based on the formulas for various types of statistics found in Table 4 of the Manual.

**RESULTS**

## Description of Studies

Table 1 describes the characteristics of the home-school collaboration studies included in this review. The studies employed group designs, single-participant designs, and quasi-experimental designs. Although the majority of studies were intervention or treatment programs targeting children with existing disorders or problems, some were prevention programs designed to promote children's competence in school-related behaviors and/or target children at risk for later problems. As shown in Table 1, the behaviors most frequently targeted for change with a home-school collaboration intervention were academic achievement and school or classroom behavior. The home-school intervention studies reviewed here ranged from school-wide to home-based interventions and encompassed a variety of techniques. The most frequently used techniques (33%) were variations of school-to-home communication that included a contingent reinforcement applied by parents at home. Home-school collaborations programs have been conducted with children from 4 to 16 years of age and from pre-K to tenth grade. The children in most of the studies were either at risk for low academic achievement or were displaying delays in reading or math. Some children were characterized by misconduct, social problems, or failing grades. Forty percent of studies reported their participants' socioeconomic status (SES) level, and of these studies, more than half included primarily low SES families. Half of the studies reviewed included information about the ethnicity of their participants, and a majority of these participants were African American (67%). Few home-school collaboration studies have been conducted with either Caucasian or Latino participants. Of the studies that reported information about participants' gender, most used approximately equal numbers of males and females. In summary, studies of home-school collaboration have been conducted primarily with economically disadvantaged African American school communities.

## Methodological Features

A summary of the methodological features of the reviewed home-school collaboration studies can be seen in Table 2. It should be noted that the ratings that appear in Table 2 are not an evaluation of the methodological quality of a study, but rather indicate the presence of important methodological features within and across the reviewed studies. Several methodological features, when applicable, were consistently present among home-school collaboration studies and may be viewed as strengths of this literature. All studies documented to some degree their program components, and most were able to link these components to primary outcomes. Almost all of the studies used multiple assessment methods, ob-

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

TABLE 1. Characteristics of Home-School Collaboration Studies

| Study | Reference | Target Behavior | Description of Intervention | Participants | Findings |
|---|---|---|---|---|---|
| 1 | Bien & Bry (1980) | Attendance, promptness, classroom behavior, teacher ratings, change in grades | Four groups: (1) conferences between project staff and teachers regarding students; (2) teacher conference plus weekly student group meeting; (3) teacher conference, group meeting, parent contact program; (4) control group | Seventh graders: 24 African American, 16 Caucasian; $N = 40$; Average age 13.5; Lower middle class and upper lower class SES | Of four different intensities of programs, only the program including parent contact showed significant results compared to control group |
| 2 | Blechman, Taylor, & Schrader (1981) | Greater consistency and less scatter in class work | Positive home notes, family problem solving boardgame, or no intervention | Second through sixth graders with inconsistent classwork; $N = 335$ | Home notes and family problem solving were both effective in reducing the scatter of students' class work; students in family problem solving condition maintained their class work accuracy even when not reinforced |
| 3 | Conrad & Eash (1983) | Academic achievement and locus of control | Structured language/basic skills program at school, Child Parent Center and Child Parent Expansion Programs | 5-year-olds ($n = 531$); 8-year-olds ($n = 479$); Parents ($n = 121$); African American, low SES | Academic achievement higher for CPC students than control; locus of control higher for CPX students than controls or CPC; parents in CPC group had higher school attendance and membership in school organizations |
| 4 | Cook et al. (1999) | Increase academic achievement; improve social climate of schools | Evaluation of Comer's School Development Program (SDP) in middle schools | Seventh- and eighth -grade students, 23 schools; 66% African American, 24% Caucasian; Wide variety of SES, achievement scores below national averages | SDP did not result in improved academic achievement; SDP had no clear effects on perceptions of school climate |

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

TABLE 1. Characteristics of Home-School Collaboration Studies (*continued*)

| Study | Reference | Target Behavior | Description of Intervention | Participants | Findings |
|---|---|---|---|---|---|
| 5 | Cook, Murphy, & Hunt (2000) | Improve student climate; Improve student outcomes, including achievement | Evaluation of Comer's School Development Program (SDP) in elementary school | Children in grades five to eight; 74% African American, 18% Hispanic; 94% Low income; $N = 1,324$ | SDP schools showed significantly higher rates of increase over controls in math and reading achievement test scores; significantly less acting out behavior compared to controls; student social climate was consistently higher in SDP schools |
| 6 | Corno (1980) | Knowledge of LSP strategies; achievement | Learning Skills Program: instructional strategies administered by parents | Children ages eight and nine in 33 classrooms | Intervention had positive effects on student reading and vocabulary achievement; LSP increased students' knowledge of intervention content |
| 7 | Evans, Okifuji, Engler, Bromley, & Tishelman (1993) | Communication between parents and teachers, absenteeism, grades | Home-School Communication Intervention using home visits and student consequences; teaching parents longer-term strategies | 49 children ages four to nine with reading delays, academic or behavior problems, absenteeism; low SES; 31% African American or biracial | Experimental group rated as better than controls in work and study habits, academics, and social/behavioral areas; home-school communication significantly improved for experimental group parents |
| 8 | Fairchild (1983) | Classroom behavior, effort, grades | Daily report card system | One eighth-grade male student with inappropriate class behavior (e.g., disruptive, defiant) and failing grades | Daily report cards resulted in improvements in student behavior, effort, and grade point average |

