IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-2079-JLK

_____

RULE 30(b)(6) DEPOSITION OF:
St. Bernadette Catholic Parish in Lakewood
AVERY COATS
November 28, 2023
Via RemoteDepo

_____

ST. MARY CATHOLIC PARISH IN LITTLETON;
ST BERNADETTE CATHOLIC PARISH IN LAKEWOOD;
DANIEL SHELEY; LISA SHELEY; and
THE ARCHDIOCESE OF DENVER,

Plaintiffs,

v.

LISA ROY, in her official capacity as Executive
Director of the Colorado Department of Early
Childhood; and DAWN ODEAN, in her official
capacity as Director of Colorado's Universal
Preschool Program.

Defendants,

_____

        PURSUANT TO NOTICE, the Rule 30(b)(6)
deposition of St. Bernadette Catholic Parish in
Lakewood, AVERY COATS, was taken on behalf of the
Defendants in Denver County, Colorado, by remote
means, on November 28, 2023, at 8:02 a.m., before
Lisa B. Kelly, Registered Professional Reporter,
Certified Realtime Reporter, and Notary Public within
Colorado, appearing remotely from Larimer County,
Colorado.

EXHIBIT
16

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 2
```
 1                  REMOTE APPEARANCES
 2   For the Plaintiffs:
 3          JOSEPH C. DAVIS, ESQ.
            NICHOLAS R. REAVES, ESQ.
 4      AMAMDA DIXON, ESQ.
        The Becket Fund for Religious Liberty
 5      1919 Pennsylvania Avenue, N.W., Suite 400
        Washington, D.C. 20006
 6      jdavis@becketlaw.org
        nreaves@becketlaw.org
 7      adixon@becketlaw.org
 8   For the Defendants:
 9          NICOLE RUST, ESQ.
            J. GREGORY WHITEHAIR, ESQ.
10      JANNA FISCHER, ESQ.
        Colorado Attorney General's Office
11      1300 Broadway
        Denver, Colorado 80203
12      niki.rust@coag.gov
        greg.whitehair@coag.gov
13      janna.fischer@coag.gov
14   Also Present:
        Bonnie Miller
15
16
17
18
19
20
21
22
23
24
25
```

Page 4
```
 1   Exhibit 9    Universal Preschool (UPK)         110
                  Colorado Program Service
 2                Agreement
 3   Exhibit 12   Guidance for Issues Concerning     68
                  the Human Person and Sexual
 4                Identity
 5   (Exhibits provided electronically to the reporter.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3
```
 1                I N D E X
 2   EXAMINATION OF AVERY COATS:              PAGE
     November 28, 2023
 3
     By Ms. Rust                               6
 4
     By Mr. Davis                             122
 5
 6                                          INITIAL
     DEPOSITION EXHIBITS:                   REFERENCE
 7
     Exhibit 13   Amended Notice of             13
 8                Rule 30(b)(6) Deposition
 9   Exhibit 14   Wellspring Catholic Academy of 26
                  St. Bernadette 2022-2023
10                Student & Family Handbook
11   Exhibit 15   First Amended Complaint and    80
                  Demand for Jury Trial
12
     Exhibit 16   Plaintiffs' Supplemental Answers 95
13                to Defendants' First Set of
                  Interrogatories
14
     Exhibit 17   2022-2023 DPP Provider Renewal 107
15                Questions/Information
16   Exhibit 18   Wellspring Catholic Academy of 114
                  St. Bernadette Student & Family
17                Handbook, 2023-2024
18
     DEPOSITION EXHIBITS: (Previously marked.)
19
     Exhibit 5    Update on Guidance for          56
20                Participation in UPK
21   Exhibit 8    Email string ending with an     55
                  email to Moo from Nesbitt,
22                5/15/23, Subject: Re:
                  Invitation to Private Meeting
23                for Pastors-School Leaders:
                  Update on Universal Preschool
24                Program
25
```

Page 5
```
 1          WHEREUPON, the following proceedings were
 2   taken pursuant to the Federal Rules of Civil
 3   Procedure.
 4          *     *     *     *     *
 5          THE REPORTER:  All counsel participating
 6   in this deposition acknowledge that I am not
 7   physically present in a deposition room with the
 8   deponent and that I will be reporting this deposition
 9   and providing an oath remotely.
10          You further agree that, in lieu of an
11   oath administered in person, the witness declares her
12   testimony in this matter is given under penalty of
13   perjury.
14          All parties and counsel consent to this
15   arrangement and waive any objections to this manner of
16   reporting and manner of providing the oath.
17          Counsel, please indicate your agreement
18   by stating your name and your agreement on the record,
19   and then I will swear in the witness.
20          MR. DAVIS:  Joseph Davis, counsel for
21   Plaintiffs.  I agree.
22          MS. RUST:  Niki Rust, counsel for
23   Defendants.  I agree.
24
25
```

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 6

```
1                AVERY COATS,
2   having verbally declared under penalty of perjury that
3   her testimony in this case will be the truth, the
4   whole truth, and nothing but the truth, testified as
5   follows:
6              (Deponent's reply to oath:  I do.)
7         THE REPORTER:  Thank you.
8         Ms. Rust.
9         MS. RUST:  Thank you, Ms. Kelly.
10               EXAMINATION
11  BY MS. RUST:
12        Q.   Ms. Coats, my name is Niki Rust, and I'm
13  an attorney with the attorney general's office, and I
14  represent the defendants, Dr. Roy and Dawn Odean, from
15  the Colorado Department of Early Childhood.
16             I'll be doing the deposition today.  It's
17  nice to meet you virtually.
18             Could you please identify who else is in
19  the room with you this morning?
20        A.   Joe Davis.
21        Q.   Okay.  And then, Ms. Coats, I would ask,
22  if you have any chat or other type of communication
23  open, that you please close them.  You can't get
24  assistance from anyone while answering the questions.
25             So if today you need to see something or
```

Page 7

```
1   speak to someone when answering a question, I would
2   ask you just say that out loud so that we can discuss
3   it and make those arrangements.  Okay?
4         MS. RUST:  And then, Mr. Davis, it's my
5   understanding that just Mr. Reaves is going to be on
6   the line today; is that correct?
7         MR. DAVIS:  Yes.
8         MS. RUST:  Okay.  And then for the
9   record, I let Ms. Kelly know earlier that Virginia is
10  not with us today, but Greg Whitehair and Janna will
11  be joining shortly in the room with me.
12             So I can let you know, if you want, when
13  they're in the room.  If not, just know that they will
14  be here.
15        MR. DAVIS:  Very well.
16        THE REPORTER:  Before we go on, Niki, did
17  you want to discuss exhibit numbering?
18        MS. RUST:  Thank you, Ms. Kelly, for the
19  reminder.  Yes, I do.
20        Mr. Davis, Ms. Kelly and I were
21  discussing whether you wanted -- if we wanted exhibits
22  today to be consecutive, so starting at 13, or whether
23  to start again at 1.
24             My general practice is to keep them
25  consecutive, but I know -- well, actually, we only did
```

Page 8

```
1   one depo for you guys so I don't know what you prefer.
2         MR. DAVIS:  Yeah.  Consecutive is fine
3   with us.
4         MS. RUST:  Wonderful.  Thank you.
5             All right.  Ms. Kelly, anything else I
6   forgot before I getting going?
7         THE REPORTER:  No.  Thank you.
8         Q.   (BY MS. RUST)  All right.  Would you
9   please state and spell your full name for the record?
10        A.   Avery Cecile Coats, A-v-e-r-y C-e-c-i-l-e
11  C-o-a-t-s.
12        Q.   And did you have any previous names,
13  Ms. Coats?
14        A.   Yes.
15        Q.   What are they?
16        A.   Avery Cecile Balsiger, so B, as in boy,
17  a-l-s-i-g-e-r.
18        Q.   Okay.  And can I inquire who is now in
19  the room?
20        A.   Yeah.  This is Barbara Inglada, and she's
21  updating our room arrangements.  I think she's walking
22  out right now.
23        Q.   Thank you.  Okay.  All right.  And,
24  Ms. Coats, can you please give your home address for
25  the record?
```

Page 9

