Tracy Seul
December 01, 2023

```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-2079-JLK

_____


            RULE 30(b)(1) DEPOSITION OF:
     Director of Development at St. Mary Preschool
                    TRACY SEUL
                 December 1, 2023
                 Via RemoteDepo

_____

ST. MARY CATHOLIC PARISH IN LITTLETON;
ST BERNADETTE CATHOLIC PARISH IN LAKEWOOD;
DANIEL SHELEY; LISA SHELEY; and
THE ARCHDIOCESE OF DENVER,

Plaintiffs,

v.

LISA ROY, in her official capacity as Executive
Director of the Colorado Department of Early
Childhood; and DAWN ODEAN, in her official
capacity as Director of Colorado's Universal
Preschool Program.

Defendants,

_____


        PURSUANT TO NOTICE, the Rule 30(b)(1)
deposition of Director of Development at St. Mary
Preschool, TRACY SEUL, was taken on behalf of the
Defendants in Denver County, Colorado, by remote
means, on December 1, 2023, at 8:59 a.m., before
Lisa B. Kelly, Registered Professional Reporter,
Certified Realtime Reporter, and Notary Public within
Colorado, appearing remotely from Larimer County,
Colorado.
```

EXHIBIT
**17**

Tracy Seul
December 01, 2023

**Page 2**

```
 1              REMOTE APPEARANCES
 2   For the Plaintiffs:
 3           NICHOLAS R. REAVES, ESQ.
             JOSEPH C. DAVIS, ESQ.
 4           AMAMDA DIXON, ESQ.
             The Becket Fund for Religious Liberty
 5           1919 Pennsylvania Avenue, N.W., Suite 400
             Washington, D.C. 20006
 6           jdavis@becketlaw.org
             nreaves@becketlaw.org
 7           adixon@becketlaw.org
 8   For the Defendants:
 9           NICOLE RUST, ESQ.
             VIRGINIA R. CARRENO, ESQ.
10           J. GREGORY WHITEHAIR, ESQ.
             JANNA FISCHER, ESQ.
11           MICHELE MULHAUSEN, ESQ.
             TANJA E. WHEELER, ESQ.
12           Colorado Attorney General's Office
             1300 Broadway
13           Denver, Colorado 80203
             virginia.carreno@coag.gov
14           niki.rust@coag.gov
             greg.whitehair@coag.gov
15           janna.fischer@coag.gov
             michele.mulhausen@coag.gov
16           tanja.wheeler@coag.gov
17   Also Present:
             Bonnie Miller
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1              I N D E X
 2   EXAMINATION OF TRACY SEUL:                    PAGE
     December 1, 2023
 3
     By Ms. Rust                              5, 129
 4
     By Mr. Reaves                               127
 5
 6                                            INITIAL
     DEPOSITION EXHIBITS:                    REFERENCE
 7
     Exhibit 19    Amended Notice of              10
 8                 Rule 30(b)(6) Deposition
 9   Exhibit 20    St. Mary Catholic Virtue       19
                   School Littleton Parent/Student
10                 Handbook, 2023-2024
11   Exhibit 21    St. Mary Catholic School       31
                   Littleton Preschool Parent
12                 Handbook 2023-2023
13   Exhibit 22    Declaration of Tracy Seul      39
14
     DEPOSITION EXHIBITS: (Previously marked.)
15
     Exhibit 5     Update on Guidance for         56
16                 Participation in UPK
17   Exhibit 12    Guidance for Issues Concerning 72
                   the Human Person and Sexual
18                 Identity
19   Exhibit 15    First Amended Complaint and    78
                   Demand for Jury Trial
20
     Exhibit 16    Plaintiffs' Supplemental Answers 105
21                 to Defendants' First Set of
                   Interrogatories
22
     (Exhibits provided electronically to the reporter.)
23
24
25
```

**Page 4**

```
 1           WHEREUPON, the following proceedings were
 2   taken pursuant to the Federal Rules of Civil
 3   Procedure.
 4           *       *       *       *       *
 5           THE REPORTER:  All counsel participating
 6   in this deposition acknowledge that I am not
 7   physically present in a deposition room with the
 8   deponent and that I will be reporting this deposition
 9   and providing an oath remotely.
10           You further agree that, in lieu of an
11   oath administered in person, the witness declares her
12   testimony in this matter is given under penalty of
13   perjury.
14           All parties and counsel consent to this
15   arrangement and waive any objections to this manner of
16   reporting and manner of providing the oath.
17           Counsel, please indicate your agreement
18   by stating your name and your agreement on the record,
19   and then I will swear in the witness.
20           MR. REAVES:  Nick Reaves.  I consent.
21           MS. RUST:  Nicole Rust.  I consent.
22           THE REPORTER:  Thank you.
23
24
25
```

**Page 5**

```
 1           TRACY SEUL,
 2   having verbally declared under penalty of perjury that
 3   her testimony in this case will be the truth, the
 4   whole truth, and nothing but the truth, testified as
 5   follows:
 6           (Deponent's reply to oath:  I do.)
 7           THE REPORTER:  Thank you.
 8           Ms. Rust.
 9           MS. RUST:  Thank you, Ms. Kelly.
10                   EXAMINATION
11   BY MS. RUST:
12       Q.  Good morning, Ms. Seul.  My name is Niki
13   Rust, and I'm an attorney with the attorney general's
14   office.  I represent the defendants, Dr. Roy and Dawn
15   Odean, from the Colorado Department of Early
16   Childhood.
17           Is there anyone else in the room with you
18   besides Mr. Reaves?
19       A.  No, there's not.
20       Q.  Thank you.  Ms. Seul, do you have any
21   text messages or chats pulled up on your computer at
22   this time?
23       A.  No.
24       Q.  Okay.  Thank you.
25           I would ask just throughout the day that
```

Tracy Seul
December 01, 2023

1  you keep those closed, as you cannot receive
2  assistance on answering questions.
3      A.   Okay.
4      Q.   Okay.  Ms. Seul, can you please state and
5  spell your full name for the record?
6      A.   Tracy Lynn Seul, S, as in Sam, e-u-l.
7      Q.   Thank you.  And did you have any previous
8  names?
9      A.   My maiden name is Dayton, D-a-y-t-o-n.
10      Q.   Thank you, Ms. Seul.
11          Have you ever been deposed before?
12      A.   No, I have not.
13      Q.   Okay.  So I'm just going to go over a few
14  ground rules and expectations for a deposition.
15          Because this is being recorded today by a
16  court reporter, when I ask you questions, your answers
17  will need to be verbal.  That means if you shake your
18  head yes or no, I'll still need you to answer
19  verbally.
20          This also means we must take turns
21  talking and try our best not to talk over each other
22  so that Ms. Kelly doesn't get upset with us.
23          If you need a break, please feel free to
24  say so, though understand that you must answer a
25  pending question before we take a break.  Does that

1  sound fair?
2      A.   Yes.
3      Q.   Okay.  And then today, you did just take
4  an oath to tell the whole truth and nothing but the
5  truth.  This is the same oath that you would take if
6  at trial and it holds the same weight today.  Do you
7  understand?
8      A.   Yes, I do.
9      Q.   And I'm here to learn everything you know
10  about the events and facts of this lawsuit.  For that
11  reason, I'm looking for full and complete answers to
12  my questions; in other words, I'm looking for the
13  whole truth that you just took an oath to give.
14          Do you understand that?
15      A.   Yes, I do.
16      Q.   You will have an opportunity to review
17  and change any answers given today, though if you do
18  change an answer, I ask that I be allowed to come back
19  and ask you follow-up questions.
20          Does that sound fair?
21      A.   Yes.
22      Q.   Okay.  If you realize here that an answer
23  you've given is not complete or inaccurate for any
24  reason, will you please tell me today so we can
25  clarify the record?

1      A.   Yes.
2      Q.   And if you do not understand a question,
3  will you please tell me?
4      A.   Yes.
5      Q.   Great.  Ms. Seul, are you on any
6  medications today that would affect your ability to
7  testify?
8      A.   No.
9      Q.   Are you sick at all?
10      A.   No.
11      Q.   Is there any reason why you cannot give
12  accurate and complete testimony today?
13      A.   There is not.
14      Q.   Ms. Seul, did you review any documents in
15  preparation for the deposition today?
16      A.   Yes, I did.
17      Q.   What documents did you review, without
18  revealing any attorney-client privileged information?
19      A.   I reviewed the questions that you would
20  be asking today.
21      Q.   Anything else?
22      A.   The documents that I -- the deposition
23  that I gave before.
24          THE REPORTER:  We have Michele Mulhausen
25  in the meeting.  Is that correct and is that okay?

1          MS. RUST:  Thank you, Ms. Kelly.
2          Michele Mulhausen is an attorney general
3  in our office who I think would like to observe, if
4  that's okay with Mr. Reaves.
5          MR. REAVES:  That's fine with us.
6          MS. RUST:  Thank you, Mr. Reaves.
7      Q.   (BY MS. RUST)  Ms. Seul, when you said
8  "deposition," are you referring to your declaration
9  you gave in this case?
10      A.   Yes.  Yes.  Sorry.
11      Q.   No problem.
12          Did you bring any of those documents with
13  you today?
14      A.   No.
15      Q.   Did you meet with anyone in preparation
16  for today?
17      A.   Mr. Reaves.
18      Q.   For how long?
19      A.   A few hours.
20      Q.   How many times did you guys meet?
21      A.   Once.
22      Q.   Have you testified under oath before
23  today?
24      A.   Not that I can think of.
25      Q.   Have you ever been involved in any other

Tracy Seul
December 01, 2023

1  lawsuits or court proceedings?
2       A.   No.
3       Q.   All right.  We are going to -- I'm going
4  to ask Bonnie to share the screen.  And this will be
5  Exhibit 19.
6            And I'm going to have Bonnie scroll
7  through the document, once it's pulled up, Ms. Seul,
8  and if you can just review it and let me know if you
9  recognize it.
10      A.   Yes.  I recognize it.
11      Q.   What is it?
12      A.   It's the questions that you were going to
13  ask today and the -- my request for participation
14  today.
15      Q.   Are you here for this portion of the
16  deposition on behalf of St. Mary Catholic Virtue
17  School and not as yourself as an individual?
18      A.   I'm here representing -- I can speak for
19  myself, but I also know things, based on this
20  document, related to St. Mary.
21      Q.   Okay.  Yeah.  I think I'm going to do my
22  best to focus the first part of the deposition
23  specifically on your role as the head of schools for
24  the preschool.  And then you were noticed in your
25  individual capacity as well, and so we'll finish your

1  deposition with some individual questions.
2            Does that sound okay?
3       A.   Yes.
4       Q.   Thank you.
5            MR. REAVES:  Niki, I thought we had -- I
6  mean, I think that that probably will be fine, but I
7  thought Greg had said he was no longer noticing Tracy
8  in her individual capacity.  He had emailed us last
9  week about that.
10           THE REPORTER:  I'm sorry.  I missed that
11  last part.
12           MR. REAVES:  I was saying, my
13  understanding was that Greg had emailed us last week
14  saying he would not be asking Ms. Seul questions in
15  her individual capacity.
16           MS. RUST:  Thank you for that.  That
17  might have been what Greg said then.  We ended up not
18  questioning Mr. Moo in his individual capacity, so I'm
19  requesting that I be able to use our fourth deposition
20  notice, that was amended and sent to you, to ask
21  Ms. Seul a few questions in her individual capacity
22  today, not much, like maybe a page of questions, if
23  that would be okay.
24           MR. REAVES:  Yeah.  I think we can make
25  that work.  It should be fine.

1            MS. RUST:  Okay.  Thank you.
2       Q.   (BY MS. RUST)  All right.  Ms. Seul, are
3  you the person with the most knowledge concerning the
4  topics in the deposition notice?
5       A.   I'm the best person for most of the
6  preschool information and can answer to the rest.
7       Q.   Are there any areas listed in the topics
8  about which you are not knowledgeable?
9       A.   No.
10      Q.   Great.  Do you have full authority to
11  speak on behalf of St. Mary Catholic Virtue Preschool
12  with respect to the deposition topics?
13      A.   Yes.
14      Q.   Are you aware that the answers you will
15  give for our questions will be binding upon
16  St. Mary's?
17      A.   Yes.
18      Q.   And are you fully prepared to speak about
19  each of the topics in the deposition notice today?
20      A.   To the best of my knowledge, yes.
21      Q.   Thank you, Ms. Seul.
22           MS. RUST:  Bonnie, we can stop sharing.
23      Q.   (BY MS. RUST)  Ms. Seul, I'm just going
24  to get some quick background info from you.
25           Would you please give me your date of

1  birth?
2       A.   May 6, 1966.
3       Q.   Okay.  And where did you go to high
4  school?
5       A.   Bear Creek High School in Lakewood,
6  Colorado.
7       Q.   And did you attend college?
8       A.   I did.
9       Q.   Where did you attend college?
10      A.   I went to Colorado State University, and
11  then I graduated from -- at the time what was Colorado
12  University in Denver.
13      Q.   Did you -- did you graduate with a degree
14  from Colorado State?
15      A.   No.  From the University of Colorado.
16      Q.   Okay.  What was that degree?
17      A.   Bachelor in arts, emphasis on English and
18  writing.
19      Q.   Did you have any further higher
20  education?
21      A.   Yes.  I've gone to community college for
22  my early childhood credentials, and then I went to
23  Concordia University for my master's.
24      Q.   And what did you receive your master's
25  in?

Tracy Seul
December 01, 2023

Page 14

1    A.   It's a master's of education with an
2 emphasis in early childhood.
3    Q.   Do you have any additional licensures?
4    A.   No.  Well, my teaching license.  I'm
5 sorry.  I guess that does count.
6    Q.   Did you receive any specialized training
7 to be the principal of the preschool?
8    A.   The direct -- as a director of preschool,
9 I've taken other courses to make sure that I'm a good
10 leader for the preschool.  I've also taken courses at
11 the Archdiocese in coaching and leadership.
12    Q.   Any of the classes with the Archdiocese
13 specific to preschool education?
14    A.   Yes, include preschool education but not
15 necessarily specifically preschool.
16    Q.   Okay.  And so is it just about coaching
17 and leadership, these courses, or are they about
18 education curriculum?
19    A.   Some of them have been about curriculum,
20 again, from a broad focus, not specifically preschool.
21    Q.   Ms. Seul, are you married?
22    A.   I am.
23    Q.   Do you have any children?
24    A.   Two children, two boys.  Well, men now.
25    Q.   May I have -- without giving me their

Page 15

1 names, may I have their ages, please?
2    A.   23 and 25.
3    Q.   And then do you have any other
4 dependents, Ms. Seul?
5    A.   No one under the age of 23, but I have a
6 stepdaughter who's married and a granddaughter.
7    Q.   We are going to move on to talk about
8 your current employment, Ms. Seul.
9        Are you currently employed?
10    A.   I am.
11    Q.   Where are you currently employed?
12    A.   At St. Mary Catholic Virtue School in
13 Littleton.
14    Q.   And is your employment through the school
15 or through the parish?
16    A.   It's one entity, so I'm really employed
17 by the parish.
18    Q.   What is your job title?
19    A.   I'm the director of preschool and
20 development.
21    Q.   Is the director of development part of
22 your title for the entire school or just preschool?
23    A.   It's for the entire school.
24    Q.   And what grade does St. Mary's school go
25 up to?

Page 16

1    A.   It goes through 8th grade.
2    Q.   Thank you.  When did you start working
3 for St. Mary's?
4    A.   In November of 2018.  Five years ago.
5    Q.   How did you become the director?
6    A.   I interviewed to become the director at
7 that time.
8    Q.   And at that time, was the job just as
9 director of preschool or also development?
10    A.   It was just the director of preschool at
11 the time.
12    Q.   When did your role as director of
13 development get added?
14    A.   I believe it was 2019.  Because of having
15 been a director before, many of the -- many of the
16 responsibilities of a director in my other capacities
17 include things like marketing and fundraising and
18 bringing people to the school, so it was a natural
19 place for me to be able to help the school.
20    Q.   Okay.  Who do you report to?
21    A.   I report to Father James de Cendra.
22    Q.   In both your roles?
23    A.   Yes.
24    Q.   What is your job description for director
25 of preschool?

