

# 2022-2023 DPP Provider Renwal Questions/Information

**Welcome, Denver Preschool Program (DPP) Providers, and thank you for your interest in renewing your DPP participation for the 2022-2023 school year**. We greatly appreciate everything you've done for children and families over the past year, and we look forward to partnering with you again next school year.

If you have questions before you start your renewal process or your preschool program is not currently enrolled in the Denver Preschool Program, please contact Nayely Avila, Program Specialist at nayely@dpp.org or 720-287-5055 ext. 130.

**Thank you for your dedication and commitment to Denver's children and families.**

In Partnership,
The DPP Team

Thank you for completing the information below for the upcoming 2022-2023 school year:

1. Preschool name:
   Wellspring Catholic Academy
2. Your preschool's child care licensing number:
   68812
3. Name of person completing this form:
   Karina Campa
4. Your job title:
   Director
5. Your email address:
   karina.campa@gowellspring.org
6. Your program's primary phone number:
   303-237-0401

1

**EXHIBIT 20**

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

7. Does your program expect to have at least one DPP-eligible 4-year-old child enrolled during the 2022-2023 school year (children who live in the City and County of Denver in their last year of preschool before kindergarten)
   - ☑ Yes
   - ☐ No
   - ☐ Unsure

8. Approximately, how many DPP-eligible 4-year-old children do you expect to have enrolled at your school during the 2022-2023 school year (children who live in the City and County of Denver and will be 4 years-old by October 1, 2022)? 4_____

9. Preschool for 3s Pilot: This Pilot serves a limited number of families with the highest financial need that have a 3-year-old in the 2022-2023 school year. How many potentially eligible 3-year-olds in DPP's Income Tiers 1 and 2 (at or below 185% of the federal poverty line) who live in the City and County of Denver do you expect to have enrolled during the 2022-2023 school year? 3_____

10. How many 4-year-old enrollment openings do you currently have for the 2022-2023 school year? 10_____

11. How many total 4-year-olds do you expect to enroll for 2022-2023? 8_____

12. How many 3-year-old enrollment openings do you currently have for the 2022-2023 school year? 0_____

13. How many total 3-year-olds do you expect to enroll in 2022-2023? 8_____

14. Is your program open year-round, or does it typically close for a portion of the summer?
    - ☐ Year-round
    - ☑ Closes for a portion of the summer

15. Is your child care/preschool license current and in good standing?
    - ☑ Yes
    - ☐ No
    - ☐ Unsure

2

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

16. Does your program offer religious instruction in your DPP classroom(s)? This includes prayers at meal times no matter how brief.

☑ Yes
☐ No

   Section 2: Religious Instruction Details - As a taxpayer-funded organization, DPP cannot fund any portion of the day with religious instruction. Please provide the amount of time per day of religious instruction below. Additionally, you must submit a daily schedule of activities that marks any times of the day when religious instruction occurs for your DPP classroom(s). Please e-mail it to nayely@dpp.org or fax it to 303-496-1114.

17. Approximately how many minutes per day of religious instruction occurs in your DPP classroom(s) (input 0 if your program does not have any religious instruction time)? 15 min_____

   Section 3: Classroom Information - For all classroom numbers below, please input the number of physical classrooms expected at your program for the upcoming 2022-2023 school year. Please input 0 if you will not have any classrooms for a particular age.

18. How many physical infant classrooms will you have during the 2022-2023 school year? Please input 0 if you will not have any infant classrooms. 0_____

19. How many physical toddler classrooms will you have during the 2022-2023 school year? Please input 0 if you will not have any toddler classrooms. 0_____

20. How many physical preschool classrooms will you have during the 2022-2023 school year? 2_____

21. Daily operating hours: Please list your preschool's daily operation hours for the 2022-2023 school year (please include any extended hours before/after school time that preschoolers may attend): 8:30-3:45_____

22. Preschool physical address (please include address number, street name, city and zip code): 1100 Upham st Lakewood, co 80214_____

3

23. Preschool website (if applicable):

wellspringcatholicacademy.com

24. Please list your preschool's early childhood philosophy (e.g. Montessori, Reggio, Waldorf, etc.):

Play based

25. Does your school's web profile page description at dpp.org need to be updated, or is the current information listed valid?:

- [ ] Yes, please contact me to update our program's information
- [ ] No, all current information is valid
- [x] Unsure

26. Please list your director's full name:

Karina Campa

27. Please list your director's email address:

karina.campa@gowellspring.org

28. Please list the name and email address for any other staff that shouldreceive information related to DPP tuition credit payments or other financial information related to your program:

- [x] Same as director info above
- [ ] Other (input here if applicable):

karina.campa@gowellspring.org

29. DPP is expanding the languages our materials are offered in. Please list any languages other than English that are supported during your school's enrollment process (if applicable):

spanish

Recommendations on How DPP Can Best Support Your Preschool - DPP greatly values your feedback to ensure our Quality Improvement (QI) offerings are helpful to programs. As we finalize our 2022-2023  school year QI resources, we will consider any information you provide below. If you run out of room, please email Chris@dpp.org with any additional QI resource recommendations.

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

30. What are the best ways that DPP can support your director/assistant director(s) team? What types of coaching/training topics or other resources would be most helpful?
Administration for director, Social emotional, classroom management, incorporating science, math, team collaboration
_____
_____

31. What are the best ways that DPP can support your preschool classroom teaching team(s)? What types of coaching/training topics or other resources would be most helpful?
Team work collaboration
_____
_____
_____

32. If applicable, briefly describe how your program currently promotes diversity, equity and inclusion principles:
We promote diversity by displaying posters of different racial backgrounds, books, learning about each others culture.
_____
_____

33. If applicable, briefly describe any supports that would support your program to integrate diversity, equity and inclusion principles:
_____
_____
_____
_____

34. Open-ended feedback: Do you have any other questions or comments for the DPP team at this time?
no
_____
_____
_____
_____
_____

**The following pages include the 2022-2023 DPP Provider Agreement for your review, initials and signatures.**

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18



# ==2022-2023== Provider Agreement

[www.dpp.org](www.dpp.org)

**Please note: Updates to complete or partial sections to the ==2022-2023== Provider Agreement are highlighted.**

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

**Provider Agreement Introduction**

Dear Denver Preschool Program Provider,

Thank you in advance for renewing your participation with the Denver Preschool Program (DPP). We appreciate your continued efforts to champion our vision to ensure that all Denver's children enter kindergarten ready to reach their full potential.

While we expect providers to read the entire Provider Agreement, we ask you to pay special attention to the key areas of focus below, as well as those highlighted in yellow:

- Extended-day tuition credit definition (page 6): A student can only be billed at the extended-day level if they attend school at least 33 hours per week. We continue to find that some sites inaccurately classify students as extended-day when they only attend full-day;
- Please double check your program's sign-in/sign-out records to ensure the days scheduled/days attended listed on your program's monthly DPP Attendance form matches the actual days scheduled/days attended for each DPP Student;
- Policy II.1: Tuition Credits and Attendance: Regarding the need to provide DPP with a published tuition rate schedule annually;
- Policy II.2: Tuition Credits and Attendance: Regarding the need to immediately provide DPP with an updated published tuition rate schedule should it change during the program year, including any potential changes during the summer;
- Policy II.5: Tuition Credits and Attendance: Regarding the need to immediately notify DPP if Provider learns that a DPP-approved Student has changed their address of residence. DPP students must live in the City and County of Denver ___KC___ **(initial)**
- Policy II.11 and the DPP Scholarship Appendix: Regarding the clarification of DPP students funded by multiple funding streams and acknowledgment that providers cannot receive more funding than what is outlined in these sections
- If a provider has any questions about correctly applying DPP traditional tuition credits, Preschool for 3s tuition credits or DPP Scholarship funds, they will contact DPP's enrollment team at info@dpp.org or 303-595-4377 ___KC___ **(initial)**

DPP also asks providers to initial key clauses throughout this agreement to ensure awareness of new or existing policies that we found needed more clarity. Please reach out to DPP if you have any questions about any policy in the agreement. ___KC___ **(initial)**

Thank you for reviewing the entire 2022-2023 Provider Agreement in detail. We look forward to a great year!

