# Assessment of Gender Diverse Children
## Incorporating the Standard of Care 8th Edition

Amy Tishelman, PhD[a,*], G. Nic Rider, PhD[b]

### KEYWORDS

- Transgender • Gender diverse • TGD • Childhood • Standards of care
- Assessment

### KEY POINTS

- Standards of care for prepubescent children have been developed for the World Professional Association of Transgender Health (WPATH) Standards of Care 8th edition (SOC8) based on research, clinical consensus, and general psychological literature pertaining to child development.
- The prepubescent developmental period for children is an important time to promote well-being, to enhance childhood quality of life, and to set the stage for a positive transition to adolescence and adulthood, and this includes supporting a child's gender development, including for those who are gender diverse.
- Foundational, stipulated, principles of care for TGD youth underlie the Child chapter of SOC8, including a strong repudiation of attempts to compel a child to reject a TGD identity.
- Gender identity can be fluid in children; thus, children and caretakers need to be aware that change over time is possible and a child should be supported if they experience gender fluidity over time.
- Mental health professionals with broad training in general child clinical care and assessment, as well as specifically gender care can be helpful in facilitating positive development in children, healthy coping, and strongly supportive intra-family, peer, and community relationships.

## INTRODUCTION

The SOC 8 child chapter was initially written by a European and American group of clinicians, researchers, and stakeholders all with demonstrable expertise in the area

[a] Department of Psychology and Neuroscience, Boston College, 140 Commonwealth Avenue, Chestnut Hill, MA 02467, USA; [b] Department of Family Medicine and Community Health, Institute for Sexual and Gender Health, University of Minnesota Medical School, 1300 South 2nd Street, Suite 180, Minneapolis, MN 55454, USA
* Corresponding author.
E-mail address: amy.tishelman@bc.edu

Child Adolesc Psychiatric Clin N Am ■ (2023) ■–■
https://doi.org/10.1016/j.chc.2023.05.008     childpsych.theclinics.com
1056-4993/23/© 2023 Elsevier Inc. All rights reserved.

EXHIBIT 24

of TGD youth, whether through lived experience and advocacy, clinical care, research, or a combination thereof.[1] The authorship was deliberately comprised to represent a diversity of perspectives. Nevertheless, authors overall shared an overarching vision, and consensus upon practice statements and text was less of a challenge than might have been anticipated. At the outset, all authors agreed upon certain working principles, including a stipulation of mutual respect for one another, an understanding that differences of opinion were welcome and would help facilitate a thoughtful approach to serious topics, and that working group members would retain a collegial appreciation for one another, even if emotionally laden disagreements occurred during discussions. The final Child SOC chapter is a document with strong support from each primary author and represents consensus for best practices in support of TGD children.

### *Child Chapter Considerations*

- *Limited Empirical Research*: Although there has long been recognition that TGD children exist and may benefit from care and support, very little empirical study has been devoted to pre-adolescent TGD children. Thus, by necessity, the SOC 8 Child chapter reflects synthesized knowledge gleaned from a combination of areas, including: a) review of extant empirical literature on TGD children; b) review of non-empirical scholarship relevant to TGD children; c) examination of prior WPATH SOC recommendations; d) expert clinical consensus; and e) ethical considerations.
- *Developmental Perspective:* The Child SOC were created with the understanding that children are not just "little adults." Family, peer, community, and cultural factors can play an enormous role in the well-being of children, including their confidence, sense of self, and overall behavioral and mental health.
- *Ecological Framework:* An ecological approach[2–7] to care emphasizes that children influence and are influenced by each environment or setting of importance in their lives (eg, home, school, religious institution, and so forth). Thus, each setting frequented by children should be safe and welcoming of a child to the extent possible. Research consistently shows that TGD youth are at higher risk for significant childhood adversities compared to cisgender peers (eg, maltreatment, bullying)[8–10] and thus the consideration of safety concerns are paramount. Significant childhood adversities have been linked to some lifelong medical and mental health sequelae,[11–13] and ensuring and/or creating safety to the extent possible is a first step in any work with a TGD child. Gender minority stress can be particularly salient and challenging for TGD children and present in many forms, including being oppressed, stigmatized, antagonized, and/or negated and experiencing threat or actual violence in direct response to a gender diverse identity and/or expression.[14] Children may internalize negative messages encountered in their environments, leading to a sense of low self-worth and other self-diminishing characteristics. On the other hand, the literature indicates that acceptance and support for a TGD child can add to a sense of well-being and diminish mental health risks.[15,16]
- *Global Legal Contexts*: The Child SOC is meant to be relevant and used in a global context. Therefore, the development of the SOC required the consideration of resources and realities in diverse legal, cultural, and social environments. Overly proscriptive standards can preclude their applicability across diverse environments, while vague standards can weaken their meaning and importance. Thus, the authors attempted to balance these considerations, with the expectation that whenever possible efforts will be extended

