Elias Moo  30(b)(6)
November 27, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-2079-JLK

_____

RULE 30(b)(6) DEPOSITION OF:
Superintendent of Catholic Schools
at Denver Archdiocese
ELIAS MOO
November 27, 2023
Via RemoteDepo

_____

ST. MARY CATHOLIC PARISH IN LITTLETON;
ST BERNADETTE CATHOLIC PARISH IN LAKEWOOD;
DANIEL SHELEY; LISA SHELEY; and
THE ARCHDIOCESE OF DENVER,

Plaintiffs,

v.

LISA ROY, in her official capacity as Executive
Director of the Colorado Department of Early
Childhood; and DAWN ODEAN, in her official
capacity as Director of Colorado's Universal
Preschool Program,

Defendants.

_____

        PURSUANT TO NOTICE, the Rule 30(b)(6)
deposition of Superintendent of Catholic Schools at
Denver Archdiocese, ELIAS MOO, was taken on behalf of
the Defendants in Denver County, Colorado, by remote
means, on November 27, 2023, at 8:09 a.m., before
Lisa B. Kelly, Registered Professional Reporter,
Certified Realtime Reporter, and Notary Public within
Colorado, appearing remotely from Larimer County,
Colorado.

Elias Moo  30(b)(6)
November 27, 2023

```
 1                    REMOTE APPEARANCES

 2    For the Plaintiffs:

 3            JOSEPH C. DAVIS, ESQ.
              NICHOLAS R. REAVES, ESQ.
 4            AMAMDA DIXON, ESQ.
              The Becket Fund for Religious Liberty
 5            1919 Pennsylvania Avenue, N.W., Suite 400
              Washington, D.C. 20006
 6            jdavis@becketlaw.org
              nreaves@becketlaw.org
 7            adixon@becketlaw.org

 8    For the Defendants:

 9            VIRGINIA R. CARRENO, ESQ.
              NICOLE RUST, ESQ.
10            J. GREGORY WHITEHAIR, ESQ.
              JANNA FISCHER, ESQ.
11            Colorado Attorney General's Office
              1300 Broadway
12            Denver, Colorado 80202
              virginia.carreno@coag.gov
13            niki.rust@coag.gov
              greg.whitehair@coag.gov
14            Jamma.fischer@coag.gov

15    Also Present:
              Bonnie Miller
16            Jennifer Reynard

17

18

19

20

21

22

23

24

25
```

Elias Moo  30(b)(6)
November 27, 2023

```
1                        I N D E X

2   EXAMINATION OF ELIAS MOO:                      PAGE
    November 27, 2023
3
    By Ms. Carreno                                  6
4
    By Mr. Davis                                   231
5

6                                              INITIAL
    DEPOSITION EXHIBITS:                      REFERENCE
7
    Exhibit 1      Notice of Rule 30(b)(6)        15
8                  Deposition

9   Exhibit 2      1000 Series Organization and   64
                   Administration, Canonical
10                 Overview, Effective: August 2002

11  Exhibit 3      Archdiocese of Denver Office of 85
                   Catholic Schools Statement on
12                 Universal Pre-K (UPK)
                   Barriers/Impacts
13
    Exhibit 4      Letter to Governor Polis, 2/17/23  98
14
    Exhibit 5      Update on Guidance for          105
15                 Participation in UPK

16  Exhibit 6      Email string ending with an     124
                   email to Brandorff and Neuman
17                 from Dudzic, 1/14/23, Subject:
                   Fwd: NOTICE: Direction for
18                 Parishes and Schools on
                   "Universal (UPK) Pre-School
19                 Colorado"

20  Exhibit 7      Email to Rogers from Vessely,   128
                   5/11/23, Subject: UPK/Polis
21                 meeting

22  Exhibit 8      Email string ending with an     133
                   email to Moo from Nesbitt,
23                 5/15/23, Subject: Re:
                   Invitation to Private Meeting
24                 for Pastors-School Leaders:
                   Update on Universal Preschool
25                 Program
```

Elias Moo  30(b)(6)
November 27, 2023

1    Exhibit 9         Universal Preschool (UPK)          143
                       Colorado Program Service
2                      Agreement

3    Exhibit 10        Letter to St. Mary Preschool       156
                       from Jefferson County Division
4                      of Human Services, 8/28/23,

5    Exhibit 11        2022-2023 DPP Provider             165
                       Renewal Questions/Information
6
7    Exhibit 12        Guidance for Issues Concerning     171
                       the Human Person and Sexual
                       Identity
8
      (Exhibits provided electronically to the reporter.)
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Elias Moo  30(b)(6)
November 27, 2023

```
 1            WHEREUPON, the following proceedings were

 2    taken pursuant to the Federal Rules of Civil

 3    Procedure.

 4              *      *      *      *      *

 5            THE REPORTER:  All counsel participating

 6    in this deposition acknowledge that I am not

 7    physically present in a deposition room with the

 8    deponent and that I will be reporting this deposition

 9    and providing an oath remotely.

10            You further agree that, in lieu of an

11    oath administered in person, the witness declares his

12    testimony in this matter is given under penalty of

13    perjury.

14            All parties and counsel consent to this

15    arrangement and waive any objections to this manner of

16    reporting and manner of providing the oath.

17            Counsel, please indicate your agreement

18    by stating your name and your agreement on the record,

19    and then I will swear in the witness.

20            MS. CARRENO:  Virginia Carreno, attorney

21    for Defendants Roy and Odean.

22            MR. DAVIS:  Joseph Davis, attorney for

23    the Plaintiffs.  We agree.

24

25
```

Elias Moo   30(b)(6)
November 27, 2023

```
 1                        ELIAS MOO,

 2   having verbally declared under penalty of perjury that

 3   his testimony in this case will be the truth, the

 4   whole truth, and nothing but the truth, testified as

 5   follows:

 6              (Deponent's reply to oath:  I do.)

 7              THE REPORTER:  Thank you.

 8              Ms. Carreno.

 9              MS. CARRENO:  Thank you, Lisa.

10              Good morning, everyone.

11                      EXAMINATION

12   BY MS. CARRENO:

13        Q.   Good morning, Mr. Moo.

14        A.   Good morning.

15        Q.   Can you hear me okay?

16        A.   Yeah.  It's a little bit of an echo, but

17   it's coming in okay.

18        Q.   Okay.  Let me know if you have any

19   problems where you can't hear me and we can try to

20   adjust the sound before it gets distracting.

21        A.   Sounds good.  Thank you.

22              THE REPORTER:  Can I jump in real quick,

23   Virginia?  Are you aways away from the microphone?  Is

24   there any way to pull it closer to you or is it as

25   close as it can be?
```

Elias Moo   30(b)(6)
November 27, 2023

```
 1            MS. CARRENO:  I think I've just pulled it
 2   a little bit closer, but it's right next to me.
 3            THE REPORTER:  That's better.  Thank you.
 4            MS. CARRENO:  Oh, okay.
 5       Q.   (BY MS. CARRENO)  So my name is Virginia
 6   Carreno, Mr. Moo, and I'm an attorney with the
 7   Attorney General's Office in Colorado.  I represent
 8   the defendants, Dr. Roy and Dawn Odean, from the
 9   Colorado Department of Early Childhood, and I'm going
10   to be asking you some questions for your deposition
11   today.
12            I know that Ms. Kelly had already asked
13   you this question, but can I ask you on the record to
14   identify anyone that's in the room with you today.
15       A.   Just Mr. Joe Davis is here with me.
16       Q.   Okay.  And where are you?
17       A.   We are at a conference room, 119, at the
18   John Paul II Center for the New Evangelization.
19       Q.   And where is that located?
20       A.   1300 South Steele Street.
21       Q.   In Denver, Colorado?
22       A.   Yes.
23       Q.   Okay.  Mr. Moo, do you have any chat or
24   any other communications open?
25       A.   No, not currently.
```

Elias Moo  30(b)(6)
November 27, 2023

```
 1          Q.   And do you have any electronic devices
 2   with you today?
 3          A.   Yeah.  My cell phone is sitting next to
 4   me.
 5          Q.   Okay.  I just want to remind you that you
 6   can't communicate through any chats or through text
 7   messaging or with anyone else while your deposition is
 8   happening today about the contents of the deposition.
 9          A.   Yes.  Understood.
10          Q.   Okay.  Great.  Did you bring any
11   documents with you to the deposition today?
12          A.   No.  Just myself here.
13          Q.   Okay.  Do you have any documents open on
14   your computer?
15          A.   No.
16          Q.   And just the same reminder that I ask
17   that you not use any documents, unless you
18   specifically ask to use those documents, and then we
19   will make those part of the record today.
20               Does that sound accurate or fair?
21          A.   Yes.  Understood.
22          Q.   Okay.
23               MS. CARRENO:  And, Mr. Davis, for the
24   record, can you please identify any attorneys that are
25   either with you or present on the Zoom call today or
```

Elias Moo  30(b)(6)
November 27, 2023

```
1    anyone else from your office?
2              MR. DAVIS:  Sure.  Nick Reaves and Amanda
3    Dixon from my office, also counsel for the Plaintiffs,
4    are just appearing remotely.
5              MS. CARRENO:  Great.
6         Q.   (BY MS. CARRENO)  All right.  Mr. Moo, I
7    want to get some basic information from you.  Can you
8    spell your full name, please?
9         A.   Yeah.  My first name is Elias, E-l-i-a-s.
10   My middle name is Josue, J-o-s-u-e.  And my last name
11   is Moo, M-o-o.
12        Q.   Any previous names?
13        A.   I'm sorry.  Can you repeat that again?
14        Q.   Do you have any previous names or other
15   names that you're known by?
16        A.   No.
17        Q.   What is your address?
18        A.   My address?
19        Q.   Yes.
20        A.   It's 14220 East Arkansas Drive.  That's
21   Aurora, Colorado 80012.
22        Q.   What is your telephone number?
23        A.   It's 720-345-4700.
24        Q.   And do you own your home?
25        A.   Yes.
```

Elias Moo   30(b)(6)
November 27, 2023

1      Q.   How long have you lived there?

2      A.   Since 2017.  So going on six years,

3  approximately.

4      Q.   Have you ever been deposed before?

5      A.   No.

6      Q.   I'm going to go through some questions

7  with you, and I just want to lay down some basic

8  ground rules about how the deposition is going to work

9  today.

10         So, first and foremost, I need all of

11 your answers to be verbal.  Things like shaking your

12 head or nodding won't be picked up.  Even though we

13 can see each other on video, we are not recording the

14 deposition today.

15         So I need for your answers to be verbal

16 so that we will have them on the transcript of this

17 deposition after we finish today.

18         Does that sound okay?

19     A.   Yes.  Understood.

20     Q.   And I also, just, again, since we're over

21 video and we're trying to get a clear record, just

22 want to make sure that we take turns talking today.

23         So if you wait a second, sometimes it

24 might sound like I'm finished with my question, but I

25 might keep talking.  I just want to make sure that we

Elias Moo  30(b)(6)
November 27, 2023

1   don't talk over each other.  Does that sound fair?

2           A.   Yes.  Absolutely.

3           Q.   If you need a break, please say so.  The

4   only thing I ask is that if you need to take a break,

5   that you answer the pending question before asking to

6   take a break.

7                I'm going to build in some breaks today

8   as we go.  We'll definitely have a lunch break and

9   maybe short breaks every hour or so, depending on how

10  quickly the deposition is going.  But please, let us

11  know if you need to take breaks.  Does that sound

12  good?

13          A.   Yes.  Yeah.  Thank you.

14          Q.   Just want to remind you, you are under

15  oath.  Ms. Kelly just asked you to take an oath to

16  tell the truth.  And do you understand that this is

17  the same oath you would take if you were sworn in at a

18  trial?

19          A.   Yes.

20          Q.   And do you agree that you will tell the

21  whole truth to the best of your ability today?

22          A.   Yes.  Absolutely.

23          Q.   If you learn -- and I'm here to learn

24  everything about you -- I'm sorry -- everything about

25  the events that you know related to this lawsuit and

Elias Moo  30(b)(6)
November 27, 2023

1    the facts surrounding this lawsuit.  So I'm looking

2    for full and complete answers to my questions.

3              So if you give an answer and you realize

4    that something that you said was incorrect, can we

5    agree that you will let me know and we'll correct that

6    on the record?

7         A.    Yeah.  I'm sorry.  Can you repeat that

8    last part?  Correct what on the record?

9         Q.    If you realize that some answer that you

10   gave is incorrect or that you misspoke, will you let

11   me know?

12        A.    Yes.

13        Q.    You'll have an opportunity after the

14   deposition today to review the transcript.  Like I

15   said, the court reporter is writing down everything

16   that we're saying, and you'll have an opportunity to

17   correct an answer if something is incorrect.

18             If it happens, though, I would -- I may

19   ask that we come back and have an opportunity to

20   discuss that on the record.

21             Does that sound fair as well?

22        A.    Yes.

23        Q.    It's also important if I ask a question

24   that you don't understand, that you let me know so

25   that we make sure that you understand the question

Elias Moo  30(b)(6)
November 27, 2023

1   that you're being asked.  Is that fair?

2          A.   Yes.

3          Q.   And, Mr. Moo, are you on any medications

4   today that would affect your ability to testify?

5          A.   No.  I mentioned to Mr. Davis, I have

6   been fighting a head cold so I took some decongestant

7   early this morning, but that's about it.  I don't

8   think that's going to impair my ability to be able to

9   answer your questions here.

10          Q.   Okay.  Well, thank you for letting me

11   know that.  And the next question was, are you sick at

12   all today?  It sounds like maybe you've got a bit of a

13   head cold.

14          A.   Yes.

15          Q.   And do you think -- it sounds like the

16   answer is no, but I just want to be clear.  Do you

17   think that your head cold will affect your ability to

18   testify today?

19          A.   No.

20          Q.   Is there any reason why you cannot give

21   accurate and complete testimony here today?

22          A.   No.

23          Q.   Did you understand everything I said so

24   far?

25          A.   Yes, ma'am.

Elias Moo  30(b)(6)
November 27, 2023

1          Q.   And before we get started, do you have

2     any questions for me about anything that I just said?

3          A.   No.  Not at this time.

4          Q.   Okay.  What did you do to prepare for

5     your deposition today?

6               MR. DAVIS:  I'm going to object to the

7     extent that the question gets at attorney-client

8     privileged information, but you can answer otherwise,

9     please.

10         A.   Yeah.  Just I reviewed the various

11    documents that have been submitted already for the

12    record.

13         Q.   (BY MS. CARRENO)  And did you meet with

14    anybody?  Without disclosing any privileged

15    information, did you meet with anybody about the

16    deposition today?

17         A.   Just the -- just my counsel.

18         Q.   And how many times did you meet with your

19    counsel about this depositions?

20         A.   It was one, one conversation specific to

21    this deposition.

22         Q.   And how long was that meeting or that

23    conversation?

24              MR. DAVIS:  I'll object as to relevance,

25    but you can answer, Elias.

Elias Moo   30(b)(6)
November 27, 2023

1          A.   Yeah.  We had a Zoom call for about

2   90 minutes, I want to say, approximately.  Just to

3   clarify, Mr. Davis and I did have a brief phone call a

4   couple days ago just to connect on logistics for this

5   here.  But, yeah, the first call was a 90-minute Zoom

6   call.

7          Q.   (BY MS. CARRENO)  Thank you.  Have you

8   ever testified under oath before?

9          A.   I have not, no.

10          Q.   And I think you said you've never been

11   deposed before; is that correct?

12          A.   Correct.  Yes.

13          Q.   Have you ever been involved with a

14   lawsuit or any type of litigation in the past?

15          A.   Can I clarify?  In a professional

16   setting?  Personal setting?  Any?

17          Q.   Let's start with a professional setting.

18          A.   Professional setting, no.  Personal, my

19   wife and I were in a suit against a contractor that

20   did some work in our house back in 2021, I want to

21   say.

22          Q.   Okay.  Great.  Thank you.

23              And I want to mark the deposition notice

24   as Exhibit 1.

25              MS. CARRENO:  And, Bonnie, can you share

Elias Moo  30(b)(6)
November 27, 2023

```
 1   Exhibit 1, please?

 2           Q.   (BY MS. CARRENO)  Mr. Moo, do you

 3   recognize this document?

 4           A.   Yes.

 5             MS. CARRENO:  And, Bonnie, if you can

 6   scroll down to the topics.

 7           Q.   (BY MS. CARRENO)  And, Mr. Moo, what do

 8   you recognize this document to be?

 9           A.   I recognize this document to be the

10   scheduled topics to be discussed today during this

11   deposition.

12           Q.   And did you review those topics?

13           A.   I did, yes.

14           Q.   And are you here on behalf of the

15   Archdiocese of Denver for this deposition right now?

16           A.   I am, yes.

17           Q.   And you understand that you are not

18   testifying at this minute in your individual capacity,

19   but in your capacity as a representative for the

20   Archdiocese of Denver; is that correct?

21           A.   Yes.  That's correct.

22           Q.   And after reviewing these deposition

23   topics or this schedule of topics, are you able to

24   testify about these topics in the notice?

25           A.   I am, yes.
```

Elias Moo   30(b)(6)
November 27, 2023

```
 1          Q.    Are you the best person -- or strike

 2    that.

 3                Are you the person with the most

 4    knowledge concerning the topics in the deposition

 5    notice?

 6          A.    Yes, I am.

 7          Q.    Is there anyone else on any of the topics

 8    that would be better able to speak to any of the

 9    topics?

10          A.    Possibly, when it comes to questions

11    around the relationship between the Archdiocese and

12    Catholic Charities, the chief operating officer, who I

13    report to directly here at the Archdiocese, would be

14    better positioned to be able to speak on, like,

15    corporate structure as it pertains to the Archdiocese

16    and Catholic Charities specifically.

17                But I'm familiar and well-versed enough

18    in that to be able to speak to it, but I would concede

19    his expertise and level of expertise with respect to

20    that topic.

21          Q.    Thank you.

22                MR. DAVIS:  I'm just going to object on

23    the record to relevance.  I mean, the witness is

24    prepared to testify within the confines of

25    Rule 30(b)(6) on the topics that you've identified,
```

Elias Moo   30(b)(6)
November 27, 2023

 1   Virginia.

 2          Q.   (BY MS. CARRENO)   And what is the name of

 3   the person that you referenced?

 4          A.   Mr. Keith Parsons.

 5          Q.   And what did you say his title is?

 6          A.   He's the chief operating officer at the

 7   Archdiocese of Denver.

 8          Q.   And do you have full authority to speak

 9   on behalf of the Archdiocese with respect to the

10   deposition topics today?

11          A.   I do, yes.

12          Q.   Are you aware that answers you give to my

13   questions will be binding on the Archdiocese?

14          A.   Yes.

15          Q.   And, again, with that in mind, you're

16   fully prepared to speak to each of the topics in the

17   deposition notice?

18          A.   Yes.   I'm fully prepared.

19          Q.   Mr. Moo, what is your date of birth?

20          A.   It is April 22nd, 1985.

21          Q.   Where did you go to high school?

22          A.   I went to high school at Santa Clara High

23   School in Oxnard, California.

24          Q.   And where did you go to college?

25          A.   I went to the University of Notre Dame in

Elias Moo   30(b)(6)
November 27, 2023

 1   South Bend, Indiana.

 2          Q.   Did you get -- excuse me.  Strike that.

 3               Did you obtain a degree from your

 4   college?

 5          A.   Yes.  I received a bachelor's degree and

 6   then, a few years later, two master's degrees, also

 7   from the University of Notre Dame.

 8          Q.   What was your bachelor's degree in?

 9          A.   It was a double major in sociology and

10   theology.

11          Q.   And what were your master's degrees in?

12          A.   My first master's was a master's in

13   education, with a focus on elementary education.  My

14   second master's was a master's in educational

15   leadership.

16          Q.   Do you have any certificates,

17   professional certificates?

18          A.   Probably.  Again, I can't think of any

19   right now that come to mind.

20          Q.   Okay.  That's fine.  What about any

21   professional licenses?

22          A.   I don't currently hold any professional

23   licenses.

24          Q.   Are you married?

25          A.   I am, yes.

Elias Moo  30(b)(6)
November 27, 2023

```
 1            Q.   And what is your spouse's name?

 2            A.   Her name is Claudia.

 3            Q.   Same last name?

 4            A.   Yes.

 5            Q.   Are you -- have you ever been divorced?

 6            A.   No.

 7            Q.   Do you have any children?

 8            A.   Yes.

 9            Q.   What are the names and ages of your

10    children?

11                 MR. DAVIS:  Objection to relevance.

12                 Do we need the names of the children on

13    the public record, Virginia?

14            Q.   (BY MS. CARRENO)  Can we get ages of the

15    children, the number of children and the ages?  I

16    don't need their names.

17                 MR. DAVIS:  You can answer.

18            A.   I have five boys.  Their ages are 10, 8,

19    6, 4, and 2.

20            Q.   (BY MS. CARRENO)  Any other dependents

21    besides your children?

22            A.   No.

23            Q.   I want to talk a little bit about your

24    employment.  So where are you currently employed?

25            A.   Currently employed by the Archdiocese of
```

Elias Moo  30(b)(6)
November 27, 2023

```
 1   Denver.
 2          Q.   What is your current job title?
 3          A.   My title is superintendent of Catholic
 4   Schools.
 5          Q.   How long have you had that title?
 6          A.   Five years and -- gosh -- ten months.
 7          Q.   When did you start working for the
 8   Archdiocese of Denver?
 9          A.   In February of 2018, on a part-time
10   basis, and full-time starting July 2018.
11          Q.   And who do you report to in your position
12   with the Archdiocese of Denver?
13          A.   I report to -- well, first and foremost,
14   the Archbishop of Denver, Archbishop Samuel Aquila.
15   He has delegated some supervisory duties over me to
16   his chief operating officer, Mr. Keith Parsons.
17               And I also report to the vicar-general
18   for the Archdiocese, Father Randy Dollins.
19          Q.   What is your job description as
20   superintendent of Catholic Schools?
21          A.   As the delegate of the archbishop to the
22   Archdiocese of Denver Catholic Schools, my job is to
23   carry out his episcopal duties to teach, govern, and
24   sanctify, as laid out in Canon Law as his duties and
25   responsibilities, to carry that out on his behalf to
```

Elias Moo   30(b)(6)
November 27, 2023

1    the Catholic schools and within the geographic

2    boundaries of the Archdiocese of Denver.

3                    So primarily that's through providing

4    direction, supervision, alongside parish pastors who

5    oversee parish schools with their principals, and do

6    development of policy and strategy for schools.

7              Q.   When you say "direction," who do you

8    direct?

9              A.   I direct the -- well, first, the Office

10   of Catholic Schools, which is the group here at the

11   Archdiocese that I directly supervise and manager, and

12   then also the school principals, who I co-supervise

13   with parish pastors at our parish schools.

14             Q.   And when you say "supervision," is that

15   the same -- do you mean the same as direction, or do

16   you supervise the different individuals that you just

17   described?

18             A.   We use supervision in -- yeah, directing

19   would fall under supervising, but supervising would

20   also encompass evaluating the performance of our

21   principals and of our schools, ultimately.

22             Q.   And who do you directly supervise?

23             A.   As I noted, I directly supervise the

24   members of the Office of Catholic Schools team here at

25   the Archdiocese.  It's a total of five individuals.

Elias Moo  30(b)(6)
November 27, 2023

```
 1            And then I also directly supervise the
 2   four school leaders of the four Archdiocesan schools
 3   that we directly oversee, two high schools and two
 4   K-to-8 schools.
 5            And then I also directly supervise seven
 6   school principals, again alongside their school
 7   pastors.  The other school principals are supervised
 8   by the other superintendents in the Office of Catholic
 9   Schools.  Those superintendents I directly supervise.
10        Q.   How many other superintendents are there
11   that you supervise?
12        A.   There's three others.
13        Q.   What are the seven schools that you
14   directly supervise?
15        A.   Again, that's testing my memory here.
16   All Souls Catholic School, Annunciation Catholic
17   School, Frassati Catholic Academy, Blessed Miguel Pro
18   Catholic Academy, Bishop Machebeuf High School, Our
19   Lady of Fatima, and St. John the Baptist Catholic
20   School.
21        Q.   Who supervises St. Mary's, St. Mary's of
22   Littleton?  I believe there are two St. Mary's.
23        A.   Yeah.  If I recall correctly, that would
24   be our assistant superintendent, Abriana Chilelli.
25        Q.   And who supervises Wellspring Academy of
```

Elias Moo  30(b)(6)
November 27, 2023

1    St. Bernadette?

2           A.   If I'm recalling correctly, it would be

3    her as well.

4           Q.   Can you repeat her name for me again?

5           A.   Yes.  It's Abriana.

6           Q.   Can you spell that?

7           A.   Yes.  A-b-r-i-a-n-a.

8           Q.   And what is her last name?

9           A.   Her last name is Chilelli,

10   C-h-i-l-l-e-l-i (sic).

11          Q.   Thank you.  And when you say that you and

12   the other three superintendents supervise Catholic

13   schools, does that include high schools and middle

14   schools as well, or what does that mean?

15          A.   Yes.  It includes the two Archdiocesan

16   high schools that we have.  We don't have any

17   stand-alone middle schools.  Outside of our two

18   Archdiocesan high schools, all other schools that we

19   have are either Pre-K through 8th grade schools or

20   stand-alone preschool programs.

21          Q.   Are there any -- are there any

22   stand-alone preschool programs?

23          A.   There are, yes.

24          Q.   What are those stand-alone preschool

25   programs that are within the Archdiocese Catholic

Elias Moo  30(b)(6)
November 27, 2023

1   schools?

2        A.   Yeah.   The -- there's three or four of

3   them.  St. Joan of Arc Preschool; Holy Name Preschool;

4   St. Michael Preschool; Most Precious Blood Preschool.

5   Those are the four that I'm recalling right now are

6   the stand-alones.

7             So, in other words, they operate

8   separately, whether because they don't have a K-to-8

9   program or just have a separation between their

10  programs in terms of leadership structure.

11       Q.   And what about the rest of the

12  preschools?  If they're not stand-alone, how do they

13  operate in conjunction with the rest of the school?

14       A.   Yeah.   They're just -- they're one of the

15  tracks that are available for families in the parish

16  school program, so they'll go from preschool through

17  8th grade.

18       Q.   Do those schools that are not stand-alone

19  have their own policies?

20       A.   I'm sorry.  Can you repeat that question

21  again?

22       Q.   Sure.  So the schools that are not

23  stand-alone preschools, but operating in conjunction

24  with the rest of the school, do they share things like

25  policies and handbooks with the rest of the school or

Elias Moo  30(b)(6)
November 27, 2023

1   do they have their own?

2          A.   Yes.  So those preschool programs are

3   part of -- the K to 8 or a Preschool-to-8 program all

4   have the same policies, operate by the same policies

5   and systems.

6          Q.   What would you say that your role is

7   within the Archdiocese, beyond what you've already

8   described?

9          MR. DAVIS:  Objection.  Asked and

10  answered.

11          But you can answer, if you can.

12          A.   I suppose the other thing I would add is

13  one of my primary areas of responsibility, on behalf

14  of the Archbishop of Denver, is to supervise and

15  direct, especially when it pertains to the matters of

16  faith and morals in doctrine.

17          And so my interaction with schools also

18  centers around the way that our schools carry out the

19  Catholic mission and charter for schools, for our

20  schools here.

21          Q.   (BY MS. CARRENO)  Have you had any other

22  jobs within the Archdiocese, other than superintendent

23  of Catholic Schools?

24          A.   Have I had any other jobs?  Is that what

25  you asked?

Elias Moo   30(b)(6)
November 27, 2023

1          Q.    Have you had any other positions or

2     titles within the Archdiocese?

3          A.    Yes.  Prior to becoming superintendent, I

4     was a principal at St. Rose of Lima Catholic Academy

5     in Denver.

6          Q.    How long were you in that position?

7          A.    Four years as principal there.

8          Q.    And prior to being a principal at

9     St. Rose, what was your job before that?

10          A.    I was an assistant principal for two

11     years, also at St. Rose of Lima.

12          Q.    And what about before being assistant

13     principal?

14          A.    I was a teacher, classroom teacher.  And

15     all I've known professionally, up to my job at the

16     Archdiocese, was at St. Rose of Lima at Denver.

17          Q.    How many years did you work at St. Rose?

18          A.    Starting in 2007 to 2014.  I'm sorry.

19     2018.  Excuse me.

20          Q.    According to some of the pleadings and

21     some of the information exchanged in this case, it

22     sounds like you're moving to Oregon.  Is that correct?

23          A.    Yes, that's correct.

24          Q.    When are you moving to Oregon?

25          A.    We are beginning to relocate on

Elias Moo  30(b)(6)
November 27, 2023

 1   December 5th.

 2          Q.   And what are you going to be doing in

 3   Oregon?

 4          A.   I will be director for Catholic education

 5   at the Archdiocese of Portland.

 6          Q.   Do you know who will be taking over your

 7   current role yet?

 8          A.   I do not know.

 9          Q.   Do you have any idea when that decision

10   will be made?  Or where is that -- where is that

11   process, if you know?

12          A.   Yeah.  It's in the -- it's in process.

13   What I know is they're hoping to have a new

14   superintendent named by the middle of December, if not

15   by the first of the new calendar year.  That's a rough

16   timeline.

17          Q.   Will you be in the Denver area December

18   19th, 20th, and 21st?

19          A.   Yes.  I've made arrangements to be

20   present on those dates.

21          Q.   Okay.  So I just want to back up a little

22   bit.  I know we started jumping into talking about

23   your position as superintendent of Catholic schools,

24   but I'm hoping that you can give me a little bit more

25   information about the Catholic Archdiocese of Denver

Elias Moo  30(b)(6)
November 27, 2023

```
 1   in general.

 2                    What is the Catholic Archdiocese of

 3   Denver?

 4           A.    If you could clarify if you mean in terms

 5   of geographic area.  What precisely were you looking

 6   for here with respect to what makes up the

 7   Archdiocese?

 8           Q.    So is the Catholic Archdiocese a

 9   corporation?  Is it a nonprofit?  What is it?

10           A.    Yeah.

11                 MR. DAVIS:  Objection to the extent it

12   calls for a legal analysis.

13                 But you can answer otherwise.

14           A.    Yeah.  The Archdiocese of Denver is a

15   corporation.  I wouldn't be able to tell you what kind

16   of a corporation at this point.  But it's run by the

17   Archbishop of Denver, who is the corporate sole of the

18   Archdiocese of Denver.

19           Q.    (BY MS. CARRENO)  What is the mission or

20   purpose of the Archdiocese of Denver?

21           A.    The Archdiocese of Denver exists so that

22   in Jesus Christ all might be rescued and have abundant

23   life for the glory of the Father.

24           Q.    And what is the geographic region of the

25   Archdiocese of Denver?
```

Elias Moo   30(b)(6)
November 27, 2023

1          A.    Yeah.   To the best of my understanding,

2    the Archdiocese of Denver extends from the state

3    border with Wyoming, down to County Line Road.   Goes

4    east to the state border with Kansas, northeast to the

5    state border with Nebraska, and then goes west to the

6    western border.   But then there's a cutoff at some

7    point around -- just north of Grand Junction.

8                Again, that's a really kind of rough

9    boundary line for you there, but hopefully that gives

10   a sense of the geographic span there.

11          Q.    Who is the head of the Archdiocese of

12   Denver?

13          A.    The Archbishop of Denver.

14          Q.    And you said that is the Reverend Aquila?

15          A.    Yes.   Most Reverend Samuel Aquila, yeah.

16          Q.    How did the Most Reverend Aquila get that

17   position?

18          A.    He was appointed as such by the Holy

19   Father.   At the time that was Pope Benedict the XVI.

20          Q.    Who does the archbishop report to, if

21   anyone?

22          A.    That's a good question.   Probably the

23   pope.   That would be the primary person that he

24   reports to.

25          Q.    And what is the archbishop's role?

Elias Moo   30(b)(6)
November 27, 2023

```
 1          A.   According to Canon Law, he has a

 2   threefold role, and that's to teach, govern, and

 3   sanctify over the church that he has been given

 4   authority of.

 5          Q.   Does the Archdiocese have employees?

 6          A.   Yes.

 7          Q.   How many employees are employed by the

 8   Archdiocese?

 9          A.   Again, I don't know that I could give you

10   a firm number, but ballpark, it's probably around 125

11   to 130 employees, give or take.  But that's -- yeah,

12   that's not a concise number.  I'm sorry.

13          Q.   Okay.  And what type of employees make up

14   the Archdiocese generally?

15          MR. DAVIS:  Objection to the form.  It

16   seems vague.

17          But if you understand the question, you

18   can answer.

19          A.   Yeah.  And maybe you can help me out in

20   terms of -- yeah.  Could you -- or could you rephrase

21   the question?  What do you mean, what type of

22   employees?

23          Q.   (BY MS. CARRENO)  Yeah.  So are the

24   employees -- well, let me back up.

25          So where is the Archdiocese of Denver
```

Elias Moo  30(b)(6)
November 27, 2023

1  located?

2          A.   1300 South Steele Street in Denver.

3          Q.   And do the employees work at that

4  location or do they work in various locations?

5          A.   Yeah.  They're -- for the most part, the

6  employees are based out of 1300 South Steele Street.

7          Q.   And are these employees office employees?

8  Or I'm just trying to get a general idea of the makeup

9  of the different types of employees that work for the

10  Archdiocese.

11          A.   Yes.  Generally, they're office

12  employees.  I think some of the employees will travel

13  across the various different parish communities within

14  the Archdiocese of Denver territory to provide

15  services and support for pastors and their teams.

16               But for the most part, I would say the

17  great majority of our office employees office here at

18  the headquarters.

19          Q.   And who hires and fires those employees?

20          A.   Yeah.  There's -- obviously, there's the

21  chief operating office who oversees the Archdiocese of

22  Denver Pastoral Center Management Corporation and then

23  there are heads of departments.

24               There's various departments.  So the

25  Office of Catholic Schools is one of the departments,

Elias Moo  30(b)(6)
November 27, 2023

1   for example.  And so the authority over those

2   departments is delegated to the heads of the various

3   departments.  Those heads report to the chief

4   operating officer.

5            So, yeah.  So there's some lines of

6   authority, a chain of command that's built in that

7   way.

8            Q.   Does the Archdiocese require that all

9   Archdiocese employees be Catholic?

10           A.   No.  I do not believe that that's a

11   requirement.

12           Q.   Under what circumstances, if any, does

13   the Archdiocese require employees to be Catholic?

14           A.   Under what circumstances, you asked?

15           Q.   Yes.  Under what circumstances, if any,

16   does the Archdiocese require its employees to be

17   Catholics?

18           A.   Yeah.  I think if there is -- if there's

19   a requirement, it probably comes with roles or

20   positions that have to do with the defense of

21   doctrine, of faith.

22            So anything that would require an

23   employee to have not just a full understanding of

24   church teaching, but also be able to model and witness

25   to the Catholic faith as part of their job

Elias Moo   30(b)(6)
November 27, 2023

1    responsibilities would certainly, I think, be --

2    result in some sort of a requirement for an employee

3    or prospective employee to be Catholic.

4         Q.    Would you say that most employees are

5    Catholic?

6         A.    Yes.

7         Q.    If employees aren't necessarily required

8    to be Catholic, are they required to be Christian or

9    to identify as religious more generally?

10        A.    No.  I've not seen that as a requirement.

11   If there is -- if there's a bottom line, it's that any

12   employee is going to abide by the teachings of the

13   Catholic Church and not do anything in their

14   professional or even their public and private life,

15   outside of their professional work and life, that

16   would be a cause of scandal or would be a promotion of

17   something that goes or is contrary to church teaching.

18        Q.    And so can you give me some examples of

19   what types of roles would have to do with, I think you

20   said, the defense of doctrine?

21        A.    Yeah.  So, for example, if you're going

22   to work in the tribunal here at the Archdiocese of

23   Denver, the tribunal is the canonical legal arm of the

24   Archdiocese.

25             And so I would imagine that -- again, not

1    directly overseeing that department, but knowing what

2    they do, I would imagine that for someone to be

3    employed in the tribunal, they would have to have not

4    just a full understanding of Canon Law, but also be a

5    Catholic that's living in communion with the church,

6    precisely because the tribunal handles matters and

7    disputes that deal with being able to -- or the extent

8    to which people or situations are following church

9    law.

10          Q.   And for those positions where being

11   Catholic or having an understanding of Canon Law would

12   be required, how does the Archdiocese verify that?

13               MR. DAVIS:  Objection.  Calls for

14   speculation.

15               But you can answer, if you know.

16          A.   Yeah.  I would not -- I wouldn't be able

17   to tell you.  Again, not being directly involved with

18   the hiring of employees for the tribunal, I don't know

19   what process they follow.

20          Q.   (BY MS. CARRENO)  Are you involved in the

21   hiring and firing of any employees?

22          A.   Yes.  The employees of the Office of

23   Catholics Schools and --

24          Q.   Sorry.  Go ahead.

25          A.   -- and also supporting pastors in the

Elias Moo   30(b)(6)
November 27, 2023

```
 1   hiring and firing of school principals.

 2           Q.    And are any of the employees that you

 3   hire and fire required to be Catholic?

 4           A.    No.

 5           Q.    So none of those employees are required

 6   to be Catholic?

 7           A.    Of the ones that I am directly involved

 8   with, no.

 9           Q.    Okay.

10           A.    I'm sorry.  Can I clarify that?  I

11   misspoke.

12           Q.    Sure.

13           A.    So, yeah.  So the associate

14   superintendents and the principals are required to be

15   Catholic.  There are other employees in the Office of

16   Catholic Schools that are not required to be Catholic.

17                 But specifically for the superintendents

18   and the principals, there is a requirement to be

19   Catholic.

20           Q.    Okay.  And so for those employees that

21   are required to be Catholic, how do you verify that?

22           A.    Yeah.  The job description has, as one of

23   the requirements for eligibility for employment, that

24   they must be a Catholic in good standing.

25                 Typically, we ask for a letter of
```

Elias Moo   30(b)(6)
November 27, 2023

```
 1   reference from, for example, a pastor at the parish

 2   where they attend to be able to attest to their

 3   involvement or another letter of reference and

 4   recommendation.

 5            So we ask them to furnish something that

 6   would be able to show that they are Catholics in good

 7   standing with the church.

 8       Q.   What does that mean, to be a member in

 9   good standing?

10       A.   That they're living out the precepts of

11   the Catholic Church according to the church's

12   teachings.  So, for example, going to Mass on Sundays,

13   attending Mass during Holy Feasts and Days of

14   Obligation, living a sacramental life.

15            But we also -- a Catholic in good

16   standing would also be someone who is actively living

17   as a disciple in Jesus Christ in their work and in the

18   world.

19       Q.   What does that mean, being a disciple of

20   Jesus Christ?

21       A.   Someone who lives out the Gospel of Jesus

22   Christ, so Jesus' teachings.  And so someone that

23   gives witness to that, someone that, again, is

24   actively practicing their faith and by that, right,

25   according to the Catholic Church's teachings and
```

Elias Moo   30(b)(6)
November 27, 2023

```
 1   precepts.

 2                And also someone that is able to

 3   articulate, as a part of their witness, and give

 4   testimony to their relationship with Jesus as

 5   manifested through prayer life or through their world

 6   view.

 7        Q.   And so it sounds like there are some

 8   circumstances where the Archdiocese might hire

 9   individuals -- well, let me strike that.  Let me just

10   ask a question.

11                Are there any circumstances where the

12   Archdiocese will hire individuals who disagree with

13   the Archdiocese view about sexual orientation or

14   gender identity?

15                MR. DAVIS:  Objection to the extent it

16   calls for speculation.

17                But you can answer, if you know.

18        A.   Yeah.  Intentionally, probably not.

19   Could a candidate present themselves and apply for a

20   position and withhold that they disagree with the

21   church's teaching on sexual -- on sexuality?  Yeah,

22   that's possible.  But, yeah.  Yeah.  That's the best I

23   could offer on that, though.

24        Q.   (BY MS. CARRENO)  And that would be the

25   same for individuals that aren't required to be in
```

Elias Moo   30(b)(6)
November 27, 2023

 1   good standing or Catholics in the way that you just

 2   described?

 3                MR. DAVIS:  Same objection.

 4                But you can answer, if you know.

 5        A.   Yes.  Yeah.  I suppose it could be the

 6   same.  Again, the application and interview process

 7   only goes so far.  And so there could be -- again,

 8   there could be situations or scenarios where an

 9   employee would withhold their lack of belief or their

10   opposition to church teachings on certain topics.

11        Q.   (BY MS. CARRENO)  So you described some

12   of the positions, I think associate supervisors and

13   principals, where employees would be required to be

14   Catholic.

15                Can you give any examples where employees

16   wouldn't be required to be Catholic?

17        A.   Yeah.  School teachers are not required

18   to be Catholic.  Some of the other ancillary roles in

19   a school setting.  Cafeteria managers, custodians,

20   maintenance, teacher aides, I think those would all be

21   examples of roles where there isn't necessarily a

22   requirement to be Catholic.

23        Q.   If they're not required to be Catholic,

24   would there be any expectations about their agreement

25   with the Catholic Church generally?

Elias Moo  30(b)(6)
November 27, 2023

```
 1              A.    Yes.  Yeah.  For all those employees,
 2     there's an expectation that they would not carry
 3     themselves, promote, or conduct themselves in school,
 4     out of the school setting, in their public and private
 5     life, in a manner that is contrary to the church's
 6     teaching.
 7                    All employees are asked to sign
 8     agreements that state that they understand that, and
 9     prime of which is our Statement of Catholic Community
10     Beliefs and Commitments that all employees are asked
11     to sign as part of their work agreements.
12              Q.    And that would be true for I think you
13     mentioned maintenance workers.  That would be true for
14     employees that are not maintenance workers as well?
15              A.    Yes.
16              Q.    Has the Archdiocese ever hired an
17     employee who expressed disagreement with its views
18     about sexual orientation and/or gender identity during
19     the interview process?
20              A.    I can't think of a situation like that.
21     So at least in my experience with hiring of employees,
22     I have not come across that, no.
23              Q.    Would that be something that would be
24     permissible?
25                    MR. DAVIS:  Objection to the extent it
```

Elias Moo  30(b)(6)
November 27, 2023

1  calls for speculation.

2          But you can answer, if you know.

3      A.   Would it be permissible to -- I'm

4  sorry -- to hire someone that would not -- or that has

5  disagreements with church teaching?

6      Q.   (BY MS. CARRENO)  Yes.

7      A.   Yeah.  Again, I can only speak for myself

8  in my role and capacity as superintendent of Catholic

9  Schools, but I believe that this is reflective of the

10  position that the Archdiocese has and that would be

11  the following:  That if a prospective employee

12  presents themselves in a manner that demonstrates that

13  they are not willing to abide by or to support the

14  church's teaching, then, yes, they would not be

15  eligible for hire.

16          Again, even -- they don't have to be

17  Catholic -- even if they don't have to be Catholic --

18  excuse me -- there is still an expectation that they

19  would abide by the church's teaching and not promote

20  anything contrary to the church's teaching.

21          So if an employee at the outset is,

22  whether verbally or otherwise, demonstrating that

23  they're not willing to abide by or carry themselves in

24  a manner that is consistent with church teaching, then

25  yes, they would not be eligible for employment.

Elias Moo  30(b)(6)
November 27, 2023

```
 1          Q.   And that would be for all employees?
 2          A.   Yes.  Yep.  Yep.  For all employees, I
 3    would say.  Again, I think it's -- this is something
 4    we have delineated in our work agreements and the
 5    documents that we have all employees sign.
 6          Q.   I believe in the amended complaint that
 7    was filed in this case, it says that the Archdiocese
 8    is made up of 148 parishes; is that accurate?
 9          A.   Yes.
10          Q.   And 36 schools?
11          A.   Yes.
12          Q.   And in the complaint, it says that there
13    was 148 parishes and 38 schools under the care and
14    direction of the Archdiocese.  What does that mean?
15               MR. DAVIS:  Objection.  I think that
16    misstates the complaint.
17               Did you say 38 schools, Virginia?
18               MS. CARRENO:  I'm sorry.  I misspoke.
19          Q.   (BY MS. CARRENO)  So 148 parishes and 36
20    schools.  What does it mean that there was 148
21    parishes and 36 schools under the care and direction
22    of the Archdiocese?
23          A.   Yeah.  So those parishes are given a
24    pastor, and that pastor is the corporate sole of those
25    parishes.  Canonically, according to church law, that
```

Elias Moo  30(b)(6)
November 27, 2023

1  pastor is appointed by the Archbishop of Denver to

2  exercise the archbishop's authority and duty, again,

3  to teach, govern, and sanctify over that particular

4  parish community.

5           And so the archbishop ultimately is the

6  one directing, and he exercises that direction through

7  his priests, through the pastors specifically, who he

8  appoints to oversee those parish communities.

9           So while the parishes themselves exist as

10  individual corporate soles, the pastors, nonetheless,

11  report to the archbishop.  And the archbishop is

12  directing and instructing his pastors, and then

13  through his pastors, to the faithful of the parishes.

14      Q.   And did you say the archbishop appoints

15  those pastors?

16      A.   Yes.

17      Q.   And if I'm not using the right

18  terminology, I apologize, but who would fire those

19  pastors?

20      A.   Yeah.  It would be a removal of the

21  pastor, and that would also fall to the archbishop,

22  ultimately.

23      Q.   Who has decision-making authority for the

24  Archdiocese?

25           MR. DAVIS:  Objection to the form.

Elias Moo   30(b)(6)
November 27, 2023

```
 1            But you can answer, if you understand.
 2       A.   Yeah.  If you can clarify.  Who has
 3  decision-making authority over the -- over what
 4  specifically?
 5       Q.   (BY MS. CARRENO)  Who has decision-making
 6  authority for the Archdiocese over the preschools?
 7       A.   The -- so the first line would be the
 8  pastors.  So the preschool programs operate as
 9  ministries of parishes.  And so the pastor would be
10  the authority that has the ability to, again, run and
11  operate his program as he sees necessary and best fit.
12  He cooperates and hires a preschool director or a
13  school principal, right, to administer the day-to-day.
14            But at the end of the day, the authority
15  lies with the pastor of the parish where the preschool
16  program is located.
17       Q.   Okay.  And you had described a geographic
18  area that sounds really large for the Archdiocese of
19  Denver, but mentioned that there's only 36 preschools.
20            Does every -- does that encompass all of
21  the Catholic preschools within the geographic area
22  that falls in the Archdiocese of Denver?
23       A.   Yes.  That's right.
24       Q.   Is every Catholic Church in that
25  geographic area required to be a member of the Denver
```

Elias Moo  30(b)(6)
November 27, 2023

1    Archdiocese?

2           A.   Yeah.  I guess I wouldn't say it's a

3    requirement as much as that's just how -- that's how

4    it's set up canonically.  So yes.

5                So in short, every parish is -- that

6    holds the Catholic name is under the jurisdiction of

7    the Archbishop of Denver and the Archdiocese of

8    Denver.

9           Q.   Okay.  How does the church become or

10   parish become a member of the Archdiocese?

11          A.   So, yeah.  I guess I wouldn't look at it

12   in terms of membership in perhaps the way you're

13   suggesting.

14               Churches are erected by the archbishop,

15   ultimately.  So it's not like there's a community of

16   faith that all of a sudden says, We want to be

17   Catholic and can we be admitted?  There doesn't exist

18   a mechanism, to the best of my understanding, such as

19   that.

20               But if there is a well-known need for a

21   parish community to be erected, then the archbishop

22   would establish it as such through decree, through a

23   canonical decree, which then allows a church, a

24   Catholic Church to begin with -- alongside the

25   appointment of a pastor, as well, to be able to

Elias Moo  30(b)(6)
November 27, 2023

```
 1    oversee it.
 2         Q.   Thank you.  What do you consider an
 3    Archdiocesan school?
 4              MR. DAVIS:  Objection.  Misstates -- or
 5    assumes facts not in evidence.
 6              But you can answer, if you can, Elias.
 7              MS. CARRENO:  And I can clarify.
 8         Q.   (BY MS. CARRENO)  So when I say an
 9    "Archdiocesan school," I'm referring to the
10    Archdiocese of Denver's Archdiocesan school.
11         A.   Yeah.  So for policy, a school is
12    considered an Archdiocesan school or a school of the
13    Archdiocese of Denver, again, if it is a school that
14    is running out of a legitimately established parish
15    or is a legitimately established school as decreed as
16    such by the Archbishop of Denver.
17              So we have, in our school portfolio in
18    the Archdiocese of Denver, really kind of two buckets,
19    if you will.  We have parish schools, so schools that
20    serve as ministries of parishes.
21              And then we have regional schools that
22    have been erected not attached to a parish, but
23    erected by the archbishop to be able to serve the
24    faithful as Catholic schools.  So those are the two
25    consorts that we have, but all of them would be
```

Elias Moo   30(b)(6)
November 27, 2023

1   considered Archdiocese of Denver schools, ultimately.

2           Q.   So the 36 preschools that you identified,

3   are those parish schools or are those regional

4   schools?

5           A.   There's only two that are regional

6   schools of that group.  The rest are parish schools.

7           Q.   Which ones are regional schools?

8           A.   That would be Frassati Catholic Academy

9   and Blessed Miguel Pro Catholic Academy.

10              And to be clear, those are K-to-8

11   schools -- Pre-K-to-8 schools -- excuse me -- that

12   have a preschool program there.

13           Q.   And then the other 34 are parish schools?

14   Did I say that correctly?

15           A.   That's correct.

16           Q.   So do -- are all 34 preschools associated

17   with a specific parish?

18           A.   Yes.

19           Q.   What about St. Mary's Academy in Cherry

20   Hills?  Is that school a member of the Archdiocese?

21           A.   Not -- they are not considered an

22   Archdiocese of Denver school.  They are an independent

23   Catholic school and they have been given permission to

24   use the Catholic name by the decree of the archbishop

25   many years ago.  I don't know exactly when.  But they

Elias Moo   30(b)(6)
November 27, 2023

```
 1   are not -- they are not part of the Archdiocese of

 2   Denver Catholic schools.

 3          Q.   And so you said you consider them an

 4   independent Catholic school?

 5          A.   Correct.

 6          Q.   And that is different than the parish

 7   schools and the regional schools?

 8          A.   Correct.

 9          Q.   What is an independent Catholic school

10   then?

11          A.   Yeah.  It's a school that is governed

12   completely by whether a religious order or a board

13   of -- a lay board of trustees, where the

14   Archdiocese -- they don't -- they're not required to

15   abide by or comply with the rules and regulations of

16   the Archdiocese of Denver that we have for schools,

17   except for, again, those areas of faith and morals

18   that are proper to the church and to the Archdiocese

19   oversight even over those independent schools.

20          Q.   And so does the Archdiocese have

21   oversight over those independent schools?

22          A.   Yeah.  Not -- again, not in terms of

23   day-to-day operations of the school or even in terms

24   of the strategic decision-making of the school

25   finances.  None of that is where the Archdiocese has
```

Elias Moo  30(b)(6)
November 27, 2023

1   any oversight.

2           But church law has set up the bishop to

3   have oversight over any -- any entity that holds the

4   Catholic name officially and that oversight, again, is

5   in areas in matters of faith and morals doctrine.

6           Q.   Is St. Mary's one of those 30 -- I'm

7   sorry -- St. Mary's of -- St. Mary's Academy in Cherry

8   Hills, is that one of the 36 preschools that

9   Plaintiffs have identified as an Archdiocese

10  preschool?

11          A.   No, it's not.

12          Q.   Are there any other independent Catholic

13  schools in the Archdiocese of Denver's geographic

14  region?

15          A.   And to clarify, with preschool programs

16  or just in general?

17          Q.   Just preschool programs.

18          A.   There is -- I believe there is one other.

19  Escuela de Guadalupe is another independent Catholic

20  school that I believe has a preschool program.  I

21  can't say that with 100 percent confidence, but I

22  believe that to be the case.

23          Q.   And were either of these schools given

24  any instructions or directions about the Universal

25  Preschool Program --

Elias Moo   30(b)(6)
November 27, 2023

```
 1          A.   No.

 2          Q.   -- by the Archdiocese of Denver?

 3          A.   No.  Not -- no, not directly.  They could

 4   have received communication from us, as they are part

 5   of the email list, if you will, that we have, but we

 6   never directly reached out to them to instruct them or

 7   direct them in the same manner that we did the 36.

 8               MS. CARRENO:  I think now might be a good

 9   time for a ten-minute break.  Does that work for

10   everyone?

11               MR. DAVIS:  It's good with us.

12               THE REPORTER:  Off the record.

13               (Recess from 9:20 a.m. to 9:31 a.m.)

14               THE REPORTER:  Back on the record.

15               MS. CARRENO:  Thank you, Lisa.

16          Q.   (BY MS. CARRENO)  Welcome back, Mr. Moo.

17   Can you still hear me okay?

18          A.   Yes, I can.  Thank you.

19          Q.   And I just want to confirm.  Am I

20   pronouncing your last name correct?

21          A.   Moo is the proper pronunciation.  Yep.

22          Q.   Apologies.  As I said it, I just

23   remembered that maybe you said it differently when you

24   introduced yourself.  So apologies, Mr. Moo.  I have

25   probably been mispronouncing your name all morning.
```

Elias Moo   30(b)(6)
November 27, 2023

1          A.    No worries.  I get it all the time.

2          Q.    We talked a lot about the Archdiocese

3    generally, but I believe that you said your position

4    is within the Office of Catholic Schools; is that

5    correct?

6          A.    Yes.  That's correct.

7          Q.    What is the Office of Catholic Schools?

8          A.    Yeah.  The Office of Catholic Schools is

9    the department that, on behalf of the archbishop,

10   oversees the -- and supervises the Catholic schools of

11   the Archdiocese of Denver.

12         Q.    What does that mean, that the Office

13   oversees and supervises the Catholic schools within

14   the Archdiocese?

15         A.    Consistent with our policy, again, that

16   falls, kind of, in a few buckets.  One, it's a policy

17   guidance, policy determination for schools, the

18   evaluation of school principals, alongside school

19   pastors, curriculum, and also and especially most

20   importantly, I would say matters of faith and morals.

21              So ensuring that schools are adhering to

22   the church's teaching in all aspects of the school

23   program.

24         Q.    How does that oversight and that

25   supervision work?  Are you physically present at the

Elias Moo   30(b)(6)
November 27, 2023

```
 1    schools or can you tell me a little bit more about

 2    that?

 3          A.   Sure.  Yes.  We -- yeah.  We do conduct

 4    visits of the schools, "we" being myself and the three

 5    assistant associate superintendents that we have.

 6               We also have -- just to offer a

 7    correction of something I said a little bit earlier,

 8    we also have a regional director that functions as an

 9    associate superintendent.  I don't think I mentioned

10    that role earlier.

11               But they -- again, they carry out the

12    duties of an associate superintendent, but we have

13    them in a regional capacity overseeing schools in the

14    north.

15               But all five of us, that would be, visit

16    schools.  We are in communication with school pastors.

17    We engage in a twice-a-year evaluation of the school

18    principal and the school program, alongside school

19    pastors.

20               And then there's -- yeah.  Then there's

21    informal communication happening with them throughout

22    the course of the academic year, as well as informal

23    visits that are taking place as well.

24          Q.   In one of the declarations that you

25    filled out for this litigation, you had said that the
```

Elias Moo  30(b)(6)
November 27, 2023

1   Office of Catholic Schools requires Archdiocese

2   schools to use a statement of community belief when

3   entering into employment contracts.

4               Can you tell me what you meant by

5   requiring?  How does the Office require Archdiocesan

6   schools to do this?

7          A.   Yeah.  So, again, policy is one aspect of

8   our work.  And one of the elements of the policy that

9   we direct with and on is employment agreements.

10              So all our Archdiocese of Denver Catholic

11   schools are using standardized work agreements,

12   teacher contracts, we call them, for teaching

13   positions; at-will agreements for non-teaching

14   positions.

15              And those agreements all contain that

16   Statement of Catholic Community Beliefs and

17   Commitments.  So our policies are decreed by the

18   Archbishop of Denver and, thus, they become, kind of,

19   in the church world, they become particular law, is

20   how it would be described.  So binding, if decreed as

21   such by the archbishop, binding over all parishes and

22   in this instance, schools as well.

23          Q.   How does the Office require the schools

24   to do those things, though?

25              MR. DAVIS:  Objection.  Asked and

Elias Moo  30(b)(6)
November 27, 2023

1    answered.

2                    But you can answer, if you can.

3         A.   Can I clarify?  Are you asking how do

4    we -- how do we ensure that they're completing the

5    templates out and the forms?  Is that what you're

6    getting at?

7         Q.   (BY MS. CARRENO)  Yes.  Yes.  I believe

8    you said what they are required to do, but I'm asking

9    how you require they actually do that.

10        A.   Yeah.  Yeah.  We're not -- we don't

11   actually see them physically doing it.  We distribute

12   the documents.  We conduct audits every so often

13   during official visits and that's one way, you know,

14   to guarantee or ensure that certain things are

15   happening, such as, you know, the Statement of

16   Catholic Community Beliefs being distributed and

17   signed by employees.

18                    But we're not asking for copies to be

19   sent to us.  But we expect our professionals to be

20   professional and, in particular, our leaders to

21   exercise their leadership and comply with the

22   directive.  So we leave it to them to ensure that that

23   happens.

24        Q.   What would happen if, during one of the

25   audits, you realized that one of the schools was not

Elias Moo  30(b)(6)
November 27, 2023

1  taking the actions that are required?  Would there be

2  any sanctions or any recourse that would happen?

3            MR. DAVIS:  Objection to the extent it

4  calls for speculation.

5            But you can answer, if you can.

6       A.    Yeah.  If there was a situation like

7  that, yeah, we would go through a process of

8  identifying what failed, why didn't it happen, having

9  conversations with the leadership, the principal first

10  or the preschool director, and then ultimately the

11  pastor as well.

12            But we would engage and ensure we could

13  exhaust kind of typical means at the local level,

14  before we get into anything like disciplinary, for

15  example.

16       Q.    (BY MS. CARRENO)  And would the Office

17  have authority to take disciplinary action?

18       A.    With respect to the parish schools, we

19  would -- we would have to be in lockstep with the

20  pastor of that school.

21            So we could not, for example,

22  unilaterally come in and terminate a principal at a

23  parish school.  The pastor would have to be onboard

24  and be willing to sign off.

25            So we would -- again, this is why the

Elias Moo  30(b)(6)
November 27, 2023

1   communication with the pastor would be really

2   important for us to ensure we're on the same page.

3                  But in the case of parish schools, we

4   are -- no.  We just can't come in and say -- or

5   terminate an employee, for example, in a leadership

6   role without their support and cooperation.

7                  Q.   But, ultimately, the archbishop has

8   authority over the pastor; is that correct?

9                  A.   Yes.

10                 Q.   And I think you mentioned that you

11  supervised the principals, alongside of the pastor;

12  isn't that correct?

13                 A.   That's correct.   Yes.

14                 Q.   You had talked about, when we were

15  talking about the Archdiocese generally, some of the

16  employees that you would be responsible for hiring and

17  firing.

18                  Is the Office of Catholic Schools

19  involved in hiring or firing decisions within the

20  preschool?

21                 A.   No.   Not within a preschool program.

22  Again, our primary line of authority is through school

23  leadership roles.

24                  And so let me -- let me take a step back

25  and clarify here.  So I might go, again, to the two

Elias Moo  30(b)(6)
November 27, 2023

1  structural situations that we have in the Archdiocese

2  of Denver Catholic schools.

3            So, again, we have four regional schools,

4  then we have the other parish schools, right?

5  Starting with the four regional schools, that is --

6  for example, if we run into a situation or scenario

7  where the leadership or teachers there are not

8  complying with policies or -- or have carried

9  themselves out or done something that violates policy

10  that would result in, let's say, termination, we do

11  have authority there to come in and to tell the

12  principal, in those four regional schools, to move

13  forward with termination of employment.

14            In the parish schools, it does not work

15  that way.  So in the parish schools, the -- again, we

16  lead through -- alongside pastors and then,

17  ultimately, through the school leadership.  And so it

18  falls to the pastor of that parish, and the school

19  leader of that parish school, oversight for their

20  preschool program.

21            So we would not be involved in any

22  matters pertaining to that preschool program at that

23  point, again, unless it surfaces through a pastor and

24  they want to -- they want to consult with us.  But

25  we're not directly involved in how they go about their

Elias Moo   30(b)(6)
November 27, 2023

1    day-to-day operations at their preschool programs in a

2    parish school context.

3              Q.    But you would be -- when I say "you," I

4    mean Office of Catholic Schools -- would be involved

5    in those types of decisions for, I believe you said

6    the four regional schools; is that correct?

7              A.    That's correct.  Yes.

8              Q.    If the Archdiocese learned that one of

9    the parish schools hired a same-sex individual for a

10   teaching position within that parish school, would the

11   Office of Catholic Schools make any recommendations or

12   take any actions?

13             MR. DAVIS:  Objection.  Calls for

14   speculation.

15             Also, Virginia, do any of your topics in

16   the 30(b)(6) notice get at employment?  I'm not sure I

17   saw that.

18             MS. CARRENO:  Yeah.  I'm still just

19   trying to figure out the structure, role, and

20   authority of the Catholic Archdiocese of Denver and

21   the different relationships between the parishes and

22   schools and the preschools, which is Topic Number 1.

23             MR. DAVIS:  Okay.

24             A.    Yeah.  So just to restate the question,

25   then, to my understanding, if we caught wind or found

Elias Moo  30(b)(6)
November 27, 2023

1   out that there was an employee who -- or a same-sex

2   attracted person working in our schools, if we would

3   intervene, if we would do something there?  Was that

4   the question?

5          Q.   (BY MS. CARRENO)  Yes.

6          A.   Yeah.  If it was brought to our

7   attention, yeah.  We would -- we would discuss it with

8   the pastor, but we would want to figure out exactly

9   what was involved.

10              So to be really clear, just because

11  someone is same-sex attracted does not mean that

12  they're in violation of church teaching.  The church

13  teaching itself, I think, is clear that while same-sex

14  attraction is intrinsically disordered, the attraction

15  itself is not sinful.  It's the carrying out of a

16  lifestyle that is considered in opposition.

17              So, again, just the mere existence of

18  someone who has a same-sex attraction would not be a

19  problem at all.  But, yeah, if something were to

20  surface and be brought to our attention that -- and it

21  could be not just about a same-sex attracted person,

22  it could be a heterosexual person, but they're living

23  in a manner that's contrary to church teaching, then,

24  yeah, we would reach out to the pastor and engage them

25  in a conversation around the extent to which, you

Elias Moo   30(b)(6)
November 27, 2023

 1   know, it's been verified that this is the case.

 2              If someone is persisting, have they been,

 3   you know, advised that they're living in a manner

 4   contrary to church teaching?  Are they intending to

 5   persist in that lifestyle?  And if so, then, yeah,

 6   then there might be some irreconcilable differences

 7   that could lead to departing of ways or termination of

 8   employment.

 9              Again, it would come down to what a

10   particular situation might be about.  But to be clear,

11   just because someone is same-sex attracted, again,

12   does not necessarily mean that they're in violation of

13   church teaching or doing something that goes against

14   their work agreements or their contracts.

15        Q.   Yes.  And thank you for that

16   clarification.  In the example that you just gave,

17   where the church determined that it was more than a

18   same-sex attraction and actually someone living out a

19   lifestyle that was inconsistent with the church

20   beliefs, and that employee was a teacher in one of the

21   four regional schools, what, if any, action would the

22   Office of Catholic Schools take?

23             MR. DAVIS:  Objection.  Calls for

24   speculation.

25        A.   Yeah.  We would, you know, first and

Elias Moo  30(b)(6)
November 27, 2023

1   foremost, follow due process and investigate and

2   identify, again, what is happening.  They're, you

3   know, reports, or they're allegations until proven

4   that it's true.  And then there is follow-up with the

5   employee and conversation with the employee before

6   disciplinary action.

7                   So, again, I think there would be a

8   process that would be put in place, first and

9   foremost, to identify the extent to which an employee

10  might be in violation of their contract, their work

11  agreement, Statement of Catholic Community Beliefs and

12  Commitments, the church's code of conduct as well,

13  before any decision is ultimately made.

14          Q.   (BY MS. CARRENO)  Would the Office have

15  hiring and firing abilities or oversight in that

16  example?

17                  MR. DAVIS:  Objection.  Calls for

18  speculation.

19          A.   For the four regional schools?

20          Q.   (BY MS. CARRENO)  Yes.

21          A.   Yes.  Yes, we would.

22          Q.   And can you remind me what the four

23  regional schools are?

24          A.   Yeah.  It's Bishop Machebeuf High School,

25  Holy Family High School, Frassati Catholic Academy,

Elias Moo  30(b)(6)
November 27, 2023

1   and Blessed Miguel Pro Catholic Academy.

2        Q.   And none of those four regional schools

3   are plaintiffs in this lawsuit?

4        A.   Yeah, that's correct.  None of the four

5   are.

6        Q.   How many employees are within the Office

7   of Catholic Schools?

8        A.   We have -- let me do a quick tally.

9             Including me, there's 11.

10        Q.   Does the Office of Catholic Schools

11   review the internal policies and practices of all

12   36 preschools?

13        A.   Yeah.  So the Office of Catholic Schools

14   Administrator Manual is what directs the Catholic

15   preschool through 8th grade and high school programs

16   in the Archdiocese of Denver.

17             That Administrator's Manual then also

18   directs what policies the schools put in their own

19   kind of manuals and procedures and handbooks and so

20   forth.

21             So the expectation is that they would

22   take the policies from the Administrator's Manual and

23   put it into their handbooks, make citations,

24   et cetera.  They're able to add policies that they see

25   necessary for their local situation.  And then they

Elias Moo   30(b)(6)
November 27, 2023

1   send a copy of their handbooks to us for

2   recordkeeping.

3          So we don't go to the extent of telling

4   them, you know, this is missing, that's missing, or

5   inspecting every handbook in a detailed fashion.  But,

6   again, per policy, the expectation is that the

7   Archdiocese of Denver Schools Administrator's Manual

8   would be adhered by and incorporated into their local

9   handbooks and policy manuals.

10         Q.   And I think you said before that for the

11  preschools that are associated with kindergarten and

12  higher education, they're not stand-alone preschools,

13  they would typically have one handbook that would

14  apply to both the preschool and the rest of the

15  school?

16         A.   Yes, that's correct.  There might be some

17  nuance that they build in locally that are

18  preschool-specific procedures.  Generally that happens

19  because preschools are more regulated than K-to-8

20  programs, so adult-to-student ratio, things like that,

21  for example.  But, yes, largely speaking, they're

22  incorporated.

23         Q.   And when you reference the

24  Administrator's Manual, is that the same as the

25  1000-Series?

Elias Moo  30(b)(6)
November 27, 2023

```
 1            A.   Yes, that's correct.  The 1000-Series is
 2    part of the Administrator's Manual.
 3            Q.   Okay.  If I could direct your attention
 4    to what's going to be marked as Exhibit 2.
 5                 MS. CARRENO:  Bonnie, if you could share
 6    your screen.
 7            Q.   (BY MS. CARRENO)  Mr. Moo, are you able
 8    to see this document?
 9            A.   Yes, I can see it.
10            Q.   And do you recognize this document?
11            A.   I do.  Yes.
12            Q.   What do you recognize it to be?
13            A.   This is the first policy in our policy
14    manual, the canonical overview, that lays out the
15    archbishop's authority and rights over Catholic
16    schools in the territory.
17            Q.   And are you able to read the document or
18    do you need it to be a little bit larger?
19                 MR. DAVIS:  Virginia, before you ask him
20    to authenticate, is there any way we can just scroll
21    through it, top to bottom, so that the witness is able
22    to see the whole document?
23                 MS. CARRENO:  Sure.
24                 MR. DAVIS:  Thank you.
25                 MS. CARRENO:  You're welcome.
```

Elias Moo  30(b)(6)
November 27, 2023

```
 1          Q.   (BY MS. CARRENO)  And, Mr. Moo, does that
 2   document still look like what you had previously said
 3   you recognized it to be?
 4          A.   Yes.  Yeah.  And I see the other policies
 5   that are in here as well, so thank you for that.
 6          Q.   Great.
 7               MS. CARRENO:  And, Bonnie, can you go
 8   back up to the first page, please?
 9          Q.   (BY MS. CARRENO)  And, Mr. Moo, is this
10   large enough for you to read or do you need us to make
11   it a little bit larger?
12          A.   Yeah.  I can read it.  Yeah.  Thank you.
13          Q.   So in the second paragraph on this page,
14   it says that "The archbishop has the right to watch
15   over and inspect the Catholic schools within the
16   territory of the Archdiocese, even those established
17   or directed by members of religious institutes."
18               What is the distinction, "even those
19   established or directed by members of religious
20   institutes"?  Can you tell me what that means?
21          A.   Yes.  So here it's referring to
22   institutes for consecrated life or religious life.
23   That would be, for example, the Jesuits, the Sisters
24   of Loretto, the Lasallian Brothers.
25               So these are what are referred to or
```

Elias Moo  30(b)(6)
November 27, 2023

```
1    known in the church as religious orders.  They have a
2    rule of life and are primarily overseen by a superior
3    of that religious order.
4              And so when, for example, priests are
5    ordained at the Archdiocese, they make vows and one of
6    the vows is obedience to the bishop.
7              Religious orders make vows and they make
8    vows of obedience to their religious order and their
9    local order superior.
10             So there are religious orders that -- of
11   men or women that have a particular, what we call in
12   the church, charism in education, and that charism
13   leads them to run schools, operate schools.
14             So that's what this is referring to here,
15   those religious orders -- or those schools that are
16   run and overseen by religious orders.
17        Q.   Great.  Thank you.  And so in that
18   description of the Catholic schools within the
19   territory of the Archdiocese, even those established
20   or directed by members of religious institutions,
21   would that include all 36 Archdiocesan preschools?
22        A.   Yes.  Yep.  That includes all of those.
23        Q.   And then the other types of religious
24   institutes, do any -- are there any of those, that we
25   haven't already talked about, that have preschools
```

Elias Moo  30(b)(6)
November 27, 2023

1    that would be covered by this document?

2            MR. DAVIS:  Objection to the form.

3            You can answer, if you understand the

4    question.

5        A.   So we spoke about St. Mary's Academy in

6    Cherry Hills.  That was originally founded by the

7    Sisters of Loretto, which is a religious institute, a

8    religious order.

9            They're no longer in direct oversight, is

10   my understanding of the school, but are, nonetheless,

11   affiliated with that order.  So that would be -- that

12   would be one that would also, I think, be included

13   within this.

14       Q.   (BY MS. CARRENO)  And the next sentence

15   says, "He," the archbishop, "has also the right to

16   issue directives concerning the general regulations of

17   Catholic schools.  These directives apply as to

18   schools conducted by members of a religious institute,

19   although they retain their autonomy in the internal

20   management of their schools."

21               So this would also apply to all

22   36 preschools?

23       A.   Yes.

24       Q.   And then the other types schools or

25   orders that you described as well?

Elias Moo  30(b)(6)
November 27, 2023

```
1        A.   Yes.

2        Q.   Okay.

3             MS. CARRENO:  Bonnie, you can stop

4   sharing the screen now.

5        Q.   (BY MS. CARRENO)  What happens if a

6   preschool refuses to follow a directive or other

7   instruction?

8             MR. DAVIS:  Objection.  Calls for

9   speculation.

10       A.   And here, to clarify, are you asking

11  about the parish preschools or the regional

12  preschools?

13       Q.   (BY MS. CARRENO)  Let's talk about both.

14  So if you could first answer the parish preschools.

15       A.   Yeah.  Again, I think it would -- it

16  would come down to what exactly is taking place.  But

17  it would first lead to conversations with the school

18  pastor to determine the extent to which the pastor is

19  aware of what's happening, of where the noncompliance

20  might be, and what his perspective would be on any

21  noncompliance with directives or instructions.

22             And then -- yeah.  And then hopefully

23  that risk is resolved through the pastor ultimately

24  exercising his authority to correct what needs to be

25  corrected.
```

Elias Moo  30(b)(6)
November 27, 2023

```
 1              Q.    And then what about the other types of

 2    schools?  Is that the regional schools?

 3              A.    For the regional --

 4              Q.    What are they?

 5              A.    Sorry.  Yeah.  For the regional schools,

 6    it would be -- it would be a little bit more direct.

 7    We work with the school leaders there to look into the

 8    situation and then would ask the leadership to ensure

 9    that everything is in compliance and move to make sure

10    that everything was in compliance.

11              Q.    Great.  I want to move on and talk a

12    little bit about the Archdiocese of Denver's

13    relationship or affiliation with Catholic Charities.

14              So would you be able to tell me, what is

15    the relationship or affiliation with Catholic

16    Charities and the Archdiocese?

17              A.    Yeah.  Catholic Charities is the

18    organization under the Archdiocese of Denver that

19    carries out the corporal works of mercy.  The corporal

20    works of mercy; feeding the hungry, giving drink to

21    the thirsty, clothing the naked, feeding, sheltering

22    the homeless.

23              Those are some of the primary functions

24    that -- or work -- excuse me -- that Catholic

25    Charities carries out on behalf of the church here in
```

Elias Moo  30(b)(6)
November 27, 2023

1   the Archdiocese of Denver through shelters and food

2   ministries, but also carries out pro life activities

3   on behalf of the Archdiocese and also provides kind of

4   emergency pregnancy support for women, especially

5   single mothers or women who are victims of abuse as

6   well.

7              So, ultimately, Catholic Charities is the

8   entity that carries out a lot of the social work and

9   social ministry that the Archdiocese has.

10          Q.    And, Mr. Moo, I just want to make sure I

11  understood.  Did you say pro life activities?  Or what

12  was the --

13          A.    Yes.  Pro life.  Pro life activities,

14  yes.

15          Q.    Okay.  And so you said that Catholic

16  Charities is under the Archdiocese of Denver?

17          A.    Yes.

18          Q.    Does Catholic Charities receive any

19  funding or assistance from the Archdiocese of Denver?

20          A.    Yes.  So Catholic Charities does receive

21  an allocation -- I couldn't tell you how much -- but

22  it does receive an allocation from the Annual

23  Archbishop's Catholic Appeal.

24              So the appeal is one of the large

25  fundraisers that the Archdiocese has to be able to

Elias Moo   30(b)(6)
November 27, 2023

```
1    provide the various different services.  And so the

2    charity work of Catholic Charities is one of the

3    aspects of the annual appeal.

4            Q.   And does the Archdiocese exercise any

5    control over Catholic Charities?

6            A.   I'm sorry.  Exercise any --

7            Q.   Control.

8            A.   Control.  Well, Catholic Charities has a

9    CEO.  Ultimately, it is a Catholic entity,

10   ecclesiastical entity.  Catholic Charities is

11   considered an ecclesiastical entity of the Archdiocese

12   of Denver, so ultimately subject to the authority of

13   the archbishop.

14                But, again, I think there are -- there's

15   particular layers in the chain of command here.  So

16   there's a CEO that oversees Catholic Charities.  That

17   CEO is responsible to or reports to a board.

18                There are -- the archbishop, I believe,

19   and the chief operating officer sit on that board.

20   And so the board supervises, oversees the CEO, who's

21   tasked then with the administration of Catholic

22   Charities.

23                But ultimately, again, in terms of

24   matters of faith and morals, the archbishop is

25   responsible for Catholic Charities as an
```

Elias Moo  30(b)(6)
November 27, 2023

1    ecclesiastical entity.

2         Q.   And can you tell me what an

3    ecclesiastical entity is?

4         A.   Yeah.  I think it's just a fancy way to

5    say church entity.  So, yeah.  An organization that

6    exists to provide a service in the church.

7         Q.   Okay.  That's a little easier for me to

8    pronounce so thank you.

9              And, again, apologies if I'm

10   mispronouncing any of the terms.  I'm not doing it on

11   purpose.  So please correct me if I pronounce anything

12   incorrectly.

13        A.   Yeah.  Thank you.

14        Q.   Does the Archdiocese have any hiring or

15   firing authority over Catholic Charities?

16        A.   Yeah.  You know, I don't know.  I don't

17   know that I could tell you specifically the lines.

18   Now, again, the primary way that the Archdiocese

19   exercises its authority over Catholic Charities is

20   through the board and the board's structure.  And then

21   everything else, again, that falls to the ministries

22   of Catholic Charities, ultimately, is at the direction

23   of the CEO of Catholic Charities.

24        Q.   And who appoints the CEO or how is the

25   CEO hired?

Elias Moo  30(b)(6)
November 27, 2023

```
 1          A.    Yeah.   The CEO is appointed by the -- is
 2   elected by the board, hired by the board of Catholic
 3   Charities, ultimately.
 4          Q.    And how do members get appointed to the
 5   board?
 6          A.    Yeah.   That's a process I'm not familiar
 7   with.   I couldn't -- yeah.   I'm sorry.   I can't speak
 8   to that.
 9          Q.    Okay.   And I think that you said the
10   person who might be better able to speak to that is
11   the CEO, Father Dollins; is that correct?
12          A.    No.   That would be the COO, the chief
13   operating officer, Keith Parsons.
14          Q.    Okay.   Great.
15          MR. DAVIS:   Virginia, is this question
16   about Catholic Charities or is it about the
17   relationship between the Archdiocese and Catholic
18   Charities?
19          MS. CARRENO:   I think it's both.
20          MR. DAVIS:   Okay.
21          Q.    (BY MS. CARRENO)   Okay.   In your
22   supplemental declaration that you completed in
23   October, you had said that Catholic Charities are a
24   part of -- the preschool programs are a part of
25   Catholic Charities' ministry.   What did you mean by
```

Elias Moo  30(b)(6)
November 27, 2023

1   ministry?

2          A.    Just to clarify, you're speaking of the

3   Head Start programs?

4          Q.    Yes.

5          A.    Yeah.  So the Head Start programs, those

6   are government preschool programs that Catholic

7   Charities extends to the community primarily to

8   provide a service, social service to the community.

9                So that, again, is I think what we would

10   say is a ministry that they provide, like they provide

11   through homeless shelters or through food lines, for

12   example.  So ministries to the poor, work on behalf of

13   the church to the poor.

14                So, yeah.  So that ultimately is, I

15   think, what I was getting at with that.

16          Q.    And I believe, when you were testifying

17   earlier about the Catholic schools, you described

18   those as having educational ministries; is that

19   correct?

20          A.    Yes.

21          Q.    Okay.  When you were describing Catholic

22   Charities, you talked about the faith and morals for

23   Catholic Charities.  Are those the same faith and

24   morals as the Archdiocese of Denver?

25                MR. DAVIS:  Objection to the form.

Elias Moo   30(b)(6)
November 27, 2023

```
 1              You can answer, if you understand the
 2    question.
 3         A.   If I could clarify.  So, yeah.  I guess
 4    I'm having -- I'm a bit confused.  So faith and
 5    morals -- so you're asking my understanding of the --
 6    or how I'm using the term "faith and morals" and if
 7    that applies in a similar way to Catholic Charities?
 8         Q.   (BY MS. CARRENO)  Yeah.  So when you were
 9    explaining what Catholic Charities was, you talked
10    about faith and morals.  And when you were talking
11    about the preschools, you also used the term "faith
12    and morals."
13              So I just want to understand whether
14    you're using the term to mean the same thing or you're
15    using those differently?
16         A.   Oh, okay.  Yes.  Thank you for that.
17    Yeah.  No.  Absolutely.  There's no difference.
18         Q.   I assume that you're aware that
19    Archdiocese -- sorry.  Strike that.
20              I assume that you're aware that Catholic
21    Charities preschools are participating in Universal
22    Preschool?
23         A.   Yes.
24         Q.   Did the Archdiocese have any
25    conversations with Catholic Charities about them
```

Elias Moo  30(b)(6)
November 27, 2023

1    participating?

2            A.    No.   And the Head Start programs are not

3    something that we were involved with.   Again, they

4    fall out of the realm of the authority of jurisdiction

5    of the Archdiocese of Denver Catholic schools and the

6    Office of Catholic Schools.

7            Q.    And can you repeat that?   They fall out

8    of the authority of the Office of Catholic Schools and

9    what else?

10           A.    Yeah.   They fall out of the authority of

11   the Office of Catholic Schools, the Archdiocese of

12   Denver Catholic schools.

13           Q.    Do you know or are you aware of whether

14   the Archdiocese itself had conversations with Catholic

15   Charities about participating in Universal Preschool?

16           A.    Yeah.   No.   I'm not aware of a

17   conversation and, yeah, wouldn't even be able to

18   speculate on whether one took place or not.   I was not

19   involved in any conversations with them.

20           Q.    Do any of the 36 Catholic preschools

21   serve low-income families or families experiencing

22   homelessness?

23           A.    I can definitely say that some of our

24   schools serve low-income families.   The extent to

25   which they serve homeless families, I wouldn't be able

Elias Moo  30(b)(6)
November 27, 2023

1    to ascertain for you.

2              But knowing some of the communities that

3    we have, I wouldn't be surprised if there were

4    families that were homeless that also had their

5    children in our schools.

6              Q.    So why would the Catholic Charities Head

7    Start schools or Head Start programs be different than

8    the Catholic schools preschools?

9              MR. DAVIS:  Objection to the form.

10             You can answer the question, if you

11   understand it.

12             A.    Well, I guess I would offer this:  The

13   Head Start programs are not meant to be

14   religious-based programs.  To the best of my

15   understanding, there is -- there is no integration of

16   catechesis or theology in the curriculum and they're

17   primarily meant to be childcare, early ed centers for

18   the poor.

19             And so while there is an educating

20   component, it is devoid of what really we desire and

21   we expect to see in our Archdiocese of Denver Catholic

22   schools, which is the program that flows from the

23   heart of the church.

24             That is directly and intentionally

25   offering moments of catechesis and theology

Elias Moo  30(b)(6)
November 27, 2023

1    instruction, but also that every subject in the school

2    is imbued with a Catholic world view and Catholic

3    religious instruction.

4              So even math and history and reading, all

5    of that is strong in making connections to the

6    teaching in a Catholic world view, which, again, to

7    the best of my knowledge, is not taking place in any

8    of those Head Start programs.

9              So, yeah.  So I would consider them to be

10   varied and even, perhaps at a fundamental level, very

11   distinct forms of education.

12        Q.   (BY MS. CARRENO)  So would you say that

13   faith and morals does not apply to the Head Start

14   programs?

15        A.   Yeah.  I don't know if -- I don't know if

16   I would go to that length.  Because here's the thing.

17   You know, the church -- the church commands us --

18   well, Jesus and the Gospel commands us to go and to

19   serve the poor, to cloth the -- to provide these

20   corporal works of mercy.  Excuse me.

21              And that's primarily how Catholic

22   Charities views their Head Start programs, as a

23   corporal work of mercy and as a work on behalf of the

24   church for the poor.  And that very much flows from

25   our faith and from our morals.  But -- so it's -- so

Elias Moo  30(b)(6)
November 27, 2023

1    it's a work that's coming from a point of faith,

2    ultimately.

3              So, again, I guess I wouldn't go to the

4    extent of saying that faith and morals don't apply,

5    but the way that the work itself is carried out is

6    fundamentally different.

7              And so faith and morals aren't taught --

8    perhaps that might be the distinction -- in a Head

9    Start program -- or would be taught in a Head Start

10   program like they're taught in one of our Archdiocese

11   of Denver Catholic school programs.

12         Q.    And you said that the archbishop held

13   ultimate direction over Catholic Charities; correct?

14         A.    Yes.

15         Q.    Aren't the Catholic Charities preschools

16   located on properties owned by Catholic parishes?

17         A.    Yes.  I believe there are some.

18         Q.    And do the Catholic Charities preschools

19   provide children or families with information about

20   any of the Archdiocese parishes or the Catholic faith

21   generally?

22              MR. DAVIS:  Objection to form.

23              You can answer, if you understand.

24         A.    If I could clarify.  So do Catholic

25   Charities -- does Catholic Charities provide that

Elias Moo  30(b)(6)
November 27, 2023

1   information to families in the Head Start programs?

2   Is that the question?

3         Q.   (BY MS. CARRENO)  Yeah.  That's the

4   question.

5         A.   Yeah.  Yeah.  I don't know that.  I

6   wouldn't be able to tell you if that was happening or

7   not.

8               What I can tell you is that Catholic

9   Charities offers its services without, you know, a

10  litmus test for faith, right, or without an

11  expectation to want to convert people.

12              So, yeah.  That's all I can offer to that

13  point.

14        Q.   Okay.  And I think you may have already

15  answered this already, but just want to make sure I

16  get this.  Let me just start over and strike what I

17  said.

18              Does the Office of Catholic Schools

19  within the Archdiocese have any direction or oversight

20  over the curriculums that are used in Catholic

21  Charities preschools?

22        A.   No.  Yeah.  We do not have any

23  involvement with that.

24        Q.   Are the Head Start employees required to

25  be Catholic?

Elias Moo  30(b)(6)
November 27, 2023

1          A.   I do not believe they are, no.

2          Q.   So none of the -- or well, strike that.

3               Are any of the Catholic Charities

4    employees required to be Catholic?

5          A.   No.  No.  To the best of my knowledge,

6    no.

7          Q.   Are any of the Catholic Charities

8    employees expected to not display public or private

9    behaviors that would be inconsistent with the beliefs

10   of the Catholic Church?

11         A.   Yeah.  To the best of my knowledge, I

12   believe that that is the expectation for employees.

13         Q.   Are the Catholic Charities' employees

14   required to sign the same employment contracts as the

15   parish preschools?

16         A.   I do not believe so.  I haven't -- to be

17   clear, I haven't seen what the work agreement or

18   employment contract for Charities' employees looks

19   like, but I do not believe that they're using the same

20   one.

21         Q.   Okay.  In your October declaration, you

22   said, "This charitable ministry of the Archdiocese,

23   like Archdiocese soup kitchens and homeless shelters,

24   does not condition its care for the poor and needy on

25   adherence to Catholic beliefs or an agreement to

Elias Moo  30(b)(6)
November 27, 2023

1    support and uphold Catholic teachings.  Instead, these

2    Head Start and early Head Start programs are open to

3    all families in need, regardless of personal

4    circumstances and seek to help by providing childcare

5    services while parents work to get back on their

6    feet."

7              Do you agree with that statement still?

8         A.   Yes, I do.

9         Q.   Does this mean that Catholic schools

10   would refuse to serve the children of needy families

11   if their families disagreed with Catholic beliefs?

12              MR. DAVIS:  Objection to the form.

13              You can answer, if you understand.

14         A.   No.  But, again, I think we would -- we

15   would have a situation where -- so one of the

16   foundations for the work of a Catholic school in the

17   Archdiocese of Denver is, again, to provide an

18   education that supports what the church calls the

19   primary educator of a child, and that being the

20   parents.

21              And in partnership with parents, to be

22   able to provide an education and a formation that

23   leads them to know and love Jesus Christ and then to

24   discover the vocation that they have been created for.

25              THE DEPONENT:  Sorry.  I just got an

Elias Moo  30(b)(6)
November 27, 2023

1   alert.  My battery is dying.

2              MS. CARRENO:  That's okay.  Do you want

3   to take a minute to plug your computer in?

4              THE DEPONENT:  I'm sorry?

5              MS. CARRENO:  Did you need to take a

6   minute to plug your computer in?

7              THE DEPONENT:  No.  It's back.  It got

8   loose.  The connection was loose.  So apologies for

9   that.

10             A.   Yeah.  So the work of the Catholic

11  Schools is in support of and in partnership with

12  primary educators, with parents, in their, what the

13  catechism of the Catholic Church says is their duty

14  and right to help their children to grow to know,

15  love, and serve Christ and discover their vocation and

16  mission in this world for the sake of the next.

17             So if families come in good faith to a

18  Catholic school, to one of the 36 Catholic preschool

19  programs -- and understand the expectations that the

20  school would have of them and their family, which

21  includes also that they would provide an environment

22  that will be supportive of the aims of the school,

23  then, yeah, they will be admitted.

24             If a family comes forward and says, Well,

25  we don't agree with the church on X, Y, and Z items,

Elias Moo  30(b)(6)
November 27, 2023

1    but -- and insists that they're not going to instruct

2    their children in a way that's supportive of the

3    church's teaching, then we might, frankly, come into a

4    situation where there would be an irreconcilable

5    difference that would not allow the church's vision

6    for an education to happen, because the family would

7    not be able to enter into a right partnership with the

8    school and give the child a well-founded -- or to be

9    able to have the complimentary of the school and the

10   home environment such that the aims that the church

11   has for education are met.

12           And so, like, it's not a simple yes-or-no

13   answer, unfortunately, because it requires schools to,

14   what we would call discern or, you know, reflect on

15   the extent to which a family's situation might be open

16   to the benefit of a Catholic education.

17           But is there a hard and fast rule?  For

18   example, if there's a family that says, you know, I

19   don't agree on this, that they can't be admitted?  No,

20   there's not.

21           And oftentimes we have found that

22   families who sometimes do come with reticence, maybe

23   they don't disclose it at first, or they say, Well,

24   we're not sure of the church's teaching, but we're not

25   going to undermine the church's teaching, ultimately,

Elias Moo   30(b)(6)
November 27, 2023

1    and actually discovering it and the value and the

2    truth of it.

3              And so those are situations that we have

4    had.  But yeah.  But, again, it wouldn't be an

5    immediate disqualifier.  It would have to be

6    something, again, discerned or reflected on by local

7    school leadership.

8         Q.   (BY MS. CARRENO)  Great.  Thank you for

9    that.

10             MS. CARRENO:  I think now might be

11   another good time to take a ten-minute break.  Does

12   that work for everyone?

13             MR. DAVIS:  Sure.

14             THE REPORTER:  Great.  Off the record.

15             (Recess from 10:30 a.m. to 10:41 a.m.)

16             THE REPORTER:  Back on the record.

17             MS. CARRENO:  Thank you.

18        Q.   (BY MS. CARRENO)  And, Mr. Moo, I wanted

19   to direct you to the screen.

20             MS. CARRENO:  Bonnie, and if you could

21   share the document that says "Archdiocese of Denver

22   Office of Catholic Schools."

23             THE REPORTER:  Will this be Exhibit 3?

24             MS. CARRENO:  This will be Exhibit 3.

25        Q.   (BY MS. CARRENO)  And, Mr. Moo, are you

Elias Moo   30(b)(6)
November 27, 2023

1    able to see this document?

2           A.    Yes.

3           Q.    And do you recognize this document?

4           A.    Yes.

5           Q.    What is it?

6           A.    Yeah.  This document was created as a

7    statement on where our position was with Universal

8    Preschool and the concerns and barriers that we saw --

9    the concerns we had, barriers we saw, to participating

10   in Universal Preschool.

11          Q.    And when you say "we," what do you mean

12   by "we"?

13          A.    We would be the Archdiocese of Denver.

14          Q.    Who wrote this document?

15          A.    I wrote this document, along with some

16   members of our team here at the Archdiocese.

17          Q.    Who were the other members of the team?

18          A.    Yeah.  So this document was primarily

19   written to provide a statement to the Temple Hoyne

20   Buell Foundation, if I'm recalling correctly.

21               The mission advancement grants writing

22   team here at the Archdiocese collaborated with me on

23   this.  They were applying for a grant through the

24   Temple Hoyne Buell Foundation to support a collective

25   of our preschools in the Archdiocese and were looking

Elias Moo  30(b)(6)
November 27, 2023

1   for a statement on where we stood with UPK.

2          Q.   And what is that grant that you're

3   referring to?

4          A.   It's a grant for preschool operations, to

5   help fund preschool operations.

6          Q.   And is the Temple Hoyne Buell -- I don't

7   know if I'm saying that correctly -- is that who the

8   grantor is for that grant?

9          A.   Yes.  Yeah.  That's correct.  Yeah.  The

10  Temple Hoyne Buell, yep.

11         Q.   What is the Temple Hoyne Buell?

12         A.   My understanding is it's a private

13  foundation.

14         Q.   Okay.  And when was this written?

15         A.   Gosh.  I don't recall the exact time

16  frame.  Oh, this must have been -- yeah.  It was -- I

17  want to say, ballpark, February, March.  I'm having a

18  really hard time recalling the exact time that we

19  wrote this.

20         Q.   Why was this document needed to apply for

21  that grant?

22         A.   Yeah.  My understanding from the grant's

23  team was that Temple Hoyne Buell was asking for --

24  asking the extent to which we intended to or were

25  going to be participating -- some of our schools would

Elias Moo  30(b)(6)
November 27, 2023

1    be participating in UPK.  And this is, ultimately,

2    what they submitted in response to that.

3           Q.   And did the Archdiocese receive the

4    Temple Hoyne Buell grant?

5           A.   Well, so the Archdiocese grant's team

6    applied on behalf of a group of preschools.  And my

7    understanding is that some of those preschools were

8    awarded a grant.  I don't have that list in front of

9    me.  But there were some that did receive it, yes.

10          Q.   Do you know which preschools received the

11   grant?

12          A.   There's one I can recall off the top of

13   my head, Annunciation Catholic School.  But, yeah,

14   without having the list in front of me, I wouldn't be

15   able to tell you, unfortunately.

16          Q.   Okay.  Thanks, Mr. Moo.

17               This document says that "Our Catholic

18   preschools are eligible to become state-approved local

19   coordinating organizations, LCOs, that can receive the

20   funding to provide the preschool program service to

21   families."

22               Would you say that that's accurate or

23   what did you mean by that statement?

24          A.   Yeah.  At the time -- at the time, I

25   believe that was our understanding.  At this point, my

Elias Moo   30(b)(6)
November 27, 2023

```
 1   understanding is that we wouldn't necessarily be able

 2   to be LCOs.  So I think there was maybe a

 3   misunderstanding in the terminology at the time.

 4            So, yeah.  So I would say I think there's

 5   a different or a refined understanding of what an LCO

 6   is.

 7            Q.   And you said you can't recall when this

 8   document was created?

 9            A.   No, again, not the exact time.  I can't

10   recall.

11            Q.   Do you know when you learned that that

12   understanding, about the preschools being local

13   coordinating organizations or LCOs -- strike that.

14            Do you know when you learned that

15   understanding, that the preschools could be LCOs, was

16   incorrect?

17            A.   Yeah.  That was around May, late May, I

18   believe.

19            Q.   So this was written before May?

20            A.   Yes.

21            Q.   And that's 2023?

22            A.   2023, correct.

23            Q.   The document also says, in that first

24   bullet, that "There are no religious exemptions in the

25   UPK agreement and it excludes classes operated
```

Elias Moo   30(b)(6)
November 27, 2023

```
1    primarily for religious instruction."

2              What did you mean by it excludes classes

3    operated primarily for religious instruction?

4         A.   If I'm recalling correctly, that's

5    language that we pulled directly from the agreement

6    itself, I believe.  And so are you asking what my --

7    what I would understand to be classes primarily

8    operated -- or operated primarily for religious

9    instruction?

10        Q.   No.  I'm asking what -- that bullet that

11   says that a barrier is that UPK excludes classes

12   operated primarily for religious instruction, I'm

13   asking what you meant by that, what the barrier was.

14        A.   Yeah.  So at that point, I think our

15   understanding was that it would be difficult for us to

16   sign the agreement, again, knowing that the

17   majority -- most of what is taught in our schools has

18   connection to religious instruction.

19              So at that point it would be a barrier,

20   certainly, to be able to sign an agreement if our

21   operations -- somehow we were going to have to

22   compartmentalize our notion of religious formation as

23   present and prevailing all things in the school, and

24   in the sense that the agreement was pigeonholing, if

25   you will, religious instruction to one period and
```

Elias Moo  30(b)(6)
November 27, 2023

1    block of the day.

2         Q.   So you said at that time that was your

3    understanding.  Has your understanding changed?

4         A.   No.  I don't think so.  The agreement

5    hasn't changed so I suppose I would carry the same

6    understanding.

7         Q.   Okay.  And if that language doesn't come

8    from the agreement itself, would that change the

9    concern or the barrier?

10              MR. DAVIS:  Object to the form.

11              But if you understand the question, you

12   can answer it.

13         A.   Yeah.  If I could clarify.  Are you

14   saying if the -- if this language was not in the

15   agreement, would we have a different take?

16         Q.   (BY MS. CARRENO)  Yes.

17         A.   On this particular point, possibly, yeah.

18   Yeah.  I think so.

19         Q.   So is it your understanding that the UPK

20   program excludes classes operated primarily for

21   religious instruction?

22              MR. DAVIS:  Objection to the extent it

23   calls for a legal conclusion.

24              But you can answer otherwise.

25         A.   Yeah.  It's my understanding -- I mean, I

Elias Moo   30(b)(6)
November 27, 2023

1   think it was also, at the time of the writing of this,

2   that somehow we would be -- we would not receive the

3   funding available if -- or hours, I guess, that would

4   be eligible for funding -- let me restate that.

5           Hours eligible for funding would be

6   lessened or would be less if we provided religious

7   instruction.  Yeah.  So I guess the best way I have to

8   convey what my understanding is, is an example.

9           So if we have -- if we have a four-hour

10  day, and one hour of that is noted as religious

11  instruction, right, that we would only be eligible to

12  receive -- our families would only be eligible to

13  receive funding for three hours, right.  So that would

14  be a penalty of sorts for the fact that we had

15  religious instruction.  I think that would be the --

16  what the understanding is there.

17          Again, I think the difficulty for us on

18  this point is that for our school programs, four hours

19  of program, I mean, is four hours of, yeah, you know,

20  academic education instruction, if you will, but

21  interwoven with that is a sense of the faith and

22  connection with the Catholic world view, which we

23  would view it -- would make us view it as religious

24  inherently.

25          Q.   (BY MS. CARRENO)  Do -- strike that.

Elias Moo  30(b)(6)
November 27, 2023

1               So you're aware that some of the

2    Archdiocese preschools are participating in the

3    Colorado Childcare Assistance Program; is that

4    correct?

5          A.   Yes.

6          Q.   And you're also aware that some of the

7    Archdiocese preschools are participating in the Denver

8    Preschool Program; is that correct?

9          A.   Yes.

10         Q.   Aren't there similar requirements about

11   those programs not paying for religious instruction?

12         A.   Yeah.  I believe there are, yes.

13         Q.   And so why would a similar requirement in

14   the Universal Preschool Program create a barrier

15   concern that those other programs did not?

16         A.   Yeah.  There is -- this was the stated

17   barrier.  I think if the other programs also in

18   practice -- so I guess I'll say this:

19               In practice, if the schools that are

20   participating with CCAP or DPP, the Denver Preschool

21   Program, felt that there was something that was

22   limiting their ability to be able to carry out with

23   fidelity the program and the curriculum that was

24   prescribed by the Archdiocese, then, yeah, it would

25   lead, I think, to naturally a rethinking of the extent

Elias Moo  30(b)(6)
November 27, 2023

1   to which they might be able to participate there.

2                  At this point in practice, there hasn't

3   been that concern and -- but that's my understanding.

4   It hasn't been viewed as a barrier in the way that

5   it's been executed upon by those programs.

6                  But with UPK, given the fact that this,

7   coupled with some of the other regulations in the

8   agreement were concerning, we made an interpretation

9   of what the intention was, and that's what we ran with

10  in terms of our understanding here.

11         Q.   In the second bullet, in about the middle

12  of the document it says, "There are questions about

13  the programmatic control of preschool programs."

14                What were the questions about

15  programmatic control?

16         A.   Yeah.  I think here it's referring to, in

17  particular, the way that UPK has been set up, where

18  families apply directly through UPK seeking

19  enrollment, and then families are assigned to

20  particular schools without that school being able to

21  vet families and engage them directly in admissions or

22  the admissions processes.

23                So that type of programmatic control, if

24  you will, was and is problematic for us as our

25  schools, in order to be able to, again, discern kind

Elias Moo   30(b)(6)
November 27, 2023

1  of the suitability and the fit of a family with the

2  aims of the school, would not be able to do so in the

3  way that the program itself, the system itself was

4  structured and laid out mechanically.

5          Q.   So is it your understanding that schools

6  are not able to meet with families before those

7  families are enrolled under the UPK program?

8          A.   I'm sorry.  Can you repeat that last

9  part?

10         Q.   Under the UPK program?

11         A.   Yes.  As far as UPK is concerned, my

12  understanding is that, yes.

13         Q.   And if schools were able to meet with

14  these families in advance of enrollment, would that

15  alleviate some of your concerns that you discussed in

16  this document?

17         A.   Possibly, if also the school had the

18  ability to reject admission if it did come across

19  something that made the school and family situation

20  incompatible.

21         Q.   Okay.  In this letter, a little bit

22  further down the page, I think it's the fourth bullet,

23  under "The Impacts of These Barriers Include the

24  Following:"  And that second bullet under that section

25  says, "Accommodating part-time toddlers would harm the

Elias Moo   30(b)(6)
November 27, 2023

1    full-time preschool programs."  What did you mean by

2    this?

3            A.   Yeah.  I believe that the inclusion of

4    this was to note that perhaps programs had to be open

5    to part-time students as well, and some of our

6    full-time programs were not in position to open

7    part-time options.

8                 And so I think this is -- yeah.  This is

9    referring to something that -- an understanding in the

10   agreement related to the admission of part-time

11   toddlers to be able to receive the UPK funding for

12   that family.

13           Q.   And if schools did have the ability to

14   designate part-time and full-time spots that was

15   consistent with how the school operates, would that

16   alleviate some of your concerns that you identified in

17   this document?

18           A.   Yeah.  On that particular point, yes.

19           Q.   Looking further down the document, the

20   final bullet says that "Catholic preschool programs in

21   the Denver area will likely lose Denver Preschool

22   Program funds."

23                 Why did you have the concern that UPK

24   would impact Denver Preschool Program funds?

25           A.   Yeah.  At the time of this writing, we

Elias Moo  30(b)(6)
November 27, 2023

1    had an incorrect understanding of the extent to which

2    Denver Preschool Program was going to be impacted by

3    UPK.

4              Our initial understanding was actually

5    that it was going to be absorbed by UPK.  And I think

6    we were -- actually, we were interpreting what would

7    have been announced about CCAP, I believe, as also

8    applying to the Denver Preschool Program.

9              And then later -- so, again, also in the

10   month of May, we -- it was clarified for us that, in

11   fact, DPP was not going away and that it would be

12   providing back-end funding after UPK was -- UPK

13   funding was provided.

14             So that -- the statement here is,

15   admittedly, not accurate.  And as I noted, it was

16   something that was clarified to us after the time of

17   the writing of this.

18        Q.   And then -- so the very last paragraph

19   where it says, "Without necessary rule changes as

20   noted above, schools may not be able to participate in

21   DPP after this year."

22             Was that -- is that statement no longer

23   accurate as well, with the new understanding you just

24   described?

25        A.   Yeah.  That's correct.  For the time

Elias Moo  30(b)(6)
November 27, 2023

1  being, schools are continuing to participate.

2          Q.   Okay.  Now, I want to share another

3  document with you, which will be marked as Exhibit 4.

4              MS. CARRENO:  Right, Bonnie?

5              And this will be marked as Exhibit 4.

6  And it's the February 17, 2023 letter to Governor

7  Polis.

8              Bonnie, can you scroll all the way to the

9  bottom?

10         Q.   (BY MS. CARRENO)  And, Mr. Moo, are you

11 able to see this document?

12         A.   Yes.  I can see it.

13         Q.   Do you recognize this?

14         A.   I do.

15         Q.   What do you recognize this to be?

16         A.   This is a letter written to appeal to

17 Governor Polis on the coalition of both private and

18 independent religious schools and organizations that

19 support private education, who together were asking

20 the Governor to assist us in getting some exemptions

21 to some of the regulations in the UPK program and UPK

22 program agreement.

23         Q.   Was this coalition one that existed prior

24 to writing this letter or was the coalition formed to

25 write this letter?

Elias Moo  30(b)(6)
November 27, 2023

1           A.   Yeah.   There is -- there is a group, an

2  organization called the Colorado Association of

3  Private Schools, that the majority of the signees of

4  these are on.

5           And so this -- so there was a coalition

6  of sorts.  But with the concerns that we all shared on

7  UPK, it expanded to also include some other

8  organizations noted on here.

9           Q.   And the Archdiocese seal is at the top of

10  this letter, with the seals of some other

11  organizations; is that correct?

12           A.   Yes.   That's correct.

13           Q.   And your signature or your name is signed

14  at the bottom of the letter; is that also correct?

15           A.   Yep.   That's correct.

16           Q.   Who drafted this letter?

17           A.   Yeah.   This was drafted by a member of

18  the CAPS, the Colorado Association of Private Schools

19  team.  And, yeah, it was drafted by him and then

20  shared with the signees on here for review.

21           Q.   And who is the representative of CAPS

22  that drafted this?

23           A.   His name is Ross, R-o-s-s, Izard,

24  I-z-a-r-d.

25           Q.   Is Mr. Izard an attorney?

Elias Moo  30(b)(6)
November 27, 2023

```
 1              A.   No.  I don't believe so.
 2              Q.   What is Mr. Izard's title, if you know?
 3              A.   I don't know.  I know he does -- he's
 4    contracted as a consultant and a lobbyist for the
 5    Colorado Association of Private Schools.
 6              Q.   And you said that the signees also were
 7    able to have some input on the letter.  So that would
 8    have included yourself?
 9              A.   Yes.
10              Q.   Did you-all meet to draft this or how was
11    it drafted?
12              A.   No.  No meeting.  It was all via email
13    communication.
14              Q.   And I know the letter is dated
15    February 17th, but when did you -- when did you-all
16    start drafting this document?
17              A.   Yeah.  To the best of my recollection, I
18    think this was late January when all this began.
19              Q.   And how did this come about?
20              A.   I'm sorry.  Can you repeat that question?
21              Q.   Yeah.  You said you think it was late
22    January when this began, but how did all of this
23    begin?
24              A.   My understanding is that it came out of a
25    meeting that was held by the board of the Colorado
```

Elias Moo  30(b)(6)
November 27, 2023

```
 1    Association of Private schools.  The idea for this
 2    ultimately kind of flowed from the CAPS, for short,
 3    group.  And then Mr. Izard got to work on this in
 4    light of the idea generating at a CAPS meeting.
 5              Q.   And you said that you had the ability to
 6    give input on this letter.  Did you make any changes
 7    or did you make any edits to the letter?
 8              A.   No.  I don't recall making or suggesting
 9    any revisions or changes.
10              Q.   So does that mean that you, on behalf of
11    the Archdiocese, agreed with the contents of the
12    letter?
13              A.   Yes.
14              Q.   The fourth paragraph of the letter, the
15    last sentence says, "And because the program is
16    closely intertwined with the Denver Preschool Program,
17    some providers are also having to re-evaluate their
18    long-standing participation in that program."
19              Do you understand what that sentence
20    meant?
21              A.   Yeah.  I think it's similar to the point
22    I made on Exhibit 3, that there was an understanding
23    of those of us in Denver, and primarily I think driven
24    by us, that there might be -- that some of the
25    concerns we had with UPK came from our understanding
```

Elias Moo  30(b)(6)
November 27, 2023

1   of, at the time, DPP being absorbed by UPK.

2              So Mr. Izard would have been privy to

3   some of the conversation that happened at the CAPS

4   board meeting where that perspective was shared and

5   brought there.  So I think that's where that comes

6   from, ultimately.

7         Q.   Has this group gotten together since

8   sending the letter?

9         A.   All the signees together, no.  But the

10  members of the Colorado Association of Private Schools

11  meet monthly.

12        Q.   And are you aware of whether any of the

13  groups that signed on to this letter ended up

14  participating in UPK?

15        A.   I don't know if you can scroll down to

16  the bottom.  I am pretty sure none of them have.

17             Yeah.  So the only ones that are schools

18  here -- or represent schools would be the Hillel

19  Academy, Association of Christian Schools

20  International, Rocky Mountain District Lutheran

21  Church.  Yeah.  And the Archdiocese, obviously.

22             I don't know.  Yeah.  I couldn't -- I

23  don't think there's any of these.  But to the best of

24  my knowledge, all have remained committed to not

25  participating yet.

Elias Moo  30(b)(6)
November 27, 2023

```
 1           Q.   Okay.  The letter, at the very bottom of

 2      the first page, also references what looks like a cut

 3      and paste of the statute.  It says, "The governing

 4      statute mandates that those quality standards include

 5      a requirement," and then the statute is cut and

 6      pasted.  Would you agree with that?

 7           A.   Yes.

 8           Q.   This letter does not mention this letter

 9      of nondiscrimination clause in the UPK agreement;

10      would you agree?

11                MR. DAVIS:  Objection to the form.

12                If you understand the question, you can

13      answer it.

14           A.   Yeah.  I'm sorry.  Can you repeat the

15      question?

16           Q.   (BY MS. CARRENO)  Yeah.  So this letter

17      specifically mentions the statutory requirement that's

18      in the contract, but it does not list the other

19      requirement in the contract that's at issue in this

20      lawsuit; is that correct?

21                MR. DAVIS:  Objection.  Assumes facts not

22      in evidence.  Lack of foundation.

23           A.   Yeah.  Are there other things in the

24      agreement that didn't make it into this letter?

25      That's correct.  Yeah.
```

Elias Moo   30(b)(6)
November 27, 2023

1          Q.   (BY MS. CARRENO)   Okay.   So are you aware

2     that the plaintiffs in this lawsuit are challenging

3     this statutory requirement that's here and also

4     another broader nondiscrimination requirement that

5     appears in the Universal Preschool Provider contract?

6          A.   Yes.

7          Q.   And so my question is, why is the second

8     provision being challenged in this lawsuit not a part

9     of this February 17th letter?

10         A.   Yeah.   I don't know.   This, ultimately,

11    was the way that this was drafted and then the

12    consensus document, right, from the various parties

13    here.   So I wouldn't be able to tell you why the

14    other -- those other pieces didn't make the cut, if

15    you will.

16         Q.   And you didn't suggest adding that other

17    concern to this letter when you weighed in on possible

18    edits?

19         A.   No.   I mean, I think that's -- I think

20    what's noted in here felt like it captured, for the

21    most part, our concerns and our position.

22         Q.   And you had reviewed the provider

23    agreement by the time that this letter was sent; is

24    that correct?

25         A.   Yeah.   We had -- we had seen the provider

Elias Moo  30(b)(6)
November 27, 2023

1   agreement, yes.

2          Q.   I want to share another document, which

3   is going to be Exhibit 5.

4               And, Mr. Moo, if I can just back up.  You

5   had said that the other concern is not noted in that

6   letter.  What did you mean by the other concern?

7          A.   Well, that nondiscrimination language

8   that you were referencing.

9          Q.   Okay.  Thank you.  And that's the

10  nondiscrimination language in the provider contract --

11         A.   Correct.

12         Q.   -- with the broader nondiscrimination

13  provision?

14         A.   Yes.  Right.

15         Q.   Thank you, Mr. Moo, for letting me

16  clarify.

17              And, Mr. Moo, are you able to see the

18  document that Bonnie is sharing right now, that's been

19  marked as Exhibit 5?

20         A.   Yes.  I can see it.

21              MS. CARRENO:  And, Bonnie, if you can

22  scroll through.

23         Q.   (BY MS. CARRENO)  Mr. Moo, do you

24  recognize this document?

25         A.   I do.  Yes.

Elias Moo  30(b)(6)
November 27, 2023

```
 1              Q.    What is this?
 2              A.    It's the slide deck that was used at a
 3    meeting that we hosted for our pastors and school
 4    leaders of the preschool programs.
 5              Q.    And what pastors and what school leaders?
 6              A.    Oh, yeah.  I don't have the official
 7    attendance or roster in front of me, but we invited
 8    all the pastors and school leaders, preschool
 9    directors of all Archdiocese of Denver Catholic
10    preschools.  I don't recall how many were in person,
11    but we had -- we had a number with us here in person
12    and we also had a few join us via Zoom as well.
13              Q.    And who wrote this?  Who prepared this
14    document?
15              A.    I prepared this.
16              Q.    Did anyone assist you with preparing
17    this?
18              A.    No.  It was shared with counsel, but I
19    don't recall them making any changes.
20              Q.    And so --
21              MR. DAVIS:  We're not going to divulge
22    attorney-client information.
23              Q.    (BY MS. CARRENO)  And so the intended
24    audience and recipient of this document was pastors
25    and school leaders of preschools; is that correct?
```

Elias Moo  30(b)(6)
November 27, 2023

1          A.    That's correct.

2          Q.    Anyone else?

3          A.    Just them and members of the Office of

4    Catholic Schools team.

5          Q.    And you said this was for a meeting?

6          A.    Yes.

7          Q.    What was the purpose of the meeting?

8          A.    Yeah.  It was to provide them an update

9    on where we stood following the January directive to

10   not participate in UPK, to provide them an update on

11   where we stood with potential participation in UPK in

12   the future.

13         Q.    And this is dated May 25th of 2023.  Is

14   that when the meeting was held?

15         A.    Yes.  That's correct.

16         Q.    I want to direct your attention to the

17   third page of this document.  And the second bullet

18   point says that the target is -- "one of the targets

19   is to discuss a path towards securing participation

20   and the implications of engaging in this manner."

21              Does that participation refer to UPK or

22   what does that refer to?

23         A.    It does refer to UPK, yes.

24         Q.    And what did you mean by securing or

25   discussing a path for securing participation?

Elias Moo  30(b)(6)
November 27, 2023

```
 1          A.   Yeah.  There was still a hope that our
 2   preschool programs would be willing to participate in
 3   UPK for the sake of families that were looking for a
 4   Catholic preschool education.
 5               And so the intent of the work that we
 6   have done and continue to do, on behalf of our
 7   preschool programs, is to identify ways for securing
 8   access to -- or participating in UPK without
 9   compromising on our religious beliefs.
10          Q.   And this was after the coalition's
11   response for religious exemption was denied; is that
12   correct?
13          A.   Yes.  This was after that.
14          Q.   And the Archdiocese believed that there
15   might still be, I think you said a hope that the
16   Archdiocese could still participate; is that correct?
17          A.   Yep.  The hope was and continues to be
18   participation for those that want it, yes.
19          Q.   And then if I could direct your attention
20   to page 7.  And in the second bullet of the Current
21   Reality references, "The Denver Preschool Program:
22   Nine schools currently participating in DPP receiving
23   a total of $587,699.  Support ranging from 14K to
24   126K."
25               Why was the Denver Preschool Program
```

Elias Moo  30(b)(6)
November 27, 2023

1    listed under the Current Reality for this group?

2            A.    Yeah.  This is -- this is still coming

3    from that point of misunderstanding on the extent to

4    which DPP was being impacted by UPK or absorbed by

5    UPK.  In fact, it was actually right after this

6    meeting that we were -- that this was clarified for

7    us.

8            One of our preschool directors brought to

9    our attention that we might have a misunderstanding,

10   and we looked into it further, and that's where we

11   received clarification.

12           But up to this point and up to the date

13   of this presentation, we still had this understanding

14   of the Denver Preschool Program.

15           Q.    And so, again, the misunderstanding was

16   that the Denver Preschool Program was being rolled

17   into the Universal Preschool Program?

18           A.    Correct.  Yes.

19           Q.    And so that was why the Archdiocese was

20   concerned that it might no longer be able to

21   participate in the Denver Preschool Program at the

22   time?

23           A.    Correct.

24           Q.    This third bullet also says that the

25   current reality at the end of May was that preschool

Elias Moo  30(b)(6)
November 27, 2023

1  numbers are holding steady despite the current

2  do-not-participate directive.  What does that mean?

3  　　　　　A.　　Yeah.  We polled our preschools to

4  identify to what extent they had seen enrollment hits

5  because of UPK launching and Catholic preschool

6  programs not participating yet.

7  　　　　　　　And so at the time, there did not seem to

8  be a major hit on enrollment, so that's what this is

9  referring to here.

10  　　　　　Q.　　Did that change at some point?

11  　　　　　A.　　Yeah.  I think it depends on the school.

12  I would say at this point, largely, numbers are

13  probably still holding steady.  But, yeah.  Have we

14  seen a significant change one way or another?

15  Probably not.

16  　　　　　Q.　　I'm sorry.  Can you say that last

17  sentence again?

18  　　　　　A.　　Yeah.  Have we seen a significant shift

19  one way or another on enrollment numbers to a large

20  increase or a large decrease?  No.  Probably not.

21  　　　　　Q.　　In that same bullet it says, "Impact on

22  low- to middle-income families," with a -- "Impact on

23  low- to middle-income families," with a question mark.

24  What does that mean?

25  　　　　　A.　　One of the real concerns we have had and

Elias Moo  30(b)(6)
November 27, 2023

 1    continue to have is to what extent our low- to

 2    middle-income families are going to be able to afford

 3    preschool education in a Catholic school, if they so

 4    wish to provide their children a Catholic preschool

 5    education.

 6                    We know that these are usually the ones

 7    that are, with many sacrifices, sending their children

 8    to our Catholic schools.  And our hope was that by

 9    participating in UPK, our Catholic preschools would be

10    able to serve many more low- to middle-income families

11    who, you know, anecdotally, schools have heard, are

12    not able to send their children to Catholic preschool

13    because of the cost impediment there.

14           Q.   And you said "anecdotally" for that.

15    What do you mean by that?

16           A.   Yeah.  Reports from preschool leaders,

17    school leaders, yeah.  Just what they have -- what

18    they have shared with us with respect to some of the

19    challenges that they're experiencing.

20           Q.   Does the Archdiocese have anything to

21    support those concerns, other than anecdotes?

22           A.   No.  Nothing in terms of, you know -- we

23    have one letter that we received from a family, in

24    light of the suit that we filed, noting that they were

25    grateful for what we were doing because they're not

Elias Moo  30(b)(6)
November 27, 2023

```
 1   able to afford a Catholic preschool education and

 2   would like to be able to send their child.

 3              But have we surveyed or collected data to

 4   a larger extent than a one-off comment sent to us?

 5   No.

 6              MS. CARRENO:  And, Mr. Davis, do you know

 7   if that letter was exchanged in discovery, that email?

 8              MR. DAVIS:  I'm not sure.  We'll

 9   coordinate with that at our next break and get back to

10   you.

11              MS. CARRENO:  Great.  Thank you.

12         Q.   (BY MS. CARRENO)  On the next page, or

13   page 8 of that document, the first bullet says that

14   "The Archdiocese does not desire schools to become

15   overly dependent on state/federal money, but also

16   holds with the church that," and then there's a quote.

17              What did you mean by the Archdiocese does

18   not desire schools to become overly dependent on state

19   or federal money?

20         A.   You know, one of the things that we are

21   constantly asking our school leaders to do is to

22   ensure that they have a really well-balanced income

23   portfolio.

24              Unfortunately, we don't receive public

25   funding, in the way that public schools do, to run our
```

1    school operations.  And so by and large, it's a

2    tuition-based operating model.

3              And given that we have made, over the

4    last six to seven years, an effort to welcome families

5    that don't necessarily have the means, especially more

6    low- to middle-income, schools have had to figure out

7    how to generate additional income, fundraising or

8    other sources, right, so just state, federal grants,

9    or funding opportunities.

10             But at the same time, as we've told them,

11   right, I mean -- I guess we would say colloquially,

12   all your eggs in one basket, you know, could result in

13   a real hardship in the future if that basket goes away

14   or something happens where drawing from that source is

15   not going to be a possibility.

16             So that's what's fundamentally, I think,

17   being conveyed here, as I shared with them during this

18   meeting.  You know, if, without compromising, we can

19   receive support, without compromising on our beliefs

20   and our religious freedom, we can receive a benefit

21   from state or federal sources, great.  But that can't

22   be the only source, ultimately.  And so that's what

23   that is referring to here.

24        Q.   So has the Archdiocese had to make

25   determinations not to participate in other state or

Elias Moo  30(b)(6)
November 27, 2023

```
1    federal programs in an effort to not become overly

2    dependent?

3              A.   Excuse me.  I'm choking for a second.

4              Q.   Take your time.

5              A.   I'm sorry.  Can you repeat your question?

6              Q.   Sure.  So has the Archdiocese made other

7    determinations not to participate in other state or

8    federal programs due to the desire not to become

9    overly dependent on government money?

10             A.   No.  Not that I can think of.  I think we

11   have been -- to be clear, I think we have been closely

12   monitoring different opportunities that come up to

13   ensure that if there is, again, not going to be a risk

14   of compromising our religious beliefs, is probably the

15   primary concern, and then secondly, yeah, you know,

16   the extent to which there might be a dependency.

17             But have there been decisions made solely

18   on that basis?  No.  None that I can think of.

19             Q.   In the next bullet on the same page, it

20   says, "The State continues to push a platform and

21   approach with little to no interest to providing just

22   exemptions with respect to our sincerely held

23   religious beliefs, which we share with various faith

24   groups in our state."

25             What do you mean by various faith groups
```

Elias Moo  30(b)(6)
November 27, 2023

1   in our state?

2          A.   Yeah.  So this, I think, is making

3   reference to the coalition that wrote the letter in

4   February, so the representatives of the Jewish

5   community and the Lutheran community, in particular,

6   who were signees to that letter.

7          Q.   And do you know -- I know that you

8   answered in terms of individuals and persons that

9   specifically signed the letter.  But are you aware of

10  whether any Jewish or Lutheran providers are

11  participating in UPK?

12         A.   No.  No.  I'm not aware of that.

13         Q.   The next page, the second bullet, it says

14  that "The bishops in the Colorado Catholic Conference

15  are ready to support ensuring protections for our

16  sincerely held religious beliefs."

17              What did you mean by that?

18         A.   Yeah.  Again, I think here it's the same.

19  So the three bishops in the state of Colorado all

20  exercise authority over their local churches.  And

21  they conveyed that they were ready to continue to

22  pursue whatever avenues were necessary to be able to,

23  one, ensure that our religious beliefs aren't

24  compromised, and the hope here with UPK was to be able

25  to continue to appeal and ask for exemptions as would

Elias Moo  30(b)(6)
November 27, 2023

1  allow us to be able to operate according to our

2  religious beliefs.

3        Q.   So you mentioned the three bishops.  I

4  assume one of those is Archdiocese of Denver.  Who are

5  the other two bishops?

6        A.   There is -- there's a bishop of Colorado

7  Springs and the bishop of Pueblo.  Diocese of Colorado

8  Springs and the Diocese of Pueblo.

9        Q.   Are there any other diocese or bishops

10  associated with the Catholic Church in Colorado?

11        A.   No.  There is no other diocese.  There is

12  an assistant bishop, what we refer to in the Catholic

13  Church as an auxiliary bishop, here in the Archdiocese

14  of Denver.  So one other bishop, but only three

15  diocese.

16        Q.   So what does it mean that the bishops are

17  supporting ensuring protections for our sincerely held

18  religious beliefs?  What kind of support are the

19  bishops providing?

20        A.   Yeah.  Again, I think lending -- lending

21  their names, lending their teams to, you know, whether

22  it's writing letters, right, appealing to state

23  officials, supporting pastors.  That's what the

24  support really entails, ultimately.

25             And then trusting their teams to continue

Elias Moo  30(b)(6)
November 27, 2023

1    to identify the course of action, in this case, right,

2    to be able to identify next steps, to continue to see

3    if UPK participation was possible while still holding

4    on to religious beliefs.

5         Q.   What is the Colorado Catholic Conference?

6         A.   What is the Colorado Catholic Conference.

7         Q.   Yes.

8         A.   Yeah.  The Colorado Catholic Conference

9    is the -- is the body that represents the bishops of

10   the three diocese in the state of Colorado.  So they

11   primarily do that through being a voice for the

12   bishops -- the united voice of the bishops on a

13   variety of different issues, moral issues, political

14   issues.

15        Q.   And -- strike that.

16             Next page, it says, "For parishes

17   interested in pursuing the pathway."  What pathway are

18   you referring to?

19        A.   Yeah.  So here we told our pastors and

20   our school leaders, preschool directors, that we felt

21   the next step was for them to go online, register

22   their program online with UPK, and then, ultimately,

23   return the service agreements unsigned, with a letter

24   that we provided to them requesting exemption and

25   asking them to be exempted, ultimately, from the

Elias Moo  30(b)(6)
November 27, 2023

1    problematic regulations that we saw in the agreement.

2                So that was the -- that was the pathway

3    that we said we -- if a preschool program wanted to

4    pursue, that they could pursue as a way to continue to

5    engage further and see if that would open up, for

6    individual schools, access to UPK, with some

7    exemptions granted in writing to them.

8                MS. CARRENO:  And, Mr. Davis, do we have

9    a copy of the provided letter referenced in Number 2?

10               MR. DAVIS:  A copy of the letter that we

11   have that was actually sent?  I can get you the Bates

12   label for it.

13               MS. CARRENO:  Okay.  Great.

14          Q.   (BY MS. CARRENO)  Did any of the parishes

15   or any of the schools take either or both of those

16   steps, Mr. Moo?

17          A.   Yes.  Yes.  We know of one parish that

18   took both of those steps.  I believe there is one

19   other that went to the step of signing up online, but

20   they did not send a letter in.  Yeah.

21               MR. DAVIS:  So, Virginia, the one that I

22   was referring to is at PL3244.

23               MS. CARRENO:  Thank you.

24          Q.   (BY MS. CARRENO)  Which parish took both

25   those steps?

Elias Moo  30(b)(6)
November 27, 2023

1        A.   That was St. Michael the Archangel.

2        Q.   And which ones signed up online?

3        A.   If I'm recalling correctly, I believe it

4    was St. Mary in Littleton.

5        Q.   And did both of those parishes return the

6    agreement with the provider letter or just one?

7        A.   Return the agreement with the letter we

8    gave them?

9        Q.   Yeah.  Did both of them do that?

10       A.   No.  I believe it was only St. Michael

11   the Archangel.

12       Q.   One second.  In plaintiff's amended

13   complaint, it says that the Archdiocese instructed all

14   its Catholic parishes and preschools not to sign the

15   UPK program agreement as written.

16            What did you mean by instructed?

17       A.   Yeah.  We told our preschool programs not

18   to sign the agreement.

19       Q.   And what would happen if any of them

20   signed the agreement?

21            MR. DAVIS:  Objection.  Calls for

22   speculation.

23       A.   Yeah.  If we found out, then that would

24   lead to a conversation with the pastor to ensure that

25   they understood the directive and identify what

Elias Moo  30(b)(6)
November 27, 2023

```
 1   happened.

 2          Q.   (BY MS. CARRENO)  And who made this

 3   direction or instruction?

 4          A.   Well, this one on May 26th came from me.

 5          Q.   Let me back up for a second.

 6               So you said that if the Archdiocese found

 7   out that any of the preschools signed the agreement,

 8   that you would have a conversation and look into that

 9   more.  What action would the Archdiocese take?

10               MR. DAVIS:  Objection.  Calls for

11   speculation.

12          A.   Yeah.  I mean, I think it would -- it

13   would depend.  Ultimately, you know, I think this gets

14   to the realities of our structure.  And so it could --

15   yeah, it could result in a number of different

16   actions, if you will.

17               If this was a regional school that we had

18   direct jurisdiction over and we found out that a

19   school leader had done that against the directive,

20   then we would have a noncompliance issue and that

21   would be dealt with according to our policies and

22   procedures with potentially some disciplinary action

23   involved for the people who were ultimately

24   responsible for the non-compliance.

25               In the parish setting, again, I think it
```

Elias Moo  30(b)(6)
November 27, 2023

1   would come down to a conversation with the pastor to

2   find out where the noncompliance came from, and then

3   taking action according to where it falls in the chain

4   of command there.

5           Q.   (BY MS. CARRENO)  Would one possible

6   action for those four regional schools be removal from

7   the Archdiocese?

8           A.   Removal of the school?

9           Q.   Yes.

10          A.   No.  Yeah.  No.  That wouldn't be a --

11  no.  Yeah.  I think we would be talking about

12  termination of employment of the responsible party,

13  ultimately, before -- yeah.

14          Q.   Has an Archdiocese preschool ever been

15  asked to serve a 4-year-old who was asserting a gender

16  identity at odds with their biological sex, that

17  you're aware of?

18          A.   Let me restate for my understanding.  Has

19  an Archdiocese preschool been asked to enroll, you

20  said --

21          Q.   A 4-year-old who is asserting a gender

22  identity at odds with their biological sex.

23          A.   Not that I can recall.  No.  No.  I can't

24  recall a situation of a 4-year-old demonstrating

25  gender confusion being asked to enroll in the Catholic

Elias Moo  30(b)(6)
November 27, 2023

1    school.

2         Q.   Why would gender identity or sexual

3    orientation of a child's parents be an impediment to

4    an Archdiocese preschool participating in the

5    Universal Preschool Program?

6              MR. DAVIS:  Objection to the form.

7              You can answer, if you understand.

8              MS. CARRENO:  I would please ask that

9    when you object to form, you just object to form and

10   not direct him that he shouldn't understand the

11   question.

12             MR. DAVIS:  I'm sorry.  What was that,

13   Virginia?

14             MS. CARRENO:  I said, I would just ask

15   that when you object to form, that you just leave the

16   objection to form and let him know that he can answer,

17   but not suggest to him in any way that the question is

18   confusing or that he shouldn't understand it.

19             MR. DAVIS:  Okay.

20        A.   So just for my clarity, then, the

21   question is why -- if a parent is -- could you just

22   restate the question for me?

23        Q.   (BY MS. CARRENO)  Sure.  Why would the

24   gender identity or sexual orientation of a

25   4-year-old's parents be an impediment for that child

Elias Moo  30(b)(6)
November 27, 2023

1    participating in an Archdiocese preschool?

2         A.    Gotcha.   Okay.   Well, again, I think it

3    would come down to not a question of perhaps identity

4    or orientation and more lifestyle.

5              So what is the lifestyle that a parent is

6    carrying out?   The lifestyle is very much important

7    because, again, as I noted earlier, the Catholic

8    Church can, from our perspective, only accomplish its

9    mission to educate and to inform children if it's

10   doing so in partnership, right partnership with

11   parents, with a family.

12             Foundational to that partnership is that

13   there's a well-founded hope that the family will

14   support the aims of a Catholic education and a

15   Catholic formation.

16             And if there is something in the family's

17   lifestyle or situation that becomes an impediment to

18   or creates an inconsistency with the church's teaching

19   or with providing that well-founded hope of supporting

20   the aims and the teachings of the church, then we have

21   a potential situation where the family can't properly

22   fulfill its end of the partnership with the school, in

23   which case, then, again, we might have irreconcilable

24   differences that would then lead a school to discern

25   that a family situation may not be the right fit for

Elias Moo  30(b)(6)
November 27, 2023

1    the school or the school for the family, ultimately.

2              So, again, I don't know that this is a

3    question, at least in my view, in our view here at the

4    Archdiocese, about identity and orientation as much as

5    it is about lifestyle and conduct.

6              And so the moment that a lifestyle or a

7    conduct that is contrary to the church teaching

8    becomes public to the school or the school is made

9    known that there's something that is in conflict, then

10   that's where there's a potential difficulty, but even

11   then, there's more to be done and discerned and

12   reflected on a case-by-case basis.

13        Q.   I want to direct your attention to

14   Exhibit 6.  This is, I believe, an email dated

15   January 14th of 2023, from The Very Reverend Dollins

16   or Father Dollins.

17              And, Mr. Moo, have you seen this document

18   before?

19        A.   Can you scroll to the bottom there?

20              Yeah.  Thank you.  And, yes, I have seen

21   this.

22        Q.   What is this document?

23        A.   Yeah.  This is the notice that Father

24   Dollins sent out to all priests in the Archdiocese of

25   Denver, giving the first Archdiocesan directive on

```
 1   UPK.

 2          Q.   And is it Father Dollins or is it

 3   Reverend Dollins?  I just want to make sure I say his

 4   name correctly.

 5          A.   Yeah.  The typical here in our speak is

 6   Father.  Very Reverend or Reverend is a more formal

 7   title, but Father is fine.

 8          Q.   So who is Father Dollins?

 9          A.   Father Dollins is the vicar-general of

10   the Archdiocese of Denver.

11          Q.   And who drafted this email or this

12   document?

13          A.   He and I worked on this together.

14          Q.   Did anyone else weigh in or approve this

15   email?

16          A.   No.  No one outside of the two of us.

17   But it got shared with counsel and leave it at that.

18          Q.   On the second page of this document, on

19   the second paragraph -- or the first full paragraph,

20   the last sentence says, "Most notably, though,

21   participation at this time would be to cooperate with

22   an ideology and agenda contrary to our beliefs on the

23   human person which would ultimately compromise the

24   integrity of our Catholic schools' mission."

25                Whose agenda were you referring to or
```

Elias Moo  30(b)(6)
November 27, 2023

1   were you and Father Dollins referring to?

2          A.   Yeah.  I think -- specifically the agenda

3   here?  You're asking about the word "agenda"?

4          Q.   Yeah.   Whose agenda?

5          A.   Yeah.   I mean, I think this can be

6   interpreted in two ways and our thinking was twofold;

7   one, it felt like the State's agenda to want to

8   continue to impose a particular ideology on the nature

9   and identity of the human person that was incongruous

10  with our own, and to do so through these

11  nondiscrimination agreements around gender identity

12  and sexual orientation.

13              And then more broadly, probably an agenda

14  that's prevalent in mainstream culture also that -- on

15  the issues of sexual and gender identity and

16  expression that are incongruous with church teaching

17  as well.

18          Q.   And did you think that -- or did the

19  Archdiocese think that that agenda was trying to be

20  imposed specifically on the Catholic Church?

21          A.   I don't think I would say that.   It

22  seemed that the agenda was attempting -- there was an

23  attempt to impose the agenda overall, and the Catholic

24  Church, as a participant in society and culture,

25  certainly also then experiencing the imposition.

Elias Moo   30(b)(6)
November 27, 2023

1              But was it specifically against the

2    Catholic Church or intended to be imposed specifically

3    against the Catholic Church?  I don't know that I

4    could say that or would say that.

5              Q.   And what was the specific ideology that

6    was being imposed that was inconsistent with the

7    Catholic Church's beliefs?

8              A.   Yeah.  The notion that gender is fluid;

9    that there are more identities beyond the sexual

10   identity that we each receive at the moment of birth;

11   the notion that sexual expression and orientation is

12   also not only fluid, but has the same legitimacy and

13   kind of the same standing as an -- I'm sorry.  Step

14   back -- that sexual -- that same-sex marriages, for

15   example, or same-sex couples would have the same

16   standing as heterosexual couples in marriages.

17              Yeah.  Those would be some of the aspects

18   of the ideology I think that we would be referring to

19   here.

20              Q.   And so if I understood your prior

21   testimony, the agenda isn't the issue so much as

22   specific conduct; is that correct?

23              A.   Yes.

24              Q.   The letter also says -- the third -- or

25   the second full paragraph down, there's a sentence

Elias Moo   30(b)(6)
November 27, 2023

1   that's bulleted, and it says, "Therefore, due to the

2   significant risk involved and until such time as

3   religious exemptions can be guaranteed by UPK,

4   parishes and their preschool programs are directed to

5   not enter into any agreements with the State for UPK."

6         Do you see that sentence?

7         A.   Yes.

8         Q.   What does it mean, that the parishes are

9   directed not to enter into any agreements?

10        A.   That the pastors, the ultimate

11   responsible, are being told that they're to ensure

12   that their preschool programs are not signing any

13   agreements with the State for UPK.

14        Q.   I want to show you another document, an

15   email dated May 11 of 2023.  And I believe this is

16   going to be marked as Exhibit 7.  Yes, this will be

17   marked as Exhibit 7.

18             Mr. Moo, do you recognize this document?

19   Let me know if you need a minute to review it.

20        A.   Yeah.  If I can have just one minute.

21             Okay.  Yes, I do recognize this.

22        Q.   And what is this document?

23        A.   I'm sorry.  What was your question?

24        Q.   What is this document?

25        A.   This is an email from Brittany Vessely,

Elias Moo  30(b)(6)
November 27, 2023

1   who is the executive director of the Colorado Catholic

2   Conference, to Trey Rogers, just laying out next steps

3   with respect to what emerged at the bishops -- the

4   Colorado Catholic Conference bishops meeting that was

5   had not too long before this email was sent.

6           Q.   And you're cc'd on this email?

7           A.   I am.  Yes.

8           Q.   And the second paragraph refers to you by

9   saying, "I can go through Governor Polis' scheduler,

10  but I hoped you may have a more direct line to engage

11  him on.  I cc'd Dietrich, Scott and Elias, too."

12           Who is Brittany Vessely?

13           A.   Brittany is the executive director of the

14  Colorado Catholic Conference.

15           Q.   And you talked a little bit about the

16  Colorado Catholic Conference a few minutes ago, but

17  what is the Archdiocese's relationship with the

18  Colorado Catholic Conference?

19           A.   In terms of the corporate relationship,

20  structural relationship, or --

21           Q.   Does the Archdiocese have a relationship

22  with the Colorado Catholic Conference?

23           A.   Yeah.  Yeah.  Again, the Catholic

24  Conference is the primary arm that unites and links

25  the three bishops in the state together.  So when the

1    Colorado Catholic Conference speaks, it does so on

2    behalf of the three bishops.  It won't speak on

3    anything that the three bishops aren't united.

4              So the Archdiocese of Denver has a really

5    good strong working relationship with the Colorado

6    Catholic Conference, but the Colorado Catholic

7    Conference itself is a distinct entity from the

8    Archdiocese of Denver.

9         Q.   So does the Colorado Catholic Conference

10   have any authority over the Archdiocese?

11        A.   No, no direct authority over the

12   Archdiocese.

13        Q.   Does the Colorado Catholic Conference

14   ever speak on behalf of the Archdiocese when its, I

15   guess, positions are consistent with the other two

16   bishops?

17        A.   Yes.

18        Q.   And you had mentioned the bishops board

19   meeting that's mentioned in this email.  Were you at

20   the bishops board meeting?

21        A.   I was at the one that this is referring

22   to, yes.

23        Q.   Did you say you were not?

24        A.   I was, yes.

25        Q.   You were.  Okay.  When was that meeting?

Elias Moo   30(b)(6)
November 27, 2023

1          A.   Oh, I would have to look through a

2     calendar.  I can't recall the exact date.  But it

3     was -- it was not too long before this email, so

4     sometime in May, early May.

5          Q.   And it says it was decided at that

6     meeting to proceed with UPK, despite the lack of

7     religious exemptions.  What does that mean, that it

8     was decided to proceed with UPK?

9          A.   Yeah.  The decision that was made here

10    was what was shared with pastors and school leaders on

11    May 26, 2023, at that meeting that we had with them.

12    So the information we shared, that you asked me about

13    from that slide deck, really came out of this meeting

14    here.

15          Q.   So the Archdiocese was part of the

16    decision to proceed with UPK?

17          MR. DAVIS:  Objection.  Misstates

18    testimony.

19          A.   So the Archdiocese --

20          Q.   (BY MS. CARRENO)  I'm just going to

21    rephrase.  I'm going to rephrase my question.

22          It says it was decided to proceed with

23    UPK.  Who made that decision?

24          A.   Well, for the Archdiocese of Denver,

25    ultimately it was the Archbishop of Denver who gave

Elias Moo  30(b)(6)
November 27, 2023

1    the go ahead to proceed with or pursue -- open up the

2    opportunity for schools to pursue the pathway that was

3    shared with them on May 26th.

4         Q.   And what about the Colorado Catholic

5    Conference?

6         A.   What about them?  Did they have -- are

7    you asking if they had a say?

8         Q.   I'm just asking -- it says it was decided

9    to proceed with UPK.  And you talked about the

10   Archdiocese decision and the document that we went

11   over a few minutes ago.

12             Who else was involved in the decision to

13   move forward with the UPK, in terms of the Colorado

14   Catholic Conference, besides the Archdiocese?

15             MR. DAVIS:  Objection.  Misstates

16   testimony.

17        A.   Yeah.  So what I can -- what I can give

18   you is that -- and say is that the bishops got

19   together to speak about a variety of different topics,

20   as is par for the course for their board meetings.

21   One of them was UPK.

22             And there was a desire from the bishops

23   to have a united front on how to proceed.  At the

24   time, the bishops felt that UPK was important enough

25   to continue to prioritize work in securing access to

Elias Moo  30(b)(6)
November 27, 2023

```
 1   UPK without infringing on our religious beliefs or

 2   compromising our religious beliefs.  And that was --

 3   that was the decision, if you will, that was made.

 4                From there, then, the Archbishop of

 5   Denver, with me and his leadership team, ultimately

 6   took that and decided to then direct -- or rather open

 7   the opportunity for our schools, as was relayed to

 8   them on May 26th.

 9                So ultimately the decision for the

10   Archdiocese of Denver came down to Archbishop Aquila,

11   myself, and the leadership team with the Archdiocese

12   of Denver.

13        Q.   (BY MS. CARRENO)  Who is -- this email is

14   from Brittany Vessely to Trey Rogers.  Who is Trey

15   Rogers?

16        A.   Trey Rogers is a contact that she has.  I

17   don't -- I'm not too familiar with him.  I've heard

18   and seen the name before.  A contact, though, that he

19   has -- that she has -- excuse me -- that seemingly I

20   think had some connections with the governor's team as

21   well.

22        Q.   I want to show you one more document,

23   which is another email from -- this one is from

24   May 15th.  And this one is going to be marked as

25   Exhibit 8.
```

Elias Moo  30(b)(6)
November 27, 2023

```
 1              And, Mr. Moo, please review this and let
 2   me know if you recognize this, after you've had a
 3   chance to review.
 4              MS. CARRENO:  And, Bonnie, if you can
 5   scroll down.  I am focusing on the email from Mr. Moo
 6   to Barbara and some others.
 7              THE DEPONENT:  Was there another part at
 8   the bottom to this?
 9              Okay.  Yeah.  Thank you.  I do recognize
10   this.  Yes.
11         Q.   (BY MS. CARRENO)  And what is this email?
12         A.   This was my email inviting pastors and
13   school leaders to the meeting that we hosted here on
14   Friday, May 26th, where we talked about the -- we were
15   going to update them and talk about the possible
16   pathway to continue to pursue access to UPK.
17         Q.   And that was the email that we just
18   looked at the PowerPoint slides for?
19         A.   Yes.  That's correct.
20         Q.   Sorry.  I think I misspoke.  That was the
21   meeting on May 26th that we looked at the PowerPoint
22   slides for?
23         A.   Yes.  Yes.  Correct.
24         Q.   In the first paragraph of that email, the
25   last sentence says, "We wanted to ensure we could
```

Elias Moo   30(b)(6)
November 27, 2023

1    provide this form as quickly as possible to assist you

2    in your discernment and decision-making."

3                    And when you say "your discernment and

4    decision-making," who are you referring to?

5                    A.    Here referring to pastors and their

6    school leaders.

7                    Q.    And the pastors of all 36 preschools or

8    something else?

9                    A.    No.   Yeah.   Of the preschool -- of the

10   parishes of the preschools.

11                   Q.    And so when you said "to assist in your

12   discernment and decision-making," what did you mean by

13   this?

14                   A.    Yeah.   I think it was to, if you will,

15   tease that there was a potential opportunity for them

16   to discern and make a decision on, ultimately.

17                   Again, prior to this, the only directive

18   was the one from January from Father Dollins, and we

19   had heard that there was a registration window opening

20   up in early June.

21                   And so we wanted to provide this

22   opportunity for pastors and school leaders to come

23   together to hear what potential pathway there might be

24   to continue to pursue access to UPK, without

25   compromising our religious beliefs.

Elias Moo  30(b)(6)
November 27, 2023

1              And so that's what we wanted to put in

2      front of them and what was -- what I was -- excuse

3      me -- what I was alluding to, ultimately, by noting to

4      them that we wanted to assist them in their

5      discernment and decision-making.

6              Q.   And so you just said, at that point there

7      was still the hope that the Archdiocese would be able

8      to -- the Archdiocese preschools would be able to

9      participate in UPK; is that correct?

10             A.   Yes.  Yes.  That's correct.  Yes.

11             Q.   And I think we covered this when we were

12     talking about the slides, but it sounds like the only

13     two preschools that decided to participate were the

14     two that you referenced a little bit ago that

15     registered and/or returned the form and the letter?

16             MR. DAVIS:  Objection.  Misstates

17     testimony.

18             Q.   (BY MS. CARRENO)  And, Mr. Moo --

19             A.   Yes.

20             Q.   Was that a yes?

21             A.   What was the -- I'm sorry.  I didn't get

22     the --

23             THE REPORTER:  Yeah.  The question cut

24     out, Virginia.  I didn't get that either.

25             Q.   (BY MS. CARRENO)  So the question was --

Elias Moo  30(b)(6)
November 27, 2023

1   actually, I'm just going to ask a new question.

2              Did any of the preschools express a

3   desire to participate in the UPK program at that time?

4        A.   At the time of the meeting or following

5   the meeting?

6        Q.   Yes.

7        A.   You know, I don't recall.  At that point,

8   it would have been just verbal conversations at that

9   point.  I don't recall anyone at that meeting saying,

10  We're in.  We want to do this this way.  No.  I don't

11  recall that.

12             I think it was after that we heard -- we

13  heard from some schools.  They had more questions

14  around what this entailed ultimately, but we didn't

15  hear any affirmative declarations at that point, at

16  the time of the meeting.

17       Q.   Did any school express any interest to

18  participate in UPK after that meeting?

19       A.   Yeah.  I think -- I think after the

20  schools -- so, generally speaking -- I'll say this:

21  Our schools have -- we've had a lot -- a number of

22  schools that have been interested in participating in

23  UPK.

24             I don't think that interest ever went

25  away.  I think, in large part, our schools, you know,

Elias Moo  30(b)(6)
November 27, 2023

 1   were trusting in our ability to be able to direct them

 2    in the right way, and that right way being that they

 3    weren't going to lock themselves into a situation that

 4    would compel them or place them in a situation of

 5    noncompliance for carrying out their work and their

 6    operations according to the church's belief.

 7                    So the ones that we've interacted with, I

 8    think, have always expressed interest in being part of

 9    the UPK, even after that January directive that went

10    out, you know.  There was always -- even though that

11    directive said, Do not participate, I think there was

12    still, just through conversations I had with schools,

13    a desire to get to a point where that wouldn't be the

14    case.

15               So yes.  So I don't know if May 26th is a

16    delineating line -- or dividing line, I should say,

17    between interest or not.  Because it's been there to

18    some extent.  Maybe it was there and expressed a bit

19    more after.  I wouldn't be able to tell you, you know,

20    in what volume because that I can't recall at this

21    point.

22                    But what I can tell you is there's always

23    been a general interest in wanting to participate

24    because of the benefit this would bring to families,

25    ultimately.

Elias Moo   30(b)(6)
November 27, 2023

1          Q.   When did the Archdiocese make the

2     decision to initiate this lawsuit?

3               MR. DAVIS:   Objection to the extent it

4     calls for attorney-client privileged communication.

5               You can answer otherwise.

6          A.   Yeah.   So the reality is, I think our

7     deepest desire was always to work with the typical

8     channels and communicate with State officials to try

9     to appeal to receive rule changes or exemptions that

10    would give us the sufficient comfort to participate.

11              At the time of the May 26th meeting, that

12    was still the case.   But I think even then we had come

13    in with a sense that if this last effort -- in some

14    ways this felt like a last effort -- to have schools

15    sign up, register online, not sign the agreement but

16    turn in this letter requesting exemptions and

17    requesting of the recipients of the letter, State

18    officials, to provide in writing a support for that,

19    that, you know, our hope was maybe this could be the

20    way, the individual communities, right, reaching out

21    and appealing.

22              But I think that there was the sense,

23    though, for the officials here in the Archdiocese that

24    if this didn't work out, then we would have to pursue

25    and look at all options, including legal action.

Elias Moo  30(b)(6)
November 27, 2023

```
 1           So was a hard decision made on May 26th
 2    or on May -- whenever we met with the bishops board
 3    or -- no.  I think there was always just this
 4    generalized sense that it could result in this if the
 5    appeals and the attempts of appeals to the right
 6    officials to receive relief and get exemptions would
 7    come.  But if not, then, yeah, then we would pursue
 8    action.
 9           So I think it was, you know, early after
10    this meeting on the 26th, and then waiting to see how
11    many schools sent letters that, ultimately, then a
12    decision to take additional action came.
13           Q.   (BY MS. CARRENO)  Did some of the schools
14    determine that they didn't want to participate in the
15    UPK program, regardless of an exemption or rule change
16    or any other assurances?  They just didn't want to
17    participate?
18           A.   Yeah.  Certainly.  I can tell you of one
19    that, at least at the outset said, you know, they
20    weren't necessarily interested.  And -- but the great
21    majority, I think -- well, to be clear, many others
22    didn't say a thing, which, again, is okay.
23                We didn't, you know, necessarily ask them
24    specifically one way or another to give us a hard,
25    hard commitment.  But, yeah.  We had, I think, at
```

Elias Moo  30(b)(6)
November 27, 2023

1    least to the best of my recollection right now, one

2    that did say this wasn't something that they were

3    interested in, from what I can recall.

4             Q.   Which school wasn't interested?

5             A.   Yeah.  Again, you're testing my memory

6    here.  Yeah.  I don't want to be inaccurate here.  I

7    can tell you there was one.  The name is not coming to

8    me right now.  And without having documents in front

9    of me, I'm hard-pressed to tell you what school that

10   is.

11            Q.   And did they say why they weren't

12   interested?

13            A.   No, not particularly.  It was just a

14   pretty simple like, no, not interested.  Yeah.  No.

15            Q.   So if you didn't hear from all

16   36 schools, is it fair to say that others may also

17   just not have been interested in participating in UPK?

18            MR. DAVIS:  Objection.  Calls for

19   speculation.

20            A.   Yeah.  I don't know.  Could there have

21   been some that say, We're just not interested at all?

22   Yes.  Were there others that were just waiting to see

23   what happens?  That's probably, in my view at least,

24   where the majority were at.  But, yeah.  I couldn't

25   quantify or even begin to quantify that one for you.

Elias Moo  30(b)(6)
November 27, 2023

```
 1          Q.   (BY MS. CARRENO)  And you said at that
 2   time this was kind of like a last attempt to
 3   participate, was to sign up but not sign the contract
 4   and try to register; is that correct?
 5          A.   Yeah.  Yeah.  I think at that point, this
 6   was -- in our minds, was certainly one last push at
 7   trying to gain access through this means.
 8          Q.   But only 2 out of the 36 schools actually
 9   moved forward with that suggested last attempt to
10   participate; is that correct?
11          A.   Yes.  Yep.
12          MS. CARRENO:  I think this is a good time
13   for us to take our lunch break.
14          MR. DAVIS:  Okay.
15          MS. CARRENO:  I would suggest that we
16   come back at 1:00, just in the interest of not
17   having -- not having a lot of time to finish these
18   depositions, with our discovery cutoff coming up on
19   December 1st.  So I want to try to power through as
20   much as possible.
21          Does that work for everyone?
22          MR. DAVIS:  Sure.
23          THE REPORTER:  Off the record.
24          (Recess from 12:27 p.m. to 1:09 p.m.)
25          THE REPORTER:  Back on the record.
```

Elias Moo  30(b)(6)
November 27, 2023

```
 1           Q.   (BY MS. CARRENO)  Welcome back, Mr. Moo.
 2    Can you still hear me okay?
 3           A.   Yes.  Yeah.  I can hear you.  Thank you.
 4           Q.   I want to show another exhibit, which is
 5    going to be marked as Exhibit 9, and it is a copy of
 6    the UPK provider agreement.
 7                MS. CARRENO:  And, Bonnie, if you can
 8    scroll through UPK.  Thank you.  And I would just
 9    represent that this is Document 30-3 that is part of
10    the records in this case.
11           Q.   (BY MS. CARRENO)  Do you need to see more
12    of this document, Mr. Moo?
13           A.   Yeah.  If you can keep scrolling down, I
14    would be grateful.  Thank you.
15           Q.   And, Mr. Moo, are you familiar with this
16    document?
17           A.   I am, yes.
18           Q.   Can you recognize this to be the UPK
19    provider agreement?
20           A.   Yes.
21           Q.   Have you reviewed this document before
22    today?
23           A.   Yes, I have.
24           Q.   According to the complaint in this case,
25    there are two provisions in this provider agreement
```

Elias Moo  30(b)(6)
November 27, 2023

 1  that the Archdiocese believes are inconsistent with

 2  its sincerely held religious beliefs.  And I want to

 3  direct your attention to the first one on page 3.

 4              MS. CARRENO:  I think that it might be

 5  page 3 of the PDF.  Yeah.  Page 3 of the PDF -- or no.

 6  Sorry.  Yeah.  That's it.

 7              Q.   (BY MS. CARRENO)  So under the Quality

 8  Assurances provision, it says, in the first bullet,

 9  "Provider agrees to adhere to the quality standards

10  identified in Section 26.5-4.205."  And then further

11  on in that paragraph it says, "at a minimum of quality

12  standards must include," and then the fourth bullet

13  down, "a requirement that each preschool provider

14  provide eligible children an equal opportunity to

15  enroll and receive preschool services regardless of

16  race, ethnicity, religious affiliation, sexual

17  orientation, gender identity, lack of housing, income

18  level, or disability as such characteristics and

19  circumstances apply to the child or the child's

20  family."

21              Do you see that, Mr. Moo?

22              A.   I do.  Yes.

23              Q.   What about this provision does the

24  Archdiocese believe is inconsistent with its sincerely

25  held religious beliefs or what about this provision is

Elias Moo  30(b)(6)
November 27, 2023

1    problematic?

2              A.   Well, specifically the terms "sexual

3    orientation" and "gender identity" are cause for

4    concern for us.  You know, I noted earlier that, you

5    know, for us, when it comes to following through on

6    our policies and policy guidance with respect to

7    issues of gender identity and sexual identity, sexual

8    orientation, it's the conduct, the behavior itself

9    that is really where the problem lies.

10             But, you know, our understanding of these

11   terms is such that it imposes on us that students

12   would be fully accepted for embracing a gender that is

13   contrary to their biological sex or living out in a

14   manner that operates just full-scale acceptance of an

15   alternative sexual orientation or lifestyle, if you

16   will, which are things that we can't -- we can't

17   promote nor -- nor accept.

18             And here, I would differentiate between,

19   you know, just the experience of gender confusion or

20   dysphoria.  That, in and of itself, is not the issue.

21             But if gender identity means that a

22   student has transitioned and the school has to accept

23   the transition as such and refer to them by different

24   pronouns or allow the use of the opposite sex

25   restroom, for example, that's just -- that's a place

Elias Moo  30(b)(6)
November 27, 2023

1    that we can't.

2              So if that's what families are desiring

3    their children to receive in our schools, it's going

4    to be irreconcilable with our policy guidance and our

5    position on this.  So that's where we have the largest

6    problems and concerns, ultimately.

7              Q.   And you mentioned students transitioning.

8    What do you mean by that?

9              A.   Yeah.  My understanding of the term is,

10   you know, a person, male or female, who has begun to

11   carry themselves, through their dress, through

12   pronouns use, in a way that conveys that they are of a

13   different gender.

14             So a male, biological male, who has now

15   transitioned to being female, so dresses in typical

16   girl clothing or is requesting to go by, you know,

17   she/her pronouns, or requesting use of the girls

18   bathroom because the other is biological male.  So

19   that -- those would be examples of transition having

20   taken place.

21             Q.   And I asked the question earlier whether

22   you know of any 4-year-olds in preschools, at the

23   Archdiocese preschools, who have transitioned.

24             A.   Right.  Yeah.  No, I don't.

25             Q.   And you also mentioned sexual

Elias Moo   30(b)(6)
November 27, 2023

1    orientation, concerns about sexual orientation of the

2    students.  Can you tell me what the concerns were

3    around that?

4             A.   Yeah.  If a student is very openly -- and

5    parents supporting students as well in their openness,

6    declaring -- the student declaring that they are, you

7    know, attracted to someone of the same sex or they're

8    bisexual or what have you, that would be problematic.

9             Again, I think the moment that the

10   behavior starts to become something that directly

11   contradicts church teaching and also the moment that a

12   family starts requesting acceptance of such as a -- as

13   something, you know, normal, if you will, to be

14   celebrated and, perhaps even to be supported by the

15   school, yeah, that's the bottom line.  The school

16   can't at that point.

17            So it's -- again, it's less about the

18   existence of a same-sex attraction, let's say, and

19   more about the extent to which a child and the family,

20   ultimately -- because I don't know that we could hold

21   a child separate from their family, at least in our

22   view -- but in which the family, the parents, are

23   asking the school to accept and support a particular

24   world view, but also lifestyle that is not going to be

25   permissible or acceptable according to church

Elias Moo   30(b)(6)
November 27, 2023

1   teaching, but also just according to policies.

2              So that's the -- that's the concern there

3   with the term "sexual orientation."

4              Q.   And so you're saying the sexual

5   orientation of both students and parents; is that

6   correct?

7              A.   Well, yeah.  I was referring specifically

8   to students.  But previously, yes, I think I've spoken

9   to the sexual orientation of parents as well.  Well,

10  let me be clear; more specifically, the lifestyle, an

11  alternative lifestyle, a lifestyle that's carried out

12  that would be incongruous with church teaching.

13             Q.   And so concerns around sexual orientation

14  and gender identity are related to both the students

15  and the families of those students; is that correct?

16             A.   Correct.

17             Q.   Do you understand -- when the language

18  talks about "eligible children," do you understand

19  that to mean preschool students or other students

20  within the Archdiocese schools as a whole?

21             A.   In this case, I would understand it as

22  preschool specifically.  That's referring to preschool

23  specifically.

24             Q.   And do you understand preschool students

25  that would qualify for UPK would typically be

Elias Moo   30(b)(6)
November 27, 2023

1    4-year-olds?

2          A.    Sorry.   You cut off there a little bit.

3    Do I understand that preschool students --

4          Q.    Do you understand preschool students that

5    would be part of the Universal Preschool Program would

6    typically be 4-year-olds?

7          A.    Yes.

8          Q.    Any other classes that are in that bullet

9    or that requirement that are problematic for the

10   Archdiocese or that are inconsistent with the

11   Archdiocese being able to sign the UPK agreement?

12         A.    Yeah.   No.   Based on the other -- the

13   other classes here, I would even say that all the

14   other classes, outside of sexual orientation and

15   gender identity, are ones that we have in our own

16   nondiscrimination statement for our Catholic schools

17   in the Archdiocese of Denver.

18         Q.    So is it fair to say that the Archdiocese

19   doesn't have any issues with agreeing not to

20   discriminate on the basis of race?

21         A.    Right.   That's correct.

22         Q.    And no issues with agreeing not to

23   discriminate on the basis of disability?

24         A.    Correct.

25               MS. CARRENO:   I want to go to the second

Elias Moo  30(b)(6)
November 27, 2023

1   provision that is at issue in this lawsuit, which is

2   on page 23 of, I believe, the PDF.  I think it's

3   page 10 of the document itself.

4                  Yeah.  Just go to page 23 of the PDF.

5          Q.    (BY MS. CARRENO)  And, Mr. Moo, are you

6   able to see the provision that is under capital B,

7   that says "Discrimination"?

8          A.    Yes.  I can see it.

9          Q.    And it says here, "Provider shall not

10  discriminate against any person on the basis of

11  gender, race, ethnicity, religion, national origin,

12  age, sexual orientation, gender identity, citizenship

13  status, education, disability, socioeconomic status,

14  or any other identity."

15                  What about this provision is problematic

16  for the Archdiocese's participation in the UPK

17  program?

18         A.    Similarly to the previous section, the

19  term "sexual orientation" "gender identity," our

20  understanding of what that conveys, and also the vague

21  use of any other identity as well, is just problematic

22  for us for the reasons I've noted.

23         Q.    We talked about why the prior provision

24  in the statute was problematic for students and their

25  families in terms of enrollment.

Elias Moo   30(b)(6)
November 27, 2023

1              Are there any other concerns related to

2      this provision that weren't discussed in the prior

3      provision?

4              A.    Yeah.   I think the implications of this

5      for employment decisions and the extent to which we

6      are able to continue to make hiring or firing

7      decisions based on our religious beliefs and upholding

8      our code of conduct, upholding our Statement of

9      Catholic Community Beliefs, which would hold a very

10     different understanding of the nature of the human

11     person and sexuality, ultimately, than what's conveyed

12     through the use of these two terms.

13             Q.    In terms of specific or designated

14     preschool staff, are there preschool staff that are

15     not affiliated with kindergarten and higher education

16     within the Archdiocese schools?

17             MR. DAVIS:   Virginia, which of the

18     30(b)(6) topics does this line of questioning fall

19     under?

20             MS. CARRENO:   Yeah.   So I think this goes

21     to Topic Number 5, which is the Archdiocese review and

22     assessment of whether the Archdiocese could

23     participate in the UPK program consistent with their

24     religious beliefs and obligations.

25             I'm trying to figure out what

Elias Moo  30(b)(6)
November 27, 2023

1   specifically about these two provisions is

2   problematic.  So he said that employees, this would be

3   problematic for employees.  So I'm just trying to

4   understand why that would be.

5           MR. DAVIS:  Okay.  I think we can let

6   that question go forward but, you know, there's not a

7   lot of notice given in the topics that he's going to

8   have to discuss employment issues that much.  But you

9   can proceed with the question.

10          THE DEPONENT:  Sorry.  Could you restate

11  the question again?

12      Q.   (BY MS. CARRENO)  So the question is

13  whether preschools have staff that are just designated

14  for the preschool.

15      A.   Yeah.  I think, by and large, most

16  preschool staff are just preschool staff.  So I

17  don't -- I can't tell you of a situation where that's

18  not the case.

19          And there could be some shared duties

20  with kindergarten, let's say, but I think you're going

21  to have specialized and specific preschool teachers

22  and then specific kinder teachers, first grade

23  teachers, et cetera, et cetera.

24          So, yeah.  I don't -- if that's what

25  you're asking, yeah, I don't know of any programs that

Elias Moo  30(b)(6)
November 27, 2023

```
 1   don't have preschool staff that also is doing

 2   something more than just preschool.

 3           Q.   Great.  And we can ask Ms. Coats and

 4   Ms. Seul more specific questions about the individual

 5   schools as well.  But what is your -- is your

 6   understanding that those preschool employees or that

 7   preschool employees, in general, are ministerial

 8   employees?

 9               MR. DAVIS:  Objection.  Calls for a legal

10   conclusion.

11           A.   Yes.  Any employee of a Catholic school

12   is considered a minister of the church.  They are all

13   asked to sign a code of conduct which specifically

14   states that they're considered ministers of the

15   church.

16           Q.   (BY MS. CARRENO)  And so when we spoke

17   earlier about certain employees -- actually, strike

18   that.

19               So would those ministers of the church be

20   required to be Catholic?

21           A.   No.  Not necessarily.

22           Q.   Would those ministers of the church be

23   required to abide by a certain code of conduct?

24           A.   Yes.

25           Q.   And is that similar to what you described
```

Elias Moo   30(b)(6)
November 27, 2023

1    earlier for Archdiocese employees?

2            A.   Yes.  Yeah.  And I would direct you to

3    two documents that capture that.  It's -- first is the

4    Archdiocese of Denver code of conduct, and then the

5    second would be the Statement of Catholic Community

6    Beliefs and Commitments.

7                 That's a part of the workers agreement.

8    The workers agreement itself also has language that

9    denotes this as well.

10           Q.   And those employees that you noted

11   before, I think you noted maintenance staff and some

12   other workers that wouldn't need to be Catholic, would

13   those workers be considered ministerial employees of

14   the Archdiocese?

15                MR. DAVIS:  Objection.  Calls for a legal

16   conclusion.

17           A.   Yes.  Again, they all sign the code of

18   conduct as well.  So anyone who signs the code of

19   conduct is considered a minister of the church.  And

20   our policies here in the Archdiocese of Denver have

21   anyone working in the Catholic parish or school

22   setting as a minister of the church, ultimately.

23           Q.   (BY MS. CARRENO)  If this provision

24   weren't in the contract, so this entire subsection B

25   under discrimination, would the Archdiocese have any

Elias Moo  30(b)(6)
November 27, 2023

```
 1   concerns about the Archdiocese's ability to

 2   participate in the UPK program and these employment

 3   decisions?

 4                MR. DAVIS:  Objection.  Calls for

 5   speculation.

 6        A.    If this provision wasn't here, then,

 7   yeah, I think it would have certainly lessened our

 8   concern.  If this and the previous one -- or if any

 9   mention of providers shall not -- or we would be --

10   there would be a regulation stating that we would

11   somehow be discriminating by not accepting the State's

12   understanding of sexual orientation and gender

13   identity that was not in the agreement, yeah, I think

14   we would feel comfortable, more comfortable.

15        Q.    (BY MS. CARRENO)  Is your understanding

16   that this provision is the only provision that would

17   infringe upon the Archdiocese's ability to make

18   employment decisions consistent with its sincerely

19   held religious beliefs?

20                MR. DAVIS:  Objection.  Calls for a legal

21   conclusion.

22        A.    Yeah.  This and the previous one.  And

23   really, any language, I think, that kind of speaks to

24   this would be where our concerns are at, ultimately.

25        Q.    (BY MS. CARRENO)  So let me -- let's just
```

Elias Moo   30(b)(6)
November 27, 2023

1   go back up to the previous language.  And so, again,

2   it's the fourth bullet there.  It says, "Requirements

3   of each preschool provider provides eligible children

4   an equal opportunity to enroll and receive services."

5           Is it your opinion that this would

6   infringe on the Archdiocese's ability to make

7   employment decisions?

8           MR. DAVIS:  Objection.  Calls for a legal

9   conclusion.

10          A.   This particular one here doesn't, I

11  think, speak to employment decisions.  I understand

12  that this is specific to children here and the

13  enrollment of children.

14          Q.   (BY MS. CARRENO)  And if we can go back

15  down to -- so my question was, if this provision was

16  taken out of the UPK provider agreement in its

17  entirety, would the Archdiocese have any concerns

18  about entering into the UPK provider agreement in

19  terms of just making employment decisions?

20          MR. DAVIS:  Objection.  Calls for

21  speculation.  Calls for a legal conclusion.

22          A.   Yeah.  Just on employment issues, again,

23  I think we would -- we would be less concerned.  Yeah.

24          Q.   (BY MS. CARRENO)  Okay.  I want to mark

25  Exhibit Number 10, which is going to be the CCAP or

Elias Moo   30(b)(6)
November 27, 2023

1    the Colorado Childcare Assistance Program fiscal

2    agreement.

3              And, Mr. Moo, before we talk about this

4    document, are you familiar with the Colorado Childcare

5    Assistance Program or CCAP?

6         A.   I am a little bit.  I can't say I'm

7    well-versed or fully understand the ins and outs, but

8    I am familiar and have a sense of the particular --

9    the mechanism, the funding mechanism, and also who

10   might be eligible for receipts of CCAP.

11        Q.   And Topic Number 7 of the 30(b)(6)

12   deposition notice for the Archdiocese is the

13   Archdiocese's determinations about and instructions to

14   its Catholic preschools regarding participation in the

15   Colorado Childcare Assistance Program, CCAP, the

16   Denver Preschool Program, DPP, or any other government

17   assistance programs requiring an agreement with any

18   nondiscrimination.

19              Are you able to speak to that topic on

20   behalf of the Archdiocese?

21        A.   On the topic of -- I'm sorry.  Can you

22   repeat that?

23        Q.   On Topic Number 7 in the --

24              MS. CARRENO:  Let's just pull it up on

25   the screen, Bonnie.  Can you go back to Exhibit

Elias Moo  30(b)(6)
November 27, 2023

1    Number 1?  Excuse me.

2         Q.   (BY MS. CARRENO)  And it will probably be

3    easier for you to make that decision if you read it

4    rather than listen to me.  Topic Number 7.

5              And so just let me know when you're

6    finished, Mr. Moo.

7         A.   Okay.  Yes.  And I can speak to this.

8         Q.   Okay.  Great.  And so what is your

9    understanding of the Colorado Childcare Assistance

10   Program or CCAP?

11        A.   In terms of how it operates or what part

12   of it?

13        Q.   The question was, what is it?

14        A.   Yeah.  My understanding is it's funding

15   support that's given to families in particular

16   situations to cover the cost of childcare.

17        Q.   And are you aware that ten Archdiocese

18   preschools are participating in CCAP?

19        A.   Yeah.  I knew there was preschool

20   programs that had been participating with CCAP, but I

21   couldn't tell you or verify if ten is the right

22   number.  But if that's been verified, then I'll take

23   your word for it there.

24        Q.   Would you agree that one of the

25   preschools from the Archdiocese that's participating

Elias Moo  30(b)(6)
November 27, 2023

1      is St. Mary, who is a plaintiff in this lawsuit?

2                  A.   Yes.  I believe that to be the case.

3             Q.   Have you --

4                  MS. CARRENO:  And if we can pull this up

5      again.

6                  Bonnie, can you just scroll through the

7      fiscal agreement so that Mr. Moo can see fully what

8      he's looking at here?

9             Q.   (BY MS. CARRENO)  And, Mr. Moo, have you

10     ever seen this document or this fiscal agreement prior

11     to today?

12            A.   No, I have not.

13            Q.   Is the fiscal agreement something that

14     the Office of Catholic Schools would typically weigh

15     in on or review?

16            A.   Not generally, no.

17            Q.   Are you aware that paragraph number 12 of

18     this agreement contained a nondiscrimination

19     provision?  Or are you aware that there's a

20     nondiscrimination provision that's part of the CCAP

21     contract?

22            A.   Not the exact nondiscrimination

23     provision, but looking at it now, yeah, I see what's

24     here.  I would expect that CCAP and a like program to

25     have a nondiscrimination provision.

Elias Moo  30(b)(6)
November 27, 2023

1        Q.   So is this nondiscrimination provision

2   problematic for Archdiocese preschools participation

3   in the CCAP program?

4             MR. DAVIS:  Objection.  Calls for a legal

5   conclusion.

6             A.   Yeah.  You know, possibly, depending on

7   the -- again, the sexual orientation, what is being

8   specifically conveyed and stated in there.

9             Q.   (BY MS. CARRENO)  Why hasn't the

10  Archdiocese weighed in on the CCAP nondiscrimination

11  provision, but has weighed in on the UPK program

12  nondiscrimination requirements?

13            A.   Yeah.  Frankly, we haven't had to.  And

14  what makes us weigh in on situations is when we have a

15  hardship that's being placed or has been placed on a

16  school.

17            So had a school experienced, let's say,

18  the local county coming in and saying, Hey, you're not

19  complying with this nondiscrimination provision for

20  reasons of sexual orientation, that would have come to

21  us, and then we would have had to weigh in at that

22  point.

23            And so, again, you know, we're not

24  necessarily looking into every single one of these

25  provisions, but when issues arise and things come to

Elias Moo  30(b)(6)
November 27, 2023

1   our level, we do weigh in and look to see the extent

2   to which it's something that a school can, in good

3   confidence, agree to and abide by.

4                    You know, up to this point, my

5   understanding is there have been no concerns, at least

6   in practice, that have surfaced or challenges or

7   difficulties that have surfaced that would have

8   required us to weigh in at this point.

9                    And this is, I think -- work with CCAP

10  goes back some time, even before my time here, and I

11  don't think there's -- I don't recall even this being

12  a concern prior to my time.

13                   So -- but why UPK?  Well, you know,

14  frankly, we were asked to weigh in very early.  And

15  part of that was with the way that this -- that UPK

16  was set up.

17                   And really, I think what, in some ways,

18  triggered our weighing in was how the system itself

19  was set up, and the fact that families had to, again,

20  register through UPK.  They were assigned to schools.

21  Schools were not able to reject applications based on,

22  you know, religious beliefs, even in the way that the

23  system itself was set up.

24                   And so what happened there was an

25  imposition, without the school being able to follow

Elias Moo   30(b)(6)
November 27, 2023

1    its admissions process and procedures.  They would

2    have vet families and so forth.  So, yeah.  That

3    ultimately is what triggered, I think, our engagement,

4    understanding the system, understanding the provisions

5    and the agreements as a part of that.

6                    But the CCAP is distinct.  My

7    understanding is it's very different.  Families are

8    applying through their local counties.  They are able

9    to receive the support.  They're going through the

10   admissions process at their schools, parallel or

11   separate from that.  So even just the way it functions

12   is all distinct.

13                   And, again, in practice, we haven't -- to

14   the best of my memory, there have been no issues

15   raised to me with respect to concerns from local

16   schools that would trigger our weighing in or our

17   intervention on something like this.

18        Q.   And paragraph 12 says that the

19   provider -- sorry.

20             MS. CARRENO:  Please scroll up a little

21   bit.  I need the heading.

22        Q.   (BY MS. CARRENO)  "The provider agrees

23   to," and then if we go down to paragraph 12, "The

24   provider agrees to accept referrals for childcare

25   without discrimination with regard to race, color,

Elias Moo  30(b)(6)
November 27, 2023

 1   national origin, age, sex, religion, marital status,

 2   sexual orientation, or physical, intellectual, or

 3   mental health disability."

 4                   So wouldn't you agree that by signing

 5   this contract, the Archdiocese preschools would have

 6   to agree to accept these referrals without considering

 7   sexual orientation or sex?

 8                   MR. DAVIS:  Objection.  Calls for

 9   speculation.  Calls for legal conclusion.

10                   A.   Yeah.  I suppose it would come down to

11   what's the -- what would be the CCAP's understanding

12   of those terms.  But, yeah.  Largely here, would I say

13   that they're agreeing to not discriminate on the basis

14   of sex?  Sure.  We would say that that's not

15   inconsistent with our position, that we ask persons

16   not to discriminate on the basis of sex.

17                   We -- with respect to sexual orientation,

18   you know, I think I've noted previously that the topic

19   really isn't orientation.  The question comes down to

20   lifestyle.  So, you know, a school could well read

21   that in that manner as well.

22                   But -- so, yes.  So are they agreeing to

23   these terms by signing?  I would agree that they're

24   agreeing to those terms.

25                   Q.   (BY MS. CARRENO)  And the UPK

Elias Moo  30(b)(6)
November 27, 2023

1   nondiscrimination requirement is also prohibiting

2   discrimination based on sexual orientation, is your

3   understanding?

4           A.   Yes.

5           Q.   You mentioned that there's never been a

6   hardship with any of the preschools, that you know of,

7   agreeing to this nondiscrimination provision.

8                What did you mean by there's never been a

9   hardship?

10          A.   Yeah.  Again, I think it would -- that,

11  to me, would be that CCAP would pull funding or remove

12  funding because the school has been found to be

13  noncompliant with their procedures or that the school

14  has been asked by CCAP to correct the situation due to

15  a complaint that's been received by them suggesting

16  that the school has been discriminatory.

17               Those would be, I guess, examples of what

18  a potential hardship would be.  I haven't heard of any

19  of those.  There's probably others.  But those are the

20  two that come to mind.

21          Q.   And so as far as you know, none of the

22  Archdiocese preschools that participate in CCAP have

23  ever had a hardship from having to agree with

24  paragraph number 12 in the CCAP fiscal agreement?

25          A.   As far as I know, they haven't had any

Elias Moo  30(b)(6)
November 27, 2023

1    conflicts on that yet.

2           Q.   Okay.  I want to direct your attention to

3    what we're marking as Exhibit Number 11.  And this is

4    a copy of the Denver Preschool Program contract.

5                And, Mr. Moo, are you familiar -- I know

6    we've talked about it a little bit earlier today, but

7    are you familiar with the Denver Preschool Program or

8    DPP?

9           A.   I am familiar with DPP, yes.

10          Q.   And do you know whether any Denver

11   Archdiocese preschools are participating in DPP?

12          A.   Yes.  I know of a number.  Exactly how

13   many, I can't recall.  But I know there are a number

14   of Denver -- or Catholic schools in Denver that

15   participate with DPP.

16          Q.   And Wellspring Catholic Academy of

17   St. Bernadette, are you aware that they're

18   participating in DPP?

19          A.   Yes.

20          Q.   And are you aware that the DPP contract

21   also has a nondiscrimination requirement or provision?

22          A.   Yes.

23               MS. CARRENO:  And, Bonnie, if you can go

24   to page 26, paragraph 3.

25          Q.   (BY MS. CARRENO)  And, Mr. Moo, the DPP

Elias Moo  30(b)(6)
November 27, 2023

```
 1    contract language says, "Provider shall not

 2    discriminate against any person on the basis of race,

 3    color, religion, national origin, gender, age, except

 4    as to the age of children qualifying for tuition

 5    credits, military status, sexual orientation, gender

 6    variance, marital status, or physical or mental

 7    health" -- sorry -- "physical or mental disability,

 8    except as such disability may materially and adversely

 9    impact proper administration of the preschool

10    program."

11              Were you aware that this was one of the

12    requirements for an Archdiocese preschool to

13    participate in the Universal Preschool Program?

14         A.   In the Universal Preschool Program?

15         Q.   Apologies.  Were you aware that this

16    nondiscrimination provision was a requirement for an

17    Archdiocese preschool to participate in the Denver

18    Preschool Program?

19         A.   Yes.

20         Q.   And does the Archdiocese have any

21    concerns about this provision interfering with an

22    Archdiocese preschool's sincerely held religious

23    beliefs?

24         A.   Yeah.  In a similar way to CCAP, first

25    the structure of the program is different to the UPK,
```

Elias Moo  30(b)(6)
November 27, 2023

```
 1   in terms of how families enroll, and that has lessened

 2   the concern.

 3            But then the second is also -- and I

 4   can't recall which number it is, but I believe there

 5   is a provision in the DPP agreement that notes

 6   protections for religious programs and the honoring of

 7   the religious nature of the program.

 8            Yeah.  I wish I could point you to the

 9   exact location of that.

10        Q.   Yeah.  And I think we can help.

11            MS. CARRENO:  Bonnie, if you can go to

12   page 15 of the DPP contract, there should be something

13   in there that says, "Nothing in this agreement shall

14   be construed."

15            THE DEPONENT:  There it is.  Number 8.

16   Oh, no.  No.  That's not it.  Sorry.

17        Q.   (BY MS. CARRENO)  I think it's here at

18   the bottom of the first paragraph.  Is this what

19   you're referring to, "Nothing in this agreement shall

20   be construed to affect the provider's right to engage

21   in privately funded, inherently religious activity or

22   affect the independence of providers, including any

23   rights protected by the Colorado and U.S.

24   Constitutions and applicable law."

25        A.   Correct.  Yep.  Yep.  So that -- yeah.
```

Elias Moo  30(b)(6)
November 27, 2023

1    This provision here has given us a measure of comfort

2    in allowing schools to participate in DPP.

3             Q.   If this provision were part of the UPK

4    provider agreement, would the Archdiocese direct

5    preschools that they could sign the agreement if they

6    chose to?

7                  MR. DAVIS:  Objection.  Calls for

8    speculation.

9             A.   If this provision was in the UPK

10   agreement?  Is that what you said?

11            Q.   (BY MS. CARRENO)  Yes.  That's the

12   question.

13            A.   I think we might actually wish to seek

14   some additional clarifying language to go with it, but

15   language like this would be welcome.

16            Q.   And has the Archdiocese sought additional

17   guidance regarding this language and the Archdiocese

18   participation in DPP?

19                 MR. DAVIS:  Objection to form.

20            A.   Have we sought additional guidance on

21   this language?  Is that what you --

22            Q.   (BY MS. CARRENO)  Yes.  So you just said,

23   before you could sign the UPK contract, you would have

24   to seek some additional guidance about this language

25   to determine whether this would alleviate the

Elias Moo  30(b)(6)
November 27, 2023

1   Archdiocese concerns.

2            My question was, has the Archdiocese

3   sought guidance about this language in terms of its

4   participation in DPP?

5            MR. DAVIS:  Objection to the extent it

6   calls for attorney-client privileged communications.

7        A.   Yeah.  We have sought guidance.  I'll

8   leave it at that.

9        Q.   (BY MS. CARRENO)  And without disclosing

10  any privileged information, ultimately the Archdiocese

11  did not have concerns about Wellspring Academy

12  entering into this agreement with the current

13  language?

14       A.   Not at the current juncture, no.

15       Q.   And would you agree that -- actually,

16  strike that.  I'm going to move on.

17            Are there --

18            MS. CARRENO:  We can stop sharing,

19  Bonnie.

20       Q.   (BY MS. CARRENO)  Are there any other

21  grants or agreements that Archdiocese preschools have

22  entered into that contain nondiscrimination

23  requirements?

24       A.   Any other agreements?  Yeah.  There might

25  be.  There's none that I can call to mind right now to

Elias Moo  30(b)(6)
November 27, 2023

```
 1    specifically tell you which ones, but --
 2              MR. DAVIS:  Virginia, is that a question,
 3    like, for all time?  I think we discussed sort of a
 4    five-year limitation on our ability to testify to
 5    these issues.
 6              MS. CARRENO:  Yeah.  I'm happy to -- I'm
 7    happy to narrow that to within the last five years.
 8         Q.   (BY MS. CARRENO)  Are you aware of any
 9    government assistance programs that Archdiocese
10    preschools have entered into that have required
11    nondiscrimination agreements?
12         A.   Yeah.  Preschool programs specifically,
13    yeah.  I can't -- I can't call to mind any that I'm
14    familiar with at this point.  Yeah.  Possible, sure.
15    But yeah.  I don't know specifically.
16              MS. CARRENO:  Okay.  Oh, you're not
17    sharing.
18         Q.   (BY MS. CARRENO)  I'm going to move on to
19    a new topic.
20              Does the Archdiocese provide its
21    preschools with any guidance about enrolling or
22    disenrolling students or families that have identified
23    as -- I'm going to use the term "LGBTQ," but let me
24    know if you need me to define that.
25              So let me start the question over.
```

Elias Moo  30(b)(6)
November 27, 2023

1          Does the Archdiocese provide its

2     preschools with any guidance about enrolling or

3     disenrolling students and/or families that have

4     identified as LGBTQ, in a same-sex relationship, or

5     adopted a gender identity different from his or her

6     biological sex?

7              A.    Yes.   We have released to our school

8     programs the Guidance on Issues on Human Nature and

9     Sexual Identity.  That's an approximately 17-page

10    document, in question-answer format, that provides

11    some guiding principles based on church teaching from

12    which to discern or assess individual situations.

13              This was -- this document is a compliment

14    to a teaching document released by the Archdiocese

15    titled Splendor of the Human Person, which also lays

16    out the church's teaching on these issues.

17              MS. CARRENO:  And, Bonnie, if you could

18    share Exhibit Number 12, please.

19          Q.   (BY MS. CARRENO)  And this document is

20    approximately 17 pages.  Is this the document that you

21    were referring to just now?

22          A.    Yes.  That would be the one.

23          Q.   And when you say "We prepared this

24    document as a compliment," who's we?

25              A.   This would be from the Office of Catholic

Elias Moo  30(b)(6)
November 27, 2023

1    Schools.

2              Q.    And who wrote this document?

3              A.    I put this together, along with one of

4    our associate superintendents, who is no longer

5    employed by the Archdiocese, but was with us at the

6    time.  And we drew, in large part, as noted here,

7    substantial portions of this document from a document

8    that was written by or coauthored by the three women

9    noted in the first paragraph there.

10             Q.    And who is the person that's no longer

11   with the Archdiocese?

12             A.    His name is Dr. Jared Staudt, J-a-r-e-d

13   S-t-a-u-d-t.

14             Q.    And I believe you said that you asked --

15   when I say "you," again, I mean the Archdiocese.  The

16   Archdiocese, the Office of Catholic Schools, asks all

17   parishes and schools to abide by the guidance in this

18   document; is that correct?

19             A.    Yes.

20             Q.    I want to go to page 4 of this document.

21   And there should be a number 1.

22                   And so in paragraph number 1, about

23   halfway through, it says, "The school and Diocesan

24   policies should explicitly state that they are written

25   to conform to the teachings of the Catholic Church in

Elias Moo  30(b)(6)
November 27, 2023

1    all respects."

2              Where do the teachings of the Catholic

3    Church come from?

4         A.   Well, they come from, in its most concise

5    and comprehensive form, the catechism of the Catholic

6    Church.  They also come from the teaching magisterium

7    of the Catholic Church, so that would include the

8    teachings of the popes, from the current one down

9    through the different popes over the years.  And

10   that's considered the ordinary magisterium.

11             Through tradition as well, sacred

12   traditions as being captured first and foremost by

13   sacred scripture, by the Gospels, by the New

14   Testament, the Bible.

15             And then also through how they have been

16   implemented, if you will, or taught by local bishops

17   as well.

18        Q.   I want to look forward to page 5 of this

19   document and direct your attention to the second to

20   the last paragraph that starts with, "Catholic schools

21   and religious education programs should present basic

22   Christian anthropology to all children in

23   age-appropriate ways throughout the course of a

24   child's education," and then it goes on.

25             But I wanted to clarify, what do you mean

Elias Moo   30(b)(6)
November 27, 2023

```
 1   by "in age-appropriate ways"?

 2          A.   Yeah.   So at each stage of development,

 3   we recognize that a child's capacities and also their

 4   innocence -- their capacities are to be acknowledged,

 5   their innocence is meant to be protected.

 6               And so what is appropriate for high

 7   schoolers may not be for middle schoolers.  Or what's

 8   appropriate for middle schoolers may not be

 9   appropriate for primary grade students or our youngest

10   schoolers.

11               So the task of education is always to be

12   responsive to the child and the particular stage of

13   development.  And so with respect to Christian

14   anthropology to all children, we wouldn't expect to

15   get into the -- a nuanced discussion with

16   kindergartners, for example, on the nature of the

17   human person and the genus and the complimentary nexus

18   that's present, what we call in the church, theology

19   of the body, for example, which is an aspect of the

20   curriculum that we have in all our Catholic schools.

21               That's probably more appropriate for

22   middle school, late middle school, early high school.

23               But for kindergartners, we will present,

24   you know, that God created male and female in his

25   image and likeness.  And a male body has male body
```

Elias Moo  30(b)(6)
November 27, 2023

1    parts and a female body has female body parts.  And

2    there is a mission and a vocation that's been written

3    into the very DNA and fabric of our human nature.

4               Those are concepts that can be presented

5    and taught even to the youngest students, but

6    obviously more nuanced.  And then the more deeper

7    discussion, both on theological and anthropological

8    and also biological terms, would happen more

9    appropriately at higher grade levels.

10              Q.   You mentioned kindergartners.  What about

11   preschoolers?

12              A.   Yeah, similar to preschoolers.  You know,

13   preschoolers are able to hear the stories of creation,

14   the creation of man and woman.  In fact, I believe

15   that's one aspect of the curriculum that is asked for

16   preschoolers.

17              Preschoolers are able to, you know,

18   identify differences between boys and girls.  And

19   they're able to also understand, you know, the nature

20   of the family, the mom and a dad, right?

21              So those are -- those are aspects of

22   teaching that can be provided to students even in the

23   preschool.

24              Q.   And I want to draw your attention to

25   page 6.  And where it says in the paragraph,

Elias Moo   30(b)(6)
November 27, 2023

```
 1   "practically speaking," a few sentences in, it talks

 2   about in grades K through 12.  And then the next

 3   paragraph it talks about middle school and it

 4   references 7th and 8th grade.  And in that same

 5   paragraph, it goes on to talk about high school, which

 6   is 9th through 12th grade.

 7            Would you agree that preschool is not

 8   mentioned in this document?

 9        A.   Yes.  Preschool is not mentioned in

10   there.

11        Q.   So is it fair to say that this only

12   applies to K through 12?

13            MR. DAVIS:  Objection to form.  Vague of

14   what "this" is.

15            MS. CARRENO:  So I can rephrase the

16   question.

17        Q.   (BY MS. CARRENO)  When I say "this," I'm

18   referring to this document entitled Guidance for

19   Issues Concerning the Human Person and Sexual

20   Identity.

21        A.   No.  Yeah.  No.  I would disagree that

22   this doesn't apply to preschools.  The examples that

23   are being given here are, as it denotes, practically

24   speaking, ways that Catholic schools could provide

25   presentations to parents on the subject.  But it
```

Elias Moo  30(b)(6)
November 27, 2023

1   doesn't preclude that this document wouldn't apply to

2   preschool programs as well.

3          The authors failure to note preschool

4   parents in here I don't think has any significance, in

5   my view at least, to the applicability or impact on

6   the applicability on preschools.

7          Q.   So why is preschool the only grade that

8   isn't contained in the examples in this document?

9          MR. DAVIS:  Objection.  Asked and

10  answered.

11         A.   Yeah.  This -- as I noted, this section

12  borrows, I believe, from the -- borrows heavily from

13  the document that was written by the three co-authors.

14  Yeah.

15         I can't speak to their decisions,

16  ultimately, on how they wrote this.  But from our

17  perspective, yeah, there was -- there was no intention

18  on our part to leave out preschools.

19         Yeah.  I don't.  You would have to ask

20  the authors why they chose not to include preschools

21  specifically in their examples.

22         Q.   (BY MS. CARRENO)  So when you say "the

23  authors," you've referring to the three women that you

24  identified as Theresa Farnan, Susan Selner-Wright, and

25  Mary Rice Hasson?  Those are the authors?

Elias Moo  30(b)(6)
November 27, 2023

```
 1          A.   Yes.  Correct.

 2          Q.   And they did not include preschool in the

 3   "Catholic Schools and Gender Ideology:  General

 4   Principles and Recommendations."  Is that your

 5   testimony?

 6               MR. DAVIS:  Objection.  Misstates

 7   testimony.

 8          A.   No.  They didn't include preschool in the

 9   examples that you're highlighting here, is what I was

10   getting at.

11          Q.   (BY MS. CARRENO)  So I'm trying to

12   understand, did you write the Guidance for Issues

13   Concerning the Human Person and Sexual Identity, or

14   did the three authors that -- the three doctors that I

15   just described?

16          A.   Yeah.  As I noted, I put the document

17   together, pulling from the document that the three

18   authors wrote.  So this is my compilation of excerpts

19   that were drawn from their document, ultimately.  It's

20   not my original piece, so -- to be clear.

21          Q.   Is there anything in this document that

22   is not an excerpt from those three doctors?

23          A.   Yeah.  If you can scroll up.  So all the

24   question and answers that you see here, this comes

25   directly from their document.  Yeah.
```

Elias Moo   30(b)(6)
November 27, 2023

1              The terminology pieces here, this might

2    be.  Very genuinely, I don't recall.  We put this

3    together in 2018, 2019, so it's been sometime, and I

4    can't genuinely recall where we, perhaps, edited or

5    took some license on our end, as we were compiling

6    this, to add some things.

7              But it would most likely be on this page

8    here.  Everything else below, though, for the most

9    part, is coming directly from the sources cited.

10         Q.  And the question and answers, are those

11   something that you and Mr. Staudt wrote, or are those

12   from question-and-answers ones that you pulled from

13   the other document?

14         A.   Yeah.  No.  All pulled from the other

15   document.  They did a marvelous job at encapsulating

16   all aspects of what we wanted to provide guidance on.

17              So I don't -- yeah.  I don't recall us

18   adding any additional questions or answers to this.

19         Q.  And then the recommendations, are those

20   also recommendations that were pulled from that

21   document?

22         A.  Yes.

23         Q.  And I want to move on to page 9.  And in

24   paragraph C, it talks about atypical expressions of

25   masculinity and femininity.  And the recommendation

Elias Moo  30(b)(6)
November 27, 2023

1   below is that "Educators should be familiar with

2   variances in child development, the uneven arrival and

3   progression of pubertal development and the broad

4   range of personal interests, style" -- excuse me --

5   "and preferences among boys and girls.  Schools should

6   allow for individual differences, within the limits of

7   the school's chosen dress code or other relevant

8   policies, while upholding standards that recognize

9   sexual difference."

10                  How do you interpret atypical expression

11  of masculinity or femininity?

12              A.   Yeah.  You know, I would offer the

13  example of a young lady who perhaps prefers to play

14  with boys versus girls; maybe then dislikes wearing

15  dresses and prefers to wear pants; prefers to play

16  sports instead of the games that girls may be playing,

17  you know, on strict binary male/female cultural lines,

18  right?  So that could be, you know, an atypical

19  expression.

20                  Or similarly, you know, a boy who,

21  perhaps, isn't engaged in athletics like the rest of

22  the boys do in a class or takes interests that might

23  be categorized as being more feminine.

24                  Yeah.  All those could be considered

25  atypical expressions.  That would be my understanding,

Elias Moo   30(b)(6)
November 27, 2023

1    at least, of that.

2          Q.    And these types of atypical expressions,

3    using the term from the document, would not be

4    inherently prohibitive of a child's participation in

5    an Archdiocese preschool program; is that correct?

6          A.    That's correct.

7          Q.    And why would these not be problematic

8    for the Archdiocese religious beliefs?

9          A.    Well, nowhere there is there a

10   declaration by the child or -- again, assuming that

11   there isn't any declaration by a child or by a parent

12   that because of these atypical expressions, they are

13   now of a different gender or they now need to be

14   accepted as being of a different gender.

15               That's really the problematic aspect of

16   things, is when this notion of gender fluidity starts

17   to come in versus, again, what -- you know, what I

18   think the authors are getting to here, which we would

19   agree with in the Archdiocese, is that in the

20   development -- in child development, there are

21   manifestations of behaviors or interests and likes

22   that could cross the gender lines, if you will,

23   between male and female.

24               And -- but I think where we would

25   separate that from gender confusion is, you know, the

Elias Moo  30(b)(6)
November 27, 2023

1   moment that a child starts to say, Well, I am a

2   girl -- if they're a biological boy and say, I'm a

3   girl now because -- or if they're a biological girl

4   and they say, I'm a boy now, and then parents start to

5   say, Yes, this is who they are and so, please, call

6   them by this name, refer to them by these pronouns,

7   let them use the opposite sex restroom, et cetera,

8   et cetera, that's the ideology, that's the problematic

9   piece that the Archdiocese of Denver would have

10  significant issues with.

11              But these atypical and developmentally

12  appropriate expressions that we're discussing here

13  aren't problematic insofar as, again, it doesn't begin

14  to get blurred, ultimately, and we allow nature to run

15  its course without it being blurred by a gender

16  ideology.

17              Q.   And is part of -- strike that.

18              Is the Archdiocese concerned about these

19  types of issues arising with 4-year-olds?

20              A.   Well, which types of issues?

21              Q.   The ones that you just described, where

22  they would cross over from -- let me use the right

23  terminology -- where they would cross over from

24  atypical expressions of masculinity or femininity into

25  areas which would be inconsistent with the Archdiocese

Elias Moo  30(b)(6)
November 27, 2023

 1   religious beliefs.

 2              A.   Yeah.  Unfortunately, we're seeing a rise

 3   in these cases and issues and even at the youngest age

 4   groups.  Again, I don't know that we have yet, at the

 5   preschool level, had to work through a situation like

 6   this yet, at least here in the Archdiocese of Denver.

 7              But, yeah.  Is there a concern?  I think

 8   there is a concern, given where the culture and where

 9   society have trended towards on this.

10              Q.   And you said that this is not something

11   at the preschool level that the Archdiocese has

12   encountered yet?

13              A.   Yeah.  To the best of my knowledge at

14   this point, that's correct.

15              Q.   In terms of the dress code for

16   Archdiocese preschools, are boys and girls typically

17   both permitted to wear pants?

18              A.   Typically, yes.  There will probably be

19   some preschools that might be a little bit more strict

20   on the rules and will actually only allow boys to wear

21   pants and ask that girls wear skirts or dresses.

22              Q.   Are you familiar with Wellspring's dress

23   code?

24              A.   No.  No.  I can't say that I am.

25              Q.   Okay.  We can ask these questions to

Elias Moo  30(b)(6)
November 27, 2023

```
 1   Wellspring.
 2              But assuming that the dress code
 3   permitted both girls and boys to wear things like
 4   pants or shorts, that wouldn't be a problem for the
 5   Archdiocese?
 6        A.    No.
 7        Q.    And, again, atypical expressions of
 8   masculinity or femininity wouldn't be an obstacle to
 9   enrollment of students or their families for the
10   Archdiocese; is that accurate?
11        A.    Yes.  That's accurate.
12        Q.    I want to go to page 11 of the same
13   document.  And this paragraph that starts with, "When
14   a student experiences distress or conflict over his or
15   her sexual identity," about halfway through that
16   paragraph it says, "The school has discretion to make
17   accommodations, e.g., private access to a private
18   bathroom, in order to address concerns about any
19   student's safety or privacy, while taking steps to
20   ensure that those accommodations are not perceived by
21   other students as an endorsement of the student's
22   asserted identity or of gender ideology's core idea;
23   that a person's authentic identity might differ from
24   biological sex."
25              Do preschools have the ability to offer
```

Elias Moo   30(b)(6)
November 27, 2023

1    these types of accommodations which are described on

2    page 11?

3            A.    Just to clarify, do they -- for example,

4    are they able to?  Do they have the facilities to do

5    that?  Is that where you're getting at?

6            Q.    If you want to take a second and read the

7    paragraph, I'm just asking whether this paragraph

8    means that preschools have discretion to make certain

9    accommodations around things like bathroom usage.

10           A.    Oh, okay.  Yeah.

11                 Yeah.  You know, again, I think this is

12   where taking individual student's situations on a

13   case-by-case basis, it's certainly within their

14   discretion.

15                 You know, I think I would read this in

16   the context of the first -- the opening of this

17   paragraph, which is, if we have a student experiencing

18   distress, that distress is a very real thing,

19   especially if there's a diagnosis of gender dysphoria.

20                 The dysphoria does cause significant

21   distress and anxiety.  So as with any students that we

22   have who experiences stress and distress or anxiety,

23   gosh, our hope would be that our schools would be

24   responsive and loving towards that child in the moment

25   and allow them the necessary discretion to make

Elias Moo  30(b)(6)
November 27, 2023

1    whatever accommodations are needed to minimize the

2    distress and the anxiety that they're experiencing in

3    a particular moment.

4                 But ultimately, here, right, I think if

5    that accommodation is being made, I would also hope

6    that the school is working on other aspects with the

7    family.

8                 This would -- this kind of a situation,

9    where the school would accommodate, would also have to

10   come with families being supportive of the school and

11   the church's teaching and the school's position,

12   ultimately, for this to work; otherwise, I think it

13   could fall in what the authors are cautioning here,

14   which is that there could be an endorsement of an

15   asserted identity if the parents and the school are

16   not in lockstep on this, ultimately.

17        Q.    Moving ahead to page 13 of this document.

18   At the very bottom of that page, it says, "We would be

19   remiss if we did not note that the religious liberty

20   claim is strongest when the Catholic school ensures

21   that all of its policies and practices are consistent

22   with the teachings of the Catholic Church and openly

23   conveys its intention to remain faithful to the

24   teachings of the magisterium."

25                What does this paragraph mean?

Elias Moo   30(b)(6)
November 27, 2023

1           A.   Yeah.   I mean, I think this is getting at

2     possible allegations of discrimination against the

3     school, ultimately, and that our schools would not

4     have the -- would be in the strongest position to be

5     able to defend itself against a claim of

6     discrimination if everything that we do in the school

7     is rooted in the teachings of the church and remaining

8     in fidelity to the teaching magisterium of the church.

9                 So, again, I think this is -- that is

10    ultimately what's being conveyed from this paragraph.

11          Q.   And you had mentioned the magisterium

12    earlier.  What is the magisterium?

13          A.   Yeah.  So the magisterium is the teaching

14    authority.  It's another phrase for the teaching

15    authority of the church, as carried out and exercised

16    by the pope, in communion with all the bishops as

17    well.

18          Q.   And how do you -- how does the

19    Archdiocese determine what's carried out by the pope

20    and the bishops?

21                MR. DAVIS:  Objection to form.

22          A.   How do we -- how do we determine what's

23    carried out by the pope and the bishops?

24          Q.   (BY MS. CARRENO)  Yeah.  So you said the

25    teaching authority of the church, as carried out by

Elias Moo  30(b)(6)
November 27, 2023

1   the pope and the bishops.

2            And so I'm trying to figure out if that's

3   documentation that the Archdiocese receives.  Are

4   those statements?  Or how does the Archdiocese become

5   familiar with what's carried out by the pope and the

6   bishops?

7            A.   Yeah.  Okay.  Yeah.  There is different

8   degrees of strength of teaching, if you will.  So

9   we'll put it in those terms.

10            So depending on what the -- so primarily

11   it's through documents.  And those documents of the

12   highest degree are going to be encyclical documents.

13            So these are direct statements written by

14   the pope himself that are released to the universal

15   church.  There's apostolic letters.  There are

16   apostolic exhortations, which are another degree below

17   that.

18            There is other documents, teaching

19   documents, that come out from the various departments

20   in the Vatican, and those have teaching authority,

21   too, and so are sent out to various diocese across

22   the -- across the globe.

23            And then more ordinary or common teaching

24   forms would be, yeah, statements or a teaching that

25   the pope gave, for example, at an audience, or

Elias Moo   30(b)(6)
November 27, 2023

 1  statements that he -- speeches that he makes at a

 2  particular function where he is speaking as the Holy

 3  Father, as the pope.

 4          Or even bishops who, locally, right --

 5  Archdiocese Aquila just recently released an apostolic

 6  letter, a pastoral letter on the subject of marijuana,

 7  which is, again, a teaching instrument that he has

 8  implemented for the faithful in this Archdiocese.

 9          So yeah.  Just to give you an example,

10  there's various forms and degrees and levels of

11  teaching and teaching authority and weight that

12  ultimately comes with the various roles, from the pope

13  down to his Curia departments at the Vatican, down to

14  the local bishops overseeing diocese in their

15  respective regions and corners of the world.

16          Q.   So does that guidance or those positions,

17  do they change and evolve over time at all?

18          MR. DAVIS:  I'm going to object as to

19  relevance.  The archbishop is the authoritative

20  interpreter of Catholic doctrine within the

21  Archdiocese of Denver, so I'm not really sure what

22  this line of questioning is getting at.

23          Q.   (BY MS. CARRENO)  And, Mr. Moo, you can

24  answer the question.

25          A.   Yeah.  Your question is, does this

Elias Moo  30(b)(6)
November 27, 2023

1  doctrine develop?

2          Q.   Does it evolve or change over time?

3               You gave me an example of a position on

4  marijuana.  Is that something that may change or

5  evolve over time?

6          A.   Yeah.  So the church -- the church is

7  actually pretty clear in their teaching.  And the

8  catechism in the Catholic Church, if you will, becomes

9  the center point and compendium of what is true and

10  good and needs to be adhered to and abided by and

11  believed by believers and by faithful Catholics.  And

12  so in some way, that serves as the foundation,

13  ultimately, for anything else.

14               There are subjects or matters of

15  prudential judgment, but ultimately -- one of the

16  principles that's present in the church, ultimately,

17  is that all these must be looked at in a hermeneutic

18  of continuity, we would say.  And that's that, you

19  know, from pope to pope even, teaching is built, and

20  the moment that a teaching begins to undermine or

21  contradict something that has been a longstanding

22  foundation or belief and is not respectful of

23  tradition, that's not -- that is actually something

24  that can't be accepted.

25               So I suppose it develops insofar as it

Elias Moo   30(b)(6)
November 27, 2023

```
 1   allows us to be able to gain a better -- a more
 2   coherent understanding of how the truths of the faith
 3   apply to circumstances and realities of the current
 4   time.
 5                    But it would actually be a violation of
 6   the faith to make a 180-degree reversal on something
 7   that the church has long taught.  And if it seems to
 8   come as an evolution or development out of -- yeah,
 9   maybe out of nowhere, that's not consistent or inline
10   with church teaching and the church's long-standing
11   tradition.
12                    So, yeah.  I suppose that's what I would
13   offer there.  Development and evolution are terms,
14   though, that don't really capture, I think, again, the
15   sense of continuity that the church is constantly
16   striving for and reaching for.  And you see this sense
17   of continuity.
18                    We would understand a teaching within the
19   context of other teachings in continuation and
20   consistent with other teachings that have come before.
21   So what the Holy Father Pope Frances teaches is
22   building on what Benedict taught and what John Paul II
23   taught and John Paul I and Paul VI, et cetera,
24   et cetera.
25                    And so they would be -- I would -- I
```

Elias Moo  30(b)(6)
November 27, 2023

1  can't speak for the Holy Father, but I think you could

2  see in his own writings and his teaching a reference

3  document that speaks to this continuity.

4            But they don't have an authority to go

5  back and all of a sudden make a change and decide to

6  make a change or develop something because it

7  doesn't -- it doesn't necessarily gel with what's

8  happening in the present moment.  So yeah.  So I

9  suppose I would offer that there.

10           Q.   Okay.  And I just have a couple more

11  questions and then we'll take a break.  I know we've

12  been going for kind of a long stretch here.

13           We had asked some interrogatory

14  questions, that you had signed off on, about any

15  instances in the last five years in which any of the

16  Plaintiff preschools denied a preschool applicant's

17  request or their family's request or denied some type

18  of an accommodation regarding gender identity, sexual

19  orientation or things like pronouns or bathroom

20  facilities.

21           And the answer was that none of the

22  Plaintiffs were aware of any of these instances

23  happening in Plaintiff preschools over the last five

24  years; is that correct?

25           A.   Yes.  That's correct.

Elias Moo   30(b)(6)
November 27, 2023

```
 1          Q.   On page 16 of the same document that
 2    we've been looking at, the first full paragraph on
 3    that page says, "Accordingly, the school should be
 4    attentive to situations that might cause confusion
 5    about the nature of marriage.  In these situations,
 6    the school should seek guidance from the diocese which
 7    can assist them in assessing the possibility of
 8    enrollment."
 9               Is this referring to things like same-sex
10    couples or the examples regarding asserting different
11    gender identity that you had given before?
12               MR. DAVIS:  Virginia, I think if you
13    scroll down the paragraph, it will tell you what it's
14    referring to.
15          Q.   (BY MS. CARRENO)  And, Mr. Moo, are you
16    able to answer that question?
17          A.   Yes.  It's referring to same-sex couples.
18          Q.   I'm sorry.  I think I mispronounced your
19    name now, Mr. Moo.  Apologies.
20               And so according to this guidance, if
21    that was the situation that came up at one of the
22    Archdiocese preschools, the guidance is that that
23    preschool should reach out to the Archdiocese for
24    further discussion; is that correct?
25          A.   Yes.
```

Elias Moo  30(b)(6)
November 27, 2023

1          Q.    And to the best of your knowledge,

2   neither of the Plaintiff preschools has reached out to

3   you regarding that situation in the last five years?

4          A.    For their preschool programs, no.

5               MS. CARRENO:  Okay.  And I think now is a

6   great time to take a break.  Do you want to come back

7   at 3:00?

8               MR. DAVIS:  Yes.  Sure.

9               THE DEPONENT:  Yes.

10              THE REPORTER:  Off the record.

11              (Recess from 2:42 p.m. to 3:01 p.m.)

12              THE REPORTER:  Back on the record.

13          Q.    (BY MS. CARRENO)  And, Mr. Moo, I just

14   want to back up a little.  You said a bunch of times,

15   when we were talking about the guidance on -- guidance

16   for issues concerning the human person and sexual

17   identity, that the Archdiocese schools and the

18   Archdiocese would make decisions on a case-by-case

19   basis.

20              Can you tell me a little bit more about

21   what you mean by that?

22          A.    Yeah.  We have found that it would,

23   actually, in one sense be really difficult and in

24   another not, just to be able to have one policy that's

25   black and white and addresses the complexities of

Elias Moo  30(b)(6)
November 27, 2023

```
 1   issues pertaining to, again, gender identity, sexual

 2   identity.

 3              So we have a very clear foundation of

 4   church teaching, is what we believe.  The guidance

 5   itself provides a sense of what that foundation --

 6   what the implications of that foundation and the

 7   church's teaching would be.

 8              And that's the starting point for them

 9   looking at each situation and determining what is

10   there.  How can the school work with the situation?

11   Where can it not?  And then working with pastors and

12   school leaders who, ultimately, can discern the right

13   course of action.

14              Yeah.  So I think when we refer to case

15   by case, that's precisely it.  That when an issue

16   arises in this realm, that we want to treat the

17   situation not necessarily as a problem to be solved

18   but really as a family or child situation to be worked

19   with, and then for it to be determined the extent to

20   which the school can move forward with the situation.

21        Q.   And the example that -- one of the

22   examples that we talked about was a child that might

23   be in distress over usage of the restroom.  And you

24   had said that, you know, the school would need to --

25   potentially the Archdiocese would need to look into
```

Elias Moo  30(b)(6)
November 27, 2023

1    that further.

2                 How would the Archdiocese or the

3    preschool look into that type of situation further?

4          A.    Yeah.   The process would be -- again, it

5    would be a process.   And it primarily -- so to be

6    clear, the Archdiocese would not be driving this

7    process.

8                 We would expect the school, the local

9    school leadership, to really drive it, and that being

10   the school principal, principal/director, the pastor,

11   all involved and all understanding and ascertaining

12   what's presenting.

13                What do the parents think about it?   What

14   are their thoughts?   What are their requests?   What

15   type of support is this child receiving?   Is this a

16   diagnoses of dysphoria?   Have they been receiving

17   mental health support?

18                So trying to really kind of understand

19   all the different aspects of the situation, right?

20   But that's not -- that's happening through dialogue.

21   That's happening through dialogue, again, at the local

22   level with the leadership of the school.

23                So our Archdiocesan officials are not the

24   ones coming out and engaging in the investigation or,

25   you know, talking to the kids or talking to the

Elias Moo   30(b)(6)
November 27, 2023

 1   families.
 2              Really, the onus is placed on the local
 3   school leadership, and our role is to work with school
 4   leadership, accompany them and discern with them, as
 5   they ascertain the facts of a particular situation,
 6   ultimately.
 7         Q.   And you said that the Archdiocese
 8   wouldn't conduct an investigation.  But does that mean
 9   that the school might conduct an investigation?
10         A.   Yeah.  Sure, they would.  And, here
11   again, I would say the hope would be that they're
12   not -- you know, that this is more a result from the
13   fruits of dialogue with the parents of the child.
14              So that's what I would qualify here as an
15   investigation, is to look into it and get all the
16   facts of the situation, but, yeah, through dialogue,
17   more than anything else.
18         Q.   And you had mentioned also that
19   Archdiocese preschools typically need to have a
20   meeting with the family before they can enroll a
21   child; is that correct?
22         A.   Yeah.  It's a typical practice.  We don't
23   mandate that practice in policy.  We ask schools to
24   ascertain that families can meet the minimum
25   requirements of their program.

Elias Moo   30(b)(6)
November 27, 2023

```
 1              And so they do that a variety of ways.
 2   They could do that through the application process
 3   itself.  They can do that through interviews, which I
 4   believe there to be some schools that do ask families
 5   to interview before admission.
 6              So -- but, yeah.  We don't -- we don't
 7   necessarily mandate an interview, so to speak.
 8         Q.   And if, during the application process or
 9   the interview process, the school determined that
10   there might be some type of conflict with either the
11   potential student or their family that would interfere
12   with the Archdiocese or the preschool's sincerely held
13   religious beliefs, how should the preschool further
14   look into that?
15              MR. DAVIS:  Objection.  Calls for
16   speculation.
17         A.   Yeah.  Again, I think it would be -- so
18   if something comes up in conversation or that process,
19   right, the hope would be that the school would look
20   further into it with the parents themselves.
21              And, you know, one of the -- one of the
22   methods that we recommend, again, it's not mandated,
23   but that we would recommend to our schools is to be
24   pretty upfront and very clear with what the school
25   believes, what the school expects of families, what
```

Elias Moo  30(b)(6)
November 27, 2023

```
 1    the school is going to uphold and abide by, what the
 2    school invites the family into, ultimately, as part of
 3    being in the Catholic school and part of the Catholic
 4    community at that school.  And that through that
 5    clarity, that families would be able to identify,
 6    ultimately, if this -- that school is the right fit
 7    for them.
 8               So sometimes that means that school
 9    leadership has to be very clear and say, You know, it
10    sounds like there might be something incongruous with
11    our world view and our teaching here and this may not
12    be a good fit.
13               Other times it could be, you know, Hey,
14    we heard this.  Bottom line, to be part of the
15    community, this is what we would expect and it's up to
16    you to determine if you can enter into this with us,
17    knowing that that's the expectation.
18               So, yes.  So, again, I think it -- you
19    know, I wouldn't say there's an immediate desire for
20    them to kick people out or to be able to, say, close
21    the door on them right away just because they happen
22    to say, Well, I don't agree with this particular thing
23    in the church teaching.
24               It's really going to come down to,
25    ultimately, to what extent is a family willing to,
```

Elias Moo  30(b)(6)
November 27, 2023

 1   again, at the very least, not undermine the church's

 2   teaching, but then be open to supporting what the

 3   school is going to be providing the child, ultimately.

 4            And if they're willing and they're making

 5   a good faith effort to be open, then -- yeah, then

 6   schools would be open to them.

 7            But if it becomes clear that they're

 8   going to persist in a particular way or be

 9   adversarial, then, yeah, I guess the expectation would

10   be at that point that the school would say, you know,

11   This isn't a good fit for you.

12            Q.   (BY MS. CARRENO)  Are there situations

13   where the family decides that the school is not a good

14   fit for the family?

15            A.   Yeah.  I mean, I've heard from principals

16   that there certainly have been situations like that.

17            Q.   And are there situations where it's

18   mutual that both the family and the school decide that

19   it's not a good fit?

20            A.   Yeah.  No.  I can't really think of any

21   specific ones on that point.  But, yeah.  I think it's

22   happened.

23            Q.   Are there reasons, other than the reasons

24   that we've already discussed in terms of gender

25   identity and sexual orientation, where the school

Elias Moo  30(b)(6)
November 27, 2023

1    would determine that a family might not be a good fit

2    for that school?

3            A.    Yes.  So we do have a policy that gives

4    schools discretion to make that determination if the

5    parents' behavior ultimately is undermining the

6    mission and aims of the school program.

7                      So that could be for any variety of

8    behavior, including, you know, aggressive and

9    adversarial behavior towards school leadership or

10   towards a classroom teacher.  It could be for

11   undermining school policy and, you know, all matters

12   of policy, right?

13                 So, yeah.  So there's -- there's plenty

14   of spaces outside of this particular realm of gender

15   identity and sexual identity matters where a school

16   could make that determination, ultimately, if the

17   parental behavior was incompatible with the school's

18   beliefs and values and policies.

19           Q.    I want to switch gears and talk a little

20   bit about enrollment numbers and trends at Archdiocese

21   preschools.

22                 Does the Archdiocese keep track of the

23   enrollment numbers of Archdiocese preschools or any of

24   the Archdiocese preschools?

25           A.    Yeah.  So we, going back to about 2018,

Elias Moo   30(b)(6)
November 27, 2023

1    started to track that.  Prior to that, it was really

2    sporadic and not consistent, but in kind of a

3    self-recording fashion.  So we ask schools to submit

4    their numbers, preschool enrollment numbers to us.

5                   We, in the early -- in 2018, 2019 -- so

6    take a step back.  Every October, as is typical for

7    most schools, public and private, there's official

8    student counts and you have to complete spreadsheets

9    that they submit to us.

10                  Generally speaking, right, that has been

11   really focused on kindergarten through 8th grade.  We

12   started to add a preschool category.  Some schools

13   provided that early on; others did not.

14                  But I could tell you, at least the last

15   two to three years, to the best of my recollection, we

16   have pretty -- we have pretty solid numbers coming

17   from all our preschool programs.

18        Q.   And so that's something that the

19   Archdiocese tracks, at least since 2018, 2019?  Is

20   that what you said?

21        A.   Yeah.  Since about that time, if I'm

22   recalling correctly, yes.

23                  MS. CARRENO:  And, Mr. Davis, do you know

24   if, when discovery responses were provided, that

25   was -- if -- I don't believe we were provided

Elias Moo   30(b)(6)
November 27, 2023

1  enrollment numbers for all 36 schools from the

2  Archdiocese, but it sounds like that's something that

3  they would have.

4          MR. DAVIS:  My recollection was that the

5  interrogatory only asked about the two Plaintiff

6  preschools, but we can -- we can discuss that further.

7          MS. CARRENO:  Okay.  And I can't remember

8  so that's something that we'll come back to.  And so

9  your recollection is it was just -- what was provided

10 was just for the two Plaintiff preschools?

11         MR. DAVIS:  Yeah.  That's my

12 recollection.  I think this is in the context of the

13 interrogatories and interrogatory responses.

14         MS. CARRENO:  Okay.

15     Q.   (BY MS. CARRENO)  And so I think that you

16 said, Mr. Moo, that the preschools fill something out

17 and report those numbers back to the Archdiocese.

18         Did I understand that correctly?

19     A.   Yes.  That's correct.

20     Q.   And then are those kept in a spreadsheet

21 or how are those numbers kept?

22     A.   Yeah, in a spreadsheet.

23     Q.   And so -- and that's for just the

24 36 Archdiocese preschools or does that include other

25 schools as well?

Elias Moo  30(b)(6)
November 27, 2023

1          A.   Yeah.   No.   This is our general

2    demographic report for all schools.   But, yeah, there

3    is a preschool component or section, if you will.

4          Q.   Okay.   And so we had talked about some of

5    the different types of Catholic schools and the

6    distinction of schools like -- I keep forgetting --

7    the other St. Mary's.

8               Does the spreadsheet contain information

9    for those schools as well or just the 36 preschools

10   within Archdiocese?

11         A.   Yeah.   I do believe that we also receive

12   demographic information from those independent

13   schools.   So the National Catholic Education

14   Association is a national organization that collects

15   this type of enrollment data to report out on every

16   year.

17              And we're -- the Archdiocese of Denver

18   Office of Catholic Schools is the central hub for that

19   data to report to the National Catholic Education

20   Association or the NCEA, in short.

21              So those independent schools, I believe,

22   if I'm recalling the data correctly, do report their

23   general enrollment numbers to us so that we can report

24   to the NCEA.

25              I don't know -- I don't have the

Elias Moo  30(b)(6)
November 27, 2023

1  spreadsheets in front of me, so I couldn't tell you in

2  what manner they're disaggregated, but I do know we

3  have -- I do think we have some enrollment numbers

4  even for those independent Catholic schools.

5          Q.    And that's the National Catholic

6  Education Association or NCEA?

7          A.    Yes.  That's correct.

8          Q.    The Archdiocese and the plaintiffs stated

9  in the pleadings that the Archdiocese serves over

10  1,500 preschoolers.

11              Do you know how many preschoolers were

12  enrolled in Catholic preschools this year?

13          A.    How many preschoolers were enrolled in --

14          Q.    Catholic preschools this year.

15          A.    Catholic preschools this year.  Yeah.  I

16  don't have the number in front of me.  It's -- it's

17  not too far off from the 1,500 figure that you've

18  received, but we just wrapped up the official count

19  for this year.  But, yeah.  I just don't have that

20  number off of memory.

21          Q.    Okay.  And would that number be on the

22  spreadsheets that you referenced?

23          A.    Yes.

24          Q.    And numbers going back to either 2018 or

25  2019?

Elias Moo   30(b)(6)
November 27, 2023

1          A.   Yep.  Yep.  So we would have the numbers

2     from the -- any year we've collected preschool

3     information.

4          Q.   And that 1,500 number, would you say that

5     that's been pretty consistent since 2018 or 2019?

6          A.   You know, we actually -- we actually saw

7     an increase right after COVID.  Preschool and

8     kindergarten actually saw the largest increase in

9     enrollment, unfortunately, due to the fact that many

10    public preschool programs were closed for an extended

11    period of time, and the Catholic preschools chose to

12    remain open in the fall of 2020.

13              So we saw a good bump that year, from my

14    recollection, of the numbers; but otherwise, since

15    then, it's -- it's held pretty steady.

16         Q.   And then did you say that after that

17    increase, when the public schools opened back up, then

18    there was, unfortunately, a decrease?  Did I hear that

19    correctly?

20         A.   No.  No.  No.  To the best of my

21    recollection, it remained steady.  I don't think we

22    saw any significant decrease or increase.  Just

23    remained steady.

24         Q.   Okay.  And that was in just preschools or

25    in Catholic schools generally?

1        A.    Yeah.   In Catholic schools generally,

2    yeah.

3        Q.    Any other causes, that you can think of,

4    or issues that may have contributed to enrollment

5    decreases in Catholic preschool numbers in recent

6    years?

7             MR. DAVIS:   Objection to the extent it

8    calls for speculation.

9        A.    No.   I mean, nothing of significance,

10   like a pandemic, for example.   You know, general

11   enrollment trends are always impacted by local --

12   local circumstances and situations and there could

13   well be some trends at individual schools based off of

14   maybe some instability in leadership or turmoil in the

15   community.

16             But, you know, that's par for the course.

17   And yeah.   But in terms of a general circumstance that

18   has led to a significant across-the-system trend, no,

19   nothing else that I can think of right now.

20        Q.    (BY MS. CARRENO)   And you broke up a

21   little bit.   What were the two examples of local

22   trends that you mentioned?

23        A.    Yeah.   Leadership instability.   So

24   sometimes we've seen at schools that when there's

25   leadership transitions or challenges, that that can

Elias Moo  30(b)(6)
November 27, 2023

1    result in enrollment decline or, you know, turmoil in

2    the community.  And, you know, that could be defined a

3    number of ways.

4            But, yeah.  Those are one-offs that can

5    happen from time to time in the school world.

6        Q.   Do you -- are you aware of whether

7    St. Mary's or Wellspring has struggled with decreased

8    enrollment in the last five years?

9            MR. DAVIS:  Objection.  Calls for

10   speculation.

11       A.   Yeah.  Not -- not at St. Mary's in

12   Littleton.  Wellspring is actually a reboot program

13   from a previous school that was shut down in 2018, the

14   spring of 2018, and remained closed for a year.

15           So it remained closed for the '18/'19

16   school year and then reopened in the fall of 2019 as

17   Wellspring Catholic Academy.  So you would have seen,

18   at that point, some fluctuation just by virtue of the

19   fact that a school program was closed or paused

20   temporarily and then reopened a year later.

21           But, yeah.  But otherwise, in the history

22   of that school, that would be the one thing to point

23   out.

24       Q.   (BY MS. CARRENO)  Do you know if any of

25   the Archdiocese preschools have raised their tuition

Elias Moo  30(b)(6)
November 27, 2023

1  in the last year?

2         MR. DAVIS:  Objection to the extent this

3  is outside the scope of the 30(b)(6) notice.

4         A.   The what?  I'm sorry.  What did you say

5  before tuition?  It cut off there.

6         Q.   (BY MS. CARRENO)  Yes.  Do you know if

7  any of the Archdiocese preschools have raised their

8  tuition for this school year?

9         MR. DAVIS:  Virginia, to the extent

10  this -- I mean, I don't see this in the 30(b)(6).

11  You're free to ask Elias, in his, you know, individual

12  capacity in that deposition.

13         MS. CARRENO:  Yeah.  And just to be

14  clear, I believe this goes to Topic 14.  I'm just

15  exploring whether -- the enrollment trends and

16  enrollment at different Archdiocese schools and

17  whether there may be some correlation between tuition

18  and those numbers.

19         MR. DAVIS:  I don't think the witness is

20  prepared to speak about tuition on the behalf of the

21  Archdiocese as a whole.  If he wants to answer in his

22  individual capacity for the deposition, I think that's

23  fine.

24         MS. CARRENO:  Can we go off the record

25  for one minute?

Elias Moo  30(b)(6)
November 27, 2023

1                    THE REPORTER:  Is that fine, Joe?

2                    Are you okay with going off the record?

3                    MR. DAVIS:  Yes.

4                    THE REPORTER:  Off the record.

5                    (Discussion off the record.)

6                    THE REPORTER:  Back on the record.

7                    MS. CARRENO:  So we disagree --

8     obviously, it sounds like we disagree on whether this

9     is within the scope of the 30(b)(6) or not.  But to

10    the extent that Mr. Moo can answer the question in his

11    personal capacity, we would ask that he do it as part

12    of this deposition.

13           Q.   (BY MS. CARRENO)  Mr. Moo, you can go

14    ahead --

15                    MR. WHITEHAIR:  Hold on.  Joe's not on.

16                    MS. CARRENO:  Joe, were you saying

17    something?

18                    THE REPORTER:  Joe, you're muted.

19                    MR. DAVIS:  No.  I wasn't saying

20    anything.

21           Q.   (BY MS. CARRENO)  Okay.  Mr. Moo, do you

22    need me to repeat the question?

23           A.   Yes, please.

24           Q.   Okay.  Have any of the Archdiocese

25    preschools raised their tuition for this school year?

Elias Moo  30(b)(6)
November 27, 2023

```
1          A.   Raised their tuition for the school year.
2   Yes, I believe they have.  I don't have the
3   information, the data in front of me to be able to
4   tell you how many.  But generally speaking, schools
5   are raising their tuition to, you know, at the very
6   least cover the rising rates of inflation.
7               So you're going to see a gradual
8   increase, at the very least, every year, as expenses
9   go up every year, naturally.
10          Q.   In your declaration, you have said -- in
11  your August declaration you said, "When Archdiocese
12  preschools have a wait list, they prioritize Catholic
13  families active at parishes within the Archdiocese
14  over non-Catholic families."
15               What did you mean by that?
16          A.   Yeah.  You know, it's one of the criteria
17  that can be put in place when the school is in the
18  fortunate situation of having a wait list, and that
19  being that, you know, as soon as the class is full,
20  then those families on the wait list would be given
21  priority according to, you know, a certain set of
22  criteria.
23               And one set of criteria that schools can
24  employ is that affiliation, Catholic affiliation,
25  where that's -- as parishioners at the parish that has
```

Elias Moo   30(b)(6)
November 27, 2023

1    the school or affiliation with another parish, let's

2    say.  And then there might be nonaffiliated people who

3    say they're Catholic but aren't necessarily involved

4    or active in the parish.  And then there's others who

5    are not Catholic that, you know, again, might fall at

6    a lower level of priority, ultimately.

7              So, additionally, too, you know, if they

8    have siblings at the school, that could be another

9    layer of the criteria that bumps them up on the wait

10   list.  So just for the purpose of filtering the

11   families on the wait list and being able to give

12   priority if spots were to open up.

13        Q.    How often -- you said if schools are

14   fortunate enough to have a wait list.  How often do

15   Archdiocese schools have a wait list?

16        A.    Yeah.  Not very often, unfortunately.  It

17   would be a great problem to have.  But by and large, I

18   think we see we have a lot of empty seats still in our

19   schools, particularly our preschool programs.

20        Q.    So does that mean that the Archdiocese

21   does not prioritize enrolling Catholic families active

22   at parishes within the Archdiocese over non-Catholic

23   families when there's not a wait list?

24        A.    Yeah.  That's correct.  I mean, I think

25   all families are given an equal shot, if you will, at

Elias Moo  30(b)(6)
November 27, 2023

1    enrollments if there's not that wait list, yeah,

2    especially if there's empty seats to be filled,

3    usually on a first-come first-serve basis.

4            Q.    When you are talking about Catholic

5    families active at parishes within the Archdiocese,

6    can you tell me what that means?

7            A.    Yeah.  That can mean a couple things;

8    one, that they are registered contributing members of

9    a Catholic parish community.  So that could mean that

10   they have physically completed their registration

11   form, where they sign up as parishioners at that

12   parish.

13            Oftentimes that means that they're

14   tithing on a regular basis, so there's a record of

15   donations and tithing that's coming to that parish.

16            And sometimes it could mean that it's

17   families that live in the geographic boundaries of

18   that particular church or parish as well.  So those

19   are -- those are the ways that we would use the term

20   "parishioner" here.

21           Q.    So if the term "parishioner" -- I just

22   want to go to the definition that you had provided.

23            A parishioner is considered Catholic

24   individuals residing in the geographic boundaries of

25   the parish or who are registered with the parish,

Elias Moo  30(b)(6)
November 27, 2023

1    typically by submitting basic demographic information

2    to the parish's office.

3         A.   Right.

4         Q.   So it could be either of those situations

5    that a family or a person would be considered a

6    parishioner?

7         A.   Yes, largely speaking.  Generally

8    speaking, yes.  I think if we're -- if we're talking

9    about, you know, criteria for verifying the extent to

10   which someone is active, it would be a bit different.

11   But the term "parishioner," yes, would be qualified as

12   such.

13        Q.   According to the documents submitted by

14   Plaintiffs in this case, the Archdiocese is a

15   spiritual home to roughly 610,000 Catholics, across

16   149 parishes, stations, and mission parishes in

17   Northern Colorado.  Is that accurate?

18        A.   Yes.

19        Q.   And those 610,000 Catholics, where does

20   the Archdiocese -- how does the Archdiocese obtain

21   that information?

22        A.   Yeah.  So there is -- there is a couple

23   of ways that that's gathered.  One would be there's an

24   annual parish count.  So similar to schools, there's a

25   day in October that all parishes are asked to count

Elias Moo  30(b)(6)
November 27, 2023

1   the number of people that are present at the

2   celebration of the Holy Mass on a given weekend.  And

3   that data is collected by the Archdiocesan leadership.

4            Since this data is also used here -- and

5   I believe that's probably what has accounted for the

6   610,000, ultimately.  Because the term "Catholic"

7   really doesn't necessarily imply attendance at Mass as

8   much as it implies there's affiliation, ultimately.

9            So I think the census data is ultimately

10  what's used and refined by the geographic -- or

11  defined -- excuse me -- by the geographic boundaries

12  of the Archdiocese itself.

13           So, yeah.  Those are the two means I know

14  of data collection that exists to verify the number of

15  Catholics, but then also participation.

16       Q.   And so all 610,000 of those Catholics, as

17  I understand, are not necessarily associated with a

18  parish or a church; is that correct?

19       A.   Yeah.  I don't know that we could say

20  that.  My understanding is those 610,000 are people

21  who affiliate as Catholic.

22       Q.   And in determining who affiliates as

23  Catholic is how you just described, the census data

24  and the other data that's reviewed?

25       A.   Yep.

Elias Moo  30(b)(6)
November 27, 2023

```
 1              Q.    The 610,000 Catholics across 149
 2     parishes, stations, and mission parishes.  What is a
 3     parish?
 4              A.    A parish is a geographic area that is
 5     overseen by a pastor.  Oftentimes, it has a church
 6     structure that serves as the church of that parish.
 7     Or, you know, the term "parish" sometimes has become
 8     synonymous with church or vice versa.
 9                    But technically speaking, according to
10     how church law defines parish, it would be this
11     geographic area that is placed under the spiritual
12     care of a parish pastor who's appointed by the
13     archbishop.
14              Q.    What is a station?
15              A.    My understanding of a station is it's a
16     location where Mass, the Holy Mass, can be offered and
17     celebrated but is not a permanent community of faith.
18              Q.    And what is a mission parish, as opposed
19     to just a parish?
20              A.    Yeah.  So mission is typically a part of
21     a parish and may offer limited -- a limited number of
22     Holy Masses or other sacramental opportunities, but is
23     not the primary place of worship for that geographic
24     area.
25                    So, yeah.  There's a number of locations
```

Elias Moo  30(b)(6)
November 27, 2023

1   like that, where there could be these mission

2   locations.  They're usually chapels or perhaps other

3   churches that just didn't have the faithful -- or the

4   number of faithful to be able to carry out regular

5   service and so forth and so it got relegated down to a

6   mission status.

7                 It's a categorization that exists in

8   church law for a particular situation.

9        Q.   So based on the definition of a

10  parishioner, that we just went over, individuals just

11  have to be Catholic and live within the geographic

12  boundary of a parish to be considered a parishioner?

13       A.   Yes.

14       Q.   Do you know if those members, the 610,000

15  Catholics within the Archdiocese territory, have gone

16  up or gone down in the last five years?

17       A.   Yeah.  That, I don't know.

18       Q.   Do you have any idea if there have been

19  any fluctuations in those numbers?

20       A.   Any idea of what?  I'm sorry.

21       Q.   Any fluctuations in those numbers.

22       A.   No.  No.  I can't say even that I know if

23  there's been fluctuations.  My general impression is

24  that it's been steady.

25       Q.   Does the Archdiocese keep track of those

Elias Moo   30(b)(6)
November 27, 2023

1    numbers?

2            A.    Of the numbers of the faithful, Catholic

3    faithful?

4            Q.    The Catholic parishioners within the

5    Archdiocese boundaries.

6            A.    Oh, the parishioners.  Yeah.  So every

7    parish keeps track of its parishioner base.  And I

8    believe, if I'm recalling correctly, the

9    vicar-general, Father Dollins, who I mentioned in that

10   annual report that's submitted, is the one who keeps

11   track of, again, the count of people coming to Holy

12   Mass and also the number of registered parishioners at

13   that parish.

14           Q.    That was the National Catholic Education

15   Association or was that something else that you

16   mentioned?

17           A.    No.  Yeah.  The National Catholic

18   Education Association is only tracking national

19   school -- Catholic school enrollment numbers, yeah,

20   not parishioner information.

21           Q.    Got it.  And can you clarify what you had

22   mentioned, where that information might be available

23   or where that information might be tracked?

24           A.    On parishioners?

25           Q.    Yes.

Elias Moo  30(b)(6)
November 27, 2023

1      A.    Yeah.  So, again, there is a day in

2  October that the Archdiocese asks all parishes to do a

3  count, submit a count of the number of people that

4  came to Mass in that given -- on that given weekend.

5  So that becomes the official count, Mass count, it's

6  called, for the year.

7           And with that, I believe is also

8  submitted the number of registered parishioners.  It's

9  not a spreadsheet I have access to.  That's kept in

10  another department with the vicar-general.  Excuse me.

11      Q.    The vicar-general, that's Father Dollins?

12      A.    Yes.  Correct.

13      Q.    And do you know whether the number of

14  Catholic parishioners has gone up or gone down or

15  generally stayed the same in the last five years?

16      A.    Yeah.  My impression is that it's

17  generally stayed the same.  As you know, as I was

18  describing with schools earlier, fluctuations at

19  individual parishes based on local circumstances and

20  realities.  But, yeah, I wouldn't be able to speak to

21  exact trends at this point.

22      Q.    Does the Archdiocese use the term

23  "congregation"?

24      A.    Not as an official category.  Maybe at an

25  informal discussion or when referring to the members,

Elias Moo  30(b)(6)
November 27, 2023

1    the parishioners or the members of a parish.  But

2    congregation isn't typically a term -- I don't know to

3    what extent it might appear even in official

4    documents, but it's not a typical term.

5           Q.   Okay.  So it sounds like a parish is a

6    more common term within the Catholic Archdiocese than

7    congregation.

8           A.   Yes.  Yeah.  I would say so.

9           Q.   Are any -- does the Archdiocese allow --

10   let's strike that.

11          How does someone join a parish?

12          A.   Yeah.  So, again, the simplest way is

13   they start showing up on Sundays.  They start to

14   attend Mass, attend parish events.  To be officially

15   registered, they'll go to -- they'll complete an

16   online form or go to the parish office and sign up

17   with some demographic information on their family.

18   They'll start receiving the sacraments at that parish.

19          So that's generally how folks become

20   parishioners.  It's largely through their attendance,

21   but also through the registration process and also

22   through tithing at that location.

23          Q.   Are same-sex couples allowed to join

24   Archdiocese parishes?

25          A.   You know, I have not seen a rule that

Elias Moo  30(b)(6)
November 27, 2023

1   does not permit them to join.   I think the question

2   becomes to what extent are they able to participate in

3   a life of the parish, but that's a matter that pastors

4   are going to ultimately have to discern.

5          Q.   What about transgender individuals?   Are

6   they -- is there any restrictions on transgender

7   individuals joining Archdiocese parishes?

8          A.   Yes.   Similarly, I don't think there

9   exists a rule that says that a transgender individual

10   cannot be part of a parish community.   The question is

11   really going to come down to, to what extent can they

12   participate in the life of the parish community?

13              I might, add, too, the distinction for

14   both of these situations that the Holy Mass is open to

15   anyone that wants to be there and participate at the

16   Mass.

17              That's the prime place where we believe

18   that we encounter Jesus Christ and come to adore and

19   worship him.   And that's a place of refuge for all

20   sinners and all people.   And so a same-sex couple and

21   a transgender person can -- yeah, can come to Mass.

22              So no one is going to be barred from

23   coming and participating in the holy sacrifice of the

24   Mass, ultimately.   But I think, you know, with respect

25   to then, from there, activity in the life of the

Elias Moo  30(b)(6)
November 27, 2023

1  parish, involvement with ministries, that sort of

2  thing, that's probably where there's going to be some

3  discernment made by the pastor ultimately.

4          Q.   And you had mentioned that one of the

5  ways that an individual might join a parish is they

6  would start receiving the sacraments.

7                  Is that something that a same-sex couple

8  or a member of a same-sex couple would be able to

9  participate in or receive?

10         A.   Yeah.  That, I think, is ultimately going

11  to need to be determined by a pastor discerning with

12  that same-sex couple, let's say.

13                 So the sacrament of marriage is not going

14  to be possible for them to receive.  The church is

15  pretty clear on the fact that marriage cannot exist in

16  sacramental form between two people of the same-sex.

17                 The sacrament of baptism is going to be

18  also one that is going to come down to a discernment

19  on what the Vatican has instructed on multiple

20  occasions, which is that there has to be well-founded

21  hope that the child will be raised in the faith.

22                 And at least locally here, the directive

23  that pastors have received from Archbishop Aquila is

24  that this is a matter to be discerned very seriously

25  and with their use of prudence, ultimately.

Elias Moo  30(b)(6)
November 27, 2023

```
 1            You know, some of the other sacraments,
 2    the sacrament of reconciliation is available to all
 3    who are seeking contrition -- who have contrition and
 4    are seeking forgiveness for their sins.
 5            So, yeah.  That wouldn't be withheld from
 6    someone who's in a same-sex relationship.  But, you
 7    know, for the graces of the sacrament to be made
 8    available to that person, they would have to also
 9    resolve to not persist in the sin, ultimately, that
10    they're confessing.
11            So those are some examples.  But, again,
12    you know, I can speak generally here with respect to
13    what might be possible based on church teaching, but
14    by and large, these are situations that are going to
15    need to be discerned and discussed with a local pastor
16    and his parishioner, even if that member of the
17    community happens to be a person or, let's say, a
18    couple that's a same-sex couple or a person who's in a
19    same-sex relationship.
20        Q.   And you mentioned that for baptisms, it
21    comes down to -- or maybe one of the factors comes
22    down to what the Vatican has instructed on baptism.
23            Did I get that correct?
24        A.   Yes.
25            MR. DAVIS:  Objection as to relevance.
```

Elias Moo  30(b)(6)
November 27, 2023

1   This case is not about baptism or sacrament of

2   marriage or confession or any other sacraments.

3          Q.   (BY MS. CARRENO)  You can answer,

4   Mr. Moo.

5          A.   Yes.  I had said yes.

6          Q.   Are you aware that the Vatican made an

7   announcement, on November 8th of 2023, that

8   transgender people can be godparents at baptisms and

9   be baptized themselves?

10          A.   Yes.

11          Q.   And would that have an impact on

12   decisions that the Archdiocese make?

13          A.   No.  And, frankly, because there -- there

14   hasn't been a change in church teaching on the matter.

15          Q.   So would you agree that transgender

16   people are able to be godparents at baptisms?

17               MR. DAVIS:  He just --

18          A.   I'm sorry.  Can you restate your

19   question?

20          Q.   (BY MS. CARRENO)  Yes.  The question was,

21   would you agree that transgender individuals can be

22   godparents at baptisms in the Catholic Archdiocese,

23   Denver Archdiocese?

24               MR. DAVIS:  Objection as to relevance.

25          A.   My understanding of the response is that

1    the Dicastery for the Doctrine of the Faith, that was

2    submitted by a priest from Brazil, which you're

3    referring to here, is that it could be possible if --

4    and I think there's a large if here -- again, this is

5    where, as I mentioned earlier, some of the media

6    headlines have -- and, well, probably can't expect, I

7    think, media headlines to fully kind of understand the

8    continuity of theology here on this matter ultimately.

9               But the responses to the questions that

10   were submitted on this topic refer back to the

11   conditions for a transgender person, let's say, to be

12   a godparent would also be the ones that would be

13   imposed on any person.

14              And that's -- but they also say very

15   clearly that caution must be taken to ensure that

16   scandal is not -- that this isn't a cause for scandal

17   or confusion in the community.

18              So I think my sense is that what the

19   Vatican here is doing is merely saying that, yeah,

20   there could be a circumstance where, let's say,

21   there's a person who's undergone surgery and because

22   of that right, a biological male now appears to be

23   female; thus, maybe characterized as transgender, but

24   has repented of a lifestyle that's incongruent with

25   the church's understanding of the nature of the human

Elias Moo   30(b)(6)
November 27, 2023

1   person and is actively trying to live their life in

2   conformity with church teaching, which is one of the

3   requirements for being a godparent, that they would be

4   able to accompany parents in the instruction of the

5   faith and in giving witness to the truths of the

6   faith.  But if that person, right, happens to be

7   pursuing being -- in living in a manner consistent

8   with the church's teaching, that it could be

9   permissible for a pastor to allow them to be

10  godparents.

11          So, if anything, I think it's -- it's

12  providing clarity on a particular way to approach it,

13  but not creating a universal -- a new universal norm,

14  especially if the Dicastery for Doctrine of Faith is

15  intentionally saying that pastors must be -- must be

16  cautious and must ensure that allowing a transgender

17  person to be a godparent is not going to cause scandal

18  and confusion to the faithful.

19          Q.   (BY MS. CARRENO)  And so similar to what

20  you talked about before, in evaluating whether or not

21  a family with a transgender individual could enroll a

22  child at one of the Archdiocese preschools, would this

23  type of determination also be a case-by-case

24  determination that the Archdiocese would need to make?

25          MR. DAVIS:  Objection.  Misstates

Elias Moo   30(b)(6)
November 27, 2023

```
 1    testimony.

 2           A.    That determination of what exactly?

 3           Q.    (BY MS. CARRENO)  Whether or not a

 4    transgender individual could be a godparent.  Would

 5    that be a case-by-case determination?

 6           A.    Yeah.  Possibly.  The archbishop has not

 7    yet weighed in on -- because, ultimately, you know,

 8    the bottom line is, the archbishop, as Canon Law lays

 9    it out, is the Father and the authority of his local

10    church.

11                 So, you know, again, what the Vatican

12    here has provided is not a universal norm or a law

13    that now has to be implemented in every diocese.  But

14    the chief shepherd or the chief authority, in this

15    case here the Archbishop of Denver, would certainly,

16    day-to-day, have the final say and need to weigh in,

17    and he hasn't weighed in on that yet.

18                 So would it be permissible on a

19    case-by-case basis?  Maybe.  But that would be

20    something that the archbishop, at the end of the day,

21    is going to have to weigh in on and have a say on.

22           Q.    I want to back up.  I realized, when we

23    were talking about the spreadsheets that track

24    enrollment of Archdiocese preschool enrollment and

25    general Catholic school enrollment, I wanted to ask
```

1   whether or not the Archdiocese tracks enrollment at

2   any of the Catholic Charities Head Start preschools.

3           A.    Yeah.  We do not.  So the Office of

4   Catholic Schools does not.  I don't know if Catholic

5   Charities does.  They might.  But the Archdiocese of

6   Denver does not.

7               MS. CARRENO:  Okay.  I think now is

8   another time to take a maybe five-minute break and I

9   may be done with my questions.  But once we come back

10  on the record, I'll let you know if I have a few more

11  questions, but we may be finished.

12              MR. DAVIS:  Okay.

13              THE REPORTER:  Off the record.

14              (Recess from 4:01 p.m. to 4:08 p.m.)

15              THE REPORTER:  Back on the record.

16              MS. CARRENO:  And I believe those are all

17  of the questions that I have for Mr. Moo.  I did want

18  to follow up on a few items that were referenced in

19  the deposition and just request that we receive copies

20  of those.

21              The Buell Hoyne Foundation grant

22  information, I believe that that would have been

23  responsive to Interrogatories 7 and 8.  So any

24  information regarding those grants or applications for

25  those grants, we would ask that those be provided.

Elias Moo  30(b)(6)
November 27, 2023

```
 1              MR. DAVIS:  Sorry.  The what grant
 2    information?  I didn't hear what grant you said.
 3              MS. CARRENO:  It was the Buell Hoyne
 4    Foundation grant that Mr. Moo had mentioned at the
 5    beginning of his testimony.
 6              MR. DAVIS:  Oh.  So that's a private
 7    foundation, Virginia.  The question was about
 8    government grants, so I don't think it's responsive.
 9              MS. CARRENO:  It says, "Identify all
10    federal, state, or local grants, funding
11    reimbursements or awards you or any preschool
12    identified in Interrogatory Number 2, since
13    January 1st of 2018, related to education programs or
14    operations of any school, preschool, or otherwise
15    under the control or direction of the Archdiocese of
16    Denver."
17              MR. DAVIS:  Right.  And my point is just
18    that this is not a federal, state, or local grant.
19    It's a private philanthropic foundation.
20              MS. CARRENO:  From the way you described
21    it, I was under the impression that it was a local --
22    it's a local Denver-funded grant.
23              MR. DAVIS:  Feel free to ask the witness.
24    You know, I shouldn't testify as to -- my
25    understanding is that's a private foundation, but he's
```

Elias Moo  30(b)(6)
November 27, 2023

1    under oath so . . .

2        Q.   (BY MS. CARRENO)  Okay.  Mr. Moo, what is

3    the Buell Hoyne, to your knowledge?

4        A.   Yeah.  The Temple Hoyle Buell Foundation

5    is, my understanding, a private foundation.

6        Q.   Is there any affiliation with the City of

7    Denver?

8        A.   None that I'm aware of.  Again, that

9    doesn't preclude that there could be.  Just I'm not

10   aware of an affiliation with the City of Denver.

11       Q.   Okay.  And I would just ask if, after

12   this deposition, Mr. Moo learns that -- if Mr. Moo

13   learns otherwise, that Plaintiffs supplement their

14   interrogatory requests -- or their interrogatory

15   responses in the production.

16           MR. DAVIS:  Understood.

17           MS. CARRENO:  And then there was also a

18   reference to a template of a letter that schools that

19   wanted to participate in the UPK program would submit

20   with their registration, knowing that they wouldn't

21   sign the UPK provider agreement.

22           We would also ask that any templates of

23   that letter, that was provided to the schools, be

24   disclosed.

25           MR. DAVIS:  Okay.  I think we provided

Elias Moo  30(b)(6)
November 27, 2023

```
 1   you an as-sent version, which may be the only one --

 2   the one that we've seen, but we'll look for that.

 3   Yeah.  Thanks.

 4                MS. CARRENO:  And then also, if there's

 5   a -- for the May 26th meeting, there was an indication

 6   that the parties were asked to register for that

 7   meeting.  So any registration lists of that meeting,

 8   we would ask that that be provided as well.

 9                MR. DAVIS:  We can look for that.

10                MS. CARRENO:  I think that covered

11   everything.  So other than that, I think we can just

12   go off of the record and talk housekeeping for

13   tomorrow.

14                MR. DAVIS:  Actually, I do have a couple

15   questions for Mr. Moo on redirect.

16                MS. CARRENO:  Sure.

17                         EXAMINATION

18   BY MR. DAVIS:

19       Q.   All right.  Mr. Moo, just a few questions

20   for you.  First, if a student or a family identifies

21   as LGBTQ, do they get admitted to an Archdiocesan

22   preschool on the same terms as everybody else, or is

23   the school supposed to find out more information about

24   their situation and its congruence with church

25   teaching?
```

Elias Moo  30(b)(6)
November 27, 2023

```
 1            A.   The school is supposed to find out more
 2   information.
 3            Q.   And sometimes, after considering it
 4   further, the school might decline enrollment; right?
 5            A.   Correct.
 6            Q.   So the Archdiocesan preschools, they do
 7   not provide an equal opportunity to enroll regardless
 8   of sexual orientation or gender identity; is that
 9   right?
10            A.   On that basis, that's correct.
11            Q.   Okay.  And in making these enrollment
12   decisions, they're expected to follow the Archdiocese,
13   as we discussed earlier, in the Guidance for Issues
14   Concerning the Human Person and Sexual Identity
15   document?
16            MS. CARRENO:  Objection to form.
17            A.   Correct.
18            Q.   (BY MR. DAVIS)  Okay.  Mr. Moo, you
19   testified earlier about the CCAP program.  Do you
20   recall that testimony?
21            A.   Yes.
22            Q.   Okay.  And some Archdiocesan schools
23   participate?
24            A.   Yes.
25            Q.   Okay.  Does CCAP have a matching process
```

Elias Moo  30(b)(6)
November 27, 2023

```
 1   like UPK does?

 2              A.   I do not believe that they do.  No.

 3              Q.   Okay.  So Archdiocesan schools that

 4   participate in CCAP, can they still, in practice,

 5   require families, even families that might go on to be

 6   eligible to participate in CCAP, they can require

 7   those families to go through the ordinary enrollment

 8   process?

 9              A.   Yes.

10              MS. CARRENO:  Objection to form.

11              Q.   (BY MR. DAVIS)  Okay.  So in practice, is

12   it your understanding that by participating in CCAP,

13   Archdiocese preschools haven't been required to accept

14   all referrals regardless of sexual orientation?

15              A.   In practice, sure.  Yes.

16              THE REPORTER:  Did you have an objection

17   to that one, Virginia?

18              MS. CARRENO:  Yeah.  Just objection to

19   form.

20              Q.   (BY MR. DAVIS)  Mr. Moo, you testified

21   earlier that at one point, the Archdiocese understood

22   UPK to exclude classes operated primarily for

23   religious instruction.  Do you remember that?

24              A.   Yes.

25              Q.   Okay.  But if it turned out that the
```

Elias Moo  30(b)(6)
November 27, 2023

1  provider agreement didn't actually include that

2  exclusion, then the exclusion would no longer be a

3  reason for a preschool not to sign the agreement,

4  would it?

5          MS. CARRENO:  Objection.  Form.

6          A.   No, it wouldn't.  Yeah.

7          Q.   (BY MR. DAVIS)  Okay.  And even if there

8  were such an exclusion, would the Archdiocese

9  preschools still be free to participate in UPK to the

10  extent that they can get reimbursement for classes not

11  operated primarily for religious instruction?

12          A.   Yeah.  Can you repeat that again?

13          Q.   Sure.  If there were no -- excuse me.

14          If there were an exclusion for classes

15  operating primarily for religious instruction, would

16  the Archdiocese preschools still be free to

17  participate in UPK to the extent that they have

18  classes that are not operated primarily for religious

19  instruction?

20          A.   Yeah.  That there would still be some

21  eligibility for participation there.

22          Q.   Yeah.  Like they do with CCAP and DPP?

23          A.   Correct.

24          Q.   You also testified earlier that when

25  there's a wait list, Archdiocesan preschools typically

Elias Moo  30(b)(6)
November 27, 2023

1  prioritize Catholic applicants; is that right?

2        A.   Yes.

3        Q.   And Catholic -- that's a religious

4  affiliation, Catholic?

5        A.   Yes.

6        Q.   So in addition to the parts of the UPK

7  nondiscrimination provisions that cover sexual

8  orientation and gender identity, is it also an issue

9  for the Archdiocese that UPK says, You have to provide

10  equal opportunity regardless of religious affiliation?

11           MS. CARRENO:  Objection.  Form.

12  Mischaracterizes testimony.

13        A.   Yes.  I guess in that sense, it would be.

14        Q.   (BY MR. DAVIS)  When there's a wait list;

15  right?

16        A.   When there's a wait list.

17        Q.   We also discussed, I think, what was

18  referred to in the deposition as a possible pathway to

19  participate that was outlined in a May 26th meeting.

20        A.   Yes.

21        Q.   Okay.  And at least one school actually

22  sent a letter to UPK along the lines discussing that

23  meeting; right?

24        A.   Right.

25        Q.   Did that school hear back from UPK?

Elias Moo  30(b)(6)
November 27, 2023

```
 1         A.   No.

 2         Q.   Okay.  And then at some point, the UPK

 3   program actually got up and running; right?

 4         A.   Yes.

 5         Q.   Was that an impetus for the Archdiocese

 6   to press this lawsuit?

 7         A.   Yeah.  I think schools were -- and we

 8   sensed schools were starting to really feel the crunch

 9   of not being able to participate in the new academic

10   term, fall '23 starting up.

11              So yes.  I think that that certainly

12   factored into our decision, ultimately.

13              MR. DAVIS:  No further questions for me.

14              THE REPORTER:  Any more for you,

15   Virginia?

16              MS. CARRENO:  No.  No further questions.

17              THE REPORTER:  Perfect.  Before we go off

18   the record today, would you like an electronic

19   transcript, Virginia, with scanned exhibits?  Etran?

20              MS. CARRENO:  Yes.

21              THE REPORTER:  Perfect.

22              And then, Joe, did you need a copy of the

23   transcript, electronic with scanned exhibits?

24              MR. DAVIS:  Yes, please.

25              THE REPORTER:  Would you handle signature
```

Elias Moo  30(b)(6)
November 27, 2023

1    with the witness for me?

2              MR. DAVIS:  I will.  Yeah.  We'll reserve

3    signature.

4              THE REPORTER:  Perfect.  With that, we

5    can go off the record.  Thank you.

6              MS. CARRENO:  And, Ms. Kelly, would you

7    provide electronic with miniscript as well?

8              THE REPORTER:  You bet.  You mean

9    four-to-a-page, electronic and four-to-a-page?

10             MS. CARRENO:  Yes.

11             THE REPORTER:  Okay.  Off the record.

12             WHEREUPON, the within proceedings were

13   concluded at the approximate hour of 4:19 p.m. on the

14   27th day of November, 2023.

15             *       *       *       *       *

16

17

18

19

20

21

22

23

24

25

Elias Moo  30(b)(6)
November 27, 2023

```
 1              I, ELIAS MOO, do hereby certify that I have

 2   read the above and foregoing deposition and that the

 3   same is a true and accurate transcription of my

 4   testimony, except for attached amendments, if any.

 5              Amendments attached  (  ) Yes   (  ) No

 6

 7                         _____
                           ELIAS MOO

 8

 9

10              The signature above of ELIAS MOO was

11   subscribed and sworn to before me in the county of

12   _____, state of _____,

13   this _____ day of _____, 2023.

14

15

16                         _____
                           Notary Public
                           My Commission expires:
17

18

19

20

21

22

23

24

25   ELIAS MOO 11/27/23 (lbk)
```

```
 1                    REPORTER'S CERTIFICATE

 2    STATE OF COLORADO  )
                         ) ss.
 3    COUNTY OF LARIMER  )

 4            I, LISA B. KELLY, Registered Realtime
      Reporter, Registered Professional Reporter and Notary
 5    Public ID 20194029689, State of Colorado, do hereby
      certify that previous to the commencement of the
 6    examination, the said ELIAS MOO verbally declared his
      testimony in this matter is under penalty of perjury;
 7    that the said deposition was taken in machine
      shorthand by me at the time and place aforesaid and
 8    was thereafter reduced to typewritten form; that the
      foregoing is a true transcript of the questions asked,
 9    testimony given, and proceedings had.

10            I further certify that I am not employed
      by, related to, nor of counsel for any of the parties
11    herein, nor otherwise interested in the outcome of
      this litigation.

12
              IN WITNESS WHEREOF, I have affixed my
13    signature this 7th day of December, 2023.

14            My commission expires August 6, 2027.

15

16                    Lisa B Kelly

17                    _____
                      Lisa B. Kelly

18

19    __x__   Reading and Signing was requested.

20    _____   Reading and Signing was waived.

21    _____   Reading and Signing is not required.

22

23

24

25
```

Elias Moo  30(b)(6)
November 27, 2023

```
 1  Errata Sheet

 2

 3  NAME OF CASE: ST. MARY CATHOLIC PARISH IN LITTLETON vs LISA ROY

 4  DATE OF DEPOSITION: 11/27/2023

 5  NAME OF WITNESS: Elias Moo

 6  Reason Codes:

 7        1. To clarify the record.

 8        2. To conform to the facts.

 9        3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24

25                        _____
```

Elias Moo  30(b)(6)
November 27, 2023

| Exhibits | $ | 13 | 2 |
|---|---|---|---|
| | | 186:17 | |

**Exhibits**

EX 0001 Elias
 Moo 111723
  3:7 15:24
  16:1 157:25
  158:1
EX 0002 Elias
 Moo 111723
  3:9 64:4
EX 0003 Elias
 Moo 111723
  3:11 85:23,
  24 101:22
EX 0004 Elias
 Moo 111723
  3:13 98:3,5
EX 0005 Elias
 Moo 111723
  3:14 105:3,
  19
EX 0006 Elias
 Moo 111723
  3:16 124:14
EX 0007 Elias
 Moo 111723
  3:20 128:16,
  17
EX 0008 Elias
 Moo 111723
  3:22 133:25
EX 0009 Elias
 Moo 111723
  4:1 143:5
EX 0010 Elias
 Moo 111723
  4:3 156:25
EX 0011 Elias
 Moo 111723
  4:5 165:3
EX 0012 Elias
 Moo 111723
  4:6 171:18

**$**

$587,699
 108:23

**1**

1
 15:24 16:1
 58:22 158:1
 172:21,22
1,500
 205:10,17
 206:4
10
 20:18 150:3
 156:25
100
 49:21
1000-series
 63:25 64:1
10:30
 85:15
10:41
 85:15
11
 62:9 128:15
 165:3 184:12
 185:2
119
 7:17
12
 159:17
 162:18,23
 164:24
 171:18
 176:2,12
125
 31:10
126K
 108:24
12:27
 142:24
12th
 176:6

**13**
 186:17
**130**
 31:11
**1300**
 7:20 32:2,6
**14**
 209:14
**14220**
 9:20
**148**
 42:8,13,19,
 20
**149**
 214:16 216:1
**14K**
 108:23
**14th**
 124:15
**15**
 167:12
**15th**
 133:24
**16**
 193:1
**17**
 98:6 171:20
**17-page**
 171:9
**17th**
 100:15 104:9
**18/'19**
 208:15
**180-degree**
 191:6
**1985**
 18:20
**19th**
 28:18
**1:00**
 142:16
**1:09**
 142:24
**1st**
 142:19
 229:13

**2**

2
 20:19 64:4
 118:9 142:8
 229:12
2007
 27:18
2014
 27:18
2017
 10:2
2018
 21:9,10
 27:19 179:3
 201:25
 202:5,19
 205:24 206:5
 208:13,14
 229:13
2019
 179:3 202:5,
 19 205:25
 206:5 208:16
2020
 206:12
2021
 15:20
2023
 89:21,22
 98:6 107:13
 124:15
 128:15
 131:11 224:7
 237:14
20th
 28:18
21st
 28:18
22nd
 18:20
23
 150:2,4
 236:10
25th
 107:13

**26**
131:11
165:24
**26.5-4.205**
144:10
**26th**
120:4 132:3
133:8
134:14,21
138:15
139:11
140:1,10
231:5 235:19
**27th**
237:14
**2:42**
194:11

**3**

**3**
85:23,24
101:22
144:3,5
165:24
**30**
49:6
**30(b)(6)**
17:25 58:16
151:18
157:11
209:3,10
210:9
**30-3**
143:9
**34**
47:13,16
**36**
42:10,19,21
44:19 47:2
49:8 50:7
62:12 66:21
67:22 76:20
83:18 135:7
141:16 142:8
203:1,24
204:9

**38**
42:13,17
**3:00**
194:7
**3:01**
194:11

**4**

**4**
20:19 98:3,5
172:20
**4-year-old**
121:15,21,24
**4-year-old's**
122:25
**4-year-olds**
146:22
149:1,6
182:19
**4:01**
228:14
**4:08**
228:14
**4:19**
237:13

**5**

**5**
105:3,19
151:21
173:18
**5th**
28:1

**6**

**6**
20:19 124:14
175:25
**610,000**
214:15,19
215:6,16,20
216:1 217:14

**7**

**7**
108:20
128:16,17
157:11,23
158:4 228:23
**720-345-4700**
9:23
**7th**
176:4

**8**

**8**
20:18 26:3
112:13
133:25
167:15
228:23
**80012**
9:21
**8th**
24:19 25:17
62:15 176:4
202:11 224:7

**9**

**9**
143:5 179:23
**90**
15:2
**90-minute**
15:5
**9:20**
50:13
**9:31**
50:13
**9th**
176:6

**A**

**A-B-R-I-A-N-A**

24:7
**a.m.**
50:13 85:15
**abide**
34:12 41:13,
19,23 48:15
153:23 161:3
172:17 199:1
**abided**
190:10
**abilities**
61:15
**ability**
11:21 13:4,
8,17 44:10
93:22 95:18
96:13 101:5
138:1 155:1,
17 156:6
170:4 184:25
**able**
13:8 16:23
17:8,14,18
29:15 33:24
35:7,16
37:2,6 38:2
45:25 46:23
62:24 64:7,
17,21 69:14
70:25 73:10
76:17,25
80:6 82:22
84:7,9 86:1
88:15 89:1
90:20 93:22
94:1,20,25
95:2,6,13
96:11 97:20
98:11 100:7
104:13
105:17
109:20
111:2,10,12
112:1,2
115:22,24
116:1 117:2
136:7,8
138:1,19

Elias Moo   30(b)(6)
November 27, 2023

| | | | |
|---|---|---|---|
| 149:11 150:6 | acceptance | across-the- | adhere |
| 151:6 157:19 | 145:14 | system | 144:9 |
| 161:21,25 | 147:12 | 207:18 | adhered |
| 162:8 | accepted | action | 63:8 190:10 |
| 175:13,17,19 | 145:12 | 55:17 60:21 | adherence |
| 185:4 187:5 | 181:14 | 61:6 117:1 | 81:25 |
| 191:1 193:16 | 190:24 | 120:9,22 | adhering |
| 194:24 | accepting | 121:3,6 | 51:21 |
| 199:5,20 | 155:11 | 139:25 | adjust |
| 211:3 212:11 | access | 140:8,12 | 6:20 |
| 217:4 219:20 | 108:8 118:6 | 195:13 | administer |
| 221:2 222:8 | 132:25 | actions | 44:13 |
| 224:16 226:4 | 134:16 | 55:1 58:12 | administratio |
| 236:9 | 135:24 142:7 | 120:16 | n |
| above | 184:17 219:9 | active | 71:21 166:9 |
| 97:20 | accommodate | 211:13 | Administrator |
| Abriana | 186:9 | 212:4,21 | 62:14 |
| 23:24 24:5 | Accommodating | 213:5 214:10 | Administrator |
| Absolutely | 95:25 | actively | 's |
| 11:2,22 | accommodation | 37:16,24 | 62:17,22 |
| 75:17 | 186:5 192:18 | 226:1 | 63:7,24 64:2 |
| absorbed | accommodation | activities | admission |
| 97:5 102:1 | s | 70:2,11,13 | 95:18 96:10 |
| 109:4 | 184:17,20 | activity | 198:5 |
| abundant | 185:1,9 | 167:21 | admissions |
| 29:22 | 186:1 | 221:25 | 94:21,22 |
| abuse | accompany | add | 162:1,10 |
| 70:5 | 197:4 226:4 | 26:12 62:24 | admitted |
| academic | accomplish | 179:6 202:12 | 45:17 83:23 |
| 52:22 92:20 | 123:8 | 221:13 | 84:19 231:21 |
| 236:9 | accounted | adding | admittedly |
| Academy | 215:5 | 104:16 | 97:15 |
| 23:17,18,25 | accurate | 179:18 | adopted |
| 27:4 47:8,9, | 8:20 13:21 | addition | 171:5 |
| 19 49:7 | 42:8 88:22 | 235:6 | adore |
| 61:25 62:1 | 97:15,23 | additional | 221:18 |
| 67:5 102:19 | 184:10,11 | 113:7 140:12 | adult-to- |
| 165:16 | 214:17 | 168:14,16, | student |
| 169:11 | acknowledged | 20,24 179:18 | 63:20 |
| 208:17 | 174:4 | additionally | advance |
| accept | across | 212:7 | 95:14 |
| 145:17,22 | 32:13 40:22 | address | advancement |
| 147:23 | 95:18 | 9:17,18 | 86:21 |
| 162:24 163:6 | 188:21,22 | 184:18 | adversarial |
| 233:13 | 214:15 216:1 | addresses | 200:9 201:9 |
| acceptable | | 194:25 | adversely |
| 147:25 | | | 166:8 |

advised
  60:3
affect
  13:4,17
  167:20,22
affiliate
  215:21
affiliated
  67:11 151:15
affiliates
  215:22
affiliation
  69:13,15
  144:16
  211:24 212:1
  215:8 230:6,
  10 235:4,10
affirmative
  137:15
afford
  111:2 112:1
age
  150:12 163:1
  166:3,4
  183:3
age-
appropriate
  173:23 174:1
agenda
  125:22,25
  126:2,3,4,7,
  13,19,22,23
  127:21
ages
  20:9,14,15,
  18
aggressive
  201:8
ago
  15:4 47:25
  129:16
  132:11
  136:14
agree
  11:20 12:5
  82:7 83:25
  84:19 103:6,

10 158:24
161:3 163:4,
6,23 164:23
169:15 176:7
181:19
199:22
224:15,21
agreed
  101:11
agreeing
  149:19,22
  163:13,22,24
  164:7
agreement
  39:24 61:11
  81:17,25
  89:25 90:5,
  16,20,24
  91:4,8,15
  94:8 96:10
  98:22 103:9,
  24 104:23
  105:1 118:1
  119:6,7,15,
  18,20 120:7
  139:15
  143:6,19,25
  149:11
  154:7,8
  155:13
  156:16,18
  157:2,17
  159:7,10,13,
  18 164:24
  167:5,13,19
  168:4,5,10
  169:12
  230:21
  234:1,3
agreements
  40:8,11 42:4
  53:9,11,13,
  15 60:14
  117:23
  126:11
  128:5,9,13
  162:5
  169:21,24

170:11
agrees
  144:9
  162:22,24
ahead
  35:24 132:1
  186:17
  210:14
aides
  39:20
aims
  83:22 84:10
  95:2 123:14,
  20 201:6
alert
  83:1
allegations
  61:3 187:2
alleviate
  95:15 96:16
  168:25
allocation
  70:21,22
allow
  84:5 116:1
  145:24 180:6
  182:14
  183:20
  185:25 220:9
  226:9
allowed
  220:23
allowing
  168:2 226:16
allows
  45:23 191:1
alluding
  136:3
alongside
  22:4 23:6
  45:24 51:18
  52:18 56:11
  57:16
alternative
  145:15
  148:11

Amanda
  9:2
amended
  42:6 119:12
analysis
  29:12
ancillary
  39:18
and/or
  40:18 136:15
  171:3
anecdotally
  111:11,14
anecdotes
  111:21
announced
  97:7
announcement
  224:7
annual
  70:22 71:3
  214:24
  218:10
Annunciation
  23:16 88:13
answer
  11:5 12:3,9,
  17 13:9,16
  14:8,25
  20:17 26:11
  29:13 31:18
  35:15 38:17
  39:4 41:2
  44:1 46:6
  54:2 55:5
  67:3 68:14
  75:1 77:10
  79:23 82:13
  84:13 91:12,
  24 103:13
  122:7,16
  139:5 189:24
  192:21
  193:16
  209:21
  210:10 224:3

answered
  26:10 54:1
  80:15 115:8
  177:10
answers
  10:11,15
  12:2 18:12
  178:24
  179:10,18
anthropologic
al
  175:7
anthropology
  173:22
  174:14
anxiety
  185:21,22
  186:2
anybody
  14:14,15
anyone
  7:14 8:7 9:1
  17:7 30:21
  106:16 107:2
  125:14 137:9
  154:18,21
  221:15
apologies
  50:22,24
  72:9 83:8
  166:15
  193:19
apologize
  43:18
apostolic
  188:15,16
  189:5
appeal
  70:23,24
  71:3 98:16
  115:25 139:9
appealing
  116:22
  139:21
appeals
  140:5

appearing
  9:4
appears
  104:5 225:22
applicability
  177:5,6
applicable
  167:24
applicant's
  192:16
applicants
  235:1
application
  39:6 198:2,8
applications
  161:21
  228:24
applied
  88:6
applies
  75:7 176:12
apply
  38:19 63:14
  67:17,21
  78:13 79:4
  87:20 94:18
  144:19
  176:22 177:1
  191:3
applying
  86:23 97:8
  162:8
appointed
  30:18 43:1
  73:1,4
  216:12
appointment
  45:25
appoints
  43:8,14
  72:24
approach
  114:21
  226:12
appropriate
  174:6,8,9,21
  182:12

appropriately
  175:9
approve
  125:14
approximate
  237:13
approximately
  10:3 15:2
  171:9,20
April
  18:20
Aquila
  21:14 30:14,
  15,16 133:10
  189:5 222:23
Arc
  25:3
Archangel
  119:1,11
archbishop
  21:14,21
  26:14 29:17
  30:13,20
  43:1,5,11,
  14,21 45:7,
  14,21 46:16,
  23 47:24
  51:9 53:18,
  21 56:7
  65:14 67:15
  71:13,18,24
  79:12 131:25
  133:4,10
  189:19
  216:13
  222:23
  227:6,8,15,
  20
archbishop's
  30:25 43:2
  64:15 70:23
Archdiocesan
  23:2 24:15,
  18 46:3,9,
  10,12 53:5
  66:21 124:25
  196:23 215:3
  231:21

232:6,22
233:3 234:25
Archdiocese
  16:15,20
  17:11,13,15
  18:7,9,13
  20:25 21:8,
  12,18,22
  22:2,11,25
  24:25 26:7,
  22 27:2,16
  28:5,25
  29:2,7,8,14,
  18,20,21,25
  30:2,11
  31:5,8,14,25
  32:10,14,21
  33:8,9,13,16
  34:22,24
  35:12 38:8,
  12,13 40:16
  41:10 42:7,
  14,22 43:24
  44:6,18,22
  45:1,7,10
  46:10,13,18
  47:1,20,22
  48:1,14,16,
  18,20,25
  49:9,13 50:2
  51:2,11,14
  53:1,10
  56:15 57:1
  58:8,20
  62:16 63:7
  65:16 66:5,
  19 69:12,16,
  18 70:1,3,9,
  16,19,25
  71:4,11
  72:14,18
  73:17 74:24
  75:19,24
  76:5,11,14
  77:21 79:10,
  20 80:19
  81:22,23
  82:17 85:21
  86:13,16,22,

25 88:3,5
93:2,7,24
99:9 101:11
102:21 106:9
108:14,16
109:19
111:20
112:14,17
113:24 114:6
116:4,13
119:13
120:6,9
121:7,14,19
122:4 123:1
124:4,24
125:10
126:19
129:21
130:4,8,10,
12,14
131:15,19,24
132:10,14
133:10,11
136:7,8
139:1,23
144:1,24
146:23
148:20
149:10,11,
17,18
151:16,21,22
154:1,4,14,
20,25 156:17
157:12,20
158:17,25
160:2,10
163:5 164:22
165:11
166:12,17,
20,22 168:4,
16,17 169:1,
2,10,21
170:9,20
171:1,14
172:5,11,15,
16 181:5,8,
19 182:9,18,
25 183:6,11,
16 184:5,10

187:19
188:3,4
189:5,8,21
193:22,23
194:17,18
195:25
196:2,6
197:7,19
198:12
201:20,22,
23,24 202:19
203:2,17,24
204:10,17
205:8,9
208:25
209:7,16,21
210:24
211:11,13
212:15,20,22
213:5
214:14,20
215:12
217:15,25
218:5 219:2,
22 220:6,9,
24 221:7
224:12,22,23
226:22,24
227:24
228:1,5
229:15
232:12
233:13,21
234:8,16
235:9 236:5
**Archdiocese's**
129:17
150:16
155:1,17
156:6 157:13
**area**
28:17 29:5
44:18,21,25
96:21 216:4,
11,24
**areas**
26:13 48:17
49:5 182:25

**arise**
160:25
**arises**
195:16
**arising**
182:19
**Arkansas**
9:20
**arm**
34:23 129:24
**around**
17:11 26:18
30:7 31:10
59:25 89:17
126:11
137:14 147:3
148:13 185:9
**arrangements**
28:19
**arrival**
180:2
**articulate**
38:3
**as-sent**
231:1
**ascertain**
77:1 197:5,
24
**ascertaining**
196:11
**asked**
7:12 11:15
13:1 26:9,25
33:14 40:7,
10 53:25
121:15,19,25
131:12
146:21
153:13
161:14
164:14
172:14
175:15 177:9
192:13 203:5
214:25 231:6
**asking**
7:10 11:5

54:3,8,18
68:10 75:5
87:23,24
90:6,10,13
98:19 112:21
117:25 126:3
132:7,8
147:23
152:25 185:7
**asks**
172:16 219:2
**aspect**
53:7 174:19
175:15
181:15
**aspects**
51:22 71:3
127:17
175:21
179:16 186:6
196:19
**asserted**
184:22
186:15
**asserting**
121:15,21
193:10
**assess**
171:12
**assessing**
193:7
**assessment**
151:22
**assigned**
94:19 161:20
**assist**
98:20 106:16
135:1,11
136:4 193:7
**assistance**
70:19 93:3
157:1,5,15,
17 158:9
170:9
**assistant**
23:24 27:10,
12 52:5

116:12

**associate**
36:13 39:12
52:5,9,12
172:4

**associated**
47:16 63:11
116:10
215:17

**Association**
99:2,18
100:5 101:1
102:10,19
204:14,20
205:6
218:15,18

**assume**
75:18,20
116:4

**assumes**
46:5 103:21

**assuming**
181:10 184:2

**assurances**
140:16 144:8

**at-will**
53:13

**athletics**
180:21

**attached**
46:22

**attempt**
126:23
142:2,9

**attempting**
126:22

**attempts**
140:5

**attend**
37:2 220:14

**attendance**
106:7 215:7
220:20

**attending**
37:13

**attention**
59:7,20 64:3

107:16
108:19 109:9
124:13 144:3
165:2 173:19
175:24

**attentive**
193:4

**attest**
37:2

**attorney**
7:6,7 99:25

**attorney-
client**
14:7 106:22
139:4 169:6

**attorneys**
8:24

**attracted**
59:2,11,21
60:11 147:7

**attraction**
59:14,18
60:18 147:18

**atypical**
179:24
180:10,18,25
181:2,12
182:11,24
184:7

**audience**
106:24
188:25

**audits**
54:12,25

**August**
211:11

**Aurora**
9:21

**authentic**
184:23

**authenticate**
64:20

**authoritative**
189:19

**authority**
18:8 31:4
33:1,6 43:2,

23 44:3,6,
10,14 55:17
56:8,22
57:11 58:20
64:15 68:24
71:12 72:15,
19 76:4,8,10
115:20
130:10,11
187:14,15,25
188:20
189:11 192:4
227:9,14

**authors**
177:3,20,23,
25 178:14,18
181:18
186:13

**autonomy**
67:19

**auxiliary**
116:13

**available**
25:15 92:3
218:22
223:2,8

**avenues**
115:22

**awarded**
88:8

**awards**
229:11

**aware**
18:12 68:19
75:18,20
76:13,16
93:1,6
102:12 104:1
115:9,12
121:17
158:17
159:17,19
165:17,20
166:11,15
170:8 192:22
208:6 224:6
230:8,10

**aways**
6:23

---

**B**

**bachelor's**
19:5,8

**back**
12:19 15:20
28:21 31:24
50:14,16
56:24 65:8
82:5 83:7
85:16 105:4
112:9 120:5
127:14
142:16,25
143:1 156:1,
14 157:25
161:10 192:5
194:6,12,14
201:25 202:6
203:8,17
205:24
206:17 210:6
225:10
227:22
228:9,15
235:25

**back-end**
97:12

**ballpark**
31:10 87:17

**baptism**
222:17
223:22 224:1

**baptisms**
223:20
224:8,16,22

**Baptist**
23:19

**baptized**
224:9

**Barbara**
134:6

**barred**
221:22

Elias Moo   30(b)(6)
November 27, 2023

**barrier**
90:11,13,19
91:9 93:14,
17 94:4
**barriers**
86:8,9 95:23
**base**
218:7
**based**
32:6 149:12
151:7 161:21
164:2 171:11
207:13 217:9
219:19
223:13
**basic**
9:7 10:7
173:21 214:1
**basis**
21:10 114:18
124:12
149:20,23
150:10
163:13,16
166:2 185:13
194:19
213:3,14
227:19
232:10
**basket**
113:12,13
**Bates**
118:11
**bathroom**
146:18
184:18 185:9
192:19
**battery**
83:1
**began**
100:18,22
**begin**
45:24 100:23
141:25
182:13
**beginning**
27:25 229:5

**begins**
190:20
**begun**
146:10
**behalf**
16:14 18:9
21:25 26:13
51:9 69:25
70:3 74:12
78:23 88:6
101:10 108:6
130:2,14
157:20
209:20
**behavior**
145:8 147:10
201:5,8,9,17
**behaviors**
81:9 181:21
**belief**
39:9 53:2
138:6 190:22
**beliefs**
40:10 53:16
54:16 60:20
61:11 81:9,
25 82:11
108:9 113:19
114:14,23
115:16,23
116:2,18
117:4 125:22
127:7 133:1,
2 135:25
144:2,25
151:7,9,24
154:6 155:19
161:22
166:23 181:8
183:1 198:13
201:18
**believe**
23:22 33:10
41:9 42:6
49:18,20,22
51:3 54:7
58:5 71:18
74:16 79:17

81:1,12,16,
19 88:25
89:18 90:6
93:12 96:3
97:7 100:1
118:18
119:3,10
124:14
128:15
144:24 150:2
159:2 167:4
172:14
175:14
177:12 195:4
198:4 202:25
204:11,21
209:14 211:2
215:5 218:8
219:7 221:17
228:16,22
233:2
**believed**
108:14
190:11
**believers**
190:11
**believes**
144:1 198:25
**below**
179:8 180:1
188:16
**Bend**
19:1
**Benedict**
30:19 191:22
**benefit**
84:16 113:20
138:24
**Bernadette**
24:1 165:17
**besides**
20:21 132:14
**best**
11:21 17:1
30:1 38:22
44:11 45:18
77:14 78:7
81:5,11 92:7

100:17
102:23 141:1
162:14
183:13 194:1
202:15
206:20
**bet**
237:8
**better**
7:3 17:8,14
73:10 191:1
**Bible**
173:14
**binary**
180:17
**binding**
18:13 53:20,
21
**biological**
121:16,22
145:13
146:14,18
171:6 175:8
182:2,3
184:24
225:22
**birth**
18:19 127:10
**bisexual**
147:8
**bishop**
23:18 49:2
61:24 66:6
116:6,7,12,
13,14
**bishops**
115:14,19
116:3,5,9,
16,19 117:9,
12 129:3,4,
25 130:2,3,
16,18,20
132:18,22,24
140:2 173:16
187:16,20,23
188:1,6
189:4,14

bit
  6:16 7:2
  13:12 20:23
  28:22,24
  52:1,7 64:18
  65:11 69:6,
  12 75:4
  95:21 129:15
  136:14
  138:18 149:2
  157:6 162:21
  165:6 183:19
  194:20
  201:20
  207:21
  214:10
black
  194:25
Blessed
  23:17 47:9
  62:1
block
  91:1
Blood
  25:4
blurred
  182:14,15
board
  48:12,13
  71:17,19,20
  72:20 73:2,5
  100:25 102:4
  130:18,20
  132:20 140:2
board's
  72:20
body
  117:9
  174:19,25
  175:1
Bonnie
  15:25 16:5
  64:5 65:7
  68:3 85:20
  98:4,8
  105:18,21
  134:4 143:7
  157:25 159:6

  165:23
  167:11
  169:19
  171:17
border
  30:3,4,5,6
borrows
  177:12
bottom
  34:11 64:21
  98:9 99:14
  102:16 103:1
  124:19 134:8
  147:15
  167:18
  186:18
  199:14 227:8
boundaries
  22:2 213:17,
  24 215:11
  218:5
boundary
  30:9 217:12
boy
  180:20
  182:2,4
boys
  20:18 175:18
  180:5,14,22
  183:16,20
  184:3
Brazil
  225:2
break
  11:3,4,6,8
  50:9 85:11
  112:9 142:13
  192:11 194:6
  228:8
breaks
  11:7,9,11
brief
  15:3
bring
  8:10 138:24
Brittany
  128:25

  129:12,13
  133:14
broad
  180:3
broader
  104:4 105:12
broadly
  126:13
broke
  207:20
Brothers
  65:24
brought
  59:6,20
  102:5 109:8
buckets
  46:18 51:16
Buell
  86:20,24
  87:6,10,11,
  23 88:4
  228:21 229:3
  230:3,4
build
  11:7 63:17
building
  191:22
built
  33:6 190:19
bullet
  89:24 90:10
  94:11 95:22,
  24 96:20
  107:17
  108:20
  110:21
  112:13
  114:19
  115:13
  144:8,12
  149:8 156:2
bullet also
  109:24
bulleted
  128:1
bump
  206:13

bumps
  212:9
bunch
  194:14

_____

          C

C-H-I-L-L-E-
L-I
  24:10
Cafeteria
  39:19
calendar
  28:15 131:2
California
  18:23
call
  8:25 15:1,3,
  5,6 53:12
  66:11 84:14
  169:25
  170:13
  174:18 182:5
called
  99:2 219:6
calls
  29:12 35:13
  38:16 41:1
  55:4 58:13
  60:23 61:17
  68:8 82:18
  91:23 119:21
  120:10 139:4
  141:18 153:9
  154:15
  155:4,20
  156:8,20,21
  160:4 163:8,
  9 168:7
  169:6 198:15
  207:8 208:9
candidate
  38:19
Canon
  21:24 31:1
  35:4,11
  227:8

canonical
  34:23 45:23
  64:14
canonically
  42:25 45:4
capacities
  174:3,4
capacity
  16:18,19
  41:8 52:13
  209:12,22
  210:11
capital
  150:6
CAPS
  99:18,21
  101:2,4
  102:3
capture
  154:3 191:14
captured
  104:20
  173:12
care
  42:13,21
  81:24 216:12
Carreno
  6:8,9,12
  7:1,4,5,6
  8:23 9:5,6
  14:13 15:7,
  25 16:2,5,7
  18:2 20:14,
  20 26:21
  29:19 31:23
  35:20 38:24
  39:11 41:6
  42:18,19
  44:5 46:7,8
  50:8,15,16
  54:7 55:16
  58:18 59:5
  61:14,20
  64:5,7,23,25
  65:1,7,9
  67:14 68:3,
  5,13 73:19,
  21 75:8

78:12 80:3
83:2,5 85:8,
10,17,18,20,
24,25 91:16
92:25 98:4,
10 103:16
104:1
105:21,23
106:23
112:6,11,12
118:8,13,14,
23,24 120:2
121:5 122:8,
14,23 131:20
133:13
134:4,11
136:18,25
140:13
142:1,12,15
143:1,7,11
144:4,7
149:25 150:5
151:20
152:12
153:16
154:23
155:15,25
156:14,24
157:24 158:2
159:4,9
160:9
162:20,22
163:25
165:23,25
167:11,17
168:11,22
169:9,18,20
170:6,8,16,
18 171:17,19
176:15,17
177:22
178:11
187:24
189:23
193:15
194:5,13
200:12
202:23
203:7,14,15

207:20
208:24
209:6,13,24
210:7,13,16,
21 224:3,20
226:19 227:3
228:7,16
229:3,9,20
230:2,17
231:4,10,16
232:16
233:10,18
234:5 235:11
236:16,20
237:6,10
carried
  57:8 79:5
  148:11
  187:15,19,
  23,25 188:5
carries
  69:19,25
  70:2,8
carry
  21:23,25
  26:18 40:2
  41:23 52:11
  91:5 93:22
  146:11 217:4
carrying
  59:15 123:6
  138:5
case
  6:3 27:21
  42:7 49:22
  56:3 60:1
  117:1 123:23
  138:14
  139:12
  143:10,24
  148:21
  152:18 159:2
  195:14,15
  214:14 224:1
  227:15
case-by-case
  124:12
  185:13

194:18
226:23
227:5,19
cases
  183:3
catechesis
  77:16,25
catechism
  83:13 173:5
  190:8
categorizatio
n
  217:7
categorized
  180:23
category
  202:12
  219:24
Catholic
  17:12,16
  21:3,20,22
  22:1,10,24
  23:8,16,17,
  18,19 24:12,
  25 26:19,23
  27:4 28:4,
  23,25 29:2,8
  32:25 33:9,
  13,25 34:3,
  5,8,13 35:5,
  11 36:3,6,
  15,16,19,21,
  24 37:11,15,
  25 39:14,16,
  18,22,23,25
  40:9 41:8,17
  44:21,24
  45:6,17,24
  46:24 47:8,
  9,23,24
  48:2,4,9
  49:4,12,19
  51:4,7,8,10,
  13 53:1,10,
  16 54:16
  56:18 57:2
  58:4,11,20
  60:22 61:11,

25 62:1,7,
10,13,14
64:15 65:15
66:18 67:17
69:13,15,17,
24 70:7,15,
18,20,23
71:2,5,8,9,
10,16,21,25
72:15,19,22,
23 73:2,16,
17,23,25
74:6,17,21,
23 75:7,9,
20,25 76:5,
6,8,11,12,
14,20 77:6,
8,21 78:2,6,
21 79:11,13,
15,16,18,20,
24,25 80:8,
18,20,25
81:3,4,7,10,
13,25 82:1,
9,11,16
83:10,13,18
84:16 85:22
88:13,17
92:22 96:20
106:9 107:4
108:4 110:5
111:3,4,8,9,
12 112:1
115:14
116:10,12
117:5,6,8
119:14
121:25
123:7,14,15
125:24
126:20,23
127:2,3,7
129:1,4,14,
16,18,22,23
130:1,6,9,13
132:4,14
149:16 151:9
153:11,20
154:5,12,21

157:14
159:14
165:14,16
171:25
172:16,25
173:2,5,7,20
174:20
176:24 178:3
186:20,22
189:20 190:8
199:3 204:5,
13,18,19
205:4,5,12,
14,15
206:11,25
207:1,5
208:17
211:12,24
212:3,5,21
213:4,9,23
215:6,21,23
217:11
218:2,4,14,
17,19 219:14
220:6 224:22
227:25
228:2,4
235:1,3,4
**Catholics**
33:17 35:23
37:6 39:1
190:11
214:15,19
215:15,16
216:1 217:15
**caught**
58:25
**caution**
225:15
**cautioning**
186:13
**cautious**
226:16
**cc'd**
129:6,11
**CCAP**
93:20 97:7
156:25

157:5,10,15
158:10,18,20
159:20,24
160:3,10
161:9 162:6
164:11,14,
22,24 166:24
232:19,25
233:4,6,12
234:22
**CCAP's**
163:11
**celebrated**
147:14
216:17
**celebration**
215:2
**cell**
8:3
**census**
215:9,23
**center**
7:18 32:22
190:9
**centers**
26:18 77:17
**central**
204:18
**CEO**
71:9,16,17,
20 72:23,24,
25 73:1,11
**certain**
39:10 54:14
153:17,23
185:8 211:21
**certainly**
34:1 90:20
126:25
140:18 142:6
155:7 185:13
200:16
227:15
236:11
**certificates**
19:16,17

**cetera**
62:24 152:23
182:7,8
191:23,24
**chain**
33:6 71:15
121:3
**challenged**
104:8
**challenges**
111:19 161:6
207:25
**challenging**
104:2
**chance**
134:3
**change**
91:8 110:10,
14 140:15
189:17
190:2,4
192:5,6
224:14
**changed**
91:3,5
**changes**
97:19 101:6,
9 106:19
139:9
**channels**
139:8
**chapels**
217:2
**characteristi
cs**
144:18
**characterized**
225:23
**charism**
66:12
**charitable**
81:22
**Charities**
17:12,16
69:13,16,17,
25 70:7,16,
18,20 71:2,

5,8,10,16,
22,25 72:15,
19,22,23
73:3,16,18,
23 74:7,22,
23 75:7,9,
21,25 76:15
77:6 78:22
79:13,15,18,
25 80:9,21
81:3,7
228:2,5
**Charities'**
73:25 81:13,
18
**charity**
71:2
**charter**
26:19
**chat**
7:23
**chats**
8:6
**Cherry**
47:19 49:7
67:6
**chief**
17:12 18:6
21:16 32:21
33:3 71:19
73:12 227:14
**child**
82:19 84:8
112:2 122:25
144:19
147:19,21
174:12 180:2
181:10,11,20
182:1 185:24
195:18,22
196:15
197:13,21
200:3 222:21
226:22
**child's**
122:3 144:19
173:24 174:3
181:4

**childcare**
77:17 82:4
93:3 157:1,
4,15 158:9,
16 162:24
**Childhood**
7:9
**children**
20:7,10,12,
15,21 77:5
79:19 82:10
83:14 84:2
111:4,7,12
123:9 144:14
146:3 148:18
156:3,12,13
166:4 173:22
174:14
**Chilelli**
23:24 24:9
**choking**
114:3
**chose**
168:6 177:20
206:11
**chosen**
180:7
**Christ**
29:22 37:17,
20,22 82:23
83:15 221:18
**Christian**
34:8 102:19
173:22
174:13
**church**
31:3 33:24
34:13,17
35:5,8 37:7,
11 39:10,25
41:5,24
42:25 44:24
45:9,23,24
48:18 49:2
53:19 59:12,
23 60:4,13,
17,19 66:1,
12 69:25

72:5,6 74:13
77:23 78:17,
24 81:10
82:18 83:13,
25 84:10
102:21
112:16
116:10,13
123:8,20
124:7
126:16,20,24
127:2,3
147:11,25
148:12
153:12,15,
19,22
154:19,22
171:11
172:25
173:3,6,7
174:18
186:22
187:7,8,15,
25 188:15
190:6,8,16
191:7,10,15
195:4 199:23
213:18
215:18
216:5,6,8,10
217:8 222:14
223:13
224:14 226:2
227:10
231:24
**church's**
37:11,25
38:21 40:5
41:14,19,20
51:22 61:12
84:3,5,24,25
123:18 127:7
138:6 171:16
186:11
191:10 195:7
200:1 225:25
226:8
**churches**

45:14 115:20
217:3
**circumstance**
207:17
225:20
**circumstances**
33:12,14,15
38:8,11 82:4
144:19 191:3
207:12
219:19
**citations**
62:23
**cited**
179:9
**citizenship**
150:12
**City**
230:6,10
**claim**
186:20 187:5
**Clara**
18:22
**clarification**
60:16 109:11
**clarified**
97:10,16
109:6
**clarify**
15:3,15 29:4
36:10 44:2
46:7 49:15
54:3 56:25
68:10 74:2
75:3 79:24
91:13 105:16
173:25 185:3
218:21
**clarifying**
168:14
**clarity**
122:20 199:5
226:12
**class**
180:22
211:19

classes
  89:25 90:2,
  7,11 91:20
  149:8,13,14
  233:22
  234:10,14,18
classroom
  27:14 201:10
Claudia
  20:2
clause
  103:9
clear
  10:21 13:16
  47:10 59:10,
  13 60:10
  81:17 114:11
  140:21
  148:10
  178:20 190:7
  195:3 196:6
  198:24 199:9
  200:7 209:14
  222:15
clearly
  225:15
close
  6:25 199:20
closed
  206:10
  208:14,15,19
closely
  101:16
  114:11
closer
  6:24 7:2
cloth
  78:19
clothing
  69:21 146:16
co-authors
  177:13
co-supervise
  22:12
coalition
  98:17,23,24
  99:5 115:3

coalition's
  108:10
Coats
  153:3
coauthored
  172:8
code
  61:12 151:8
  153:13,23
  154:4,17,18
  180:7
  183:15,23
  184:2
coherent
  191:2
cold
  13:6,13,17
collaborated
  86:22
collected
  112:3 206:2
  215:3
collection
  215:14
collective
  86:24
collects
  204:14
college
  18:24 19:4
colloquially
  113:11
color
  162:25 166:3
Colorado
  7:7,9,21
  9:21 93:3
  99:2,18
  100:5,25
  102:10
  115:14,19
  116:6,7,10
  117:5,6,8,10
  129:1,4,14,
  16,18,22
  130:1,5,6,9,
  13 132:4,13

  157:1,4,15
  158:9 167:23
  214:17
come
  12:19 19:19
  40:22 55:22
  56:4 57:11
  60:9 68:16
  83:17 84:3,
  22 91:7
  95:18 100:19
  114:12 121:1
  123:3 135:22
  139:12 140:7
  142:16
  160:20,25
  163:10
  164:20
  173:3,4,6
  181:17
  186:10
  188:19
  191:8,20
  194:6 199:24
  203:8
  221:11,18,21
  222:18 228:9
comes
  17:10 33:19
  83:24 102:5
  145:5 163:19
  178:24
  189:12
  198:18
  223:21
comfort
  139:10 168:1
comfortable
  155:14
command
  33:6 71:15
  121:4
commands
  78:17,18
comment
  112:4
commitment
  140:25

Commitments
  40:10 53:17
  61:12 154:6
committed
  102:24
common
  188:23 220:6
communicate
  8:6 139:8
communication
  50:4 52:16,
  21 56:1
  100:13 139:4
communication
s
  7:24 169:6
communion
  35:5 187:16
communities
  32:13 43:8
  77:2 139:20
community
  40:9 43:4
  45:15,21
  53:2,16
  54:16 61:11
  74:7,8 115:5
  151:9 154:5
  199:4,15
  207:15 208:2
  213:9 216:17
  221:10,12
  223:17
  225:17
compartmental
ize
  90:22
compel
  138:4
compendium
  190:9
compilation
  178:18
compiling
  179:5
complaint
  42:6,12,16

119:13
143:24
164:15
**complete**
12:2 13:21
202:8 220:15
**completed**
73:22 213:10
**completely**
48:12
**completing**
54:4
**complexities**
194:25
**compliance**
69:9,10
**compliment**
171:13,24
**complimentary**
84:9 174:17
**comply**
48:15 54:21
**complying**
57:8 160:19
**component**
77:20 204:3
**comprehensive**
173:5
**compromise**
125:23
**compromised**
115:24
**compromising**
108:9
113:18,19
114:14 133:2
135:25
**computer**
8:14 83:3,6
**concede**
17:18
**concepts**
175:4
**concern**
91:9 93:15
94:3 96:23
104:17

105:5,6
114:15 145:4
148:2 155:8
161:12 167:2
183:7,8
**concerned**
95:11 109:20
156:23
182:18
**concerns**
86:8,9 95:15
96:16 99:6
101:25
104:21
110:25
111:21 146:6
147:1,2
148:13 151:1
155:1,24
156:17 161:5
162:15
166:21
169:1,11
184:18
**concise**
31:12 173:4
**concluded**
237:13
**conclusion**
91:23 153:10
154:16
155:21
156:9,21
160:5 163:9
**condition**
81:24
**conditions**
225:11
**conduct**
40:3 52:3
54:12 61:12
124:5,7
127:22 145:8
151:8
153:13,23
154:4,18,19
197:8,9

**conducted**
67:18
**conference**
7:17 115:14
117:5,6,8
129:2,4,14,
16,18,22,24
130:1,6,7,9,
13 132:5,14
**confessing**
223:10
**confession**
224:2
**confidence**
49:21 161:3
**confines**
17:24
**confirm**
50:19
**conflict**
124:9 184:14
198:10
**conflicts**
165:1
**conform**
172:25
**conformity**
226:2
**confused**
75:4
**confusing**
122:18
**confusion**
121:25
145:19
181:25 193:4
225:17
226:18
**congregation**
219:23
220:2,7
**congruence**
231:24
**conjunction**
25:13,23
**connect**
15:4

**connection**
83:8 90:18
92:22
**connections**
78:5 133:20
**consecrated**
65:22
**consensus**
104:12
**consider**
46:2 48:3
78:9
**considered**
46:12 47:1,
21 59:16
71:11
153:12,14
154:13,19
173:10
180:24
213:23 214:5
217:12
**considering**
163:6 232:3
**consistent**
41:24 51:15
96:15 130:15
151:23
155:18
186:21
191:9,20
202:2 206:5
226:7
**consorts**
46:25
**constantly**
112:21
191:15
**Constitutions**
167:24
**construed**
167:14,20
**consult**
57:24
**consultant**
100:4

contact
  133:16,18
contained
  159:18 177:8
contents
  8:8 101:11
context
  58:2 185:16
  191:19
  203:12
continuation
  191:19
continue
  108:6 111:1
  115:21,25
  116:25 117:2
  118:4 126:8
  132:25
  134:16
  135:24 151:6
continues
  108:17
  114:20
continuing
  98:1
continuity
  190:18
  191:15,17
  192:3 225:8
contract
  61:10 81:18
  103:18,19
  104:5 105:10
  142:3 154:24
  159:21 163:5
  165:4,20
  166:1 167:12
  168:23
contracted
  100:4
contractor
  15:19
contracts
  53:3,12
  60:14 81:14
contradict
  190:21

contradicts
  147:11
contrary
  34:17 40:5
  41:20 59:23
  60:4 124:7
  125:22
  145:13
contributed
  207:4
contributing
  213:8
contrition
  223:3
control
  71:5,7,8
  94:13,15,23
  229:15
conversation
  14:20,23
  59:25 61:5
  76:17 102:3
  119:24 120:8
  121:1 198:18
conversations
  55:9 68:17
  75:25 76:14,
  19 137:8
  138:12
convert
  80:11
convey
  92:8
conveyed
  113:17
  115:21
  151:11 160:8
  187:10
conveys
  146:12
  150:20
  186:23
COO
  73:12
cooperate
  125:21

cooperates
  44:12
cooperation
  56:6
coordinate
  112:9
coordinating
  88:19 89:13
copies
  54:18 228:19
copy
  63:1 118:9,
  10 143:5
  165:4 236:22
core
  184:22
corners
  189:15
corporal
  69:19 78:20,
  23
corporate
  17:15 29:17
  42:24 43:10
  129:19
corporation
  29:9,15,16
  32:22
correct
  12:5,8,17
  15:11,12
  16:20,21
  27:22,23
  47:15 48:5,8
  50:20 51:5,6
  56:8,12,13
  58:6,7 62:4
  63:16 64:1
  68:24 72:11
  73:11 74:19
  79:13 87:9
  89:22 93:4,8
  97:25 99:11,
  12,14,15
  103:20,25
  104:24
  105:11

106:25
107:1,15
108:12,16
109:18,23
127:22
134:19,23
136:9,10
142:4,10
148:6,15,16
149:21,24
164:14
167:25
172:18 178:1
181:5,6
183:14
192:24,25
193:24
197:21
203:19 205:7
212:24
215:18
219:12
223:23
232:5,10,17
234:23
corrected
  68:25
correction
  52:7
correctly
  23:23 24:2
  47:14 86:20
  87:7 90:4
  119:3 125:4
  202:22
  203:18
  204:22
  206:19 218:8
correlation
  209:17
cost
  111:13
  158:16
counsel
  9:3 14:17,19
  106:18
  125:17

count
  205:18
  214:24,25
  218:11
  219:3,5
counties
  162:8
counts
  202:8
county
  30:3 160:18
couple
  15:4 192:10
  213:7 214:22
  221:20
  222:7,8,12
  223:18
  231:14
coupled
  94:7
couples
  127:15,16
  193:10,17
  220:23
course
  52:22 117:1
  132:20
  173:23
  182:15
  195:13
  207:16
court
  12:15
cover
  158:16 211:6
  235:7
covered
  67:1 136:11
  231:10
COVID
  206:7
create
  93:14
created
  82:24 86:6
  89:8 174:24

creates
  123:18
creating
  226:13
creation
  175:13,14
credits
  166:5
criteria
  211:16,22,23
  212:9 214:9
cross
  181:22
  182:22,23
crunch
  236:8
cultural
  180:17
culture
  126:14,24
  183:8
Curia
  189:13
current
  21:2 28:7
  108:20
  109:1,25
  110:1
  169:12,14
  173:8 191:3
curriculum
  51:19 77:16
  93:23 174:20
  175:15
curriculums
  80:20
custodians
  39:19
cut
  103:2,5
  104:14
  136:23 149:2
  209:5
cutoff
  30:6 142:18

D

dad
  175:20
Dame
  18:25 19:7
data
  112:3
  204:15,19,22
  211:3 215:3,
  4,9,14,23,24
date
  18:19 109:12
  131:2
dated
  100:14
  107:13
  124:14
  128:15
dates
  28:20
Davis
  7:15 8:23
  9:2 13:5
  14:6,24 15:3
  17:22 20:11,
  17 26:9
  29:11 31:15
  35:13 38:15
  39:3 40:25
  42:15 43:25
  46:4 50:11
  53:25 55:3
  58:13,23
  60:23 61:17
  64:19,24
  67:2 68:8
  73:15,20
  74:25 77:9
  79:22 82:12
  85:13 91:10,
  22 103:11,21
  106:21
  112:6,8
  118:8,10,21
  119:21
  120:10

122:6,12,19
131:17
132:15
136:16 139:3
141:18
142:14,22
151:17 152:5
153:9 154:15
155:4,20
156:8,20
160:4 163:8
168:7,19
169:5 170:2
176:13 177:9
178:6 187:21
189:18
193:12 194:8
198:15
202:23
203:4,11
207:7 208:9
209:2,9,19
210:3,19
223:25
224:17,24
226:25
228:12
229:1,6,17,
23 230:16,25
231:9,14,18
232:18
233:11,20
234:7 235:14
236:13,24
237:2
Dawn
  7:8
day
  44:14 91:1
  92:10 214:25
  219:1 227:20
  237:14
day-to-day
  44:13 48:23
  58:1 227:16
days
  15:4 37:13

de
  49:19
deal
  35:7
dealt
  120:21
December
  28:1,14,17
  142:19
decide
  192:5 200:18
decided
  131:5,8,22
  132:8 133:6
  136:13
decides
  200:13
decision
  28:9 61:13
  131:9,16,23
  132:10,12
  133:3,9
  135:16 139:2
  140:1,12
  158:3 236:12
decision-
making
  43:23 44:3,5
  48:24 135:2,
  4,12 136:5
decisions
  56:19 58:5
  114:17
  151:5,7
  155:3,18
  156:7,11,19
  177:15
  194:18
  224:12
  232:12
deck
  106:2 131:13
declaration
  73:22 81:21
  181:10,11
  211:10,11

declarations
  52:24 137:15
declared
  6:2
declaring
  147:6
decline
  208:1 232:4
decongestant
  13:6
decrease
  110:20
  206:18,22
decreased
  208:7
decreases
  207:5
decree
  45:22,23
  47:24
decreed
  46:15 53:17,
  20
deeper
  175:6
deepest
  139:7
defend
  187:5
defendants
  7:8
defense
  33:20 34:20
define
  170:24
defined
  208:2 215:11
defines
  216:10
definitely
  11:8 76:23
definition
  213:22 217:9
degree
  19:3,5,8
  188:12,16

degrees
  19:6,11
  188:8 189:10
delegate
  21:21
delegated
  21:15 33:2
delineated
  42:4
delineating
  138:16
demographic
  204:2,12
  214:1 220:17
demonstrates
  41:12
demonstrating
  41:22 121:24
denied
  108:11
  192:16,17
denotes
  154:9 176:23
Denver
  7:21 16:15,
  20 18:7
  21:1,8,12,
  14,22 22:2
  26:14 27:5,
  16 28:17,25
  29:3,14,17,
  18,20,21,25
  30:2,12,13
  31:25 32:2,
  14,22 34:23
  43:1 44:19,
  22,25 45:7,8
  46:13,16,18
  47:1,22
  48:2,16 50:2
  51:11 53:10,
  18 57:2
  58:20 62:16
  63:7 69:18
  70:1,16,19
  71:12 74:24
  76:5,12
  77:21 79:11

  82:17 85:21
  86:13 93:7,
  20 96:21,24
  97:2,8
  101:16,23
  106:9
  108:21,25
  109:14,16,21
  116:4,14
  124:25
  125:10
  130:4,8
  131:24,25
  133:5,10,12
  149:17
  154:4,20
  157:16
  165:4,7,10,
  14 166:17
  182:9 183:6
  189:21
  204:17
  224:23
  227:15 228:6
  229:16
  230:7,10
Denver's
  46:10 49:13
  69:12
Denver-funded
  229:22
departing
  60:7
department
  7:9 35:1
  51:9 219:10
departments
  32:23,24,25
  33:2,3
  188:19
  189:13
depend
  120:13
dependency
  114:16
dependent
  112:15,18
  114:2,9

dependents
  20:20
depending
  11:9 160:6
  188:10
depends
  110:11
DEPONENT
  82:25 83:4,7
  134:7 152:10
  167:15 194:9
deponent's
  6:6
deposed
  10:4 15:11
deposition
  7:10 8:7,8,
  11 10:8,14,
  17 11:10
  12:14 14:5,
  16,21 15:23
  16:11,15,22
  17:4 18:10,
  17 157:12
  209:12,22
  210:12
  228:19
  230:12
  235:18
depositions
  14:19 142:18
described
  22:17 26:8
  39:2,11
  44:17 53:20
  67:25 74:17
  97:24 153:25
  178:15
  182:21 185:1
  215:23
  229:20
describing
  74:21 219:18
description
  21:19 36:22
  66:18
designate

96:14
designated
  151:13
  152:13
desire
  77:20
  112:14,18
  114:8 132:22
  137:3 138:13
  139:7 199:19
desiring
  146:2
detailed
  63:5
determination
  51:17 201:4,
  16 226:23,24
  227:2,5
determinations
  113:25 114:7
  157:13
determine
  68:18 140:14
  168:25
  187:19,22
  199:16 201:1
determined
  60:17 195:19
  198:9 222:11
determining
  195:9 215:22
develop
  190:1 192:6
development
  22:6 174:2,
  13 180:2,3
  181:20
  191:8,13
developmentally
  182:11
develops
  190:25
devices
  8:1

devoid
  77:20
diagnoses
  196:16
diagnosis
  185:19
dialogue
  196:20,21
  197:13,16
Dicastery
  225:12 226:14
Dietrich
  129:11
differ
  184:23
difference
  75:17 84:5
  180:9
differences
  60:6 123:24
  175:18 180:6
different
  22:16 32:9,
  13 48:6
  58:21 71:1
  77:7 79:6
  89:5 91:15
  114:12
  117:13
  120:15
  132:19
  145:23
  146:13
  151:10 162:7
  166:25 171:5
  173:9
  181:13,14
  188:7 193:10
  196:19 204:5
  209:16
  214:10
differentiate
  145:18
differently
  50:23 75:15
difficult
  90:15 194:23

difficulties
  161:7
difficulty
  92:17 124:10
Diocesan
  172:23
diocese
  116:7,8,9,
  11,15 117:10
  188:21
  189:14 193:6
  227:13
direct
  22:8,9 26:15
  50:7 53:9
  64:3 67:9
  69:6 85:19
  107:16
  108:19
  120:18
  122:10
  124:13
  129:10
  130:11 133:6
  138:1 144:3
  154:2 165:2
  168:4 173:19
  188:13
directed
  65:17,19
  66:20 128:4,
  9
directing
  22:18 43:6,
  12
direction
  22:4,7,15
  42:14,21
  43:6 72:22
  79:13 80:19
  120:3 229:15
directions
  49:24
directive
  54:22 68:6
  107:9 110:2
  119:25
  120:19

124:25
135:17
138:9,11
222:22
**directives**
67:16,17
68:21
**directly**
17:13 22:11,
22,23 23:1,
3,5,9,14
35:1,17 36:7
50:3,6 57:25
77:24 90:5
94:18,21
147:10
178:25 179:9
**director**
28:4 44:12
52:8 55:10
129:1,13
**directors**
106:9 109:8
117:20
**directs**
62:14,18
**disability**
144:18
149:23
150:13 163:3
166:7,8
**disaggregated**
205:2
**disagree**
38:12,20
176:21
210:7,8
**disagreed**
82:11
**disagreement**
40:17
**disagreements**
41:5
**discern**
84:14 94:25
123:24
135:16

171:12
195:12 197:4
221:4
**discerned**
85:6 124:11
222:24
223:15
**discerning**
222:11
**discernment**
135:2,3,12
136:5 222:3,
18
**disciple**
37:17,19
**disciplinary**
55:14,17
61:6 120:22
**disclose**
84:23
**disclosed**
230:24
**disclosing**
14:14 169:9
**discover**
82:24 83:15
**discovering**
85:1
**discovery**
112:7 142:18
202:24
**discretion**
184:16
185:8,14,25
201:4
**discriminate**
149:20,23
150:10
163:13,16
166:2
**discriminating**
155:11
**discrimination**
150:7 154:25
162:25 164:2

187:2,6
**discriminatory**
164:16
**discuss**
12:20 59:7
107:19 152:8
203:6
**discussed**
16:10 95:15
151:2 170:3
200:24
223:15
232:13
235:17
**discussing**
107:25
182:12
235:22
**discussion**
174:15 175:7
193:24 210:5
219:25
**disenrolling**
170:22 171:3
**dislikes**
180:14
**disordered**
59:14
**display**
81:8
**disputes**
35:7
**disqualifier**
85:5
**distinct**
78:11 130:7
162:6,12
**distinction**
65:18 79:8
204:6 221:13
**distracting**
6:20
**distress**
184:14
185:18,21,22
186:2 195:23

**distribute**
54:11
**distributed**
54:16
**District**
102:20
**dividing**
138:16
**divorced**
20:5
**divulge**
106:21
**Dixon**
9:3
**DNA**
175:3
**do-not-participate**
110:2
**doctors**
178:14,22
**doctrine**
26:16 33:21
34:20 49:5
189:20 190:1
225:1 226:14
**document**
16:3,8,9
64:8,10,17,
22 65:2 67:1
85:21 86:1,
3,6,14,15,18
87:20 88:17
89:8,23
94:12 95:16
96:17,19
98:3,11
100:16
104:12
105:2,18,24
106:14,24
107:17
112:13
124:17,22
125:12,18
128:14,18,
22,24 132:10

Elias Moo 30(b)(6)
November 27, 2023

133:22
143:9,12,16,
21 150:3
157:4 159:10
171:10,13,
14,19,20,24
172:2,7,18,
20 173:19
176:8,18
177:1,8,13
178:16,17,
19,21,25
179:13,15,21
181:3 184:13
186:17 192:3
193:1 232:15
documentation
188:3
documents
8:11,13,17,
18 14:11
42:5 54:12
141:8 154:3
188:11,12,
18,19 214:13
220:4
doing
28:2 54:11
60:13 72:10
111:25
123:10 153:1
225:19
Dollins
21:18 73:11
124:15,16,24
125:2,3,8,9
126:1 135:18
218:9 219:11
donations
213:15
door
199:21
double
19:9
DPP
93:20 97:11,
21 102:1
108:22 109:4

157:16
165:8,9,11,
15,18,20,25
167:5,12
168:2,18
169:4 234:22
draft
100:10
drafted
99:16,17,19,
22 100:11
104:11
125:11
drafting
100:16
draw
175:24
drawing
113:14
drawn
178:19
dress
146:11 180:7
183:15,22
184:2
dresses
146:15
180:15
183:21
drew
172:6
drink
69:20
drive
9:20 196:9
driven
101:23
driving
196:6
due
61:1 114:8
128:1 164:14
206:9
duties
21:15,23,24
52:12 152:19

duty
43:2 83:13
dying
83:1
dysphoria
145:20
185:19,20
196:16

_____

E

E-L-I-A-S
9:9
e.g.
184:17
earlier
52:7,10
74:17 123:7
145:4 146:21
153:17 154:1
165:6 187:12
219:18 225:5
232:13,19
233:21
234:24
early
7:9 13:7
77:17 82:2
131:4 135:20
140:9 161:14
174:22
202:5,13
easier
72:7 158:3
east
9:20 30:4
ecclesiastica
l
71:10,11
72:1,3
echo
6:16
ed
77:17
edited
179:4

edits
101:7 104:18
educate
123:9
educating
77:19
education
19:13 28:4
63:12 66:12
78:11 82:18,
22 84:6,11,
16 92:20
98:19 108:4
111:3,5
112:1 123:14
150:13
151:15
173:21,24
174:11
204:13,19
205:6
218:14,18
229:13
educational
19:14 74:18
educator
82:19
educators
83:12 180:1
effort
113:4 114:1
139:13,14
200:5
eggs
113:12
either
8:25 24:19
49:23 118:15
136:24
198:10
205:24 214:4
elected
73:2
electronic
8:1 236:18,
23 237:7,9

elementary
  19:13
elements
  53:8
Elias
  6:1 9:9
  14:25 46:6
  129:11
  209:11
eligibility
  36:23 234:21
eligible
  41:15,25
  88:18 92:4,
  5,11,12
  144:14
  148:18 156:3
  157:10 233:6
email
  50:5 100:12
  112:7 124:14
  125:11,15
  128:15,25
  129:5,6
  130:19 131:3
  133:13,23
  134:5,11,12,
  17,24
embracing
  145:12
emerged
  129:3
emergency
  70:4
employ
  211:24
employed
  20:24,25
  31:7 35:3
  172:5
employee
  33:23 34:2,
  3,12 39:9
  40:17 41:11,
  21 56:5 59:1
  60:20 61:5,9
  153:11

employees
  31:5,7,11,
  13,22,24
  32:3,6,7,9,
  12,17,19
  33:9,13,16
  34:4,7
  35:18,21,22
  36:2,5,15,20
  39:13,15
  40:1,7,10,
  14,21 42:1,
  2,5 54:17
  56:16 62:6
  80:24 81:4,
  8,12,13,18
  152:2,3
  153:6,7,8,17
  154:1,10,13
employment
  20:24 36:23
  41:25 53:3,9
  57:13 58:16
  60:8 81:14,
  18 121:12
  151:5 152:8
  155:2,18
  156:7,11,19,
  22
empty
  212:18 213:2
encapsulating
  179:15
encompass
  22:20 44:20
encounter
  221:18
encountered
  183:12
encyclical
  188:12
end
  44:14 109:25
  123:22 179:5
  227:20
ended
  102:13

endorsement
  184:21
  186:14
engage
  52:17 55:12
  59:24 94:21
  118:5 129:10
  167:20
engaged
  180:21
engagement
  162:3
engaging
  107:20
  196:24
enroll
  121:19,25
  144:15 156:4
  167:1 197:20
  226:21 232:7
enrolled
  95:7 205:12,
  13
enrolling
  170:21 171:2
  212:21
enrollment
  94:19 95:14
  110:4,8,19
  150:25
  156:13 184:9
  193:8
  201:20,23
  202:4 203:1
  204:15,23
  205:3 206:9
  207:4,11
  208:1,8
  209:15,16
  218:19
  227:24,25
  228:1 232:4,
  11 233:7
enrollments
  213:1
ensure
  54:4,14,22
  55:12 56:2

endorsement (cont.)
  69:8 112:22
  114:13
  115:23
  119:24
  128:11
  134:25
  184:20
  225:15
  226:16
ensures
  186:20
ensuring
  51:21 115:15
  116:17
entailed
  137:14
entails
  116:24
enter
  84:7 128:5,9
  199:16
entered
  169:22
  170:10
entering
  53:3 156:18
  169:12
entire
  154:24
entirety
  156:17
entitled
  176:18
entity
  49:3 70:8
  71:9,10,11
  72:1,3,5
  130:7
environment
  83:21 84:10
episcopal
  21:23
equal
  144:14 156:4
  212:25 232:7
  235:10

erected
  45:14,21
  46:22,23
Escuela
  49:19
establish
  45:22
established
  46:14,15
  65:16,19
  66:19
et
  62:24 152:23
  182:7,8
  191:23,24
ethnicity
  144:16
  150:11
Etran
  236:19
evaluating
  22:20 226:20
evaluation
  51:18 52:17
Evangelizatio
n
  7:18
events
  11:25 220:14
everybody
  231:22
everyone
  6:10 50:10
  85:12 142:21
evidence
  46:5 103:22
evolution
  191:8,13
evolve
  189:17
  190:2,5
exact
  87:15,18
  89:9 131:2
  159:22 167:9
  219:21

exactly
  47:25 59:8
  68:16 165:12
  227:2
EXAMINATION
  6:11 231:17
examples
  34:18 39:15,
  21 146:19
  164:17
  176:22
  177:8,21
  178:9 193:10
  195:22
  207:21
  223:11
excerpt
  178:22
excerpts
  178:18
exchanged
  27:21 112:7
exclude
  233:22
excludes
  89:25 90:2,
  11 91:20
exclusion
  234:2,8,14
excuse
  19:2 27:19
  41:18 47:11
  69:24 78:20
  114:3 133:19
  136:2 158:1
  180:4 215:11
  219:10
  234:13
executed
  94:5
executive
  129:1,13
exempted
  117:25
exemption
  108:11
  117:24

140:15
exemptions
  89:24 98:20
  114:22
  115:25 118:7
  128:3 131:7
  139:9,16
  140:6
exercise
  43:2 54:21
  71:4,6
  115:20
exercised
  187:15
exercises
  43:6 72:19
exercising
  68:24
exhaust
  55:13
exhibit
  15:24 16:1
  64:4 85:23,
  24 98:3,5
  101:22
  105:3,19
  124:14
  128:16,17
  133:25
  143:4,5
  156:25
  157:25 165:3
  171:18
exhibits
  236:19,23
exhortations
  188:16
exist
  43:9 45:17
  222:15
existed
  98:23
existence
  59:17 147:18
exists
  29:21 72:6
  215:14 217:7

221:9
expanded
  99:7
expect
  54:19 77:21
  159:24
  174:14 196:8
  199:15 225:6
expectation
  40:2 41:18
  62:21 63:6
  80:11 81:12
  199:17 200:9
expectations
  39:24 83:19
expected
  81:8 232:12
expects
  198:25
expenses
  211:8
experience
  40:21 145:19
experienced
  160:17
experiences
  184:14
  185:22
experiencing
  76:21 111:19
  126:25
  185:17 186:2
expertise
  17:19
explaining
  75:9
explicitly
  172:24
exploring
  209:15
express
  137:2,17
expressed
  40:17 138:8,
  18
expression
  126:16

127:11
180:10,19
**expressions**
179:24
180:25
181:2,12
182:12,24
184:7
**extended**
206:10
**extends**
30:2 74:7
**extent**
14:7 29:11
35:7 38:15
40:25 55:3
59:25 61:9
63:3 68:18
76:24 79:4
84:15 87:24
91:22 93:25
97:1 109:3
110:4 111:1
112:4 116:14
138:18 139:3
147:19 151:5
161:1 169:5
195:19
199:25 207:7
209:2,9
210:10 214:9
220:3 221:2,
11 234:10,17

**F**

**fabric**
175:3
**facilities**
185:4 192:20
**fact**
92:14 94:6
97:11 109:5
161:19
175:14 206:9
208:19
222:15

**factored**
236:12
**factors**
223:21
**facts**
12:1 46:5
103:21
197:5,16
**failed**
55:8
**failure**
177:3
**fair**
8:20 11:1
12:21 13:1
141:16
149:18
176:11
**faith**
26:16 33:21,
25 37:24
45:16 48:17
49:5 51:20
71:24 74:22,
23 75:4,6,
10,11 78:13,
25 79:1,4,7,
20 80:10
83:17 92:21
114:23,25
191:2,6
200:5 216:17
222:21 225:1
226:5,6,14
**faithful**
43:13 46:24
186:23 189:8
190:11
217:3,4
218:2,3
226:18
**fall**
22:19 43:21
76:4,7,10
151:18
186:13
206:12
208:16 212:5

236:10
**falls**
44:22 51:16
57:18 72:21
121:3
**familiar**
17:17 73:6
133:17
143:15
157:4,8
165:5,7,9
170:14 180:1
183:22 188:5
**families**
25:15 76:21,
24,25 77:4
79:19 80:1
82:3,10,11
83:17 84:22
88:21 92:12
94:18,19,21
95:6,7,14
108:3
110:22,23
111:2,10
113:4 138:24
146:2 148:15
150:25
158:15
161:19
162:2,7
167:1 170:22
171:3 184:9
186:10
197:1,24
198:4,25
199:5
211:13,14,20
212:11,21,
23,25 213:5,
17 233:5,7
**family**
61:25 83:20,
24 84:6,18
95:1,19
96:12 111:23
123:11,13,
21,25 124:1

144:20
147:12,19,
21,22 175:20
186:7 195:18
197:20
198:11
199:2,25
200:13,14,18
201:1 214:5
220:17
226:21
231:20
**family's**
84:15 123:16
192:17
**fancy**
72:4
**far**
13:24 39:7
95:11
164:21,25
205:17
**Farnan**
177:24
**fashion**
63:5 202:3
**fast**
84:17
**Father**
21:18 29:23
30:19 73:11
124:16,23
125:2,6,7,8,
9 126:1
135:18 189:3
191:21 192:1
218:9 219:11
227:9
**Fatima**
23:19
**Feasts**
37:13
**February**
21:9 87:17
98:6 100:15
104:9 115:4
**federal**

Elias Moo   30(b)(6)
November 27, 2023

112:19
113:8,21
114:1,8
229:10,18
**feeding**
69:20,21
**feel**
155:14
229:23 236:8
**feet**
82:6
**felt**
93:21 104:20
117:20 126:7
132:24
139:14
**female**
146:10,15
174:24 175:1
181:23
225:23
**feminine**
180:23
**femininity**
179:25
180:11
182:24 184:8
**fidelity**
93:23 187:8
**fighting**
13:6
**figure**
58:19 59:8
113:6 151:25
188:2 205:17
**filed**
42:7 111:24
**fill**
203:16
**filled**
52:25 213:2
**filtering**
212:10
**final**
96:20 227:16
**finances**
48:25

**find**
121:2 231:23
232:1
**fine**
19:20 125:7
209:23 210:1
**finish**
10:17 142:17
**finished**
10:24 158:6
228:11
**fire**
36:3 43:18
**fires**
32:19
**firing**
35:21 36:1
56:17,19
61:15 72:15
151:6
**firm**
31:10
**first**
9:9 10:10
15:5 19:12
21:13 22:9
28:15 44:7
55:9 60:25
61:8 64:13
65:8 68:14,
17 84:23
89:23 103:2
112:13
124:25
125:19
134:24
144:3,8
152:22 154:3
166:24
167:18 172:9
173:12
185:16 193:2
231:20
**first-come**
213:3
**first-serve**
213:3

**fiscal**
157:1 159:7,
10,13 164:24
**fit**
44:11 95:1
123:25
199:6,12
200:11,14,19
201:1
**five**
20:18 21:6
22:25 52:15
170:7
192:15,23
194:3 208:8
217:16
219:15
**five-minute**
228:8
**five-year**
170:4
**flowed**
101:2
**flows**
77:22 78:24
**fluctuation**
208:18
**fluctuations**
217:19,21,23
219:18
**fluid**
127:8,12
**fluidity**
181:16
**focus**
19:13
**focused**
202:11
**focusing**
134:5
**folks**
220:19
**follow**
35:19 61:1
68:6 161:25
228:18
232:12

**follow-up**
61:4
**following**
35:8 41:11
95:24 107:9
137:4 145:5
**follows**
6:5
**food**
70:1 74:11
**foremost**
10:10 21:13
61:1,9
173:12
**forgetting**
204:6
**forgiveness**
223:4
**form**
31:15 43:25
67:2 74:25
77:9 79:22
82:12 91:10
103:11
122:6,9,15,
16 135:1
136:15
168:19 173:5
176:13
187:21
213:11
220:16
222:16
232:16
233:10,19
234:5 235:11
**formal**
125:6
**format**
171:10
**formation**
82:22 90:22
123:15
**formed**
98:24
**forms**
54:5 78:11

188:24
189:10
**forth**
  62:20 162:2
  217:5
**fortunate**
  211:18
  212:14
**forward**
  57:13 83:24
  132:13 142:9
  152:6 173:18
  195:20
**found**
  58:25 84:21
  119:23
  120:6,18
  164:12
  194:22
**foundation**
  86:20,24
  87:13 103:22
  190:12,22
  195:3,5,6
  228:21
  229:4,7,19,
  25 230:4,5
**Foundational**
  123:12
**foundations**
  82:16
**founded**
  67:6
**four**
  23:2 25:2,5
  27:7 57:3,5,
  12 58:6
  60:21 61:19,
  22 62:2,4
  92:18,19
  121:6
**four-hour**
  92:9
**four-to-a-
page**
  237:9

**fourth**
  95:22 101:14
  144:12 156:2
**frame**
  87:16
**Frances**
  191:21
**frankly**
  84:3 160:13
  161:14
  224:13
**Frassati**
  23:17 47:8
  61:25
**free**
  209:11
  229:23
  234:9,16
**freedom**
  113:20
**Friday**
  134:14
**front**
  88:8,14
  106:7 132:23
  136:2 141:8
  205:1,16
  211:3
**fruits**
  197:13
**fulfill**
  123:22
**full**
  9:8 12:2
  18:8 33:23
  35:4 125:19
  127:25 193:2
  211:19
**full-scale**
  145:14
**full-time**
  21:10 96:1,
  6,14
**fully**
  18:16,18
  145:12 157:7
  159:7 225:7

**function**
  189:2
**functions**
  52:8 69:23
  162:11
**fund**
  87:5
**fundamental**
  78:10
**fundamentally**
  79:6 113:16
**funded**
  167:21
**funding**
  70:19 88:20
  92:3,4,5,13
  96:11 97:12,
  13 112:25
  113:9 157:9
  158:14
  164:11,12
  229:10
**fundraisers**
  70:25
**fundraising**
  113:7
**funds**
  96:22,24
**furnish**
  37:5
**future**
  107:12
  113:13

**G**

**gain**
  142:7 191:1
**games**
  180:16
**gathered**
  214:23
**gave**
  12:10 60:16
  119:8 131:25
  188:25 190:3

**gears**
  201:19
**gel**
  192:7
**gender**
  38:14 40:18
  121:15,21,25
  122:2,24
  126:11,15
  127:8 144:17
  145:3,7,12,
  19,21 146:13
  148:14
  149:15
  150:11,12,19
  155:12
  166:3,5
  171:5 178:3
  181:13,14,
  16,22,25
  182:15
  184:22
  185:19
  192:18
  193:11 195:1
  200:24
  201:14 232:8
  235:8
**general**
  29:1 32:8
  49:16 67:16
  138:23 153:7
  178:3 204:1,
  23 207:10,17
  217:23
  227:25
**General's**
  7:7
**generalized**
  140:4
**generally**
  31:14 32:11
  34:9 39:25
  51:3 56:15
  63:18 79:21
  137:20
  159:16
  202:10

Elias Moo   30(b)(6)
November 27, 2023

206:25 207:1
211:4 214:7
219:15,17
220:19
223:12
**generate**
113:7
**generating**
101:4
**genuinely**
179:2,4
**genus**
174:17
**geographic**
22:1 29:5,24
30:10 44:17,
21,25 49:13
213:17,24
215:10,11
216:4,11,23
217:11
**get all**
197:15
**getting**
54:6 74:15
98:20 178:10
181:18 185:5
187:1 189:22
**girl**
146:16
182:2,3
**girls**
146:17
175:18
180:5,14,16
183:16,21
184:3
**give**
12:3 13:20
18:12 28:24
31:9,11
34:18 38:3
39:15 84:8
101:6 132:17
139:10
140:24 189:9
212:11

**given**
31:3 42:23
47:23 49:23
94:6 113:3
152:7 158:15
168:1 176:23
183:8 193:11
211:20
212:25 215:2
219:4
**giving**
69:20 124:25
226:5
**globe**
188:22
**glory**
29:23
**God**
174:24
**godparent**
225:12
226:3,17
227:4
**godparents**
224:8,16,22
226:10
**goes**
30:3,5 34:17
39:7 60:13
113:13
151:20
161:10
173:24 176:5
209:14
**going**
7:9 10:2,6,8
11:7,10 13:8
14:6 17:22
28:2 34:12,
21 37:12
64:4 84:1,25
87:25 90:21
97:2,5,11
105:3 106:21
111:2 113:15
114:13
128:16
131:20,21

133:24
134:15 137:1
138:3 143:5
146:3 147:24
152:7,20
156:25 162:9
169:16
170:18,23
188:12
189:18
192:12
199:1,24
200:3,8
201:25
205:24 210:2
211:7 221:4,
11,22 222:2,
10,13,17,18
223:14
226:17
227:21
**good**
6:10,13,14,
21 11:12
30:22 36:24
37:6,9,15
39:1 50:8,11
83:17 85:11
130:5 142:12
161:2 190:10
199:12
200:5,11,13,
19 201:1
206:13
**gosh**
21:6 87:15
185:23
**Gospel**
37:21 78:18
**Gospels**
173:13
**Gotcha**
123:2
**govern**
21:23 31:2
43:3
**governed**
48:11

**governing**
103:3
**government**
74:6 114:9
157:16 170:9
229:8
**Governor**
98:6,17,20
129:9
**governor's**
133:20
**graces**
223:7
**grade**
24:19 25:17
62:15 152:22
174:9 175:9
176:4,6
177:7 202:11
**grades**
176:2
**gradual**
211:7
**Grand**
30:7
**grant**
86:23 87:2,
4,8,21 88:4,
8,11 228:21
229:1,2,4,
18,22
**grant's**
87:22 88:5
**granted**
118:7
**grantor**
87:8
**grants**
86:21 113:8
169:21
228:24,25
229:8,10
**grateful**
111:25
143:14
**great**
8:10 9:5

15:22 32:17
65:6 66:17
69:11 73:14
85:8,14
112:11
113:21
118:13
140:20 153:3
158:8 194:6
212:17
**ground**
10:8
**group**
22:10 47:6
88:6 99:1
101:3 102:7
109:1
**groups**
102:13
114:24,25
183:4
**grow**
83:14
**Guadalupe**
49:19
**guarantee**
54:14
**guaranteed**
128:3
**guess**
45:2,11 75:3
77:12 79:3
92:3,7 93:18
113:11
130:15
164:17 200:9
235:13
**guidance**
51:17 145:6
146:4
168:17,20,24
169:3,7
170:21
171:2,8
172:17
176:18
178:12
179:16

189:16
193:6,20,22
194:15 195:4
232:13
**guiding**
171:11

**H**

**halfway**
172:23
184:15
**handbook**
63:5,13
**handbooks**
25:25 62:19,
23 63:1,9
**handle**
236:25
**handles**
35:6
**happen**
54:24 55:2,8
84:6 119:19
175:8 199:21
208:5
**happened**
102:3 120:1
161:24
200:22
**happening**
8:8 52:21
54:15 61:2
68:19 80:6
192:8,23
196:20,21
**happy**
170:6,7
**hard**
84:17 87:18
140:1,24,25
**hard-pressed**
141:9
**hardship**
113:13
160:15
164:6,9,18,

23
**harm**
95:25
**Hasson**
177:25
**head**
10:12 13:6,
13,17 30:11
74:3,5 76:2
77:6,7,13
78:8,13,22
79:8,9 80:1,
24 82:2
88:13 228:2
**heading**
162:21
**headlines**
225:6,7
**headquarters**
32:18
**heads**
32:23 33:2,3
**health**
163:3 166:7
196:17
**hear**
6:15,19
50:17 135:23
137:15
141:15
143:2,3
175:13
206:18 229:2
235:25
**heard**
111:11
133:17
135:19
137:12,13
164:18
199:14
200:15
**heart**
77:23
**heavily**
177:12

**held**
79:12 100:25
107:14
114:22
115:16
116:17
144:2,25
155:19
166:22
198:12
206:15
**help**
31:19 82:4
83:14 87:5
167:10
**hermeneutic**
190:17
**heterosexual**
59:22 127:16
**Hey**
160:18
199:13
**high**
18:21,22
23:3,18
24:13,16,18
61:24,25
62:15 174:6,
22 176:5
**higher**
63:12 151:15
175:9
**highest**
188:12
**highlighting**
178:9
**Hillel**
102:18
**Hills**
47:20 49:8
67:6
**hire**
36:3 38:8,12
41:4,15
**hired**
40:16 58:9
72:25 73:2

hires
  32:19 44:12
hiring
  35:18,21
  36:1 40:21
  56:16,19
  61:15 72:14
  151:6
history
  78:4 208:21
hit
  110:8
hits
  110:4
hold
  19:22 147:20
  151:9 210:15
holding
  110:1,13
  117:3
holds
  45:6 49:3
  112:16
holy
  25:3 30:18
  37:13 61:25
  189:2 191:21
  192:1 215:2
  216:16,22
  218:11
  221:14,23
home
  9:24 84:10
  214:15
homeless
  69:22 74:11
  76:25 77:4
  81:23
homelessness
  76:22
honoring
  167:6
hope
  108:1,15,17
  111:8 115:24
  123:13,19
  136:7 139:19

185:23 186:5
  197:11
  198:19
  222:21
hoped
  129:10
hoping
  28:13,24
hosted
  106:3 134:13
hour
  11:9 92:10
  237:13
hours
  92:3,5,13,
  18,19
house
  15:20
housekeeping
  231:12
housing
  144:17
Hoyle
  230:4
Hoyne
  86:19,24
  87:6,10,11,
  23 88:4
  228:21 229:3
  230:3
hub
  204:18
human
  125:23 126:9
  151:10
  171:8,15
  174:17 175:3
  176:19
  178:13
  194:16
  225:25
  232:14
hungry
  69:20

I

I-Z-A-R-D
  99:24
idea
  28:9 32:8
  101:1,4
  184:22
  217:18,20
identified
  17:25 47:2
  49:9 96:16
  144:10
  170:22 171:4
  177:24
  229:12
identifies
  231:20
identify
  7:14 8:24
  34:9 61:2,9
  108:7 110:4
  117:1,2
  119:25
  175:18 199:5
  229:9
identifying
  55:8
identities
  127:9
identity
  38:14 40:18
  121:16,22
  122:2,24
  123:3 124:4
  126:9,11,15
  127:10
  144:17
  145:3,7,21
  148:14
  149:15
  150:12,14,
  19,21 155:13
  171:5,9
  176:20
  178:13
  184:15,22,23

186:15
  192:18
  193:11
  194:17
  195:1,2
  200:25
  201:15
  232:8,14
  235:8
ideology
  125:22 126:8
  127:5,18
  178:3 182:8,
  16
ideology's
  184:22
II
  7:18 191:22
image
  174:25
imagine
  34:25 35:2
imbued
  78:2
immediate
  85:5 199:19
impact
  96:24
  110:21,22
  166:9 177:5
  224:11
impacted
  97:2 109:4
  207:11
Impacts
  95:23
impair
  13:8
impediment
  111:13
  122:3,25
  123:17
impetus
  236:5
implemented
  173:16 189:8
  227:13

implications
  107:20 151:4
  195:6
implies
  215:8
imply
  215:7
important
  12:23 56:2
  123:6 132:24
importantly
  51:20
impose
  126:8,23
imposed
  126:20
  127:2,6
  225:13
imposes
  145:11
imposition
  126:25
  161:25
impression
  217:23
  219:16
  229:21
inaccurate
  141:6
include
  24:13 66:21
  95:23 99:7
  103:4 144:12
  173:7 177:20
  178:2,8
  203:24 234:1
included
  67:12 100:8
includes
  24:15 66:22
  83:21
including
  62:9 139:25
  167:22 201:8
inclusion
  96:3

income
  112:22 113:7
  144:17
incompatible
  95:20 201:17
incongruent
  225:24
incongruous
  126:9,16
  148:12
  199:10
inconsistency
  123:18
inconsistent
  60:19 81:9
  127:6 144:1,
  24 149:10
  163:15
  182:25
incorporated
  63:8,22
incorrect
  12:4,10,17
  89:16 97:1
incorrectly
  72:12
increase
  110:20
  206:7,8,17,
  22 211:8
independence
  167:22
independent
  47:22 48:4,
  9,19,21
  49:12,19
  98:18
  204:12,21
  205:4
Indiana
  19:1
indication
  231:5
individual
  16:18 43:10
  58:9 118:6
  139:20 153:4

  171:12 180:6
  185:12
  207:13
  209:11,22
  219:19 221:9
  222:5 226:21
  227:4
individuals
  22:16,25
  38:9,12,25
  115:8 213:24
  217:10
  221:5,7
  224:21
inflation
  211:6
inform
  123:9
informal
  52:21,22
  219:25
information
  9:7 14:8,15
  27:21 28:25
  79:19 80:1
  106:22
  131:12
  169:10
  204:8,12
  206:3 211:3
  214:1,21
  218:20,22,23
  220:17
  228:22,24
  229:2 231:23
  232:2
infringe
  155:17 156:6
infringing
  133:1
inherently
  92:24 167:21
  181:4
initial
  97:4
initiate
  139:2

inline
  191:9
innocence
  174:4,5
input
  100:7 101:6
ins
  157:7
insists
  84:1
inspect
  65:15
inspecting
  63:5
instability
  207:14,23
instance
  53:22
instances
  192:15,22
institute
  67:7,18
institutes
  65:17,20,22
  66:24
institutions
  66:20
instruct
  50:6 84:1
instructed
  119:13,16
  222:19
  223:22
instructing
  43:12
instruction
  68:7 78:1,3
  90:1,3,9,12,
  18,25 91:21
  92:7,11,15,
  20 93:11
  120:3 226:4
  233:23
  234:11,15,19
instructions
  49:24 68:21
  157:13

Elias Moo  30(b)(6)
November 27, 2023

| | | | |
|---|---|---|---|
| instrument<br>  189:7<br>integration<br>  77:15<br>integrity<br>  125:24<br>intellectual<br>  163:2<br>intended<br>  87:24 106:23<br>  127:2<br>intending<br>  60:4<br>intent<br>  108:5<br>intention<br>  94:9 177:17<br>  186:23<br>intentionally<br>  38:18 77:24<br>  226:15<br>interacted<br>  138:7<br>interaction<br>  26:17<br>interest<br>  114:21<br>  137:17,24<br>  138:8,17,23<br>  142:16<br>interested<br>  117:17<br>  137:22<br>  140:20<br>  141:3,4,12,<br>  14,17,21<br>interests<br>  180:4,22<br>  181:21<br>interfere<br>  198:11<br>interfering<br>  166:21<br>internal<br>  62:11 67:19<br>International<br>  102:20 | interpret<br>  180:10<br>interpretatio<br>n<br>  94:8<br>interpreted<br>  126:6<br>interpreter<br>  189:20<br>interpreting<br>  97:6<br>interrogatori<br>es<br>  203:13<br>  228:23<br>interrogatory<br>  192:13<br>  203:5,13<br>  229:12<br>  230:14<br>intertwined<br>  101:16<br>intervene<br>  59:3<br>intervention<br>  162:17<br>interview<br>  39:6 40:19<br>  198:5,7,9<br>interviews<br>  198:3<br>interwoven<br>  92:21<br>intrinsically<br>  59:14<br>introduced<br>  50:24<br>investigate<br>  61:1<br>investigation<br>  196:24<br>  197:8,9,15<br>invited<br>  106:7<br>invites<br>  199:2 | inviting<br>  134:12<br>involved<br>  15:13 35:17,<br>  20 36:7<br>  56:19 57:21,<br>  25 58:4 59:9<br>  76:3,19<br>  120:23 128:2<br>  132:12<br>  196:11 212:3<br>involvement<br>  37:3 80:23<br>  222:1<br>irreconcilabl<br>e<br>  60:6 84:4<br>  123:23 146:4<br>issue<br>  67:16 103:19<br>  120:20<br>  127:21<br>  145:20 150:1<br>  195:15 235:8<br>issues<br>  117:13,14<br>  126:15 145:7<br>  149:19,22<br>  152:8 156:22<br>  160:25<br>  162:14 170:5<br>  171:8,16<br>  176:19<br>  178:12<br>  182:10,19,20<br>  183:3 194:16<br>  195:1 207:4<br>  232:13<br>items<br>  83:25 228:18<br>Izard<br>  99:23,25<br>  101:3 102:2<br>Izard's<br>  100:2 | ──────<br><br>J<br><br>──────<br><br>J-A-R-E-D<br>  172:12<br>J-O-S-U-E<br>  9:10<br>January<br>  100:18,22<br>  107:9 124:15<br>  135:18 138:9<br>  229:13<br>Jared<br>  172:12<br>Jesuits<br>  65:23<br>Jesus<br>  29:22 37:17,<br>  20,21 38:4<br>  78:18 82:23<br>  221:18<br>Jesus'<br>  37:22<br>Jewish<br>  115:4,10<br>Joan<br>  25:3<br>job<br>  21:2,19,22<br>  27:9,15<br>  33:25 36:22<br>  179:15<br>jobs<br>  26:22,24<br>Joe<br>  7:15 210:1,<br>  16,18 236:22<br>Joe's<br>  210:15<br>John<br>  7:18 23:19<br>  191:22,23<br>join<br>  106:12<br>  220:11,23<br>  221:1 222:5 |

Elias Moo   30(b)(6)
November 27, 2023

joining
 221:7
Josue
 9:10
judgment
 190:15
July
 21:10
jump
 6:22
jumping
 28:22
Junction
 30:7
juncture
 169:14
June
 135:20
jurisdiction
 45:6 76:4
 120:18

---

**K**

---

K-TO-8
 23:4 25:8
 47:10 63:19
Kansas
 30:4
keep
 10:25 143:13
 201:22 204:6
 217:25
Keith
 18:4 21:16
 73:13
Kelly
 7:12 11:15
 237:6
kept
 203:20,21
 219:9
kick
 199:20
kids
 196:25

kind
 29:15 30:8
 46:18 51:16
 53:18 55:13
 62:19 70:3
 94:25 101:2
 116:18
 127:13 142:2
 155:23 186:8
 192:12
 196:18 202:2
 225:7
kinder
 152:22
kindergarten
 63:11 151:15
 152:20
 202:11 206:8
kindergartner
s
 174:16,23
 175:10
kitchens
 81:23
knew
 158:19
know
 6:18 7:12
 11:11,25
 12:5,11,24
 13:11 28:6,
 8,11,13,22
 31:9 35:15,
 18 38:17
 39:4 41:2
 47:25 54:13,
 15 60:1,3,25
 61:3 63:4
 72:16,17
 76:13 78:15,
 17 80:5,9
 82:23 83:14
 84:14,18
 87:7 88:10
 89:11,14
 92:19 100:2,
 3,14 102:15,
 22 104:10

111:6,11,22
112:6,20
113:12,18
114:15 115:7
116:21
118:17
120:13
122:16 124:2
127:3 128:19
134:2 137:7,
25 138:10,
15,19 139:19
140:9,19,23
141:20
145:4,5,10,
19 146:10,
16,22 147:7,
13,20 152:6,
25 158:5
160:6,23
161:4,13,22
163:18,20
164:6,21,25
165:5,10,12,
13 170:15,24
174:24
175:12,17,19
180:12,17,
18,20
181:17,25
183:4
185:11,15
190:19
192:11
195:24
196:25
197:12
198:21
199:9,13,19
200:10
201:8,11
202:23
204:25
205:2,11
206:6
207:10,16
208:1,2,24
209:6,11
211:5,16,19,

21 212:5,7
214:9
215:13,19
216:7
217:14,17,22
219:13,17
220:2,25
221:24
223:1,7,12
227:7,11
228:4,10
229:24
knowing
 35:1 77:2
 90:16 199:17
 230:20
knowledge
 17:4 78:7
 81:5,11
 102:24
 183:13 194:1
 230:3
known
 9:15 27:15
 66:1 124:9

---

**L**

---

label
 118:12
lack
 39:9 103:22
 131:6 144:17
lady
 23:19 180:13
laid
 21:24 95:4
language
 90:5 91:7,14
 105:7,10
 148:17 154:8
 155:23 156:1
 166:1
 168:14,15,
 17,21,24
 169:3,13

large
    44:18 65:10
    70:24
    110:19,20
    113:1 137:25
    152:15 172:6
    212:17
    223:14 225:4
largely
    63:21 110:12
    163:12 214:7
    220:20
larger
    64:18 65:11
    112:4
largest
    146:5 206:8
Lasallian
    65:24
late
    89:17
    100:18,21
    174:22
launching
    110:5
law
    21:24 31:1
    35:4,9,11
    42:25 49:2
    53:19 167:24
    216:10 217:8
    227:8,12
lawsuit
    11:25 12:1
    15:14 62:3
    103:20
    104:2,8
    139:2 150:1
    159:1 236:6
lay
    10:7 48:13
layer
    212:9
layers
    71:15
laying
    129:2

lays
    64:14 171:15
    227:8
LCO
    89:5
LCOS
    88:19 89:2,
    13,15
lead
    57:16 60:7
    68:17 93:25
    119:24
    123:24
leader
    57:19 120:19
leaders
    23:2 54:20
    69:7 106:4,
    5,8,25
    111:16,17
    112:21
    117:20
    131:10
    134:13
    135:6,22
    195:12
leadership
    19:15 25:10
    54:21 55:9
    56:5,23
    57:7,17 69:8
    85:7 133:5,
    11 196:9,22
    197:3,4
    199:9 201:9
    207:14,23,25
    215:3
leads
    66:13 82:23
learn
    11:23
learned
    58:8 89:11,
    14
learns
    230:12,13
leave

54:22 122:15
    125:17 169:8
    177:18
led
    207:18
legal
    29:12 34:23
    91:23 139:25
    153:9 154:15
    155:20
    156:8,21
    160:4 163:9
legitimacy
    127:12
legitimately
    46:14,15
lending
    116:20,21
length
    78:16
lessened
    92:6 155:7
    167:1
letter
    36:25 37:3
    95:21 98:6,
    16,24,25
    99:10,14,16
    100:7,14
    101:6,7,12,
    14 102:8,13
    103:1,8,16,
    24 104:9,17,
    23 105:6
    111:23 112:7
    115:3,6,9
    117:23
    118:9,10,20
    119:6,7
    127:24
    136:15
    139:16,17
    189:6
    230:18,23
    235:22
letters
    116:22
    140:11

188:15
letting
    13:10 105:15
level
    17:19 55:13
    78:10 144:18
    161:1 183:5,
    11 196:22
    212:6
levels
    175:9 189:10
LGBTQ
    170:23 171:4
    231:21
liberty
    186:19
license
    179:5
licenses
    19:21,23
lies
    44:15 145:9
life
    29:23 34:14,
    15 37:14
    38:5 40:5
    65:22 66:2
    70:2,11,13
    221:3,12,25
    226:1
lifestyle
    59:16 60:5,
    19 123:4,5,
    6,17 124:5,6
    145:15
    147:24
    148:10,11
    163:20
    225:24
light
    101:4 111:24
likeness
    174:25
likes
    181:21
Lima
    27:4,11,16

limitation
  170:4
limited
  216:21
limiting
  93:22
limits
  180:6
line
  30:3,9 34:11
  44:7 56:22
  129:10
  138:16
  147:15
  151:18
  189:22
  199:14 227:8
lines
  33:5 72:17
  74:11 180:17
  181:22
  235:22
links
  129:24
Lisa
  6:9 50:15
list
  50:5 88:8,14
  103:18
  211:12,18,20
  212:10,11,
  14,15,23
  213:1 234:25
  235:14,16
listed
  109:1
listen
  158:4
lists
  231:7
litigation
  15:14 52:25
litmus
  80:10
little
  6:16 7:2
  20:23 28:21,

24 52:1,7
64:18 65:11
69:6,12 72:7
95:21 114:21
129:15
136:14 149:2
157:6 162:20
165:6 183:19
194:14,20
201:19
207:21
Littleton
  23:22 119:4
  208:12
live
  213:17
  217:11 226:1
lived
  10:1
lives
  37:21
living
  35:5 37:10,
  14,16 59:22
  60:3,18
  145:13 226:7
lobbyist
  100:4
local
  55:13 62:25
  63:8 66:9
  85:6 88:18
  89:12 115:20
  160:18
  162:8,15
  173:16
  189:14
  196:8,21
  197:2
  207:11,12,21
  219:19
  223:15 227:9
  229:10,18,
  21,22
locally
  63:17 189:4
  222:22

located
  7:19 32:1
  44:16 79:16
location
  32:4 167:9
  216:16
  220:22
locations
  32:4 216:25
  217:2
lock
  138:3
lockstep
  55:19 186:16
logistics
  15:4
long
  10:1 14:22
  21:5 27:6
  129:5 131:3
  191:7 192:12
long-standing
  101:18
  191:10
longer
  67:9 97:22
  109:20
  172:4,10
  234:2
longstanding
  190:21
look
  45:11 65:2
  69:7 120:8
  131:1 139:25
  161:1 173:18
  195:25 196:3
  197:15
  198:14,19
  231:2,9
looked
  109:10
  134:18,21
  190:17
looking
  12:1 29:5
  86:25 96:19

108:3 159:8,
23 160:24
193:2 195:9
looks
  81:18 103:2
loose
  83:8
Loretto
  65:24 67:7
lose
  96:21
lot
  51:2 70:8
  137:21
  142:17 152:7
  212:18
love
  82:23 83:15
loving
  185:24
low-
  110:22,23
  111:1,10
  113:6
low-income
  76:21,24
lower
  212:6
lunch
  11:8 142:13
Lutheran
  102:20
  115:5,10

---

**M**

M-O-O
  9:11
Machebeuf
  23:18 61:24
made
  28:10,19
  42:8 61:13
  94:8 95:19
  101:22 113:3
  114:6,17
  120:2 124:8

131:9,23
133:3 140:1
186:5 222:3
223:7 224:6
**magisterium**
173:6,10
186:24
187:8,11,12,
13
**mainstream**
126:14
**maintenance**
39:20 40:13,
14 154:11
**major**
19:9 110:8
**majority**
32:17 90:17
99:3 140:21
141:24
**make**
8:19 10:22,
25 12:25
31:13 58:11
62:23 65:10
66:5,7 69:9
70:10 80:15
92:23 101:6,
7 103:24
104:14
113:24 125:3
135:16 139:1
151:6 155:17
156:6 158:3
184:16
185:8,25
191:6 192:5,
6 194:18
201:4,16
224:12
226:24
**makes**
29:6 160:14
189:1
**makeup**
32:8
**making**
78:5 101:8

106:19 115:2
156:19 200:4
232:11
**male**
146:10,14,18
174:24,25
181:23
225:22
**male/female**
180:17
**man**
175:14
**management**
32:22 67:20
**manager**
22:11
**managers**
39:19
**mandate**
197:23 198:7
**mandated**
198:22
**mandates**
103:4
**manifestation
s**
181:21
**manifested**
38:5
**manner**
40:5 41:12,
24 50:7
59:23 60:3
107:20
145:14
163:21 205:2
226:7
**manual**
62:14,17,22
63:7,24
64:2,14
**manuals**
62:19 63:9
**March**
87:17
**marijuana**
189:6 190:4

**marital**
163:1 166:6
**mark**
15:23 110:23
156:24
**marked**
64:4 98:3,5
105:19
128:16,17
133:24 143:5
**marking**
165:3
**marriage**
193:5
222:13,15
224:2
**marriages**
127:14,16
**married**
19:24
**marvelous**
179:15
**Mary**
119:4 159:1
177:25
**Mary's**
23:21,22
47:19 49:6,7
67:5 204:7
208:7,11
**masculinity**
179:25
180:11
182:24 184:8
**Mass**
37:12,13
215:2,7
216:16
218:12
219:4,5
220:14
221:14,16,
21,24
**Masses**
216:22
**master's**
19:6,11,12,

14
**matching**
232:25
**materially**
166:8
**math**
78:4
**matter**
221:3 222:24
224:14 225:8
**matters**
26:15 35:6
49:5 51:20
57:22 71:24
190:14
201:11,15
**mean**
17:23 22:15
24:14 29:4
31:21 37:8,
19 42:14,20
51:12 58:4
59:11 60:12
73:25 75:14
82:9 86:11
88:23 90:2
91:25 92:19
96:1 101:10
104:19 105:6
107:24
110:2,24
111:15
112:17
113:11
114:25
115:17
116:16
119:16
120:12 126:5
128:8 131:7
135:12 146:8
148:19 164:8
172:15
173:25
186:25 187:1
194:21 197:8
200:15 207:9
209:10

Elias Moo   30(b)(6)
November 27, 2023

211:15
212:20,24
213:7,9,16
237:8

**means**
55:13 65:20
113:5 142:7
145:21 185:8
199:8 213:6,
13 215:13

**meant**
53:4 77:13,
17 90:13
101:20 174:5

**measure**
168:1

**mechanically**
95:4

**mechanism**
45:18 157:9

**media**
225:5,7

**medications**
13:3

**meet**
14:13,15,18
95:6,13
100:10
102:11
197:24

**meeting**
14:22
100:12,25
101:4 102:4
106:3 107:5,
7,14 109:6
113:18 129:4
130:19,20,25
131:6,11,13
134:13,21
137:4,5,9,
16,18 139:11
140:10
197:20
231:5,7
235:19,23

**meetings**
132:20

**member**
37:8 44:25
45:10 47:20
99:17 222:8
223:16

**members**
22:24 65:17,
19 66:20
67:18 73:4
86:16,17
102:10 107:3
213:8 217:14
219:25 220:1

**membership**
45:12

**memory**
23:15 141:5
162:14
205:20

**men**
66:11

**mental**
163:3 166:6,
7 196:17

**mention**
103:8 155:9

**mentioned**
13:5 40:13
44:19 52:9
56:10 116:3
130:18,19
146:7,25
164:5 175:10
176:8,9
187:11
197:18
207:22
218:9,16,22
222:4 223:20
225:5 229:4

**mentions**
103:17

**mercy**
69:19,20
78:20,23

**mere**
59:17

**messaging**
8:7

**met**
84:11 140:2

**methods**
198:22

**Michael**
25:4 119:1,
10

**microphone**
6:23

**middle**
9:10 24:13,
17 28:14
94:11 174:7,
8,22 176:3

**middle-income**
110:22,23
111:2,10
113:6

**Miguel**
23:17 47:9
62:1

**military**
166:5

**mind**
18:15 19:19
164:20
169:25
170:13

**minds**
142:6

**minimize**
186:1

**minimum**
144:11
197:24

**miniscript**
237:7

**minister**
153:12
154:19,22

**ministerial**
153:7 154:13

**ministers**
153:14,19,22

**ministries**
44:9 46:20
70:2 72:21
74:12,18
222:1

**ministry**
70:9 73:25
74:1,10
81:22

**minute**
16:18 83:3,6
128:19,20
209:25

**minutes**
15:2 129:16
132:11

**Mischaracteri
zes**
235:12

**mispronounced**
193:18

**mispronouncin
g**
50:25 72:10

**missing**
63:4

**mission**
26:19 29:19
83:16 86:21
123:9 125:24
175:2 201:6
214:16
216:2,18,20
217:1,6

**misspoke**
12:10 36:11
42:18 134:20

**misstates**
42:16 46:4
131:17
132:15
136:16 178:6
226:25

**misunderstand
ing**
89:3 109:3,
9,15

model
  33:24 113:2
mom
  175:20
moment
  124:6 127:10
  147:9,11
  182:1 185:24
  186:3 190:20
  192:8
moments
  77:25
money
  112:15,19
  114:9
monitoring
  114:12
month
  97:10
monthly
  102:11
months
  21:6
Moo
  6:1,13 7:6,
  23 9:6,11
  13:3 16:2,7
  18:19 50:16,
  21,24 64:7
  65:1,9 70:10
  85:18,25
  88:16 98:10
  105:4,15,17,
  23 118:16
  124:17
  128:18
  134:1,5
  136:18
  143:1,12,15
  144:21 150:5
  157:3 158:6
  159:7,9
  165:5,25
  189:23
  193:15,19
  194:13
  203:16
  210:10,13,21

224:4 228:17
229:4 230:2,
12 231:15,19
232:18
233:20
moral
  117:13
morals
  26:16 48:17
  49:5 51:20
  71:24 74:22,
  24 75:5,6,
  10,12 78:13,
  25 79:4,7
morning
  6:10,13,14
  13:7 50:25
mothers
  70:5
Mountain
  102:20
move
  57:12 69:9,
  11 132:13
  169:16
  170:18
  179:23
  195:20
moved
  142:9
moving
  27:22,24
  186:17
multiple
  222:19
muted
  210:18
mutual
  200:18

───────────

N

naked
  69:21
name
  7:5 9:8,9,10
  18:2 20:1,2,

3 24:4,8,9
25:3 45:6
47:24 49:4
50:20,25
99:13,23
125:4 133:18
141:7 172:12
182:6 193:19
named
  28:14
names
  9:12,14,15
  20:9,12,16
  116:21
narrow
  170:7
national
  150:11 163:1
  166:3
  204:13,14,19
  205:5
  218:14,17,18
naturally
  93:25 211:9
nature
  126:8 151:10
  167:7 171:8
  174:16
  175:3,19
  182:14 193:5
  225:25
NCEA
  204:20,24
  205:6
Nebraska
  30:5
necessarily
  34:7 39:21
  60:12 89:1
  113:5
  140:20,23
  153:21
  160:24 192:7
  195:17 198:7
  212:3 215:7,
  17
necessary
  44:11 62:25

97:19 115:22
185:25
need
  10:10,15
  11:3,4,11
  20:12,16
  45:20 64:18
  65:10 82:3
  83:5 128:19
  143:11
  154:12
  162:21
  170:24
  181:13
  195:24,25
  197:19
  210:22
  222:11
  223:15
  226:24
  227:16
  236:22
needed
  87:20 186:1
needs
  68:24 190:10
needy
  81:24 82:10
never
  15:10 50:6
  164:5,8
nexus
  174:17
Nick
  9:2
Nine
  108:22
nodding
  10:12
non-catholic
  211:14
  212:22
non-
compliance
  120:24
non-teaching
  53:13

nonaffiliated
  212:2
noncompliance
  68:19,21
  120:20 121:2
  138:5
noncompliant
  164:13
nondiscrimina
tion
  103:9 104:4
  105:7,10,12
  126:11
  149:16
  157:18
  159:18,20,
  22,25 160:1,
  10,12,19
  164:1,7
  165:21
  166:16
  169:22
  170:11 235:7
nonetheless
  43:10 67:10
nonprofit
  29:9
norm
  226:13
  227:12
normal
  147:13
north
  30:7 52:14
northeast
  30:4
Northern
  214:17
notably
  125:20
note
  96:4 177:3
  186:19
noted
  22:23 92:10
  97:15,20
  99:8 104:20

105:5 123:7
145:4 150:22
154:10,11
163:18
172:6,9
177:11
178:16
notes
  167:5
notice
  15:23 16:24
  17:5 18:17
  58:16 124:23
  152:7 157:12
  209:3
noting
  111:24 136:3
notion
  90:22 127:8,
  11 181:16
Notre
  18:25 19:7
November
  224:7 237:14
nuance
  63:17
nuanced
  174:15 175:6
number
  9:22 20:15
  31:10,12
  58:22 106:11
  118:9 120:15
  137:21
  151:21
  156:25
  157:11,23
  158:1,4,22
  159:17
  164:24
  165:3,12,13
  167:4,15
  171:18
  172:21,22
  205:16,20,21
  206:4 208:3
  215:1,14
  216:21,25

217:4 218:12
219:3,8,13
229:12
numbers
  110:1,12,19
  201:20,23
  202:4,16
  203:1,17,21
  204:23
  205:3,24
  206:1,14
  207:5 209:18
  217:19,21
  218:1,2,19

—————————

O

oath
  6:6 11:15,17
  15:8 230:1
obedience
  66:6,8
object
  14:6,24
  17:22 91:10
  122:9,15
  189:18
objection
  20:11 26:9
  29:11 31:15
  35:13 38:15
  39:3 40:25
  42:15 43:25
  46:4 53:25
  55:3 58:13
  60:23 61:17
  67:2 68:8
  74:25 77:9
  79:22 82:12
  91:22
  103:11,21
  119:21
  120:10
  122:6,16
  131:17
  132:15
  136:16 139:3
  141:18 153:9

154:15
155:4,20
156:8,20
160:4 163:8
168:7,19
169:5 176:13
177:9 178:6
187:21
198:15 207:7
208:9 209:2
223:25
224:24
226:25
232:16
233:10,16,18
234:5 235:11
Obligation
  37:14
obligations
  151:24
obstacle
  184:8
obtain
  19:3 214:20
obviously
  32:20 102:21
  175:6 210:8
occasions
  222:20
October
  73:23 81:21
  202:6 214:25
  219:2
odds
  121:16,22
Odean
  7:8
offer
  38:23 52:6
  77:12 80:12
  180:12
  184:25
  191:13 192:9
  216:21
offered
  216:16

offering
    77:25
offers
    80:9
office
    7:7 9:1,3
    22:9,24 23:8
    32:7,11,17,
    21,25 35:22
    36:15 51:4,
    7,8,12 53:1,
    5,23 55:16
    56:18 58:4,
    11 60:22
    61:14 62:6,
    10,13 76:6,
    8,11 80:18
    85:22 107:3
    159:14
    171:25
    172:16
    204:18 214:2
    220:16 228:3
officer
    17:12 18:6
    21:16 33:4
    71:19 73:13
official
    54:13 106:6
    202:7 205:18
    219:5,24
    220:3
officially
    49:4 220:14
officials
    116:23
    139:8,18,23
    140:6 196:23
oftentimes
    84:21 213:13
    216:5
okay
    6:15,17,18
    7:4,16,23
    8:5,10,13,22
    10:18 13:10
    14:4 15:22
    19:20 28:21

31:13 36:9,
20 44:17
45:9 50:17
58:23 64:3
68:2 70:15
72:7 73:9,
14,20,21
74:21 75:16
80:14 81:21
83:2 87:14
88:16 91:7
95:21 98:2
103:1 104:1
105:9 118:13
122:19 123:2
128:21
130:25 134:9
140:22
142:14 143:2
152:5 156:24
158:7,8
165:2 170:16
183:25
185:10 188:7
192:10 194:5
203:7,14
204:4 205:21
206:24
210:2,21,24
220:5 228:7,
12 230:2,11,
25 232:11,
18,22,25
233:3,11,25
234:7 235:21
236:2 237:11
onboard
    55:23
once
    228:9
one
    14:20 25:14
    26:13 32:25
    36:22 43:6
    49:6,8,18
    51:16 52:24
    53:7,8
    54:13,24,25

58:8 60:20
63:13 66:5
67:12 70:24
71:2 76:18
79:10 81:20
82:15 83:18
88:12 90:25
92:10 98:23
107:18 109:8
110:14,19,25
111:23
112:20
113:12
115:23
116:4,14
118:17,18,21
119:6,12
120:4 121:5
125:16 126:7
128:20
130:21
132:21
133:22,23,24
135:18
140:18,24
141:1,7,25
142:6 144:3
155:8,22
156:10
158:24
160:24
166:11
171:22 172:3
173:8 175:15
190:15
193:21
194:23,24
195:21
198:21
208:22
209:25
211:16,23
213:8 214:23
218:10
221:22
222:4,18
223:21
226:2,22
231:1,2

233:17,21
235:21
one-off
    112:4
one-offs
    208:4
ones
    36:7 47:7
    102:17 111:6
    119:2 138:7
    149:15 170:1
    179:12
    182:21
    196:24
    200:21
    225:12
online
    117:21,22
    118:19 119:2
    139:15
    220:16
onus
    197:2
open
    7:24 8:13
    82:2 84:15
    96:4,6 118:5
    132:1 133:6
    200:2,5,6
    206:12
    212:12
    221:14
opened
    206:17
opening
    135:19
    185:16
openly
    147:4 186:22
openness
    147:5
operate
    25:7,13 26:4
    44:8,11
    66:13 116:1
operated
    89:25 90:3,

8,12 91:20
233:22
234:11,18
operates
96:15 145:14
158:11
operating
17:12 18:6
21:16 25:23
32:21 33:4
71:19 73:13
113:2 234:15
operations
48:23 58:1
87:4,5 90:21
113:1 138:6
229:14
opinion
156:5
opportunities
113:9 114:12
216:22
opportunity
12:13,16,19
132:2 133:7
135:15,22
144:14 156:4
232:7 235:10
opposed
216:18
opposite
145:24 182:7
opposition
39:10 59:16
options
96:7 139:25
ordained
66:5
order
48:12 66:3,
8,9 67:8,11
94:25 184:18
orders
66:1,7,10,
15,16 67:25
ordinary
173:10

188:23 233:7
Oregon
27:22,24
28:3
organization
69:18 72:5
99:2 204:14
organizations
88:19 89:13
98:18 99:8,
11
orientation
38:13 40:18
122:3,24
123:4 124:4
126:12
127:11
144:17
145:3,8,15
147:1 148:3,
5,9,13
149:14
150:12,19
155:12
160:7,20
163:2,7,17,
19 164:2
166:5 192:19
200:25 232:8
233:14 235:8
origin
150:11 163:1
166:3
original
178:20
originally
67:6
outlined
235:19
outs
157:7
outset
41:21 140:19
outside
24:17 34:15
125:16
149:14

201:14 209:3
overly
112:15,18
114:1,9
oversee
22:5 23:3
43:8 46:1
overseeing
35:1 52:13
189:14
overseen
66:2,16
216:5
oversees
32:21 51:10,
13 71:16,20
oversight
48:19,21
49:1,3,4
51:24 57:19
61:15 67:9
80:19
overview
64:14
owned
79:16
Oxnard
18:23

---

**P**

p.m.
142:24
194:11
228:14
237:13
page
56:2 65:8,13
95:22 103:2
107:17
108:20
112:12,13
114:19
115:13
117:16
125:18
144:3,5

150:2,3,4
165:24
167:12
172:20
173:18
175:25
179:7,23
184:12 185:2
186:17,18
193:1,3
pages
171:20
pandemic
207:10
pants
180:15
183:17,21
184:4
par
132:20
207:16
paragraph
65:13 97:18
101:14
125:19
127:25 129:8
134:24
144:11
159:17
162:18,23
164:24
165:24
167:18
172:9,22
173:20
175:25
176:3,5
179:24
184:13,16
185:7,17
186:25
187:10
193:2,13
parallel
162:10
parent
122:21 123:5
181:11

Elias Moo   30(b)(6)
November 27, 2023

parental
  201:17
parents
  82:5,20,21
  83:12 122:3,
  25 123:11
  147:5,22
  148:5,9
  176:25 177:4
  182:4 186:15
  196:13
  197:13
  198:20 226:4
parents'
  201:5
parish
  22:4,5,13
  25:15 32:13
  37:1 43:4,8
  44:15 45:5,
  10,21 46:14,
  19,22 47:3,
  6,13,17 48:6
  55:18,23
  56:3 57:4,
  14,15,18,19
  58:2,9,10
  68:11,14
  81:15
  118:17,24
  120:25
  154:21
  211:25
  212:1,4
  213:9,12,15,
  18,25 214:24
  215:18
  216:3,4,6,7,
  10,12,18,19,
  21 217:12
  218:7,13
  220:1,5,11,
  14,16,18
  221:3,10,12
  222:1,5
parish's
  214:2

parishes
  42:8,13,19,
  21,23,25
  43:9,13 44:9
  46:20 53:21
  58:21 79:16,
  20 117:16
  118:14
  119:5,14
  128:4,8
  135:10
  172:17
  211:13
  212:22 213:5
  214:16,25
  216:2 219:2,
  19 220:24
  221:7
parishioner
  213:20,21,23
  214:6,11
  217:10,12
  218:7,20
  223:16
parishioners
  211:25
  213:11
  218:4,6,12,
  24 219:8,14
  220:1,20
Parsons
  18:4 21:16
  73:13
part
  8:19 12:8
  26:3 32:5,16
  33:25 38:3
  40:11 48:1
  50:4 64:2
  73:24 95:9
  104:8,21
  131:15 134:7
  137:25 138:8
  143:9 149:5
  154:7 158:11
  159:20
  161:15 162:5
  168:3 172:6

  177:18 179:9
  182:17
  199:2,3,14
  210:11
  216:20
  221:10
part-time
  21:9 95:25
  96:5,7,10,14
participant
  126:24
participate
  94:1 97:20
  98:1 107:10
  108:2,16
  109:21
  113:25 114:7
  136:9,13
  137:3,18
  138:11,23
  139:10
  140:14,17
  142:3,10
  151:23 155:2
  164:22
  165:15
  166:13,17
  168:2 221:2,
  12,15 222:9
  230:19
  232:23
  233:4,6
  234:9,17
  235:19 236:9
participating
  75:21 76:1,
  15 86:9
  87:25 88:1
  93:2,7,20
  102:14,25
  108:8,22
  110:6 111:9
  115:11 122:4
  123:1 137:22
  141:17
  158:18,20,25
  165:11,18
  221:23

  233:12
participation
  101:18
  107:11,19,
  21,25 108:18
  117:3 125:21
  150:16
  157:14 160:2
  168:18 169:4
  181:4 215:15
  234:21
particular
  43:3 53:19
  54:20 60:10
  66:11 71:15
  91:17 94:17,
  20 96:18
  115:5 126:8
  147:23
  156:10 157:8
  158:15
  174:12 186:3
  189:2 197:5
  199:22 200:8
  201:14
  213:18 217:8
  226:12
parties
  104:12 231:6
partnership
  82:21 83:11
  84:7 123:10,
  12,22
parts
  175:1 235:6
party
  121:12
past
  15:14
paste
  103:3
pasted
  103:6
pastor
  37:1 42:24
  43:1,21
  44:9,15
  45:25 55:11,

Elias Moo   30(b)(6)
November 27, 2023

20,23 56:1,
8,11 57:18,
23 59:8,24
68:18,23
119:24 121:1
196:10
216:5,12
222:3,11
223:15 226:9

**pastoral**
32:22 189:6

**pastors**
22:4,13 23:7
32:15 35:25
43:7,10,12,
13,15,19
44:8 51:19
52:16,19
57:16 106:3,
5,8,24
116:23
117:19
128:10
131:10
134:12
135:5,7,22
195:11 221:3
222:23
226:15

**path**
107:19,25

**pathway**
117:17 118:2
132:2 134:16
135:23
235:18

**Paul**
7:18 191:22,
23

**paused**
208:19

**paying**
93:11

**PDF**
144:5 150:2,
4

**penalty**
6:2 92:14

**pending**
11:5

**people**
35:8 80:11
120:23
199:20 212:2
215:1,20
218:11 219:3
221:20
222:16
224:8,16

**perceived**
184:20

**percent**
49:21

**Perfect**
236:17,21
237:4

**performance**
22:20

**period**
90:25 206:11

**perjury**
6:2

**permanent**
216:17

**permissible**
40:24 41:3
147:25 226:9
227:18

**permission**
47:23

**permit**
221:1

**permitted**
183:17 184:3

**persist**
60:5 200:8
223:9

**persisting**
60:2

**person**
17:1,3 18:3
30:23 59:2,
21,22 73:10
106:10,11
125:23 126:9

146:10
150:10
151:11 166:2
171:15
172:10
174:17
176:19
178:13
194:16 214:5
221:21
223:8,17,18
225:11,13,21
226:1,6,17
232:14

**person's**
184:23

**personal**
15:16,18
82:3 180:4
210:11

**persons**
115:8 163:15

**perspective**
68:20 102:4
123:8 177:17

**pertaining**
57:22 195:1

**pertains**
17:15 26:15

**philanthropic**
229:19

**phone**
8:3 15:3

**phrase**
187:14

**physical**
163:2 166:6,
7

**physically**
51:25 54:11
213:10

**picked**
10:12

**piece**
178:20 182:9

**pieces**
104:14 179:1

**pigeonholing**
90:24

**PL3244**
118:22

**place**
52:23 61:8
68:16 76:18
78:7 138:4
145:25
146:20
211:17
216:23
221:17,19

**plaintiff**
159:1
192:16,23
194:2 203:5,
10

**plaintiff's**
119:12

**plaintiffs**
9:3 49:9
62:3 104:2
192:22 205:8
214:14
230:13

**platform**
114:20

**play**
180:13,15

**playing**
180:16

**pleadings**
27:20 205:9

**please**
8:24 9:8
11:3,10 14:9
16:1 65:8
72:11 122:8
134:1 162:20
171:18 182:5
210:23
236:24

**plenty**
201:13

**plug**
83:3,6

Elias Moo   30(b)(6)
November 27, 2023

point
  29:16 30:7
  57:23 79:1
  80:13 88:25
  90:14,19
  91:17 92:18
  94:2 96:18
  101:21
  107:18
  109:3,12
  110:10,12
  136:6 137:7,
  9,15 138:13,
  21 142:5
  147:16
  160:22
  161:4,8
  167:8 170:14
  183:14 190:9
  195:8
  200:10,21
  208:18,22
  219:21
  229:17
  233:21 236:2
policies
  25:19,25
  26:4 53:17
  57:8 62:11,
  18,22,24
  65:4 120:21
  145:6 148:1
  154:20
  172:24 180:8
  186:21
  201:18
policy
  22:6 46:11
  51:15,16,17
  53:7,8 57:9
  63:6,9 64:13
  145:6 146:4
  194:24
  197:23
  201:3,11,12
Polis
  98:7,17

Polis'
  129:9
political
  117:13
polled
  110:3
poor
  74:12,13
  77:18 78:19,
  24 81:24
pope
  30:19,23
  187:16,19,23
  188:1,5,14,
  25 189:3,12
  190:19
  191:21
popes
  173:8,9
portfolio
  46:17 112:23
portions
  172:7
Portland
  28:5
position
  21:11 27:6
  28:23 30:17
  38:20 41:10
  51:3 58:10
  86:7 96:6
  104:21 146:5
  163:15
  186:11 187:4
  190:3
positioned
  17:14
positions
  27:1 33:20
  35:10 39:12
  53:13,14
  130:15
  189:16
possibility
  113:15 193:7
possible
  38:22 104:17

  117:3 121:5
  134:15 135:1
  142:20
  170:14 187:2
  222:14
  223:13 225:3
  235:18
possibly
  17:10 91:17
  95:17 160:6
  227:6
potential
  107:11
  123:21
  124:10
  135:15,23
  164:18
  198:11
potentially
  120:22
  195:25
power
  142:19
Powerpoint
  134:18,21
practically
  176:1,23
practice
  93:18,19
  94:2 161:6
  162:13
  197:22,23
  233:4,11,15
practices
  62:11 186:21
practicing
  37:24
prayer
  38:5
Pre-k
  24:19
Pre-k-to-8
  47:11
precepts
  37:10 38:1
Precious
  25:4

precisely
  29:5 35:6
  195:15
preclude
  177:1 230:9
preferences
  180:5
prefers
  180:13,15
pregnancy
  70:4
prepare
  14:4
prepared
  17:24 18:16,
  18 106:13,15
  171:23
  209:20
preparing
  106:16
preschool
  24:20,22,24
  25:3,4,16
  26:2 44:8,
  12,15 47:12
  49:10,15,17,
  20,25 55:10
  56:20,21
  57:20,22
  58:1 62:15
  63:14 68:6
  73:24 74:6
  75:22 76:15
  83:18 86:8,
  10 87:4,5
  88:20 93:8,
  14,20 94:13
  96:1,20,21,
  24 97:2,8
  101:16 104:5
  106:4,8
  108:2,4,7,
  21,25 109:8,
  14,16,17,21,
  25 110:5
  111:3,4,12,
  16 112:1
  117:20 118:3

119:17
121:14,19
122:4,5
123:1 128:4,
12 135:9
144:13,15
148:19,22,24
149:3,4,5
151:14
152:14,16,21
153:1,2,6,7
156:3 157:16
158:19
165:4,7
166:9,12,13,
14,17,18
170:12
175:23
176:7,9
177:2,3,7
178:2,8
181:5 183:5,
11 192:16
193:23 194:4
196:3 198:13
202:4,12,17
204:3 206:2,
7,10 207:5
212:19
227:24
229:11,14
231:22 234:3
**preschool's**
166:22
198:12
**preschool-
specific**
63:18
**Preschool-to-
8**
26:3
**preschoolers**
175:11,12,
13,16,17
205:10,11,13
**preschools**
25:12,23
44:6,19,21

47:2,16 49:8
58:22 62:12
63:11,12,19
66:21,25
67:22 68:11,
12,14 75:11,
21 76:20
77:8 79:15,
18 80:21
81:15 86:25
88:6,7,10,18
89:12,15
93:2,7
106:10,25
110:3 111:9
119:14 120:7
135:7,10
136:8,13
137:2
146:22,23
152:13
157:14
158:18,25
160:2 163:5
164:6,22
165:11 168:5
169:21
170:10,21
171:2 176:22
177:6,18,20
183:16,19
184:25 185:8
192:16,23
193:22 194:2
197:19
201:21,23,24
203:6,10,16,
24 204:9
205:12,14,15
206:11,24
208:25 209:7
210:25
211:12
226:22 228:2
232:6 233:13
234:9,16,25
**prescribed**
93:24

**present**
8:25 28:20
38:19 51:25
90:23 173:21
174:18,23
190:16 192:8
215:1
**presentation**
109:13
**presentations**
176:25
**presented**
175:4
**presenting**
196:12
**presents**
41:12
**press**
236:6
**pretty**
102:16
141:14 190:7
198:24
202:16
206:5,15
222:15
**prevailing**
90:23
**prevalent**
126:14
**previous**
9:12,14
150:18
155:8,22
156:1 208:13
**previously**
65:2 148:8
163:18
**priest**
225:2
**priests**
43:7 66:4
124:24
**primarily**
22:3 66:2
74:7 77:17
78:21 86:18

90:1,3,7,8,
12 91:20
101:23
117:11
188:10 196:5
233:22
234:11,15,18
**primary**
26:13 30:23
56:22 69:23
72:18 82:19
83:12 114:15
129:24 174:9
216:23
**prime**
40:9 221:17
**principal**
27:4,7,8,10,
13 44:13
52:18 55:9,
22 57:12
196:10
**principal/
director**
196:10
**principals**
22:5,12,21
23:6,7 36:1,
14,18 39:13
51:18 56:11
200:15
**principles**
171:11 178:4
190:16
**prior**
27:3,8 98:23
127:20
135:17
150:23 151:2
159:10
161:12 202:1
**prioritize**
132:25
211:12
212:21 235:1
**priority**
211:21
212:6,12

privacy
  184:19
private
  34:14 40:4
  81:8 87:12
  98:17,19
  99:3,18
  100:5 101:1
  102:10
  184:17 202:7
  229:6,19,25
  230:5
privately
  167:21
privileged
  14:8,14
  139:4 169:6,
  10
privy
  102:2
pro
  23:17 47:9
  62:1 70:2,
  11,13
probably
  19:18 30:22
  31:10 33:19
  38:18 50:25
  110:13,15,20
  114:14
  126:13
  141:23 158:2
  164:19
  174:21
  183:18 215:5
  222:2 225:6
problem
  59:19 145:9
  184:4 195:17
  212:17
problematic
  94:24 118:1
  145:1 147:8
  149:9
  150:15,21,24
  152:2,3
  160:2 181:7,
  15 182:8,13

problems
  6:19 146:6
procedures
  62:19 63:18
  120:22 162:1
  164:13
proceed
  131:6,8,16,
  22 132:1,9,
  23 152:9
proceedings
  237:12
process
  28:11,12
  35:19 39:6
  40:19 55:7
  61:1,8 73:6
  162:1,10
  196:4,5,7
  198:2,8,9,18
  220:21
  232:25 233:8
processes
  94:22
production
  230:15
professional
  15:15,17,18
  19:17,21,22
  34:14,15
  54:20
professionall
  y
  27:15
professionals
  54:19
program
  25:9,16 26:3
  44:11,16
  47:12 49:20,
  25 51:23
  52:18 56:21
  57:20,22
  77:22 79:9,
  10 88:20
  91:20 92:19
  93:3,8,14,
  21,23 95:3,

  7,10 96:22,
  24 97:2,8
  98:21,22
  101:15,16,18
  108:21,25
  109:14,16,
  17,21 117:22
  118:3 119:15
  122:5 137:3
  140:15 149:5
  150:17
  151:23 155:2
  157:1,5,15,
  16 158:10
  159:24
  160:3,11
  165:4,7
  166:10,13,
  14,18,25
  167:7 181:5
  197:25 201:6
  208:12,19
  230:19
  232:19 236:3
programmatic
  94:13,15,23
programs
  24:20,22,25
  25:10 26:2
  44:8 49:15,
  17 58:1
  62:15 63:20
  73:24 74:3,
  5,6 76:2
  77:7,13,14
  78:8,14,22
  79:11 80:1
  82:2 83:19
  92:18 93:11,
  15,17 94:5,
  13 96:1,4,6,
  20 106:4
  108:2,7
  110:6 114:1,
  8 119:17
  128:4,12
  152:25
  157:17

  158:20 167:6
  170:9,12
  171:8 173:21
  177:2 194:4
  202:17
  206:10
  212:19
  229:13
progression
  180:3
prohibiting
  164:1
prohibitive
  181:4
promote
  40:3 41:19
  145:17
promotion
  34:16
pronounce
  72:8,11
pronouncing
  50:20
pronouns
  145:24
  146:12,17
  182:6 192:19
pronunciation
  50:21
proper
  48:18 50:21
  166:9
properly
  123:21
properties
  79:16
prospective
  34:3 41:11
protected
  167:23 174:5
protections
  115:15
  116:17 167:6
proven
  61:3
provide
  32:14 71:1

72:6 74:8,10
78:19 79:19,
25 82:17,22
83:21 86:19
88:20 107:8,
10 111:4
135:1,21
139:18
144:14
170:20 171:1
176:24
179:16 232:7
235:9 237:7
**provided**
92:6 97:13
117:24 118:9
175:22
202:13,24,25
203:9 213:22
227:12
228:25
230:23,25
231:8
**provider**
104:5,22,25
105:10 119:6
143:6,19,25
144:9,13
150:9 156:3,
16,18
162:19,22,24
166:1 168:4
230:21 234:1
**provider's**
167:20
**providers**
101:17
115:10 155:9
167:22
**provides**
70:3 156:3
171:10 195:5
**providing**
22:3 82:4
97:12 114:21
116:19
123:19 200:3
226:12

**provision**
104:8 105:13
144:8,23,25
150:1,6,15,
23 151:2,3
154:23
155:6,16
156:15
159:19,20,
23,25 160:1,
11,19 164:7
165:21
166:16,21
167:5 168:1,
3,9
**provisions**
143:25 152:1
160:25 162:4
235:7
**prudence**
222:25
**prudential**
190:15
**pubertal**
180:3
**public**
20:13 34:14
40:4 81:8
112:24,25
124:8 202:7
206:10,17
**Pueblo**
116:7,8
**pull**
6:24 157:24
159:4 164:11
**pulled**
7:1 90:5
179:12,14,20
**pulling**
178:17
**purpose**
29:20 72:11
107:7 212:10
**pursue**
115:22 118:4
132:1,2

134:16
135:24
139:24 140:7
**pursuing**
117:17 226:7
**push**
114:20 142:6
**put**
61:8 62:18,
23 136:1
172:3 178:16
179:2 188:9
211:17

---

### Q

**qualified**
214:11
**qualify**
148:25
197:14
**qualifying**
166:4
**quality**
103:4 144:7,
9,11
**quantify**
141:25
**question**
7:13 10:24
11:5 12:23,
25 13:11
14:7 25:20
30:22 31:17,
21 38:10
58:24 59:4
67:4 73:15
75:2 77:10
80:2,4 91:11
100:20
103:12,15
104:7 110:23
114:5
122:11,17,
21,22 123:3
124:3 128:23
131:21

136:23,25
137:1 146:21
152:6,9,11,
12 156:15
158:13
163:19
168:12 169:2
170:2,25
176:16
178:24
179:10
189:24,25
193:16
210:10,22
221:1,10
224:19,20
229:7
**question-and-
answers**
179:12
**question-
answer**
171:10
**questioning**
151:18
189:22
**questions**
7:10 10:6
12:2 13:9
14:2 17:10
18:13 94:12,
14 137:13
153:4 179:18
183:25
192:11,14
225:9 228:9,
11,17
231:15,19
236:13,16
**quick**
6:22 62:8
**quickly**
11:10 135:1
**quote**
112:16

**R**

R-O-S-S
  99:23
race
  144:16
  149:20
  150:11
  162:25 166:2
raised
  162:15
  208:25 209:7
  210:25 211:1
  222:21
raising
  211:5
ran
  94:9
Randy
  21:18
range
  180:4
ranging
  108:23
rates
  211:6
ratio
  63:20
re-evaluate
  101:17
reach
  59:24 193:23
reached
  50:6 194:2
reaching
  139:20
  191:16
read
  64:17 65:10,
  12 158:3
  163:20
  185:6,15
reading
  78:4
ready
  115:15,21

real
  6:22 110:25
  113:13
  185:18
realities
  120:14 191:3
  219:20
reality
  108:21
  109:1,25
  139:6
realize
  12:3,9
realized
  54:25 227:22
realm
  76:4 195:16
  201:14
reason
  13:20 234:3
reasons
  150:22
  160:20
  200:23
Reaves
  9:2
reboot
  208:12
recall
  23:23 87:15
  88:12 89:7,
  10 101:8
  106:10,19
  121:23,24
  131:2 137:7,
  9,11 138:20
  141:3 161:11
  165:13 167:4
  179:2,4,17
  232:20
recalling
  24:2 25:5
  86:20 87:18
  90:4 119:3
  202:22
  204:22 218:8

receipts
  157:10
receive
  70:18,20,22
  88:3,9,19
  92:2,12,13
  96:11 112:24
  113:19,20
  127:10 139:9
  140:6 144:15
  146:3 156:4
  162:9 204:11
  222:9,14
  228:19
received
  19:5 50:4
  88:10 109:11
  111:23
  164:15
  205:18
  222:23
receives
  188:3
receiving
  108:22
  196:15,16
  220:18 222:6
recent
  207:5
recently
  189:5
recess
  50:13 85:15
  142:24
  194:11
  228:14
recipient
  106:24
recipients
  139:17
recognize
  16:3,8,9
  64:10,12
  86:3 98:13,
  15 105:24
  128:18,21
  134:2,9
  143:18 174:3

  180:8
recognized
  65:3
recollection
  100:17 141:1
  202:15
  203:4,9,12
  206:14,21
recommend
  198:22,23
recommendatio
n
  37:4 179:25
recommendatio
ns
  58:11 178:4
  179:19,20
reconciliatio
n
  223:2
record
  7:13 8:19,24
  10:21 12:6,
  8,20 14:12
  17:23 20:13
  50:12,14
  85:14,16
  142:23,25
  194:10,12
  209:24
  210:2,4,5,6
  213:14
  228:10,13,15
  231:12
  236:18
  237:5,11
recording
  10:13
recordkeeping
  63:2
records
  143:10
recourse
  55:2
redirect
  231:15

refer
107:21,22,23
116:12
145:23 182:6
195:14
225:10
reference
37:1,3 63:23
115:3 192:2
230:18
referenced
18:3 118:9
136:14
205:22
228:18
references
103:2 108:21
176:4
referencing
105:8
referrals
162:24 163:6
233:14
referred
65:25 235:18
referring
46:9 65:21
66:14 87:3
94:16 96:9
110:9 113:23
117:18
118:22
125:25 126:1
127:18
130:21
135:4,5
148:7,22
167:19
171:21
176:18
177:23
193:9,14,17
219:25 225:3
refers
129:8
refined
89:5 215:10

reflect
84:14
reflected
85:6 124:12
reflective
41:9
refuge
221:19
refuse
82:10
refuses
68:6
regard
162:25
regarding
157:14
168:17
192:18
193:10 194:3
228:24
region
29:24 49:14
regional
46:21 47:3,
5,7 48:7
52:8,13
57:3,5,12
58:6 60:21
61:19,23
62:2 68:11
69:2,3,5
120:17 121:6
regions
189:15
register
117:21
139:15 142:4
161:20 231:6
registered
136:15
213:8,25
218:12 219:8
220:15
registration
135:19
213:10
220:21

230:20 231:7
regular
213:14 217:4
regulated
63:19
regulation
155:10
regulations
48:15 67:16
94:7 98:21
118:1
reimbursement
234:10
reimbursement
s
229:11
reject
95:18 161:21
related
11:25 96:10
148:14 151:1
229:13
relationship
17:11 38:4
69:13,15
73:17
129:17,19,
20,21 130:5
171:4 223:6,
19
relationships
58:21
relayed
133:7
released
171:7,14
188:14 189:5
relegated
217:5
relevance
14:24 17:23
20:11 189:19
223:25
224:24
relevant
180:7

relief
140:6
religion
150:11 163:1
166:3
religious
34:9 48:12
65:17,19,22
66:1,3,7,8,
10,15,16,20,
23 67:7,8,18
78:3 89:24
90:1,3,8,12,
18,22,25
91:21 92:6,
10,15,23
93:11 98:18
108:9,11
113:20
114:14,23
115:16,23
116:2,18
117:4 128:3
131:7 133:1,
2 135:25
144:2,16,25
151:7,24
155:19
161:22
166:22
167:6,7,21
173:21 181:8
183:1 186:19
198:13
233:23
234:11,15,18
235:3,10
religious-
based
77:14
relocate
27:25
remain
186:23
206:12
remained
102:24
206:21,23

208:14,15

**remaining**
187:7

**remember**
203:7 233:23

**remembered**
50:23

**remind**
8:5 11:14
61:22

**reminder**
8:16

**remiss**
186:19

**remotely**
9:4

**removal**
43:20 121:6,
8

**remove**
164:11

**reopened**
208:16,20

**repeat**
9:13 12:7
24:4 25:20
76:7 95:8
100:20
103:14 114:5
157:22
210:22
234:12

**repented**
225:24

**rephrase**
31:20 131:21
176:15

**reply**
6:6

**report**
17:13 21:11,
13,17 30:20
33:3 43:11
203:17
204:2,15,19,
22,23 218:10

**reporter**
6:7,22 7:3
12:15 50:12,
14 85:14,16,
23 136:23
142:23,25
194:10,12
210:1,4,6,18
228:13,15
233:16
236:14,17,
21,25 237:4,
8,11

**reports**
30:24 61:3
71:17 111:16

**represent**
7:7 102:18
143:9

**representativ
e**
16:19 99:21

**representativ
es**
115:4

**represents**
117:9

**request**
192:17
228:19

**requesting**
117:24
139:16,17
146:16,17
147:12

**requests**
196:14
230:14

**require**
33:8,13,16,
22 53:5,23
54:9 233:5,6

**required**
34:7,8 35:12
36:3,5,14,
16,21 38:25
39:13,16,17,
23 44:25

48:14 54:8
55:1 80:24
81:4,14
153:20,23
161:8 170:10
233:13

**requirement**
33:11,19
34:2,10
36:18 39:22
45:3 93:13
103:5,17,19
104:3,4
144:13 149:9
164:1 165:21
166:16

**requirements**
36:23 93:10
156:2 160:12
166:12
169:23
197:25 226:3

**requires**
53:1 84:13

**requiring**
53:5 157:17

**rescued**
29:22

**reserve**
237:2

**residing**
213:24

**resolve**
223:9

**resolved**
68:23

**respect**
17:19 18:9
29:6 55:18
111:18
114:22 129:3
145:6 162:15
163:17
174:13
221:24
223:12

**respectful**

190:22

**respective**
189:15

**respects**
173:1

**response**
88:2 108:11
224:25

**responses**
202:24
203:13 225:9
230:15

**responsibilit
ies**
21:25 34:1

**responsibilit
y**
26:13

**responsible**
56:16 71:17,
25 120:24
121:12
128:11

**responsive**
174:12
185:24
228:23 229:8

**rest**
25:11,13,24,
25 47:6
63:14 180:21

**restate**
58:24 92:4
121:18
122:22
152:10
224:18

**restrictions**
221:6

**restroom**
145:25 182:7
195:23

**result**
34:2 57:10
113:12
120:15 140:4
197:12 208:1

retain
  67:19
rethinking
  93:25
reticence
  84:22
return
  117:23
  119:5,7
returned
  136:15
Reverend
  30:14,15,16
  124:15
  125:3,6
reversal
  191:6
review
  12:14 16:12
  62:11 99:20
  128:19
  134:1,3
  151:21
  159:15
reviewed
  14:10 104:22
  143:21
  215:24
reviewing
  16:22
revisions
  101:9
Rice
  177:25
right
  7:2 9:6
  16:15 19:19
  25:5 37:24
  43:17 44:13,
  23 57:4
  65:14 67:15
  80:10 83:14
  84:7 92:11,
  13 98:4
  104:12
  105:14,18
  109:5 113:8,

11 116:22
117:1
123:10,25
138:2 139:20
140:5 141:1,
8 146:24
149:21
158:21
167:20
169:25
175:20
180:18
182:22 186:4
189:4 195:12
196:19
198:19
199:6,21
201:12
202:10 206:7
207:19 214:3
225:22 226:6
229:17
231:19
232:4,9
235:1,15,23,
24 236:3
rights
  64:15 167:23
rise
  183:2
rising
  211:6
risk
  68:23 114:13
  128:2
Road
  30:3
Rocky
  102:20
Rogers
  129:2
  133:14,15,16
role
  26:6 28:7
  30:25 31:2
  41:8 52:10
  56:6 58:19
  197:3

roles
  33:19 34:19
  39:18,21
  56:23 189:12
rolled
  109:16
room
  7:14,17
rooted
  187:7
Rose
  27:4,9,11,
  16,17
Ross
  99:23
roster
  106:7
rough
  28:15 30:8
roughly
  214:15
Roy
  7:8
rule
  17:25 66:2
  84:17 97:19
  139:9 140:15
  220:25 221:9
rules
  10:8 48:15
  183:20
run
  29:16 44:10
  57:6 66:13,
  16 112:25
  182:14
running
  46:14 236:3

———————————

S

S-T-A-U-D-E
  172:13
sacrament
  222:13,17
  223:2,7
  224:1

sacramental
  37:14 216:22
  222:16
sacraments
  220:18 222:6
  223:1 224:2
sacred
  173:11,13
sacrifice
  221:23
sacrifices
  111:7
safety
  184:19
sake
  83:16 108:3
same-sex
  58:9 59:1,
  11,13,18,21
  60:11,18
  127:14,15
  147:18 171:4
  193:9,17
  220:23
  221:20
  222:7,8,12,
  16 223:6,18,
  19
Samuel
  21:14 30:15
sanctify
  21:24 31:3
  43:3
sanctions
  55:2
Santa
  18:22
saying
  12:16 79:4
  87:7 91:14
  129:9 137:9
  148:4 160:18
  210:16,19
  225:19
  226:15
says
  42:7,12

45:16 65:14
67:15 83:13,
24 84:18
85:21 88:17
89:23 90:11
94:12 95:25
96:20 97:19
101:15 103:3
107:18
109:24
110:21
112:13
114:20
115:13
117:16
119:13
125:20
127:24 128:1
131:5,22
132:8 134:25
144:8,11
150:7,9
156:2 162:18
166:1 167:13
172:23
175:25
184:16
186:18 193:3
221:9 229:9
235:9
**scandal**
34:16 225:16
226:17
**scanned**
236:19,23
**scenario**
57:6
**scenarios**
39:8
**schedule**
16:23
**scheduled**
16:10
**scheduler**
129:9
**school**
18:21,22,23
22:12 23:2,

6,7,16,17,
18,20 25:13,
16,24,25
36:1 39:17,
19 40:3,4
44:13 46:3,
9,10,11,12,
13,15,17
47:20,22,23
48:4,9,11,
23,24 49:20
51:18,22
52:16,17,18
55:20,23
56:22 57:17,
18,19 58:2,
10 61:24,25
62:15 63:15
67:10 68:17
69:7 78:1
79:11 82:16
83:18,20,22
84:8,9 85:7
88:13 90:23
92:18 94:20
95:2,17,19
96:15 106:3,
5,8,25
110:11
111:3,17
112:21 113:1
117:20
120:17,19
121:8 122:1
123:22,24
124:1,8
131:10
134:13
135:6,22
137:17
141:4,9
145:22
147:15,23
153:11
154:21
160:16,17
161:2,25
163:20
164:12,13,16

171:7 172:23
174:22
176:3,5
184:16
186:6,9,10,
15,20 187:3,
6 193:3,6
195:10,12,
20,24 196:8,
9,10,22
197:3,9
198:9,19,24,
25 199:1,2,
3,4,6,8
200:3,10,13,
18,25 201:2,
6,9,11,15
208:5,13,16,
19,22 209:8
210:25
211:1,17
212:1,8
218:19
227:25
229:14
231:23
232:1,4
235:21,25
**school's**
180:7 186:11
201:17
**schoolers**
174:7,8,10
**schools**
21:4,20,22
22:1,5,6,10,
13,21,24
23:2,3,4,9,
13 24:13,14,
16,17,18,19
25:1,18,22
26:17,18,19,
20,23 28:23
32:25 35:23
36:16 41:9
42:10,13,17,
20,21 46:19,
21,24 47:1,

3,4,6,7,11,
13 48:2,7,
16,19,21
49:13,23
51:4,7,8,10,
13,17,21
52:1,4,13,16
53:1,2,6,11,
22,23 54:25
55:18 56:3,
18 57:2,3,4,
5,12,14,15
58:4,6,9,11,
22 59:2
60:21,22
61:19,23
62:2,7,10,
13,18 63:7
64:16 65:15
66:13,15,18
67:17,18,20,
24 69:2,5
74:17 76:5,
6,8,11,12,24
77:5,7,8,22
80:18 82:9
83:11 84:13
85:22 87:25
90:17 93:19
94:20,25
95:5,13
96:13 97:20
98:1,18
99:3,18
100:5 101:1
102:10,17,
18,19 107:4
108:22
111:8,11
112:14,18,25
113:6 118:6,
15 121:6
132:2 133:7
137:13,20,
21,22,25
138:12
139:14
140:11,13
141:16 142:8

146:3 148:20
149:16
151:16 153:5
159:14
161:20,21
162:10,16
165:14 168:2
172:1,16,17
173:20
174:20
176:24 178:3
180:5 185:23
187:3 194:17
197:23
198:4,23
200:6 201:4
202:3,7,12
203:1,25
204:2,5,6,9,
13,18,21
205:4
206:17,25
207:1,13,24
209:16
211:4,23
212:13,15,19
214:24
219:18 228:4
230:18,23
232:22 233:3
236:7,8
**schools'**
125:24
**scope**
209:3 210:9
**Scott**
129:11
**screen**
64:6 68:4
85:19 157:25
**scripture**
173:13
**scroll**
16:6 64:20
98:8 102:15
105:22
124:19 134:5
143:8 159:6

162:20
178:23
193:13
**scrolling**
143:13
**seal**
99:9
**seals**
99:10
**seats**
212:18 213:2
**second**
10:23 19:14
65:13 94:11
95:24 104:7
107:17
108:20 114:3
115:13
119:12 120:5
125:18,19
127:25 129:8
149:25 154:5
167:3 173:19
185:6
**section**
95:24 144:10
150:18
177:11 204:3
**securing**
107:19,24,25
108:7 132:25
**see**
10:13 54:11
62:24 64:8,
9,22 65:4
77:21 86:1
98:11,12
105:17,20
117:2 118:5
128:6 140:10
141:22
143:11
144:21
150:6,8
159:7,23
161:1 178:24
191:16 192:2
209:10 211:7

212:18
**seeing**
183:2
**seek**
82:4 168:13,
24 193:6
**seeking**
94:18 223:3,
4
**seemingly**
133:19
**sees**
44:11
**self-
recording**
202:3
**Selner-wright**
177:24
**send**
63:1 111:12
112:2 118:20
**sending**
102:8 111:7
**sense**
30:10 90:24
92:21
139:13,22
140:4 157:8
191:15,16
194:23 195:5
225:18
235:13
**sensed**
236:8
**sentence**
67:14
101:15,19
110:17
125:20
127:25 128:6
134:25
**sentences**
176:1
**separate**
147:21
162:11
181:25

**separately**
25:8
**separation**
25:9
**seriously**
222:24
**serve**
46:20,23
76:21,24,25
78:19 82:10
83:15 111:10
121:15
**serves**
190:12 205:9
216:6
**service**
72:6 74:8
88:20 117:23
217:5
**services**
32:15 71:1
80:9 82:5
144:15 156:4
**set**
45:4 49:2
94:17
161:16,19,23
211:21,23
**setting**
15:16,17,18
39:19 40:4
120:25
154:22
**Seul**
153:4
**seven**
23:5,13
113:4
**sex**
121:16,22
145:13,24
147:7 163:1,
7,14,16
171:6 182:7
184:24
**sexual**
38:13,21

Elias Moo   30(b)(6)
November 27, 2023

40:18 122:2,
24 126:12,15
127:9,11,14
144:16
145:2,7,15
146:25 147:1
148:3,4,9,13
149:14
150:12,19
155:12
160:7,20
163:2,7,17
164:2 166:5
171:9 176:19
178:13 180:9
184:15
192:18
194:16 195:1
200:25
201:15
232:8,14
233:14 235:7
**sexuality**
38:21 151:11
**shaking**
10:11
**share**
15:25 25:24
64:5 85:21
98:2 105:2
114:23
171:18
**shared**
99:6,20
102:4 106:18
111:18
113:17
125:17
131:10,12
132:3 152:19
**sharing**
68:4 105:18
169:18
170:17
**she/her**
146:17
**sheltering**
69:21

**shelters**
70:1 74:11
81:23
**shepherd**
227:14
**shift**
110:18
**short**
11:9 45:5
101:2 204:20
**shorts**
184:4
**shot**
212:25
**show**
37:6 128:14
133:22 143:4
**showing**
220:13
**shut**
208:13
**siblings**
212:8
**sic**
24:10
**sick**
13:11
**sign**
40:7,11 42:5
55:24 81:14
90:16,20
119:14,18
139:15 142:3
149:11
153:13
154:17
168:5,23
213:11
220:16
230:21 234:3
**signature**
99:13 236:25
237:3
**signed**
54:17 99:13
102:13 115:9
119:2,20

120:7 192:14
**signees**
99:3,20
100:6 102:9
115:6
**significance**
177:4 207:9
**significant**
110:14,18
128:2 182:10
185:20
206:22
207:18
**signing**
118:19
128:12
163:4,23
**signs**
154:18
**similar**
75:7 93:10,
13 101:21
153:25
166:24
175:12
214:24
226:19
**similarly**
150:18
180:20 221:8
**simple**
84:12 141:14
**simplest**
220:12
**sin**
223:9
**sincerely**
114:22
115:16
116:17
144:2,24
155:18
166:22
198:12
**sinful**
59:15

**single**
70:5 160:24
**sinners**
221:20
**sins**
223:4
**Sisters**
65:23 67:7
**sit**
71:19
**sitting**
8:3
**situation**
40:20 55:6
57:6 60:10
62:25 69:8
82:15 84:4,
15 95:19
121:24
123:17,21,25
138:3,4
152:17
164:14 183:5
186:8 193:21
194:3 195:9,
10,17,18,20
196:3,19
197:5,16
211:18 217:8
231:24
**situations**
35:8 39:8
57:1 85:3
158:16
160:14
171:12
185:12
193:4,5
200:12,16,17
207:12 214:4
221:14
223:14
**skirts**
183:21
**slide**
106:2 131:13
**slides**
134:18,22

136:12
**social**
70:8,9 74:8
**society**
126:24 183:9
**socioeconomic**
150:13
**sociology**
19:9
**sole**
29:17 42:24
**solely**
114:17
**soles**
43:10
**solid**
202:16
**solved**
195:17
**sort**
34:2 170:3
222:1
**sorts**
92:14 99:6
**sought**
168:16,20
169:3,7
**Souls**
23:16
**sound**
6:20 8:20
10:18,24
11:1,11
12:21
**sounds**
6:21 13:12,
15 27:22
38:7 44:18
136:12
199:10 203:2
210:8 220:5
**soup**
81:23
**source**
113:14,22
**sources**
113:8,21

179:9
**South**
7:20 19:1
32:2,6
**spaces**
201:14
**span**
30:10
**speak**
17:8,14,18
18:8,16 41:7
73:7,10
125:5 130:2,
14 132:19
156:11
157:19 158:7
177:15 192:1
198:7 209:20
219:20
223:12
**speaking**
63:21 74:2
137:20
176:1,24
189:2 202:10
211:4 214:7,
8 216:9
**speaks**
130:1 155:23
192:3
**specialized**
152:21
**specific**
14:20 47:17
127:5,22
151:13
152:21,22
153:4 156:12
200:21
**specifically**
8:18 17:16
36:17 43:7
44:4 72:17
103:17 115:9
126:2,20
127:1,2
140:24 145:2
148:7,10,22,

23 152:1
153:13 160:8
170:1,12,15
177:21
**speculate**
76:18
**speculation**
35:14 38:16
41:1 55:4
58:14 60:24
61:18 68:9
119:22
120:11
141:19 155:5
156:21 163:9
168:8 198:16
207:8 208:10
**speeches**
189:1
**spell**
9:8 24:6
**spiritual**
214:15
216:11
**Splendor**
171:15
**spoke**
67:5 153:16
**spoken**
148:8
**sporadic**
202:2
**sports**
180:16
**spots**
96:14 212:12
**spouse's**
20:1
**spreadsheet**
203:20,22
204:8 219:9
**spreadsheets**
202:8 205:1,
22 227:23
**spring**
208:14

**Springs**
116:7,8
**St**
23:19,21,22
24:1 25:3,4
27:4,9,11,
16,17 47:19
49:6,7 67:5
119:1,4,10
159:1 165:17
204:7 208:7,
11
**staff**
151:14
152:13,16
153:1 154:11
**stage**
174:2,12
**stand-alone**
24:17,20,22,
24 25:12,18,
23 63:12
**stand-alones**
25:6
**standardized**
53:11
**standards**
103:4 144:9,
12 180:8
**standing**
36:24 37:7,
9,16 39:1
127:13,16
**start**
15:17 21:7
74:3,5 76:2
77:7,13
78:8,13,22
79:9 80:1,
16,24 82:2
100:16
170:25 182:4
220:13,18
222:6 228:2
**started**
14:1 28:22
202:1,12

starting
  21:10 27:18
  57:5 195:8
  236:8,10
starts
  147:10,12
  173:20
  181:16 182:1
  184:13
state
  30:2,4,5
  40:8 112:18
  113:8,21,25
  114:7,20,24
  115:1,19
  116:22
  117:10
  128:5,13
  129:25
  139:8,17
  172:24
  229:10,18
State's
  126:7 155:11
state-
approved
  88:18
state/federal
  112:15
stated
  93:16 160:8
  205:8
statement
  40:9 53:2,16
  54:15 61:11
  82:7 86:7,19
  87:1 88:23
  97:14,22
  149:16 151:8
  154:5
statements
  188:4,13,24
  189:1
states
  153:14
stating
  155:10

station
  216:14,15
stations
  214:16 216:2
status
  150:13 163:1
  166:5,6
  217:6
statute
  103:3,4,5
  150:24
statutory
  103:17 104:3
Staudt
  172:12
  179:11
stayed
  219:15,17
steady
  110:1,13
  206:15,21,23
  217:24
Steele
  7:20 32:2,6
step
  56:24 117:21
  118:19
  127:13 202:6
steps
  117:2
  118:16,18,25
  129:2 184:19
stood
  87:1 107:9,
  11
stop
  68:3 169:18
stories
  175:13
strategic
  48:24
strategy
  22:6
Street
  7:20 32:2,6
strength
  188:8

stress
  185:22
stretch
  192:12
strict
  180:17
  183:19
strike
  17:1 19:2
  38:9 75:19
  80:16 81:2
  89:13 92:25
  117:15
  153:17
  169:16
  182:17
  220:10
striving
  191:16
strong
  78:5 130:5
strongest
  186:20 187:4
structural
  57:1 129:20
structure
  17:15 25:10
  58:19 72:20
  120:14
  166:25 216:6
structured
  95:4
struggled
  208:7
student
  145:22
  147:4,6
  184:14
  185:17
  198:11 202:8
  231:20
student's
  184:19,21
  185:12
students
  96:5 145:11
  146:7 147:2,

5 148:5,8,
  14,15,19,24
  149:3,4
  150:24
  170:22 171:3
  174:9 175:5,
  22 184:9,21
  185:21
style
  180:4
subject
  71:12 78:1
  176:25 189:6
subjects
  190:14
submit
  202:3,9
  219:3 230:19
submitted
  14:11 88:2
  214:13
  218:10 219:8
  225:2,10
submitting
  214:1
subsection
  154:24
substantial
  172:7
sudden
  45:16 192:5
sufficient
  139:10
suggest
  104:16
  122:17
  142:15
suggested
  142:9
suggesting
  45:13 101:8
  164:15
suit
  15:19 111:24
suitability
  95:1

Elias Moo   30(b)(6)
November 27, 2023

Sundays
  37:12 220:13
superintendent
  21:3,20
  23:24 26:22
  27:3 28:14,
  23 41:8
  52:9,12
superintendents
  23:8,9,10
  24:12 36:14,
  17 52:5
  172:4
superior
  66:2,9
supervise
  22:11,16,22,
  23 23:1,5,9,
  11,14 24:12
  26:14
supervised
  23:7 56:11
supervises
  23:21,25
  51:10,13
  71:20
supervising
  22:19
supervision
  22:4,14,18
  51:25
supervisors
  39:12
supervisory
  21:15
supplement
  230:13
supplemental
  73:22
support
  32:15 41:13
  56:6 70:4
  82:1 83:11
  86:24 98:19
  108:23

111:21
113:19
115:15
116:18,24
123:14
139:18
147:23
158:15 162:9
196:15,17
supported
  147:14
supporting
  35:25
  116:17,23
  123:19 147:5
  200:2
supportive
  83:22 84:2
  186:10
supports
  82:18
suppose
  26:12 39:5
  91:5 163:10
  190:25
  191:12 192:9
supposed
  231:23 232:1
sure
  9:2 10:22,25
  12:25 25:22
  36:12 52:3
  58:16 64:23
  69:9 70:10
  80:15 84:24
  85:13 102:16
  112:8 114:6
  122:23 125:3
  142:22
  163:14
  170:14
  189:21 194:8
  197:10
  231:16
  233:15
  234:13
surface
  59:20

surfaced
  161:6,7
surfaces
  57:23
surgery
  225:21
surprised
  77:3
surrounding
  12:1
surveyed
  112:3
Susan
  177:24
switch
  201:19
sworn
  11:17
synonymous
  216:8
system
  95:3 161:18,
  23 162:4
systems
  26:5

---

**T**

take
  10:22 11:4,
  6,11,15,17
  31:11 55:17
  56:24 58:12
  60:22 62:22
  83:3,5 85:11
  91:15 114:4
  118:15 120:9
  140:12
  142:13
  158:22 185:6
  192:11 194:6
  202:6 228:8
taken
  146:20
  156:16
  225:15

takes
  180:22
taking
  28:6 52:23
  55:1 68:16
  78:7 121:3
  184:19
  185:12
talk
  11:1 20:23
  68:13 69:11
  134:15 157:3
  176:5 201:19
  231:12
talked
  51:2 56:14
  66:25 74:22
  75:9 129:15
  132:9 134:14
  150:23 165:6
  195:22 204:4
  226:20
talking
  10:22,25
  28:22 56:15
  75:10 121:11
  136:12
  194:15
  196:25 213:4
  214:8 227:23
talks
  148:18
  176:1,3
  179:24
tally
  62:8
target
  107:18
targets
  107:18
task
  174:11
tasked
  71:21
taught
  79:7,9,10
  90:17 173:16

175:5 191:7,
22,23
**teach**
21:23 31:2
43:3
**teacher**
27:14 39:20
53:12 60:20
201:10
**teachers**
39:17 57:7
152:21,22,23
**teaches**
191:21
**teaching**
33:24 34:17
38:21 40:6
41:5,14,19,
20,24 51:22
53:12 58:10
59:12,13,23
60:4,13 78:6
84:3,24,25
123:18 124:7
126:16
147:11
148:1,12
171:11,14,16
173:6 175:22
186:11
187:8,13,14,
25 188:8,18,
20,23,24
189:7,11
190:7,19,20
191:10,18
192:2 195:4,
7 199:11,23
200:2 223:13
224:14
226:2,8
231:25
**teachings**
34:12 37:12,
22,25 39:10
82:1 123:20
172:25
173:2,8

186:22,24
187:7
191:19,20
**team**
22:24 86:16,
17,22 87:23
88:5 99:19
107:4 133:5,
11,20
**teams**
32:15
116:21,25
**tease**
135:15
**technically**
216:9
**telephone**
9:22
**tell**
11:16,20
29:15 35:17
52:1 53:4
57:11 65:20
69:14 70:21
72:2,17
80:6,8 88:15
104:13
138:19,22
140:18
141:7,9
147:2 152:17
158:21 170:1
193:13
194:20
202:14 205:1
211:4 213:6
**telling**
63:3
**template**
230:18
**templates**
54:5 230:22
**Temple**
86:19,24
87:6,10,11,
23 88:4
230:4

**temporarily**
208:20
**ten**
21:6 158:17,
21
**ten-minute**
50:9 85:11
**term**
75:6,11,14
146:9 148:3
150:19
170:23 181:3
213:19,21
214:11 215:6
216:7 219:22
220:2,4,6
236:10
**terminate**
55:22 56:5
**termination**
57:10,13
60:7 121:12
**terminology**
43:18 89:3
179:1 182:23
**terms**
25:10 29:4
31:20 45:12
48:22,23
71:23 72:10
94:10 111:22
115:8 129:19
132:13
145:2,11
150:25
151:12,13
156:19
158:11
163:12,23,24
167:1 169:3
175:8 183:15
188:9 191:13
200:24
207:17
231:22
**territory**
32:14 64:16
65:16 66:19

217:15
**test**
80:10
**Testament**
173:14
**testified**
6:4 15:8
232:19
233:20
234:24
**testify**
13:4,18
16:24 17:24
170:4 229:24
**testifying**
16:18 74:16
**testimony**
6:3 13:21
38:4 127:21
131:18
132:16
136:17
178:5,7
227:1 229:5
232:20
235:12
**testing**
23:15 141:5
**text**
8:6
**thank**
6:7,9,21 7:3
11:13 13:10
15:7,22
17:21 24:11
46:2 50:15,
18 60:15
64:24 65:5,
12 66:17
72:8,13
75:16 85:8,
17 105:9,15
112:11
118:23
124:20 134:9
143:3,8,14
237:5

Elias Moo   30(b)(6)
November 27, 2023

**Thanks**
88:16 231:3
**theological**
175:7
**theology**
19:10 77:16,
25 174:18
225:8
**Theresa**
177:24
**thing**
11:4 26:12
75:14 78:16
140:22
185:18
199:22
208:22 222:2
**things**
10:11 25:24
53:24 54:14
63:20 90:23
103:23
112:20
145:16
160:25 179:6
181:16 184:3
185:9 192:19
193:9 213:7
**think**
7:1 13:8,15,
17 15:10
19:18 32:12
33:18 34:1,
19 39:12,20
40:12,20
42:3,15 50:8
52:9 56:10
59:13 61:7
63:10 67:12
68:15 71:14
72:4 73:9,19
74:9,15
80:14 82:14
85:10 89:2,4
90:14 91:4,
18 92:1,15,
17 93:17,25
94:16 95:22

96:8 97:5
100:18,21
101:21,23
102:5,23
104:19
108:15
110:11
113:16
114:10,11,18
115:2,18
116:20
120:12,13,25
121:11 123:2
126:2,5,18,
19,21 127:18
133:20
134:20
135:14
136:11
137:12,19,
24,25 138:8,
11 139:6,12,
22 140:3,9,
21,25 142:5,
12 144:4
147:9 148:8
150:2 151:4,
20 152:5,15,
20 154:11
155:7,13,23
156:11,23
161:9,11,17
162:3 163:18
164:10
167:10,17
168:13 170:3
177:4
181:18,24
183:7
185:11,15
186:4,12
187:1,9
191:14 192:1
193:12,18
194:5 195:14
196:13
198:17
199:18
200:20,21

203:12,15
205:3 206:21
207:3,19
209:19,22
212:18,24
214:8 215:9
221:1,8,24
222:10
225:4,7,18
226:11 228:7
229:8 230:25
231:10,11
235:17
236:7,11
**thinking**
126:6
**third**
107:17
109:24
127:24
**thirsty**
69:21
**thoughts**
196:14
**three**
23:12 24:12
25:2 52:4
92:13 115:19
116:3,14
117:10
129:25
130:2,3
172:8
177:13,23
178:14,17,22
202:15
**threefold**
31:2
**time**
14:3 30:19
50:9 51:1
85:11 87:15,
18 88:24
89:3,9 91:2
92:1 96:25
97:16,25
102:1 104:23
109:22 110:7

113:10 114:4
125:21 128:2
132:24
137:3,4,16
139:11
142:2,12,17
161:10,12
170:3 172:6
189:17
190:2,5
191:4 194:6
202:21
206:11 208:5
228:8
**timeline**
28:16
**times**
14:18 194:14
199:13
**tithing**
213:14,15
220:22
**title**
18:5 21:2,3,
5 100:2
125:7
**titled**
171:15
**titles**
27:2
**today**
7:11,14 8:2,
8,11,19,25
10:9,14,17,
22 11:7,21
12:14 13:4,
12,18,21
14:5,16
16:10 18:10
143:22
159:11 165:6
236:18
**toddlers**
95:25 96:11
**told**
113:10
117:19
119:17

128:11

**tomorrow**
231:13

**top**
64:21 88:12
99:9

**topic**
17:20 58:22
151:21
157:11,19,
21,23 158:4
163:18
170:19
209:14
225:10

**topics**
16:6,10,12,
23,24 17:4,
7,9,25
18:10,16
39:10 58:15
132:19
151:18 152:7

**total**
22:25 108:23

**track**
201:22 202:1
217:25
218:7,11
227:23

**tracked**
218:23

**tracking**
218:18

**tracks**
25:15 202:19
228:1

**tradition**
173:11
190:23
191:11

**traditions**
173:12

**transcript**
10:16 12:14
236:19,23

**transgender**
221:5,6,9,21
224:8,15,21
225:11,23
226:16,21
227:4

**transition**
145:23
146:19

**transitioned**
145:22
146:15,23

**transitioning**
146:7

**transitions**
207:25

**travel**
32:12

**treat**
195:16

**trend**
207:18

**trended**
183:9

**trends**
201:20
207:11,13,22
209:15
219:21

**Trey**
129:2
133:14,16

**trial**
11:18

**tribunal**
34:22,23
35:3,6,18

**trigger**
162:16

**triggered**
161:18 162:3

**true**
40:12,13
61:4 190:9

**trustees**
48:13

**trusting**
116:25 138:1

**truth**
6:3,4 11:16,
21 85:2

**truths**
191:2 226:5

**try**
6:19 139:8
142:4,19

**trying**
10:21 32:8
58:19 126:19
142:7 151:25
152:3 178:11
188:2 196:18
226:1

**tuition**
166:4 208:25
209:5,8,17,
20 210:25
211:1,5

**tuition-based**
113:2

**turmoil**
207:14 208:1

**turn**
139:16

**turned**
233:25

**turns**
10:22

**twice-a-year**
52:17

**two**
19:6 23:3,22
24:15,17
27:10 46:18,
24 47:5
56:25 116:5
125:16 126:6
130:15
136:13,14
143:25
151:12 152:1
154:3 164:20
202:15

203:5,10
207:21
215:13
222:16

**twofold**
126:6

**type**
15:14 31:13,
21 94:23
192:17
196:3,15
198:10
204:15
226:23

**types**
32:9 34:19
58:5 66:23
67:24 69:1
181:2
182:19,20
185:1 204:5

**typical**
55:13 125:5
139:7 146:15
197:22 202:6
220:4

**typically**
36:25 63:13
148:25 149:6
159:14
183:16,18
197:19 214:1
216:20 220:2
234:25

---

**U**

---

**U.S.**
167:23

**ultimate**
79:13 128:10

**ultimately**
22:21 43:5,
22 45:15
47:1 55:10
56:7 57:17
61:13 68:23

Elias Moo   30(b)(6)
November 27, 2023

70:7 71:9,
12,23 72:22
73:3 74:14
79:2 84:25
88:1 101:2
102:6 104:10
113:22
116:24
117:22,25
120:13,23
121:13 124:1
125:23
131:25
133:5,9
135:16 136:3
137:14
138:25
140:11 146:6
147:20
151:11
154:22
155:24 162:3
169:10
177:16
178:19
182:14
186:4,12,16
187:3,10
189:12
190:13,15,16
195:12 197:6
199:2,6,25
200:3 201:5,
16 212:6
215:6,8,9
221:4,24
222:3,10,25
223:9 225:8
227:7 236:12
**undergone**
225:21
**undermine**
84:25 190:20
200:1
**undermining**
201:5,11
**understand**
11:16 12:24,

25 13:23
16:17 31:17
40:8 44:1
67:3 75:1,13
77:11 79:23
82:13 83:19
90:7 91:11
101:19
103:12
122:7,10,18
148:17,18,
21,24 149:3,
4 152:4
156:11 157:7
175:19
178:12
191:18
196:18
203:18
215:17 225:7
**understanding**
30:1 33:23
35:4,11
45:18 58:25
67:10 75:5
77:15 87:12,
22 88:7,25
89:1,5,12,15
90:15 91:3,
6,19,25
92:8,16
94:3,10
95:5,12 96:9
97:1,4,23
100:24
101:22,25
109:13
121:18
145:10 146:9
150:20
151:10 153:6
155:12,15
158:9,14
161:5 162:4,
7 163:11
164:3 180:25
191:2 196:11
215:20
216:15

224:25
225:25
229:25 230:5
233:12
**understood**
8:9,21 10:19
70:11 119:25
127:20
230:16
233:21
**uneven**
180:2
**unilaterally**
55:22
**united**
117:12 130:3
132:23
**unites**
129:24
**universal**
49:24 75:21
76:15 86:7,
10 93:14
104:5 109:17
122:5 149:5
166:13,14
188:14
226:13
227:12
**University**
18:25 19:7
**unsigned**
117:23
**update**
107:8,10
134:15
**upfront**
198:24
**uphold**
82:1 199:1
**upholding**
151:7,8
180:8
**UPK**
87:1 88:1
89:25 90:11
91:19 94:6,

17,18 95:7,
10,11 96:11,
23 97:3,5,12
98:21 99:7
101:25
102:1,14
103:9
107:10,11,
21,23 108:3,
8 109:4,5
110:5 111:9
115:11,24
117:3,22
118:6 119:15
125:1 128:3,
5,13 131:6,
8,16,23
132:9,13,21,
24 133:1
134:16
135:24 136:9
137:3,18,23
138:9 140:15
141:17
143:6,8,18
148:25
149:11
150:16
151:23 155:2
156:16,18
160:11
161:13,15,20
163:25
166:25
168:3,9,23
230:19,21
233:1,22
234:9,17
235:6,9,22,
25 236:2
**usage**
185:9 195:23

---

**V**

---

**vague**
31:16 150:20
176:13

Elias Moo   30(b)(6)
November 27, 2023

| | | | |
|---|---|---|---|
| value | 181:17 | virtue | 133:22 |
|   85:1 | Vessely |   208:18 | 137:10 |
| values |   128:25 | vision | 140:14,16 |
|   201:18 |   129:12 |   84:5 | 141:6 142:19 |
| variance |   133:14 | visit | 143:4 144:2 |
|   166:6 | vet |   52:15 | 149:25 |
| variances |   94:21 162:2 | visits | 156:24 165:2 |
|   180:2 | VI |   52:4,23 | 172:20 |
| varied |   191:23 |   54:13 | 173:18 |
|   78:10 | vicar-general | vocation | 175:24 |
| variety |   21:17 125:9 |   82:24 83:15 | 179:23 |
|   117:13 |   218:9 |   175:2 | 184:12 185:6 |
|   132:19 198:1 |   219:10,11 | voice | 194:6,14 |
|   201:7 | vice |   117:11,12 | 195:16 |
| various |   216:8 | volume | 201:19 |
|   14:10 32:4, | victims |   138:20 | 213:22 |
|   13,24 33:2 |   70:5 | vows | 227:22 |
|   71:1 104:12 | video |   66:5,6,7,8 | 228:17 |
|   114:23,25 |   10:13,21 | | wanted |
|   188:19,21 | view | |   85:18 118:3 |
|   189:10,12 |   38:6,13 | _____ | 134:25 |
| Vatican |   78:2,6 | W | 135:21 |
|   188:20 |   92:22,23 | _____ | 136:1,4 |
|   189:13 |   124:3 141:23 | wait | 173:25 |
|   222:19 |   147:22,24 |   10:23 | 179:16 |
|   223:22 224:6 |   177:5 199:11 |   211:12,18,20 | 227:25 |
|   225:19 | viewed |   212:9,11,14, | 230:19 |
|   227:11 |   94:4 |   15,23 213:1 | wanting |
| verbal | views |   234:25 |   138:23 |
|   10:11,15 |   40:17 78:22 |   235:14,16 | watch |
|   137:8 | violates | waiting |   65:14 |
| verbally |   57:9 |   140:10 | way |
|   6:2 41:22 | violation |   141:22 |   6:24 26:18 |
| verified |   59:12 60:12 | want |   33:7 39:1 |
|   60:1 158:22 |   61:10 191:5 |   8:5 9:7 |   45:12 54:13 |
| verify | Virginia |   10:7,22,25 |   57:15 64:20 |
|   35:12 36:21 |   6:23 7:5 |   11:14 13:16 |   72:4,18 75:7 |
|   158:21 |   18:1 20:13 |   15:2,20,23 |   79:5 84:2 |
|   215:14 |   42:17 58:15 |   20:23 28:21 |   92:7 94:4,17 |
| verifying |   64:19 73:15 |   45:16 50:19 |   95:3 98:8 |
|   214:9 |   118:21 |   57:24 59:8 |   104:11 |
| versa |   122:13 |   69:11 70:10 |   110:14,19 |
|   216:8 |   136:24 |   75:13 80:11, |   112:25 118:4 |
| version |   151:17 170:2 |   15 83:2 |   122:17 |
|   231:1 |   193:12 209:9 |   87:17 98:2 |   137:10 138:2 |
| versus |   229:7 233:17 |   105:2 107:16 |   139:20 |
|   180:14 |   236:15,19 |   108:18 |   140:24 |
| | |   124:13 125:3 |   146:12 |
| | |   126:7 128:14 | |

161:15,22
162:11
166:24
190:12 200:8
220:12
226:12
229:20
ways
  60:7 108:7
  126:6 139:14
  161:17
  173:23 174:1
  176:24 198:1
  208:3 213:19
  214:23 222:5
wear
  180:15
  183:17,20,21
  184:3
wearing
  180:14
weekend
  215:2 219:4
weigh
  125:14
  159:14
  160:14,21
  161:1,8,14
  227:16,21
weighed
  104:17
  160:10,11
  227:7,17
weighing
  161:18
  162:16
weight
  189:11
well-balanced
  112:22
well-founded
  84:8 123:13,
  19 222:20
well-known
  45:20
well-versed
  17:17 157:7

Wellspring
  23:25 165:16
  169:11 184:1
  208:7,12,17
Wellspring's
  183:22
went
  18:22,25
  118:19
  132:10
  137:24 138:9
  217:10
west
  30:5
western
  30:6
white
  194:25
WHITEHAIR
  210:15
wife
  15:19
wind
  58:25
window
  135:19
withheld
  223:5
withhold
  38:20 39:9
witness
  17:23 33:24
  37:23 38:3
  64:21 209:19
  226:5 229:23
  237:1
woman
  175:14
women
  66:11 70:4,5
  172:8 177:23
word
  126:3 158:23
words
  25:7
work
  10:8 15:20

27:17 32:3,
4,9 34:15,22
37:17 40:11
42:4 50:9
51:25 53:8,
11 57:14
60:14 61:10
69:7,24 70:8
71:2 74:12
78:23 79:1,5
81:17 82:5,
16 83:10
85:12 101:3
108:5 132:25
138:5 139:7,
24 142:21
161:9 183:5
186:12
195:10 197:3
worked
  125:13
  195:18
workers
  40:13,14
  154:7,8,12,
  13
working
  21:7 59:2
  130:5 154:21
  186:6 195:11
works
  69:19,20
  78:20
world
  37:18 38:5
  53:19 78:2,6
  83:16 92:22
  147:24
  189:15
  199:11 208:5
worries
  51:1
worship
  216:23
  221:19
wrapped
  205:18

write
  98:25 178:12
writing
  12:15 86:21
  92:1 96:25
  97:17 98:24
  116:22 118:7
  139:18
writings
  192:2
written
  86:19 87:14
  89:19 98:16
  119:15
  172:8,24
  175:2 177:13
  188:13
wrote
  86:14,15
  87:19 106:13
  115:3 172:2
  177:16
  178:18
  179:11
Wyoming
  30:3

_____

        X

XVI
  30:19

_____

        Y

yeah
  6:16 8:3 9:9
  11:13 12:7
  14:10 15:1,5
  22:18 23:23
  25:2,14
  28:12 29:10,
  14 30:1,15
  31:11,19,20,
  23 32:5,20
  33:5,18
  34:21 35:16
  36:13,22

Elias Moo  30(b)(6)
November 27, 2023

| | | | |
|---|---|---|---|
| 38:18,21,22 | 116:20 | 188:7,24 | 21:6 27:7, |
| 39:5,17 40:1 | 117:8,19 | 189:9,25 | 11,17 47:25 |
| 41:7 42:23 | 118:20 | 190:6 191:8, | 113:4 170:7 |
| 43:20 44:2 | 119:9,17,23 | 12 192:8 | 173:9 |
| 45:2,11 | 120:12,15 | 194:22 | 192:15,24 |
| 46:11 48:11, | 121:10,11,13 | 195:14 196:4 | 194:3 202:15 |
| 22 51:8 | 124:20,23 | 197:10,16,22 | 207:6 208:8 |
| 52:3,20 53:7 | 125:5 126:2, | 198:6,17 | 217:16 |
| 54:10 55:6,7 | 4,5 127:8,17 | 200:5,9,15, | 219:15 |
| 58:18,24 | 128:20 | 20,21 | **yes-or-no** |
| 59:6,7,19,24 | 129:23 131:9 | 201:13,25 | 84:12 |
| 60:5,25 | 132:17 134:9 | 202:21 | **you-all** |
| 61:24 62:4, | 135:9,14 | 203:11,22 | 100:10,15 |
| 13 65:4,12 | 136:23 | 204:1,2,11 | **young** |
| 68:15,22 | 137:19 139:6 | 205:15,19 | 180:13 |
| 69:5,17 | 140:7,18,25 | 207:1,2,17, | **youngest** |
| 72:4,5,13,16 | 141:5,6,14, | 23 208:4,11, | 174:9 175:5 |
| 73:1,6,7 | 20,24 142:5 | 21 209:13 | 183:3 |
| 74:5,14 | 143:3,13 | 211:16 | |
| 75:3,8,17 | 144:5,6 | 212:16,24 | ——————— |
| 76:10,16,17 | 146:9,24 | 213:1,7 | |
| 78:9,15 | 147:4,15 | 214:22 | **Z** |
| 80:3,5,12,22 | 148:7 149:12 | 215:13,19 | |
| 81:11 83:10, | 150:4 151:4, | 216:20,25 | **Zoom** |
| 23 85:4 | 20 152:15, | 217:17 | 8:25 15:1,5 |
| 86:6,18 | 24,25 154:2 | 218:6,17,19 | 106:12 |
| 87:9,16,22 | 155:7,13,22 | 219:1,16,20 | |
| 88:13,24 | 156:22,23 | 220:8,12 | |
| 89:4,17 | 158:14,19 | 221:21 | |
| 90:14 91:13, | 159:23 | 222:10 223:5 | |
| 17,18,25 | 160:6,13 | 225:19 227:6 | |
| 92:7,19 | 162:2 | 228:3 230:4 | |
| 93:12,16,24 | 163:10,12 | 231:3 233:18 | |
| 94:16 96:3, | 164:10 | 234:6,12,20, | |
| 8,18,25 | 166:24 | 22 236:7 | |
| 97:25 99:1, | 167:8,10,25 | 237:2 | |
| 17,19 | 169:7,24 | **year** | |
| 100:17,21 | 170:6,12,13, | 28:15 52:22 | |
| 101:21 | 14,15 174:2 | 97:21 204:16 | |
| 102:17,21,22 | 175:12 | 205:12,14, | |
| 103:14,16, | 176:21 | 15,19 206:2, | |
| 23,25 | 177:11,14, | 13 208:14, | |
| 104:10,25 | 17,19 | 16,20 209:1, | |
| 106:6 107:8 | 178:16,23,25 | 8 210:25 | |
| 108:1 109:2 | 179:14,17 | 211:1,8,9 | |
| 110:3,11,13, | 180:12,24 | 219:6 | |
| 18 111:16,17 | 183:2,7,13 | **years** | |
| 114:15 | 185:10,11 | 10:2 19:6 | |
| 115:2,18 | 187:1,13,24 | | |