IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge John L. Kane**

Date:  January 2, 2024
Courtroom Deputy:  Bernique Abiakam
Court Reporter:   Kevin Carlin

Civil Action No.: 23-cv-02079-JLK

| *Parties:* | *Counsel:* |
|---|---|
| ST. MARY CATHOLIC PARISH IN LITTLETON; ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD; LISA SHELEY; and DANIEL SHELEY, | Eric C. Rassbach<br>Joseph C. Davis<br>Nicholas R. Reaves<br>Amanda G. Dixon<br>Jordan T. Varberg |
| Plaintiffs, | |
| v. | |
| LISA ROY, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and DAWN ODEAN, in her official capacity as Director of Colorado's Universal Preschool Program, | Virginia Carreno<br>Janna K. Fischer<br>Nichole Siobhan Rust<br>J. Gregory Whitehair<br>Helen L. Norton |
| Defendants. | |

## COURTROOM MINUTES

**Trial to Court – Day 1**

**9:47 a.m.    Court in session.**

Court calls case.  Appearances of counsel and parties.

Preliminary remarks by the Court.

Comments by the Court regarding trial schedule.

9:55 a.m.     Opening statement by Mr. Reaves.

10:09 a.m.     Questions by the Court.

10:12 a.m.     Opening statement by Ms. Fischer.

10:30 a.m.     Comment by Ms. Carreno regarding Plaintiffs' witness testimony.

**ORDERED:   Defendants' Oral Motion To Preclude the Testimony of Abriana Chilelli is DENIED.**

Discussion regarding stipulation as to changes to the employment provision.

Counsel meet and confer as to the stipulation, as specified on the record.

**10:31 a.m.     Court in recess.**

**10:55 a.m.     Court in session.**

Discussion regarding a proposed stipulation to Counts 2 and 3.

Counsel will submit a written stipulation as soon as possible.

Discussion regarding stipulated exhibits.

**Stipulated exhibits 11 thru 22, 24-25, 28 thru 32, and 34 thru 37, are ADMITTED.**

Discussion regarding witness schedule.

10:59 a.m.     Plaintiffs' witness, Abriana Chilelli, called and sworn.

Direct examination begins by Mr. Davis.

**Plaintiffs' exhibit 1, offered and admitted.**

**Plaintiffs' Exhibit 3, offered for later consideration by the Court.**

11:09 a.m.     Continued direct examination by Mr. Davis.

**11:52 a.m.     Court in recess.**

**1:18 p.m.     Court in session.**

Comments by Ms. Carreno asking that the Court take Judicial Notice as to Exhibit 52, as specified on the record.

No cross examination.

Witness excused.

| | |
|---|---|
| 1:19 p.m. | Plaintiffs' witness, Tracy Seul, called and sworn. Direct examination begins by Mr. Varberg. |
| 1:56 p.m. | Cross examination begins by Ms. Dixon. |
| 2:01 p.m. | Redirect examination by Mr. Varberg. |

Witness excused.

| | |
|---|---|
| 2:02 p.m. | Plaintiffs' witness, Lisa Sheley, called and sworn. |
| 2:03 p.m. | Direct examination begins by Ms. Dixon. |
| 2:08 p.m. | Cross examination begins by Mr. Whitehair. |

Witness excused.

**2:10 p.m.     Court in recess.**

**2:33 p.m.     Court in session.**

Plaintiffs' witness, Avery Coats, called and sworn via VTC.
Direct examination begins by Mr. Varberg.

| | |
|---|---|
| 3:04 p.m. | Cross examination begins by Ms. Rust. |

Witness excused.

| | |
|---|---|
| 3:16 p.m. | Discussion regarding deposition designation. |

**Exhibits 26 and 27 offered and admitted.**

Plaintiffs, rests.

Discussion regarding availability of Defendants exhibits.

| | |
|---|---|
| 3:24 p.m. | Defendants' witness, Mary Michael Cooke, called and sworn. Direct examination begins by Ms. Fischer. |

Defendants' Exhibit 48 offered for later consideration by the Court.

| | |
|---|---|
| 4:21 p.m. | Cross examination begins by Mr. Reaves. |
| 4:48 p.m. | Redirect examination by Ms. Rust. |

Witness excused.

Discussion regarding exhibits.

**Bench Trial will resume tomorrow morning at 9:00 a.m.**

**4:51 p.m.     Court in recess.**
Hearing continued.
Total time in court:    04:51