IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02079-JLK

**ST. MARY CATHOLIC PARISH IN LITTLETON; ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD; LISA SHELEY; AND DANIEL SHELEY,**
    Plaintiffs,

v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
    Defendants.

## DEFENDANTS' NOTICE REGARDING POST-TRIAL DEVELOPMENTS

Defendant Lisa Roy, in her official capacity as Executive Director of the Colorado Department of Early Childhood, and Defendant Dawn Odean, in her official capacity as Director of Colorado's Universal Preschool Program, submit the following Notice Regarding Post-Trial Developments:

1. A bench trial was held in this matter January 2-4, 2024. The parties filed proposed findings of fact and conclusions of law on January 26, 2024.

2. Today (March 1, 2024), the Colorado Department of Early Childhood (CDEC) published and posted the UPK Colorado Program Service Agreement to be signed by all providers participating in the 2024/2025 school year. Consistent with trial testimony by Defendants, the UPK Provider Agreement no longer contains former Paragraph 18(b). Paragraph 18(b) is the provision referred to in Plaintiff's Complaint as the "Blanket Provision," which

1

addressed discrimination "against any person" on the basis of, among other things, religion, sexual orientation, or gender identity. Tr. Ex. 13 at 27-28.

3. In addition, CDEC has amended the Regulations under 8 CCR 1404-1 (Tr. Ex. 71) following the completion of public comment period. These new Regulations, which include a revision of the Congregation Preference, are scheduled to be adopted by Dr. Lisa Roy on March 28, 2024.

4. If the Court so orders, Defendants will promptly file in the docket a copy of the 2024/2025 Service Agreement and a copy of the final Regulations when formally adopted.

Respectfully submitted this 1st day of March, 2024.

PHILIP J. WEISER
Attorney General

s/ *Virginia R. Carreno*

*Virginia R. Carreno,* Second Assistant Attorney General
*Nicole Rust*, Assistant Attorney General
*J. Gregory Whitehair*, Assistant Attorney General
*Janna K. Fischer*, Senior Assistant Attorney General
*Helen Norton*, Deputy Solicitor General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6349
Email: virginia.carreno@coag.gov; niki.rust@coag.gov; greg.whitehair@coag.gov; janna.fischer@coag.cov; helen.norton@coag.gov
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2024, I electronically filed the foregoing **DEFENDANTS' NOTICE REGARDING POST-TRIAL DEVELOPMENTS** with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

Eric C. Rassbach
Joseph C. Davis
Nicholas R. Reaves
Mark L. Rienzi
Amanda Dixon
Jordan Varberg
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. N.W., Suite 400
Washington, D.C. 20006
erassbach@becketlaw.org; jdavis@becketlaw.org; nreaves@becketlaw.org; mrienzi@becketlaw.org; adixon@becketlaw.org; jvarberg@becketlaw.org

*Attorneys for Plaintiffs*

Andrew Nussbaum
Nussbaum Gleason PLLC
2 N. Cascade Ave. Ste.1430
Colorado Springs, CO 80903
andrew@nussbaumgleason.com

*Attorney for Amici Curiae, The Jewish Coalition for Religious Liberty, The Rocky Mountain District Lutheran Church Missouri Synod, and the Colorado Association of Private Schools*

                                                           *s/* Bonnie Smith
                                                           *Bonnie Smith*