IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02079-JLK

**ST. MARY CATHOLIC PARISH IN LITTLETON; ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD; LISA SHELEY; AND DANIEL SHELEY,**
    Plaintiffs,

v.

**LISA ROY**, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and

**DAWN ODEAN**, in her official capacity as Director of Colorado's Universal Preschool Program,
    Defendants.

## DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Lisa Roy, in her official capacity as Executive Director of the Colorado Department of Early Childhood, and Defendant Dawn Odean, in her official capacity as Director of Colorado's Universal Preschool Program ("UPK Program"), submit the following Response to Plaintiffs' Notice of Supplemental Authority:

1.    A bench trial was held in this matter on January 2-4, 2024. The parties filed proposed findings of fact and conclusions of law on January 26, 2024. ECF #108 and #109. A decision has not yet issued.

2.    Plaintiffs filed a Notice of Supplemental Authority on May 13, 2024 (ECF #114), citing the recent decision in *Does 1-11 v. Bd. of Regents of Univ. of Colorado*, No. 21-1414, 2024 WL 2012317, __ F.4th __ (10th Cir. May 7, 2024) and inappropriately attempting to introduce additional legal arguments in support of their case. *Cf. Well Master Corp. v. Flowco*

1

*Prod. Sols., LLC,* No. 21-CV-02145-CMA-KAS, 2024 WL 1658131, at *3 (D. Colo. Apr. 17, 2024) (barring new arguments).

3. But given the filing by Plaintiffs, Defendants state (very briefly) why the Notice's arguments are wrong, should the Court consider them:

4. Contrary to the first and second points in Plaintiffs' Notice, the trial record in this case demonstrated that the UPK Program has permitted no "exemptions" from the statute's nondiscrimination provision. ECF #109 at 107, 119-120; Odean TR at 229: 4-16, 2-30: 23-24, 277:13-14; Cooke TR at 154:14-18, 177: 3-8. Plaintiffs continue to mischaracterize the UPK Program's "preferences" as exemptions or exceptions from its nondiscrimination requirement when those preferences are instead departures from the UPK Program's default process for matching families with providers.  Odean TR at 197:10-16; 212:6-9, 16-20; 275:19-20; 277:2-10; ECF #109 at 83, 88-92.

5. Contrary to the third point in Plaintiffs' Notice, the UPK Program's preference that enables faith-based providers to prefer members of their own congregation for enrollment does not discriminate among denominations as it permits all faith-based providers to define their congregations as they choose.  Draft of 8 CCR 1404-1 Rule 4.104.L (Tr. Ex. 71) (final rule adopted post-trial, *see* https://www.sos.state.co.us/CCR/GenerateRulePdf.do?ruleVersionId=11463&fileName=8%20CCR%201404-1).

6. Contrary to the fourth and last point in Plaintiffs' Notice, the Department's development of the congregation preference over the course of the program's initial implementation and rulemaking reflects its efforts to respond to faith-based providers' concerns

2

and to *increase* faith-based providers' ability to participate, not suppress it. ECF #109 at 112-115; 117.

7. If the Court finds it appropriate and orders such, Defendants would be happy to fully brief the *Does* case and how it applies to the facts presented during the January 2024 trial.

Respectfully submitted this 20th day of May, 2024.

        PHILIP J. WEISER
        Attorney General

        s/ *Virginia R. Carreno*
        *Virginia R. Carreno,* Second Assistant Attorney General
        *Nicole Rust*, Assistant Attorney General
        *J. Gregory Whitehair*, Assistant Attorney General
        *Janna K. Fischer*, Senior Assistant Attorney General
        *Helen Norton*, Deputy Solicitor General
        1300 Broadway, Denver, CO 80203
        Telephone: (720) 508-6349
        Email: virginia.carreno@coag.gov; niki.rust@coag.gov; greg.whitehair@coag.gov; janna.fischer@coag.cov; helen.norton@coag.gov
        *Attorneys for Defendants*


## CERTIFICATE OF SERVICE

    I hereby certify that on May 20, 2024, I electronically filed the foregoing **DEFENDANTS' RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY** with the Clerk of Court using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

Eric C. Rassbach
Joseph C. Davis
Nicholas R. Reaves
Mark L. Rienzi
Amanda Dixon
Jordan Varberg
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. N.W., Suite 400
Washington, D.C. 20006
erassbach@becketlaw.org; jdavis@becketlaw.org; nreaves@becketlaw.org; mrienzi@becketlaw.org; adixon@becketlaw.org; jvarberg@becketlaw.org

*Attorneys for Plaintiffs*

Andrew Nussbaum
Nussbaum Gleason PLLC
2 N. Cascade Ave. Ste.1430
Colorado Springs, CO 80903
andrew@nussbaumgleason.com

*Attorney for Amici Curiae, The Jewish Coalition for Religious Liberty, The Rocky Mountain District Lutheran Church Missouri Synod, and the Colorado Association of Private Schools*

                 *s/* Bonnie Smith
                 *Bonnie Smith*