IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02079-JLK

ST. MARY CATHOLIC PARISH IN LITTLETON; ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD; LISA SHELEY; and DANIEL SHELEY,

    Plaintiffs,

v.

LISA ROY, in her official capacity as Executive Director of the Colorado Department of Early Childhood; and
DAWN ODEAN, in her official capacity as Director of Colorado's Universal Preschool Program,

    Defendants.

## FINAL JUDGMENT

The matter was tried on January 2, 2024, through January 4, 2024, before the Honorable John L. Kane, Judge, presiding.

The Bench Trial proceeded to conclusion and in accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Findings of Fact, Conclusion of Law, and Order For Entry of Judgment, (Doc. No 116) of Judge John L. Kane entered on June 4, 2024, it is

ORDERED that Judgment shall enter in favor of Plaintiffs and against Defendants on Plaintiffs' fifth claim with respect to only the religious-affiliation aspect of the equal-opportunity requirement.   It is

FURTHER ORDERED that Plaintiff's claims two and three and the part of claims one, four, and six that rely on the application of Paragraph 18(B) are DISMISSED AS MOOT.   It is

FURTHER DECLARED that the application by Defendants Lisa Roy and Dawn Odean, acting in their official capacities on behalf of the Colorado Department of Early Childhood, of the religious affiliation aspect of the equal-opportunity requirement set out in Colorado Revised Statute § 26.5-4-205(2)(b) and in the Colorado Universal Preschool Program Service Agreement violates Plaintiffs' rights secured by the Free Exercise Clause of the First Amendment to the U.S. Constitution. It is

FURTHER ORDERED that the following permanent injunction is issued:

The Court immediately and permanently enjoins Defendants Lisa Roy and Dawn Odean, acting in their official capacities on behalf of the Colorado Department of Early Childhood, from requiring, as a condition for participation in the Colorado Universal Preschool Program, that the preschools operated by Plaintiffs St. Mary Catholic Parish in Littleton and St. Bernadette Catholic Parish in Lakewood agree to provide or provide eligible children an equal opportunity to enroll and receive preschool services regardless of religious affiliation for as long as Defendants allow exceptions from the religious affiliation aspect of the equal-opportunity requirement set out in Colorado Revised Statute § 26.5-4-205(2)(b) and in the Colorado Universal Preschool Program Service Agreement.   It is

FURTHER ORDERED that Defendants shall pay Plaintiffs $1 in nominal damages.   It is

FURTHER ORDERED that on all other issues and claims brought in this case, Judgment shall enter in favor of Defendants and against Plaintiffs.   It is

FURTHER ORDERED the post-judgment interest shall accrue on the amount awarded in this matter at the legal rate of 5.20% per annum from the date of entry of Judgment.   It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 5th day of June, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/   *B. Abiakam*

B. Abiakam
Deputy Clerk