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

| # | Author (year) | | | | |
|---|---|---|---|---|---|
| 9 | Forgatch & Ramsey (1994) | Homework quality, parental involvement in homework, home-school communication | Self-administered videotape intervention for students; parents reinforced children's efforts; teachers used daily report cards | 49 children with mean age of 13.1 years and their families | Parents in experimental group monitored homework assignments; experimental and control groups showed increase in time studying at home; experimental students showed better homework quality than controls |
| 10 | Ialongo et al. (1999) | Poor achievement, concentration, aggression | Family-school partnership intervention with goal of improving parent-teacher communication and teaching parents child behavior management strategies | 578 first and second graders and their families; 86% African American, 13% Euro-American; 62% free or reduced lunch | Boys who received intervention had significantly higher reading and math scores and fewer ratings of aggressive behavior as compared to controls; teachers reported fewer total problem behaviors for intervention children |
| 11 | Kehle, Madaus, Baratta, & Bray (1998) | Normal levels of verbalization at school | Used self-modeling (viewing edited videotapes of oneself), "mystery motivators" (hidden tangible reward), self-reinforcement, stimulus fading and spacing | Two 9-year-old Caucasian females, one 5-year-old Caucasian male; DSM-IV criteria met for selective mutism | All students who received the intervention achieved normal levels of verbalization at school and improved social functioning |
| 12 | Kelley & McCain (1995) | On-task behavior, completion and accuracy of classwork | School-home notes with and without response cost for children showing disruptive class behavior, inattentiveness, and incomplete class work | Three first-grade and two second-grade students (three females, two males) | School-home notes, both with and without response cost, resulted in substantial increases over baseline for on-task behavior for all students and completion rate and accuracy of classwork for the three students for whom data was available |

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

TABLE 1. Characteristics of Home-School Collaboration Studies *(continued)*

| Study | Reference | Target Behavior | Description of Intervention | Participants | Findings |
|---|---|---|---|---|---|
| 13 | McConaughy, Kay, & Fitzgerald (1999) | Internalizing (affective or emotional) behaviors, externalizing (disruptive or aggressive) behaviors | School-based early intervention program using parent-teacher action research teams; all children received social skills training at school | 82 children in first and second grades identified by teachers as having externalizing or internalizing behaviors | PTAR and control group children showed significant reductions in internalizing problems, improvement in social skills and self-control; PTAR group showed greater reductions in delinquent behavior at school and externalizing behaviors, greater increases in cooperation and self-control than controls |
| 14 | Morrow & Young (1997) | Achievement and interest in literacy | Literacy program with school-based program and family program | 56 first, second, and third graders "at risk"; school population 54% African American, 44% Latino, 2% Caucasian | Children in the experimental group significantly outscored control children in story retelling and rewriting, comprehension, teachers' ratings of reading and writing ability and interest and frequency of reading |
| 15 | Serwatka, Hesson, & Graham (1984) | Reading achievement | Right to Read Project: parent newsletters and workshops regarding reading | 43 children ages 11 to 15; 20 females, 23 males; hearing-impaired | Reading achievement scores increased significantly (subtests A & B, comprehension, and overall reading) |

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

| # | | | | |
|---|---|---|---|---|
| 16 | Solomon, Battistich, Watson, Schaps, & Lewis (2000) | Positive changes/effects on students' social, ethical, and intellectual development | Child Development Project, a school-wide program using classroom, school-wide, and parent involvement components to create a "caring community of learners" | 5,000 elementary students in grades three through six; various ethnicities; SES varied from impoverished to affluent | Five of 12 program schools showed significant changes in program implementation; 39% of student variables favored program schools over control schools significantly; two of five schools showed large positive within-year differences in a standardized state-administered performance measure |
| 17 | Strukoff, McLaughlin, & Bialozor (1987) | Homework completion, accuracy of homework | Daily report cards sent home from school; consequences of a positive or negative report card determined by parents | One fifth-grade female placed in resource room (special education) for mathematics | When a daily report card was used, homework accuracy and completion increased, child reported greater self-worth, and teacher rated the effectiveness of the intervention highly |
| 18 | Trice, Parker, Furrow, & Iwata (1983) | Attendance, disruptiveness, homework completion, classwork preparation, on-task behavior, grades | Use of four different types of feedback for parents about children's school behavior with home contingencies: Good Day card, comprehensive report, personal letter, or telephone call | Four 16-year-old males, history of misconduct and behind in reading and math at least 2 years; disruptive in class; community mostly White working class | All four parent feedback methods resulted in improved behavior during no-consequence baselines; attendance during intervention phase was much greater than during baselines; average grades improved during intervention while percentage of failing grades decreased |