```
1         A.   9505 West 12th Place, Lakewood, Colorado
2   80215.
3         Q.   Thank you.  And a phone number?
4         A.   303-882-0134.
5         Q.   And an email address?
6         MR. DAVIS:  Niki, can we give you this
7   information off the record?  I'm not sure the witness
8   needs to -- you know, this is going to be filed
9   somewhere and we're happy to provide the email address
10  off the record, but can we do that?
11        MS. RUST:  That's fine, Joe.
12        MR. DAVIS:  Okay.
13        Q.   (BY MS. RUST)  Okay.  Ms. Coats, have you
14  ever been deposed before?
15        A.   No.
16        Q.   Okay.  So because this is being recorded
17  by the court reporter, when I ask you questions, your
18  answers will need to be verbal.  So even though I can
19  see you shaking your head, you will have to give yes
20  or no answers.
21             We also must take turns talking so that
22  the court reporter can get everything down and doesn't
23  get upset with us.  That also means that sometimes we
24  may have to repeat things.  And I might accidentally
25  talk over you if I have an objection.  And it's not
```

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

---

Page 10

1  meaning to be rude. I'm just trying to insert my
2  objection, just so you know.
3       If you need a break today, please say so.
4  But I think we'll try and take a break about halfway,
5  or every hour, just depending on how things are going.
6       But please understand that if you ask for
7  a break, I'll need you to answer any pending questions
8  before we take a break.
9       You were sworn in under oath, so we'll be
10 asking you to tell the whole truth and nothing but the
11 truth. And this is the same oath that is given at
12 trial and it should hold the same weight today; okay?
13 A.   (Nodded head up and down.)
14 Q.   I'm here to learn everything you know
15 about the events and facts of this lawsuit. For that
16 reason, I am looking for full and complete answers to
17 my questions. In other words, I'm looking for the
18 whole truth that you just gave an oath to give.
19      Do you understand that?
20 A.   I understand.
21 Q.   Okay. You will have the opportunity to
22 review and change any answers given today, though if
23 you do change an answer, I may ask that I be allowed
24 to come back here and ask you follow-up questions.
25      Does that sound fair?

Page 11

1  A.   Yes.
2  Q.   Thank you. If you realize that an answer
3  you have given is not complete or inaccurate for any
4  reason, will you tell me today so we can just clarify
5  the record?
6  A.   Yes.
7  Q.   And if I ask a question that you do not
8  understand, will you please tell me and I'll do my
9  best to rephrase the question?
10 A.   Yes.
11 Q.   Okay. Are you on any medications today
12 that could affect your ability to testify?
13 A.   No.
14 Q.   Are you at all sick?
15 A.   No.
16 Q.   Is there any reason why you can't give
17 accurate and complete testimony here today?
18 A.   No.
19 Q.   Okay. Before we get started, did you
20 understand all, kind of, my instructions?
21 A.   I do.
22 Q.   Wonderful. All right.
23      Ms. Coats, what did you do to prepare for
24 the deposition today?
25 A.   I met --

Page 12

1       MR. DAVIS:  Objection to the extent it
2  gets to attorney-client information.
3       But you can answer otherwise.
4  A.   I met with my lawyers, via Zoom, and we
5  went over the topics that you had presented.
6  Q.   (BY MS. RUST)  Okay. How long was that
7  meeting?
8  A.   Two hours. And Joe and I touched base
9  for 15 -- 10 -- I'm sorry. I don't know -- 10 minutes
10 this morning.
11 Q.   Okay. Did you review any documents in
12 preparation for today?
13 A.   I did.
14 Q.   What documents were those?
15 A.   I read -- I reread my declaration. I
16 went through some school demographics. I -- I can't
17 remember some of the names. Yeah.
18 Q.   Okay. Did you bring any of those
19 documents to your deposition today?
20 A.   No.
21 Q.   Ms. Coats, have you testified under oath
22 before today?
23 A.   No.
24 Q.   Have you given a deposition before?
25 A.   No.

Page 13

1  Q.   Have you ever been involved in any other
2  lawsuits or court proceedings?
3  A.   No.
4       MS. RUST:  Bonnie, if you could bring up
5  what will be marked as Exhibit 13.
6  Q.   (BY MS. RUST)  And, Ms. Coats, will you
7  let me know, once Bonnie shares her screen, if you can
8  see it?
9  A.   I can see it.
10 Q.   Great. Can you identify this document,
11 please?
12 A.   Do you just want me to read the title?
13 The Amended Notice of Rule --
14 Q.   Yes. So is this the deposition notice
15 you received?
16 A.   Yes.
17 Q.   Okay. And are you here on behalf of
18 St. Bernadette's Preschool or Wellspring and not as
19 yourself as an individual?
20 A.   Yes.
21 Q.   Okay. Also, I wanted to just do a quick
22 housecleaning matter, Ms. Coats. Would you prefer
23 that we refer to the preschool as St. Bernadette's
24 Preschool or Wellspring? I just want to make sure
25 we're clear while we're talking today.

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 14

1    A.   Wellspring Preschool.  Wellspring
2  Catholic Academy is the proper name.
3    Q.   All right.  Sounds great.  Are you the
4  person with the most knowledge concerning the topics
5  in the deposition notice today?
6         MR. DAVIS:  Objection to the extent that
7  misstates the 30(b)(6) standard.
8         But you can answer, Ms. Coates.
9    A.   I don't know if I'm the most
10  knowledgeable.
11    Q.   (BY MS. RUST)  Okay.  Are there any areas
12  listed in the topics --
13         MS. RUST:  And, Bonnie, can we scroll to
14  the topics so that Ms. Coats can review them?
15    Q.   (BY MS. RUST)  Ms. Coats, will you review
16  the topics and let me know if there are any that you
17  are not knowledgeable in.
18    A.   Are you asking me to read them aloud or
19  just read them to myself?
20    Q.   No.  You can just review them.  And if
21  you want to let us know when Bonnie can scroll, we can
22  do that.
23    A.   You can scroll, please.  That's good.
24         Can you scroll, please?  Thank you.
25         Can you scroll, please?  Thank you.

Page 15

1         Can you scroll, please?  Thank you.
2         Okay.
3    Q.   So, Ms. Coats, the question was, are
4  there any areas listed in these topics about which you
5  are not knowledgeable?
6    A.   No.
7    Q.   Okay.  Is there anyone else who has more
8  knowledge about these topics?
9         MR. DAVIS:  Objection.  Same objection
10  about the 30(b)(6) standard.
11         But you can answer, Ms. Coats.
12    A.   Again, I don't know.  I'm knowledgeable
13  myself.  I don't know if somebody is more
14  knowledgeable.
15    Q.   (BY MS. RUST)  Okay.  Do you have full
16  authority to speak on behalf of Wellspring with
17  respect to the deposition topics?
18    A.   I do.
19    Q.   Are you aware that the answers you will
20  give to our questions will be binding upon Wellspring?
21    A.   Yes.  I understand.
22    Q.   Are you fully prepared to speak about
23  each of the topics in the deposition notice today?
24    A.   Yes.
25    Q.   Thank you.  Ms. Coats, what is your date

Page 16

1  of birth?
2         MS. RUST:  We can stop sharing the
3  screen, Bonnie.  Thank you.
4    A.   February 17, 1989.
5    Q.   (BY MS. RUST)  And, Ms. Coats, where did
6  you go to high school?
7    A.   Loretto Academy.
8    Q.   And college?
9    A.   University of Colorado at Boulder.
10    Q.   And what did you receive your degree in
11  from University of Colorado Boulder?
12    A.   I received a bachelor's in speech hearing
13  language sciences.
14    Q.   Any continuing education after that?
15    A.   I went to the University of Colorado at
16  Denver and received a master's in special education,
17  as well as a teaching license.
18    Q.   Do you have any certificates?
19    A.   From the -- I'm sorry.
20    Q.   In addition to your degrees, do you have
21  any additional certifications?
22    A.   No, I don't.
23    Q.   Okay.  And then you stated that you have
24  a teaching license.  Any other licenses that you hold?
25    A.   No.

Page 17

1    Q.   And then any specialized training to be
2  the principal of Wellspring?
3    A.   I received professional development
4  classes, new leaders academy class through the
5  Institute of Catholic Liberal Education.  It's not an
6  accredited university.
7    Q.   And do you have to do continuing
8  education every year?
9    A.   No, I don't.
10    Q.   Ms. Coats, are you married?
11    A.   Yes.
12    Q.   What is your husband's name?
13         MR. DAVIS:  Niki, can we, again, provide
14  some of this background information off the record or
15  is this relevant to the case?
16         MS. RUST:  It's part of getting her
17  background, Joe.  We don't see why it would not be
18  relevant.
19    A.   John Coats, J-o-h-n.
20    Q.   (BY MS. RUST)  Thank you.  And do you
21  have children?
22    A.   I do.
23    Q.   Okay.  Without giving their names, can
24  you tell me how many and their ages, please?
25    A.   I have two children.  I have a 4-year-old

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 18

1  and a 1-1/2-year-old, and I have one on the way.
2       Q.   Congratulations.  When are you due?
3       A.   Thank you.  Late April.
4       Q.   I have a bunch of April babies in my life
5  so they're a fun bunch.
6            Okay.  Any other dependents, Ms. Coats?
7       A.   No.
8       Q.   Okay.  All right.  Ms. Coats, are you
9  currently employed?
10      A.   Yes.
11      Q.   Where are you currently employed?
12      A.   St. Bernadette Catholic Church.
13           I'm sorry.  I have two employments.  I am
14  also employed through the Archdiocese of Denver.  I
15  have two separate roles.
16      Q.   Okay.  Can you -- let's talk about those
17  two roles.  Can you first tell me, what is your job
18  title at St. Bernadette?
19      A.   Principal and head of school.
20      Q.   Okay.  And that's specific through
21  St. Bernadette and not Wellspring, or can you explain
22  that relationship a little bit?
23      A.   I can.
24      Q.   Thank you.
25      A.   St. Bernadette is the, kind of, umbrella,

Page 19

1  that's overarching, so we're all employees of
2  St. Bernadette.  Wellspring Catholic Academy is a
3  ministry of St. Bernadette.  So we're under, but we --
4  it's -- it's essentially the same entity.
5       Q.   Okay.  And when did you start working at
6  St. Bernadette?
7       A.   July 1, 2022.
8       Q.   And how did you become the -- and please
9  correct me if I'm using the wrong terminology -- the
10  principal or director for Wellspring?  Principal and
11  head of school, is what you said.
12      A.   Principal and head of school.
13      Q.   Okay.
14      A.   Yeah.
15      Q.   How did you get that role?
16      A.   Yeah.  I applied.  I went through an
17  interview process, several different rounds, and I was
18  offered late May in 2022.
19      Q.   Okay.  And during that interview process
20  with St. Bernadette, were you asked to verify your
21  membership in a Catholic parish?
22      A.   I don't recall needing to give any
23  paperwork on my registration.  I was asked if I was a
24  Catholic, yes.
25      Q.   Okay.  Who do you report to in your role

Page 20

1  at St. Bernadette?
2       A.   The pastor, Father Joe McLagan,
3  M-c, capital L-a-g-a-n.
4       Q.   Thank you.  Okay.  And what is your job
5  description at St. Bernadette?
6       A.   Oh, goodness.  I run the day-to-day
7  operations of the school.  I oversee all staff and
8  faculty and supervise them.  I am in charge of the
9  safety and security of our students, curriculum, all
10  the focus of our schools; so faith, academics, and
11  then our specific school curriculums.
12           I am in charge of aligning us to our
13  mission and vision and maintaining our future, so
14  financial sustainability as well.
15           Do you want me to go into more depth?
16      Q.   Well, that's good for now.  Thank you.
17           Did you hold any previous positions as a
18  principal before your role at Wellspring?
19      A.   I did not.
20      Q.   Any previous employment in early
21  childhood?
22      A.   No.
23      Q.   Okay.  Any previous employment within a
24  Catholic school?
25      A.   Yes.

Page 21

1       Q.   Can you describe that, please?
2       A.   I was a long-term substitute at
3  St. Vincent de Paul Catholic School.
4       Q.   How many years did you do that?
5       A.   That was six weeks, and that was my
6  involvement in Catholic schools.
7       Q.   Okay.  Any previous employment within a
8  Catholic organization?
9       A.   Yes.
10      Q.   Will you please describe?
11      A.   I worked in the development office as a
12  gifts officer for St. Thomas Aquinas Catholic Church
13  for two years.
14      Q.   What is a gifts officer?
15      A.   Fundraising.
16      Q.   And what was your job prior to principal
17  of Wellspring?
18      A.   I'm sorry.  There is a little gap.  I
19  took a couple months off to have my second.  But my
20  previous employment, I worked in Pittsburgh,
21  Pennsylvania, as lead teacher at The Bradley Center.
22      Q.   What is The Bradley Center?
23      A.   It is a residential treatment facility.
24      Q.   And what age kids did you work with
25  there?

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 22

1    A.   We served kids from -- I think during my
2  time there, I believe the youngest was 6 -- I could be
3  wrong -- into early 20s.
4    Q.   Okay.  And I'm sorry.  What was your role
5  there?  I must have missed it.
6    A.   I started as a special education teacher
7  and then I was the lead teacher.
8    Q.   All right.  Ms. Coats, I want to now
9  switch and talk about your employment through the
10  Archdiocese of Denver, please.
11    A.   Yes.
12    Q.   Would you please tell me, what is your
13  job title there?
14    A.   I work as a part-time consultant to the
15  director of student support services.
16    Q.   Okay.  I'm going to need you to explain
17  that one, please.
18    A.   Yes.  The director of student support
19  services works to bring inclusion to our schools, in
20  terms of learners with exceptional differences and
21  disabilities, and I work as a part-time consultant to
22  her to bring this work to our schools.
23    Q.   Okay.  All right.  And when did you start
24  that position with the Archdiocese?
25    A.   October -- I don't know the date.

Page 23

1  October of 2022.
2    Q.   And who do you report to at the
3  Archdiocese?
4    A.   The associate superintendent of
5  curriculum renewal, Abriana Chilelli, A-b-r-i-a-n-a
6  C-h-i-l-e-l-i (sic).  I could be mistaken.
7    Q.   And is this the same Abriana Chilleli who
8  oversees Wellspring from the Archdiocese?
9    A.   She is my co-advisory supervisor, yes.
10    Q.   Okay.  All right.  So what else do you
11  do, as a part of your job description or duties, to
12  bring inclusion to Archdiocese schools for those who
13  are differently abled?
14    A.   I mainly -- so the director of student
15  support services, her name is Kristen.  I mainly work
16  with Kristen.  I've never been asked this.
17         We're building a system for the first
18  time within the Archdiocese.  So we're starting from
19  the ground up.  We're doing anything as little as
20  database to professional development, gaining legal
21  counsel to properly serve students and protect them if
22  they do have disabilities.  We're building a system.
23    Q.   Okay.  It's a lot of work, isn't it?
24    A.   Yes.  It's good work.
25    Q.   All right.  I think I'm going to move on

Page 24

1  from your employment history.
2         Ms. Coats, can you give a little bit -- I
3  know we talked about St. Bernadette and Wellspring and
4  their relationship.  Can you talk a little bit more
5  about St. Bernadette, the parish's relationship with
6  Wellspring Academy, how that works together?
7    A.   I'm sorry.
8         MR. DAVIS:  Objection to the form of the
9  question.
10    A.   Can you rephrase?  I'm not understanding
11  what you're asking.
12    Q.   (BY MS. RUST)  Sure.  We previously
13  touched a little bit on how you're employed with
14  St. Bernadette and not Wellspring Academy.
15    A.   Yes.
16    Q.   So can you talk a little bit more about
17  the relationship between St. Bernadette, the parish,
18  and Wellspring Academy, a little bit more in-depth how
19  their relationship works, how you guys work together,
20  those things?
21         MR. DAVIS:  Objection to the form.
22    Q.   (BY MS. RUST)  You can answer.
23    A.   We -- we're on the same campus.  The name
24  change is difficult for people, but we are the same.
25  So Father Joe oversees our church and all of its

Page 25

1  ministries.  The school is one ministry of the church,
2  so we're on the same campus.
3         I have -- so Father Joe is my boss, and
4  he does have the final say over even the overall
5  operations and the day-to-day of the school.  We -- I
6  mean, we share a budget.  We're very connected.  We're
7  just a ministry of the church.
8    Q.   What does it mean to be a ministry of the
9  church?
10    A.   Each church couldn't -- give me a moment
11  to explain this.  Within the Catholic Church, we
12  believe that everybody and different ministries have
13  different charisms.  So just like that.
14         Different Catholic churches can have
15  different charisms and ministries in which they carry
16  out our duties to be in line with the church.
17         And so we have a ministry to the
18  homeless, we have a ministry to the deaf community,
19  and we have a ministry to children of the school.
20    Q.   Okay.  Thank you.
21    A.   Among others as well.
22    Q.   Okay.
23         MS. RUST:  So I think at this point I
24  want to bring up the Wellspring Handbook, Bonnie.
25    Q.   (BY MS. RUST)  So if you'll give me a

St. Bernadette Catholic Parish in Lakewood Avery Coates   30(b)(6)
November 28, 2023

Page 26

1 second, Ms. Coats, while we share our screen.
2      A.   Yes.
3      Q.   And I'll be marking this as Exhibit 14.
4           We're going to go to page 25, please.
5 There we go.  The preschool and Pre-K part of the
6 handbook.
7           So I noticed here, Ms. Coats, it says,
8 "St. Bernadette operates its own preschool that is
9 licensed by the State."
10          Can you describe more what that sentence
11 means?
12     A.   Yes.  Well, all preschools have to be
13 licensed by the State of Colorado, at least in
14 Colorado.  I don't know about the rest of the country.
15 So we -- we are inspected every year -- it could be
16 more than that, but it's at least every year, to
17 ensure that we are abiding by State regulations.
18          But St. Bernadette operates the
19 preschool.
20     Q.   Okay.  So is the preschool somehow
21 separate and apart from the rest of the Wellspring
22 Academy?
23     A.   No.  I mean, we're physically in the same
24 building.  We operate under the same umbrella.  It's
25 just that preschool, in the state of Colorado, has

Page 27

1 separate and different regulations than a K-8 school.
2           So while we're owned and operated and run
3 by essentially the same people, the same entities,
4 preschool has to follow different guidelines.
5      Q.   Okay.  Thank you.
6           MS. RUST:  Bonnie, we can close that for
7 the time being?
8      Q.   (BY MS. RUST)  All right.  And,
9 Ms. Coats, are you head of school of the preschool as
10 well?
11     A.   Yes.  On paper, I am the assistant
12 director of the preschool.
13     Q.   Okay.  You said "on paper."  What does
14 that mean in practice then?
15     A.   I work with our preschool director just
16 to ensure that we are following State guidelines.  And
17 I supervise her as well.  And we ensure that the
18 preschool, just like any other grade, is in mission
19 and alignment of our mission and vision as a school.
20     Q.   Okay.  Who is the director of the
21 preschool?
22     A.   Melissa English, M-e-l-i-s-s-a
23 E-n-g-l-i-s-h.
24     Q.   All right.  And then who do you and
25 Melissa report to, if anyone?

Page 28

1      A.   Father Joe McLagan.
2      Q.   All right.  Ms. Coats, who hires and
3 fires employees at Wellspring Catholic Academy?
4      A.   We have a process for -- can I separate
5 these out, hiring and firing?
6      Q.   Yeah.
7      A.   We have a process.  Ultimately, the final
8 decision for each is Father Joe McLagan, the pastor,
9 and I give him my recommendations and we work together
10 on that.
11          There is an application interview process
12 for hiring.  And then if we have to get to
13 termination, it would be followed by documentation.
14     Q.   Okay.  Have you hired individuals in your
15 role at Wellspring?
16     A.   I have.
17     Q.   Okay.  And have you fired individuals in
18 your role as principal?
19     A.   I have not.
20     Q.   What various types of jobs does
21 Wellspring hire employees for?
22     A.   We hire professional teachers,
23 paraprofessionals, aides.  That's about it right now.
24     Q.   Okay.  No janitors?
25     A.   I do not hire the janitor.  Father Joe

Page 29

1 McLagan would hire maintenance under St. Bernadette's,
2 and they would work over the entire campus.
3      Q.   Okay.  And then in terms of, like, your
4 food service, do you have -- do you hire individuals
5 for that or --
6      A.   We do --
7      Q.   Sorry.
8      A.   We do not have a food service currently.
9      Q.   Okay.  All right.  I know you said one of
10 your missions is also to the deaf community.  Do you
11 have deaf students at your school?
12     A.   Not currently.
13     Q.   All right.  Does Wellspring Catholic
14 Academy require all employees to be Catholic?
15     A.   We do not.
16     Q.   Okay.  Do you have any current employees
17 that are not Catholic?
18     A.   I do.
19     Q.   How many?
20     A.   One, to my knowledge.
21     Q.   And what is their professional role?
22     A.   PE teacher.
23     Q.   At what point -- I'm sorry?
24     A.   I'm sorry.  He has a separate role as
25 well.  He's the adventure coordinator.

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 30

1    Q.   That sounds fun.
2         At what point in the hiring process do
3    you request information about an applicant's religious
4    beliefs?
5         A.   Can you be more specific -- excuse me --
6    more specific about what do you mean by requesting
7    information?
8         Q.   Sure.  In your hiring process, do you
9    ever request an individual to show that they are a
10   member of a Catholic Church?
11        A.   No.
12        Q.   Do you use the Archdiocese-approved
13   employment contract?
14        A.   We do.
15        Q.   Okay.  Is that the only contract
16   employees sign?
17        A.   Employees -- yes.  Employment contract,
18   yes.
19        Q.   Okay.  Is there other paperwork specific
20   to Wellspring Catholic Academy that an employee must
21   sign?
22        A.   Yes.
23        Q.   What is that?
24        A.   The Archdiocesan code of conduct, the
25   terms and conditions of their contract, and the

Page 31

1    statement of commitments and beliefs, and then their
2    contract.
3         Q.   Have you ever hired someone who signed
4    off these things but later disagreed with your
5    school's point of view or mission?
6              MR. DAVIS:  Objection to form of the
7    question.
8         A.   Can you define "disagree"?
9         Q.   (BY MS. RUST)  Yes.  That individual
10   says, I don't think same-sex marriage is wrong.
11        A.   I'm not sure I've ever had that direct of
12   a conversation about it.
13        Q.   Okay.  How about transgendered children
14   or family members?
15        A.   I have never had a direct conversation
16   with staff.
17        Q.   Any indirect conversations?
18        A.   What matters to me as the principal is a
19   person that's going to uphold the values of the
20   Catholic Church.  I have not, so far in my experience,
21   seen any of my current staff not uphold the values of
22   the Catholic Church.  I am unaware of the extent of
23   their personal beliefs.
24        Q.   Do you ask, during the hiring process,
25   about religious affiliation, aside from requiring to

Page 32

1    sign the forms we discussed earlier?
2         A.   The matter of faith comes up during
3    interviews, yes.
4         Q.   Can you explain that more, please?
5         A.   We -- we follow more of a loosely form of
6    interview process.  It's more conversational based.
7    So it wouldn't be the exact same for each person;
8    however, because we are a ministry of the church and
9    we are a Catholic institution, we do ask questions of
10   their stance.  It could be their stance in faith or we
11   would talk about books or saints that maybe the person
12   would -- that likes.  Things like that.
13        Q.   Under what circumstances, if any, would
14   Wellspring hire straight or cisgendered individuals
15   who expressed disagreement with your views about
16   sexual orientation or gender identity?
17             MR. DAVIS:  Objection to the form of the
18   question.
19        A.   I don't understand the question.  Could
20   you break it up?
21        Q.   (BY MS. RUST)  Sure.  Under what
22   circumstances, if any, would Wellspring hire a
23   straight or a cisgendered individual who expresses
24   disagreement with your school's views about sexual
25   orientation?

Page 33

1              MR. DAVIS:  Same objection.
2         A.   What is the word you're saying after
3    "straight"?  I don't know what you're saying.
4         Q.   (BY MS. RUST)  Cisgender is a phrase that
5    means people who identify as either just female or
6    male.
7         A.   Okay.  So what extent would I hire a