Page 17

1    A.   It's my responsibility to make sure that
2 we bring in students to make sure that we have enough
3 students to be able to come into kindergarten, that we
4 educate them with a quality program.  And then I would
5 also be in charge of my staff and the people who --
6 and the relationships with the parents.
7    Q.   How about, what is your job description
8 as director of development for the entire school?
9    A.   My main role is to find donors who can
10 help us to increase our enrollment or to be able to
11 increase scholarship money for our families.
12    Q.   Did you hold any previous positions as a
13 director or principal?
14    A.   I'm sorry.  I couldn't understand the
15 first part of your question.
16    Q.   Sure.  No problem.  Have you held any
17 previous positions as a director or principal?
18    A.   At St. Mary?
19    Q.   Previously at any school.
20    A.   I've been the director at other schools
21 and teacher at other schools.
22    Q.   Okay.  What other schools?
23    A.   I was the director at Holy Trinity
24 Preschool.  I was a teacher at Abiding Hope Preschool.
25 And then I also taught and substituted in Jefferson

Tracy Seul
December 01, 2023

Page 18

1  County and Denver County.  Excuse me.
2      Q.  What ages did you teach in Jefferson
3  County?
4      A.  Kindergarten.
5      Q.  And how about Denver County?
6      A.  I substituted in Denver County.  I was a
7  long-term sub for preschool and kindergarten.
8      Q.  You mentioned before other employment as
9  director of development.  Where was that other
10 employment?
11     A.  No.  I'm sorry.  I wasn't a director of
12 development anyplace specifically in schools.
13     Q.  Okay.
14     A.  As part of my directorships and as part
15 of teaching, I've had to do marketing and fundraising
16 and things.
17     Q.  Understood.  Thank you for clarifying.
18         How long have you been a teacher,
19 Ms. Seul?
20     A.  I've taught since probably -- officially
21 17 years, but I actually taught when I was 12.
22     Q.  Really?  Can you tell me more about that.
23     A.  In Jefferson County, we had a track
24 system.  And so when I was off track and didn't have
25 school, I got to teach Russian in my middle school

Page 19

1  because my -- because our Russian teacher had to go
2  back to Russia.  So I got to do that on my off-track
3  time.
4      Q.  Wow.  Okay.  I'm going to move on to the
5  first deposition topic, Ms. Seul.
6          Can you please explain St. Mary
7  Preschool's relationship to the parish St. Mary's?
8      A.  The preschool and the school are missions
9  of the church, of the parish.
10     Q.  What does it mean to be a mission of a
11 parish?
12     A.  It means that we are an entity that's
13 part of the parish that is given the opportunity to be
14 able to educate the students at the parish.
15     MS. RUST:  Okay.  Bonnie, I'm going to
16 ask for you to pull up the student handbook, not the
17 preschool one, the general student handbook.
18         And this will be marked as Exhibit 20.
19     Q.  (BY MS. RUST)  Ms. Seul, what will happen
20 is Ms. Bonnie will bring up the exhibit.  She'll
21 scroll through it so that you can look at it and let
22 me know if it's familiar to you.
23         She's happy to scroll all the way to the
24 end, even though it's quite a few pages.  But just let
25 us know once, you know, you recognize the document.

Page 20

1      A.  I recognize the document.
2      Q.  Okay.  What is it?
3      A.  This is our parent and student handbook
4  for the school.
5          MS. RUST:  And then, Bonnie, can you
6  scroll to the -- does this have the school year on it?
7          MS. MILLER:  Uh-huh.
8      Q.  (BY MS. RUST)  Is that this year's school
9  year handbook?
10     A.  Yes.
11     Q.  Great.
12         MS. RUST:  Bonnie, can you go to page 12,
13 please?
14     Q.  (BY MS. RUST)  Ms. Seul, on this page, it
15 talks about the St. Mary Catholic Virtue parish.  The
16 first sentence says what you said, that the school is
17 a ministry of the parish.
18         Can you read that second sentence out
19 loud, please?
20     A.  "The school is wholly and completely
21 under the auspices of the parish and our pastor,
22 Father Jose Noriega."
23     Q.  Thank you.  What does that sentence mean?
24     A.  That means that if -- that our
25 financials, our policies, procedures, ultimately even

Page 21

1  though we build them in the school through the
2  guidance of the Archdiocese, we also go through the
3  guidance of Father Jose Noriega.
4      Q.  And I wanted to ask you about the school
5  advisory council on this page.
6      A.  Uh-huh.
7      Q.  How many members does this council have?
8      A.  We don't actually have the council
9  running this year.  But there would usually be five to
10 seven parents or community members as part of the
11 advisory council, people who can help us with issues
12 that we may not know much about in the community or
13 who might be able to help us with finances or
14 community-related issues.
15     Q.  Why isn't it running this year?
16     A.  It's just been a very busy year and so
17 we -- the principal -- and, again, this isn't really
18 my position to say.  It's not my advisory council that
19 I run.
20         But I think that Father has been setting
21 up and asking people to join the advisory council, and
22 it's been taking longer than he expected this year to
23 be able to get people who want to participate for the
24 three-year term.
25     Q.  Why do you think people don't want to

Tracy Seul
December 01, 2023

Page 22

1  participate?
2      A.   I'm sorry.  I don't believe that they
3  don't want to participate, but it's a commitment that
4  we want to find the right people to be able to help us
5  with all the development that we have to do for the
6  school.
7      Q.   So does the school advisory board help
8  you with development goals?
9      A.   Yes, they can.
10     Q.   What kind of people do you want on this
11 advisory council?
12     A.   I want people -- well, it's not -- again,
13 it's not my council to appoint; it's the principal's
14 council.  But as far as development goes, I like
15 people who know about development more than I do, that
16 know about marketing and donors.
17     Q.   Okay.  So you said this is a principal's
18 council.  Who is the principal you're referring to?
19     A.   Father James de Cendra.
20     Q.   And what school is he the principal of?
21     A.   St. Mary Catholic Virtue School, our
22 school.
23     Q.   Okay.  The preschool or your K through 8?
24     A.   It's one and the same.
25     Q.   Okay.  This council, do you ever

Page 23

1  participate on the council or board?
2      A.   I do.
3      Q.   Are the members typically parents of
4  students?
5      A.   Many members are.  As it states, the
6  principal is part of it, and then we have the parents
7  and any community members that we might have that
8  would be -- that might not be directly parents but
9  might be associated with this school or the parish in
10 some way.
11     Q.   Do the members of this council have to be
12 members of your parish?
13     A.   I don't think so.
14     Q.   Okay.  Do the members of this council
15 have to be Catholic?
16     A.   It's necessary to be able to understand
17 what needs we have if you understand what our
18 teachings and our vision is.
19     Q.   So when you say community members, are
20 you specifically referring to the Catholic community?
21     A.   No.  It might be someone outside of the
22 community, you know, in the Littleton community, but
23 most likely it's someone who's Catholic.
24     Q.   Okay.  Have you ever worked with someone
25 on the board who is not Catholic?

Page 24

1      A.   No.
2      Q.   Okay.  It says in the handbook that the
3  council advises the pastor and principal.
4           Do they have decision-making authority?
5      A.   No.  Just advisory.
6      Q.   Okay.  Does Father -- I lost his name --
7  Father James, does he always take their advice?
8      A.   Not always.
9      Q.   Do they give advice on financial matters?
10     A.   They do.
11     Q.   Do they give advice on development
12 matters?
13     A.   They do.
14     Q.   Do they give advice on enrollment
15 matters?
16     A.   Yes.
17     Q.   Do they give advice on curriculum?
18     A.   They can.  I don't recall them doing
19 that.
20     Q.   And do they give advice on outreach?
21     A.   Yes.
22     Q.   What was the last year that council was
23 functioning?
24     A.   It was functioning last year.
25     Q.   Okay.  Do they have any other power

Page 25

1  within the school or parish, outside of advisory
2  power?
3      A.   No.
4      Q.   Does St. Mary's Preschool have employees?
5      A.   Yes.
6      Q.   Who hires and fires St. Mary's Preschool
7  employees?
8      A.   I do, under the guidance of the
9  principal.
10     Q.   What various job types does St. Mary hire
11 employees for?
12     A.   The preschool hires teachers, assistant
13 teachers, aides.
14          MS. RUST:  Bonnie, you can stop sharing
15 the screen for a moment, but we'll come back to this
16 in a moment.  Sorry.  I didn't realize we had left
17 that up.
18     Q.   (BY MS. RUST)  So teachers, aides.  Any
19 other maintenance staff?
20     A.   No.  The maintenance staff is all hired
21 by the school and the parish.
22     Q.   So is that still Father James?
23     A.   Uh-huh.  And Father Jose Noriega.
24     Q.   Okay.  Do you require all employees of
25 the preschool to be Catholic?

Tracy Seul
December 01, 2023

Page 26

1    A.    We require all teachers to be Catholic.
2    Q.    At what point in your hiring process do
3  you ask about a teacher being Catholic?
4    A.    During the application process and also
5  during the interviews, we may ask if they are willing
6  to abide by our practices and our teachings.
7    Q.    Have you ever hired an individual who is
8  not Catholic but agreed to abide by your teachings?
9    A.    I haven't -- I haven't hired a teacher
10 but another employee, I did.  Uh-huh.
11   Q.    What was that employee's role?
12   A.    She was an aide.
13   Q.    And then the other employees that are
14 around the preschool, like, for example, the
15 maintenance people, are they required to be Catholic?
16   A.    I don't hire them so I don't know what
17 their requirements or job descriptions entail.
18   Q.    Okay.  Have you ever hired an employee
19 that identifies more generally as Christian, not just
20 Catholic?
21   A.    I don't think so if at some point they
22 have some sort of a Catholic background.
23   Q.    I'm sorry.  I didn't mean to speak over
24 you, Ms. Seul.
25   A.    Sorry.  I don't know that I know anything

Page 27

1  more than that.
2    Q.    Okay.  And how do you verify that the
3  employee is Catholic or has a Catholic background?
4    A.    Mostly just in the conversation that we
5  have, you know, whether or not they are Catholic.  And
6  then when we talk about what their -- excuse me --
7  role in the classroom would be, they would tell me,
8  you know, how they would incorporate their faith into
9  the classroom.
10   Q.    Okay.  Do applicants, to be employees,
11 must they be a parishioner of your church?
12   A.    No.
13   Q.    Must they belong to any parish?
14   A.    They usually do, so yes.
15   Q.    And do you verify that by looking up the
16 parish's enrollment?
17   A.    No.
18   Q.    Would you ever hire an employee who
19 disagreed with your views on sexual orientation?
20   A.    No.  I really couldn't.
21   Q.    Would you ever hire an employee that
22 disagrees with your views on gender identity?
23   A.    I wouldn't -- I may not know specifically
24 in the hiring process that they didn't agree.
25   Q.    But hypothetically, would you hire an

Page 28

1  employee who disagreed with your views on gender
2  identity?
3         MR. REAVES:  Objection.  Calls for
4  speculation.
5    Q.    (BY MS. RUST)  You can answer, Ms. Seul.
6    A.    I would think that it would have to be on
7  a case-by-case basis.  But if they couldn't abide by
8  our teachings and by our -- by our vision and mission,
9  then they wouldn't be a good fit for our school.
10   Q.    All right.  So I wanted to go back to
11 your answer about hiring individuals that have
12 different beliefs about sexual orientation.  You
13 answered you couldn't.  Do you remember that?
14   A.    Uh-huh.
15   Q.    Why not?
16   A.    Because they wouldn't be a good fit for
17 our schools.  They wouldn't -- they wouldn't -- they
18 wouldn't fit into the teachings that we require for
19 our students.
20   Q.    What if that individual believed it was
21 okay to have a same-sex attraction, as long as they
22 didn't act on it?
23         MR. REAVES:  Objection.  Calls for
24 speculation.
25   Q.    (BY MS. RUST)  It's okay.  You can

Page 29

1  answer.
2    A.    Again, I probably wouldn't know that
3  during the time of the application or the hiring
4  process, but we have a lot of conversations about our
5  faith throughout the day and in our meetings.
6         And so any type of teaching that I could
7  help encourage the truth of our faith, I would help
8  people to understand.  If I couldn't, our pastors and
9  our priests would be able to do that.
10   Q.    Okay.  Ms. Seul, another difference I
11 noticed about your school is that it's associated with
12 the Disciples of the Hearts of Jesus and Mary.
13         Can you tell me what that is, please?
14   A.    They're an order of priests out of Spain.
15   Q.    What is their role within the preschool?
16   A.    Well, they run the parish and the school,
17 based on the invitation of the archbishop of the
18 diocese.  So they're not specifically Archdiocesan
19 priests, but they do work for the Archdiocese.
20   Q.    Okay.  How does that influence your
21 preschool?
22   A.    They are the guidance for all of our
23 moral and faith decisions that we make in all aspects
24 of our school.
25   Q.    Are their moral and faith decisions

Tracy Seul
December 01, 2023

Page 30

1  different in some way than the Archdiocese moral and
2  faith decisions?
3       A.  No.
4       Q.  Then how come they had to get a specific
5  invitation?
6       A.  Because they're a separate order.
7  They're not an Archdiocesan -- they're not from the
8  United States, so they're not from the Archdiocese.
9       Q.  Do all of your preschool employees, must
10 they sign an Archdiocesan-approved contract?
11      A.  Yes.
12      Q.  Is that the only contract they sign when
13 they are hired?
14      A.  Yes.
15      Q.  Is there any other paperwork specific to
16 St. Mary's Preschool that an employee must sign?
17      A.  There's other documents that they sign
18 because we're a licensed preschool with the State.  So
19 they need to know what the licensing regulation rules
20 and regulations are, and so we have them sign that.
21      We have them sign that they understand
22 our parent handbook and our staff handbook.
23      Q.  You brought up the handbooks.  Does the
24 preschool have the same handbook as your K-through-8
25 school?

Page 31

1       A.  We have a different handbook, but it's
2  superseded by the school's handbook.  And we have
3  different regulations for the State that we need to
4  make sure that we have for our handbook.  So we have
5  some different things that need to be in the handbook
6  that the school might not.
7       Q.  Are you familiar with the K-through-8
8  handbook?
9       A.  Yes.
10      Q.  Okay.  Who wrote that handbook?
11      A.  Father James and Joyce Russell.
12      Q.  Who is Joyce Russell?
13      A.  She's the assistant principal.
14      MS. RUST:  Okay.  Bonnie, can you prepare
15 to pull up the preschool handbook?  That will be
16 marked as Exhibit 21.
17      Q.  (BY MS. RUST)  And, Ms. Seul, again,
18 we're going to do the scroll thing, where Bonnie will
19 share her screen, and while she scrolls, if you could
20 tell me if you recognize what the document is, I would
21 appreciate it.
22      A.  Sure.
23      I recognize it.  That's the preschool
24 parent handbook for this year.
25      Q.  Thank you.  Who wrote this handbook?

Page 32

1       A.  I did.
2       Q.  So does St. Mary's Preschool have a
3  nondiscrimination policy?
4       A.  It has a policy that's in the handbook
5  that's the same or is superseded by the school's.
6       MS. RUST:  Bonnie, can you scroll to
7  page 7, please?
8       Q.  (BY MS. RUST)  All right.  Ms. Seul, does
9  that first paragraph look familiar to you?
10      A.  Yes.
11      Q.  Okay.  Do you need us to make it bigger?
12 Is it okay?
13      A.  No.  It's good.  Thank you.
14      Q.  Okay.  Can you read off to me what is
15 included -- let me strike that.  Let me rephrase.
16      Can you please read the first sentence of
17 that paragraph for me?
18      A.  The first sentence of the last paragraph?
19      Q.  The first sentence under the heading
20 "Nondiscrimination Policy."
21      A.  Sorry.  "The Catholic Schools of the
22 Archdiocese of Denver, under the jurisdiction of
23 Archbishop Samuel J. Aquila, STL, and the direction of
24 the Secretary for Catholic Schools, state that all
25 their Catholic schools admit students of any race,

Page 33

1  color, national or ethnic origin to all the rights,
2  privileges, program and activities generally accorded
3  or made available to students at the schools."
4       Q.  Thank you.
5       So what types of discrimination are
6  listed in that policy?
7       A.  I'm so sorry.  I couldn't understand you.
8  What types of discrimination --
9       Q.  Are listed in that policy.
10      A.  I think it says that we would
11 discriminate.
12      Q.  Let me reask the question.
13      When you wrote this nondiscrimination
14 policy -- sorry.  You're shaking your head.  What does
15 the no mean?
16      A.  Sorry.  I didn't write this policy
17 itself.  I put this into the handbook.
18      Q.  Okay.  Who wrote the policy?
19      A.  This would probably have come from the
20 Archdiocese.
21      Q.  Okay.  And is it correct to say that the
22 categories for nondiscrimination in this policy are
23 race, color, national, or ethnic origin?
24      A.  Yes.
25      Q.  Okay.  Did you consider adding any

Tracy Seul
December 01, 2023

Page 34

1   additional categories to this policy?
2        A.   I add policies like this only under the
3   guidance of the Archdiocese or our principals.  This
4   isn't something that I would make up.
5        Q.   Would you ever expand on it?
6        A.   Only under the guidance of the
7   Archdiocese.
8        Q.   What if Father James wanted you to add
9   additional categories to your nondiscrimination
10  policy?
11       MR. REAVES:  Objection.  Calls for
12  speculation.
13       Q.   (BY MS. RUST)  You can answer.
14       A.   He would also do that under the guidance
15  of the Archdiocese.
16       Q.   Okay.  Would it surprise you if other
17  schools include gender in their nondiscrimination
18  policy?
19       A.   It wouldn't surprise me.
20       Q.   Okay.  All right.
21       MS. RUST:  Bonnie, can we go to page 2,
22  please, of the preschool handbook?  Can you scroll
23  down?  Thank you.
24       Q.   (BY MS. RUST)  So, Ms. Seul, I want to
25  draw your attention to the bulleted statement on this

Page 35

1   page.  This statement says, "St. Mary's Catholic
2   Preschool respects parents as the primary and most
3   important provider of faith formation, care, and
4   nurturing for their children.  We believe parents and
5   teachers are partners in your child's growth and
6   education and look forward to establishing a
7   partnership."
8        And then your name is signed at the
9   bottom.  Did you write that statement in the handbook?
10       A.   I did.
11       Q.   Okay.  Why is it bolded?
12       A.   Because it emphasizes our educational
13  covenant that we don't -- we're not a school that just
14  takes the students and doesn't respect the parents or
15  work with the parents to be able to make sure that we
16  are providing the most -- the best faith formation,
17  care, and nurturing for their children.  It's a
18  partnership.
19       Q.   Why is that important for your preschool?
20       A.   An educational covenant is important for
21  our preschool because we want to make sure that
22  parents understand that it's important for them to
23  abide by and live towards the teachings of the church
24  in their -- as part of their education of their
25  children.