In Partnership,
Chris Miller, Senior Director of Quality Initiatives
Chris@dpp.org or 720-287-5055, ext. 140

Nayely Avila, Program Speciliast
Nayely@dpp.org or 720-287-5055, ext. 130

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

**Background**

DPP helps make preschool possible for all Denver families—regardless of income—through tuition support and access to information. Approved by Denver voters in 2006 and reauthorized in 2014 to extend to 2026, DPP is funded by a .15 percent sales tax. Through the 2020-2021 program year, DPP provided more than $150 million in tuition support to help nearly 64,000 children attend the preschool of their family's choice, establishing each child's foundation for lifelong learning and success.

Our mission is to help Denver fulfill its commitment to its youngest learners. We champion, fund and increase access to quality preschool across our community. DPP is open to and voluntary for all eligible children who live in the City and County of Denver who turn 4 years old by October 1, 2022, and licensed preschool providers that agree to participate in our quality rating and improvement system.

Additionally, DPP is continuing the below pilot program during 2022-2023:

- The Preschool for 3s Pilot Program to support a limited number of children who live in the City and County of Denver who turn 3 years old by October 1, 2022 as we look to further increase access to high-quality preschool.

    Provider acknowledges this Pilot Program will not be available to all families, will review more information below related to this Pilot and will contact info@dpp.org or 303-595-4377 with any questions. ___KC___ **(initial)**

**Provider Participation and Benefits**

Providers offering part-day, full-day and/or extended-day programs who have at least one DPP-eligible child enrolled qualify to participate. Parents who reside in the City and County of Denver can use their tuition credit at providers located outside the City and County of Denver; however, only providers within the City and County of Denver are eligible for DPP quality rating and improvement grants and professional development resources.

DPP invests approximately 12 percent of its annual budget in quality rating and improvement opportunities for participating providers. By participating in DPP, providers gain access to numerous benefits, many of which are aligned with and incentivize further quality improvement. Below is a list of the benefits available to eligible, participating providers:

*All DPP providers (including those located outside of Denver):*
1. Tuition credits for eligible students enrolled in your program;
2. Access to DPP professional development trainings and webinars;
3. Free marketing via the DPP website;
4. Access to a variety of DPP marketing materials.

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

5.  Access to Preschool for 3s Pilot Program (pending funding capacity and eligible students enrolled)
6.  Depending on resources available, possible access to DPP Strengthening Grants and the DPP Scholarship

*DPP providers located in Denver*
1.  Payment for any potential Classroom Assessment Scoring System® ("CLASS®") observations required by DPP in all DPP classrooms.
2.  Quality improvement grants for a wide range of early childhood education resources and conferences, coaching, and classroom materials.
3.  Eligibility to apply for:
    o   Professional development scholarship opportunities (potential college scholarships and Child Development Associate Credential™ scholarships),
    o   Financial achievement awards and
    o   Potential additional quality improvement funding opportunities

## Resources
Below is a list of resources and related contact information should you have any questions or concerns at any point during your participation in DPP. You can also visit the DPP website at www.dpp.org for more information.

**For provider questions, please contact:** Chris Miller, DPP Director of Quality Initiatives – 720.287.5055, ext. 140 or Chris@dpp.org

**For family application/enrollment questions, please contact:** DPP's Enrollment Team from MetrixIQ - 303.595.4DPP (4377) or info@dpp.org

**To request DPP marketing items such as family applications, window decals, posters or brochures, please contact:** Nayely Avila, DPP Program Specialist – 720.287.5055, ext. 130 or Nayely@dpp.org

**DPP Provider Handbook**: https://dpp.org/for-preschools/provider-handbook

Access the handbook for important documents related to DPP including, but not limited to, the Provider Agreement, family applications, attendance form templates, the DPP tuition credit scale, information on how to access quality improvement resources and DPP evaluation results.

DPP will issue tuition credits on behalf of eligible Denver parents or guardians to pay a portion of their child's (a "student") tuition in the year before he or she is eligible to attend kindergarten. Provision of tuition credits is contingent upon the annual funding from the City and County of Denver to the DPP. The tuition credit amount is determined by the family's household size and income, number of days the child attends a preschool program (see absence policy below), hours per week

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

the child attends preschool (part-day, full-day, extended-day), and the quality rating level of the provider where the child is attending. **The tuition credit amount will be adjusted up or down DURING THE PROGRAM YEAR if any of the following occur:**

- **The provider's Colorado Shines quality rating level changes**
- **A student's participation level changes based on their actual hours of preschool attendance**
- **A student has more than ten absences in a month**
- **A student has a late start or early end date**
- **A student becomes either eligible or ineligible for the DPP Scholarship Pilot**
- **A student needs to have their DPP tuition credit lowered so that total funds received by the provider on behalf of the student do not exceed their published tuition rate (see section II.11 for more details).**

**The tuition credit amount will be discontinued DURING THE PROGRAM YEAR if any of the following occur:**

- **The provider becomes inactive in DPP for any reason (e.g. voluntarily withdraws from DPP; expired insurance; etc.)**
- **The student moves out of the City and County of Denver**
- **The student disenrolls from the DPP-participating provider**

**Definitions**

- *DPP-eligible child:* A child that lives in the City and County of Denver and meets at least one of the following:
  a. Traditional (4-year-old) tuition credit DPP-eligible child: A child that lives in the City and County of Denver and is in their final year of preschool before kindergarten. A child must not have received DPP tuition credit funding during any previous school year unless the previous school year's participation was in the Preschool for 3s Pilot.
  b. Preschool for 3s Pilot Program tuition credit DPP-eligible child: A child that lives in the City and County of Denver, is in their second to last year of preschool before kindergarten and is determined by DPP to qualify for DPP's Preschool for 3s Pilot Program, which will prioritize a limited number of low-income families during the 2022-2023 school year
- Important note: While DPP has funding for all eligible children who are attending DPP-participating providers for DPP's Traditional (4-year-old) tuition credits, funds are limited for the Preschool for 3s Pilot

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

Program and DPP may not be able to fund all eligible families for this Pilot Program.

- 2022-2023 DPP-Scholarship eligible child: A child approved for DPP tuition credits at DPP Income Tiers 1 or 2 at full- or extended-day participation levels, and who do not receive other public preschool funds (i.e. Head Start, Colorado Child Care Assistant Program (CCCAP), Colorado Preschool Program (CPP) or Early Childhood At-Risk Enhancement (ECARE)), or a child approved to receive a Scholarship through DPP's pilot scholarship-nomination process, who is attending a DPP Community Provider. Please note DPP Scholarship Pilot funds are limited and might not be available to all Scholarship-eligible children.

- _Tuition credit(s)_: The amount of tuition assistance a family receives on their behalf on a monthly basis to help pay the tuition for their DPP-eligible child.

- _Participation levels:_
  a. Part-day tuition credit: available to DPP-eligible children attending a DPP provider for at least  5 hours per week of non-religious activities
  b. Full-day tuition credit: available to DPP-eligible children attending a DPP provider for at least 25 hours per week of non-religious activities
  c. Extended-day tuition credit: available to DPP-eligible children attending a DPP provider for at least 33 hours per week of non-religious activities
  _KU_ **(initial)**

- _Provider:_ A licensed child care center, family child care home or preschool that participates in the Denver Preschool Program and is duly licensed under the Colorado Child Care Licensing Act, C.R.S. § 26-6-101 _et. seq._ as amended and the provision of Denver Municipal Code Chapter 11, as amended, or shall be an early childhood education program administered by Denver Public Schools pursuant to the Colorado Preschool Program Act, C.R.S. § 22-28-101 et seq., as amended.

- _DPP tuition-eligible classroom_: A classroom at a participating DPP provider that has at least one DPP-eligible child enrolled.

- _DPP quality improvement-eligible classroom_: A classroom at a participating DPP provider located in the City and County of Denver that is licensed as a preschool classroom.

- _Introduction to Quality_: The period before a site receives its first quality rating.

- _Student:_ A DPP-eligible child who receives tuition credit.

- _Agreement:_ This 2022-2023 Provider Agreement.