  to employ the SOC 8 recommended care approaches with children and their families.
- *Cultural Considerations* are pertinent to all clinical work, including with TGD youth and their families. Culture can broadly refer to myriad facets of identity and experience, including racial, ethnic, religious, geographic, citizen/immigrant status, and so forth. Many cultures can exist within an individual as well as within a family. Clinicians should strive to understand the impact and meaning of culture and experience for a child and family members, while avoiding biases or stereotyping based on preconceived ideas about identities. Intersections of gender identity and other cultural influences are important to comprehend for each child individually, particularly with regard to socio-structural factors (eg, gendered racism and transphobia) that may negatively impact resources available and can materially affect the daily lives of the child and family. Further, it is important to understand cultural strengths to build upon or draw from, which can be important for resilience building.
- **Box 1** refers to consensus-driven principles that underlie the SOC practice statements and which must be understood while working with TGD children, family members, and others.

## SUMMARY OF CHILD STANDARD OF CARE 8 CONTENT

The Child chapter begins with an Introduction summarizing the foundational principles delineated above, the importance of cultural considerations, and the ecological and developmental perspectives helping to shape practice standards. The fifteen consensus-driven practice recommendations are then presented, as depicted in **Box 2**, followed by text elaboration.

Given that the guidelines and accompanying text are available to the public, a full explanation of the entire SOC 8 Child chapter is unnecessary and beyond the scope of this article. Instead, the following discussion will focus on the assessment of TGD children (recommendations 7.5, 7.6, and 7.7)

### Assessments with Transgender and Gender Diverse Children

The American Psychological Association defines assessment partially as "the gathering and integration of data to evaluate a person's behavior, abilities, and other characteristics."[17] Thus, a primary assessment function includes synthesizing information to derive a full understanding of the child and their needs to address assessment goals and inform next steps, including a psychotherapeutic process as appropriate. Medical/surgical gender-affirming interventions are not used with prepubescent children; thus, effective treatments occur within psychosocial realms alone, which can include psychiatric/pharmacological assessment and intervention if necessary.

Child assessment in general is a complex endeavor, and can itself act as an intervention, in the sense that any interaction with a child may be replete with messages and sometimes unacknowledged or unintended communications. For instance, psychological literature has examined the effects that interviewers may have on child beliefs about their potential experiences of child sexual abuse, and developmental literature has examined child suggestibility (ie, inadvertent influence of children's beliefs and reports).[18] Therefore, it is critical that any provider is aware of their own biases and approaches assessment with an open and neutral stance. In other words, preconceived ideas about a child or family can lead to confirmation bias, thus skewing assessment findings and recommendations. Importantly, *TGD children do not always need to have a mental health and/or gender assessment*. Assessment will typically only

> **Box 1**
> **Stipulated principles and beliefs serving as foundations for the child standard of care practice statements for transgender and gender diverse children**
>
> - Gender diversity is an expected aspect of general human development.
> - Gender diversity is not a pathology or mental health disorder.
> - Each child should be accepted and respected in their individual gender identities and expressions.
> - Diverse gender expressions cannot be assumed to reflect a transgender identity or gender incongruence.
> - Gender identity may not be static and may change in ways that we cannot predict.
> - TGD children, or their family members, do not always need input from mental health providers.
> - Guidance from mental health providers with expertise in child gender care can be helpful in supporting a child's well-being, positive quality of life, strong relationships in and outside of the family and a comprehension of gender-related needs over time.
> - Gender-affirming medical treatments are not used in prepubescent children.
> - Attempts to "convert" a child's gender identity or expressions to accord with a sex assigned at birth are never acceptable.
> - Parents, caregivers, providers, and others should never overtly or covertly privilege any gender identity for a child, including a cisgender identity.

take place at the discretion of parents/guardians, sometimes upon the request of a child, or after encouragement from another health care provider, such as a pediatrician.