TABLE 2. Methodological Features of Home-School Collaboration Studies

| | S1 | S2 | S3 | S4 | S5 | S6 | S7 | S8 | S9 | S10 | S11 | S12 | S13 | S14 | S15 | S16 | S17 | S18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Random assignment/ randomization | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| Appropriate unit of analysis | 1 | 1 | 1 | 1 | 1 | 1 | 1 | — | 1 | 1 | — | — | 1 | 1 | 1 | 1 | — | — |
| Family-wise error rate controlled | 0 | 0 | 1 | 1 | 0 | 1 | 0 | — | 1 | 1 | — | — | 1 | 0 | 0 | 1 | — | — |
| Sufficiently large $N$ | 1 | 1 | 1 | 0 | 0 | 1 | 1 | — | 1 | 1 | — | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Reliable outcome measures | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| Multiple assessment methods | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Measures obtained from multiple sources | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| Validity of measures reported | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| Control or comparison group | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 |
| Counterbalancing of change agents | 0 | 0 | 0 | — | — | — | 0 | — | 0 | — | — | — | 1 | 1 | 0 | 0 | — | — |
| Group equivalence established | 1 | 1 | 1 | 1 | 1 | 1 | 1 | — | 0 | 1 | 0 | — | 1 | 1 | 0 | 1 | 1 | 0 |
| Equivalent mortality with low attrition | 1 | 1 | 0 | 1 | 0 | 0 | 0 | — | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| Effect size reported | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| Null findings reported | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 |
| Educational/clinical significance of change assessed | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Program components documented | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Identifiable components linked to primary outcomes | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 |
| Interventions were manualized | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 |
| Total | 14 | 14 | 11 | 16 | 10 | 12 | 10 | 6 | 12 | 17 | 6 | 9 | 18 | 16 | 6 | 15 | 8 | 8 |

*Note.* S = study; 1 = methodological feature was present; 0 = methodological feature was absent, unknown, or uncodable; — = methodological feature was not applicable.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

No. 1:23-cv-02079-JLK   Document 77-14   filed 12/18/23   USDC Colorado   pg 13

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

tained measures from multiple sources, and designated an appropriate unit of analysis. In addition, almost all studies included null findings in their results, assessed to some degree the educational or clinical significance of the change in target behavior, and included a control or comparison group. All but one study utilized a sufficiently large sample size. While many methodological features were present in the studies, several features were consistently absent. Perhaps the most notable absence was the reporting of effect size. In addition, while many of the studies utilized reliable outcome measures, most failed to report on the validity of these measures. Of the nine studies for which the counterbalancing of change agents was applicable, only two included this feature in their designs. Other features, such as random assignment and use of manualized interventions, were present in approximately half the studies.

## Summary of Evidence for Key Methodological Features

The key methodological features of each study were evaluated in terms of level of evidence for external validity (see Table 3). The majority of studies showed strong or promising evidence of measurement quality. Lower ratings were attributed to the fact that, as noted earlier, very few studies discussed the validity of the measures used, and only one-third of reviewed studies documented that their measures produced reliable scores not only for the primary outcomes but also for the population under study.

The use of an appropriate control group is one of the strongest methodological features of the studies evaluated. Approximately one-third of the studies showed strong evidence and 50% showed promising evidence for control group in group designs or quality of baseline in single-subject designs. The studies showing strength in this area tended to have equivalent treatment/control groups with equivalent mortality and low attrition. Control groups were typically in the no intervention category. The single-participant design studies with promising ratings tended to have at least three data points, no overlap of scores between phases, and behavior that was problematic enough during baseline to warrant an intervention.

Identifiable components and implementation fidelity are two methodological features examined in the reviewed studies. The identifiable components rating evaluated how well each study distinguished specific intervention components and linked each component to statistically significant key outcomes. Half of all the studies reviewed were rated as showing "promising evidence" for identifiable components. No studies were able to show that all of the intervention components were necessary to produce change, and thus, none of the studies received a rating of strong evidence. Ratings for implementation fidelity showed how well each study maintained the intervention integrity during implementation. Twenty-two percent of the reviewed studies were rated as showing strong evidence, and 27% of the studies showed promising evidence of implementation fidelity. These studies used either a written manual or formal training session

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

TABLE 3. Summary of Evidence for Key Methodological Features of Home-School Collaboration Studies

| Methodological Feature | S1 | S2 | S3 | S4 | S5 | S6 | S7 | S8 | S9 | S10 | S11 | S12 | S13 | S14 | S15 | S16 | S17 | S18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Measurement | 3 | 2 | 2 | 3 | 0 | 0 | 1 | 0 | 1 | 2 | 0 | 3 | 2 | 3 | 1 | 2 | 2 | 2 |
| Control or comparison group/ quality of baseline | 3 | 2 | 3 | 2 | 2 | 2 | 2 | 3 | 2 | 2 | 0 | 2 | 3 | 3 | 0 | 2 | 0 | 3 |
| Statistically significant key outcomes/ measures support primary outcomes | 1 | 2 | 2 | 0 | 2 | 2 | 1 | 0 | 2 | 2 | 0 | 2 | 2 | 3 | 2 | 1 | 2 | 2 |
| Educational/clinical significance | 2 | 3 | 1 | 1 | 1 | 1 | 2 | 3 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 1 | 1 |
| Identifiable components | 2 | 2 | 2 | 0 | 1 | 1 | 0 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 0 | 1 | 1 | 1 |
| Implementation fidelity | 0 | 2 | 2 | 2 | 1 | 1 | 0 | 0 | 2 | 3 | 3 | 3 | 3 | 2 | 3 | 3 | 1 | 0 |
| Replication | 0 | 2 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 2 | 1 | 0 |
| Site of implementation | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 1 | 3 | 3 | 1 | 1 | 3 | 3 | 2 | 3 | 1 | 3 |
| Total | 14 | 18 | 15 | 13 | 11 | 10 | 9 | 9 | 12 | 17 | 5 | 14 | 19 | 18 | 7 | 17 | 9 | 12 |

*Note.* S = study, 0 = no evidence/not reported, 1 = weak evidence, 2 = promising evidence, 3 = strong evidence.

and provided evidence of acceptable adherence to the intervention procedures. In addition, few studies were replications of previous research, and the large majority (72%) of studies evaluated in this review were conducted in public school settings, thus showing strong evidence for site of implementation.