8    straight or cisgendered individual who does not agree
9    with the Catholic Church?
10        Q.   With your school's views on sexual
11   orientation.
12             MR. DAVIS:  Objection to the form of the
13   question.
14        A.   It's difficult to answer because it is a
15   hypothetical, and it could be very case by case.  So I
16   stated before, what matters to me as an employer is
17   somebody who upholds the values of the Catholic
18   Church.
19        I don't -- I don't go into depth of
20   personal beliefs and understanding, but I do want to
21   be able to trust somebody's ability to uphold our
22   values and our mission and vision.
23        Q.   (BY MS. RUST)  How about gender identity?
24        A.   I would answer very similarly.
25        Q.   Okay.

St. Bernadette Catholic Parish in Lakewood Avery Coates   30(b)(6)
November 28, 2023

Page 34

1     MS. RUST:  All right.  Bonnie, I'm going
2  to ask you to bring up the Wellspring handbook again,
3  so Exhibit 14 again.  And if you'll scroll through.  I
4  know it's a couple pages.
5     Q.  (BY MS. RUST)  But, Ms. Coats, will you
6  just review this, as Bonnie scrolls, and tell me if
7  this looks like an accurate representation of the
8  Wellspring Catholic Academy Handbook please, once
9  she's done scrolling.
10     Okay.  Ms. Coats, does Exhibit 14 -- is
11  it an accurate representation of Wellspring's student
12  handbook, from your review?
13     A.  Yeah.  I, obviously, didn't read it
14  during that process.  It looks like last school year's
15  handbook.
16     MS. RUST:  Okay.  Bonnie, can we go --
17     A.  It doesn't look like this school year's
18  handbook.  It seems like it's last school year.
19     MS. RUST:  And go to the first page,
20  Bonnie.
21     Q.  (BY MS. RUST)  So this is the 2022 to
22  2023 handbook.  Does that seem correct to you?
23     A.  Correct.  Yeah.  This was our handbook
24  last school year.  It is not our most current and
25  updated handbook.

Page 35

1     MS. RUST:  Okay.  Joe, can you please
2  provide us a copy with their most current and updated
3  handbook?
4     MR. DAVIS:  Yes.  To the extent we didn't
5  already, we'll work on that.
6     MS. RUST:  Yeah.  Thank you.  And if we
7  could get it by the end of the week, it would be
8  appreciated.
9     Bonnie, can we go to page 25, please?
10     Q.  (BY MS. RUST)  Okay.  Ms. Coats, I wanted
11  to ask you, based on this little asterisk at the top
12  of page 25, does the preschool have the same handbook
13  as your K-through-8 school?
14     A.  There's a preschool addendum to the
15  handbook; however -- I'm sorry.  They do -- they are
16  given this one, the student and family handbook, and
17  then there is a preschool addendum.  So it's not
18  separate.  Does that make sense?
19     Q.  Right.  So this handbook that we're
20  looking at applies to preschool; correct?
21     A.  Yes.
22     Q.  And then there's an additional addendum
23  that also applies to preschool; correct?
24     A.  Yes.
25     MS. RUST:  Okay.  Mr. Davis, I also don't

Page 36

1  think we've been provided the preschool addendum, and
2  I would request that you guys review, and if we have
3  not, to please provide that by the end of the week,
4  too.
5     Okay.  Can we go back up to page 3,
6  Bonnie?
7     Q.  (BY MS. RUST)  And, Ms. Coats, does
8  Wellspring Catholic Academy have a nondiscrimination
9  policy?  Can you scroll down a little bit, please?
10     MR. DAVIS:  Objection to the form of the
11  question.  Lacks foundation.
12     MS. RUST:  Let me ask a different
13  question, Ms. Coats.
14     Q.  (BY MS. RUST)  Ms. Coats, have you
15  reviewed the Wellspring Catholic Academy Student
16  Handbook?
17     A.  Yes.
18     Q.  Did you review the Wellspring Catholic
19  Academy Student Handbook for the 2022-2023 school
20  year?
21     A.  I did.
22     Q.  You broke up.
23     A.  I did.
24     Q.  Okay.  Who wrote that handbook?
25     A.  I honestly don't know.  My predecessor

Page 37

1  had some part in it, but I really don't know who
2  ultimately wrote it.
3     Q.  Okay.  And when did you say you started
4  working at Wellspring Academy again?
5     A.  In July of 2022.
6     Q.  Okay.  So did this handbook apply when
7  you started working as principal at Wellspring
8  Catholic Academy?
9     A.  Yes, it did.
10     Q.  Okay.  Did you approve this handbook
11  going out to the families and students at Wellspring
12  Catholic Academy?
13     A.  Yes, I did.
14     Q.  Okay.  Does your Wellspring Catholic
15  Academy Handbook from 2022-2023 have a
16  nondiscrimination policy in it?
17     A.  As far as what you are showing me, yes.
18     Q.  Okay.  So this nondiscrimination policy
19  states that "admission is open to all families and
20  students who sincerely seek a Catholic education"; is
21  that true?
22     A.  Yes.
23     Q.  What if that student is transgendered?
24     MR. DAVIS:  Objection.  Calls for
25  speculation.

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 38

1      Q.   (BY MS. RUST)  You may answer.
2      A.   Okay.  So, again, it would be case by
3  case, and we would ask the family further questions to
4  understand the situation.
5      Q.   Okay.  Can you explain that process about
6  asking the family further questions?
7      A.   I -- so this is a hypothetical.  I've
8  never faced this.  I'm not going off of a written
9  procedure or protocol or experience.  We would want to
10  understand what the family -- again, if the family is
11  in line with the mission and vision of the church, as
12  well as, obviously, the Archdiocese of Denver.
13          I would want to just gain more
14  information to ensure that what the family and the
15  student needs, Wellspring Catholic Academy can truly
16  provide.
17      Q.   Okay.  Let's say the family is fully
18  committed to Catholic teaching.  They say, We want our
19  transgender kid baptized because the pope says they
20  can be now.
21          Would you allow that child to enroll in
22  Wellspring Catholic Academy?
23          MR. DAVIS:  Objection to the form of the
24  question.  Calls for speculation and assumes facts not
25  in evidence.  Mischaracterizes evidence.

Page 39

1      Q.   (BY MS. RUST)  You may answer.
2      A.   It's just not black and white.  The
3  church does recognize gender dysphoria and so, again,
4  we would want to understand the fullness of the
5  situation and ensure that we could remain in line with
6  our values, our mission, and vision, while serving the
7  student with the needs that the student truly needs.
8      Q.   Is it really hard to decide what you
9  would do as a principal if the actual real situation
10  isn't happening in front of you?
11          MR. DAVIS:  Objection to the form of the
12  question.  Objection.  Calls for speculation.
13      Q.   (BY MS. RUST)  You may answer.
14      A.   Well, first of all, I'm not the ultimate
15  decider so it would be Father Joe and I working
16  together, and Father Joe would be the ultimate
17  decider.
18          Yeah.  I think that it would be a
19  different situation than we've encountered, so because
20  it's unknown territory, we would want to make sure
21  that we approach it faithfully.
22      Q.   Ms. Coats, as your time as principal, and
23  I think we agreed to going back five years, has
24  Wellspring Catholic Academy ever enrolled a
25  transgendered student?

Page 40

1      A.   Not to my knowledge.
2      Q.   Okay.  How about a student with gender
3  dysphoria, as you stated?
4      A.   Not to my knowledge.
5      Q.   How about a family with same-sex parents?
6      A.   Not to my knowledge.
7      Q.   How about a family with a transgender
8  parent?
9      A.   Not to my knowledge.
10     Q.   How about a student with a same-sex
11  girlfriend or boyfriend?
12     A.   Not to my knowledge.
13     Q.   Okay.  Ms. Coats, did Wellspring Academy
14  in this year, in this handbook, have a bullying and
15  harassment policy?
16     A.   I believe it did.  I'm not --
17     Q.   Okay.
18     A.   I'm not certain.  It's a long document.
19          MS. RUST:  Can we go to page 39, please,
20  Bonnie?  Okay.
21     Q.   (BY MS. RUST)  Can you also -- so there's
22  the bullying and harassment policy.  What types of
23  harassment are outlined here?
24          You can go down a little bit.
25     A.   Sexual harassment, gender, racism,

Page 41

1  ethnicity and cultural heritage, attributes, religion
2  or creed, intimidation, bullying, physical assaults,
3  verbal abuse, threats, defiance, defamation of
4  character, and inappropriate electronic conduct or
5  digital usage.
6      Q.   Ms. Coats --
7      A.   I think -- I think I skipped verbal
8  abuse, by accident.
9      Q.   Ms. Coats, as a principal, have you ever
10  had to deal with bullying or harassment based on
11  gender?
12     A.   Could you scroll up, please, to that
13  bullet?  Thank you.
14          No.
15     Q.   All right.  Ms. Coats, can you describe
16  to us what admission at Wellspring Preschool is based
17  on?
18     A.   All of our families go through an
19  admission process.  So we start with a tour of the
20  school and we meet the family; then to an application,
21  a shadow day, and possible registration.
22          THE DEPONENT:  Is it possible to take a
23  break after this next question?
24          MS. RUST:  Yes.  Let's -- actually, I
25  think let's go ahead and take a break now, if everyone

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

---

Page 42

1  is okay with it, before we dive into this next
2  section.
3         Does ten minutes sound okay, Ms. Coats?
4         THE DEPONENT:  Yes, ma'am.  Thank you.
5         MS. RUST:  Okay.  Great.
6         THE REPORTER:  Off the record.
7         (Recess from 9:01 a.m. to 9:12 a.m.)
8         THE REPORTER:  Back on the record.
9      Q.   (BY MS. RUST)  Awesome.  So when we took
10  a break, Ms. Coats, we were talking about admission
11  into your preschool.  Is admission in Wellspring also
12  based on the timely and complete payment of tuition?
13     A.   Payment of tuition doesn't typically
14  start until after registration.
15     Q.   Okay.  Is admission also based on
16  cooperation with the school?
17     A.   Can you define "cooperation"?
18     Q.   Well, I am reading from your handbook.
19     A.   Okay.
20     Q.   So what would you define cooperation as?
21     A.   The area that you're reading, is it about
22  the tuition contract?
23     Q.   Let me take a second.  Give me one
24  moment, Ms. Coats, and I will find it so that we can
25  direct you to it.

---

Page 43

1      A.   Thank you.
2         MS. RUST:  Okay.  I'm going to ask Bonnie
3  to share her screen, page 11.  Or I guess it's
4  actually page 12.  Oh, no.  There it is.
5      Q.   (BY MS. RUST)  Okay.  Ms. Coats, do you
6  recognize this page?
7      A.   Yes.
8      Q.   Okay.  In the first paragraph, about
9  halfway down, it says "Admission is based."  Do you
10  see that sentence beginning?
11     A.   I do.
12     Q.   Okay.  Why don't you take a moment and
13  read that sentence and let me know when you are
14  completed.
15     A.   Okay.
16     Q.   Okay.  So I believe the question was, is
17  admission also based on cooperation with the school?
18     A.   Yes.  According to this handbook, yes.
19     Q.   Okay.  And what does cooperation with the
20  school mean to you?
21     A.   Yeah.  To be clear, I did not write this
22  paragraph so, yeah, just give me a moment.
23         Cooperation with the school would be in
24  alignment.  And then I think it is defined later,
25  adherence to the parent/student handbook requirements.

---

Page 44

1      Q.   So even though you didn't write these
2  admission policies, do you enforce these admission
3  policies?
4      A.   Yes, I do.
5      Q.   Okay.  Is another requirement for
6  admission a contribution of time to volunteering at
7  the school?
8      A.   I understand, but can you just repeat it?
9      Q.   Is another requirement for a child to be
10  admitted to Wellspring a contribution of time to
11  volunteering at the school?
12     A.   Yes.  We do require volunteer hours for
13  our families.  You'll see that in the updated
14  handbook.
15     Q.   How many hours do you require?
16     A.   12.
17     Q.   Per family, per year, or per semester?
18     A.   Per family, per year.
19     Q.   Okay.  And then admission into Wellspring
20  is also contingent on participation in major
21  fundraisers sponsored by the school; is that correct?
22     A.   Yeah.  We currently don't have major
23  fundraisers at this time.
24     Q.   Okay.  Did you have fundraisers in the
25  past?

---

Page 45

1      A.   I actually can't answer that honestly,
2  with COVID.  I'm not sure the extent of what was done
3  before I got there.  It was difficult.
4      Q.   Okay.  Do you plan to have fundraisers in
5  the future?
6      A.   Yes.
7      Q.   Okay.  So it sounds like your testimony
8  today is there are changes to these admission policies
9  in the updated handbook; is that correct?
10         MR. DAVIS:  Objection.  Misstates
11  testimony.
12     A.   Do I answer?  Yeah.  I don't believe -- I
13  don't know where the changes are.  I know certain
14  student policies were changed.  I'm not certain if
15  anything was changed in this paragraph.
16     Q.   (BY MS. RUST)  Okay.  So are you familiar
17  with the 2023-2024 handbook and preschool addendum?
18     A.   Yes.
19     Q.   Okay.  Did you make or approve any
20  changes?
21     A.   I approved changes and I also made a
22  couple changes.
23     Q.   Okay.  Can you describe what changes you
24  made?
25     A.   I can give you some examples of the ones

---

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 46

1  I remember for sure.  They won't be all of them.  Is
2  that okay?  I just don't remember exactly.
3      Q.  Yes, please.
4      A.  Okay.  So we -- for example, the
5  volunteer hours, we just defined that a little bit
6  better.  So there is a policy on -- there is a
7  financial towards -- excuse me.
8           The tuition, at the end of the year, if a
9  family was unable to complete the 12 hours, we will
10  post a payment to their -- add a payment to their
11  overall tuition contract.
12           If they exceed the 12 hours by a certain
13  number, then they will be credited a certain amount.
14  So that was something that was changed.
15           Then some discipline things for students,
16  uniform policy, things like that were changed.
17      MS. RUST:  Okay.  Mr. Davis, I'm going to
18  ask to reserve the right to continue or reopen the
19  deposition if the present handbook is materially
20  different than the one you guys provided as an
21  exhibit.
22      MR. DAVIS:  Niki, at the time of the
23  response to the discovery requests, I'm not sure the
24  2023-2024 handbook was in effect.  The 2022-2023 one
25  was the one that was still posted publicly for

Page 47

1  St. Bernadette.
2           As the deposition goes on, if you have a
3  question about how St. Bernadette's handles a
4  particular situation, you're absolutely free to ask if
5  that would be different under the 2023-2024 handbook
6  than it is under the 2022-2023, and I'm sure the
7  witness is prepared to answer that question.
8           But again --
9      MS. RUST:  Well, she just said she
10  couldn't remember all the differences, Mr. Davis, so
11  that's why I wanted to just put you on notice that I
12  may be requesting to reopen the deposition.
13      MR. DAVIS:  Okay.  I don't think -- yeah.
14  Remembering all the differences is very unlikely to be
15  material to the issues in this case.  I think as
16  material questions arise, you can ask if they would be
17  different under the current handbook.
18      Q.  (BY MS. RUST)  Ms. Coats, you said one of
19  the differences was about -- and maybe -- the dress
20  code policy; is that correct?
21      A.  Yes.
22      Q.  Okay.  And is the dress code policy one
23  of the reasons that you are suing CDC?
24      A.  No.
25      Q.  It's not?

Page 48

1      A.  Our dress code policy?  Can you be more
2  specific?
3      Q.  No.  I think I would like you to answer
4  the question.
5           Is one of the reasons you're suing CDC
6  because of your dress code policy?
7      A.  I answered no.
8      Q.  Okay.  Ms. Coats, what is your current
9  dress code policy for preschoolers?
10      A.  They follow the same requirements as the
11  rest of the school.  Do you want me to -- are you
12  asking about, like, the specific colors and what it
13  is?  Would you like me to say that?
14      Q.  Yes, please.
15      A.  Okay.  We actually have kind of three
16  different -- it's unique.  We have a Monday through
17  Wednesday, navy blue, light blue, white, for a shirt
18  option.  It's typically a polo.  The pants or skirts
19  or jumper option is for -- is khaki, navy blue.
20           And then on Thursdays, we attend Mass so
21  we have a Mass uniform, which is just more formal.  We
22  ask students to wear navy blue or khaki bottoms, a
23  button-down, white-collared shirt, with a tie or a
24  scarf around the neck.  And then we also have a school
25  cardigan or a vest.

Page 49

1           Fridays are our casual Fridays.  We allow
2  denim as a bottom and the top is a Wellspring-branded
3  shirt.
4      MS. RUST:  Okay.  Bonnie, can we go to
5  page 25 of the handbook again?  Thank you.  That's
6  actually not the page I want.  Give me one second.
7      Q.  (BY MS. RUST)  Okay.  Ms. Coats, we're
8  bringing up page 44 of the 2022-2023 handbook which
9  addresses dress code and uniform.
10           You see the top sentence there, it says,
11  "For preschool and Pre-K students are determined by
12  the Pre-K director and addressed in their specific
13  handbook."  Is this part of what was changed in this
14  year's handbook?
15      A.  I don't believe so.
16      Q.  Okay.  So what has the Pre-K director
17  decided is the uniform for preschool and Pre-K
18  students?  What you just described?
19      A.  Yes, ma'am.
20      Q.  Okay.  And I think in the preschool
21  addendum, it also requires a change of clothing to be
22  sent with preschool and Pre-K students; is that
23  correct?
24      A.  Yes.
25      Q.  Does that change of clothing also have to

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 50

1  match the dress code?
2      A.  We -- I'm not sure that's explicitly
3  defined.  We would assume that it would be a change of
4  clothes in accordance with the uniform.
5      Q.  Okay.
6          MS. RUST:  Will you scroll down just a
7  little bit, Bonnie?
8      Q.  (BY MS. RUST)  So in your dress code,
9  both boys and girls can wear pants and shorts;
10  correct?
11     A.  Yes.
12     Q.  Okay.  In your dress code, girls can only
13  wear skirts, skorts, or jumpers; correct?
14     A.  Yes.
15     Q.  And girls can only wear leggings and
16  tights; is that correct?
17     A.  Yes.
18         MS. RUST:  Okay.  And I think I'm done
19  with that, Bonnie.
20     Q.  (BY MS. RUST)  All right.  Ms. Coats,
21  could you please explain Wellspring Catholic Academy's
22  relationship with the Catholic Archdiocese?
23         MR. DAVIS:  Objection to the form of the
24  question.
25     Q.  (BY MS. RUST)  You can answer.

Page 51

1      A.  We are an Archdiocesan Pre-K-through-8
2  school, so we are connected to -- I'm sorry.  I'm not
3  sure I understand exactly what you're asking.  We are
4  an Archdiocesan Catholic school.
5      Q.  What does that mean?
6      A.  We follow the guidelines of the
7  Archdiocese.  Archbishop is the overall -- I don't
8  know the word.  He's in charge of our diocese.  We're
9  Catholic in name so he is in change overall.
10     Q.  Does the school make its own decisions on
11  curriculum?
12     A.  Yes.
13     Q.  Does the Archdiocese have any input on
14  curriculum?
15     A.  Yes.  We follow their guidance.
16     Q.  Does the Archdiocese direct you in dress
17  and uniform code?
18     A.  I don't believe I've ever had a
19  conversation with anyone in the Archdiocese about our
20  dress code and uniform.
21     Q.  Okay.  Does the Archdiocese have input on
22  hiring?
23     A.  They are available if we need support.
24  They do not require to be involved.
25     Q.  Does the Archdiocese have input on

Page 52

1  firing?
2      A.  I answer the same way.  They're there for
3  support but not -- it's not a requirement.
4      Q.  Could St. Bernadette choose to ignore an
5  Archdiocese guideline?
6      A.  You would have to be really specific
7  about the guideline.  Yeah.  I can't really answer
8  that hypothetical.  It's too broad.
9      Q.  Okay.  Could St. Bernadette choose to not
10  follow an Archdiocese guideline on curriculum?
11         MR. DAVIS:  Objection.  Calls for
12  speculation.
13     A.  I've never not followed a guideline.
14  Yeah.  Yeah.  I think I could choose to do that.
15     Q.  (BY MS. RUST)  Okay.  Could
16  St. Bernadette choose to ignore a guideline on dress
17  code?
18         MR. DAVIS:  Objection to the form of the
19  question.  Objection.  Calls for speculation.
20     A.  I don't remember seeing a dress code
21  policy for the Office of Catholic Schools, so I
22  wouldn't know how to answer that.
23     Q.  (BY MS. RUST)  Okay.  Does the
24  Archdiocese review the internal policies and practices
25  of Wellspring?

Page 53

1      A.  I believe so.  Yes.
2      Q.  How does that process work?
3      A.  As stated earlier, Abriana Chilleli is an
4  associate superintendent of the Archdiocese and she is
5  my co-advisory -- I don't remember the term of what
6  she is, but she works in tandem with Father Joe to
7  guide me and supervise me.
8      Q.  Okay.  Has Abriana or the Archdiocese
9  ever addressed with you any concerns with your
10  policies at Wellspring?
11     A.  No.
12     Q.  Does every admission of a child have to
13  be approved by the Archdiocese?
14     A.  No.
15     Q.  Does every admission of a family have to
16  be approved by the Archdiocese?
17     A.  No.
18     Q.  Is Wellspring Academy a separate legal
19  entity from the Archdiocese of Denver?
20         MR. DAVIS:  Objection.  Calls for a legal
21  conclusion.
22     Q.  (BY MS. RUST)  You can answer.
23     A.  I'm not familiar with the intricacies.
24  Because we're Catholic in name, Archbishop does have
25  ownership; however, Father Joe is named sole

St. Bernadette Catholic Parish in Lakewood  Avery Coates  30(b)(6)
November 28, 2023

Page 54

1  proprietor. So I'm not -- I don't know.
2      Q.   Could Wellspring sign a contract without
3  the Archdiocese approval?
4      A.   What type of contract?
5      Q.   Any contract.
6           MR. DAVIS:  Objection.  Calls for
7  speculation.
8      A.   Yeah.  We've signed maintenance,
9  construction contracts.
10     Q.   (BY MS. RUST)  And the Archdiocese has
11  not needed to the approve those contracts?
12     A.   Well, sorry.  I apologize.  So, again,
13  this is a bit outside my realm as principal.  All the
14  contracts are typically signed by Father Joe.  So I
15  don't know which ones are run by the Archdiocese and
16  which ones are not.
17          Major -- major contracts are always asked
18  guidance on to ensure that we are in alignment with
19  the Archdiocese.
20     Q.   Did you follow the Archdiocese direction
21  not to participate in UPK?
22     A.   Yes.
23     Q.   Did you follow the Archdiocese direction,
24  in May 2023, that said you could participate in UPK?
25          MR. DAVIS:  Objection to the form of the

Page 55

1  question.  Misstates testimony.  Lacks foundation.
2      Q.   (BY MS. RUST)  It's okay.  I can ask you
3  a few more questions, Ms. Coats.
4           Did you have communications with Mr. Moo
5  regarding the UPK program?
6      A.   Yes.
7      Q.   Were you invited to any of Mr. Moo's
8  presentations about the UPK program?
9      A.   Yes.
10     Q.   Did you attend any of Mr. Moo's
11  presentations on the UPK program?
12     A.   Yes.
13     Q.   Which presentations did you attend?
14     A.   I only remember one.  There was an option
15  for in-person or via Zoom.  I attended via Zoom.  And
16  it was overall guidance for Catholic schools for UPK.
17     Q.   Was that meeting in May of 2023?
18     A.   I don't remember exactly.  It was at the
19  end of the school year.  I don't remember.
20          MS. RUST:  Okay.  Give me one second.
21          (Discussion off the record.)
22     Q.   (BY MS. RUST)  Ms. Coats, I'm going to
23  have Bonnie share her screen.  This is what's been
24  previously marked as Exhibit 8.
25          Could you review this email and tell me

Page 56

1  if it looks familiar to you and let me know when
2  you're done?
3      A.   I'm done.  This is familiar to me, to
4  answer the question.
5      Q.   Is this the meeting you attended
6  virtually?
7      A.   Yes.
8      Q.   Okay.
9           MS. RUST:  Bonnie, can you pull up the
10  slide show, please?
11     Q.   (BY MS. RUST)  And, Ms. Coats, I'm
12  showing you what's been previously marked as
13  Deposition Exhibit 5.
14     A.   Okay.
15     Q.   Okay.  As Bonnie scrolls, Ms. Coats, will
16  you let us know if this Exhibit 5 looks familiar to
17  you?
18     A.   Yes.  It looks familiar to me.
19          MS. RUST:  Let's go back up two pages.
20     Q.   (BY MS. RUST)  All right.  So here the
21  presentation from Mr. Moo states that, "We continue to
22  have significant concerns with the regulations of UPK
23  but believe there is significant court precedence to
24  support an exemption."
25          And then if we go down one more slide, it

Page 57

1  looks like the slide talks about, "If you're
2  interested in pursuing the pathway, you can register
3  and fill out the service agreement but not sign that."