Page 36

1        Q.   Would it be respectful of parents, if
2   they had a different faith, that you work alongside of
3   them?
4        MR. REAVES:  Objection.  Calls for
5   speculation.
6        A.   Again, that would be on a case-by-case
7   basis.  Because, for example, if they were of
8   Christian faith and they wanted to -- but they
9   wanted -- understood and wanted to be a part of our
10  teachings and our vision, then they're more than
11  welcome to be with us, and we have.
12       Q.   (BY MS. RUST)  Okay.
13       MS. RUST:  Let's go to page 4 of the
14  handbook, please, Bonnie.
15       Q.   (BY MS. RUST)  Does the first bullet
16  point under -- strike that.  Let me rephrase.
17       Ms. Seul, did you write this statement of
18  philosophy in the preschool handbook?
19       A.   I did.
20       Q.   The first bullet point under "We believe"
21  says, "Our faith is at the center of everything we
22  teach; however, we strive to support the family and to
23  respect the privacy, individual cultural, and
24  religious differences among our children."
25       Did you write that statement?

Page 37

1        A.   I did.
2        Q.   Okay.  What does it mean by "respect the
3   privacy of the family"?
4        MR. REAVES:  Objection.  Misstates the
5   record.
6        Q.   (BY MS. RUST)  Ms. Seul, I'll rephrase.
7        What did you mean by "we strive to
8   support the family and to respect their privacy"?
9        A.   Well, there are certain things at the
10  school that don't have direct relation to how I teach
11  the students.
12       Q.   What things?
13       MR. REAVES:  Objection.  Calls for
14  speculation.
15       A.   Yeah.  I don't know, but I would respect
16  their privacy.  I'm not going to announce something
17  that has to do with their family to other people in
18  the preschool, for example.
19       Q.   (BY MS. RUST)  What about the second part
20  of "individual cultural and religious differences
21  among our children"?  What does that mean to you?
22       A.   Again, individual cultural, they come
23  from different cultures.  We have students from
24  Vietnam and from Mexico that have different practices
25  that they -- that's part of the universal church that

Tracy Seul
December 01, 2023

Page 38

1   is important to them.  We would respect that.  And
2   religious differences, again, other Christian students
3   come to our school as well.
4        Q.   Okay.  Any non-Christian students?
5        A.   Not at this time, that I know of.
6        Q.   Any non-Christian students during your
7   time as a director?
8        A.   Not that I know of.
9        Q.   Okay.  And does this statement only apply
10  to St. Mary's Preschool?
11       A.   Yes.
12       Q.   Sorry?
13       A.   Sorry.  In that I wrote it for the
14  preschool.
15       Q.   Okay.  Right.  And the preschool handbook
16  only applies to preschool; correct?
17       A.   Right.  And is superseded by the other
18  handbook.
19       Q.   Okay.  So how do you compare this mission
20  statement with your declaration that you submitted to
21  court wherein you state that St. Mary's Preschool asks
22  parents about home life?
23            MR. REAVES:  Objection.  Misstates the
24  record.  And if you're going to ask the witness about
25  another declaration, I would ask that you just pull it

Page 39

1   up, too.
2            MS. RUST:  Sure.  Give us a second.
3            Bonnie --
4            THE REPORTER:  Is that off the record?  I
5   missed that.
6            MS. RUST:  All I said was, I believe it's
7   on the last page of her declaration.
8            So it looks like, Ms. Kelly and
9   Defendants, we're marking the declaration of Tracy
10  Seul as Exhibit 22.
11            Go ahead and scroll.
12       Q.   (BY MS. RUST)  And, again, Ms. Seul,
13  would you let me know if this looks familiar to you?
14       A.   It does look familiar.
15       Q.   And, Ms. Seul, is that your signature?
16       A.   It is.
17       Q.   Okay.
18            MS. RUST:  And scroll down, Bonnie.  I'm
19  going to take one moment, if you'll just be patient
20  with me.
21            Bonnie, would you please go to page 5 of
22  Ms. Seul's declaration?
23       Q.   (BY MS. RUST)  Ms. Seul, if you will look
24  at 26, I believe your declaration states, "In these
25  meetings, we don't just talk about what is going on at

Page 40

1   school.  We talk about what is happening in the home.
2   For example, we show parents how the skills kids are
3   learning in the classroom can be implemented at home.
4   We talk more generally about family life, asking, for
5   example, if families are praying together and going to
6   Mass as a family.
7            Did you write that in your declaration;
8   Ms. Seul?
9        A.   I did.
10       Q.   Okay.  So how do you compare this
11  statement of your declaration, wherein you state that
12  St. Mary's Preschool asks parents about their home
13  life, with the statement in the preschool handbook
14  about respecting privacy of the family?
15            MR. REAVES:  Objection to the extent it's
16  summarizing and misstating witness testimony in the
17  record.
18            Tracy, are you thinking or are we waiting
19  for another question?
20            THE DEPONENT:  I'm sorry.
21            MS. REAVES:  I don't think she realized the
22  question was still on the table.
23            THE DEPONENT:  I'm sorry.
24            MR. REAVES:  If you can ask again, I'll
25  preserve the objection.

Page 41

1            MS. RUST:  Okay.  You're allowed to
2   answer, Ms. Seul.
3            THE DEPONENT:  I'm so sorry.
4            MS. RUST:  Okay.  So let me ask,
5   actually, Ms. Kelly, would you mind reading back my
6   last question?
7            (The last question was read back.)
8            MR. REAVES:  I'll preserve my objection.
9            But you can answer.
10       A.   Okay.  So in the handbook, that's a
11  statement of philosophy.  And, again, I'm not going to
12  announce to other families what is private among that
13  family's practices or beliefs.
14            But in this statement, in my declaration,
15  I'm saying that I will absolutely be bold in asking my
16  families whether they pray together, whether they go
17  to Mass.
18            Now, if they don't, or if they don't pray
19  together, we help and guide them towards our Catholic
20  teaching and our values.
21       Q.   (BY MS. RUST)  So you have -- you will
22  ask a family about private family issues; is that
23  correct?
24            MR. REAVES:  Objection.  It misstates the
25  testimony.

Tracy Seul
December 01, 2023

1  But you can answer it.
2  A.   I don't ask them other, necessarily,
3  private matters, unless it has to do with, like, this
4  number 26 says, if they're praying together, if
5  they're going to Mass, what their -- what their
6  practices are in those regards.
7  Q.   (BY MS. RUST)  You will ask a family
8  about their private religious practices; is that
9  correct?
10  A.   I might.
11  Q.   But you just won't tell the other
12  families in the school about their private religious
13  practices; is that correct?
14  MR. REAVES:  Objection to the extent it
15  puts words in the witness's mouth.
16  But you can answer.
17  A.   I wouldn't presume to talk about people's
18  private matters to other families.
19  Q.   (BY MS. RUST)  Ms. Seul, I'm just trying
20  to understand how you define "privacy."  Because it
21  seems like there is one definition for when you're
22  meeting with a family one-on-one and another
23  definition for the whole school.
24  So could you clarify for me your
25  definition of "privacy," please?

1  A.   Because we're in a partnership with
2  families in the education of their children and in the
3  moral teachings of their children, there are times
4  when I'm going to ask them about their life or they
5  might share with me about their life.  But I will not
6  talk about their private matters to other families.
7  Q.   Is it a problem if a family does not
8  share with you about their private life?
9  MR. REAVES:  Objection.  Hypothetical.
10  Calls for speculation.
11  Q.   (BY MS. RUST)  You can answer.
12  A.   I don't think so.
13  Q.   Would you disenroll a student if the
14  family would not talk to you about their private
15  family matters?
16  MR. REAVES:  Objection.  Calls for
17  speculation.
18  You can answer.
19  A.   No.
20  Q.   (BY MS. RUST)  Would you disenroll a
21  student if a family was not praying together?
22  MR. REAVES:  Same objection.
23  A.   This is all on a case-by-case basis, I
24  would assume, but I don't think I would.
25  Q.   (BY MS. RUST)  Would you disenroll a

1  student if the family was not attending Mass together?
2  MR. REAVES:  Same objection.
3  A.   I don't think that I would.
4  Q.   (BY MS. RUST)  Would you disenroll a
5  student if you found out, in their private family
6  life, the child was being raised as a different gender
7  than the one assigned at birth?
8  MR. REAVES:  Same objection.
9  A.   I've not had that situation.  Again, it
10  would be on a case-by-case basis.
11  Q.   (BY MS. RUST)  Would you disenroll a
12  preschool student who, in their private family life,
13  had same-sex parents?
14  MR. REAVES:  Objection.
15  A.   It would be a case-by-case basis.  I
16  would have to talk with the family.
17  Q.   (BY MS. RUST)  Would you want more facts?
18  A.   I would need to know whether they were --
19  could understand the moral teachings and values of our
20  school and of our faith.
21  Q.   Okay.  Does your preschool have a
22  bullying or harassment policy?
23  A.   As it relates to the State regulations,
24  we wouldn't allow bullying or harassing in any way.
25  MS. RUST:  Bonnie, can we close the

1  declaration and pull up the K-through-8 handbook.  I
2  believe that was previously marked as Exhibit 20.  If
3  you can go to page 48 of the PDF.  I don't think it's
4  page 48 on the -- thank you.
5  MS. MILLER:  Sure.
6  MS. RUST:  Okay.  Yes.  Thank you.  Right
7  there is great.
8  Q.   (BY MS. RUST)  Did you have any input on
9  this bullying and harassment policy, Ms. Seul?
10  A.   Not in the K-8 handbook.
11  Q.   Okay.  Does this policy -- is this one of
12  the policies that also applies to the preschool?
13  A.   Anything in the preschool handbook is
14  superseded by the K-8 handbook.
15  Q.   Is that a yes?
16  A.   Yes.
17  Q.   Okay.  And does your school's harassment
18  policy include harassment based on sexual or gender
19  issues?
20  A.   It does.
21  Q.   And that applies to your preschool?
22  A.   It would if it came up.
23  Q.   Okay.
24  MS. RUST:  Thank you, Bonnie.  You can
25  stop sharing your screen.

Tracy Seul
December 01, 2023

1    Q.   (BY MS. RUST)  Ms. Seul, what is
2   admission to St. Mary's Preschool based on?
3       A.   First, it's an agreement, conversations
4   with parents, making sure they understand what our
5   mission and vision is as a school.
6            We want families to start in our
7   preschool and continue all the way through 8th grade.
8   So we make sure that they understand that we are
9   providing a quality environment for their
10  preschoolers, where they become lifelong learners and
11  understand their faith.
12       Q.   Do you ever have parents decline
13  enrollment because they don't want their child to
14  continue on in your school until 8th grade?
15       A.   There are people who don't continue.
16       Q.   Okay.  What is the uniform policy for
17  preschoolers?
18       A.   It matches pretty well with the K-8
19  school, that we wear red or white polos and white
20  Oxford shirts and blue pants or Dunbar plaid skirts
21  and jumpers.  There's also blue skirts that are
22  allowed for girls in the preschool.
23            We don't always have the same emblems
24  that the higher grades do because those uniforms are
25  expensive and our little preschoolers get messy and

1   grow quickly.
2            So they have to have just plain white and
3   red shirts during the school day.  But for Mass, they
4   have a Mass uniform.
5       Q.   Okay.  Does the same rule in your
6   K-through-8 handbook, that boys and girls can wear
7   pants and shorts, apply to preschool?
8       A.   Yes.
9            MS. RUST:  Nick, I think we've been going
10  for about an hour, and I think this is a good point to
11  take a break, if Ms. Seul would like to break.  And do
12  you mind if we do a 15-minute break?
13            MR. REAVES:  Yeah.  We can do 15, if
14  that's good for you.
15            MS. RUST:  Okay.  Thank you so much,
16  Mr. Reaves.
17            THE REPORTER:  Off the record.
18            (Recess from 10:06 a.m. to 10:20 a.m.)
19            THE REPORTER:  Back on the record.
20       Q.   (BY MS. RUST)  All right.  Ms. Seul, I'm
21  going to switch gears and talk to you a little bit
22  about the preschool's relationship with the Catholic
23  Archdiocese.
24            Are you aware that in the amended
25  complaint it states that the school is subject to the

1   authority of the Archbishop of Denver?
2       A.   Yes.
3       Q.   Okay.  Is that how you would describe the
4   preschool's relationship with the Archdiocese?
5       A.   I take my guidance, especially in the
6   morals and teachings of the church, from the
7   Archdiocese, and also policies that have to do with
8   the schools and the preschools.
9       Q.   Okay.  Thank you.  So how does being
10  subject to the authority of the Archdiocese work, if
11  you're also a school completely under the auspices of
12  the parish and pastor?
13       A.   The decisions that are made locally at
14  the parish and the school are made locally, but always
15  under the auspices of the Archdiocese as well.
16            So the policies, the general policies,
17  guidance, again, especially when they come to moral
18  and religious teachings, come from the Archdiocese, as
19  well as our parish pastor, then, to the school.
20       Q.   Does the school make its own decisions on
21  curriculum?
22       A.   It does, under the guidance of the
23  Archdiocese.
24       Q.   Is there ever a time the school has
25  chosen a different curriculum than the Archdiocese?

1       A.   I don't know that.  And if you're asking
2   about the preschool, there's not a specific curriculum
3   that the Archdiocese recommends, but we have standards
4   that we follow from the Archdiocese, as well as the
5   State.
6       Q.   What is it the curriculum you use in your
7   preschool?
8       A.   There's a number of curriculum that, as I
9   say, come in a box.  We have Handwriting Without Tears
10  and phonics programs called Jump Start.  We have
11  Creative Curriculum.  But we have -- but our teachers
12  form their lesson plans based on the child's interests
13  and needs as well.
14       Q.   Okay.  Do those lesson plans have to be
15  approved by the Archdiocese?
16       A.   Not specifically.
17       Q.   How about by your pastor?
18       A.   Not specifically.
19       Q.   What are some of the standards the
20  Archdiocese has for your curriculum, your preschool
21  curriculum?
22       A.   So they relate to the development of
23  students, introduction of topics that relate to not
24  only things that would be academic standards, but
25  faith-based standards as well.

Tracy Seul
December 01, 2023

Page 50

1    Q.   So in your role as a director, are you
2  able to choose the different curriculums for the
3  preschool?
4    A.   I do.
5    Q.   Does the Archdiocese have input on the
6  dress code for the preschool?
7    A.   Indirectly.
8    Q.   Can you explain that more, please?
9    A.   The policy that the school states for the
10  uniform, again, supersedes what the preschool does.
11  But one of the things that the school has said is okay
12  for our preschools -- our preschools aren't required
13  to have -- our preschools in the Archdiocese, that I
14  know of, aren't required to have uniforms.
15    We choose to because we're part of
16  St. Mary Catholic School K-8 side, right.  So we have
17  a uniform policy based on that.  But we chose to not
18  make all of the uniform pieces the same so it wouldn't
19  be as expensive.
20    Q.   Have you ever received the Archdiocese
21  input in hiring at the preschool?
22    A.   When we do our due diligence in hiring,
23  we would also look to the Archdiocese.  If there were
24  someone who had already been hired by the Archdiocese
25  in another capacity or at another school, we might ask

Page 51

1  them about that person as well in our reference
2  checks.
3    Q.   If there is an employee that hadn't
4  worked for them before, do you have to run that
5  potential hire by the Archdiocese?
6    A.   No.
7    Q.   What does morals and -- sorry -- morals
8  and issues mean to you?
9    MR. REAVES:  Objection.  Lack of
10  foundation.  Vague.
11    MS. RUST:  Thanks, Mr. Reaves.  I can
12  rephrase.
13    Q.   (BY MS. RUST)  What type of direction
14  does St. Mary's Preschool receive from the
15  Archdiocese?
16    A.   Theological and religious teaching.
17    Q.   In your previous testimony, you stated
18  that the Archdiocese guides you in moral and faith
19  decisions; is that correct?
20    A.   Yes.
21    Q.   Okay.  What does that mean, moral and
22  faith decisions?
23    A.   The same thing I stated before, that if
24  there are theological or religious teachings that I
25  might be less familiar with, that they would help us

Page 52

1  to -- with that guidance.
2    Q.   Is it only -- strike that.
3    Do you only seek guidance for teachings
4  that you're less familiar with?
5    A.   Not always.  I might seek guidance on
6  curriculum that we're choosing or I might seek
7  guidance on policies that I might not understand
8  because I haven't run across them before or something.
9    Q.   Does the Archdiocese review your
10  preschool handbook?
11    A.   They have it.
12    Q.   Did they review it?
13    A.   I can't speak for them, whether they did
14  or not, but I'm sure they probably have in some way.
15    Q.   Does the Archdiocese review the internal
16  policies and practices of St. Mary's Preschool?
17    A.   Again, not directly.
18    Q.   Okay.  Can you describe that further,
19  please?
20    A.   The policies that we have at the
21  preschool are also policies that the K-8 school would
22  have and all of those are reviewed and go through the
23  guidance of the Archdiocese.
24    Q.   Are there different policies in your
25  preschool handbook than your K-through-8 handbook?