- _Program year:_ September 1, 2022 through August 31, 2023

- _Community provider:_ Independently operated DPP-participating program that coordinates student enrollment, preschool tuition rates and family billing separately than the local school district.

- _Active provider:_ DPP-participating program currently eligible to receive tuition credits and other DPP resources

11

- *Inactive provider:* A formerly active provider that is not currently eligible to receive tuition credits and other DPP resources
- *Categorical Eligibility:* Categorical eligibility is a criteria factor that allows anyone who fulfils the set forth criteria to be automatically eligible for all or a portion of a specified service or program. DPP's current categorically eligibility is as follows:

  a. Child in Foster Care Categorical Eligibility: A child that is placed away from their parent or guardian and are receiving services from the Colorado Department of Human Services and/or Department of Early Childhood pursuant to article 5 of title 26, C.R.S. including kinship family foster care and non-certified kinship care will be classified as DPP Income Tier 1 if approved for DPP tuition credits.

     i. The categorical eligibility referenced for Foster Care families would only pertain to eligibility for the income tier designation for tuition credits. Other tuition credit determinations, such as participation level and preschool quality rating level, shall continue to be determined in accordance with existing DPP Policies.

In consideration of providing such tuition credits, the provider agrees to the following:

## I.   Program

1. Provide a preschool program for DPP-eligible children in substantially the same form as advertised to parents and provided to DPP, including but not limited to curriculum, physical location and facilities, staff and hours.  Any substantial change needs to be approved in writing by DPP. The Provider must have an eligible child enrolled in their preschool program to qualify as a DPP Provider.

2. Promptly notify DPP of a change in the Provider's director.

3. Promptly notify DPP of any changes to the Provider's contact person regarding DPP family applications, attendance, Tuition Credit payments and/or quality improvement activities.

4. If requested by DPP, Provider's director or representative agrees to participate in an annual meeting to review DPP's policies and procedures, and to provide DPP with feedback on how DPP can better support its preschool program. Please note DPP reserves the right to determine when attendance at an annual meeting will be required.

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

5. As requested, share information about evaluation and feedback opportunities with staff. (For example, forward survey invitations to educators.) **DPP strongly encourages participation in evaluation activities** during the school year, which may include focus groups, surveys, and/or interviews, to help DPP deliver the best possible support to families and providers.

## II. Tuition Credits and Attendance

1. In no event shall the charge for a Student participating in DPP be more for comparable hours than the charge for a child who is not participating in DPP. The Provider's published tuition rate schedule for all DPP-eligible children must be provided to DPP by September 1, 2022.

2. Provider shall notify DPP promptly of any changes to their published tuition rates and must provide DPP with an updated copy of the published tuition rate schedule within 15 days of the change by emailing it to info@dpp.org, faxing to 303-496-1114 and sending it to nayely@dpp.org.

3. Provider shall notify DPP promptly when a Student has terminated enrollment from the preschool program. In no event will DPP pay future tuition until notified by the Provider that the Student has been reinstated according to its policy. The Provider's policy shall be uniformly applied for all DPP Students.

4. **As required by Colorado's Child Care Facility Licensing Rules, "a sign-in/sign-out sheet or other mechanism for parents and guardians must be maintained daily by the center. It must include, for each child in care, the date, the child's name, the time when the child arrived and left the center, and the parent or guardian's signature or other identifier."** DPP requires the signature or other identifier at both arrival and departure.
   a. If requested, the Provider shall give DPP access to these records for any DPP Student as part of DPP's Quality Assurance Program (QAP), described in "Section VI. Record Keeping/Report of this Agreement." _____ **(initial)**

5. Family Applications and Change of Address
   a. If a family chooses to submit their DPP application to the Provider instead of directly to DPP, Provider agrees to scan and email, fax or mail the application to DPP within two business days of receipt.
   b. For DPP-eligible Students receiving Head Start funding, Provider agrees to use DPP's streamlined family application and spreadsheet for Head Start families. Provider agrees to ensure all documents used to verify residency, age and income for Head Start also meet DPP's verification requirements as outlined in the Provider Handbook.

13

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

c.  If Provider learns that a DPP-approved Student has changed their address of residence, **Provider agrees to immediately notify DPP** at info@dpp.org or 303-595-4377 so DPP can verify continued DPP eligibility and obtain updated address verification documents. _____ **(initial)**

6.  Process and submit all required attendance information to ensure accurate Tuition Credit payments by no later than the 20th of the month following the month during which the services were provided (e.g. September 2022 attendance is due no later than October 20, 2022). Failure to submit all the required information by the deadline may constitute a forfeiture of payment. DPP encourages Providers to use DPP's attendance template to streamline the Tuition Credit payment process. Beginning with the 2022-2023 school year, Providers will be encouraged to submit attendance online through the DPP Enroll portal. Required monthly attendance information for each DPP-approved Student is as follows:

a.  First and last name.

b.  Student's number of days scheduled to attend ("Days Scheduled"), and number of days actually attended ("Days Attended").

c.  (if applicable) Date of Student's schedule change during the month (i.e. if a Student increased or decreased his or her hours of DPP participation level between Part-day, Full-day or Extended-day tuition credits during the month, as defined in the Definitions on page 4 of this Agreement, Provider is required to write the date of the schedule change and the new DPP participation level for the Student on the monthly attendance form.

d.  (if applicable) Student's start date (first date of attendance if the Student enrolled in Provider's program during that month).

e.  (if applicable) Student's end date (final date of attendance if the Student left Provider's program during that month).

f.  Provider agrees to confirm its total number of current preschool enrollment vacancies, DPP-Eligible Children enrolled, total number of DPP classrooms and total number of all children enrolled in DPP classrooms at regular intervals as requested.

g.  Provider agrees to verify the DPP Part-day, Full-day or Extended-day tuition credit participation levels for all Students after receiving the emailed copy of each Student's DPP approval letter and immediately email info@dpp.org or call 303-595-4377, or update the participation level in DPP Enroll, if the approval letter reflects the wrong participation level for the Student. Additionally, Provider agrees to verify the DPP participation level for any DPP Student based on their actual level of attendance if requested throughout the year.

h.  Provider agrees to list the name of the person who completed the DPP monthly attendance information on their attendance submittal.

14

i.   For any DPP Scholarship Students, Provider agrees to verify whether or not they are receiving any other public funding for ==enrolled DPP Scholarship== Students each month on the attendance form.

7.  Tuition Credit Payment and Absence Policy
  a.  Full Month Tuition Credit
      i.   When the Days Attended are equal to the Days Scheduled, the full monthly tuition credit amount is paid if the Student was enrolled in the program for the entire month and the Student is approved at the correct Participation Level based on that month's attendance.
      ii.  Grace Period: ==Until further notice,== absences equal to or less than ==ten== days each attendance month are considered within the "Grace Period" and do not decrease the monthly tuition credit amount.
  b.  Tuition Credit Adjustments
      i.   A prorated tuition credit amount will occur when absences exceed the Grace Period (are equal or are greater than ==eleven== days each attendance month).
      ii.  Mid-Month Adjustments. DPP will make prorated tuition credit adjustments to reflect the number of Days Attended if the following occurs during the month:
           1.  When the Days Attended are less than the Days Scheduled because the Student started attending the school after the first school day of the month and/or the DPP approval date is after the first school day of the month, or when the Student leaves the school before the end of the month, the tuition credit payment is prorated.
           2.  When the Student's DPP participation level in the program changes during the month, the tuition credit amount will adjust corresponding to the date of the change.
           3.  When the family's DPP income tier changes due to a change in annual household income or household size, the ==updated== tuition credit amount will ==be effective on the first day of the following month.==

8.  The Provider shall not use Tuition Credits, Quality Initiative grants, professional development resources or any other DPP-funded resource derived from the DPP sales tax to engage in inherently religious activities, such as worship, religious education or instruction, or proselytization. If the Provider engages in such inherently religious activities, the inherently religious activities must be offered separately, in time and location, from the programs, activities, or services supported by the DPP sales tax, unless