Many types of psychological assessments are possible.[19] Providers needs to be clear about what type of assessment is being requested, and the ultimate goal of the assessment. For instance, some assessments can be crisis or risk assessments, and others may be screening assessments to ensure that a child/family is appropriate for a particular service. In the Child SOC 8 chapter, the authors focused on comprehensive assessments, appropriate when a family is seeking to understand their TGD child's needs from a holistic or whole child perspective. This type of assessment is often used as a first step to developing therapeutic or psycho-educational recommendations for a child, parents/guardians, and/or family, if any, which can be discussed collaboratively with a child and other significant family members.[20–22]

### Comprehensive assessments with transgender and gender diverse children should access and integrate information from multiple sources, domains, and methods as part of the assessment

*Sources of Information*: Almost all assessments of TGD youth will involve parents/guardians, unless they are unavailable, such as when a TGD child is residing in a therapeutic residential facility and parents or legal caregivers are inaccessible or otherwise inappropriate to include (maltreating, non-custodial parents, for example) We recommend the consideration of including cisgender siblings in an assessment process if they have a significant impact on the TGD child, as is suggested by some research,[23,24] or if they may have unexplored needs related to their relationship with their TGD sibling. Other extended family members can also participate in a child assessment, at the discretion of the child, parents/guardians, and the provider performing the assessment.

---

**Box 2**
**Standard of care 8 child recommendations**

7.1. We recommend that health care professionals working with gender diverse children receive training and have expertise in gender development and gender diversity in children, and general knowledge of gender diversity across the life span.

7.2. We recommend that health care professionals working with gender diverse children receive theoretical and evidenced-based training and develop expertise in general child and family mental health across the developmental spectrum.

7.3. We recommend that health care professionals working with gender diverse children receive training and develop expertise in autism spectrum disorders and other neurodiversity or collaborate with an expert with relevant expertise when working with autistic/neurodivergent, gender diverse children.

7.4. We recommend that health care professionals working with gender diverse children engage in continuing education related to gender diverse children and families.

7.5. We recommend that health care professionals conducting an assessment with gender diverse children access and integrate information from multiple sources as part of the assessment.

7.6. We recommend that health care professionals conducting an assessment with gender diverse children consider relevant developmental factors, neurocognitive functioning and language skills.

7.7. We recommend that health care professionals conducting an assessment with gender diverse children consider factors that may constrain accurate reporting of gender identity/gender expression by the child and/or family/caregiver(s).

7.8. We recommend that health care professionals consider consultation and/or psychotherapy for a gender diverse child and family/caregivers when families and health care professional believe this would benefit the well-being and development of a child and/or family.

7.9. We recommend that health care professionals offering consultation and/or psychotherapy to gender diverse children and families/caregivers work with other settings and individuals important to the child in order to promote the child's resilience and emotional well-being.

7.10. We recommend that health care professionals offering consultation and/or psychotherapy to gender diverse children and families/caregivers provide both with age-appropriate psychoeducation about gender development.

7.11. We recommend that health care professionals provide information to gender diverse children and their families/caregivers as the child approaches puberty about potential gender-affirming medical interventions, the effects of these treatments on future fertility, and options for fertility preservation.

7.12. We recommend that parents/caregivers and health care professionals respond supportively to children who desire to be acknowledged as the gender that matches their internal sense of gender identity.

7.13. We recommend that health care professionals and parents/caregivers support children to continue to explore their gender throughout the pre-pubescent years, regardless of social transition.

7.14. We recommend that health care professionals discuss the potential benefits and risks of a social transition with families who are considering it.

7.15. We suggest that health care professionals consider working collaboratively with other professionals and organizations to promote well-being of gender diverse children and minimize adversities they may face.

As noted earlier, as recommended by the SOC 8 Child chapter, a comprehensive assessment will be informed by a developmental and ecological framework. Thus, with family/guardian permission (when appropriate and safe) such an assessment will often include outreach to schools, or individuals in other settings of importance to a child.