In summary, the reviewed studies varied widely in terms of methodological quality. Areas of methodological strength included use of a control group, demonstration of a change in the target behavior, adherence to the intervention protocol, and implementation of the intervention in the school setting.

## Significant Outcomes

To determine whether or not a meaningful change occurred as a result of the home-school collaboration intervention, studies were rated on the statistical significance of key outcomes, as well as the educational and clinical significance of change. For studies using single-participant designs, ratings were based on visual analysis of the data. Only one study showed strong evidence for the statistical evidence of key outcomes, and three additional studies were rated as showing strong evidence of educational/clinical significance. Studies did not attain a rating of strong statistical evidence of change primarily because they failed to control for family-wise error. In addition, most studies had difficulty showing significant outcomes for at least 75 percent of the total measures for each key construct, which is the criterion for a strong evidence rating. Sixty-one percent of the studies were rated as showing promising evidence of statistical significance of key outcomes. Approximately half the reviewed studies demonstrated promising or strong evidence of an educational or clinically significant change.

Those studies that demonstrated strong evidence of an educational or clinically significant change included information about criteria for participants' inclusion in the study, the number or percentage of participants who improved during the intervention, and the subjective opinions of parents or teachers regarding students' behavior.

Further evidence of the effectiveness of an intervention is provided by the calculation of effect size. Table 4 provides effect sizes for each study. The magnitude of effect sizes (i.e., small, medium, large) was derived from Table 3 of the Manual, which provides effect size indices and their values for small, medium, and large effects for a variety of statistics. Overall, the interventions with the strongest effect sizes were those that involved communication from school to home, such as school-to-home notes and daily report cards (e.g., Kelley & McCain, 1995; Trice, Parker, Furrow, & Iwata, 1983). The interventions showing the smallest effect sizes tended to be those that were school-wide and involved multiple components (e.g., Cook, Murphy, & Hunt, 2000; Conrad & Eash, 1983). Studies that received high ratings in methodological rigor, high ratings in evidence of key methodological features, and produced large effect sizes for a change in key outcomes are discussed next in greater detail.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

TABLE 4. Effect Sizes for Primary Outcomes of Home-School Collaboration Studies

| Study | Target Behaviors | Statistical Procedure Used | Effect Size Range | Effect Size Mean |
|---|---|---|---|---|
| 1 | • Attendance/promptness<br>• Classroom behavior<br>• Change in grades | Two-way ANOVA | Insufficient data | Insufficient data |
| 2 | • Consistency and quality of classwork | One-way ANOVA | .45–.51 (large) | .49 |
| 3 | • Academic achievement<br>• Locus of control | Multiple correlation | .007–.45 (small to large) | .19<br>.06 |
| 4 | • Academic achievement<br>• Social climate at school | One-way ANOVA | Unable to calculate | Unable to calculate |
| 5 | • School climate<br>• Academic achievement | Two-sample $t$-test | –.20 (small)<br>.44–.76 (medium to large) | .20<br>.60 |
| 6 | • Reading and vocabulary achievement | Two-sample $t$-test | –1–1.84–.23 (small to large) | –.80 |
| 7 | • Communication between parents and teachers<br>• Absenteeism | Chi-square | 1.304 (large)<br>.75–1.30 (large) | 1.304<br>1.02 |
| 8 | • Classroom behavior<br>• Student effort<br>• Grades | Single-subject design | Insufficient data | Insufficient data |

488

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

| | | | |
|---|---|---|---|
| 9 | • Homework quality<br>• Parent involvement in homework<br>• Communication between home and school | One-way ANOVA | .62 (large)<br>Insufficient data<br>.62–.99 (large) | .62<br>Insufficient data<br>.78 |
| 10 | • Academic achievement<br>• Classroom behavior | Mixed model ANOVA | .25–.51 (medium to large)<br>.22–.73 (medium to large) | .37<br>.39 |
| 11 | • Normal levels of verbalization at school | Single-subject design | Insufficient data | Insufficient data |
| 12 | • On-task behavior<br>• Completion and accuracy of classwork | Single subject design | 1.39–3.85 (large)<br>4.37–16.85 (large) | 2.29<br>10.61 |
| 13 | • Internalizing and externalizing behaviors<br>• Parent ratings of behavior | One-way ANOVA | .47–1.02 (large)<br>.54–1.15 (large) | .68<br>.73 |
| 14 | • Academic achievement<br>• Interest in literacy | One-way ANOVA | .39–1.75 (medium to large)<br>1.57 (large) | 1.10<br>1.57 |
| 15 | • Reading achievement | Two-sample $t$-test | .23–1.25 (small to large) | .37 |
| 16 | • School climate | One-way ANOVA and ANCOVA | .11–.47 (small to large) | .24 |
| 17 | • Completion and accuracy of homework | Single-subject design | 1.30–1.80 (large) | 1.55 |
| 18 | • Classroom behavior<br>• Homework completion | Single-subject design | −2.00–1.20 (large)<br>1.69–3.67 (large) | −1.72<br>2.65 |

*Note.* Magnitude of effect sizes is derived from Cohen (1992).