4           Does that look familiar to you?
5      A.   Yes.
6      Q.   Okay.  So did you then follow Mr. Moo's
7  suggestion, in May 2023, that said you could
8  participate in UPK?
9           MR. DAVIS:  Objection.  Misstates
10  testimony.  Misstates the evidence.
11     Q.   (BY MS. RUST)  You can answer.
12     A.   You're asking if I did one, two, and
13  three?
14     Q.   Yes.
15     A.   I had the intention.  I actually did not.
16     Q.   Okay.  Why not?
17     A.   Because it was the end of the school year
18  and I became very busy.
19     Q.   Okay.  All right.  Ms. Coats, how many
20  preschool or Pre-K classrooms does Wellspring have?
21     A.   One.
22     Q.   Okay.  Is that located in the same
23  building as the rest of the school?
24     A.   Yes, ma'am.
25     Q.   Can you describe the general setup of

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 58

1 that classroom, please?
2      A.   It's a large classroom with different
3 centers and bathrooms inside and storage closets;
4 doors to the interior building, as well as exterior
5 doors.
6      Q.   What different centers are in the
7 classroom?
8      A.   I believe they can change from time to
9 time, but typically there are blocks.  There's a
10 creative area, which is dress-up and kitchen, a toy
11 kitchen.  There is a calming corner with a -- there's
12 a prayer table.  And then there's -- the specific
13 centers can shift, but it's typically some sort of
14 play, engaging fine motor skills, imagination,
15 development, et cetera.
16      Q.   With your background in special education
17 and early education, do you think all the centers are
18 developmentally appropriate?
19      A.   I do.
20      Q.   Ms. Coats, is there assigned seating in
21 the preschool classroom?
22      A.   Not to my knowledge.  Not to my
23 knowledge.
24      Q.   When was the last time you visited the
25 preschool classroom?

Page 59

1      A.   Yesterday.
2      Q.   Okay.  Is anything in the Pre-K classroom
3 segregated by gender?
4      A.   Yes.
5      Q.   What?
6      A.   The restrooms.
7      Q.   Okay.  And you said there's two
8 restrooms?
9      A.   Yes.
10      Q.   Okay.  So can you tell me which is which?
11      A.   There is a restroom for girls and a
12 restroom for boys, two separate rooms.
13      Q.   Okay.  And are they a single bathroom or
14 several stalls?
15      A.   Each -- each restroom has two toilets in
16 them and two sinks.
17      Q.   Okay.  Does Wellspring allow more than
18 one child in the restroom at a time?
19      A.   It depends.  For washing hands, yes.  I
20 don't believe for going to the restroom.
21      Q.   Are teachers or other professionals
22 allowed in the restrooms with the children?
23      A.   Yes.  There are protocols and procedures
24 in place for the different circumstances.  Yep.
25      Q.   Okay.  Is this type of restroom different

Page 60

1 than the rest of the school?
2      A.   The toilets are way smaller.
3      Q.   Does every classroom have the restrooms
4 in the classroom like the preschool?
5      A.   No.
6      Q.   Okay.  And then is there a urinal in the
7 boys restroom or is it just toilets?
8      A.   I think it's just toilets.
9      Q.   Okay.  So you spoke a little bit about
10 the protocols for a teacher assisting a preschooler
11 because sometimes they need help in the bathroom.
12           So what is the protocol when a female
13 teacher has to assist a male student?
14      A.   I apologize.  I don't know the ins and
15 outs of it, but I think it's just in line with our
16 policies and procedures, the code of conduct.  So no
17 staff should be alone with any student, regardless of
18 gender.
19      Q.   Okay.  So how many professionals,
20 paraprofessionals, teachers, are in the preschool
21 classroom?
22      A.   Yes.  In total, it would be three.  We
23 follow the rules of the ratio, so it wouldn't
24 necessarily be three at one time.
25      Q.   Okay.  And are all the current employees

Page 61

1 in the preschool classroom, are they all female?  All
2 male?  What is the makeup?
3      A.   The three teachers currently are all
4 female.
5      Q.   Okay.  And then I know you said for
6 washing hands, it can be more than one student.  How
7 about using the bathroom?  What is the policy for how
8 many students in the bathroom?
9      A.   I don't know.
10      Q.   Okay.  Great.  Do preschoolers use any
11 other facilities at Wellspring?
12      A.   Yes.
13      Q.   What are they?
14      A.   They go to the gym.
15      Q.   Okay.
16      A.   And then they would follow any sort of
17 school activities.  So if we were having an assembly,
18 they would go to where that is.
19      Q.   Okay.  And do all students from the same
20 grade enter together --
21      A.   So --
22      Q.   -- to an assembly?
23      A.   -- does the preschool go to the assembly
24 with the preschool?
25      Q.   Correct.

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 62

1    A.    Yes.  They travel as a class.
2    Q.    Okay.  And is the general facilities
3  mixed gender?
4          MR. DAVIS:  Objection to the form of the
5  question.
6    A.    Are you saying facilities, the bathroom,
7  or facilities, the room of the gym, the actual gym?
8    Q.    (BY MS. RUST)  The actual gym.
9    A.    Can you -- I don't understand --
10   Q.    Sure.
11   A.    -- with being mixed gender.
12   Q.    Do preschoolers have gym all together or
13  is it divided by gender?
14   A.    All together.
15   Q.    Okay.  And then does your school have
16  locker rooms?
17   A.    No.
18   Q.    Okay.  And then do the students have to
19  change for gym?
20   A.    No.
21   Q.    So I want to ask you one clarifying
22  question, Ms. Coats.
23         So back to the bathrooms and helping a
24  preschooler.
25   A.    Yes.

Page 63

1    Q.    So do two teachers need to go into the
2  bathroom if the child is having difficulty?
3          MR. DAVIS:  Objection.  Relevance.
4    Q.    (BY MS. RUST)  You can answer.
5    A.    I've never been present during a
6  situation like this.  I don't know.  Just two adults
7  have to -- to ensure the safety and the protection of
8  the child, two adults have to be within eyesight of
9  what's happening, yes.
10   Q.    Okay.  All right.  Ms. Coats, earlier in
11  your testimony you talked about the mission and vision
12  of Wellspring.  I was wondering if you could describe
13  that, please.
14   A.    Well, we have a specific mission
15  statement which is stated in our handbook and on our
16  website.  I don't have it memorized.
17   Q.    Okay.
18   A.    Yeah.
19   Q.    Does your vision differ at all from your
20  mission statement?
21   A.    No.  It just goes into further depth of
22  how we live the mission.
23   Q.    Okay.  Can you please describe the daily
24  Pre-K schedule?
25   A.    Students arrive between 8:10 and 8:30.  I

Page 64

1  believe they do centers to warm the children up.
2  They'll gather as a whole class.  They return to
3  centers, rotate through.  And this could involve small
4  group as well or direct instruction.
5          Then they have lunch, nap.  After nap,
6  they -- I think they gather again as a whole group
7  and then do a whole group instruction, centers, and
8  then recess outside.  And they'll come in and get
9  ready for dismissal.  This is very loose.  I'm not in
10  there every day.
11   Q.    Okay.  I know you mentioned before one of
12  the centers potentially being a, like, dress-up
13  center.  Do you know what's included in that center?
14   A.    I remember seeing, like, a firefighter
15  overcoat, a doctor overcoat, hats.  I remember seeing
16  hats.
17   Q.    Okay.  Do you -- strike that.
18         Is Wellspring Preschool okay if a girl
19  puts on a firefighter uniform?
20   A.    Yes.
21   Q.    How about a doctor uniform?
22   A.    Yes.
23   Q.    What if there was a princess costume?
24  Could a boy wear that?
25         MR. DAVIS:  Objection to the form of the

Page 65

1  question.  Objection.  Calls for speculation.
2    A.    We don't have a princess costume.
3    Q.    (BY MS. RUST)  If there was a princess
4  costume, could a boy wear that?
5          MR. DAVIS:  Objection.  Calls for
6  speculation.
7    Q.    (BY MS. RUST)  You can answer.
8    A.    I believe so.
9    Q.    Okay.  What type of curriculum is used in
10  the Pre-K?
11   A.    Creative Curriculum.
12   Q.    Can you describe that a little more for
13  me?
14   A.    Yeah.  That's the name of it.
15   Q.    Okay.
16   A.    Sorry.  I wasn't being rude.
17   Q.    I got it.  No.  And I didn't think you
18  were.  I just was curious.
19         Okay.  Is that the -- that's the formal
20  name of the curriculum?
21   A.    It is.  It is.
22   Q.    And who developed that curriculum?
23   A.    Oh, I don't know the publisher.
24   Q.    Okay.  Is it curriculum that is approved
25  by the Archdiocese?

St. Bernadette Catholic Parish in Lakewood Avery Coates   30(b)(6)
November 28, 2023

Page 66

1    A.   I've never heard any objection towards
2    it.
3    Q.   Did you have to get formal approval to
4    use that curriculum?
5    A.   The curriculum was in place before I got
6    there, but no, I don't believe so.
7    Q.   Okay.
8    THE DEPONENT:  I'm so sorry.  I'm
9    pregnant.  Can I take another break?
10   MS. RUST:  Yes.  Ms. Coats, let me know
11   any time you need to take a break.  That is fine.
12   We'll take another ten-minute break.  Is that enough
13   time for you?
14   THE DEPONENT:  Yes.
15   MS. RUST:  Okay.  Perfect.
16   THE REPORTER:  Off the record.
17   (Recess from 9:53 a.m. to 10:05 a.m.)
18   THE REPORTER:  Back on the record.
19   Q.   (BY MS. RUST)  Okay.  Where we left off,
20   Ms. Coats, was talking about the Creative Curriculum.
21   A.   Yes.
22   Q.   My next question to you is, is this
23   Creative Curriculum used for every student in
24   preschool?
25   A.   Yes.

Page 67

1    Q.   Okay.  In your -- or, Ms. Coats, did you
2    submit an affidavit in this case?
3    A.   I submitted a declaration, yes.
4    Q.   A declaration.  In that declaration, did
5    you state that Wellspring teaches theology of the
6    body?
7    A.   Yes.
8    Q.   What does that mean?
9    A.   We follow a specific curriculum for
10   theology of the body.
11   I'm just wiping my camera.
12   Q.   No problem.  Does that curriculum adhere
13   to the document entitled "Guidance for Issues
14   Concerning the Human Person and Sexual Identities"?
15   A.   Yes.  It's in line -- it's in line with
16   the Archdiocese and the teaching.
17   Q.   Okay.  Does Wellspring Catholic Academy
18   teach theology of the body to their preschoolers?
19   A.   The curriculum that we use does not
20   provide a preschool curriculum, so we don't -- no.
21   Not in structure, no.
22   Q.   Okay.  Is there another way it comes up,
23   if not in structure?
24   A.   Theology of the body is understanding the
25   human person, so of course that comes up at all

Page 68

1    developmental stages.  So it could come up in casual
2    conversation, just understanding who you are as a
3    person.
4    Q.   But there's no specific class or section
5    of the preschool curriculum devoted to the theology of
6    the body?
7    A.   No, ma'am.
8    Q.   Okay.  Does Wellspring have learning
9    sessions, as described in the Guidance for Issues
10   Concerning the Human Person and Sexualities, for
11   preschool parents?
12   MR. DAVIS:  Objection.  Lacks foundation.
13   You're asking about a particular phrase in that
14   document, if we can pull it up.
15   MS. RUST:  Sure.  Bonnie, can you pull up
16   Guidance for Issues Concerning the Human Person and
17   Sexual Identities?
18   Give us one second, Ms. Coats.
19   (Discussion off the record.)
20   Q.   (BY MS. RUST)  All right.  Ms. Coats,
21   thanks for your patience.  Bonnie is going to share
22   her screen with what's been previously marked as
23   Exhibit 12.
24   I'll have us go through the rigmarole of
25   her scrolling through it, you reviewing it, and you

Page 69

1    telling me if it's familiar to you.
2    Ms. Coats, do you recognize this
3    document?
4    A.   This is the Archdiocesan guidance, right,
5    of Denver?
6    Q.   The Guidance for Issues Concerning the
7    Human Person and Sexual Identity.
8    A.   Yes.  Yeah.
9    MS. RUST:  Okay.  Can we go to page 6,
10   please, Bonnie?  If you can scroll down.  One second.
11   (Discussion off the record.)
12   Q.   (BY MS. RUST)  Sorry.  My pages got
13   messed up from the PDF to this file.
14   So, Ms. Coats, this paragraph in the
15   middle, it's titled "Practically speaking, Catholic
16   schools and religious education programs should offer
17   educational presentations on gender ideology for
18   parents."
19   So my question was, does Wellspring have
20   an educational presentation on gender identity --
21   excuse me -- ideology for preschool parents?
22   A.   Not at this time.
23   Q.   Okay.  Do you have plans for it in the
24   future?
25   A.   Yes.

St. Bernadette Catholic Parish in Lakewood  Avery Coates  30(b)(6)
November 28, 2023

Page 70

1    Q.   Okay.  When are you planning on
2  instituting that?
3    A.   We haven't set a date.  We have begun --
4  we have had one parent teaching already and then are
5  planning the next two.
6    Q.   When was this parent teaching?
7    A.   Our first parent teaching was on
8  October 5th, and it was on health and dietary
9  guidance, led by our contracted school nurse.
10   Q.   Okay.  And what are the next two going to
11 be about?
12   A.   Undetermined right now.
13   Q.   Okay.  And are these presentations for
14 all parents or just K-through-8 parents?
15   A.   No.  Let me clarify.  This would be for
16 preschool, specific to preschool, and then we would
17 do -- we do have separate for K-8 parents, but all
18 parents are invited to that.
19   Q.   Okay.  So your specific to preschool
20 ones, you're stating that the next two topics are
21 undetermined; correct?
22   A.   Correct.
23   Q.   And is your testimony that they might be
24 about gender ideology?
25   A.   Yes.  We've just brainstormed.

Page 71

1    Q.   Okay.  Thank you.  Okay.  And then the
2  second full paragraph on this page, as it's pulled up,
3  says, "In addition, schools in religious education
4  should address the topic with students directly at
5  appropriate ages with notice to or permissions from
6  parents."
7        So the preschool curriculum does not
8  directly address gender ideology; correct?
9    A.   Correct.
10       MS. RUST:  Okay.  All right.  I think we
11 can close that, Bonnie.  Thank you.
12   Q.   (BY MS. RUST)  All right.  Ms. Coats, I'm
13 going to move to talking about demographics of your
14 students for a little bit.
15       In the amended complaint, it is stated
16 that "The demographics of the students at Wellspring
17 are students with diverse backgrounds and varied
18 economic circumstances."
19       Would you please explain the diverse
20 backgrounds of Wellspring Preschool students?
21   A.   We have students from multiple countries
22 speaking different languages.
23   Q.   What languages are spoken at Wellspring
24 Preschool?
25   A.   English, Spanish.  We have a student --

Page 72

1  oh, no.  That's not this year.  We had a student last
2  year in the preschool room that spoke Russian.  And
3  then there are a couple students that I'm not quite
4  sure what their home dialect is.  I know that they're
5  learning English as a second language.
6    Q.   Okay.  About what percentage of your
7  preschoolers speak Spanish?
8    A.   I would like to ballpark.  Around
9  50 percent.
10   Q.   And is your preschool classroom set up in
11 any way as an English as a second language classroom?
12       MR. DAVIS:  Object to the form of the
13 question.
14   A.   We do not follow a bilingual program;
15 however, we -- yes, there are supports to help those
16 students access the curriculum.
17   Q.   (BY MS. RUST)  Okay.  And then can you
18 please explain varied economic circumstances in the
19 demographics of your preschoolers?
20   A.   Yes.  Again, I have to ballpark these
21 numbers.  The -- I believe over 30 percent of our
22 preschool families fall under the country's poverty
23 line.  I believe over 70 percent qualify for free or
24 reduced lunch.  I think the exact numbers are in my
25 declaration.

Page 73

1    Q.   Okay.  And then how many of your
2  preschool students are Catholics?
3    A.   The majority.  I don't know the specific
4  number, but the majority are Catholic.
5    Q.   How many non-Catholic students?
6    A.   I'm going through the kids.  Possibly one
7  or two.  Again, I can get those numbers for you later.
8    Q.   Okay.  Does St. Bernadette offer food
9  help to students or their families?
10   A.   Yes.
11   Q.   Do students appear to have adequately
12 warm clothing?
13   A.   Yes.
14   Q.   Does St. Bernadette's do outreach for
15 enrollment?
16   A.   Yes.
17   Q.   Do you look for families to enroll?
18   A.   Yes.
19   Q.   How do you do that?
20   A.   We advertise on social media.  We attend
21 different churches and speak about our school.  We
22 have ads in the community.
23   Q.   Okay.  And what is your impression of the
24 demographics of Wellspring Preschool?
25   A.   My impression?

St. Bernadette Catholic Parish in Lakewood Avery Coates   30(b)(6)
November 28, 2023

Page 74

1    Q.   Uh-huh.
2    A.   What do you mean by that?
3    Q.   Just what is your impression of the types
4  of children and families who make up the preschool?
5         MR. DAVIS:  Objection to the form of the
6  question.
7    A.   I don't know how to answer that.  Are you
8  asking my opinion of our demographics?
9    Q.   (BY MS. RUST)  Yes.
10   A.   I love our community.
11   Q.   How many preschool students are enrolled
12 this year?
13   A.   14, I believe.
14   Q.   How many were last year?
15   A.   16 or 17, I believe.
16   Q.   Okay.  And the year before that?
17   A.   I don't know the exact number.
18   Q.   Okay.  How many of the currently enrolled
19 students have siblings at Wellspring?
20   A.   I want to say around four or five.  It
21 could be more.
22   Q.   How many of the enrolled Pre-K students
23 are parishioners?
24        MR. DAVIS:  Niki, feel free to ask these
25 questions.  You know, the interrogatory responses, I

Page 75

1  think, also address these same issues, so I note that
2  for the record.
3         MS. RUST:  Okay.
4    Q.   (BY MS. RUST)  Go ahead, Ms. Coats.
5    A.   So I'm -- I am unclear.  I don't -- if
6  they -- if they don't show me a registration form, I
7  don't know where they're registered.  I can speak for
8  one specifically who I know for sure is registered.
9    Q.   Okay.  Ms. Coats, it's not a requirement
10 of Wellspring to be a parishioner of St. Bernadette's
11 in order to enroll?
12   A.   It's not a requirement.
13   Q.   Okay.  Is it a requirement to be a
14 parishioner of any Catholic Church to enroll?
15   A.   It's not a requirement.  No.
16   Q.   Okay.  Do you check enrollment -- or
17 excuse me.  Strike that.
18        Do you check enrollment in a parish
19 before a child is accepted into Wellspring?
20   A.   No.
21   Q.   Okay.  Ms. Coats, how many seats are
22 available in your preschool?
23   A.   Currently 20.
24   Q.   Okay.  Have you turned away any families
25 from enrollment in your preschool?

Page 76

1         MR. DAVIS:  Objection to the form of the
2  question.
3    A.   I don't believe so.
4    Q.   (BY MS. RUST)  Okay.  Is enrollment in
5  your preschool declining?
6    A.   Yes.
7    Q.   Is that a reflection of decreased
8  enrollment in your parish?
9         MR. DAVIS:  Objection to the form of the
10 question.
11   A.   Can you rephrase?
12   Q.   (BY MS. RUST)  Is the decreased
13 enrollment in your preschool a reflection of the
14 decreased enrollment of your parish?
15        MR. DAVIS:  Same objection.
16   A.   I don't know if there would be a
17 correlation.
18   Q.   (BY MS. RUST)  Okay.  Is decreased
19 enrollment in your preschool a reflection of an aging
20 population?
21        MR. DAVIS:  Objection to the form of the
22 question.  Lacks foundation.
23   Q.   (BY MS. RUST)  You can answer.
24   A.   An aging population overall in our state
25 or our world?

Page 77

1    Q.   (BY MS. RUST)  Yes.
2    A.   I don't know if there's a correlation.
3    Q.   Okay.  You stated in your decoration that
4  you believe not participating in the UPK program led
5  to a decline in enrollment.
6         Why do you believe that?
7    A.   I know we've had a couple families ask if
8  we were participating, and then upon hearing that our
9  answer was "not at this time," didn't hear from some
10 families after that.
11   Q.   And is this your personal opinion or the
12 opinion of St. Bernadette?
13        MR. DAVIS:  Objection to the form of the
14 question.
15   A.   I'm here representing St. Bernadette
16 Catholic Church.
17   Q.   (BY MS. RUST)  Okay.  When you spoke to
18 those families, did they tell you they were
19 specifically looking for a Catholic preschool?
20   A.   It's a very nuanced statement in a
21 conversation.  I assume people, when they are touring
22 our school, are looking for a Catholic education.
23   Q.   Were these families who had children
24 previously enrolled at Wellspring?
25   A.   No.  I don't believe so.

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 78

1    Q.   Okay.  Do you know whether those
2  inquiring families found a UPK placement?
3    A.   I don't know.
4    Q.   Okay.
5    A.   I believe --
6    Q.   Sorry.
7    A.   I don't know.  I think one may have, yes,
8  but I'm not certain.
9    Q.   Okay.  Are any current enrollees in
10  preschool children of a Wellspring employee?
11    A.   Yes.
12    Q.   How many?
13    A.   One.
14    Q.   And then how many 4-year-old students
15  started Wellspring before their 4th birthday but
16  continued care after their 4th birthday?
17    A.   Oh, gosh.  Are you asking this school
18  year?  In the last five years?
19    Q.   This school year.
20    A.   Okay.  I know of four birthdays for sure.
21  There could have been more.
22    Q.   Okay.  And then has Wellspring ever
23  suffered from decreased enrollment in the past?
24    A.   Yes.
25    Q.   What caused that decrease?

Page 79

1    A.   I can't be certain.  I have thoughts.
2    Q.   What are your thoughts?
3    A.   Well, a change in administration
4  statistically offers a pretty big decrease in
5  enrollment.
6    Q.   When did this happen?
7    A.   The change in administration was
8  July 2022.
9    Q.   And then what was the reason for
10  St. Bernadette School to get shut down for a year?
11        MR. DAVIS:  Objection to the form of the
12  question.  Lacks foundation.
13    A.   I wasn't there.  I know that -- I believe
14  that there was a decline in enrollment and a toxic
15  culture has been the reason I've heard.
16    Q.   (BY MS. RUST)  Okay.  If you know, what
17  does toxic culture mean?
18    A.   I don't think there was much unity among
19  the faculty and staff in all definitions of that.
20    Q.   All right.  Ms. Coats, I want to just run
21  through with you what's described in paragraph 86 of
22  the amended complaint, Wellspring's priorities for
23  enrollment.
24        Is Wellspring's first priority for
25  enrollment siblings of current students?

Page 80

1    A.   I believe so.  I know this is in my
2  decoration.  I can't remember the specific order, but
3  yes.
4    Q.   Okay.
5        MR. DAVIS:  Paragraph 86, if we're going
6  to have specific questions about it, can we see it?
7        MS. RUST:  I'm sorry.  What?  You cut
8  out, Mr. Davis.
9        MR. DAVIS:  I just said, can we pull up
10  paragraph 86 if we're going to have specific questions
11  about it?
12        MS. RUST:  Sure.  Let's pull up
13  paragraph 86.  One second.
14        (Discussion off the record.)
15        MS. RUST:  Okay.  It looks like we have
16  marked this as Exhibit 15, Ms. Kelly.  And this is the
17  first amended complaint.  Let just go ahead and go to
18  paragraph 86, please.
19        I think what I'll do -- oh, there it is.
20  I was correcting myself that it was paragraph 84 of
21  the amended complaint, not paragraph 86.
22    Q.   (BY MS. RUST)  Ms. Coats, you were
23  noticed to talk about these priorities and enrollment
24  numbers, so are you prepared to talk about these
25  priorities over the last ten years?

Page 81

1    A.   No.
2        MS. RUST:  Okay.  Mr. Davis?
3        MR. DAVIS:  We said five years in our
4  email response.  I think -- well, the witness can
5  answer.  I think that may be what she's referring to.
6        THE DEPONENT:  Yes.  That's what I'm
7  referring to.
8        MS. RUST:  Okay.  Well, you were noticed
9  for the deposition for ten years, Mr. Davis.
10        MR. DAVIS:  Oh.  We sent an email
11  objecting to that time frame, let's see, last week.
12        MS. RUST:  All right.  Hold on one
13  second.
14        MR. DAVIS:  Sure.
15        (Discussion off the record.)
16        MS. RUST:  Thanks, Mr. Davis.  If you
17  could just make a record of what you guys did do to
18  try and get as much information as possible for these
19  years, I would appreciate it.
20        MR. DAVIS:  We can make a record of --
21  for which years?  I'm sorry.
22        MS. RUST:  For the five years and why you
23  aren't able to speak to ten years.
24        MR. DAVIS:  Oh, well, part of it is the
25  burden of going back ten years.  It's not relevant to

St. Bernadette Catholic Parish in Lakewood Avery Coates   30(b)(6)
November 28, 2023

Page 82

1  the case and the burden is disproportionate to its
2  benefit.  You know, the written discovery responses
3  that Defendant sent were generally limited to five,
4  and that's what our -- that's what our client --
5  that's the information our clients gathered.