Page 53

1    A.   There might be developmentally
2  appropriate policies that we have that the K-8 may
3  not.  But, again, all of our -- all of the policies in
4  the preschool handbook are superseded by the school's
5  handbook, when necessary.
6    Q.   So would your mission statement that you
7  wrote in the preschool handbook, about respecting
8  families and their cultural and religious differences,
9  be superseded by the K-8 handbook?
10    MR. REAVES:  Objection.  Misstates the
11  record.  It was a statement of philosophy, not a
12  mission statement.
13    Q.   (BY MS. RUST)  You can answer.
14    A.   Right.  It is different.  It's a
15  statement of our philosophy as a preschool in general,
16  but our mission is the same in the preschool as it is
17  in the K-8 school.
18    Q.   So is the philosophy of your preschool
19  superseded by the K-through-8 handbook?
20    MR. REAVES:  Objection.  Vague.
21    A.   In ways, it is superseded, but I believe
22  it compliments the K-8 student handbook.
23    Q.   (BY MS. RUST)  Does every admission of a
24  child or family in your preschool have to be approved
25  by the Archdiocese?

Tracy Seul
December 01, 2023

Page 54

1      A.   It's approved by our principal, not by
2  the Archdiocese.
3      Q.   **Every admission is approved by your**
4  **principal?**
5      A.   Yes.  After -- after families tour the
6  school and they would like to apply, before they're
7  enrolled, the policy is that they meet with the
8  principal, as well, to introduce themselves, so that
9  he can get to know them and so he can make sure that
10  they understand, from his perspective as well, the
11  mission and vision of the school.
12      Q.   **Let me repeat.  Did you say before or**
13  **after the family -- the child was enrolled?**
14      A.   Our admissions process is a process where
15  they apply, and then they don't -- they aren't
16  enrolled until they've filled out paperwork, until
17  they've signed agreements, and until they've met with
18  the principal.
19      Q.   **Who signs contracts at St. Mary's**
20  **Preschool?**
21      A.   May I ask, what kind of contracts?
22      Q.   **Any contract.**
23      A.   Most of them, I do.
24      Q.   **What type of contracts do you sign?**
25           MR. REAVES:  Objection.  Vague.

Page 55

1      A.   I might sign contracts for -- with people
2  who do business with us that -- for example, we have a
3  speech therapist that comes to the preschool, and so I
4  would sign a contract with her.  I might sign
5  contracts that -- for State programs and funding.
6      Q.   **(BY MS. RUST)  Do you have to get**
7  **Archdiocesan approval on each contract?**
8      A.   We do use the guidance of the Archdiocese
9  for any kind of contracts that we sign.
10      Q.   **Did you follow the Archdiocesan direction**
11  **not to participate in the UPK program?**
12      A.   Yes, I did.
13      Q.   **Okay.  Ms. Seul, did you participate in**
14  **any of the Archdiocesan presentations on the UPK**
15  **program?**
16      A.   I did.
17      Q.   **Did you participate in a presentation**
18  **done by Mr. Moo?**
19      A.   I have.
20      Q.   **Did you participate in a presentation**
21  **done by Mr. Moo in May of 2023?**
22      A.   I did.
23           MS. RUST:  Bonnie, can we pull up the
24  slide show?  And, please, remind me what exhibit that
25  was marked as.

Page 56

1           MS. MILLER:  That was Exhibit 5.
2           MS. RUST:  So we'll be pulling up what
3  has been previously marked as Exhibit 5.
4      Q.   **(BY MS. RUST)  Ms. Seul, as Bonnie**
5  **scrolls, would you just look at this document and let**
6  **us know if it's familiar to you.**
7      A.   It is familiar to me.
8      Q.   **Okay.  Thank you.  What is it?**
9      A.   This was the slide show presentation that
10  the superintendent used during that meeting in May.
11      Q.   **Okay.  And the superintendent, that's**
12  **Mr. Moo; is that correct?**
13      A.   Yes.
14      Q.   **Okay.**
15           MS. RUST:  Bonnie, can you please scroll
16  down?  Page 8.  One more page.  One more page.
17      Q.   **(BY MS. RUST)  Okay.  Ms. Seul, are you**
18  **familiar with this page of Mr. Moo's presentation,**
19  **"Where do we go from here"?**
20      A.   I am.
21      Q.   **Okay.  So did you follow the Archdiocesan**
22  **direction from this slide show stating that you could**
23  **participate in the UPK?**
24           MR. REAVES:  Objection.  Misstates the
25  record and evidence.  Misstates prior testimony.

Page 57

1      Q.   **(BY MS. RUST)  You can answer.**
2      A.   Can you repeat the question?
3      Q.   **Sure.  Did you follow the Archdiocesan**
4  **direction on this slide stating that you could**
5  **participate in the UPK program?**
6           MR. REAVES:  Misstates the record.
7      A.   I -- it was given as a choice; if we
8  wanted to participate, that we could do that.  So it
9  wasn't a direction that we had to.  I did not -- I did
10  not follow this direction because I had already talked
11  to my local coordinating organization and knew that it
12  wouldn't -- I wouldn't be able to participate if I had
13  not signed the agreement.
14      Q.   **(BY MS. RUST)  So is this an instance**
15  **that you received an Archdiocesan directive and you**
16  **did not follow it?**
17           MR. REAVES:  Objection.  Misstates the
18  testimony.  Misstates the record.
19      A.   It wasn't a directive.  It was a choice,
20  if we wanted to pursue the path, that they suggested
21  that we do this.
22      Q.   **(BY MS. RUST)  Does the Archdiocese often**
23  **give you choices?**
24           MR. REAVES:  Objection.  Calls for
25  speculation and vague.

Tracy Seul
December 01, 2023

1    Q.   (BY MS. RUST)  You can answer.
2    A.   I -- they offer guidance for our schools
3  to be able to follow.
4    Q.   Is all of your guidance in the form of
5  recommendations or directives from the Archdiocese?
6         MR. REAVES:  Objection to the extent it
7  puts answers in the witness's mouth.
8    A.   Many of the things -- many of the
9  policies that the Archdiocese recommends can be
10  locally established.  Others come from them and help
11  us with the guidance that they give us to make sure
12  that we're -- that we're in line with the Archdiocese.
13         This particular one was a suggestion; if
14  we wanted to pursue UPK, these were the things that
15  they recommended that we do.
16    Q.   (BY MS. RUST)  And did you want to pursue
17  UPK at this point in time?
18    A.   From this directive from this meeting, I
19  was not going to pursue it, because I had already
20  talked to my local coordinating organization and knew
21  that an unsigned agreement wouldn't help us to be able
22  to participate in the program.
23    Q.   Okay.  So was this slide a directive of
24  the Archdiocesan or a choice?
25    A.   As it says at the top, "For parishes

1  interested in pursuing the pathway."  So if we were
2  interested, then we could do these things.  If we
3  weren't interested, then we weren't going to -- then
4  we didn't need to.
5    Q.   Were you interested, at this meeting?
6         MR. REAVES:  Objection.  Vague as to
7  interested in what.
8         MS. RUST:  I'll rephrase.
9    Q.   (BY MS. RUST)  Ms. Seul, were you
10  interested in pursuing the pathway, as the slide
11  states, to UPK at this meeting?
12    A.   No.
13    Q.   Okay.  We talked a little bit ago about
14  the Disciples of the Hearts of Jesus and Mary.
15         Did that organization have any input in
16  your decision about participation in the UPK?
17    A.   They have every -- they have all input in
18  my decisions to pursue anything that is a contract
19  that I would sign.
20    Q.   Okay.  Can you explain how they have
21  input in your decisions, please?
22    A.   I would explain what the situation is and
23  whether or not they agreed with it.  They give me
24  their -- their input as to whether or not it's
25  something that follows our mission and vision.

1    Q.   So is this -- and correct me if I'm using
2  the wrong terminology.  Is this organization, the
3  Disciples of Hearts in Jesus and Mary -- or I think
4  you said order; is that correct?
5    A.   It is an order.
6    Q.   Okay.
7    A.   It's just order.
8    Q.   So when you have a question, do you have
9  to present this question to the religious order?
10    A.   Our principal is a member of that
11  religious order so yes, I would, because I would
12  follow what the principal would like as well.  I don't
13  work autonomously.
14         THE REPORTER:  Excuse me.  We've had
15  Tanya Wheeler step into the room.  Is that somebody
16  who's supposed to be here?
17         MS. RUST:  Yes, Ms. Kelly.  Tonya Wheeler
18  is the assistant deputy attorney general with our
19  office.
20         THE REPORTER:  Thank you.
21         MS. RUST:  You bet.
22    Q.   (BY MS. RUST)  Ms. Seul, I just am trying
23  to understand how the chain of command works at your
24  school when you make decisions.  So, please, bear with
25  me.

1         So this religious order, when you have a
2  question about your preschool, do you only present it
3  to the principal, or are there other instances where
4  you have to bring your question to multiple people of
5  this order, like their own decision-making authority?
6    A.   Just give me a minute to think about how
7  I want to tell you this.
8         I'm at the bottom of the food chain.  So
9  when there's something that involves the preschool
10  that -- and in this case, it would be the signing of
11  these agreements -- I will find all the information
12  that I need to make sure that I'm making a good
13  decision for the school and for our families.
14         When I do that, I take that to the
15  principal, and I would tell him what I found about
16  this agreement, what I found about this program, and
17  whether or not it's okay with them if I were to sign
18  this agreement.
19         Father James, who's the principal, would
20  then also take that to Father Jose, who's the pastor
21  of the church, and not because they're an order of the
22  Disciples of Jesus and Mary, but because they are the
23  head of our parish and our church and because the
24  school is a mission of their parish, they, again, will
25  make a decision based on what I've presented to them.

Tracy Seul
December 01, 2023

Page 62

1        And then at the same time, they will
2   also, if it's something like this, might also seek the
3   guidance of the Archdiocese.
4        Q.   Thank you.  I drew a little chart.  That
5   helped a lot.
6        Has there ever been a time while you were
7   principal that the guidance from the order and the
8   guidance of the Archdiocese differed?
9        A.   I'm only the -- I'm only the director of
10  the preschool.  I'm not a principal.
11       Q.   I'm sorry.  Director of the preschool.
12       A.   It's okay.  But no.  The guidance from --
13  they would take my professional opinion into their
14  decisions and then, as well, the Archdiocese.
15       So I don't know of a time that I would
16  disagree or would not do what they're saying.  I would
17  always do what they suggest or provide for me.
18       Q.   Are you involved in the meetings that
19  happen with the higher-ups on the food chain, so
20  Father James, Father Jose, the order, and the
21  Archdiocese?
22       MR. REAVES:  Objection.  Misstates her
23  prior testimony.
24       A.   They would seek my professional opinions
25  on things -- on these topics, if necessary.  But,

Page 63

1   again, if I might say, it's not the order.  We have a
2   principal, it's Father James; we have a pastor of our
3   parish, Father Jose; and those are the two that have
4   input into what happens at the school.
5        And then they would use -- they would go
6   to the Archdiocese, as well, for anything specific.
7   It's not the entire order that matters, just to be
8   clear.
9        Q.   (BY MS. RUST)  Are you ever involved in
10  those meetings between Father James, the other
11  Father -- sorry.  I'm blanking on his name -- and the
12  Archdiocese?
13       A.   Yes.
14       Q.   Okay.  So would you know if there was a
15  difference of opinion between those parties?
16       A.   Not always.
17       Q.   Okay.  All right.  Ms. Seul, I'm going to
18  change topics to talk about the physical layout of
19  your preschool.
20       How many preschool classrooms does
21  St. Mary's have?
22       A.   We have five preschool classrooms.
23       Q.   Okay.  Are they located in the same
24  building as your K-through-8 school?
25       A.   They are in the same building.

Page 64

1        Q.   How many students in each classroom?
2        A.   Each classroom varies in enrollment, but
3   we don't go higher than 20 per classroom per day.  But
4   there might be more enrolled in that classroom because
5   of the schedule that they keep.  They don't all have
6   to come Monday through Friday, all day, every day.
7        Q.   How do children get divided up into
8   different classrooms?
9        A.   Mostly it's by age.  A few of the
10  classrooms are by the amount of days that they come
11  per week.
12       Q.   Can you tell me specifically by age how
13  they're divided?
14       A.   We have a 2 1/2-year-old classroom where
15  those students can come -- can be enrolled or start
16  any time during the school year, once they reach
17  2 1/2.
18       We have a 3-year-old classroom where
19  those students need to be 3 by October 1st.
20       We have three 4-year-old classrooms.  The
21  one -- the first 4-year-old classroom also has older
22  3-year-olds in it.  And, again, those 4-year-olds turn
23  4 by October 1st.
24       We have a 4-year-old classroom where they
25  turn 4 by October 1st and come any number of days a

Page 65

1   week.  And we have a 4-year-old classroom where they
2   turn 5 early in the school year.  We call that our
3   transition kindergarten or our junior kindergarten.
4        Q.   Okay.  And then how does the amount of
5   days enrolled factor into these classrooms?
6        A.   The junior kindergarten classroom, those
7   students need to come four or five days a week.  The
8   other classrooms can come any number of days,
9   depending on the parent preference and schedule needs.
10  And then, of course, our ratios and capacities.
11       Q.   Okay.  Do you have a policy of minimum or
12  maximum days a week that a student can come to school?
13       A.   4-year-olds, we ask that they come at
14  least three days a week, but they can come two days a
15  week.  No one asks for less than that.  But we would
16  allow it, if they did.
17       Q.   Okay.  All right.  Can you please
18  describe the general setup of the preschool
19  classrooms?
20       A.   We have four classrooms that are under
21  what we call the west wing.  That's underneath our
22  kindergarten and first grade classrooms.  So there are
23  four classrooms there.
24       And then our fifth classroom is a
25  renovated room from what used to be the old youth room

Tracy Seul
December 01, 2023

Page 66

1  for the church.  So there's a classroom on that side
2  as well.  It's kind of separated from the other four
3  rooms.
4       Q.  Are your classrooms, do they have
5  assigned seating?
6       A.  No.  We're center-based, so they have
7  access to the entire room.
8       Q.  What centers do you provide children?
9       A.  There are all types of academic centers.
10  We have centers in science and math, literacy and
11  language, a book area, block area, dramatic play.  All
12  things that are typical and developmentally
13  appropriate for preschools.
14       Q.  Okay.  Anything in your preschool
15  classrooms divided by gender?
16       A.  No.
17       Q.  Is your preschool classroom set up to
18  include children with disabilities?
19       A.  Yes.
20       Q.  Can you describe how?
21       A.  We have a number of materials for
22  students in any developmental capacity that they might
23  be in.  We also -- we serve students with autism and
24  Down syndrome, so we have developmentally appropriate
25  materials that they might need for their specific

Page 67

1  accommodations.
2       Q.  Are your preschool classrooms ADA
3  compliant?
4       A.  Yes.
5       Q.  Would you please describe the layout of
6  your preschool bathroom?
7       A.  So four of our classrooms have a bathroom
8  in them, with one toilet and a sink.  The fifth
9  classroom, that I was telling you about that is part
10  of the renovated youth room, uses the bathrooms that
11  are nearest to the gym.  So there's a boys and a girls
12  bathroom there with different -- I think two or three
13  different stalls.  I'm not quite sure.
14       Q.  So the majority of your classrooms
15  utilize gender-neutral bathrooms?
16       MR. REAVES:  Objection.  Misstates the
17  testimony.
18       Not gender-neutral, but there is one
19  toilet in the room, in the bathroom that they use.
20       THE REPORTER:  I'm sorry.  Niki, that
21  question cut out.
22       Q.  (BY MS. RUST) My apologies.  And I'm
23  sorry, Ms. Seul.  I spoke over you.
24       Is there a urinal in that bathroom?
25       A.  There are no urinals in our -- in the

Page 68

1  four classrooms that have the bathrooms.  There are
2  urinals in the boys bathrooms that are near the gym.
3       Q.  Okay.
4       A.  But the boys don't really use those.
5  They're too little.
6       Q.  So your classrooms with the bathroom, one
7  bathroom inside the classroom, do your boy students
8  use that bathroom?
9       A.  Yes.  All students use those bathrooms.
10       Q.  Okay.  Do your girl students use that
11  bathroom?
12       A.  Yes, they do.
13       Q.  Okay.  Is that bathroom ADA compliant?
14       A.  As far as I know.  I don't know all the
15  ADA specifically, but I think it is.
16       Q.  Okay.  Do you have the opposite gender
17  ever need to assist preschool students in the
18  restroom?
19       A.  I'm sorry.  You did cut out at the
20  beginning.  Were you asking about our employees?
21       Q.  No problem.  Let me restate the question,
22  Ms. Seul.
23       Do staff of the opposite gender ever need
24  to assist preschool students in the restroom?
25       A.  Yes, they do.