15

offering such inherently religious activities in a separate place would not be practicable due to the physical limitations of the facility in which the DPP activities are held. Any religious activity does not count as billable for tuition credits and must be subtracted when determining a Student's Participation Level (see Definitions on page 5). It is the Provider's responsibility to accurately update each Student's Participation Level by notifying DPP as needed using only non-religious attendance time. Nothing in this Agreement shall be construed to affect the Provider's right to engage in privately funded, inherently religious activity or affect the independence of Providers, including any rights protected by the Colorado and U.S. Constitutions and applicable law. _____ **(initial)**

9.  The Provider shall not use Tuition Credits, Quality Initiative grants, professional development resources or any other DPP-funded resource derived from the DPP sales tax to fund lobbying or for the support of any candidate running for office or other political campaigns. _____ **(initial)**

10. If the Provider accepts funds from other sources for any DPP Student, the DPP Tuition Credits should supplement funds from those other sources, including but not limited to the Colorado Child Care Assistance Program ("CCCAP"), Head Start, Colorado Preschool Program ("CPP") and other Denver Public Schools funding streams. However, DPP Tuition Credits cannot pay for any parent co-payments (i.e. parent fee) assessed as part of the Colorado Child Care Assistance Program or any other publicly funded assistance programs.  In the event the Provider, parent or guardian is disqualified from participating in CCCAP, Head Start, CPP or other identified funding source because of some inappropriate conduct or misrepresentation, the DPP Tuition Credits that would otherwise be paid during the period of such disqualification shall be forfeited. _____ **(initial)**

11. For DPP Students who are not receiving the DPP Scholarship, the total funding amount a Provider receives on behalf of a DPP Student from all funding sources each month, including DPP Tuition Credits, tuition paid by families or other private contributions, and/or other public funding sources and parent fees, shall not exceed the monthly cost of care rate applicable to such child ($1,425 per month for the 2022-2023 school year) **or the** Provider's published tuition rate applicable to such child, **whichever is higher**. The publication of the annual cost of care will coincide with the release of the tuition credit scale.  DPP has the right to update the annual cost of care at any time. The Denver Preschool Program tuition credits will be the first dollar invested in a child's tuition support. In the event the total amount would otherwise exceed such published rate, the Provider shall promptly notify DPP, and shall advise DPP as to what funding has been reduced to bring the total funding into compliance with this current requirement. Provider must review and initial to acknowledge

16

understanding of this clause by studying the examples in Appendix A. If needed, Provider will contact Chris Miller at 720-287-5055 ext. 140 for clarification on this clause. \_\_\_KV\_\_\_ **(initial).** <mark>See Appendix C for differences in this clause for DPP Scholarship Students.</mark>

12. Tuition Credits are calculated per child based on the <mark>2022-2023</mark> Tuition Credit Scale available in the DPP Provider Handbook and are <u>subject to change at any point during the program year</u> if any of the following changes: family's income, family's size, Student's hours and/or scheduled days of attendance, Student's becoming eligible or ineligible for the DPP Scholarship Pilot, and/or Provider's quality rating level.  Accordingly, if any Student's Tuition Credit amount changes during the year due to any of these reasons, Provider acknowledges that the new Tuition Credit amount will be applied to the Student's tuition bill. It is the Provider's responsibility to notify the Students' families of any changes in the Tuition Credits. Tuition Credits will immediately discontinue for any Student that moves outside of the City and County of Denver. Tuition Credits also are subject to change, including being revoked or suspended, if Provider violates any of the terms of this Agreement as set forth herein.

13. The amount and payment of Tuition Credits are contingent upon the annual funding from the City and County of Denver to the Denver Preschool Program and could change during the terms of this Agreement.

14. The payment of Tuition Credits is also contingent on the Provider following the guidelines of this Agreement, including, but not limited to, remaining in good standing with child care licensing, maintaining the minimum insurance requirements as defined in Section V. of this Agreement and participating and achieving appropriate quality levels in DPP's quality rating and improvement system, as outlined in Section IV. of this Agreement. \_\_\_KV\_\_\_ **(initial)**

## III.   Quality

1. During any time the Provider is receiving Tuition Credits on behalf of any Student, the Provider either (i) shall maintain its license under the Colorado Child Care Licensing Act, §§ 26-6-101, et seq., C.R.S., as amended, and Chapter 11 of the Denver Municipal Code, or (ii) shall be an early childhood education program administered by Denver Public Schools pursuant to the Colorado Preschool Program Act, §§ 22-28-101, et seq., C.R.S., as amended. If Provider voluntarily closes/surrenders its license, involuntarily loses its license, enters adverse or negative licensing action, or is issued a probationary license, Provider agrees to immediately notify DPP by emailing chris@dpp.org. \_\_\_KV\_\_\_ **(initial)**

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

2. The Provider shall address any observed licensing violations within the period of time set by the Colorado Department of Human Services and/or Department of Early Childhood, Division of Early Care and Learning, Office of Early Childhood. The Denver Preschool Program has an agreement with the Colorado Department of Human Services and/or Department of Early Childhood, Division of Early Care and Learning, Office of Early Childhood to report licensing violations observed by any of the DPP representatives that rise to complaint Level 0-3, according to the State Department of Human Services and/or Department of Early Childhood, Division of Early Care and Learning, Office of Early Childhood Complaint Investigation Guidelines. Those DPP representatives observing such a violation will notify the appropriate staff if such a report needs to be made and, if needed, will work with the Provider on a plan to remedy the problem. The Denver Preschool Program reserves the right to suspend or terminate this Agreement if serious licensing violations are not addressed as required by the Division of Early Care and Learning, Office of Early Childhood Complaint Investigation Guidelines. As of the writing of this Agreement, Colorado's Child Care Facility Licensing Rules could be accessed here: http://coloradoofficeofearlychildhood.force.com/oec/OEC_Providers?p=providers&s=Rules-and-Regulations&lang=en

3. The Provider shall participate in a quality rating and improvement system required by DPP, including training and a three-part quality improvement system that includes an introduction to quality, establishment of an objective quality rating for the Provider, and development and implementation of a quality improvement plan for the Provider. The Provider agrees to share its quality ratings and rating reports with DPP, local, state and national organizations involved with the creation of public policy and research aimed at improving early childhood education and care funding and programming. Provider also agrees to allow the appropriate quality rating organization to share their quality rating reports with DPP so DPP can support the Provider's quality improvement and process DPP Tuition Credits. The Provider further agrees to allow DPP to publish the Provider's most current quality rating reports on its website and acknowledges that DPP may notify the Students' parent or guardian directly of any change in the quality rating. Notwithstanding the foregoing, Provider shall promptly notify Students' parent or guardian of any change in the quality rating.

4. Providers located outside of the City and County of Denver acknowledge that DPP cannot provide any funding for them to participate in DPP's quality rating and improvement system and that they will be responsible for either obtaining outside funding or self-funding needed quality ratings. ____KC__ **(initial)** If contacted by the Provider, DPP staff members agree to support non-Denver providers in researching ideas for other potential

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

sources of funding to participate in the quality rating and improvement system.

5. The Provider agrees to participate in a consultation after receiving its Colorado Shines Assessment or CLASS® observation.

6. Distribution of quality improvement funding is dependent upon the annual funding from the City and County of Denver to DPP and could change during the terms of this Agreement.

7. Notify DPP promptly when the Provider no longer has a DPP-Eligible Child enrolled in the preschool program. If after 180 days the Provider does not have a DPP-Eligible Child enrolled in the preschool program, the Provider will no longer be an active DPP Provider.

## IV.   Eligibility

DPP is committed to supporting DPP Providers in achieving and sustaining high levels of quality. In order for DPP Providers to maintain active status in DPP and to remain eligible for DPP funding, they agree to engage in continuous quality improvement as measured by CLASS® observations and the Colorado Shines Rating on a timeline determined by DPP. The quality improvement requirements for each Provider between ratings will be specific to the Provider based on their previous rating reports. The Eligibility Site Operational Procedures that explain the process of how DPP will collaboratively work with the Provider to support their quality improvement will be posted in the online DPP Provider Handbook available at https://dpp.org/for-preschools/provider-handbook . DPP Providers not yet meeting the below requirements agree to meet with DPP staff and/or DPP's quality improvement team members as requested to collaborate on its quality improvement plan.