The specific reasons for accessing multiple informants for a comprehensive assessment are multifold and can include the following:

- To understand a child's needs across contexts and settings.
- To understand the perspectives, observations, and interactions of a child with multiple influential people in their life.
- To identify child strengths and supports so these can be recognized and buoyed.
- To identify areas of risk or safety concerns, so these can be rectified.
- To understand who the child and family considers to be part of their support network

*Domains of Inquiry* Areas of inquiry for comprehensive assessments enable the provider to understand and integrate factors, currently and historically, that may impact a child's well-being and needs, both with regard to gender and in other areas of life as well. Thus, assessment domains include gender-related domains as well as those not related to gender. In addition, assessment should more broadly focus on the well-being of all family members, and family dynamics; children are impacted by all family members, and thus parents/guardian, grandparents and sibling stability and support are crucial to understand and integrate into recommendations. The SOC 8 Child chapter lists domains of inquiry for an assessment, summarized here in **Box 3** (gender-related domains) and **Box 4** (non–gender-related domains).

## METHODS OF INFORMATION GATHERING

Typically, comprehensive psychological assessments of youth employ a number of means of data collection, which are then synthesized to develop recommendations based on the thorough picture that emerges. Information can be gathered to note if there are inconsistencies in reports or contradictions, and to understand the child's needs to the extent possible in the larger context of their life and development. The evaluation may also pinpoint areas of family need (conflict resolution between guardians, parental stress due to hostilities they may endure for supporting their TGD child, for example), and/or areas for advocacy (eg, working with a school to bolster safety,

---

**Box 3**
**Gender-related domains to assess**

- Child's asserted gender identity, currently and historically
- Child's gender-related expressions, currently and historically
- Evidence of gender dysphoria, gender incongruence or both
- Child and family members' experiences of gender minority stress, hostility, rejection, and so forth due to the child's gender diversity
- Level of support for gender diversity in social contexts (schools, camps, faith communities, extended family, preferred activities such as sports or drama, and so forth)
- Evaluation of conflict or concerning behaviors, within or outside the family, related to the child's gender diversity.

> **Box 4**
> **Non-gender-related domains to assess**
>
> - Child mental health status, strengths, and concerns, currently and historically.
> - Child communication skills and/or cognitive strengths, neurodivergencies, and/or areas of challenge.
> - Behavioral challenges in one or more settings causing significant functional difficulties.
> - Relevant medical and developmental history.
> - Areas that may cause risk, family stressors.
> - Family strengths and protective factors
> - Parent/guardian and sibling mental health and behavioral strengths and challenges
> - Areas of TGD child talents, abilities, and sources of joy.

reduce bullying, and so forth). Importantly, and as noted in the recommended assessment domains, a child and family's strengths and talents can be employed as part of the final assessment recommendations, as areas to build upon and preserve. As an example, if a child reports deriving joy from a hobby, that can be highlighted as an important factor to ensure is valued when recommending ways to support their positive sense of self and quality of life.

Several complexities sometimes intersect with gender-related assessment of TGD children. First, many paper and pencil gender measures have been criticized for any number of reasons, including for not being adequately validated, collapsing the constructs of gender identity and gender expression, and for assuming a binary gender identity, thus foreclosing the option of reporting a non-binary gender identity. Additionally, many measures are not attuned to the communication needs of youth who are on the autism spectrum.[25] More recently, a new tool for gender assessment, accounting for these critiques, has been published, the Gender Self-Report (GSR), attuned for use with TGD and cisgender youth, as well as for autistic and non-autistic young people, and for children as young as age 10 through adulthood.[25] However, standardized gender characterization remains complex, especially for the youngest children who at times may be most challenged when attempting to verbally express the nuances of their inner experiences.

A second concern with some standardized psychological measures is that they are normed by gender. However, these measures do not report norms for youth with a non-binary gender identity, nor do they give guidance for whether to score them based on a gender assumed at birth or a more current asserted gender identity. Some research has suggested that it makes little difference which normative scores are used,[26] while other studies suggest that some caution in the interpretation of gender norms for transgender youth is warranted.[27]

Some potential methods of data collection for a comprehensive assessment are listed in **Box 5**.

Comprehensive assessment with TGD children should consider factors that may constrain accurate reporting of gender identity/gender expression by the child and/or family/caregiver(s).