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

## Home-School Interventions with Promising or Strong Evidence

Several home-school collaboration interventions were evaluated to have promising or strong evidence as methods for treating children's school-related problems. An intervention showing promising evidence (Blechman, Taylor, & Schrader, 1981) demonstrated modal ratings of "2" on summary of evidence (Table 3) and medium to large effect sizes for key outcomes (Table 4). Interventions showing strong evidence (e.g., McConaughy, Kay, & Fitzgerald, 1999; Morrow & Young, 1997) demonstrated high total scores on methodological features (Table 2), modal ratings of "3" on summary of evidence, and large effect sizes for key outcomes. The three studies discussed below are worthy examples of methodologically rigorous empirical research that provides support for the efficacy of home-school collaboration interventions. Although each study utilized different intervention techniques, significant changes were documented for families, schools, and children.

Morrow & Young (1997) sought to increase children's reading achievement and interest in literacy. The study utilized a collaborative effort between parents, teachers, and children. The sample in the study was made up of urban, predominantly minority children, a population often considered at risk for academic and social difficulties. By using a school-based literacy program, along with a family literacy program, parents became more involved with their children's school and participated more in literacy activities at home. As a result of participation in the study, families and parents reported in interviews that they became more comfortable with their children's school. When children were interviewed, they reported reading more often and that they enjoyed working with their parents. The study was methodologically sound with 16 of 18 methodological features coded present. In addition to demonstrating statistically significant results, the authors demonstrated promising evidence of the study's educational significance, the specific components necessary to yield significant outcomes, and delivery of the intervention as planned. Effect sizes for the study were medium to large and ranged from .38 to 1.94.

McConaughy, Kay, and Fitzgerald (1999) conducted the Achieving, Behaving, Caring (ABC) project to test the Parent-Teacher Action Research (PTAR) as a preventative intervention with elementary students at risk for emotional disturbance. The goal of the intervention was to reduce internalizing and externalizing behaviors in students by combining whole-class social skills training with use of PTAR teams. Teams of parents, teachers, and parent liaisons worked together to implement the intervention. Results of the study indicated that teachers rated intervention children as showing significantly greater reductions in delinquent behavior and internalizing behavior when compared to controls. Similarly, parents rated intervention children as having decreases in externalizing behaviors, and increases in cooperation and self-control when compared to controls. All methodological features were rated as present. Importantly this study was a replication of PTAR, a previously established intervention. (McConaughy, Kay,

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

& Fitzgerald, 1998). Effect sizes for this study were large and ranged from .47 to 1.15.

Another well-designed early study, Blechman et al. (1981), utilized school-home notes with home reinforcements and a family problem solving board game to increase the consistency and quality of students' class work. Results indicated that both home notes and the board game were effective in improving students' class work. The intervention was conducted in the school setting, and strong evidence for an educationally significant change was provided. Methodologically, this study showed promising evidence for several features including measurement techniques, using a control or group, statistically significant results that could be linked to specific intervention components, and intervention adherence. Results indicated large effect sizes ranging from .46 to .52.

## DISCUSSION

Based on the results of coding, it is concluded that home-school collaboration interventions are effective in helping achieve desired school outcomes for children, including changes in academic performance and school-related behavior. This finding is consistent with previous research that links home-school collaboration with better educational outcomes for children (e.g., Christenson, Rounds, & Franklin, 1992; Epstein, 1992). Specifically, the most effective interventions in this review were those where parents and school personnel worked together to implement an intervention and had a two-way exchange of information. Among the articles reviewed, the family literacy program described by Morrow and Young (1997) provided the strongest evidence for significant outcomes for children. The Parent-Teacher Action Research team intervention described by McConaughy, Kay, and Fitzgerald (1999) is a close second and seems to have a great deal of promise for children at risk for emotional disturbance. A key feature of these two interventions is that schools not only collaborated with families, but also treated them as equals. As a result, families felt more empowered to help their children and more comfortable participating in their child's education. By establishing co-equal relationships with parents, the authors engaged in best practices in home-school collaboration (Christenson, 1995b).

Although a variety of home-school collaboration techniques are represented by the studies in this review, the majority utilized some form of communication between school and home. Just as interventions involving two-way communication were effective, those involving one-way, school-to-home communication were effective as well, as evidenced by the strong effect sizes seen in studies using daily report cards and school-to-home notes. These techniques were the most commonly used and were effective with children across age and grade. Although these techniques are simplistic when compared to interventions with multiple intervention components, they were consistently effective in addressing problems with quality of schoolwork, academic achievement, acting-out behav-

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

ior, absenteeism, study skills, and on-task behavior. The evidence base supporting these focused home-school communication techniques is highly relevant for school practitioners. Families may find it difficult to be involved in interventions that require participation at their child's school, whether it is due to transportation issues, childcare needs, or conflicts with work schedules. School-to-home notes may allow families to more easily participate in their child's education. Additionally, the simplicity of these techniques increases their generalizability to various populations and target behaviors.