6           And our client has also just testified,
7  as you know, that the school shut down and reopened in
8  the recent past and so the demographic numbers going
9  back maybe even to five years are not incredibly easy
10  to put together, but she's prepared to talk about that
11  today.
12           MS. RUST:  Thank you.
13       Q.   (BY MS. RUST)  So, Ms. Coats, can you
14  tell me a breakdown of enrollment numbers regarding
15  your priority for siblings of current students over
16  the past five years?
17       A.   I submit --
18       Q.   Would it be easier to speak in
19  percentages?
20           MR. DAVIS:  Niki, is this getting at the
21  same thing that was answered in our interrogatory?  I
22  mean, our client signed off on that interrogatory and
23  is responsible for those answers with respect to
24  St. Bernadette's.
25           MS. RUST:  All right.  I am going to --

Page 83

1  Mr. Davis, I might come back to this.  I will move on
2  and just review the interrogatory over a break and
3  just, if I need to come back to this one, I will.
4           MR. DAVIS:  Sure.
5           MS. RUST:  I mean, I think that's why we
6  asked for ten years, instead of five years, to be
7  quite frank with you, is we wanted to explore this
8  further.  So I'll come back to this if I need to.
9  We'll move on.
10       Q.   (BY MS. RUST)  So, Ms. Coats, we're going
11  to move on to the topic about information about the
12  makeup of St. Bernadette Catholic parish, your
13  parishioners -- that's been a tongue twister for me
14  today -- and the process for joining or for leaving
15  the parish.
16           Can you talk to me a little bit about how
17  many parishioners St. Bernadette has at the moment?
18       A.   I apologize.  I saw this number yesterday
19  and I -- I don't remember it.
20       Q.   Okay.  Can you tell me generally, has
21  this number increased or decreased since you've been
22  working at Wellspring?
23       A.   I don't -- I don't know.  I don't handle
24  registration forms for the parish.
25       Q.   But you were asked to be prepared to talk

Page 84

1  about this topic today; is that correct?
2       A.   Yes.
3       Q.   Okay.  Ms. Coats, are you a parishioner
4  of St. Bernadette's?
5       A.   Yes.
6       Q.   Okay.  Is there a document that would
7  refresh your recollection?
8       A.   Yes.
9       Q.   What is that document?
10       A.   I have our database.
11       Q.   Okay.
12           MR. DAVIS:  Niki, for the record, the
13  30(b)(6) topic requests information about the makeup
14  of St. Bernadette's parishioners and the process for
15  joining.  I think that's what the witness was prepared
16  to discuss, not -- it doesn't refer to parishioner
17  trends in the same way it does enrollment numbers and
18  trends at the preschool.
19           If you would like her to refresh her
20  recollection on the numbers that she just now couldn't
21  pull to mind, I think we can do that after a break.
22           MS. RUST:  Okay.  I mean, I disagree.  I
23  don't think that asking her whether enrollment has
24  increased or decreased is outside of asking about the
25  makeup of the parish, especially if she's a

Page 85

1  parishioner.  Can she look around and see the church
2  is fuller than it used to be, or less?  But we'll move
3  on.
4       Q.   (BY MS. RUST)  So, Ms. Coats, what can
5  you tell me about the makeup of St. Bernadette's
6  parish?
7       A.   It's a primarily older parish.  The
8  majority of parishioners are retired or near
9  retirement.
10       Q.   Okay.  How about income?  What is the
11  makeup of income?
12       A.   I believe it's median, according to State
13  standards.
14       Q.   Okay.  These older parishioners, do they
15  have children?
16       A.   A lot of them do, yes.
17       Q.   Did their children remain in the parish?
18           MR. DAVIS:  Objection to the form of the
19  question.
20       A.   I don't know.  You're asking specific to
21  registration forms.  There's different definitions to
22  remaining in a parish.
23       Q.   (BY MS. RUST)  Okay.  Can you please tell
24  me the different definitions for remaining in the
25  parish?

St. Bernadette Catholic Parish in Lakewood  Avery Coates  30(b)(6)
November 28, 2023

Page 86

1    A.   To be a parishioner requires you to be
2  registered with a form through the parish office, and
3  it typically means some sort of tithing towards the
4  parish or volunteer commitment.
5    Q.   Okay.  That's one definition.  What's the
6  other?
7    A.   Well, you alluded to I can just look
8  around.  We have multiple Masses.  I can't just look
9  around.  I don't go to all the Masses.  And if
10  somebody isn't there, it doesn't mean that they're not
11  a parishioner.  So I really can't speak without seeing
12  the forms myself.
13    Q.   Okay.  So can someone be a parishioner
14  and not attend Mass?
15    A.   Yes.
16    Q.   Can someone be a parishioner -- this
17  word -- parishioner and not tithe?
18    A.   Yes.
19    Q.   Can someone be a parishioner and not
20  volunteer?
21    A.   Yes.
22    Q.   And can someone tithe and not be a
23  parishioner?
24    A.   Yes.
25    Q.   And can someone volunteer and not be a

Page 87

1  parishioner?
2    A.   Yes.
3    Q.   And can someone attend Mass and not be a
4  parishioner?
5    A.   Yes.
6    Q.   Can someone attend Mass that's not even a
7  Catholic?
8    A.   Yes.
9    Q.   Can someone tithe that's not even
10  Catholic?
11    A.   Yes.
12    Q.   Can someone volunteer that's not even
13  Catholic?
14    A.   Yes.
15    Q.   Okay.  So how do you define being a
16  member of the St. Bernadette Church?
17         MR. DAVIS:  Objection to the form of the
18  question.  Misstates testimony.
19    Q.   (BY MS. RUST)  You can respond.
20    A.   To be an official member of the church,
21  you have filled out a registration form.  Now, there
22  are different levels of involvement and you can
23  definitely be involved without being an official
24  member.
25    Q.   Are there unofficial members of

Page 88

1  St. Bernadette's?
2    A.   I'm sure.  I don't know.  I'm sure.
3    Q.   And then what is the process for
4  leaving or defecting from the parish?  I'm not sure.
5  What is the correct word?
6    A.   There's not a process.  There's not a
7  written process.
8    Q.   Okay.
9    A.   A parish can -- a pastor can choose for
10  renewed registration forms to get updated numbers.
11    Q.   Okay.  So someone could be registered on
12  a form but no longer go to church; is that correct?
13    A.   Correct.
14    Q.   And someone could be registered as a
15  member of your church but no longer tithe?
16    A.   Correct.
17    Q.   And someone could be a registered member
18  of your church and no longer actively participate in
19  the church body?
20    A.   Correct.
21    Q.   Okay.  All right.  Ms. Coats, I wanted to
22  ask you, has there been any instance in Wellspring
23  where you have enrolled a student who has identified
24  as LGBTQ?
25    A.   Not to my knowledge.

Page 89

1    Q.   Okay.  Is there any instance where you
2  disenrolled a student who identified as LGBTQ?
3    A.   No.  Not to my knowledge.
4    Q.   Okay.  Sorry.  I'm just looking because I
5  think we talked about a few of these questions before
6  so I don't want to double ask.
7         Okay.  Have there been any instances
8  within the past five years where Wellspring Preschool
9  has been asked to recognize or facilitate a gender
10  transition of a student?
11    A.   No.
12    Q.   Okay.  Have there been any instances in
13  the past five years Wellspring Preschool has been
14  asked to grant any accommodation that recognizes a
15  change in sexual identity?
16    A.   No.  Not to my knowledge.
17    Q.   Okay.  Has there been any instance in the
18  past ten years where Wellspring has been asked to
19  grant any accommodation that suggests a change in
20  sexual identity?
21    A.   Wellspring has only been in effect for
22  five years and no, not to my knowledge.
23    Q.   Can you please explain Wellspring's
24  pre-enrollment interview process?
25    A.   Interview should be a light term.  We

St. Bernadette Catholic Parish in Lakewood Avery Coates   30(b)(6)
November 28, 2023

Page 90

1  offer the family a tour, in which we get to know them
2  and they get to know us.  For the preschool, we --
3  well, for all students, we ask that the student
4  attend, give them a chance to enter into the classroom
5  and explore.  And the parents typically ask us a lot
6  of questions about curriculum, day to day.  And we
7  like to get to know the family.
8       Q.   So is that two separate visits or does
9  the tour and the child going into the classroom happen
10  on the same day?
11      A.   More often than not, it's on the same
12  day.  It depends on schedules.
13      Q.   Okay.  What, in this pre-enrollment
14  process, would make you think a student was not a good
15  fit for Wellspring?
16           MR. DAVIS:  Objection.  Calls for
17  speculation.
18      A.   Yeah.  This would be case by case.  It
19  could be alignment with the church and our mission or
20  alignment with our curriculum and our charisms.
21      Q.   (BY MS. RUST)  Okay.  Has that ever
22  happened at your time at Wellspring?
23      A.   In the whole school or are we
24  specifically --
25      Q.   Preschool.

Page 91

1       A.   For preschool?
2       Q.   (Nodded head up and down.)
3       A.   The school has never -- excuse me.  In my
4  time at Wellspring, we have not determined a family to
5  not be a good fit for preschool; however, we've had
6  families tour and not register.
7       Q.   Okay.  So how does Wellspring ensure that
8  parents understand and accept the Catholic view of
9  marriage?
10           MR. DAVIS:  Objection to the form of the
11  question.
12      A.   Upon enrollment, all of our families are
13  required to sign our handbook and within our handbook
14  is the code of conduct.  In there -- it states in
15  there, you know, the paragraphs on marriage.
16      Q.   (BY MS. RUST)  Okay.  Do you have any
17  students who have divorced parents at your school?
18      A.   Yes.
19      Q.   Okay.  What is Wellspring's policy on
20  divorced parents of a student?
21      A.   I don't know if we have a written policy
22  on divorce, outside of paperwork.  If there's a
23  custody agreement, we need that on file so that we
24  abide by it.
25      Q.   Okay.  Would that situation affect a

Page 92

1  student's enrollment?
2       A.   It depends on the --
3           MR. DAVIS:  Calls for speculation.
4       A.   It depends on the custody agreement.
5       Q.   (BY MS. RUST)  Okay.
6       A.   If we're unable to follow the law, then
7  yes, absolutely.
8       Q.   Is it Wellspring's understanding that you
9  cannot conduct pre-enrollment interviews if it
10  participates in the UPK program?
11           MR. DAVIS:  Objection.  Calls for a legal
12  conclusion.
13      Q.   (BY MS. RUST)  You can answer.
14      A.   Can you say it again?  I'm sorry.
15      Q.   Sure.  Is it Wellspring's understanding
16  that the preschool cannot conduct pre-enrollment
17  interviews if it joined the UPK program?
18           MR. DAVIS:  Same objection.
19      A.   I don't have an understanding.  I don't
20  think Wellspring has an understanding of how to abide
21  by UPK since we haven't started the process.
22           MS. RUST:  Okay.  Ms. Coats, if you need
23  another break, this would be a good time.  I thought I
24  would ask.  If not --
25           THE DEPONENT:  Sure.  I'll take it.

Page 93

1           MS. RUST:  Okay.  Perfect.  Let's take
2  another ten-minute break.
3           THE REPORTER:  Off the record.
4           (Recess from 10:48 a.m. to 11:00 a.m.)
5           THE REPORTER:  Back on the record.
6           MS. RUST:  Ms. Kelly, could you actually
7  remind my where I left off, the last question I asked?
8           (The last question and answer were read
9  back.)
10          MS. RUST:  Thank you, Ms. Kelly.
11          THE REPORTER:  You're welcome.
12      Q.   (BY MS. RUST)  Okay.  Ms. Coats, has
13  there been any instance where Wellspring refused
14  enrollment of a child or disenrolled a child based on
15  their religion?
16      A.   No.  Not to my knowledge.
17      Q.   Okay.  Has there been any instance where
18  Wellspring refused enrollment of a child or
19  disenrolled a child based on the marital status of
20  their parents?
21      A.   Yes.
22           MR. DAVIS:  Objection.  Just objection to
23  form.
24           But you can answer.
25      Q.   (BY MS. RUST)  Okay.  Would you please

St. Bernadette Catholic Parish in Lakewood   Avery Coates   30(b)(6)
November 28, 2023

Page 94

1  describe that instance?
2      A.   Yes.  To be clear, the family never
3  filled out an application.  We did a tour, we met, and
4  ultimately decided, with the guidance of the
5  Archdiocese and, obviously, Father Joe, our pastor,
6  that if the student attended Wellspring, it would
7  cause further conflict in their home and in their
8  family.  And we didn't believe -- we didn't want that
9  to happen, so we didn't pursue registration.
10     Q.   Okay.  A few follow-up questions.
11          Was this a preschool student?
12     A.   No.
13     Q.   What grade, if you recall?
14     A.   5th grade.
15     Q.   Okay.  And then what was the marital
16  status of the parents?
17     A.   I don't believe they were married.
18     Q.   Okay.  And then what was the conflict you
19  guys felt enrollment would cause or further?
20     A.   Our teaching on theology of the body.
21     Q.   What specific part?
22     A.   Definition of marriage.
23     Q.   Okay.  Thank you, Ms. Coats.
24          MS. RUST:  Okay.  I'm going to jump back
25  to enrollment numbers.  Bonnie is going to share the

Page 95

1  screen with the interrogatory, Mr. Davis.
2          I just have a few questions for you,
3  Ms. Coats.
4          Scrolling down to Interrogatory 11,
5  please, Bonnie.
6          And this has been marked as Exhibit 16,
7  Ms. Kelly.
8      Q.   (BY MS. RUST)  Okay.  Ms. Coats, does
9  this look familiar to you, this document?
10     A.   Yes, I believe so.  Sorry.
11     Q.   Nope.  You're fine.  Okay.  So we are
12  going to talk about Interrogatory 11 really quickly.
13          "Identify and list how many 4-year-old
14  students have been enrolled in your preschool."
15          MS. RUST:  So, Bonnie, can you scroll
16  down to the St. Bernadette answers?
17     Q.   (BY MS. RUST)  Ms. Coats, you testified
18  earlier that preschool enrollment is 14 students.
19          Does that include 4-year-olds and
20  3-year-olds?
21     A.   Yes, it does.
22     Q.   Okay.  So how many 4-year-olds are
23  currently enrolled at Wellspring?
24     A.   I don't know because of the birthdays.
25  So as of whatever today is, November 28th, the number

Page 96

1  has changed.
2      Q.   Okay.  Do you know total enrollment for
3  Wellspring Preschool for 2022, how many students?
4      A.   I believe we started with about 16 or 17.
5      Q.   Okay.  Did you -- did some leave?  You
6  said "started."
7      A.   Yes.  Yeah.  We didn't end with the same
8  number.
9      Q.   How many students left?
10     A.   I want to say three.
11     Q.   Why did they leave?
12     A.   We had -- we had a switch in staffing for
13  the preschool department.
14     Q.   What was that?
15     A.   Our preschool director, who was also the
16  lead teacher, and one of the aides resigned their
17  positions.
18     Q.   Why did they resign?
19     A.   I don't think it was defined in their
20  resignation letter, but they no longer wanted to work
21  there.
22     Q.   What is your understanding of why they
23  resigned?
24     A.   My understanding is the aide was not
25  feeling prepared to step into the lead teaching

Page 97

1  position.  My understanding of the director, slash,
2  lead teacher at the time was -- was no longer -- she
3  didn't want to work there anymore.  Just give me one
4  second.  I don't believe she felt in alignment with
5  our mission anymore.
6      Q.   What part of the mission?
7      A.   She was expressing to other staff and
8  families that the school would close, and it wasn't
9  true, so she wasn't believing in our growth and our
10  mission.
11     Q.   Why did she think the school would close?
12     A.   I honestly can't tell you.  I have no
13  idea.  There was -- there was nothing going on at that
14  time.
15     Q.   Okay.  And at what point in the school
16  year did these resignations happen?
17          MR. DAVIS:  I'm going to object in terms
18  of the 30(b)(6) topics.  Can you let us know which of
19  these topics this falls under?
20          MS. RUST:  Sure, Nick (sic).  One second.
21          (Discussion off the record.)
22          MS. RUST:  I will let that question go
23  and ask a different one.
24          MR. DAVIS:  Okay.
25     Q.   (BY MS. RUST)  So, Ms. Coats, you ended

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 98

1 the school year with 13 students in 2022-2023?
2          A.   That's a ballpark, but yes.
3          Q.   And you began the 2023-2024 school year
4 with 14 students?
5          A.   Another ballpark, yes.
6          Q.   So it's actually an increase from where
7 you ended last year?
8          A.   Yes.
9          Q.   Okay.  And then in 2021, what was the
10 total number of preschoolers enrolled?
11          A.   21.
12          Q.   They were all 4-year-olds that year?
13          A.   Oh, I'm sorry.  I'm sorry.  I don't -- I
14 don't know.  Again, time of enrollment, I'm not sure
15 the exact numbers.  We do mixed classrooms -- sorry --
16 mixed-age classrooms.
17          Q.   Okay.  So the interrogatory asks
18 specifically about 4-year-olds.  Your deposition
19 notice was noticed to speak about all enrollment
20 numbers of preschool.
21               So can you tell me for 2021 what the
22 total enrollment number was?
23          A.   For 4-year-olds?
24          Q.   For all 3 and 4-year-olds, the whole
25 preschool.

Page 99

1          A.   21 enrolled.
2          Q.   Okay.  So in 2021, there were only
3 4-year-olds enrolled?
4               MR. DAVIS:  I think there was a
5 misunderstanding of the question.  You asked the total
6 number enrolled in 2021.  And wasn't this answered in
7 21?
8               MS. RUST:  So the interrogatory is
9 specific to 4-year-olds; correct, Mr. Davis?
10               MR. DAVIS:  I wasn't -- just now the
11 question -- your question was how many total students
12 were enrolled in 2021.
13               MS. RUST:  Of preschool, yes.
14               MR. DAVIS:  Preschool.
15               MS. RUST:  Of 3-year-olds and
16 4-year-olds.
17               MR. DAVIS:  And the witness answered 21.
18 And I think you followed up, so they were all
19 4-year-olds.  And I think that's where the confusion
20 came from.  You're free to restate your question.
21               MS. RUST:  Right.  So I'm trying to get
22 to the bottom of whether this number in the
23 interrogatories, the 21, is just 4-year-olds or if
24 your witness knows of a different number for 2021
25 enrollment that includes also 3-year-olds.

Page 100

1          A.   I believe the 21 and fully enrolled is
2 both mixed 3 and 4-year-olds.  And I'm sorry.  I'm not
3 prepared with how many 4-year-olds, at the start of
4 the school year, that 21 consisted of.
5               MR. DAVIS:  Niki, we can supplement our
6 interrogatory response with that admission.
7               MS. RUST:  Thank you.
8          Q.   (BY MS. RUST)  Ms. Coats, would that be
9 your same answer for '20, '22, and 2019 here?
10          A.   Yes, it would.
11          Q.   Okay.
12               MS. RUST:  I would just ask for those to
13 be supplemented, too, Mr. Davis.
14          A.   Yes.
15          Q.   (BY MS. RUST)  Okay.  Thank you,
16 Ms. Coats.  Thanks for walking me through that.
17               MS. RUST:  Okay.  We can close that,
18 Bonnie.
19          Q.   (BY MS. RUST)  All right.  Ms. Coats, I
20 wanted to just have a few kind of stray questions from
21 some things we talked about previously.
22               So back to the discussion of the parent
23 handbook.  Do parents have to re-sign that handbook
24 every school year?
25          A.   Yes.

Page 101

1          Q.   Okay.  And then how does Wellspring
2 monitor compliance with the handbook during the year?
3          A.   We refer back to it when situations
4 arise, as we need to, to ensure that we're following
5 what we said we would do.
6          Q.   Okay.  And are these situations just
7 situations in the school or situations within private
8 family life?
9          A.   It could be both.
10          Q.   Okay.  Ms. Coats, I want to briefly go
11 back to the topic of St. Bernadette's getting shut
12 down.  When that happened, did a new Father get put in
13 place, too?
14          A.   The pastor who was involved in the
15 closing remained the same pastor when the school was
16 reopened, and then it switched.  Father Joe McLagan
17 was named pastor, I want to say in 2019, the summer of
18 2019, but COVID blurs everything.  I don't know if it
19 was '19 or '20.
20          Q.   It does.  I give you no fault for that.
21 Okay.
22               So what also is your understanding of the
23 staff turnover when St. Bernadette's closed and
24 Wellspring opened?  Was it all new staff?
25          A.   Yes, it was.

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 102

1     Q.  Okay.  Did any staff from the previous
2  school remain, to your knowledge?
3     A.  Yes.  Yes.  I apologize.  Yes.  One.
4     Q.  Okay.  Who was that?
5     A.  Karina Campa.  And then just to clarify,
6  this is school staff.  So I believe that -- I mean,
7  there were multiple people on the parish side of the
8  staff that remained.
9     Q.  Okay.  Thank you for that clarification.
10        And do you know why the school got shut
11  down?
12     A.  Not the intricacies behind what I stated
13  earlier.
14     Q.  Okay.  Thank you.  What do you know?
15  Anything more than what you stated earlier?
16     A.  Yeah.  I know it was a decline in
17  enrollment, I know it was a discernment process, and I
18  know there was a toxic culture among staff and
19  faculty.
20     Q.  Okay.  All right.  Ms. Coats, what is
21  Wellspring Preschool's tuition rate this year?
22     A.  So -- oh, gosh.  It is -- we have an
23  unaffiliated rate and affiliated rate for Catholics.
24  So I believe the affiliated rate is 7,224.  That's a
25  ballpark.  And then the unaffiliated rate would be

Page 103

1  around like 8,224.  But that's also a ballpark.  It's
2  on our website.
3     Q.  How do you discern who's affiliated and
4  unaffiliated, if you're not asking about religion
5  during the enrollment process?
6     A.  We ask all of our -- most of our families
7  require tuition assistance, and we ask them to apply
8  through a separate portal that helps us calculate just
9  tuition.  In that portal -- it's a separate system,
10  it's not ours, we didn't write it -- it asks if
11  they're affiliated with a church.
12     Q.  Do you ever pull that info, that data?
13     A.  I reference it to write adjust tuition
14  contracts.  I don't know what you mean by pull.
15     Q.  Yeah.  Pull the data from that system of
16  what number of your students are affiliated versus
17  nonaffiliated.
18     A.  We use that system to fill out several
19  different demographic, like, data entries.  So for --
20  the State asks us to fill out yearly things.  Our
21  scholarship programs ask us to fill out.  NCEA.
22  There's a lot of data that we give around October of
23  every year.
24     Q.  Okay.  Has the tuition increased from
25  last year?

Page 104

1     A.  It decreased.
2     Q.  Okay.  How about from the year before?
3  Did tuition increase or decrease?
4     A.  So from -- can you define the years?  I'm
5  just losing my timeline.
6     Q.  Yeah.  No problem.  So you said that from
7  this year to '22-'23, it decreased.
8     A.  Yes.
9     Q.  Okay.  How about from '22-'23 going to
10  the '23-'21 year -- or '22-'21 year, did it increase
11  or decrease?
12     A.  I think there was a slight -- no.  I
13  believe it stayed the same.  Excuse me.  I think it
14  stayed the same.
15     Q.  Okay.  What is the UPK rate Wellspring
16  would receive, if you know?
17     A.  I don't.
18     Q.  Okay.  What type of scholarships and
19  financial assistance does Wellspring offer families?
20     A.  Are you asking who we partner with?
21     Q.  Uh-huh.
22     A.  We partner with ACES scholarships, the
23  Schmitz Family Foundation, and Seeds of Hope.  Those
24  are the different institutions.  And then we also
25  ask -- you know, as part of donations and everything,

Page 105

1  a family could sponsor a student, so it could be
2  individual.
3     Q.  Okay.  How does a family apply?
4     A.  For a scholarship?
5     Q.  Yes.
6     A.  It depends on the institution.  So Seeds
7  of Hope has -- they all have their own separate
8  application.
9     Q.  Do they all have separate qualifications?
10     A.  They could differ, yeah.  I believe some
11  of the income levels differ.
12     Q.  Okay.  What are the qualifications for an
13  ACES scholarship, if you know?
14     A.  So income and then number of people
15  living in the household.
16     Q.  Okay.  How about Schmitz Family?
17     A.  Same.
18     Q.  Okay.  Seeds of Hope?
19     A.  Same.  And then they also -- I know Seeds
20  of Hope asks a lot of information about other bills,
21  other things that the family may provide for.  So it
22  goes -- it allows them to provide more information on
23  their expenses.
24     Q.  And then how does a student qualify for
25  the sponsor of a student?

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 106