Page 69

1       Q.  Okay.  How often does that happen?
2       A.  Probably daily.
3       Q.  Okay.  So do you have a female teacher
4  helping a little boy to go to the restroom?
5       A.  Yes.
6       Q.  Have you ever had a male teacher help a
7  little girl go to the restroom?
8       A.  We had an aide that was a young man,
9  during the summer, and yes, I believe he may have --
10  no.  No.  Probably not.
11       Q.  Okay.
12       A.  He was probably -- he wouldn't have been
13  one that would help in the bathrooms.  He was an aide
14  that did sports, so he wouldn't have been there.
15       Q.  Ms. Seul, do your preschool classrooms
16  with one bathroom have a policy about how many
17  children can be in the bathroom at a time?
18       A.  Yeah.  We only allow one student in the
19  bathroom at a time.
20       Q.  Okay.  Do you allow multiple students in
21  the single bathroom if they are washing hands?
22       A.  We do, if it's just handwashing time,
23  uh-huh.
24       Q.  Okay.  And when you allow those multiple
25  students for handwashing time, are there boys and

Tracy Seul
December 01, 2023

Page 70

1   girls in the bathroom?
2       A.   There might be.
3       Q.   Ms. Seul, do your preschoolers use any
4   other facilities within St. Mary's?
5       A.   They are part of the entire school in the
6   parish, so we do use other, not classrooms, but other
7   spaces in the building.
8       Q.   Do they -- do your preschoolers use the
9   gym facilities?
10      A.   Not regularly.
11      Q.   Do they use the lunchroom?
12      A.   No.
13      Q.   Okay.  Do your preschool students travel
14  amongst your school regularly?
15      A.   We have a large campus and we try and
16  stay outside as much as we can, so they are outside,
17  outdoors.  We have a greenhouse and a garden they go
18  to.  We go to Mass in the church.  And they may visit
19  another classroom of the older students, but not in
20  a -- you know, just a quick visit type of thing and
21  not stay there for the day or anything like that.
22      Q.   Okay.  When your students enter Mass, do
23  they enter together as a class or are they divided by
24  gender?
25      A.   They enter as a class.

Page 71

1       Q.   Okay.  All right.  And your preschoolers
2   don't use a locker room; correct?
3       A.   I'm sorry.  Did you say locker room?
4       Q.   Yes.  Locker room.
5       A.   No.  They don't use a locker room.
6       Q.   Okay.  All right.  Ms. Seul, can you
7   please describe an average daily preschool schedule?
8       A.   Sure.  Our day starts -- we have a few
9   different schedules.  They can come from 8:00 to
10  12:00.  They can extend that day until 1:00 or extend
11  that day until 3:00.  But then also, they can come
12  before or after school from 7:00 until 6:00 at night.
13      Q.   And for clarity, is that 7:00 a.m. until
14  6:00 at night?
15      A.   Yes.  Yes.
16      Q.   And we talked earlier about the different
17  curriculum you've used.  Is that the curriculum you
18  use for every single preschool student?
19      A.   Yes.
20      Q.   And is that curriculum inclusive to
21  students with disabilities?
22      A.   Yes.
23      Q.   Ms. Seul, are you familiar with the
24  document Guidance for Issues Concerning the Human
25  Person and Sexual Identities, that is disseminated by

Page 72

1   the Office of Catholic Schools at the Archdiocese?
2       A.   I'm familiar with it.
3       Q.   Okay.  Does St. Mary's Preschool use that
4   document as a part of its educational program?
5            MR. REAVES:  Objection.  Vague.
6       A.   Not as part of the program.  We use it as
7   guidance from the Archdiocese.
8       Q.   (BY MS. RUST)  How so?  Can you explain
9   that further?
10      A.   It helps to make sure that we -- it helps
11  us in the guidance from the Archdiocese to understand
12  how we ensure the dignity and respect of all students
13  that come to our school.
14           MS. RUST:  Bonnie, can we pull up that
15  document, please, and go to page 6?  And I believe
16  this has been previously marked as Exhibit 12.
17      Q.   (BY MS. RUST)  Okay.  Ms. Seul, the
18  second full paragraph of this page that says, "In
19  addition, schools and religious education" -- yeah,
20  "religious education should address the topic with
21  students directly, at appropriate ages, with notice to
22  or permission from parents."
23           If you read further, it's referring to
24  specialized classes in chastity or theology of the
25  body.

Page 73

1            Are you familiar with this paragraph?
2       A.   I can see that paragraph, yeah.
3       Q.   So does St. Mary's Preschool have a
4   curriculum that addresses the topics as directed by
5   the Archdiocese?
6       A.   This particular sentence addresses middle
7   school and high school-aged children.  So to the
8   extent that it would -- that those topics would assist
9   a 7th to 12th grader, no, we don't do that.  But we do
10  have a theology of the body curriculum that is
11  preschool appropriate.
12      Q.   Okay.  Can you explain that more, please?
13      A.   We teach children to understand who they
14  are based on their being a child of God, and that they
15  have dignity and respect for that body and that of
16  others.
17      Q.   Okay.  Do you have that curriculum in
18  writing?
19      A.   So that -- so this particular curriculum
20  that you're addressing in this document is for middle
21  schoolers.  Theology of the body is a philosophy that
22  goes to all Catholic -- that pertains to all Catholic
23  students.  But I wouldn't teach all of the components
24  of theology of the body because they're not middle
25  schoolers or high schoolers.

Tracy Seul
December 01, 2023

Page 74

1    The components that they can understand
2  from their perspective are the ones about
3  understanding who they are.  And so we take the
4  introduction of theology of the body that starts in
5  kindergarten and use that as some of the bases for
6  what we teach from that perspective.
7    And then there's another piece of our
8  theology education that we use, it's called Catechesis
9  of the Good Shepherd, that doesn't relate to this.
10    Q.   So my question was regarding do you have
11 this age-appropriate curriculum that you just
12 described in writing?
13    A.   It is in writing.  It is in writing.  But
14 we don't have it in the preschool specifically.
15 Excuse me.
16    Q.   Okay.  So how do your teachers know to
17 address these topics within their curriculum at the
18 preschool if it's not in writing?
19    A.   We have the standards, faith and
20 religious standards that we have from the Archdiocese,
21 that we use as guidance for all of our teachings.
22    Q.   I think you stated this philosophy of the
23 body, and how you make it age appropriate for
24 preschoolers is to get to know who they are; is that
25 correct?

Page 75

1    A.   Yes, to understand who they are.  Uh-huh.
2    Q.   Okay.  What if that preschooler, a part
3  of who they are is having same-sex parents?
4    MR. REAVES:  Objection.  Calls for
5  speculation.
6    Q.   (BY MS. RUST)  You can answer.
7    A.   I haven't had that situation at the
8  school.
9    Q.   Okay.  What if that preschooler, who they
10 are is a transgendered preschooler?
11    MR. REAVES:  Objection.  Calls for
12 speculation.
13    A.   I also have not had that situation.
14    Q.   (BY MS. RUST)  You haven't had either of
15 those situations since you've been a director of the
16 preschool?
17    A.   No, I have not.
18    Q.   Ms. Seul, this Exhibit 12, also in the
19 paragraph -- the first full paragraph starting with
20 "Practically speaking," it directs Archdiocesan
21 schools to have learning sessions with parents
22 regarding the theology of the body.
23    Is that your understanding of that
24 paragraph?
25    MR. REAVES:  Objection.  Misstates the

Page 76

1  record.
2    You can take time to read it, if you want
3  to.
4    THE DEPONENT:  Thank you.
5    A.   So we do have educational webinars and
6  seminars that parents can participate in or they have
7  conversations with their teachers or through the
8  principal.
9    But, again, this particular section talks
10 about K-6, so it's not really preschool that we
11 address most of what's in there.
12    Q.   (BY MS. RUST)  Does it talk about -- I
13 mean, I see that it talks about K through 6, but is it
14 your understanding that this paragraph is only
15 applicable to K through 6 and is not giving that as an
16 example?
17    MR. REAVES:  The document speaks for
18 itself.  You can answer.
19    A.   I think that the -- so the presentations
20 to parents should occur on a recurrent basis in
21 K through 6, where it speaks to gender ideology in
22 media and advertising directed toward children.
23    We would definitely be bold with our
24 parents about being careful about what they let their
25 children see and watch that would not follow the

Page 77

1  teachings of our church, as explained in that
2  sentence.
3    Q.   (BY MS. RUST)  Do you consider St. Mary's
4  Preschool a Catholic school?
5    A.   We are part of a Catholic school, yes.
6    Q.   Does St. Mary's Preschool offer
7  presentations on gender ideology for parents?
8    A.   Not on gender ideology, but in relation
9  to how gender ideology is presented in the media and
10 advertising directed toward children, including, for
11 example, shows produced by Netflix, et cetera, yes.
12 We would talk to our parents about being careful with
13 what they let their children watch.
14    Q.   Would that be in a one-on-one
15 conversation?
16    A.   Not really one-on-one, but would be a --
17 might be a conversation, might be part of a seminar,
18 might be part of a discussion group.  There might be a
19 number of different ways where this might come up.
20    Q.   Ms. Seul, is it your opinion, from your
21 familiarity with this document, that it's
22 developmentally appropriate to talk to preschoolers
23 about gender ideology?
24    MR. REAVES:  Objection to the extent that
25 she's testifying here on behalf of St. Mary's

Tracy Seul
December 01, 2023

Page 78

1  Preschool and not her own opinion, but she can answer.
2  A.   We will always tell our students what we
3  believe to be true, that marriage is between a man and
4  a woman.
5  Q.   (BY MS. RUST)  Are there any classroom
6  activities at the preschool segregated by gender?
7  A.   No.
8  Q.   All right.  Ms. Seul, could you please
9  explain what is meant by "diverse backgrounds,"
10  referenced in paragraph 2 of the amended complaint, of
11  St. Mary's Preschool students?
12  A.   I'm sorry.  I'm not sure what document
13  you're talking about.
14  Q.   Okay.
15  A.   I'm sorry.
16  Q.   Give us a second.  We can pull it up.
17  Ms. Seul, is this document familiar to
18  you or would you like us to scroll through it?
19  A.   Oh, yes.  No.  Thank you.  I was just
20  making sure that I was talking about the same thing.
21  Q.   No problem.  So this is the amended
22  complaint, which has been previously marked as
23  Exhibit 15.  Number 2 on this page states that
24  "Parents who send their children to these
25  preschools" -- and that's in reference to St. Mary's

Page 79

1  Catholic parish and St. Bernadette's Catholic
2  parish -- "come from diverse backgrounds and varying
3  economic circumstances."
4  So I was wondering if you could please
5  explain further the diverse backgrounds of your
6  St. Mary's Preschool students.
7  A.   We have students from different countries
8  and we have students who -- of different races that
9  come to our school.
10  Q.   Okay.  Different religions?
11  A.   There are different religions as well.
12  Q.   What religions?
13  A.   I don't know specifically, but I know
14  that there are other Christian families at our school
15  that aren't Catholic specifically.
16  Q.   And what other countries do you have
17  students from?
18  A.   Vietnam, Poland, Mexico.  I'm sure
19  there's others I can't think of right now.
20  Q.   What other races?
21  A.   We have Hispanic and non-Hispanic from
22  other countries represented at our school.
23  Q.   Can you explain a little bit more
24  non-Hispanic from other countries?
25  A.   Well, we have people from other Latin

Page 80

1  countries that don't consider themselves Hispanic.
2  Q.   Okay.  Does diverse background also
3  include students with disabilities?
4  A.   Yes.
5  Q.   How many students that are currently
6  enrolled at your preschool are disabled?
7  A.   The definition of disabled is that they
8  have a physical condition.  We have one student with
9  Down syndrome right now, but others who have -- who
10  may have some other developmental challenges.
11  Q.   And how many other students with
12  developmental challenges?
13  A.   I'm not sure I can say specifically right
14  now, but maybe another five or so.
15  Q.   And what are those developmental
16  challenges?
17  A.   We have some students that have -- that
18  are in speech therapy or may have some processing
19  challenges because of those speech issues.  We also
20  have some students who are -- who see an occupational
21  therapist and behavioral therapist.
22  Q.   Do you have any autistic students?
23  A.   Not this year, that I know of.
24  Q.   Did you have any last year?
25  A.   We did have two that were diagnosed on

Page 81

1  the spectrum last year.
2  Q.   Are they now in your kindergarten
3  program?
4  A.   They are.
5  Q.   Could you please explain what is meant,
6  in paragraph 2 here, as varied economic circumstances,
7  in terms of your preschool enrollment?
8  A.   So there are parents who may need
9  financial and scholarship help because of their --
10  because they may be a one-income family or there might
11  be -- or they may have more than one student at the
12  school.
13  So they may have different economic
14  circumstances like that, or they may also be
15  economically stable in their minds.  But you know what
16  I mean.  They may be economically stable and they
17  don't need scholarships.
18  Q.   Are all of your students currently
19  enrolled in preschool from a low-income family?
20  A.   I'm sorry.  What family?
21  Q.   A low-income family.
22  A.   Not all of them, no.
23  Q.   What percentage?
24  A.   I wouldn't know specifically, partly
25  because of that definition.  I don't know what

Tracy Seul
December 01, 2023

1 constitutes low versus any other economic
2 circumstance.
3          But we have students that are on
4 scholarship with us.  If they have students in the K-8
5 program, they can also receive scholarships.
6      Q.   Okay.  So this phrase, "varied economic
7 circumstances," what do you understand that to mean?
8      A.   Again, that they have -- that they may be
9 low-income or high-income families.
10     Q.   How many families currently enrolled are
11 what you consider high-income families?
12     A.   I don't know if I have a definition, but
13 if I were to say someone who can pay their tuition
14 without assistance, that would be someone who is
15 economically stable.  Someone that's low income may
16 need assistance in some way.
17     Q.   Okay.  What percentage of enrolled
18 preschoolers right now do not need assistance with
19 tuition?
20     A.   Again, I don't know if it's that they
21 don't need it, but they don't have assistance with
22 their tuition through the school.  But I would say
23 there's approximately -- I don't know -- maybe
24 75 percent of our families do not require some sort of
25 assistance from the school.

1      Q.   Okay.  Of your currently enrolled
2 preschoolers, how many are Catholic?
3      A.   Approximately 90 percent, I would think.
4 Maybe a little more.
5      Q.   How many are non-Catholic?
6      A.   That other 10 percent.
7      Q.   How many are parishioners of St. Mary's?
8      A.   I don't have the specific numbers of the
9 preschoolers.  But in general, of all of the K-8
10 school as well, there's about 54 percent of the school
11 that is made up of the parishioners of St. Mary.  So
12 it would come to reason that most -- that it would be
13 about the same in the preschool.
14     Q.   Okay.  So the 50 -- sorry.  What was that
15 percentage you just said?  54?
16     A.   54 percent of the people -- 54 percent of
17 our students in the whole school are parish families.
18     Q.   Does that number include the preschool or
19 is that number just K through 8?
20     A.   No.  I think that -- like I say, I think
21 it's probably a combined total of that.  And I would
22 think that if you just took the preschool numbers --
23 we don't really track that specifically to know for
24 sure -- but I would think that it's about the same
25 number.  It's probably not much more.

1          If students come to us from the parish,
2 they stay with us from the parish.  And so they
3 wouldn't come to the preschool and then not go to K-8
4 from the parish.  So it would be about the same
5 number, I'm sure.
6      Q.   So all your students in the K-8 program
7 were also preschoolers at your program?
8          MR. REAVES:  Objection.  Misstates the
9 testimony.
10     A.   No.  No.  If they came to preschool -- if
11 they were a parishioner, a parish family that comes to
12 the preschool, it's likely that they will continue
13 through 8th grade.
14     Q.   (BY MS. RUST)  How many families
15 currently enrolled are members of Archdiocese
16 churches?
17     A.   Of those 90 percent that are Catholic, I
18 would assume all of them are registered at some
19 Catholic parish in either the Archdiocese of Denver or
20 the Diocese of Colorado Springs.
21     Q.   Okay.  Do you have a wait list for
22 enrollment at your preschool?
23     A.   Not right now.
24     Q.   Okay.  Do you track, at your preschool,
25 what students stay through the whole year?