1. CLASS® and Colorado Shines Rating Level Score Requirements
   a. Providers that have received a CLASS® observation score in any DPP classroom below 5.5 in the Emotional Support ("ES") domain, below 5.0 in the Classroom Organization ("CO") domain and/or below 2.0 in the Instructional Support ("IS") domain agree to work toward achieving at least these minimum scores by their next observation. Quality Improvement Plan ("QIP") goals and timelines to achieve these scores will be completed in collaboration between DPP and the Provider.
   b. Providers that are currently Colorado Shines Level One (1) agree to achieve Colorado Shines Level Two (2) within six months of becoming Level One (1). DPP will not fund Level One (1) providers after six months except when extenuating circumstances prevented Level Two (2) completion (e.g. high staff turnover).

19

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

c. Providers that are currently Colorado Shines Level Two (2) and have never before received a Colorado Shines Level 3-5 Assessment agree to receive their first Colorado Shines Level 3-5 Assessment within six months of achieving Level Two (2).

d. Providers that are currently Colorado Shines Level Two (2) based on results of their first Colorado Shines Level 3-5 Assessment agree to work toward achieving at least Level Three (3) by their next rating. QIP goals and timelines to earn Level Three (3) will be completed in collaboration between DPP and the Provider. Providers are expected to achieve at least Level Three (3) by their second Colorado Shines Level 3-5 Assessment to guarantee continued eligibility in DPP.

e. Providers with Colorado Shines Rating Level Three (3), Level Four (4) or Level Five (5) are expected to maintain a minimum of a Level Three (3) rating. If the Provider falls below a Level Three (3) rating, the Provider becomes subject to the same guidelines outlined above for Level One (1) and Level Two (2) Providers.

f. If a Provider fails to meet the growth criteria outlined in A - E above and does not show a commitment to quality improvement, that Provider may, at DPP's discretion, lose its active status in the Denver Preschool Program and may no longer be eligible for DPP funding.

g. If a Provider loses its active DPP status and wishes to regain it, the Provider must obtain its own Colorado Shines Rating, Colorado Shines Alternative Pathway and/or CLASS® observations and must attain the same benchmark toward which they were previously accountable. If and when this benchmark is achieved, the Provider can return to active status and once again become eligible for DPP funding.

2. Rating Timeline Requirements
   a. CLASS® Observation
      i. All new DPP Providers will receive a DPP CLASS® observation in all DPP classrooms within one year of joining DPP.
      ii. Subsequent CLASS® observations will occur at minimum once every two years per DPP classroom.
   b. Providers pursuing a Colorado Shines Alternative Pathway Accreditation
      i. DPP Providers choosing a DPP-recognized Colorado Shines Alternative Pathway Accreditation instead of the Colorado Shines Level 3-5 Assessment will be given up to six months past their current Colorado Shines rating expiration date to receive the new accreditation while maintaining their current rating level for Tuition Credit reimbursement purposes.
      ii. If accreditation has not been earned during this six-month window, DPP Tuition Credit amounts will be adjusted to

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

reflect the program's current Colorado Shines rating level.
Provider must also earn the accreditation within the next
three months or receive the Colorado Shines Level 3-5
Assessment.

   c. Providers choosing the Colorado Shines Level 3-5 Assessment
- i. Postponing Rating Due to Pending Location Change
  1. DPP Providers that will be moving locations will be
     given a six-month grace period beyond their current
     rating expiration date when they can keep their current
     rating level.
  2. If the Colorado Department of Human Services and/or
     Department of Early Childhood does not approve their
     prior rating to transfer to the new location, Provider
     must receive the Colorado Shines Level 3-5
     Assessment within three months of starting operations
     at the new address.

   d. Extenuating Circumstances
- i. DPP reserves the right to make exceptions to the above stated
  policies related to rating/accreditation timelines in
  extenuating circumstances (e.g. accrediting body causes delay
  in onsite assessment; lack of availability on the Colorado
  Shines Level 3-5 Assessment schedule, etc.)

# V. Insurance

1. Subject to any variations which DPP may approve at its discretion,
   Providers must obtain and maintain insurance policies with a responsible
   carrier. At a minimum, a provider must carry (i) comprehensive general
   liability insurance with limits of $1,000,000 combined single limit per
   occurrence, $2,000,000 general aggregate, $100,000 sexual misconduct
   combined single limit per occurrence/$100,000 aggregate, or any greater
   amounts as your lessor may require; (ii) the general liability policy shall
   name DPP and the City and County of Denver as additional insureds; (iii)
   automobile insurance in the amount of $1,000,000 for all hired, non-
   owned and/or owned vehicles; (iv) workers compensation insurance with
   limits of $100,000 for each bodily injury occurrence claim, $100,000 for
   each bodily injury caused by disease claim, and $500,000 aggregate for all
   bodily injury caused by disease claims; (v) for all general liability, the
   policies must not contain an exclusion for sexual abuse, molestation,
   discrimination or similar offenses. (Please send insurance certificates to
   305 Park Avenue West, Suite B, Denver, CO 80205 or by fax to 303-496-
   1114)

   a. If you do not provide transportation as part of your preschool
   program, you may receive assistance with a vehicle insurance waiver

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

by contacting the Director of Quality Initiatives at 720.287.5055 ext. 140.

b. The items above are minimums and the Provider may elect to carry broader or higher limits.

c. DPP reserves the right to make accommodations at its sole discretion.

2. Include in all insurance policies endorsements providing that the policy shall not be cancelled prior to ten (10) days' notice to DPP for non-payment, and thirty (30) days' notice to DPP for all other cancellations or changes in the terms or conditions of coverage.

3. INDEMNIFY AND HOLD DPP AND THE CITY AND COUNTY OF DENVER HARMLESS FROM AND AGAINST ALL CLAIMS ARISING FROM PRESCHOOL PROGRAM PROVIDER'S ACTIONS IN PROVIDING SERVICES TO STUDENTS FOR WHOM TUITION CREDITS ARE PROVIDED PURSUANT TO THIS AGREEMENT.

a. In the event the Provider is deemed a governmental entity or is a non-profit corporation, DPP understands and agrees that liability for claims for injuries to persons or property arising out of the acts or omissions of such Provider is controlled and limited by a) the Colorado Constitution, the Colorado Governmental Immunity Act (CRS 24-10-101 et seq.), and the Risk Management Act (CRS 24-30-1501 et seq.), or b) the Colorado Revised Nonprofit Corporation Act, (CRS. 7-121-101 et seq.), as the case may be. Any provision (indemnification, hold harmless, insurance or otherwise) of this Agreement, whether or not incorporated herein by reference, shall be modified so as to limit any liability of the State, its departments, institutions, agencies, boards, officials and employees to the above-cited laws.

b. Nothing in this Agreement is intended by either party to waive any rights under such laws.

4. In the event the Provider fails to maintain the insurance requirements described in this Agreement, or fails to comply with any of the other terms and conditions set forth in this Agreement, DPP shall have the option, in its sole discretion to terminate this Agreement and/or not pay Tuition Credits for any DPP Student during the time period when the Provider was out of compliance. _KC_ **(initial)**

5. In the event Provider chooses to obtain any required insurance policy through a different company, Provider agrees to immediately notify DPP so that adequate coverage can be verified.