Many factors shape a child's development, and thus potentially influence what a child may be thinking, perceiving about their internal experiences of gender, or be willing to report to a provider during an initial assessment. Providers should avoid asking leading questions of children or adult family members –that is, questions that embed the expected response in the query itself (eg, you don't feel like a boy, do

> **Box 5**
> **Possible methods of information-gathering**
>
> - Interviews, structured and/or unstructured, of child and family members
> - Interviews, structured and/or unstructured, of collateral sources (eg, teachers, principals, coaches, clergy, current psychotherapists, and so forth)
> - Parent/guardian, child and other (eg, teacher) completed paper and pencil standardized measures related to gender, child well-being, family functioning, acceptance and support, child development, cognitive and communications skills, and/or other areas as warranted based on clinical judgment.
> - Structured assessment techniques, often visually supported, such as child worksheets, self-portraits, and family drawings.

you?). Leading questions reveal a provider's biases and may be most likely to result in invalid responses, especially with children or parents who may be eager to please or responsive to social expectations.[28]

Children who have experienced negative consequences for making certain statements about their gender identity or expressing themselves in ways considered by others to be non-conforming to gender expectations, may be reluctant to convey some aspects of their experience, fearing rejection and/or other adverse reactions. At times, it is possible that children may need more support to understand the meaning of gender for themselves. Thus, assessment may be a steppingstone in an unfolding process of self-understanding and self-advocacy, which can be acknowledged and continue following assessment, often in a therapeutic process. Parents/guardians and others in a family's life may be reluctant to share aspects of the family dynamic or history, including interactions with their child that may cause embarrassment or shame, or other areas of family unrest or conflict (including relatively common family challenges such as substance abuse, domestic violence, and so forth). Again, a comprehensive assessment may raise hypotheses about hidden family issues that may be affecting a child, but more information may emerge in a follow-up to the assessment.

### General Clinical Guidance: Child Assessment

In general, when working with children, comfort and safety should be prioritized. This sometimes means, clinically, that a child may be reluctant to engage with questions or areas of inquiry. A provider needs to be able to follow the lead of a child if they demonstrate hesitancies or resist a provider's agenda when gathering specific information. This may mean that delaying the gathering of information in favor of developing rapport with a child can be important in certain situations. It can actually be a protective inclination for a child to be slow to convey sensitive or emotionally laden information to a provider who is a relative stranger. On the other hand, it is also important to recognize when a child may be *overly* trusting from the outset, demonstrating the possibility for other potential dynamics that may or may not be worth addressing clinically. Similar interpersonal dynamics may prevail with parents/guardians as well.

**Box 6** summarizes some basic tenets of child assessment best practices.

#### Pre-pubescent social gender transition

As noted, medical/surgical interventions are not used with pre-pubescent children. Instead, interventions are relegated to the psychosocial arena. One of these

> **Box 6**
> **Child assessment clinical guidance**
>
> - Assessment should be child-centered and child sensitive.
> - Assessment should occur in a safe space.
> - Assessment should be attuned to a child's developmental, and communicative abilities and preferences.
> - All providers conducting assessments should maintain neutrality and avoid biased interactions.
> - Assessment should not include coercive or leading questions.
> - Assessments should follow a child's needs, especially if a child signals that they need to feel in control.
> - Assessors should be aware that certain sensitive information may not be shared initially, or at all, including family "secrets."
> - A child or others may have multiple factors influencing what they communicate.
> - Prioritize child safety in all settings.

interventions may include a gender social transition process, referring to actions taken by child to live in some or all situations in a way that feels consistent with the gender identity they affirm and the gender-related expressions they prefer.[29] Gender social transition is an individualized process and can include gradual or abrupt modifications a child makes to their overt presentations and other behaviors. These can include changes in pronouns, names, hairstyle, clothing, participation in gender-segregated activities, and so forth. This is best viewed as a child-driven decision and can occur gradually or all at once. Children may choose to only share their gender social transition with certain people or in certain settings and may, as well, choose to change only certain aspects of their gender-related expressions. Although social gender transition may include a transition to a non-binary presentation, much of the research on child social transition thus far has included children who initiated a full binary transition. In a series of studies, Kristina Olson and colleagues examined the well-being and functioning of self-selected prepubescent children following social transition, and compared them to cisgender siblings and colleagues. They found, overall, that TGD youth who had socially transitioned were generally well-adjusted and indistinguishable from their cisgender siblings and peers aside from some non-clinically meaningful elevations in anxiety.[16,30] Although, this research has some limitations (self-selected, non-representative participants, for example), it does indicate that TGD youth are not inevitably beset by mental health struggles and can enjoy a generally positive quality of life. The SOC 8 recognizes these positive research findings, as well as the need for continued research, and advises an individualized and thoughtful decision-making process with TGD children and their parents/guardians in order to foster both acceptance and safety. The SOC 8 also recommends that children be supported in continued reflection regarding gender as needed, with an understanding that gender may be fluid (see recommendation 7.13). When considering a social gender transition, the following considerations may be helpful.