In contrast to the consistent effectiveness of interventions that targeted specific child problems, mixed results were noted among school-wide programs that utilized home-school collaboration techniques. For example, Comer's well-known SDP yielded significant positive achievement and behavioral results in one middle-school study (i.e., Cook, Murphy, & Hunt, 2000); however, in another study (i.e., Cook et al., 1999), the SDP was effective in improving neither the targeted outcome of achievement nor the school climate. The contrasting results of these two studies are consistent with earlier reviews of Comer's SDP (e.g., Slavin & Fashola, 1998; Haynes et al. 1998) where differences in implementation and the heterogeneous nature of school districts may make the efficacy of such large-scale programs inconsistent and difficult to document. The Child Development Project, studied by Solomon, Battistich, Watson, Schaps, and Lewis (2000), is another multischool, school-wide intervention evaluated in the current review. While program schools performed better than their matched control schools, less than half the student variables measured showed statistically significant change. Additionally, these significant changes were found only for schools that showed a high level of program implementation. Thus, implementation fidelity and school-specific contextual factors appear to be critical factors in school district-wide implementations of home-school collaboration programs. The conclusions of this review are consistent with the recommendations of Ringeisen, Henderson, and Hoagwood (2003) who suggest that contextual factors are key in the design and implementation of interventions that are empirically supported as well as acceptable and feasible to consumers.

The conclusions reached by Shepard and Carlson (2003) echo those of the current study in that support was found for the effectiveness of home or parent involvement in school-based interventions. In addition, similarities were seen in methodological shortcomings noted across studies in both reviews (i.e., lack of replication, infrequent use of treatment manuals, failure to measure long-term effects). Although their study did not focus exclusively on home-school collaboration interventions, Shepard and Carlson acknowledged the positive impact of improved communication between home and school and the benefits of treating parents as valuable resources. In contrast to the current review, Shepard and Carlson did not identify a particular type of intervention that was effective; rather, they highlighted several studies that appear to have empirical support.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

## SUGGESTIONS FOR FUTURE RESEARCH

While the majority of studies evaluated in this review had methodological strengths (e.g., used more than one method to measure change, used a control group, and identified program components), there were weaknesses that should be addressed in future research. It is recommended that future researchers use measures that demonstrate reliability and validity with their populations and implement interventions using detailed manuals. It is further recommended that studies use appropriate data analyses such that specific intervention components can be clearly linked to significant outcomes. This is particularly important for home-school collaboration interventions that are one component of larger, school-wide, multicomponent programs implemented across several schools. In addition, future researchers should report effect sizes for treatment gains and determine the durability of gains made during interventions with follow-up data. Finally, replications of promising home-school collaboration interventions are sorely needed. The small number of true replications among the studies reviewed may indicate the lack of unifying theories in the home-school literature described by Ryan and Adams (1995).

In addition to methodological improvements in future research on home-school collaboration, it is recommended that the scope of target behaviors and treatment populations be expanded beyond the primarily externalizing behaviors targeted by studies in the current review. It is further recommended that the effectiveness of home-school collaboration be investigated with diverse populations. The majority of reviewed studies focused on economically disadvantaged African American communities. Little is known about the effectiveness of this intervention method with other sociocultural or socioeconomic groups.

Although this review finds considerable evidence for the effectiveness of home-school collaboration in changing children's behavior, limitations of the review process are a relevant consideration. There was great diversity among the studies in terms of the quantity and quality (or lack thereof) of data provided by study authors, which may have affected the consistency with which effect sizes could be calculated across studies. Another limitation of this review is that the home-school collaboration studies were only evaluated in terms of their quantitative features. Important qualitative data, such as teachers' reactions to an intervention, were not included in the coding procedure. Many studies in the current review measured the receptivity of parents and teachers involved in the interventions and found that they had overwhelmingly positive feedback. This seems especially important to the intervention method of home-school collaboration where communication between schools and families, and their reciprocal perceptions, are vital to developing successful collaborative relationships. Despite these limitations, it remains important to continue developing a research base in the area of family-school collaboration in order to inform practitioners about which interventions are effective and supported by empirical research.

In summary, results of this review find home-school collaboration interven-

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

tions to be effective in both primary and secondary school for a variety of child and adolescent school-related problems. School psychologists should feel confident in implementing home-school collaboration techniques keeping in mind the specific techniques that have been found effective, as well as the importance of establishing a co-equal relationship with parents in the delivery of this method of intervention. The need for additional research on the effectiveness of home-school collaboration, however, is also warranted. The effectiveness of home-school collaboration programs has been examined primarily among economically disadvantaged African American school communities, and replications are scarce. Thus, the generalizability of promising home-school collaboration techniques to the broader community of students and families is largely unknown, and without replication, few interventions can yet attain the "gold standard" of efficacious. Clearly, as this review shows, the evidence for the effectiveness of home-school collaboration is promising and worthy of continued investigation.

## References

Bien, N. Z., & Bry, B. H. (1980). An experimentally designed comparison of four intensities of school-based prevention programs for adolescents with adjustment problems. *Journal of Community Psychology, 8,* 110–116.