```
 1        A.    That's more of a general fund.  So we
 2   still have a gap between what a family can offer and
 3   what our scholarships offer, there's still a large
 4   tuition gap, so it's more of a general fund.
 5        Q.    Okay.  How many students are receiving
 6   financial assistance this year at preschool?
 7        A.    Over 95 percent.
 8        Q.    Okay.  How many last year?
 9        A.    Over 95 percent.
10        Q.    And then what about the 2022-2021 school
11   year?
12        A.    Over 90 -- 95 percent.
13        Q.    Does Wellspring tell families about other
14   financial aid or other assistance available to them?
15        A.    Yeah.  Yes.  We don't -- we don't hide
16   anything.
17        Q.    Okay.  What about CCAP?
18        A.    Yes.
19        Q.    What about the Denver Preschool Program?
20        A.    Yes.
21        Q.    Does Wellspring participate in the Denver
22   Preschool Program?
23        A.    We have in the past.  I don't believe we
24   have current participation.
25        Q.    Okay.  I'm going to screen share --
```

Page 107

```
 1             MS. RUST:  Bonnie, can we pull up the
 2   next exhibit?
 3        Q.    (BY MS. RUST)  Okay.  Ms. Coats, we're
 4   showing you what's been marked as Exhibit 16.  Again,
 5   Bonnie will scroll so that you can review.
 6             THE REPORTER:  Is this the same one?  We
 7   had a 16, I think, come up.  Is this 17?
 8             MS. RUST:  Oh, thank you.  Sorry,
 9   Ms. Kelly.  Thanks for keeping us on the straight and
10   narrow.  It's different, so we'll redo.
11             This should be Exhibit 17.
12             THE REPORTER:  Thank you.
13             MS. RUST:  Thank you.
14        Q.    (BY MS. RUST)  Okay.  Bonnie is going to
15   scroll.  If you'll just review it, Ms. Coats, and when
16   you're done reviewing, would you please let me know if
17   you recognize this document?
18        A.    Yes.  I recognize it.
19        Q.    Thank you.  And, Ms. Coats, who is Karina
20   Campa?  Pardon me.
21        A.    She was the former director of Wellspring
22   Catholic Academy Preschool.
23        Q.    Did you work with Ms. Campa?
24        A.    I did.
25        Q.    Were you aware that Wellspring Preschool
```

Page 108