1      A.   I can't think of -- I can't think of
2 students who leave in the middle of the year.
3      Q.   Okay.  Does St. Mary's offer food help to
4 students?
5      A.   Not specifically, but our church and our
6 parish has a food bank that they're welcome to use if
7 they would need to.
8      Q.   Okay.  Do students appear in adequately
9 warm clothes at the preschool?
10     A.   Yes.
11     Q.   Does your preschool do outreach for
12 enrollment?
13     A.   We advertise outside of the school for
14 enrollment.
15     Q.   Where do you advertise?
16     A.   Just in social media.  But most of our
17 enrollment comes from word of mouth.
18     Q.   All right.  Ms. Seul, has there been any
19 instance at St. Mary's Preschool where you enrolled a
20 student who adopted a gender identity different from
21 his or her biological sex?
22     A.   I have not had that at the school.
23     Q.   Okay.  Any instance where the preschool
24 has had to disenroll a student who adopted a gender
25 identity different from his or her biological sex?

Tracy Seul
December 01, 2023

1    A.   No.
2    Q.   Okay.  Any instance at your preschool
3  where you enrolled a student and their parent had
4  adopted a different gender identity from his or her
5  biological sex?
6    A.   That I know of, no.
7    Q.   Okay.  Any instance at your preschool
8  where you've enrolled a student who identified as
9  LGBTQ?
10    A.   No.
11    Q.   Any instance where you've had to
12  disenroll a LGBTQ student at your preschool?
13    A.   No.
14    Q.   Any instance at your preschool where you
15  enrolled a student because their parent or guardian
16  was LGBTQ?
17    A.   Not that I know of.
18    Q.   Okay.  Have you had any instance during
19  the enrollment process that you found out a student's
20  parents identified as LGBTQ?
21    A.   I can't think of any.
22    Q.   Any instance in the preschool where you
23  enrolled a student who's in a same-sex relationship?
24    A.   Not that I know of.
25    Q.   Okay.  Any instance in a preschool where

1  you enrolled a student whose parents or guardians were
2  in a same-sex relationship?
3    A.   No.
4    Q.   Any instance during your enrollment
5  process that you found out a student's parents were in
6  a same-sex relationship?
7    A.   No.
8    Q.   Any instance where the preschool enrolled
9  a student who has single parents?
10    A.   Single parents, yes.
11    Q.   Okay.  Any instance where the preschool
12  has enrolled a student whose parents are divorced?
13    A.   Yes.
14    Q.   Has there been any instance at your
15  preschool where you have been asked to recognize or
16  facilitate a gender transition of a student?
17    A.   No.
18    Q.   Has there been any instance at your
19  preschool where you've been asked to grant an
20  accommodation that recognizes a different gender than
21  the gender assigned at birth of a student?
22    A.   No.
23    Q.   Has there been any instance at your
24  preschool where you were asked to grant an
25  accommodation that suggested a change in sexual

1  identity of a student?
2    A.   No.
3    Q.   Ms. Seul, can you -- I know we touched on
4  this briefly, but can you walk me through the
5  pre-enrollment interview and screening process at your
6  school?
7    A.   Yes.  We -- when parents contact us
8  because they're interested in our school, they fill
9  out an inquiry form online that asks, you know, basic
10  information about their name, address, what -- their
11  students' ages and things, and what parish they might
12  belong to, why they would want to come to St. Mary.
13         Then we set up a tour with them.  And
14  during that tour, we're very specific about who we are
15  and how we -- our educational philosophies, our
16  educational covenant.
17         Then during that tour as well, we find
18  out from them what their expectations are and make
19  sure that we are a good fit for each other; that they
20  understand where we're -- what our policies entail and
21  what our vision and mission is.
22         And then if they choose to continue the
23  application process, then there's an application that
24  they fill out, that has a little bit more information
25  for us.

1         And then they -- and then before they are
2  enrolled or before they fill out the enrollment
3  paperwork, they set a meeting with Father James so
4  that he can meet them and find out a little bit more
5  about them, get to know them a little bit and also,
6  then, help to explain the vision and mission around,
7  is there any other questions that they might have
8  before they enroll.
9    Q.   Okay.  Has there ever been an instance
10  where you are being very specific with the family
11  about who you are, as you put it, and what is expected
12  at your preschool, that the family decided your school
13  is not a good fit?
14    A.   Yes.
15    Q.   How often?
16    A.   We don't track those numbers
17  specifically.  But certainly we have people who come
18  to the school who choose not to stay there, or they
19  may be going to other schools to do the same thing,
20  find out about those schools and choose a different
21  one than us.
22    Q.   Were there any this school year?
23    A.   Yes.
24    Q.   Do you know the reason why they decided
25  your school was not a good fit?

Tracy Seul
December 01, 2023

Page 90

1      A.   Another thing that we don't track very
2  often, but often when you're choosing a school and
3  certainly in preschool, I can speak more specifically
4  to that, people -- people join us based on a feeling,
5  if they feel like they're going to be loved and cared
6  for as much as their educational -- in the quality of
7  the educational environment that we have.
8           So it might just be something that they
9  don't -- that doesn't click with them and they find a
10  better place in another school.
11      **Q.   Did any of these families give you a**
12  **reason this past year of why they weren't -- they**
13  **didn't think your school was a good fit?**
14      A.   I don't -- we don't track that
15  specifically.  We don't go back and ask them
16  specifically.
17      **Q.   Okay.  Has there ever been a time, as**
18  **director of the preschool, where you thought a family**
19  **was a good fit and Father James didn't?**
20      A.   There may have been times where I have
21  wanted to bring a family in, that he sees a different
22  perspective or had a different conversation with them
23  that made him feel like they wouldn't be a long-term
24  fit for the school.
25      **Q.   I'm sorry, Ms. Seul.**

Page 91

1      A.   I'm sorry.  There's also times, and one
2  of those, as an example, might be a situation where a
3  family has a student with special needs that we might
4  be able to take care of in the preschool, but that may
5  not be a good fit for the K-8 side of the school.
6           So we have a resource department that
7  helps us with these things, but they may not be able
8  to accommodate in the way that's best for the student
9  and the family.
10      **Q.   Do you always turn away students if you**
11  **don't think that they will continue on through the**
12  **8th grade?**
13      A.   No.
14      **Q.   Any other examples of a situation where**
15  **Father James had a different perspective on a family**
16  **than you did?**
17      A.   He may bring concerns about families
18  whose students aren't baptized yet or parents who
19  haven't been married in the Catholic Church, so they
20  have differing views on -- from their -- from their
21  religious values.
22           It doesn't make it a deciding factor that
23  he says no to bringing them in.  It just helps us to
24  be able to know where we start with that family in
25  their educational journey as a family and as a

Page 92

1  student.
2           MR. REAVES:  Could I just ask?  Is the
3  light bothering you?  The light is really coming in.
4           THE DEPONENT:  It's not bothering me, but
5  it's really hot over here.
6           MR. REAVES:  Can we just take a quick
7  pause and I'll close the blinds a little bit?
8           MS. RUST:  Sure.
9           MR. REAVES:  Thank you.
10           THE DEPONENT:  Sorry.  Thank you.  It,
11  all of a sudden, really hit us.  We work at a
12  beautiful campus here, but it's very bright.  Perfect.
13  Thank you.
14           MS. RUST:  The sun is peeking out today.
15           THE DEPONENT:  Yeah.  Finally.
16           MR. REAVES:  Thank you.
17           THE DEPONENT:  Okay.
18           MS. RUST:  All right.  Are we ready to
19  continue?
20           THE DEPONENT:  Yes.
21           MS. RUST:  Great.
22      **Q.   (BY MS. RUST)  Would there be an issue --**
23  **strike that.**
24           **Ms. Seul, can you explain the ongoing**
25  **assessment process your preschool does to make sure a**

Page 93

1  **child and family understand and accept the world view**
2  **and convictions of your church?**
3      A.   That seems to be combining two different
4  things.  We do ongoing assessments of our students
5  developmentally, both academically and certainly we're
6  bold enough to make sure that they're also growing in
7  their faith as a family and as a student.
8           And then we also -- so we make sure that
9  that happens as an ongoing assessment.  But then
10  the -- yeah.  That's all.  That's how our ongoing
11  assessment works.
12      **Q.   Okay.**
13           MS. RUST:  Bonnie, can we bring back up
14  the amended complaint?  And if we can go to
15  paragraph 15.  So this has been marked Exhibit 15.
16      **Q.   (BY MS. RUST)  And we're going to**
17  **paragraph 15, Ms. Seul.  Okay.**
18           **So there's 15, which talks about**
19  **requiring parents, who send their children to**
20  **preschool, understand and accept the community's world**
21  **view and convictions regarding Catholic moral issues**
22  **like life, marriage, and human sexuality.**
23           MS. RUST:  And then can we go to
24  paragraph 75, please, Bonnie?  Or 74.  Sorry.  There
25  we go.

Tracy Seul
December 01, 2023

Page 94

1    Q.   (BY MS. RUST)  Okay.  Paragraph 74 says,
2  "One way St. Mary's Preschool ensures families share
3  its vision is by having in-person meetings with all
4  perspective families before enrolling them in the
5  preschool program.  This is necessary to ensure that
6  the school and family are a good match and that
7  families understand St. Mary's Catholic beliefs and
8  expectations."
9           So is there any type of ongoing process,
10  through the school or at your preschool, to ensure a
11  family remains a good match and continues to
12  understand your Catholic beliefs and expectations?
13           MR. REAVES:  Objection to the extent it
14  misstates the record.
15           You may answer.
16      A.   Once we enroll a family, we try
17  everything we can to make sure that they understand
18  our vision, and continue to work with all of our
19  families to help them in their -- grow in their
20  Catholic faith and in their understandings of our
21  expectations.  It's a relationship.
22      Q.   (BY MS. RUST)  What if a student's
23  parents divorced halfway through the school year?  How
24  would a school assess that family being a good match?
25           MR. REAVES:  Objection.  Calls for

Page 95

1  speculation.
2      Q.   (BY MS. RUST)  You can answer, Ms. Seul.
3      A.   We take all of their family situations
4  into account as we take care of their family and their
5  students.  Divorce itself isn't a -- isn't a reason
6  not to believe in our convictions or in our world
7  view.
8      Q.   Does it align with your convictions and
9  world view of family and marriage?
10      A.   I'm not the theologian in the room, but
11  divorce happens in our society, and our church works
12  to help families work through that from our -- from
13  the basis of our teachings.
14      Q.   Okay.
15           MS. RUST:  Bonnie, can we go back and
16  pull up the -- I believe this is the K-through-8
17  handbook, and go to page 49.
18      Q.   (BY MS. RUST)  Ms. Seul, I'm going to
19  show you -- we're back to the student handbook from
20  K through 8, which has been previously marked as
21  Exhibit 20.
22           I want to draw your attention to the
23  section titled "Withdrawal for breaking the
24  Educational Covenant."
25           What does that mean, the educational

Page 96

1  covenant?
2      A.   We develop an educational covenant with
3  the families to help the student flourish and
4  become -- to become who they are and to make sure that
5  they are -- have academic excellence, develop a
6  friendship with Christ, and so forth.
7           But that educational covenant is a
8  covenant between our staff, the families, and the
9  student.
10      Q.   So it involves the parents, as stated on
11  this page; is that correct?
12      A.   Yes.
13      Q.   Okay.  Has a preschool student ever been
14  asked to leave based on their parents breaking the
15  educational covenant?
16      A.   No.
17      Q.   Okay.
18           MS. RUST:  We can close that out.
19      Q.   (BY MS. RUST)  Ms. Seul, has there been
20  any instance where the preschool refused enrollment of
21  a child for any reason?
22      A.   I'm sorry.  Did you say refused
23  enrollment or --
24      Q.   Yeah.
25      A.   There have been times where we might have

Page 97

1  suggested that it wouldn't -- that the school might
2  not be a good fit for their student.  Again, it might
3  have been because of the special needs requirements
4  that we wouldn't be able to accommodate or -- I can't
5  think of other instances at this time, but that would
6  be one of them that we would say.
7      Q.   Has there been any instance where your
8  preschool has had to disenroll a student for any
9  reason?
10      A.   Not that I can think of.  Not that was
11  started by us, right.
12      Q.   Sorry.  Can you elaborate on that.
13  Nothing that's been started by you.  What do you mean
14  by that?
15      A.   I meant that parents may disenroll, but
16  we haven't caused anyone -- we haven't told anyone
17  that they need to disenroll.
18      Q.   Since your time as director, have parents
19  disenrolled their students in preschool?
20      A.   There is times.  Most of it is because
21  they moved.  There might be times when they couldn't
22  afford it or they went to their public schools
23  instead.
24      Q.   Okay.  So any other reasons besides moved
25  or couldn't afford your school?

Tracy Seul
December 01, 2023

Page 98

1    A.    Not that I can think of specifically.
2    Q.    And do you have a ballpark of about how
3    many times this has happened since you've been the
4    director?
5    A.    Not really.  But about 20 percent of our
6    students that are in the preschool don't continue into
7    kindergarten for whatever family reason that might be.
8    Q.    Has there been any instance of a parent
9    disenrolling their child this school year?
10   A.    No.
11   Q.    How about last school year?
12   A.    Not that I can think of.
13   Q.    Okay.  All right.  Ms. Seul, what is
14   St. Mary's Preschool tuition rate for this school
15   year?
16   A.    This school year, for a full day, is
17   8,450 for the school year.  That's an 8:00 a.m. to
18   3:00 p.m. schedule, five days a week.
19   Q.    Okay.  And would you remind me, what is
20   your most popular or frequent schedule at preschool?
21   I think before you said it was three days a week; is
22   that correct?
23   A.    I didn't say before, but I would -- I
24   think that there's most -- it's a close -- close
25   schedule between full days, all day, and probably

Page 99

1    three days a week, is probably the next most
2    prevalent.
3    Q.    How much for that three-day?
4    A.    I can't think of it off the top of my
5    head, but I think it's around 4,700 a school year.
6    Q.    How much was full day, all day, last
7    school year?
8    A.    I think it was around 7,900 for the 8:00
9    to 3:00.
10   Q.    And do you remember three-day tuition
11   from last school year?
12   A.    I don't remember specifically, but it was
13   probably around 4,200.
14   Q.    Okay.  And then same for school year
15   2021-2022, do you remember full-day tuition?
16   A.    I think it was around 7,300.  And I don't
17   remember what the three-day-a-week would have been.
18   I'm sorry.
19   Q.    That's okay.  Can you repeat the full-day
20   again?  Sorry.
21   A.    Somewhere around 7,300.
22   Q.    And, Ms. Seul, do you know what the UPK
23   rate St. Mary's would receive is?
24   A.    I don't remember specifically, but I
25   think that it's around 4,700 as well.  I haven't

Page 100

1    looked at it in a while.
2    Q.    Okay.  You mentioned before scholarships
3    and tuition assistance.  Can you explain what's
4    available to your families?
5    A.    If a family also has students in the K-8
6    program, we have scholarship assistance through the
7    variable tuition program, where they receive grants
8    from other entities, like Seeds of Hope and ACES.
9    But there's nothing specific for just
10   preschool, except for our discounts for multiple
11   children in the preschool.
12   Q.    Can you tell me more about that, please?
13   A.    We have a discount where if they have
14   more than one child in the preschool, they get a
15   5 percent discount for the first child.  And if they
16   have three children in the preschool, that third child
17   has a 10 percent discount.
18   And believe it or not, we have had
19   students -- or families who had four students in the
20   preschool, and so that fourth one is 50 percent.
21   Q.    15?
22   A.    50.
23   Q.    Oh.
24   A.    50.  God bless them.
25   Q.    Yeah.  So what percentage this school

Page 101

1    year have more than one child in your preschool
2    program?
3    A.    Sorry.  I don't remember that
4    specifically right now.  But there is -- I guess I
5    could maybe say 20 percent, perhaps, that have
6    siblings in the preschool.
7    Q.    Okay.  Would that include those other two
8    categories, then, if there were children who had -- if
9    there were three kids or four kids, that 20 percent
10   number?
11   A.    Yeah.  And that might be a little bit
12   high.
13   Q.    Okay.  Are there similar discounts for
14   your K-through-8 --
15   A.    There are.
16   Q.    -- school?
17   A.    Yes.
18   Q.    Do you recall those?
19   A.    It's the same.  The first child -- the
20   first child is considered any student that's
21   full-time, so that could be either preschool or K-8,
22   and that's the youngest child.  And then the second
23   child is 5 percent.  The third child is 10 percent.
24   The fourth child is 50 percent.
25   And there are families with more than

Tracy Seul
December 01, 2023

Page 102

1   four, but they may have a different -- they may have a
2   different discount that I don't know of.  St. Mary's
3   encourages large families to come to the school.
4       Q.    So does that mean within a family, the
5   student that would receive a 50 percent would be the
6   oldest student?
7       A.    Yes.
8       Q.    Okay.  Is tuition at your K-through-8
9   school higher than the preschool or lower?
10      A.    It's lower.
11      Q.    Okay.  Do you have any families that are
12  receiving CCAP this year?
13      A.    We do have one family.
14      Q.    Okay.  Did you have any families last
15  year?
16      A.    No.
17      Q.    Do you have any families or is your
18  school participating in the Denver Preschool Program?
19      A.    We have two families that live in Denver
20  County, but they didn't qualify or they didn't want to
21  participate.  I don't know which one they ended up
22  with, but --
23      Q.    Have you had families participate in the
24  Denver Preschool Program in the past?
25      A.    No, we haven't.