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

## VI.    Record Keeping/Reporting

1. Subject to the Provider's being satisfied that proper releases have been obtained by DPP as required by law, including the Family Educational Rights and Privacy Act (FERPA):
   a. Maintain for three years, daily attendance records, payment records and any other records reasonably designated by DPP for each Student, and provide DPP access to all such records. __KC__ **(initial)**

## VII.    Quality Assurance Program

1. If selected by DPP or its quality assurance contractor, the Provider agrees to participate in DPP's required Quality Assurance Program (QAP). Because DPP is funded by a portion of the City and County of Denver's sales tax, DPP will conduct a QAP with randomly selected Providers throughout the year to ensure DPP and DPP's Contractors and Providers are adhering to DPP's policies and procedures. If selected to participate in the QAP, the Provider agrees to submit the following documents pertaining to the month identified within four weeks of receiving the QAP notification letter: __KC__ **(initial)**
   i. DPP classroom daily schedule
   ii. DPP attendance sheets
   iii. Copy of families' tuition bill(s) for the month
   iv. Current address on record for specified DPP-approved children
   v. Copy of daily sign-in sheet(s) for the month
   vi. Copy of DPP approval letter for specified DPP-approved children
   vii. Separate table for sources of income for this Student's tuition, including, but not limited to, CCAP, CPP/ECARE/Mill Levy, Head Start, etc.
   viii. If applicable, supporting documentation for other public funding received by Student (CCAP, CPP/ECARE/Mill Levy, Head Start, etc.)
   ix. Any other documents requested reasonably related to the QAP process __KC__ **(initial)**

   a. The Provider acknowledges that failure to provide the required QAP documents described above by the corresponding deadline could result in DPP penalties which could include terminating this Agreement with the Provider.
   b. The Provider acknowledges that the QAP process may result in a Quality Improvement Plan (QIP), the possibility of retroactive repayments to the Denver Preschool Program if the QAP discovers inaccurate business practices, etc. __KC__ **(initial)**

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

   c.  In the event the QAP report recommends a QIP, Provider agrees to cooperate in creating and implementing the plan.

   d.  Provide DPP or designated contractors, as requested, information and data regarding your preschool program and the Student(s) to assist DPP in evaluating the Provider and the progress of the Student(s) enrolled in the Provider.

   e.  Permit DPP to share with parties, reasonably designated by DPP, information about the Provider and its Students, including technology and methodology, evaluation, rating and quality improvement. Permit any DPP quality improvement contractor and the Colorado Shines rating vendor to provide information obtained through the rating process to parties reasonably designated by DPP as needing this information for purposes of tuition credit reimbursement, quality reimbursement, quality improvement, and evaluation. Permit DPP to post the Provider's Colorado Shines Rating Report, CLASS® Observation Reports, or Environmental Rating Scale (ERS) results and Provider demographic information on the DPP website.

   f.  Provide DPP with access during reasonable business hours to the records of the Provider and the children enrolled in DPP at the Provider's preschool, and to permit representatives of DPP to observe the Provider and its Students.

   g.  The Provider acknowledges the requirement to meet or otherwise confer with DPP staff after conclusion of the QAP process to review the results and discuss any needed next steps. __KL__ **(initial)**

2. Notwithstanding the requirements contained in Section VI and paragraph 1 of this Section VII, the parties agree that certain information maintained by the Provider is confidential and cannot be disclosed without the proper authorization. Nevertheless, conditioned upon DPP obtaining the releases referred to above in Section VI, Provider shall release to DPP and its employees, agents, and assigns what may be confidential information that may be subject to nondisclosure under State and Federal law. Therefore, the Provider shall provide written notification to DPP at the time of disclosure or, if the information is given verbally, within 10 days from the date of disclosure that the information is confidential. Accordingly, DPP agrees to maintain confidential information and records provided by Provider to the extent applicable State and Federal laws require. Moreover, DPP will promptly notify the Provider of any unauthorized disclosure or use of such confidential information by any person or entity. Upon termination of this Agreement, DPP will promptly return to Provider all documents, disks or other computer media or other materials in their possession and control that is designated confidential by the Provider.

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

3. Conform to all applicable State and Federal regulations and local law applicable to the Provider.
   a. Record Keeping and Reporting Section VI and paragraph 1 of this Section VII shall survive the termination of this Agreement.
   b. Provider further agrees with DPP as follows: Unless otherwise disclosed to DPP in writing, no official, officer or employee of the City and County of Denver shall have any personal, financial or beneficial interest whatsoever in the Provider or its preschool program.

## VIII.   Branding and Marketing

1. As a DPP preschool partner, the administration, teachers and other staff are crucial ambassadors for DPP-Eligible Children and families. Provider agrees to the following marketing and branding updates:
   a. Provider agrees to include DPP provided poster and/or window decal near the front entrance and/or preschool classroom.
   b. Provider agrees to include the DPP family application and DPP family letter in the Provider's general preschool enrollment packet for DPP-eligible students.
   c. If Provider has a website, Provider agrees to post a link to DPP's website on an appropriate page that discusses tuition or quality improvement.
   d. Additional, suggested areas for DPP promotion:
      i. Promote DPP to all families with DPP-Eligible Children through any family information meetings conducted by Provider. DPP is happy to attend and speak directly with families at these meetings depending on staff availability.
      ii. Display the DPP banner on the building exterior and post the DPP decal in all DPP classrooms.
      iii. Distribute other DPP resources to the families of DPP-Eligible Children.
      iv. Provider is encouraged to include DPP's logo on any billing information being sent to DPP-approved families.

## IX.   Legal

1. Unless otherwise disclosed to DPP in writing, no member of the Board of Directors or staff of DPP shall have any personal, financial or beneficial interest whatsoever in the Provider or its preschool program.

2. Provider shall not knowingly employ or contract with a person unlawfully present in the United States in accordance with State and Federal law.

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

3. Provider shall not discriminate against any person on the basis of race, color, religion, national origin, gender, age (except as to the age of children qualifying for Tuition Credits), military status, sexual orientation, gender variance, marital status, or physical or mental disability (except as such disability may materially and adversely impact proper administration of the preschool program).

4. Provider shall not assign any right or obligation under this Agreement without the prior written approval of DPP, which approval shall be at DPP's sole discretion.

5. Enforcement of the obligations of Provider and all rights of action relating to such enforcement shall be strictly reserved to the City and County of Denver and DPP. The rights of Provider to any benefit under this Agreement shall be strictly reserved to the Provider.  Nothing contained in this Agreement shall give or allow any claim or right of action by any other or third person.  It is the express intention of DPP and the Provider that any person other than DPP or the Provider receiving services or benefits under this Agreement shall be deemed to be an incidental beneficiary only of this Agreement.

6. This Provider Agreement will be effective from September 1, 2022, through August 31, 2023. DPP reserves the right to amend this Provider Agreement at any time upon written notice to Providers that would be sent via an email sent to the Provider's director, included in the Provider newsletter and posted on the Provider page of DPP's website.

7. Either party may revoke, or otherwise terminate this Agreement, with or without cause, by notifying the other party in writing of their intention to take such action.  Any such writing shall be sent to the other party by certified mail, return receipt requested, and shall be effective ten (10) days after the date of mailing.

8. This Agreement shall be binding upon, and inure to the benefit of, the parties, and to the extent permitted, their successors and assigns.

9. Jurisdiction and venue for any action arising hereunder shall be in the City and County of Denver, Colorado. _____ **(initial)**

10. Signatures throughout the 2022-2023 DPP Provider Agreement:
    a. The parties agree that electronic and/or handwritten initials and signatures are both valid throughout this Agreement.
    b. The parties agree that to the extent they sign electronically, their electronic signature is the legally binding equivalent to their handwritten signature. Whenever they execute an electronic signature,

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

it has the same validity and meaning as their handwritten signature. They will not, at any time in the future, repudiate the meaning of their electronic signature or claim that their electronic signature is not legally binding. They agree not to object to the admissibility of this Agreement as an electronic record, or a paper copy of an electronic document, or a paper copy of a document bearing an electronic signature, on the grounds that it is an electronic record or electronic signature or that it is not in its original form or is not an original.