- Recognize the nuances of a social gender transition to assist children and families with decision-making, weighing individualized priorities.

- Ensure that children understand that they have the freedom to evolve in gender identity/expression over time, as best suits them and their needs, leaving all pathways open.
- Ensure continuing safety, emotional and physical, in all settings in which a social gender transition process takes place. Dynamic processing of challenges can be ongoing during a social transition process.

## SUMMARY

Childhood is a distinct and critical developmental period in the life of any individual. During this time, children acquire massive amounts of information, including important foundational academic, social, and life skills. Psychological literature demonstrates that children can develop risks and resiliencies during this time period that can persist as trajectories of development through adolescence and adulthood. Childhood is also an opportunity to shape experience in way that diminishes distress, promotes self-worth, confidence, and positive coping skills, and sets up a child to be able to traverse the stressors of life adaptively, and while drawing on strong and trusting established relationships. This is, thus, a critical time period for TGD youth, who are more likely than cisgender peers and siblings to encounter significant life stressors, and to be burdened with adversities not experienced by others such as gender minority stressors. The SOC 8 Child chapter is the first to illuminate best practices during these important years in a TGD young person's early life and to highlight ways in which well-being can be supported.

## CLINICS CARE POINTS

- Childhood is an important developmental period for TGD children for various reasons, including:
  ○ The value of enhancing the quality of life for children while they are still children.
  ○ The value of promoting well-being, positive relationships, and coping skills in order to support children in the transition to adolescence and adulthood with resiliencies in place.
  ○ Helping children reflect on their gender care needs, prepare for some of the changes that occur with the onset of puberty, and start to reflect on upcoming gender-affirming options (if desired).
- Providers working with TGD children and their families should be well-qualified through general child and family mental health training as well as specific training in the developmental needs of TGD youth.
- Child safety is always a priority and assessment should ensure safety across settings in a child's life. Childhood adversities are common for all children, but even more prevalent for TGD children.
- It is critical for providers to reflect on and address their own biases as well as approach assessment using an intersectionality-informed lens. Further, overt and more subtle interactions can impact children and others during an assessment.
- Providers should be aware that gender needs and gender identity and expression can be fluid for children, and children should be encouraged to appreciate that they will be supported through any gender-related changes they may experience.
- Providers should stay updated on research related to promoting the well-being of TGD youth, which is limited but burgeoning.
- A comprehensive child assessment of gender diverse youth should take into account a child's ecology, and involve important people in a child's life, embrace a holistic approach, and synthesize multiple forms of information. Assessment should focus on promoting well-being as well as decreasing risks and distress.

**DISCLOSURE**

The authors have no relevant financial disclosures nor conflicts of interest to declare.