Blechman, E. A., Taylor, C. J., & Schrader, S. M. (1981). Family problem solving versus home notes as early intervention with high-risk children. *Journal of Consulting and Clinical Psychology, 49*(6), 919–926.

Bosco, J. (1982). Home-school relationships. In H. E. Mitzel (Ed.), *Encyclopedia of educational research* (pp. 827–831). New York: Free Press.

Christenson, S. L. (1995a). Families and schools: What is the role of the school psychologist? *School Psychology Quarterly, 10*(2), 118–132.

Christenson, S. L. (1995b). Best practices in supporting home-school collaboration. In A. Thomas & J. Grimes (Eds.), *Best practices in school psychology-III* (pp. 253–267). Washington, DC: National Association of School Psychologists.

Christenson, S. L., Rounds, T., & Franklin, M. J. (1992). Home-school collaboration: Effects, issues, and opportunities. In S. L. Christenson & J. C. Conoley (Eds.), *Home-school collaboration: Enhancing children's academic and social competence* (pp. 193–214). Washington, DC: National Association of School Psychologists.

Christenson, S. L., Rounds, T., & Gorney, D. (1992). Family factors and student achievement: An avenue to increase student success. *School Psychology Quarterly, 7,* 178–206.

Cohen, J. (1992). A power primer. *Psychological Bulletin, 112,* 156.

Collins, C. H., Moles, O., & Cross, M. (1982). *The family-school connection: Selected partnership programs in large cities.* Boston: Institute for Responsive Education.

Comer, J. P. (1980). *School power: Implications of an intervention project.* New York: The Free Press.

Comer, J. P. (1984). Home-school relationships as they affect the academic success of children. *Education and Urban Society, 16,* 323–337.

Comer, J. P., & Haynes, N. M. (1991). Parent involvement in schools: An ecological approach. *Elementary School Journal, 91*(3), 271–277.

Comer, J. P., Haynes, N. M., & Joyner, E. T. (1996). The school development program. In J. P. Comer, N. M. Haynes, & M. Ben-Avie (Eds.), *Rallying for the whole village: The Comer process for reforming education* (pp. 1–27). New York: Teachers College Press.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Conrad, K. J., & Eash, M. J. (1983). Measuring implementation and multiple outcomes in a child parent center compensatory education program. *American Educational Research Journal, 20*(2), 221–236.

Cook, T. D., Habib, F., Phillips, M., Settersten, R. A., Shagle, S. C., & Degirmencioglu, S. M. (1999). Comer's School Development Program in Prince George's county, Maryland: A theory-based evaluation. *American Educational Research Journal, 36(3)*, 543–597.

Cook, T. D., & Murphy, R. F., & Hunt, H. D. (2000). Comer's School Development Program in Chicago: A theory-based evaluation. *American Educational Research Journal, 37*(2), 535–597.

Committee for Economic Development. (1987). *Children in need: Investment strategies for the educationally disadvantaged.* New York: Author.

Corno, L. (1980). Individual and class level effects of parent-assisted instruction in classroom memory support strategies. *Journal of Educational Psychology, 72(3),* 278–292.

Division 16 and Society for the Study of School Psychology Task Force. *Procedural and coding manual for evidence-based interventions.* Retrieved June 2, 2003, from www.sp-ebi.org.

Eccles, J. S., Arbreton, A., Buchanan, C. M., Jacobs, J., Flanagan, C., Harold, R. MacIver, D., Midgley, C., Reuman, D., & Wigfield, A. (1993). School and family effects on the ontogeny of children's interests, self-perceptions, and activity choice. In J. Jacobs (Ed.), *Developmental perspectives on motivation: Vol. 40 of the Nebraska Symposium on Motivation* (pp. 145–208). Lincoln, NE: University of Nebraska Press.

Epstein, J. L. (1983). Longitudinal effects of family-school-person interactions on student outcomes. In A. Kerckhoff (Ed.), *Research in sociology of education and socialization,* (Vol. 4, (pp. 101–128). Greenwich, CT: JAI.

Epstein, J. L. (1992). *School and family partnerships* (Report No. 6). Baltimore: Johns Hopkins University Center on Families, Communities, Schools and Children's Learning.

Evans, I. M., Okifuji, A., Engler, L., Bromley, K., & Tishelman, A. (1993). Home-school communication in the treatment of childhood behavior problems. *Child & Family Behavior Therapy, 15*(2), 37–60.

Fairchild, T. N. (1983, September). Things that work: Effects of a daily report card system on an eighth grader exhibiting behavioral and motivational problems. *The School Counselor,* 83–86.

Forgatch, M. S., & Ramsey, E. (1994). Boosting homework: A video tape link between families and schools. *School Psychology Review, 23*(3), 472–484.

Hannon, P. (1987). A study of the effects of parental involvement in the teaching of reading on children's reading test performance. *British Journal ofJournal of Educational Psychology, 57,* 56–72.

Haynes, N. M., Emmons, C. L., & Woodruff, D. W. (1998). School development program effects: Linking implementation to outcomes. *Journal of Education for Students Placed at Risk, 3*(1), 71–85.

Henderson, A., & Berla, N. (Eds.). (1994). *A new generation of evidence: The family is critical to student achievement.* Washington, DC: National Committee for Citizens in Education.