```
 1   applied for the Denver Preschool Program in 2022-2023?
 2        A.    Yes.
 3        Q.    Did you review this contract then?
 4        A.    No.  I don't believe I did.
 5        Q.    Did Ms. Campa have your authority to sign
 6   this contract?
 7        A.    Yes.
 8        Q.    Okay.  Did you and/or Ms. Campa consult
 9   with the Archdiocese before signing this contract?
10        A.    I don't remember a direct conversation,
11   but the guidance from the Archdiocese was that
12   entering into this -- into the DPP program was fine.
13             MS. RUST:  Okay.  Bonnie, can you please
14   go to page 21, I think it is?
15             One second.  Again, my numbers got
16   screwy.
17             (Discussion off the record.)
18        Q.    (BY MS. RUST)  I apologize for that,
19   Ms. Coats.  Okay.  Bonnie is going to pull up page 26.
20   Okay.  And do you see the paragraph marked number 3
21   here, Ms. Coats?
22        A.    I do.
23        Q.    Okay.  Can you read that, please, and
24   tell me when you're done?
25        A.    I'm done.
```

Page 109

```
 1        Q.    Okay.  And you felt comfortable with
 2   Wellspring signing this contract that included the
 3   language in number 3 on page 26; is that correct?
 4        A.    I don't have a feeling about it.
 5   The guidance of the Archdiocese was that this was an
 6   appropriate contract to enter into.
 7        Q.    Okay.  Did the Archdiocese give you a
 8   reason that they felt it was an appropriate contract
 9   to enter into?
10        A.    No.  Again, I don't -- I didn't have a
11   direct conversation regarding DPP at that time.
12        Q.    Okay.  Do you notice any similarities
13   between number 3 and the UPK program contract?
14             MR. DAVIS:  Objection.  Calls for a legal
15   analysis.
16        Q.    (BY MS. RUST)  You can answer.
17        A.    Can you pull up the other paragraph
18   you're referring to?
19        Q.    Sure.
20             MS. RUST:  Give us a second.  We'll need
21   a break to pull that up.
22             (Discussion off the record.)
23        Q.    (BY MS. RUST)  Thanks, Ms. Coats, for
24   giving us a second.  So Bonnie is going to pull up
25   what was previously marked as an exhibit.  It was
```

St. Bernadette Catholic Parish in Lakewood   Avery Coates   30(b)(6)
November 28, 2023

Page 110

1   marked as Exhibit 9.
2           And, Ms. Coats, if you will look at --
3           MS. RUST:  Let's just find the section,
4   Bonnie.
5       Q.   (BY MS. RUST)  Okay.  So under quality
6   assurance, the fourth bullet point down, that
7   paraphrases the statute that's referred to above, the
8   26.5-4-205.
9           So if you will read that and then let me
10  know if you want to see the DPP contract again.
11      A.   Can you switch back, please?
12      Q.   Yes.
13      A.   Thank you.  Can you restate the question,
14  please?
15      Q.   Yeah.  So, Ms. Coats, do both of these
16  nondiscrimination clauses reference gender?
17      A.   Yes.  I believe so.
18      Q.   Okay.  Do both reference sexual
19  orientation?
20      A.   Yes.  I believe so.
21      Q.   Okay.  And then the DPP agreement states
22  "gender variance."
23           MS. RUST:  Bonnie, can you switch back to
24  the UPK?
25      Q.   (BY MS. RUST)  And the UPK program says

Page 111

1   "gender identity."  So those aren't exactly the same,
2   but what do you take gender identity to mean?
3           MR. DAVIS:  Objection to the form.
4   Objection.  Calls for a legal analysis.
5       Q.   (BY MS. RUST)  You can respond,
6   Ms. Coats.
7       A.   How one would identify themself, I think.
8       Q.   Okay.  And then the language used in --
9       A.   Can I amend my answer?
10      Q.   Sure.
11      A.   I'm sorry.  I don't believe how I
12  answered.  I believe gender identity to be the gender
13  they were born with.
14      Q.   Okay.  Is that your understanding of the
15  definition of gender identity?
16          MR. DAVIS:  Objection.  Calls for a legal
17  analysis.
18      A.   The definition of gender identity is
19  deeply controversial, and I don't believe there is a
20  standard definition in our world.
21      Q.   (BY MS. RUST)  Okay.  And then the Denver
22  Preschool Program says "gender variance."  What do you
23  understand that to mean?
24          MR. DAVIS:  Objection.  Calls for a legal
25  analysis.

Page 112

1       Q.   (BY MS. RUST)  You can answer.
2       A.   It sounds like it's saying varied gender,
3   so . . .
4       Q.   Okay.  So, Ms. Coats, do you understand
5   that this lawsuit is specifically about what's
6   referred to as gender identity in the UPK program?
7           MR. DAVIS:  Objection to the form.
8   Objection.  Calls for a legal analysis.
9       A.   I believe the overall lawsuit is about
10  the discrimination clause.
11      Q.   (BY MS. RUST)  Okay.  And would you say,
12  upon reading the UPK discrimination clause here and
13  the DPP discrimination clause, do you think they're
14  more alike or more different?
15          MR. DAVIS:  Objection.  Calls for a legal
16  analysis.  I'm also not sure this is within the
17  30(b)(6) topics, which don't ask for a legal analysis
18  between the two agreements.
19          MS. RUST:  I think we have DPP in the
20  topics, and other federal, state, and local grants
21  that they applied for.
22          MR. DAVIS:  The witness can answer, if
23  she's able.
24      Q.   (BY MS. RUST)  Go ahead.
25      A.   The wording is different.  So if I do a

Page 113

1   deep dive into the way that it's worded, I'm sure I
2   could find a lot of differences.
3       Q.   Okay.  But would you agree that both
4   require nondiscrimination based on sexual orientation?
5           MR. DAVIS:  Objection.  Calls for a legal
6   analysis.
7       Q.   (BY MS. RUST)  Let me know if you want to
8   see the other one again.
9       A.   I don't mean to be picky.  Is there a way
10  that we could just separate the screen and I can see
11  both statements?
12      Q.   Yeah.  No.  Be as picky as you want.
13  Let's see if we can do that.
14          (Discussion off the record.)
15      A.   Okay.  Thank you.  And before I reread
16  and answer -- thank you --
17      Q.   Yeah.
18      A.   -- can you restate the question, please?
19      Q.   Sure.  And also for your orientation,
20  Ms. Coats, the top one is the UPK language, the bottom
21  one is the Denver Preschool Program language.
22      A.   I understand.
23      Q.   Okay.  Would you agree that both of the
24  nondiscrimination clauses specifically state "sexual
25  orientation"?

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 114

1      MR. DAVIS:  Same objection.
2      A.   Yes.  They both explicitly state the
3  words "sexual orientation."
4      Q.   (BY MS. RUST)  Okay.  And do both of
5  these explicitly state "gender"?
6      A.   Yes, however, the wording is different.
7      Q.   Okay.  And do both of these state no
8  discrimination based on religion?
9      MR. DAVIS:  Same objection.
10     A.   Yes.  Again, the wording is different.
11     Q.   (BY MS. RUST)  Okay.  Thank you,
12  Ms. Coates.
13     MS. RUST:  Bonnie, can you close that but
14  pull up the Wellspring Preschool Handbook, which I
15  erroneously told Mr. Davis we don't have?  Again, I'm
16  so sorry, Mr. Davis.
17     And let's mark that as the next exhibit.
18     THE REPORTER:  I show 18.
19     MS. RUST:  Thank you, Ms. Kelly.
20     Q.   (BY MS. RUST)  And can we -- and I'm
21  sorry, Ms. Coates.  I promise this will be the last
22  time we have to scroll and you look at it and tell me
23  if you recognize it, okay?
24     A.   I recognize it.
25     Q.   What is this document, Ms. Coates?

Page 115

1      A.   This is the preschool handbook addendum
2  for this school year.
3      Q.   Okay.
4      MS. RUST:  Bonnie, can we go to page 7,
5  please?  Right there.
6      Q.   (BY MS. RUST)  Can you please read the
7  third bullet point, Ms. Coates, out loud, please?
8  Sorry.
9      A.   Oh, okay.  "Through DPP's Preschool for
10  3s Program, they aim to equitably expand the access to
11  quality preschool for a limited number of children who
12  turn 3 by October 1st, 2023."
13     Q.   Okay.  And can you please read the second
14  bullet point out loud?
15     A.   "Those families who live in Denver County
16  should apply to Denver's Preschool Program, DPP, for
17  generous tuition assistance for all children who will
18  be 4 by October 1st, 2023, or it will be the child's
19  year prior to kindergarten."
20     Q.   Okay.  So did you review the preschool
21  addendum for this year?
22     A.   I did.
23     Q.   And did you agree with your preschool
24  handbook directing families to apply for the Denver
25  Preschool Program?

Page 116

1      MR. DAVIS:  Objection.  Misstates
2  testimony.
3      Q.   (BY MS. RUST)  You can answer.
4      A.   I did.
5      Q.   Okay.  Thank you.
6      MS. RUST:  Bonnie, we can close that out.
7      Q.   (BY MS. RUST)  All right.  Ms. Coates, has
8  the Wellspring Preschool received any E-A-N-S or
9  G-E-A-N-S Stability grants?
10     A.   No.
11     Q.   Okay.  Ms. Coats, has Wellspring
12  Preschool received the Health and Mental Health
13  grants?
14     A.   Is that the name of the grant?
15     Q.   Yes.
16     A.   No.
17     Q.   Okay.  Have you received the Paycheck
18  Protection Program, PPP?
19     A.   Yes.  I believe so.
20     Q.   Okay.  Do you remember how much you
21  received?
22     A.   No, I don't.
23     Q.   Okay.  Did you have to sign paperwork to
24  receive it?
25     A.   I did not sign.  I didn't work there at

Page 117

1  that time.
2      Q.   Okay.  And then have you received a
3  Colorado Shines Quality Improvement Program grant?
4      A.   Yes.
5      Q.   Okay.  How much did you receive?
6      A.   We are -- so the way that works is it's
7  every three years.  We're in our year right now.  We
8  have not -- so let me amend my answer.
9      We haven't received a physical check and
10  I don't know the exact amount, but I do know we will.
11     Q.   Okay.  And did you have to sign paperwork
12  for that program?
13     A.   Not yet.  I don't believe so.
14     Q.   Okay.  And then has Wellspring in the
15  past participated in the CCAP program?
16     A.   Yes.
17     Q.   Okay.  Do you remember when that was?
18     A.   I believe we participated the last two
19  school years before '23-'24.
20     Q.   Okay.  And did you have to sign paperwork
21  to be in that program?
22     A.   So, again, that wouldn't be my signature
23  but yes, paperwork was signed.
24     Q.   And did you receive referrals through
25  that program?

St. Bernadette Catholic Parish in Lakewood Avery Coates   30(b)(6)
November 28, 2023

Page 118

1    A.   To be honest, I don't know how the
2  program works.  I would believe so, yes.  I don't
3  know.
4    Q.   Okay.  And then have you received any
5  money from a Buell Foundation grant?
6    A.   Yes.
7    Q.   How much have you received?
8         MR. DAVIS:  Objection.  This falls
9  outside the scope of the 30(b)(6) topics.
10        MS. RUST:  Again, I think this is one we
11 disagree on, Joe.  We never specified whether it was
12 government or private.
13   Q.   (BY MS. RUST) So, Ms. Coats, you can
14 answer.
15        MR. DAVIS:  No.  I think, I mean, the
16 topic is federal, state, and local grants.  I'm just
17 not sure how a private grant could possibly fall
18 within that.
19        MS. RUST:  Yeah.  And I looked up the
20 Buell Foundation, and we can provide supplemental
21 information, but it's a Denver-based foundation that
22 only provides money to Colorado schools, specifically
23 Colorado early childhood.
24        So if you want to look it up, that's what
25 their website says.  And this is something that your

Page 119

1  client brought up yesterday, so I'm just trying to
2  understand which of your schools received that money
3  as well.
4         MR. DAVIS:  I suppose I don't object if
5  the witness knows the answer to the question.  I mean,
6  the fact that a private foundation has geographical
7  limits on its awards doesn't make it a governmental
8  foundation or federal, state, or local.
9         MS. RUST:  Correct.  It does make it
10 local, though, and our depo question did not specify
11 whether we were asking for government or private.
12   Q.   (BY MS. RUST) So, Ms. Coats, to the
13 extent that you know, would you please answer the
14 question?
15   A.   I know that we were awarded funds.  I
16 don't know how much.
17   Q.   Okay.  And was that this year or last
18 year?
19   A.   I believe it was last year.
20   Q.   And did you have to sign paperwork for
21 that, Ms. Coats?
22   A.   No.  That was before I got there.
23   Q.   Okay.  Great.  All right.  I think,
24 Ms. Coats, I just have a few more questions.
25        Can we please get the name of the lead

Page 120

1  teacher, slash, preschool director who left last year,
2  and could you please spell it?
3    A.   Karina Campa, K-a-r-i-n-a C-a-m-p-a.
4    Q.   Thank you.  Do you know where she
5  currently is?
6    A.   The last I was aware, she works out of
7  Red Rocks Community College for the Triad Preschool
8  Program.
9    Q.   Thank you.  Okay.  Jumping back to the
10 scholarships that your kids and families can apply
11 for, Ms. Coats, if you recall, have these scholarship
12 funds increased or decreased over time?
13   A.   Can you just clarify a little bit?  Are
14 you talking about the whole school, the preschool, and
15 which funds you're asking about?
16   Q.   Sure.  So let's start with the ACES
17 scholarship.  Has that amount increased or decreased
18 over time?
19   A.   From last year to this year, there was a
20 decrease.
21   Q.   Okay.  And how about the Schmitz Family
22 Foundation?
23   A.   I believe there was also a decrease,
24 slight decrease.
25   Q.   Okay.  Do you know why?

Page 121

1    A.   A lot of our families didn't meet the
2  deadline.
3    Q.   Gotcha.  Okay.  And then how about the
4  Seeds of Hope?  Increased or decreased?
5    A.   I believe that amount has been the same
6  from last year to this year.
7    Q.   Okay.  Great.  All right.
8         MS. RUST:  Well, Mr. Davis, if I can just
9  take a second and make sure -- we can go off camera
10 and just make sure I don't have any more questions.
11        I know Ms. Coats has a doctor's
12 appointment, so let me just check everything real
13 quick before we let her go.
14        MR. DAVIS:  Did you say five minutes?
15        MS. RUST:  That's fine.
16        THE REPORTER:  Off the record.
17        (Recess from 11:51 a.m. to 11:55 a.m.)
18        THE REPORTER:  Back on the record.
19        MS. RUST:  Thank you.
20        Ms. Coats, we don't have anything further
21 for you.
22        Mr. Davis, if you have redirect, the
23 floor is yours.
24        MR. DAVIS:  Thank you.  And I've just got
25 a couple.

St. Bernadette Catholic Parish in Lakewood Avery Coates  30(b)(6)
November 28, 2023

Page 122