Page 103

1       Q.    All right.  How many preschool seats does
2   St. Mary's typically have every year?
3       A.    Preschool seats?
4       Q.    Uh-huh.
5       A.    Well, our capacity -- we're licensed for
6   84 students but, again, when they have varied
7   schedules that aren't full-time, all day, every day,
8   then that goes up.
9       Q.    Okay.  Do you have a cap?
10      A.    A cap would be that if we were at 20
11  students in each classroom every day, all day.
12      MR. REAVES:  And, Niki, I'm sorry.  The
13  light is continuing to shift.  I'm going to close one
14  more.  I'll be right back.
15      MS. RUST:  Okay.  No worries.
16      THE DEPONENT:  I keep edging the computer
17  closer and closer to the edge of the table.  There we
18  go.  That's it.  Yep.
19      MS. RUST:  Okay.  Let me know when you're
20  ready.
21      THE DEPONENT:  We're ready.
22      MS. RUST:  I'll wait for Nick to get back
23  on.  There we go.  Okay.
24      Q.    (BY MS. RUST)  So because your capacity
25  is 84 students but you have a lot of part-time

Page 104

1   students, do you ever have to tell a family, Hey, we
2   can't take your kid today?
3       A.    When they choose the schedule that they
4   are going to have at our school, they choose it at the
5   beginning of the year and it doesn't really change.
6       So if they've chosen Monday, Tuesday,
7   Wednesday or Tuesday, Wednesday, Thursday, that's
8   their schedule for the year.
9       There are times when we might -- when
10  they might say, Hey, do you have an opening on Friday
11  that I could come instead?  And we would say yes, if
12  the capacity weren't exceeded in our preschool.
13      Q.    Okay.  I'm going to pull up --
14      MS. RUST:  Bonnie, can we pull up the
15  response to the interrogatories and go to
16  Interrogatory 11?
17      MR. REAVES:  And I just want to check in
18  on the witness since we've been going for a while.
19      Do you need water or a bathroom break?
20  Are you doing okay?
21      THE DEPONENT:  I'm okay for now, if it's
22  going to be a while.  I'm okay.
23      MR. REAVES:  We can keep going.  I just
24  want to take a lunch break in a little bit, if we can
25  figure something like that in.

Page 105

1       MS. RUST:  Yeah.  That's our plan.  And,
2   Ms. Seul, please feel free to let me know if and when
3   you need a break.
4       THE DEPONENT:  Thank you.  I will.
5       Q.    (BY MS. RUST)  So I'm going to show you
6   what's been previously marked as Exhibit 16, Ms. Seul.
7       As Bonnie scrolls, if you would just
8   review it and let us know if it looks familiar to you.
9       MS. RUST:  Bonnie, can you show the
10  header?  Thank you.
11      A.    I'm familiar with it.
12      Q.    (BY MS. RUST)  Okay.  Great.  So we're
13  going to go down to Interrogatory 11.  There it is.
14      Okay.  So, Ms. Seul, I'm going to direct
15  your attention --
16      MS. RUST:  Bonnie, can you scroll a
17  little bit more to these numbers?  There we go.  The
18  St. Mary's numbers.
19      Q.    (BY MS. RUST)  Do these look familiar to
20  you?
21      A.    Yes.
22      Q.    Okay.  So in this interrogatory we asked
23  specifically for the number of 4-year-olds enrolled.
24  And I wanted to ask, is this 56 number, is that just
25  4-year-olds or is that total enrollment for your

Tracy Seul
December 01, 2023

1  preschool?

2      A.   That's the 4-year-olds.

3      Q.   Okay.  What is your total enrollment this

4  year?

5      A.   Right now, we have 108 students enrolled.

6      Q.   Okay.  How many of them are full-time?

7      A.   Of the whole 108?

8      Q.   Yes.

9      A.   I would say about possibly half of that.

10  50 percent, maybe.

11      Q.   Okay.  For the 2022-2023 school year,

12  what was total enrollment?

13      A.   We had 115 last year.

14      Q.   And then --

15      A.   Sorry.  I don't know which were part-time

16  or full-time last year.  I don't remember how many.

17      Q.   Okay.  How about 2021 total enrollment?

18      A.   Let me think for just a second.

19      Q.   Uh-huh.

20      A.   I think there was around 64 total.  We

21  had three classrooms, I believe, at that time.

22      Q.   Okay.  And do you remember your total

23  enrollment for the 2022-2021 school year -- sorry --

24  2020-2021 school year?  My apologies.

25      A.   Yeah.  I think it was around -- it was in

1  the 50s.  Again, we only had three classrooms at the

2  time and, of course, COVID was there.

3      Q.   So are you saying in 2022-2021 (sic), you

4  only physically had three classrooms available for

5  students?

6      A.   2020-2021 school year, we had, I believe,

7  three classrooms.

8      Q.   Okay.  So it does look like your

9  enrollment doubled between 2021 and 2022.

10      A.   Uh-huh.

11      Q.   Why did that happen?

12      A.   Because I'm really good at my job.

13  Mostly we added a classroom.  We added, actually, two

14  classrooms and started a -- we started a younger age.

15  So I guess we opened one at a younger age and then we

16  opened another classroom, so we were able to enroll

17  more students at that time.

18      Q.   Did adding two additional classrooms

19  require additional funds?

20      A.   It did.

21      Q.   Did you help fundraise for those funds?

22      A.   Oh, we didn't really fundraise.  We did

23  receive a grant to be able to add a bathroom into a

24  room so that we could make it a classroom.

25      Q.   What was the name of that grant?

1      A.   It was an E&E grant, but I don't know

2  what that stands for right now.

3      Q.   Do you remember how much that grant was?

4      A.   It was around 48,000.  It helped us to

5  build the bathroom.

6      Q.   Okay.  And then this year your enrollment

7  went from 60 to 56, so it declined by four students.

8  Is your parish population declining?

9      A.   I think our parish population has

10  remained stable since COVID.

11      Q.   Okay.  Is there an increase of aging

12  parishioners in your parish?

13      A.   Perhaps, but that wouldn't be

14  preschoolers.  That wouldn't affect preschoolers.

15      Q.   And then did St. Mary's raise their

16  tuition this year?

17      A.   For the 2023-24 school year, we did.

18      Q.   How much?

19      A.   We've raised the tuition 6 percent the

20  last few years to help with the cost of living.

21      Q.   What do you mean by "the last few years"?

22      A.   This year we did and the last year we

23  did.

24      Q.   Okay.  You stated in your declaration

25  that you think not participating in the UPK led to the

1  decline in enrollment.  Why do you believe that?

2      A.   Because parents have requested Universal

3  Preschool, and we've had to tell them that we couldn't

4  provide it.

5      Q.   How many parents?

6      A.   At least three, that I can think of, but

7  I'm sure there's more that I don't hear about that

8  went to other schools because they could get UPK

9  instead.

10      Q.   Were those parents looking specifically

11  for a Catholic preschool?

12      A.   They were -- they came to our school to

13  tour, so they were looking for a Catholic preschool,

14  I'm sure, uh-huh.

15      Q.   Did they tell you that?

16      A.   Well, they were touring at our school so

17  they wanted to come to a Catholic preschool.

18      Q.   Do you think an increase in tuition might

19  have factored into a decline of enrollment?

20      A.   It could.  There are many factors that

21  could lead to decline in enrollment, but those are two

22  of the big ones for you.

23      Q.   Okay.  What are some other factors that

24  could lead to a decline in enrollment this year?

25           MR. REAVES:  Objection.  Calls for

Tracy Seul
December 01, 2023

1  speculation.
2      A.  It could just be the economic times.
3      Q.  (BY MS. RUST)  How many 3-year-olds
4  enrolled in your Pre-K program this year?
5      A.  Doing the math real quick, around 45 to
6  50.
7      Q.  And then since you've been the director
8  of preschool, have all of your Pre-K students that
9  have been enrolled been parishioners?
10     A.  No.
11     Q.  Are any of your Pre-K students this year
12 Catholics who live in the geographic boundary of the
13 Archdiocese but not necessarily a member of a parish?
14     A.  Yes.
15     Q.  How many?
16     A.  We don't track that number specifically.
17 It would be something we would have to look up.  But
18 there's a number of students that go to other Catholic
19 parishes that don't have schools around us and in the
20 area.
21     Q.  My question was about students who are
22 within the Archdiocese geographic boundaries but who
23 are not a member of the parish but are Catholic.
24     A.  So St. Mary's is a parish, but there's
25 other parishes around that don't have schools attached

1  to them.  So there are a number of students that go to
2  those parishes that come to our school.  Does that
3  answer you?
4      Q.  Well, I can ask it a different way.  No
5  problem.
6      A.  Okay.
7      Q.  Are there any students enrolled this year
8  who are Catholic but are not a member of a parish?
9      A.  That are not a member of St. Mary's
10 parish, yes.
11     Q.  Any parish.
12     A.  Oh, I don't know about any parish.  I'm
13 sorry.  I didn't hear that word.  I don't know, but I
14 doubt it.  Because if they're Catholic and they
15 receive an affiliated tuition, then that means that
16 they have to have been approved by their pastor as
17 being a participating member of their parish.
18     Q.  Do all of your students this year receive
19 affiliated tuition?
20     A.  All of -- St. Mary's Preschool, all of
21 our tuition is the same, affiliated or not, but if
22 they are Catholic, then they belong to a parish.
23     Q.  Okay.  So looking back at this
24 interrogatory, Ms. Seul, for this year, can you tell
25 me how many preschool students in total, not just

1  4-year-olds, have siblings?
2      A.  The 4-year-olds, it looks like there's
3  about 35 with siblings.
4      Q.  How many preschoolers in total, like from
5  your whole class, not just the 4-year-olds?
6      A.  I don't know specifically, but I would
7  think maybe another 10 to 20.
8      Q.  Okay.  How many 4-year-old students
9  started preschool before their 4th birthday that
10 continued care after their 4th birthday?
11     A.  How many before -- so 80 percent of our
12 students who are 4 go to kindergarten, which would be
13 after 4 years old.  I can't think of many other
14 than -- it would be an insignificant amount that would
15 be 3 years old that didn't continue to the 4-year-old
16 program, and that amount would be because they might
17 have moved, that I can think of.  There's not other --
18 I can't think of other reasons that they've left at
19 this point.
20     Q.  Okay.  Has St. Mary's Preschool ever
21 suffered from decreased enrollment in the past?
22     A.  The preschool?
23     Q.  Uh-huh.
24     A.  Not since I've been there.
25     Q.  Okay.  But before that, do you know of

1  any decreased enrollment?
2      A.  Not that I know of.
3      Q.  Okay.  And then I'm going to go back to
4  our mind-bending question.  So sorry.  Just one
5  clarification.
6          Do you have any preschool students who
7  are Catholics and they are considered part of the
8  geographic boundary of the Archdiocese?
9      A.  We have -- this is very confusing.  We
10 have many students who are Catholic who are part of
11 the Archdiocese.
12     MS. RUST:  Okay.  All right.  Nick, is it
13 okay with you if we go about 20 more minutes?  I think
14 I can fit in the rest of the 30(b)(6) questions within
15 that time, we can break for lunch, and come back for
16 another, max, hour of individual.  I don't even think
17 it will be that long.
18     MR. REAVES:  Yeah.  Why don't we do
19 the -- finish up the 30(b)(6) now.
20     MS. RUST:  Perfect.
21     MR. REAVES:  Niki, I was looking back at,
22 you know, Greg's email from earlier, and it said, "We
23 thus relinquish and cancel the personal deposition of
24 Ms. Seul."
25         And, you know, my view is -- you know, we

Tracy Seul
December 01, 2023

Page 114

1  also talked about this afterwards, and we were only
2  going to do the 30(b)(6) today.
3          So without having the opportunity for her
4  to prepare for an individual deposition, I just don't
5  think it's appropriate to continue with that.  So I
6  think we'll just do the 30(b)(6), which is the one
7  that was properly noticed for today, and then we'll
8  move on to Ms. Sheley.
9          MR. WHITEHAIR:  We can file a motion --
10         THE REPORTER:  I'm sorry.  Do I need to
11  get this on the record?  It's not coming through.
12         MS. RUST:  I need a moment, please,
13  Ms. Kelly.
14         THE REPORTER:  Thank you.
15         (Discussion off the record.)
16         MS. RUST:  Okay.  Mr. Reaves, you are
17  correct about the sequence of events.  What I really
18  wanted to speak with Ms. Seul about is her involvement
19  with the Faith Working Group, and that was what I was
20  going to fill with my individual on.
21         So would you be amenable to us talking
22  about that today?
23         MR. REAVES:  Again, I mean, I think if we
24  had known we would be doing an additional deposition
25  today, we would have prepared for that separately.

Page 115

1          And, you know, I would also point to the
2  joint status report, where we did talk about which
3  depositions were upcoming.  And I think between that
4  and the clear notice from you-all that we weren't
5  doing the individual capacity deposition, I just don't
6  think that would be appropriate to do another
7  deposition, a separate deposition.
8          MS. RUST:  Okay.  I understand your
9  position.  I think our position is that we gave up
10  Mr. Moo, hoping to slot in Ms. Seul.  And just so you
11  know, this will be talking to Ms. Seul in her
12  individual capacity about the Faith Working Program.
13  And some of the documents in discovery will get added
14  to our 56(D) motion.
15         So, you know, it's our position we could
16  solve that today and not have to put it in our
17  additional motion.  But if you are not prepared or
18  can't get your client prepared over lunch, we'll just
19  put it in that motion.
20         MR. REAVES:  Let's finish up the
21  30(b)(6).  I would like to talk to my colleagues over
22  lunch, but I don't think an additional deposition is
23  really appropriate.  If you guys had wanted to do
24  this, we could have discussed it ahead of time.  But I
25  think this late in the game -- why don't we finish up

Page 116

1  the 30(b)(6), we'll break for lunch, and we can come
2  back and address that.
3          MS. RUST:  Okay.  Okay.  Sounds good.
4          All right.  Let me know when you're
5  ready, Ms. Kelly.
6          THE REPORTER:  We have been on the
7  record.
8          MS. RUST:  Okay.  Lovely.  Thank you.
9      Q.   (BY MS. RUST)  All right.  Ms. Seul, I am
10  going to next talk to you about what has been
11  described as your priorities for enrollment.
12         So are you familiar with your priorities
13  for enrollment in the preschool?
14     A.   I think I can remember them off the top
15  of my head.
16     Q.   Okay.  If not, let me know and we can
17  bring up the amended complaint again.
18         So why is your first priority siblings of
19  current students?
20     A.   Because continuity of care is important,
21  as well as continuity for our families to continue
22  together through the school, all the way through 8th
23  grade.
24     Q.   Why are parishioners your second
25  priority?

Page 117

1      A.   Since we're a mission of the church, it's
2  our obligation to -- of the parish, it's our
3  obligation to be able to help our parishioners as much
4  as we can.
5      Q.   And why is your third priority members of
6  other Catholic parishes within the Archdiocese of
7  Denver?
8      A.   Because our Catholic brothers and sisters
9  are going to be most aligned with our teachings and
10  our vision and mission.
11     Q.   Okay.  How do you define other Catholic
12  parishes?
13     A.   St. Mary's is a parish in a geographic
14  area in Littleton, but there are other parishes around
15  the city, and certainly around St. Mary's, that don't
16  have schools attached to them as well.  So all of the
17  Archdiocese schools from C-470, basically, north are
18  part of the Archdiocese.
19     Q.   And why is your next priority Catholics
20  transferring into Denver Metro Area whose children
21  attended -- or previously attended Catholic schools
22  within the last calendar year?
23     A.   Because, again, being Catholic, from
24  Catholic schools, they would be most aligned with our
25  vision and mission, so . . .