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

## Appendix A – Students Receiving Multiple Funding Sources who are not receiving the DPP Scholarship

| 123 Preschool | | | |
|---|---|---|---|
| *Please provide all sources and amounts of revenue applied to tuition for each Student listed for the month identified above.* | | | |
| | | | |
| Student Name | **Student A** | **Student B** | **Student C** |
| Published Tuition | $ 1,500.00 | $ 1,500.00 | $ 1,200 |
| DPP 2022-2023 Cost of Care | $1,425.00 | $1,425 | $ 1,425 |
| DPP Tuition Subsidy | $ 501.00 | $ 700.00 | $ 700.00 |
| DPP Scholarship Pilot Payment**** | | | |
| Family Out-of-Pocket Payment* | | | |
| CCCAP Parent Fee** | $ 200.00 | $ 100.00 | $ 100.00 |
| Colorado Child Care Assistance Program (CCCAP) | $ 424.00 | $ 524.00 | $ 250.00 |
| DPS (CPP, Mill Levy, E-Care) | $ 375.00 | $ 375.00 | $ 375.00 |
| Head Start | $ - | $ - | $ - |
| Scholarships and Other Sources *** | $ - | $ - | $ - |
| **TOTAL PUBLIC FUNDING:** | $ 1,500.00 | $ 1,699.00 | $1,425.00 |
| **Family Payment** | $ - | -199 | $ - |
| * Exclude CCCAP Parent Fee (see below) | | | |
| ** CCCAP Parent Fee for this child only | | | |
| *** Describe other sources in comments column | | | |

Article II, section 11 of the your provider agreement states: The total funding amount a Provider receives on behalf of a DPP Student from all funding sources each month, including DPP Tuition Credits, tuition paid by families or other private contributions, and/or other public funding sources and parent fees, shall not exceed the monthly cost of care rate applicable to such child ($1,425 for the 2022-2023 school year) OR the Provider's published tuition rate applicable to such child, **whichever is higher**.  In the event the total amount would otherwise exceed such published rate, the Provider shall promptly notify DPP, and shall advise DPP as to what funding has been reduced to bring the total funding into compliance with this current requirement.

****DPP Scholarship Students Only: refer to the DPP Scholarship guidelines in Appendix C.

**Student A Example:** The total amount collected from the provider for Student A of $1,500 is equal to the provider's published tuition rate of $1,500. Provider is adhering to DPP policy for Student A.

**Student B Example:** The total amount collected from the provider for Student B of $1,699 is greater than the provider's published tuition rate of $1,500. **Provider is <u>not</u> adhering to DPP policy for Student B and must reduce the total amount collected for Student B by $199 so that they do not collect more than the published tuition rate of $1,500.** _____ **(initial)**

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

**Student C Example:** While the Provider has a published tuition rate of $1,200 for Student C, since this is below DPP's 2022-2023 Cost of Care amount of $1,425, the Provider can collect up to $1,425 when combining all funding sources for the Student. The total amount collected from the provider for Student C equals $1,425, which is equal to DPP's Cost of Care amount. **Provider is adhering to DPP policy for Student C.** ___KC___ **(initial)**

29

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18



**Appendix B: DPP's Preschool for 3s Pilot Program**

**Appendix B outlines a <u>pilot</u> DPP initiative for <mark>2022-2023</mark> that might not be available to all Providers. Please note, DPP only has enough funding to offer Preschool for 3s tuition credits to a limited number of eligible 3-year-olds during <mark>2022-2023</mark>. DPP will be prioritizing low-income families to receive Preschool for 3s Pilot Program funding.** ___KU___ **(initial)**

Preschool for 3s Pilot Program Overview
- The Denver Preschool Program created the Preschool for 3s Pilot Program to equitably expand access to quality preschool, which means we're focusing on reaching families with the lowest incomes through this program (unlike our traditional 4-year-old funding which is for ALL Denver families). This pilot will allow DPP to:
    - Support a greater number of families through and after the pandemic
    - Increase awareness and acceptance of financial resources available to Denver families interested in early childhood education for whom cost may be an enrollment barrier
    - Create more opportunities for preschool-aged children to better prepare for kindergarten
    - Support a greater number of families with 3-year-olds experiencing challenges accessing or maintaining child care
    - Create access to a continuum of care for preschool-aged children
    - Support programmatic shifts and expansions in preparation for Colorado's adoption of Universal Pre-Kindergarten (UPK) in 2023
    - Provide access to children who may not otherwise attend preschool at 3-years-old to help us better achieve our vision that every child in Denver enters kindergarten ready to reach their full potential

Limited Funding Available:
- Unlike our traditional funding for 4-year-olds, which provides tuition credits to all families regardless of income, the Preschool for 3s program prioritizes families with the lowest incomes (DPP Income <mark>Tiers 1 and 2</mark>) and is only available to families attending a DPP-participating community-site school

Preschool for 3s Family Application Process:
- The application for 3-year-olds is the same application as for 4-year-olds. To apply, families can:
    - Visit dpp.org/preschoolfor3s to determine eligibility and fill out an application
    - Call 303-595-4377 to determine eligibility and fill out an application

**FUNDING
QUALITY
PRESCHOOL
FOR DENVER**

🏠 305 Park Ave. West, Ste. B Denver, CO 80205     ☎ 720.287.5055     📠 303.496.1114     ✉ info@dpp.org     🖥 dpp.org

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

     ○  Email info@dpp.org to determine eligibility and fill out an application

Preschool for 3s tuition credit details
- All guidelines described in Section II. Tuition Credits and Attendance above apply for Preschool for 3s tuition credits.
- As with our 4-year-old program, tuition credits will begin as of September 1, 2022, or at whatever point after September 1 that a family's application is approved.
- DPP's goal is to inform families who apply for the Preschool for 3s Pilot as soon as possible as to their eligibility.
- Providers will be notified for any Preschool for 3s Pilot family's approval through an emailed approval letter.
- An attendance form with your approved 3-year-olds, along with your approved 4-year-olds, will be sent to your school each month to submit to our enrollment team.

**I acknowledge that DPP will solely determine who is eligible to receive Preschool for 3s Pilot Program tuition credit funding and that it will not be available to all 3-year-olds.**

DPP Provider Name (organization)  Wellspring Catholic Academy

Your Name (individual) Karina Campa

Your Position (title) Director

Signature _____ Date 06 / 01 / 2022



FUNDING
QUALITY
PRESCHOOL
FOR DENVER

🏠 305 Park Ave. West, Ste. B Denver, CO 80205   ☎ 720.287.5055   🖶 303.496.1114   ✉ info@dpp.org   💻 dpp.org

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

**Appendix C: DPP Scholarship Agreement**

The DPP Scholarship  offers up to 100% of preschool tuition costs for a limited number of eligible families.

DPP-Scholarship eligible child: A child approved for DPP tuition credits at DPP Income Tiers 1 and 2, with the potential to fund other income levels through a unique eligibility nomination process, at full- or extended-day participation levels, and who do not receive other public preschool funds (i.e. Head Start,  Colorado Child Care Assistant Program (CCCAP), Colorado Preschool Program (CPP) or Early Childhood At-Risk Enhancement (ECARE)) who is attending a DPP Community Provider. Please note DPP Scholarship Pilot funds are limited and might not be available to all Scholarship-eligible children. _____KU_____ **(initial)**

### As a Denver Preschool Program DPP ScholarshipProvider, I agree to:

1. Remain in good standing as a DPP Community Provider for the 2022-2023 program year.

2. Make scholarship enrollment available to DPP Income Tier 1or 2, full- or extended-day students who do not receive other public preschoolfunds. Additional eligibility criteria may be available through a uniuge elieibility nomination process.

3. Provide sufficient staff time and/or strong administrative systems to support monthly reporting to DPP including but not limited to student attendance and confirmation of whether Pilot participants receive other public preschool funds.

4. Provide regular communications with Scholarship participant families including additional information from the DPP Scholarship Pilot as needed.

5. Participate in the DPP Scholarship Evaluation.

6. Respond to all DPP and DPP Scholarshipcommunications in a timely manner, within 5- 7 business days

7. For any DPP Scholarship  Students, Provider agrees to verify whether or not they are receiving any other public funding for all Students each month on the monthly attendance form.

8. Acknowledge and agree that:
   - (a) participants in the DPP Scholarshipmust meet all requirements to receive Tuition Credit;
   - (b) The total amount a Provider receives on behalf of a Denver Preschool Program (DPP) Scholarship Student from all funding sources each month, including DPP Tuition Credits, DPP Scholarship support, tuition paid by families or other private contributions, and/or other public funding sources and parent fees, shall not exceed the monthly cost of care rate applicable to such child ($1,425 for the 2022-2023 school year) or the Provider's published tuition rate for the child up to the defined maximum published rate ($1,700 for the 2022-2023 school year), whichever is higher. In the event the total amount would otherwise exceed such rate, the Provider shall promptly notify DPP, and shall advise DPP as to which funding has been reduced to bring the

**FUNDING
QUALITY
PRESCHOOL
FOR DENVER**

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18

total amount received into compliance with this current requirement.
- (c) participant monthly tuition bill must be considered paid in full so there is no out-of-pocket tuition responsibility for Scholarship families _____KC_____ (Initials)
- (d) published tuition rates and cost of care are subject to approval, and
- (e) if a published tuition rate is being used for Scholarship calculations, providers must give the same tuition documentation to the DPP Scholarship Coordinator that accompanies the DPP Provider Agreement.