**REFERENCES**

1. Coleman E, Radix AE, Bouman WP, et al. Standards of care for the health of transgender and gender diverse people, version 8. International Journal of Transgender Health 2022;23(S1):S1–260.
2. Bronfenbrenner U. Contexts of child rearing: problems and prospects. Am Psychol 1979;34(10):844–50.
3. Belsky J. Etiology of child maltreatment: a developmental-ecological analysis. Psychol Bull 1993;114(3):413–34.
4. Lynch M, Cicchetti D. An ecological-transactional analysis of children and contexts: the longitudinal interplay among child maltreatment, community violence, and children's symptomatology. Dev Psychopathol 1998;10(2):235–57.
5. Kaufman RT, Tishelman A. In: Keo-Meier C, Ehrensaft D, editors. The gender affirmative model: an interdisciplinary approach to supporting transgender and gender expansive children. American Psychological Association; 2018. p. 173–88, chap Creating a Network of Professionals.
6. Zielinski DS, Bradshaw CP. Ecological influences on the sequelae of child maltreatment: a review of the literature. Child Maltreat 2006;11(1):49–62.
7. Tishelman AC, Haney P, Greenwald O'Brien J, et al. A framework for school-based psychological evaluations: utilizing a 'Trauma lens'. J Child Adolesc Trauma 2010;3(4):279–302.
8. Schnarrs PW, Stone AL, Salcido R Jr, et al. Differences in adverse childhood experiences (ACEs) and quality of physical and mental health between transgender and cisgender sexual minorities. J Psychiatr Res 2019;119:1–6.
9. Thoma BC, Rezeppa TL, Choukas-Bradley S, et al. Disparities in childhood abuse between transgender and cisgender adolescents. Pediatrics 2021;148(2). https://doi.org/10.1542/peds.2020-016907.
10. James SE, Herman JL, Rankin S, et al. The report of the 2015 U.S. Transgender survey. Washington, DC: National Center for Transgender Equality; 2016.
11. Anda RF, Butchart A, Felitti VJ, et al. Building a framework for global surveillance of the public health implications of adverse childhood experiences. Am J Prev Med 2010;39(1):93–8.
12. Masten AS, Cicchetti D. Developmental cascades. Dev Psychopathol 2010;22(3): 491–5.
13. Shonkoff JP, Garner AS. Committee on psychosocial aspects of child and family health; Committee on early childhood, Adoption, and dependent care; section on developmental and behavioral pediatrics. The lifelong effects of early childhood adversity and toxic stress. Pediatrics 2012;129(1):e232–46.
14. Hendricks ML, Testa RJ. A conceptual framework for clinical work with transgender and gender nonconforming clients: an adaptation of the Minority Stress Model. Prof Psychol Res Pract 2012;43:460–7.
15.. Malpas J, Glaeser E, Giammattei SV. Building resilience in transgender and gender expansive children, families, and communities: A multidimensional family approach. In: Keo C, Ehrensaft MD, editors. The gender affirmative model: An interdisciplinary approach to supporting transgender and gender expansive children. American Psychological Association; 2018. p. 141–56.

16. Olson KR, Durwood L, DeMeules M, et al. Mental health of transgender children who are supported in their identities. Pediatrics 2016;137(3). https://doi.org/10.1542/peds.2015-3223.
17. APA Dictionary of Psychology. American Psychological Association. Available at: https://dictionary.apa.org/psychological-assessment. Accessed June 29, 2023.
18. Ceci SJ, Bruck M. Suggestibility of the child witness: a historical review and synthesis. Psychol Bull 1993;113(3):403–39.
19. Krishnamurthy R, VandeCreek L, Kaslow NJ, et al. Achieving competency in psychological assessment: directions for education and training. J Clin Psychol 2004;60(7):725–39.
20. American Psychological Association. APA task force on psychological assessment and evaluation guidelines. APA Guidelines for Psychological Assessment and Evaluation; 2020.
21. de Vries AL, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: the Dutch approach. J Homosex 2012;59(3):301–20.
22. Srinath S, Jacob P, Sharma E, et al. Clinical practice guidelines for assessment of children and adolescents. Indian J Psychiatry 2019;61(Suppl 2):158–75.
23. Pariseau EM, Chevalier L, Long KA, et al. The relationship between family acceptance-rejection and transgender youth psychosocial functioning. Clinical Practice in Pediatric Psychology 2019;7(3):267–77.
24. Parker E, Davis-McCabe C. The sibling experience: growing up with a trans sibling. Aust J Psychol 2021;73(2):188–99.
25. Strang JF, Wallace GL, Michaelson JJ, et al. The Gender Self-Report: a multidimensional gender characterization tool for gender-diverse and cisgender youth and adults. Am Psychol 2023. https://doi.org/10.1037/amp0001117.
26. Rider GN, Berg D, Pardo ST, et al. Using the Child Behavior Checklist (CBCL) with transgender/gender nonconforming children and adolescents. Clin Pract Pediatr Psychol 2019;7:291–301.
27. Brecht A, Bos S, Ries L, et al. Assessment of psychological distress and peer relations among trans adolescents-an examination of the use of gender norms and parent-child Congruence of the YSR-R/CBCL-R among a Treatment-seeking sample. Children (Basel) 2021;8(10):864.
28. Powell MB, Hughes-Scholes CH, Sharman SJ. Skill in interviewing reduces confirmation bias. J Investigative Psychol Offender Profiling 2012;9(2):126–34.
29. Ehrensaft D, Giammattei SV, Storck K, et al. Prepubertal social gender transitions: what we know; what we can learn– a view from a gender affirmative lens. Int J Transgenderism 2018;19(2):251–68.
30. Durwood L, McLaughlin KA, Olson KR. Mental health and self-worth in socially transitioned transgender youth. J Am Acad Child Adolesc Psychiatry 2017;56:116–23.