Hess, R. D., & Holloway, S. D. (1984). Family and school as educational institutions. In R. D. Parke (Ed.), *Review of child development research* (Vol. 7, pp. 179–222). Chicago: University of Chicago Press.

Hewison, J. (1988). The long term effectiveness of parental involvement in reading: A follow-up to the Haringey reading project. *British Journal ofJournal of Educational Psychology, 58,* 184–190.

Ialongo, N., Werthamer, L., Kellam, S. G., Brown, C. H., Wang., S., & Lin, Y. (1999). Proximal impact of two first-grade preventive interventions on the early risk behaviors for later substance abuse, depression, and antisocial behavior. *American Journal of Journal of Community Psychology, 27*(5), 599–641.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

Kehle, T. J., Madaus, M. R., Baratta, V. S., & Bray, M. A. (1998). Augmented self-modeling as a treatment for children with selective mutism. *Journal of* School Psychology, 36(3), 247–260.

Kelley, M. L., & McCain, A. P. (1995). Promoting academic performance in inattentive children: The relative efficacy of school-home notes with and without response cost. *Behavior Modification, 19*(3), 357–375.

McCaleb, S. P. (1994). *Building a community of learners: A collaboration among teachers, students, families, and community.* Mahwah, NJ: Erlbaum.

McCarthey, S. J. (2000). Home-school connections: A review of the literature. *Journal of Educational Research, 93*(3), 145–153.

McConaughy, S. H., Kay, P. J., & Fitzgerald, M. (1998). Preventing SED through Parent-Teacher Action Research and social skills instruction: First year outcomes. *Journal of Emotional and Behavioral Disorders, 6*(2), 81–93.

McConaughy, S. H., Kay, P. J., & Fitzgerald, M. (1999). The achieving, behaving, caring project for preventing ED: Two-year outcomes. *Journal of Emotional and Behavioral Disorders, 7*(4), 224–239.

Morrow, L. M., & Young, J. (1997). A family literacy program connecting school and home: Effects on attitude, motivation, and literacy achievement. *Journal of Educational Psychology, 89*(4), 736–742.

Patton, J. R., Jayanthi, M., & Polloway, E. A. (2001). Home-school collaboration about homework: What do we know and what should we do? *Reading & Writing Quarterly, 17,* 227–242.

Raffaele, L. M., & Knoff, H. M. (1999). Improving home-school collaboration with disadvantaged families: Organizational principles, perspectives, and approaches. *School Psychology Review, 28*(3), 448–467.

Ringeisen, H., Henderson, K., & Hoagwood, K. (2003). Context matters: Schools and the "Research to Practice Gap" in children's mental health. *School Psychology Review, 32* (2), 153–168.

Rutherford, B. (Ed.). (1995). *Creating family/school partnerships.* Columbus, OH: National Middle School Association.

Ryan, B. A., & Adams, G. R. (1995). The family-school relationships model. In B. Ryan (Ed.), *The family-school connection: Theory, research, and practice* (pp. 3-2–28). Beverly Hills, CA: Sage.

Serwatka, T. S., Hesson, D., & Graham, M. (1984, Feb.-Mar.). The effect of indirect intervention on the improvement of hearing-impaired students' reading scores. *The Volta Review,* 84–88.

Shepard, J., & Carlson, J. S. (2003). An empirical evaluation of school-based prevention programs that involve parents. *Psychology in the Schools, 40*(6), 641–656.

Slavin, R. E., & Fashola, O. S. (1998). *Show me the evidence: Proven and promising programs for America's schools.* Thousand Oaks, CA: Sage.

Solomon, D., Battistich, V., Watson, M., Schaps, E., & Lewis, C. (2000). A six-district study of educational change: Direct and mediated effects of the child development project. *Social Psychology of Education, 4,* 3–51.

Strukoff, P. M., McLaughlin, T. F., & Bialozor, R. C. (1987). The effects of a daily report card system in increasing homework completion and accuracy in a special education setting. *Techniques: A Journal for Remedial Education and Counseling, 3,* 19–25.

Tizard, J., Schofield, W. N., & Hewison, J. (1982). Collaboration between teachers and parents in assisting children's reading. British *Journal of Educational Psychology, 52*(1), 1–15.

Trice, A. D., Parker, F. C., Furrow, F., & Iwata, M. M. (1983). An analysis of home contingencies to improve school behavior with disruptive adolescents. *Education and Treatment of Children, 6*(4), 389–399.

U.S. Department of Education. (1996). *Goals 2000: Increasing student achievement through state and local initiatives.* Available at: www.ed.gov/G2K/GoalsRpt/index.html.

U.S. Department of Education. (2002). *No child left behind.* Available at: www.nochildleftbehind. gov/next/overview/overview.html.

Walberg, H. J., Bole, R. E., & Waxman, H. C. (1980). School-based family socialization and reading achievement in the inner city. *Psychology in the Schools, 17*(4), 509–514.

No. 1:23-cv-02079-JLK   Document 77-14   filed 12/18/23   USDC Colorado   pg 25

Action Editor: Cindy Carlson

**Diane Cox, M.A.,** is a doctoral student in the School Psychology Program at the University of Texas at Austin. Her research interests include the role of home-school collaboration in student achievement and reading interventions. The School Psychology Program at the University of Texas at Austin is accredited by the APA.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.