```
 1                  EXAMINATION
 2   BY MR. DAVIS:
 3        Q.   Ms. Coats, earlier you were testifying
 4   about a 5th grader that St. Bernadette's wasn't able
 5   to enroll because of the church's teachings on
 6   marriage.  Do you remember that?
 7        A.   I remember.
 8        Q.   Just to confirm, is that because it was a
 9   same-sex couple?
10        A.   Yes.
11        Q.   Earlier there was some discussion of how
12   the school would approach enrolling students or
13   families who identify as LGBTQ.  Do you remember that?
14        A.   Yes.
15        Q.   Has the Archdiocese given Wellspring any
16   guidance on that issue?
17        A.   Yes.
18        Q.   Is that the human sexuality documents
19   that we pulled up earlier in the deposition?
20        A.   Yes.
21        Q.   And Wellspring views itself as required
22   to follow that guidance in making particular
23   enrollment decisions; correct?
24        A.   Correct.
25             MR. DAVIS:  That's all for me.
```

Page 123

```
 1             MS. RUST:  I don't have -- okay.  Sorry.
 2        I do not have -- sorry, everyone.
 3        I do not have any follow-up questions.
 4             THE REPORTER:  Perfect.  Before we go off
 5   the record, Niki, would you like this transcribed, an
 6   electronic transcript with scanned exhibits?
 7             MS. RUST:  Yes, please, Ms. Kelly, and
 8   the miniscript we requested yesterday, too.  Thank
 9   you.
10             THE REPORTER:  Perfect.  Thank you.
11        And, Joe, did you need the same, a copy,
12   electronic, with scanned exhibits also?
13             MR. DAVIS:  Yes, please.  And we'll
14   reserve signature.
15             THE REPORTER:  Perfect.  We'll do that
16   through you.
17        With that, we can go off the record.
18        Thank you.
19             WHEREUPON, the within proceedings were
20   concluded at the approximate hour of 11:57 a.m. on the
21   28th day of November, 2023.
22             *       *       *       *       *
23
24
25
```

Page 124

```
 1             I, AVERY COATS, do hereby certify that I
 2   have read the above and foregoing deposition and that
 3   the same is a true and accurate transcription of my
 4   testimony, except for attached amendments, if any.
 5             Amendments attached  (  ) Yes   (  ) No
 6
 7                         _____
 8                              AVERY COATS
 9
10        The signature above of AVERY COATS was
11   subscribed and sworn to before me in the county of
12   _____, state of _____,
13   this _____ day of _____, 2023.
14
15
16                         _____
                                Notary Public
                              My Commission expires:
17
18
19
20
21
22
23
24
25   AVERY COATS 11/28/23 (lbk)
```

Page 125

```
 1             REPORTER'S CERTIFICATE
 2   STATE OF COLORADO  )
                        ) ss.
 3   COUNTY OF LARIMER  )
             I, LISA B. KELLY, Registered Realtime
 4   Reporter, Registered Professional Reporter and Notary
     Public ID 20194029689, State of Colorado, do hereby
 5   certify that previous to the commencement of the
     examination, the said AVERY COATS verbally declared
 6   her testimony in this matter is under penalty of
     perjury; that the said deposition was taken in machine
 7   shorthand by me at the time and place aforesaid and
     was thereafter reduced to typewritten form; that the
 8   foregoing is a true transcript of the questions asked,
     testimony given, and proceedings had.
 9        I further certify that I am not employed
10   by, related to, nor of counsel for any of the parties
     herein, nor otherwise interested in the outcome of
11   this litigation.
12        IN WITNESS WHEREOF, I have affixed my
13   signature this 11th day of December, 2023.
14        My commission expires August 6, 2027.
15
16
17                         Lisa B. Kelly
18
19   __x__  Reading and Signing was requested.
20   _____  Reading and Signing was waived.
21   _____  Reading and Signing is not required.
22
23
24
25
```

St. Bernadette Catholic Parish in Lakewood Avery Coates   30(b)(6)
November 28, 2023

Page 126

1   Errata Sheet

2

3   NAME OF CASE: ST. MARY CATHOLIC PARISH IN LITTLETON vs LISA ROY

4   DATE OF DEPOSITION: 11/28/2023

5   NAME OF WITNESS: St. Bernadette Catholic Parish in Lakewood Avery Coates

6   Reason Codes:

7       1. To clarify the record.

8       2. To conform to the facts.

9       3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24

25                  _____