Tracy Seul
December 01, 2023

Page 118

1      Q.   Do you have any students that fall into
2  this priority this year?
3      A.   We do.  Parents have moved here from out
4  of state.
5      Q.   Okay.  How many?
6      A.   In the preschool, I can think of two or
7  three off the top of my head.
8      Q.   Would they -- are they likely to end up
9  joining your parish?
10     A.   Yes.
11     Q.   Have those families joined your parish
12  this year?
13     A.   I don't know specifically because, again,
14  it depends on geographically where they live as to
15  which parish they might join.  So even though they're
16  Catholic, they might join a parish that's 5 miles away
17  and still are welcome to come to St. Mary's school.
18     Q.   Okay.  Then why is your fifth priority
19  Catholic unaffiliated with a parish or non-Catholics?
20     A.   The Catholics unaffiliated with a parish
21  may be people who have just moved here within the last
22  year and are still looking for the parish that fits
23  them best.
24          And non-Catholics, of course, can speak
25  for themselves.  If they want to abide by our

Page 119

1  teachings and our vision and mission, then they're
2  welcome to come to our school.
3      Q.   Can you tell me about the makeup of
4  St. Mary's Catholic parish parishioners?
5      A.   There's about 3,000 parishioners at
6  St. Mary's parish.  I don't know the demographics of
7  all of them, per se.
8          MS. RUST:  Mr. Reaves, do you have a
9  witness that is able to speak on Topic 14?
10          MR. REAVES:  Maybe you could be more
11  specific about what types of -- I mean, your question
12  was maybe a bit vague.  So if you want to be more
13  specific, she might be able to give some more
14  information.
15          MS. RUST:  I'm happy to.  I mean, I just
16  recited the topic verbatim.
17     Q.   (BY MS. RUST)  But, Ms. Seul, are your --
18  like, what age range are the majority of your
19  parishioners?
20     A.   St. Mary Catholic parish is known in the
21  area as being a parish of families.  So I would
22  venture to guess -- and, again, we don't collect the
23  specific demographic information, but I would venture
24  to guess probably 40 percent are families with young
25  children and families with children in schools.

Page 120

1          And then there's, of course, our aging
2  population in all of our churches in the states, so
3  the other -- some of that population would be retired
4  men and women in the community.
5      Q.   Okay.  So can you tell me what the other
6  60 percent of the parish would be, if 40 percent are
7  families with children?
8      A.   Well, then, there would be families like
9  myself, who are, you know, empty-nester-type families,
10  who have older children but they don't belong to the
11  parish, per se.  They maybe moved away or whatever.
12     Q.   Is that all?
13     A.   I'm sure there's single people and others
14  that belong to the parish as well that -- or men and
15  women who go to the parish and then other members of
16  their families go someplace else.
17          I really don't know all of the specifics,
18  but there's quite a few demographics in our parish,
19  but it's mostly centered around families.
20     Q.   Okay.  Are all your families the same
21  race?
22     A.   No.
23     Q.   What races?
24     A.   We have families of Asian decent.  We
25  have Hispanic and non-Hispanic families.  There are

Page 121

1  African American families at our parish.
2      Q.   Do you know percentagewise?
3      A.   Not specifically.  I know that there's
4  also people who come to our parish who may not be
5  registered with the parish.  So that can happen
6  frequently as well.
7          So I wouldn't know specifically who all
8  comes but isn't or is registered at any given day.
9      Q.   Do you know the economic makeup of your
10  parish?
11     A.   I know that there are -- of the families
12  that are at our parish with children, most -- a large
13  majority of them are double-income families, but
14  there's others who are single-income families.
15          There's -- we're in a fairly affluent
16  area in Littleton, so I can assume that the rest of
17  them are -- I don't know what that term would be --
18  economically stable, I guess.  I don't know what to
19  say, how I would describe them.  It's not necessarily
20  a low-income area for our parish.
21     Q.   How do you join St. Mary's Catholic
22  parish in Littleton?
23     A.   There's a registration packet that people
24  fill out to be able to register there.
25     Q.   That's it?  That's how you become a

Tracy Seul
December 01, 2023

Page 122

1  member?
2       A.   Uh-huh.
3       Q.   No other requirements?
4       A.   No.  They will ask, you know, baptism or
5  maybe confirmation information.  But it's -- anyone
6  can be registered at the parish that's Catholic, that
7  wants to be there.  Uh-huh.
8       Q.   How do you leave the parish?
9       A.   I'm sorry.  You cut out a little bit.
10 Have I what at the parish?
11      Q.   How do you leave the parish?
12      A.   You leave.  You just leave.  There's
13 no -- there's nothing that you have to do to be able
14 to leave.
15      Q.   Could you still be registered with the
16 parish but no longer attend church there?
17      A.   You could.
18      Q.   Could you still be registered with the
19 parish but no longer tithe there?
20      A.   You could.
21      Q.   Is attending Mass a requirement for
22 parishioners?
23      A.   It's a requirement of -- it's a precept
24 of the church, of being Catholic, that you attend
25 Mass.

Page 123

1       Q.   Is tithing a requirement of parishioners?
2       A.   I think tithing is recommended, a
3  10 percent tithing is recommended as a church.  But
4  tithing may be economic -- I'm sorry -- it might be
5  what we consider treasure money or it might be time or
6  talent.
7       Q.   Okay.  I'm going to jump back to a
8  tuition question really quick, Ms. Seul.
9            Are there any tuition credits for
10 employees of your schools?
11      A.   Yes.  Employees who work full-time
12 receive a 50 percent -- 50 percent discount, and
13 employees that work part-time receive a 15 percent
14 discount.
15      Q.   Great.  So we talked earlier about the
16 grant you received to add the bathroom to your
17 classroom.  Did you have to sign paperwork for that
18 grant?
19      A.   I did.
20      Q.   Okay.  Did you have to receive approval
21 to sign that contract?
22      A.   I did.
23      Q.   Who did you receive approval from?
24      A.   From our business manager and the pastor
25 at the time.

Page 124

1       Q.   Who was your pastor at the time?
2       A.   His name is Father Javier Nieva.
3       Q.   Has your preschool ever received a Health
4  or Mental Health grant?
5       A.   Yes.  We did last year.
6       Q.   How much was that?
7       A.   $9,000.
8       Q.   Did you have to sign paperwork for that
9  grant?
10      A.   I did.
11      Q.   And did you have to receive approval?
12      A.   Yes.
13      Q.   Who was approval from?
14      A.   Father James.
15      Q.   Did I understand your testimony earlier
16 that since your time as director of the preschool,
17 you've never received Denver Preschool Program monies?
18      A.   Right.
19      Q.   Okay.  Have you received any monies from
20 the Paycheck Protection Program?
21      A.   We have not.
22      Q.   Have you received the Colorado Shines
23 Quality Improvement Program?
24      A.   Yes.
25      Q.   When did you receive that?

Page 125

1       A.   Last fall, 2022.
2       Q.   How much?
3       A.   It was $4,000.
4       Q.   And did you have to sign paperwork for
5  that?
6       A.   I don't recall signing any paperwork for
7  that.
8       Q.   Okay.  And am I recalling your testimony
9  correctly that you have two students who receive CCAP
10 this year?
11      A.   One student receives CCAP.
12      Q.   One.  And how much do you receive from
13 CCAP?
14      A.   One person is on CCAP, but to tell you
15 the truth, we haven't received money from them yet, so
16 I don't know how much.
17      Q.   Okay.  Gotcha.  Did you have to sign
18 paperwork for that program?
19      A.   Yes.
20      Q.   Okay.  And did you review that contract?
21      A.   I did.
22      Q.   Okay.  Did anyone else review that
23 contract besides you?
24      A.   We can participate in CCAP because of the
25 guidance -- based on the guidance of the Archdiocese.

Tracy Seul
December 01, 2023

Page 126

1  So they have reviewed the contract, as well as our --
2  as well as the business manager and Father James at
3  the parish.
4      Q.    Okay.  So your preschool accepts CCAP
5  referrals, then?
6      A.    Yes.
7      Q.    Have you ever denied a CCAP referral?
8      A.    We haven't had that many, so I haven't
9  had to deny anyone that I can think of.
10     Q.    Okay.  Have you received any other local
11 grants?
12     A.    We received the Stabilization grant last
13 year.
14     Q.    How much?
15     A.    I think in total it was around $80,000.
16 I can't think of any other off the top of my head.
17 Sorry.
18     Q.    Okay.
19           MS. RUST:  Well, Nick, that is the end of
20 my 30(b)(6).  Well, wait one second.
21           I'm going to take a break and make sure
22 we don't have any more questions, but that's the end
23 of my prepared questions.  So if we can just give me a
24 minute, I don't think it will be that long.
25           THE REPORTER:  Off the record.

Page 127

1           (Recess from 12:29 p.m. to 12:32 p.m.)
2           THE REPORTER:  Back on the record.
3           MS. RUST:  Thank you, Ms. Seul.  I don't
4  have anything further regarding your 30(b)(6) today.
5  I appreciate your time regarding your deposition.
6           THE DEPONENT:  Thank you.
7           MR. REAVES:  And I just have literally
8  two or three questions so we can be very quick.
9                    EXAMINATION
10 BY MR. REAVES:
11     Q.    Ms. Seul, you mentioned earlier that the
12 school is really clear with families about who the
13 school is.  Is that primarily -- you mentioned, you
14 know, a couple different things the school does, but
15 is the primary mechanism for that the meeting with
16 Father James?
17           MS. RUST:  Objection.  Form.
18     Q.    (BY MR. REAVES)  You can answer.
19     A.    We -- we let them know, through our tours
20 and through the entire admission process, who we are
21 and how we intend to educate their children.
22           And then we also -- the culmination of
23 all of those prerequisites, I would say, is the
24 conversation with Father James, when he talks to them
25 about our vision and mission and talks more

Page 128

1  theologically about what their path looks like as a
2  family.
3           But that conversation continues when
4  they're a family of the school, because we continue to
5  help them understand through our -- through our
6  orientations and other meetings and conferences
7  throughout the year.
8      Q.    And do you meet with families
9  individually when they apply to the preschool?
10     A.    I do.  I tour all of our families that
11 come through the preschool to make sure that they
12 understand who we are as a preschool and what we teach
13 and how we interweave the faith into everything that
14 we do, and then how we expect them to continue through
15 the school.
16     Q.    And I just had maybe one or two questions
17 about the CCAP program that we talked about just a
18 minute ago.
19           You were mentioning that the school
20 accepts referrals.  Could you just kind of describe
21 that process?
22     A.    When a family is low income and needs
23 assistance, needs childcare assistance, they go to the
24 County, where the County decides to refer them and
25 give them CCAP money to be able to use for childcare

Page 129

1  until they get themselves self-sustaining, until
2  they're able to pay for childcare on their own.
3           And so that agency, that County will give
4  them names of centers in their area that provide
5  CCAP -- or that accept CCAP.  And then they can come
6  to us and tour, if they need to or if they would like
7  to, to be able to come to our school.
8      Q.    So a family that might be eligible for
9  CCAP still applies the same way as every other family
10 to your school?
11     A.    Yes.  Then they still have to abide by
12 the same guidelines and rules that we have at our
13 school, the vision and mission.
14           MR. REAVES:  Excuse me.  Nothing further
15 from me.
16           MS. RUST:  May I ask a few questions
17 based on Mr. Reaves' questions?
18           THE DEPONENT:  Uh-huh.
19           MS. RUST:  Thank you, Ms. Seul.
20                    EXAMINATION
21 BY MS. RUST:
22     Q.    Are you aware that CCAP also applies to
23 foster children?
24     A.    I am aware of that.
25     Q.    Seems like this interview prerequisite

Page 130

1  process, that we discussed a lot today, is important
2  to St. Mary's Preschool; is that correct?
3       A.   It is.  It's a decision that parents
4  make.  You know, their children have been alive for
5  less than a thousand days, and they want to make sure
6  that they're in the right place, that they are leaving
7  them with someone who they can trust and who they know
8  will love and nurture their child and give them the
9  best educational foundation that they can.
10      And so it's a -- it's a -- it's important
11 that they get to talk to us and get to know us and
12 know who we are and what we are going to provide for
13 them.  And it's important for us to help them
14 understand who we are and give them all of that
15 foundational knowledge before they make a decision.
16      Q.   Okay.  Do you know that the UPK program
17 allows for parents to tour schools?
18      A.   I was aware that when the process first
19 began and the profile was first introduced, that there
20 was a portion in there to be able to offer a tour.
21 But since then, when I was investigating more and had
22 more meetings, I did not hear that that was an option
23 any longer.
24      Q.   Ms. Seul, if UPK allowed tours and a
25 pre-interview process, would that allow you to

Page 131

1  participate or make it easier for you to participate
2  in the UPK process?
3       A.   It would be --
4       MR. REAVES:  Objection.  Calls for
5  speculation.
6       But you can answer.
7       THE DEPONENT:  Thank you.  Sorry.
8       A.   It would be one component of the
9  decision.  Again, all of those decisions would have to
10 come through the Archdiocese, and I would follow their
11 guidance in participation.
12      But it would be one very important piece
13 for me that would help for me to be able to feel
14 comfortable participating in the program.
15      Q.   (BY MS. RUST)  Okay.  How did you --
16 how did you come to understand that tours weren't
17 allowed?
18      A.   I was involved in many meetings that as
19 the -- that the State offered to be able to understand
20 what was happening with the rollout and how the
21 program was going to work procedurally.
22      Q.   What meetings?
23      MR. REAVES:  Can I object?  This is
24 beyond the scope of the redirect.
25      MS. RUST:  Your witness opened the door,

Page 132

1  Mr. Reaves.  I feel like I can ask a question with the
2  door open.
3       MR. REAVES:  This is still a 30(b)(6)
4  deposition, so this isn't any of the topics
5  either.
6       MS. RUST:  It's in response to your
7  redirect, Mr. Reaves.
8       MR. REAVES:  It was solely about the CCAP
9  program and process.  I don't think doing a whole
10 additional line of questioning unrelated to that in
11 response is appropriate.
12      MS. RUST:  All right.  I'll move on.
13      Q.   (BY MS. RUST)  Ms. Seul, does St. Mary's
14 abide by the CCAP agreement?
15      A.   We do.
16      MS. RUST:  Okay.  I don't think I have
17 anything further.  Thank you, Ms. Seul.
18      THE DEPONENT:  You're welcome.
19      THE REPORTER:  Anything further for you,
20 Nick?
21      MR. REAVES:  Oh, no.  Nothing further for
22 me either.
23      THE REPORTER:  Perfect.  Before we go off
24 the record, Niki, did you need a copy of the
25 transcript?  Would you like an electronic with scanned

Page 133

1  exhibits?
2       MS. RUST:  Ms. Kelly, you know I would,
3  and I will ask for that miniscript, too.
4       THE REPORTER:  Perfect.  And then I
5  understand you need a rough draft of this also.
6       MS. RUST:  Yes, please.
7       THE REPORTER:  Perfect.
8       And then, Mr. Reaves, would you like a
9  copy of the transcript today?  Electronic with scanned
10 exhibits?
11      MR. REAVES:  Yes, please.
12      THE REPORTER:  Perfect.  A rough draft
13 has been ordered on these transcripts.  Would you like
14 a copy of those?
15      MR. REAVES:  Sure.
16      THE REPORTER:  Okay.  They will be going
17 out the first of the week.  There is a charge to that,
18 but if you would like that, we'll make sure you get
19 those, and I'll get the emails to send that when we're
20 off the record.
21      Will you handle signature with your
22 client for me?
23      MR. REAVES:  Yes, we will.
24      THE REPORTER:  Perfect.  With that, we
25 can go off the record.  Thank you.

Tracy Seul
December 01, 2023

Page 134

1        WHEREUPON, the within proceedings were
2   concluded at the approximate hour of 12:40 p.m. on the
3   1st day of December, 2023.
4           *        *        *        *        *
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 135

1        I, TRACY SEUL, do hereby certify that I have
2   read the above and foregoing deposition and that the
3   same is a true and accurate transcription of my
4   testimony, except for attached amendments, if any.
5        Amendments attached  (  ) Yes   (  ) No
6
7                _____
                    TRACY SEUL
8
9
10       The signature above of TRACY SEUL was
11   subscribed and sworn to before me in the county of
12   _____, state of _____,
13   this _____ day of _____, 2023.
14
15
16                _____
                    Notary Public
                    My Commission expires:
17
18
19
20
21
22
23
24
25   TRACY SEUL 12/1/23 (lbk)

Page 136

1               REPORTER'S CERTIFICATE
2   STATE OF COLORADO  )
                        )
                        ) ss.
3   COUNTY OF LARIMER  )
4        I, LISA B. KELLY, Registered Realtime
    Reporter, Registered Professional Reporter and Notary
5   Public ID 20194029689, State of Colorado, do hereby
    certify that previous to the commencement of the
6   examination, the said TRACY SEUL verbally declared her
    testimony in this matter is under penalty of perjury;
7   that the said deposition was taken in machine
    shorthand by me at the time and place aforesaid and
8   was thereafter reduced to typewritten form; that the
    foregoing is a true transcript of the questions asked,
9   testimony given, and proceedings had.
10       I further certify that I am not employed
    by, related to, nor of counsel for any of the parties
11  herein, nor otherwise interested in the outcome of
    this litigation.
12
         IN WITNESS WHEREOF, I have affixed my
13  signature this 14th day of December, 2023.
14       My commission expires August 6, 2027.
15
16                _Lisa B Kelly_
17                _____
                    Lisa B. Kelly
18
19   __x__  Reading and Signing was requested.
20   _____  Reading and Signing was waived.
21   _____  Reading and Signing is not required.
22
23
24
25

Page 137

1   Errata Sheet
2
3   NAME OF CASE: ST. MARY CATHOLIC PARISH IN LITTLETON vs LISA ROY
4   DATE OF DEPOSITION: 12/01/2023
5   NAME OF WITNESS: Tracy Seul
6   Reason Codes:
7        1. To clarify the record.
8        2. To conform to the facts.
9        3. To correct transcription errors.
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24
25                _____