**2022-2023 Cost of Care Rate**
$1,425 – Cost of Care
As defined by the Center for American Progress, cost of care specific to Colorado, with the maximum support to the school (2022)

$1,700 – Maximum Published Rate for DPP Scholarship Students
As defined by the Bell Policy Center Cost of Care Model created by Andrew Brodsky, cost of care specific to Denver and averaging all ages, and rounded to the nearest hundred (2022). Current implementation would approve a school at the higher published rate (up to the $1,700 maximum) with a published rate sheet.

The publication of the annual cost of care and defined maximum published rate will coincide with the release of the tuition credit scale.  DPP has the right to update the annual cost of care at any time. The Denver Preschool Program tuition credits will be the first dollar invested in a child's tuition support.

I have read the Denver Preschool Program DPP ScholarshipProvider agreements presented above and fully understand all listed requirements. I agree to abide by the requirements and understand that failure to comply will lead to action, which could include suspension of my eligibility to participate in the DPP Scholarship. I will promptly notify DPP if I am no longer able to maintain this commitment.

DPP Provider Name (organization)_Wellspring Catholic Academy_____

Your Name (individual)_Karina Campa_____

Your Position (title)_Director_____

Signature_____ Date_06 / 01 / 2022_____

**If you have any questions about the DPP Scholarship please email**
**dppscholarship@metrixiq.com**

**FUNDING
QUALITY
PRESCHOOL
FOR DENVER**

**==2022-2023== Provider Agreement Acknowledgements**

**Provider Name (organization):** Wellspring Catholic Academy

You confirm you expect to have at least one DPP-eligible child enrolled in your program during the ==2022-2023== school year. _KC_ **(initial)**

You confirm you will have ==at least one== physical preschool classroom that will serve at least one DPP-eligible child during the ==2022-2023== school year. _KC_ **(initial)**

By signing below, you are acknowledging that you have read and understand, and are agreeing to continue your participation in the Denver Preschool Program in accordance with terms and conditions of this ==2022-2023== Provider Agreement.

**Provider Name (organization):** Wellspring Catholic Academy

Printed Name of Signatory: Karina Campa

Title: Director

Signature: _[signature]_

Date: 06 / 01 / 2022

**Denver Preschool Program, Inc. (DPP staff completes the four lines below)**

Printed Name of DPP Signatory: Chris Miller

DPP Staff Title: Senior Director of Quality Initiatives

DPP Staff Signature: Chris Miller

Date: 6/7/2022

**All providers:** Please continue to the pages below to complete the Insurance Request Form and designate if your program qualifies for the Vehicle Insurance Waiver.



**FUNDING
QUALITY
PRESCHOOL
FOR DENVER**

🏠 305 Park Ave. West, Ste. B Denver, CO 80205     ☎ 720.287.5055     🖷 303.496.1114     ✉ info@dpp.org     🖥 dpp.org

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18



## DPP Insurance Request Form <u>(Required for all providers)</u>

To Whom It May Concern:

As a participant of the Denver Preschool Program, I request that a Certificate of Insurance be issued to the Holder shown below:

Denver Preschool Program / City and County of Denver
305 Park Avenue West
Denver, CO 80205

The Certificate of Insurance should confirm the following insurance coverage:

- Comprehensive General Liability with limits of $1,000,000 per occurrence, $2,000,000 general aggregate; and not contain and exclusion for sexual abuse, molestation, discrimination or similar offenses. sexual misconduct coverage of at least $100,000 per occurrence/$100,000 aggregate;
  - ***Name the Denver Preschool Program and the City and County of Denver should be included as an Additional Insured.***
- Auto Liability with a limit of $1,000,000 per occurrence for all owned, hired or non-owned vehicles used in the transportation of children (unless a waiver has been approved by the Denver Preschool Program or its representative); and
- Workers Compensation Insurance with limits of $100,000 for each bodily injury occurrence claim, $100,000 for each bodily injury caused by disease claim, and $500,000 aggregate for all bodily injury caused by disease claims

Please include in all insurance policies an endorsement that the policy shall not be cancelled without ten (10) days prior notice to DPP for non-payment, and thirty (30) days prior notice to DPP for cancellation or non-renewal for any other reason.

**The Certificate of Insurance should be sent to:**
**Attn: Denver Preschool Program Coordinator, Denver's Early Childhood Council, 3532 Franklin Street, Suite H, Denver, CO 80205; Fax: 1-866-802-0563, dpp@denverearlychildhood.org**

<u>**Provider Name (organization):**</u> Wellspring Catholic Academy

<u>**Telephone Number:**</u>  3032370401

<u>**Address:**</u>  1100 Upham st

<u>**City:**</u> Lakewood                **State: CO**         **Zip:**  80214

<u>**Printed Name of Signatory:**</u>  Karina Campa

<u>**Title:**</u> Director

<u>**Signature:**</u>                                        **Date:**  06 / 01 / 2022

**This form will allow DPP to request a new certificate of insurance from your agent upon renewal of your insurance policies.**



Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18



**Vehicle Insurance Waiver**

DPP providers who do not transport children and therefore do not carry vehicle insurance as outlined below and in the provider agreement:

***(iii) Automobile insurance in the amount of $1,000,000 for all hired, non-owned and/or owned vehicles;***

may elect to complete this waiver in lieu of providing proof of vehicle insurance. By signing this waiver, you proclaim that your program does not transport children at any time during your Denver Preschool Program.

In the event you change your policy, you must immediately notify the DPP and provide proof of insurance, as outlined above and in the Provider Agreement.

In any case, subject to the limitations set out in section V.3, paragraph 2, of the Provider Agreement, if a claim arises, Provider will hold the City and County of Denver and the Denver Preschool Program harmless from Preschool Provider's actions.

**Please select one option below AND complete the info below:**

☑ **My program does transport children** during our Denver Preschool Program.

☐ **My program does not transport children** at any time during our Denver Preschool Program.

**Provider Name (organization):** Wellspring Catholic Academy

Printed Name of Signatory: Karina Campa

Title: Director

Signature: _____

Date: 06 / 01 / 2022

This waiver is effective for the current contract year ending August 31, 2023.
**Return to:** Attn: Chris Miller, Denver Preschool Program, 305 Park Ave West, Suite B, Denver, CO 80205; Fax: 303-496-1114, email: chris@dpp.org

*For DPP use only:*

_____

**Chris Miller, Senior Director of Quality Initiatives
Denver Preschool Program**

**FUNDING
QUALITY
PRESCHOOL
FOR DENVER**

🏠 305 Park Ave. West, Ste. B Denver, CO 80205   ☎ 720.287.5055   🖶 303.496.1114   ✉ info@dpp.org   🖵 dpp.org

Doc ID: 77d1bdf59e9779c2cc4a1be60b563f96ae300d18


 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | 2022-2023 DPP Provder Agreement and Renewal Info_Non-Denver... |
| **FILE NAME** | 2022-2023 DPP Pro...grams_updated.pdf |
| **DOCUMENT ID** | 77d1bdf59e9779c2cc4a1be60b563f96ae300d18 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

## Document History

| | | |
|---|---|---|
| 👁 VIEWED | **06 / 01 / 2022** 16:05:13 UTC | Viewed by - (karina.campa@gowellspring.org) IP: 63.239.169.203 |
| ✍ SIGNED | **06 / 01 / 2022** 16:18:03 UTC | Signed by - (karina.campa@gowellspring.org) IP: 63.239.169.203 |
| ✓ COMPLETED | **06 / 01 / 2022** 16:18:03 UTC | The document has been completed. |